# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

ALEJANDRO UMAÑA,

      Defendant/Movant,

v.

UNITED STATES,

      Respondent.

CASE NO.:  3:16-CV-00057-RJC

Hon. Robert J. Conrad

Capital § 2255 Proceedings

## MOTION TO SEAL MOTION FOR PERMISSION TO INTERVIEW TRIAL JURORS AND OTHER JURY RELATED WITNESSES

NOW COMES Defendant Alejandro Umaña, through undersigned counsel, who respectfully moves this Court for an Order directing that Mr. Umaña's Motion for Permission to Interview Trial Jurors and Other Jury Related Witnesses be filed under seal, and remain sealed until further order of this Court. The reason for sealing this motion is that it contains identifying information of jurors.

1

Respectfully submitted,

Dated:  April 14, 2016

*/s/ Kenneth J. Rose*
**KENNETH J. ROSE**
The Center for Death Penalty Litigation
123 West Main Street, Suite 700
Durham, North Carolina 27701-3228
Telephone: 919-956-9545
ken@CDPL.ORG

*/s/ Zandra L. Lopez*
**ZANDRA L. LOPEZ**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone:  619-234-8467
Zandra_Lopez@fd.org
Attorneys for Alejandro Umaña

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2016, the foregoing document was filed electronically through ECF. The foregoing motion was duly served upon counsel for the government herein by mailing a copy of the motion by first-class mail to the following address:

**Jill Westmoreland Rose**
100 Otis Street
Asheville, NC 28801