UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMANA | ) | DOCKET NO.: 3:16-cv-57 |
| | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this 20th day of April**,** 2016**.**

**JILL WESTMORELAND ROSE**
United States Attorney

s/ANTHONY J. ENRIGHT
NY Bar Number: 4485140
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone:   (704) 344-6222
Fax:   (704) 344-6629
E-mail:   Anthony.Enright@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that I caused to be served a copy of the foregoing notice on Petitioner by electronic notification upon Petitioner's counsel of record,

Ken Rose at: ken@cdpl.org
Zandra lopez at: Zandra_Lopez@fd.org

s/ANTHONY J. ENRIGHT
Assistant United States Attorney