# Index of Appendices

Appendix A – Informal Request for Discovery

Appendix B – Mr. Umaña's Specific Discovery Requests

Appendix C – Lemon Grove Chorological Record of Investigation

Appendix D – Freddy Gonzalez Identification of Alex Montes

Appendix E – Freddy Gonzalez Identification of Mr. Umaña, Government Trial Exhibit 507

Appendix F – Partial Handwritten List of Lemon Grove Audio and Video Tapes

Appendix G – Felony Complaint for Geovani Rodas

Appendix H – Freddy Gonzalez Identification of Geovani Rodas

Appendix I – California Superior Court Filing and Declaration from Detective Small

Appendix J – Freddy Gonzalez Identification of Mr. Umaña, Government Trial Exhibit 506

Appendix K – FBI 302 Report Regarding Los Angeles Interviews

Appendix L – Trial Attorney Notes of Missing Interviews

Appendix M – FBI 302 Report Regarding El Salvador Interviews

Appendix N – Handwritten Notes of Prosecutor Regarding Interview with Mr. Umaña's mother

# Appendix A

# FEDERAL DEFENDERS OF SAN DIEGO, INC.
### THE COMMUNITY DEFENDER ORGANIZATION FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Jill Westmoreland Rose
United States Attorney
Kevin Zolot
Assistant United States Attorney
Western District of North Carolina
227 West Trade St.
Suite 1650
Charlotte, NC 28202

February 11, 2016

Re: *United States v. Umaña*, Case Nos. 08-cr-00134 and 16-cv-00057

Dear Ms. Rose and Mr. Zolot:

We represent Mr. Umaña in his pending, capital 28 U.S.C. § 2255 post-conviction proceeding in the Western District of North Carolina. In reviewing the discovery provided in Mr. Umaña's case, we have become aware that there are certain documents and recordings that existed at the time of trial, but were apparently never reviewed and/or requested by the trial attorneys. We write to ask you to produce these items.

The rules governing §2255 proceedings in District Court allow Mr. Umaña to file a motion with the Court seeking discovery in order to develop the factual bases for his §2255 claims. In an effort to conserve resources and avoid judicial involvement in matters over which the parties are not in dispute, we are submitting this request for documents and tangible items prior to filing any formal discovery motion with the Court. It is our hope that we can reach an agreement regarding the items listed herein and that your office will make efforts to produce the requested items promptly.

We have attempted to make this request as specific as we can. Wherever possible, we have included references to any and all identifying information that will assist in tracking down the item. Unfortunately, many of the copies of discovery that we received did not include the original Bates numbers, so we were not able to point you directly to those numbers, but we have made our best efforts to otherwise identify the targets of our requests. If you feel that there is anything more we can do to assist in this process then please feel free to contact us.

☐ SAN DIEGO OFFICE • 225 BROADWAY, SUITE 900 • SAN DIEGO, CA 92101 • T: 619.234.8467 • F: 619.687.2666

☐ EL CENTRO OFFICE • 1699 W. MAIN STREET, SUITE D • EL CENTRO, CA 92243 • T: 760.335.3510 • F: 760.335.3610

The items we seek include the following:

## I. Documents and tangible items related to the homicide at Lemon Grove Park.

a. Recorded interviews of witnesses

At the sentencing phase of Mr. Umaña's trial, the government introduced evidence regarding the murder of Andy Abarca at Lemon Grove Park in Los Angeles as a non-statutory aggravating factor. The discovery we have received makes reference to several audio and video recorded interviews that we do not have. Both the chronological record and the handwritten notes of detectives generated in relation to the Lemon Grove Park shooting indicate specific tape numbers of recorded interviews as well as the dates on which these interviews took place (*See* Exhibits A and B, which are attached hereto). Specifically, some of these tapes are recordings of statements made by Freddy Gonzalez (aka Carlos Dominguez), Juan Lara, and Roberto Ramos, all of whom testified against Mr. Umaña at the sentencing phase of his trial. At least one of Mr. Gonzalez's interviews in which he picked suspects out of a line-up was recorded on video (*See* Exhibit A).[1] The notes also reflect that numerous eyewitnesses were interviewed and that the interviews were recorded (*Id.*). We respectfully ask that you produce the audio and video recordings of interviews with any witness that was contacted by LAPD in relation to the Lemon Grove Park murder, as well as any transcripts of the interviews. We have identified the following tapes that we would like you to turn over:

| **Witness** | **Tape #** | **Date** |
|---|---|---|
| Elger Barrios | 376049(A) | 09/29/2005 |
| Roberto Ramos | 376049(B) | 09/29/2005 |
| Freddy Gonzalez | 376050 (audio) | 09/29/2005 |
| Freddy Gonzalez | 376898 (video) | 09/29/2005 |
| German Suarez[2] and his wife | 376051 | 09/29/2005 |
| Juan Lara | 376385 | 10/18/2005 |
| Erick Lopez | 376382 | 01/07/2006 |
| Alejandro Rodriguez[3] | 371939 | 01/07/2006 |
| Alejandro Rodriguez | 357881 | 04/24/2006 |
| Fox11 | 492205 | 07/24/2006 |

In addition, Detective Small – who testified at Mr. Umaña's trial – made numerous entries in the chronological record of the Lemon Grove Park homicide that refers to other discovery that we

---

[1] We understand that Mr. Gonzalez made pre-trial identifications on at least three occasions; we would like the recording of each pretrial identification Mr. Gonzalez made of any suspect.

[2] German Suarez is also referred to as H. Suarez. This is most likely due to the Spanish pronunciation of the letter "G."

[3] A.k.a. "Chocolate"

would like you to produce (*See* Exhibit B).  At page 23 of the chronological record, there is an entry by Detective Small from September 13, 2006 where he indicates that he interviewed Rene Arevalo at Los Angeles County Jail and that Arevalo told him Mr. Umaña was "the likely shooter" at Lemon Grove Park (*Id.*).  The entry directs the reader to "refer to audiotape for more details" (*Id.*).  The chronological record and other discovery also make reference to interviews that Detective Small conducted with Luis Rivera on April 24, or April 25, 2006, and later on July 12, 2006 (*Id.* at pp. 26, 32-33).  Please produce the audiotapes and/or videotapes as well as any transcripts from these interviews with Mr. Arevalo and Mr. Rivera.

  b. <u>Additional records relating to each of the Lemon Grove Park witnesses.</u>

In addition to the recorded interviews of the witnesses requested above, please provide all relevant records relating to those witnesses.  This includes, but is not limited to audio and/or visual records, formal reports, typed memos and/or handwritten notes regarding statements made by witnesses relating to Lemon Grove Park, including but not limited to: Freddy Gonzalez, Roberto Ramos, Juan Lara, Elger Barrios, German Suarez and his wife Eva, Erick Lopez, Alejandro Rodriguez, Rene Arevalo, and Luis Rivera.

  c. <u>True and correct (color) copies of the six-pack identifications that were shown to eyewitnesses in an attempt to identify the suspect(s) of the Lemon Grove murder.</u>
The six-pack lineups that we have received are all black and white and are of poor quality. Detective Small's notes in the chronological record have identification numbers for many of the six-packs (Exhibit B).  Please provide clear and color reproductions of the six-packs to us, including numbers 126533, 134998, 134190, 131339, 131346, 131348, 130150, 128866, 126533, 122791, 118737, 118775, 123032, 123896, 128874, 135865, 134886, 133015, and 130152.

  d. <u>Evidence that supports Detective Small's sworn declaration to the California Supreme Court that Rene Arevalo provided the murder weapon to the Lemon Grove shooter.</u>
In a sworn declaration attached to a motion for electronic monitoring of Rene Arevalo, dated June 20, 2006, Detective Small explained that Rene Arevalo "was allegedly responsible for providing one of the weapons used in the [Lemon Grove Park] murder." (*See* Exhibit C, attached hereto).  Detective Small provided this declaration in Case No. BA301683, *People v. Arevalo.*  Please provide any and all reports, documents, notes, etc. that relates to the source of this information and/or supports the sworn statement in the declaration.  Please also provide any audio tapes, reports, notes, etc. received or generated by Detective Small in response to the Court's order granting the motion for electronic surveillance.

e.  <u>Any and all information relating to the $75,000 reward for information in regards to the Lemon Grove Park homicide.</u>

Detective Small also references a $75,000 city-council reward for information relating to the Lemon Grove murder.  He further indicates that he provided Rene Arevalo with information about the reward on September 13, 2006 (*See* Exhibit B, page 23).  Please provide all the information you have regarding this reward, including any documents, notes, reports, public statements or fliers.  Please also provide the same for any other rewards related to either the Lemon Grove Park homicide or the Fairfax homicide.

**II.     Documents and tangible items related to the homicides on Fairfax Ave.**

The government also introduced evidence of a shooting that occurred on Fairfax Avenue in Los Angeles, during which Gustavo Porras Aguerro and Jose Herrera were shot and killed.  We are missing discovery related to this aggravating factor as well.  For instance, we understand that Mr. Luis Rivera was interviewed over a period of at least two days with respect to the Fairfax shooting (*See* Sentencing Transcript pp. 206-07).  The dates of the interview were April 21, and April 23, 2006 (*Id.*).  We have reviewed the interview from April 21, 2006, but do not have the interview from the other day(s).  Based on information received in discovery in relation to the Lemon Grove Park murder, we believe it to be the practice of the Los Angeles Police Department to record their interviews with witnesses.  Please provide the recorded interviews and any transcripts.  Please provide us with all audio and or visual records, notes, reports, typed memos and/or handwritten notes pertaining to Oscar Santiago, Noe Bautista, and Luis Rivera.

Thank you in advance for your time and cooperation.  We are attaching a list of all of our specific discovery requests for your quick reference and convenience (Exhibit D, attached).  Please don't hesitate to contact us with any questions, concerns, or clarifications relating to this letter.  Ken Rose is available at (919) 956-9545, and Zandra Lopez or Matthew Fleming can be reached at (619) 234-8467.

Sincerely,

_/s Zandra Lopez_                                                    Dated:  Feb. 11, 2016
Zandra Lopez
Attorney
Federal Defenders of San Diego, Inc.
On behalf of Mr. Umaña's post-conviction team

# Appendix B

# MR. UMAÑA'S LIST OF SPECIFIC DISCOVERY REQUESTS

- The entire Lemon Grove and Fairfax shooting investigative files;

- Any and all relevant records, including but not limited to, audio and/or visual records, formal reports, typed memos and/or handwritten notes regarding statements made by testifying eyewitnesses Freddy Gonzalez (aka Carlos Alfredo Dominguez), Roberto Ramos, and Juan Lara;

- Any and all relevant records, including but not limited to, audio and/or visual records, formal reports, typed memos and/or handwritten notes regarding statements made by all other witnesses to the Lemon Grove Park Shooting, including but not limited to, Edgar Barrio, German Cesar Suarez, Erick Lopez, Rene Arevalo, and Luis Rivera;

- Any and all relevant records, including but not limited to, audio and/or visual records, formal reports, typed memos and/or handwritten notes regarding statements made by witnesses to the Fairfax Shooting, including but not limited to, Oscar Santiago, Noe Bautista, and Luis Rivera;

- Any and all audio/video recordings and transcripts of the recordings regarding the Lemon Grove Park Shooting;

- Any and all audio/video recordings and transcripts of the recordings regarding the Fairfax Shooting;

- Video Tape #376898 interview of Freddy Gonzalez on December 29, 2005;

- Audio Tape #376050 interview of Freddy Gonzalez on September 29, 2005;

- Audio Tape #376049 interview of Roberto Ramos on September 29, 2005;

- Audio Tape #376385 interview of Juan Lara on October 18, 2005;

- Audio tape #376049(A) interview of Elger Barrios on September 29, 2005;

- Audio tape #376051 interview of German Cesar Suarez and his wife on September 29, 2005;

- Audio tape #376382 interview of Erick Lopez on October 12, 2005;

- Recorded tapes ## 371938 and 357881, interviews with Alejandro Rodriguez from April 24, 2006;

- Audio tape containing interview of Rene Arevalo on September 13, 2006;

- Any and all information obtained by the LAPD supporting its affidavit in *People v. Arevalo*, Case No. BA301683 that Arevalo provided the gun to the Lemon Grove shooter;

- Notes or recording of interview with Galo Ramirez on January 16, 2015;

- Tapes of the interviews with Luis Rivera on April 24, and July 12 2006;

- The FBI 302 reports from the Federal Agents interviews with testifying Lemon Grove witnesses.

- True and correct, clear, color copies of the six-pack photo lineups as they were shown to witnesses;

- Agents' notes, reports, recordings and any other documentation from the Government's investigation into Mr. Umaña's social history and background in El Salvador. This includes documentation from the Government's meeting with Leticia Diaz (Mr. Umaña's mother) and any other family members or associates.

# Appendix C

# CHRONOLOGICAL RECORD

scanned

Recyclable and made from recycled waste

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

① DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 9-28-05 | 2215 | ESTUPINIAN / SMALL - NOTIFIED AT HOME OF A GANG SHOOTING AT LEMON GROVE PARK. (3) VICTIMS DOWN. RESPONDED FROM RESIDENCES. |
| 9-28-05 | 2325 | WEATHER CONDITIONS: WARM CLEAR |
| | | BRIEFED BY 1ST RESPONDERS OFFICERS MARTINEZ #36233 & VASQUEZ #34197. ADVISED THAT VICTIMS WERE ALL AT DIFFERENT HOSPITALS. MOST CRITICAL VICT AT LAC-USCMC W/ HEAD WOUND. SENIOR SUPERVISORS AT SCENE: CAPT MORIARTY, LT CROSS, DIII BERNDT. |
| 9-29-05 | 0040 | SMALL / ESTUPINIAN - WENT TO HOLLYWOOD STATION TO ORGANIZE WIT INTERVIEWS. |
| | | FOLLOWING WITNESSES WERE INTERVIEWED BY ESTUPINIAN, RAMIREZ, & CRUZ: |
| | | BARRIOS, E - #376049 (A) (ESTUPINIAN) |
| | | RAMOS, R. - #376049 (B) (ESTUPINIAN) |
| | | CRUZ, B. - NOT TAPED (ESTUPINIAN) |
| | | CRUZ, E. - NOT TAPED (ESTUPINIAN) |
| | | RAMIREZ, G - NOT TAPED (CRUZ) |
| | | LOPEZ, C. - NOT TAPED (RAMIREZ/SMALL) |
| | | ESCOBAR, N. NOT TAPED (RAMIREZ) |
| | | (REFER TO SECTION 14) |
| | | LARA, J NOT RECORDED (CRUZ / RUIZ) |

Case 3:16-cv-00057-MOC Document 13-1 Filed 04/27/16 Page 11 of 92

CONTINUE ON REVERSE

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

②　DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 9-29-05 | 0140 | Small - Went back to Lemon Grove Park. Processed crime scene. Photographers C. Choe #G.8826 & B. Botero #N3135 present to photograph scene. Photo No. C282040. |
| 9-29-05 | 0140 | Berndt - Assisted with K9 search of area. Ofcrs C. Buttitta #22542 & J. Marquez #36503. Negative results. |
| 9-29-05 | 0310 | Small - Closed crime scene. Back to Hollywood. |
| 9-29-05 | 0330 | Small / Estupinian - Admin duties. |
| 9-29-05 | 0900 | Small - Exchanged info with Det. Pelletier #24284 regarding MS gang members known as "Duke" and "Crook." Both were convicted of murder in 1995. Per Pelletier, they are due for release soon if they weren't already released from state prison. |
| 9-29-05 | 0930 | Small - Briefed Hollywood SLO Paula Davidson #31105 regarding case. |
| 9-29-05 | 0945 | Small - Briefed Hollywood Gang Unit on additional wit (likely intended target) known as "Freddy" Davi... CONT'D → |

Case 3:16-cv-00050-MOC   Document 134-1   Filed 04/27/16.   Page 12 of 92

CONTINUE ON REVERSE

# CHRONOLOGICAL RECORD    scanned

Recyclable and made from recycled waste

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

③    DR 05-06 29018

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 9-29-05 | 0945 | DOMINGUEZ IS A "TPC" CREW MEMBER, AND IS A RIVAL OF THE "MS" GANG. DOMINGUE WAS WITH THE VICTIMS AT THE TIME OF THE SHOOTING AND WAS THE LIKELY INTENDE TARGET. |
| 9-29-05 | 1045 | Small- COMPLETED A WORK UP ON CONVICTED MS GANG MEMBER GUSTAVO AGUIRRE, AKA "DUKE." A CHECK WITH CDC REVEALE AGUIRRE IS STILL INCARCERATED AT CORCORAN STATE PRISON. |
| 9-29-05 | 1115 | SMALL/ESTUPINIAN- ADVISED BY Hollywoo GIT LT. D. WHITMAN #24235 THAT "FREDDY" (DOMINGUEZ) WAS ENROUTE TO Hollywoo |
| 9-29-05 | 1140 | SMALL/ESTUPINIAN- INTERVIEWED DOMINGUEZ (AKA FREDDY GONZALEZ) AUDIO TAPE #376050. |
| 9-29-05 | 1400 | BYNUM- INTERVIEWED WIT. H. SUAREZ AT Hollywood. AUDIO TAPE #376051 |
| 9-29-05 | 1530 | Small/ESTUPINIAN - EOW. |
| 9-30-05 | 0730 | Small- INITIATED CRIME ALERT BULLETIN WITH Hollywood CAD UNIT. ALSO REQUESTE SPECIAL RUN ON A RECENT GANG SHOOTINGI ... Hollywood RAMPART AREA PAST 2 MOS. |

Case 3:16-cv-00057-MOC Document 13-11 Filed 04/21/16 Page 13 of 92

CONTINUE ON REVERSE

**INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.**

④  DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 9.30.05 | 1315 | BERNDT - RECEIVED CALL FROM WILSHIRE DIVISION SGT. EBBIE OROCHO ( (213) 473-0200) REGARDING INFO ON CASE. ADVISED I/O'S. |
| 9-30-05 | 1530 | Small - RESEARCHED 1995 MURDER CASE (VICT MUSE, MICHAEL) DR 95-0638468 FOR INFO ON POSSIBLE MS SUSPECTS. |
| 9-30-05 | 1700 | Small - WORK-UPS ON MS GANGSTERS (SECTION 22) |
| 9-30-05 | 1830 | Small - RCVD PHONE TIP FROM CITZ (ANONYMOUS) REGARDING PARK ACTIVITY. POSSIBLE LINK TO PARK STAFF AND MS GANG. WILL FOLLOW-UP FURTHER |
| 9-30-05 | 1845 | Small - ORDERED 1995 BOOKING PHOTO #4556971. |
| 10-2-05 | 0830 | Small - NOTIFIED AT HOME BY HWD W/C AND MEDICAL EXAMINER (DJABOURIAN) THAT POST MORTEM EXAM WILL GO AT 1000. RESPONDED TO CORONERS OFFICE. |
| 10-4-05 | 1000 | Small - OBTAINED CORONER'S BULLET. BOOKED AT ECU AS ITEM #12. |
| 10-4-05 | 1845 | Small - RMQC FIREARMS ANALYSIS FOR TYPE + CALIBER ON ITEM #12. |

Case 3:16-cv-00057-MOC Document 13-1 Filed 04/27/16 Page 14 of 92

CONTINUE ON REVERSE

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

⑤a DR 05-0629018

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 10-4-05 | 1300 | SMALL / ESTUPINIAN — MET WITH RAMPART AREA GANG UNIT. EXCHANGED INFO ON RECENT "MS" ACTIVITIES / SHOOTINGS ETC. PASSED OUT FLYERS. OBTAINED F.I. INFO. |
| 10-4-05 | 1630 | SMALL / ESTUPINIAN — EXCHANGED INFO ON CASE AND POSSIBLE WIT'S W/ SLO P. DAVIDSON. |
| 10-4-05 | 1640 | SMALL / ESTUPINIAN — WORK-UPS ON POSSIBLE WIT'S LOPEZ, E. AND OSORIO, N. CHECKED THROUGH CAL-GANGS. NEGATIVE FOR GANG RECORD. OBTAINED INFO — (SECTION 14) |
| 10-4-05 | 1730 | SMALL / ESTUPINIAN — EOW |
| 10/6/05 | 0900 | Received phone message from Victim Abaraca's Mother, Hilda Abaraca. She advised that she received an annonoymous phone call from someone who gave two aka's for Shooter and his partner. Both MS Gang member's — 1st Raton or Mouse and #2 Chueco or Crooked. Message was time stamped Oct 4, 7:28 pm. |
| 10/6/05 | 0905 | Received message left by Rampart Detective Silva (Homicide) (213) 207-2068 Returned call and left message. |
| 10/6/05 | 0910 | Spoke with Jeffery Abaraca. He believes wits are not truthful about their prior gang affiliation. Concerned for family's safety. |
| 10/6/05 | 0915 | Spoke w/ Jessica Abarca. Confirmed that her mother had received the ... |

Case 3:16-cv-00057-MOC    Document 13-1    Filed 04/27/16    Page 15 of 92

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)

**CHRONOLOGICAL RECORD**

Scanned

(6)

Recyclable and made from recycled waste

INSTRUCTIONS: This form is used to document any past or future investigative
events deemed necessary to control or develop this case.

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 10/6/05 | 1800 | Completed Cal-Gang Search w/ Det Bynum. Possible hits narrowed down to MS Gang Member "Mouse or Raton". Jose Juan or Juan Jose Solorzano. CII A19029013 - has felony warrant for trafficking |
| 10/6/05 | 1500 Hours | Spoke with GED Lt Witman. Advised him of Solorzano and if Unit see him to arrest him and call Small or me. |
| 10/6/05 | 1000 | Request C. Flores. 334 to check 1Card files for Crooked or Mouse. Flores obtained 3 possible hit- 1st Solorano-(Mouse or Raton) previously id and-2nd Kevin Moncada CII 1159436 (AKA Rata) 3rd Fidel Caceres CII 12538807 - Caceres was deported on 9/8/05 - |
| 10/6/05 | 1530 | Small complied 6 pack w/ Solorzano in Position #4 - 6 pack ID # 7269448 [initials] |
| | 1800 | Small- EXCHANGED iNFO wi Dt Hollywood GIT OFFICER RUSH #34361. OBTAINED iNFO ON DOCUMENTED "TPC" MEMBERS. WORK UPS DONE ON THESE: ALFARO, MELANIO ; BICHARA, ARMANDO; BONILLA, JOSUE; CABRERA, DANNY; CASTRO, ALVARO; GARCIA, CRUZ; HERNANDEZ, JOSE; HERNANDEZ, JUAN; RAMIREZ, ALFREDO; RAMOS, ALEXIS; RODEA, JOVANI; VASQUEZ, ALAN; ( SECTION 22). |
| 10-6-05 | 1800 | SMALL- CONTACTED LAS VEGAS P.D. - GANG UNIT |

Case 3:16-cv-00057-MOC Document 13-1 Filed 04/27/16 Page 16 of 92

SOLORZANO 3 PAGE 16 PENDING.

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)

**CHRONOLOGICAL RECORD**

scanned

Recyclable and made from recycled waste

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

⑦

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 10/7/05 | 0730 | Left message with possible wit - Michael Perez advised to call Detectives and relay info about what he witnessed. ▓▓▓▓▓▓▓ |
| 10/7/05 | 0730 | Packaged, Booked and completed property Rpt for Abarca's clothing left at scene as well as Victim #2 Lara - (recovered from Queen of Angels) |
| 10/7/05 | 0800 | Ran Wit for possible related Rpts in DC15 & Necs. Victim Abarca was also Victim of ADW in 2003 DR# 030616403 (multi 4). Possible Wits have related CRIME RPTS 041508775, 031119186, 050717906, 041314407 & 0408114460. No one available to √ thru ICARS. Requested D11 Berndt to assist on Monday 10/10/05. |
| 10/7/05 | 1330 | Contacted Frederico Araiza. He advised that his friend Michael Perez will be cooperative. |
| | | Contacted Det Carrillo N/E Homicide advised that "chueco" is slang for "crooked" pronounced trekco - Salvador - He advised that they are also working M/S murder. Will contact him on Monday to set up time for info exchange. |
| 10/12/05 | | Spoke with N/E Gang (Bobby) They also have Juan Solorzano on file as Mouse or Raton - no contact since 2000. N/E SEU will √ problem loc and F I for possibles - Ye. 3110% |

# CHRONOLOGICAL RECORD

scanned

Recyclable and made from recycled waste

**INSTRUCTIONS:** This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(8)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 10/12/05 | 1730 | Spoke with Park Employee Cricke Lopez. Interview taped on SID Tape No. 376382 - C. Section 14 - |
| 10/14/05 | 1600 | Met w/ Abarca Family. Family provided additional evidence and possible lead. Hilda Abarca was given phone number at funeral with ~~some~~ verbal info that no. belongs to Shooter's Girlfriend. Evidence will be booked into property. Search warrant written for (818) 288-6044 - Jessica Abarca advised that shooting at victim's car occurred over 1 yr ago. Freddie Gonzalez asked victim to drive him to a location. When Freddie came out Andy observed him running/ followed. |
| 10/18/05 | 1000 | Wit/Vict Ivan Lara provided additional statement to police Detective Small interview Lara Interview was taped on - SID # 376385 C-Section 11 - Lara for notes - |
| 10/18/05 | 1100 | Obtained Search Warrant for phone # (818) 288-6044. Hollywood Court Judge Spurgeon Smith - |
| 10/18/05 | 1200 | Faxed Request to West Coast Office of T-mobile Fax (425) 378-6050 phone (425) 378-6011. |

CONTINUE ON REVERSE

- Chrono                                    page 9              05-0629018
-
- October 18, 2005, approximately 1345 hours I received a phone call from a person who identified himself as Edgar Gutierrez, DOB 10/24/76.

Gutierrez stated that he is a neighbor of the decedent Andy Abarca and has lived in the same apartment building for eighteen years, ██████████████████. He has known Abarca since junior high school.

Gutierrez stated that a few days after the death of Abarca he was in the laundry room of his apartment building. A gang member he knows only as Blast came into the laundry room to talk to him. Gutierrez stated that Blast uses marijuana and drinks heavily, and then begins to talk. Gutierrez believes that Blast is a member of a tagging crew with letters for their name but he could not remember the letters. Blast is believed to be 23 years old

Blast told Gutierrez that he felt responsible for Abarca's death. Gutierrez asked him why and he stated that he knew the shooter and there was bad blood between them. Blast stated that he had been secretly having a relationship with the shooter's girlfriend and had gotten her pregnant. He continued to talk and told Gutierrez he had her phone number ████████ and knew where the shooter lived. He told Gutierrez that the shooter drove a black Honda Civic, and lived on Kenmore. Gutierrez could not remember if it was 242 or 342 Kenmore. Gutierrez stated that he was trying to act calm and not appear to be collecting information for the police. Blast told him that he was at the park on the evening of the murder and even spoke with the police but gave the police false info with regard to being an eyewitness.

I asked Gutierrez if he was the person who attended the funeral and gave Hilda Abarca the information about the phone number. He stated that he did. He stated that he did not have detective contact numbers until now since Hilda Abarca had been staying with other family members and he had not seen her in the apartment building.

Gutierrez believes that Blast has a girlfriend named Velen who is sixteen years old. Gutierrez believes this is a younger sister of someone he knew from school. He believes the family phone number is ████████. He does not know her last name.

Contact Number for Gutierrez is ████████. Phone will not be turn on until October 20.

Gutierrez will come in on 10/19/05, 1000 hours.

Estupinian 31108

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

page 10    DR 05-0629019

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 10/19/05 | 1200 | Received Subscriber info for (818) 288-6044. No # returns to Business account for Vicki Hurst, Glendale Infiniti, 727 Brand Blvd Glendale 91204 |
| | | Rpt for Possible person known as Blast — Victim named in DV case where Blast was arrested Yesenia Ruiz DOB 2/16/92 Yesenia Ruiz has drive wht honda civic 5HSH828, R/O Castillo Joana, 2611 Bellevue #111 |
| 10/20/05 | 1200 | F/U to Glendale Infiniti w/ Det V. Bynum # 23517. Vicki Hurst is Office Manager and advised business has several phones which are assigned to employees. (818) 288-6044 is assigned to Sandra Maciel DOB 6/23/81. — Maciel was at work and interviewed. She advised that she knew person named Blast — Blast is former Boyfriend of Yesenia Ruiz who also works at Infiniti Dealership. Ruiz is currently living with Maciel after she sought shelter from DV incident w/ Blast. C-section 14-NU for statement — Maciel denies any gang affiliation and provided husband name as Robert Ballasco DOB 4/16/84 |
| 10/21/05 | 1100 | Search revealed Robert Ballasco Cuentas DOB 4/16/84. On Summary Probation for Hit & Run — No CII. Cuentas lives with Maciel in Toonerville (Baywood St). No Record in Cal-Gangs or CII. |

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)

**CHRONOLOGICAL RECORD**

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|---|---|---|
| | | |
| 11/14/2005 | 1000 | Received message from victim Abarca's sister, Jessica. she advised that her mother was told Freddie was murdered over the weekend. A query of Ranferic Vasquez and Carlos Alfredo Dominguez was made into DCTS. Ranferic Vasquez was found to have been murdered in Rampart Division on 11/12/05. |
| | | |
| 11/14/2005 | 1000 | Received additional information from Human Resource Manager of Glendale Nissan/ Infinti. (Cheri) she advised that an employee who did not wish to be identified was in fear. the employee knew that another employee Yesenia Ruiz was involved in a Murder of her exboyfriend Ranferic Vasquez The employee who did not want to be identified told her boss that Ruiz had called her and asked for her final paycheck that she was quitting. the employee knew that Ruiz had been at the crime scene of her late boyfriend and had not remained. I advised her that I would contact Rampart Detectives and they would call her back. |
| | | |
| 11/14/2005 | 1030 | Spoke with Detective Silva from Rampart Homicide. Advised him of Ruiz possible involvement and that she was on her way to p/u her check. |
| | | |
| 11/15/2005 | 1500 | Spoke with Jessica Abarca. Explained that she and her mother may have confused the two Freddies. I told her that Freddie Dominguez had been positively identified on the night of the shooting and that Ranferic Vasquez was telling stories possilbly to gain attention or to cause trouble for his ex-girlfriend. Advised her that Hollywood SEU has viable leads to the identification of the shooters. Referred Hilda Abarca to Officer F Flores in order that she could be explained to in English. |
| | | |

LAPD 03.11.6 (12/81)  CHRONOLOGICAL RECORD    scanned    Recyclable and made from recycled waste

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

page 12    DR 05-0679018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| | | Spoke w/ Hilda Abarca at Hwd Station. She advised that Edgar Gutierrez gave her more info on shooter's address — 140 Kenmore #322. Drives a HK honda — She also positively id Kenfredic Vasquez. She has known him in Neighborhood for many years. Advised he has direct Knowledge. — |
| 10-25-05 | 1700 | Small / Flores - Met w/ Victim R. Ramos. Showed (3) 6-Packs. No I.D. Ramos states he had seen the older susp — (Primary Shooter) at least once before at Lemon Grove Park. States he would be able to recognize the suspects if he saw them again. Ramos is willing to meet w/ forensic artist when she becomes available. |
| 10-26-05 | 1200 | Small / Flores - Met w/ Vict Juan Lara at Hollywood Station. Showed photos (6-Packs). No I.D.'s on 6-Packs. |

Case 3:16-cv-00057-MOC    Document 13-1    Filed 04/27/16    Page 22 of 92

CONTINUE ON REVERSE

# CHRONOLOGICAL RECORD

scanned

Recyclable and made from recycled waste

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

Pg. 13

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 12-15-05 | 0830 | Small - Contacted SID-FAU to check status on bullet req from 10/4/05. This req is still unassigned. |
| 12-17-05 | 1200 | Small - Exchanged info on possible suspects "Wizard" and "Casper" with SEU-Gang Ofcr Flores. Discussed new lead obtained by Gangs and utilization of ICE. |
| 12-19-05 | 0930 | Small - Contacted FAU - David Lopez - Req Wednesday walk-in on 12/21/05 @ 0900. Item #3. |
| 12-21-05 | 0700 | Small - Advised by Lopez -SID FAU - that the firearms evidence analysis has been assigned. The casing (Item #3) will be included. No need to bring item #3 to Wednesday walk-in. |
| 12-21-05 | 1200 | Small - Spoke w/ FAU criminalist Chu #C 9901 Ms. Chu advised that she is unable to confirm a make of weapon from the lead core or the copper fragments. She said that the bullet core (coroners bullet) is most likely a .38 or .357 round and is probably fired from a revolver. Ms. Chu will be inputing the casing into NIBINS. |

Case 3:16-cv-00057-MOC    Document 13-1    Filed 04/27/16    Page 23 of 92

CONTINUE ON REVERSE

# CHRONOLOGICAL RECORD    s c a n n e d

Recyclable and made from recycled waste

**INSTRUCTIONS:** This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(14)    DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 12-22-05 | 1030 | Small - SPECIAL CAD SEARCH ON .38 OR .357 HANDGUNS BOOKED IN POLICE CUSTODY FROM SEPT TO PRESENT WAS REQUESTED. (HOLLYWOOD ONLY). |
| 12-26-05 | 0730 | Small - RECEIVED INFO ON POSSIBLE NIBIN HIT ON .22 LR CASING (ITEM #3) TO A SIMILAR CASING ON A DOUBLE HOMICIDE IN WILSHIRE DIVISION ON 7/27/05 (V-1 CHERRERA, JOSE LUIS 05-0723188 AND PORRAS, GUSTAVO 05-0723189). |
| 12-26-05 | 1330 | Small - CONTACTED WILSHIRE Homi DIII HOLROYD. EXCHANGED INFO. FAXED COPY OF ABARCA PIR. OBTAINED WILSHIRE FAX COPY OF PIR 05-0723188/89.  (SECTION 9) |
| 12-26-05 | 1400 | Small - EXCHANGED INFO ON CASES WITH WILSHIRE Homicide DET B. TELLES. DISCUSSED SIMILARITIES. THE WILSHIRE CASE INVOLVES GANG ACTIVITY. THEY ARE INVESTIGATING THE POSSIBILITY OF A NEWER MODEL GOLD NISSAN ALTIMA, UNKNOWN PLATE, BEING INVOLVED. |
| 12/27/05 | 0900 | Spoke with Bryer of SID Firearms. Provided info in order that further comparison of casing could be completed. Jerry Till,ss (213) 473-0446 |
| 12-29-05 | 0700 | Small - OBTAINED FIREARMS ANALYSIS REPORT. CORONERS BULLET FRAG AND CORE WERE TOO DAMAGED FOR ANY CONCLUSIVE FINDING. (SECTION 6) |

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)     **CHRONOLOGICAL RECORD**

INSTRUCTIONS: This form is used to document any past or future investigative
events deemed necessary to control or develop this case

| DATE | TIME | INVESTIGATION ⑮ | DR 05-0629018 |
|------|------|-----------------|----------------|
| 12/29/2005 | 0800 | Small- Requested evidence run (Citywide) on all similiar caliber firearms | |
| | | (.38 & .357) booked. request to be ongoing. | |
| | | | |
| 12/29/2005 | 1045 | SPOKE WITH THE WITNESS CARLOS ALFREDO DOMINGUEZ, DOB 09/21/70. HE WAS | |
| | | ABLE TO GIVE A STRONG TENTATIVE ID OF ALEX MONTES, DOB 06/16/90 AS THE | |
| | | YOUNGER MALE WHO LEFT THE SCENE AND RETURNED WITH THE SHOOTER. DOMINGUEZ | |
| | | WHO USES THE AKA FREDDY GONZALEZ, COULD NOT SAY IF MONTES WAS ARMED WHEN | |
| | | RETURNED. DOMINGUEZ ALSO MADE A TENTATIVE ID OF ALEJANDRO RAMIREZ, DOB | |
| | | 11/24/84. DOMINGUEZ STATED THAT RAMIREZ WHO WAS IN POSITION #2 STRONGLY | |
| | | RESEMBLED THE SHOOTER. DOMINGUEZ WAS PICKED UP BY PROBATION AFTER THEY | |
| | | CONDUCTED A SEARCH OF HIS HOME. HE WAS RELEASED BY PROBATION ON THE SAME. | |
| | | DOMINGUEZ ALSO STATED THAT HE IS SURE HE WAS THE INTENDED TARGET OF THAT | |
| | | NIGHT. HE STATED THAT MS AND JM GANG MEMBERS HAD WARNED HIM NOT TO | |
| | | RETURN TO THE PARK. HE WAS ALSO SHOWN PHOTOGRAPHS OF RANFERIC VASQUEZ | |
| | | SANDRA MACIEL, AND ROBERTO CUENTAS. DOMINGUEZ ADVISED HE DID NOT | |
| | | RECOGNIZE ANY OF THEM. DOMINGUEZ STATED THAT HE HAS SEEN TWO VEHICLES | |
| | | USED BY MS, A TAN OR BROWN ESCALADE AND A 4 DOOR DARK GREEN ACCORD. *AS* | |
| | | | |
| 12/30/2005 | 1230 | Spoke with victim Roberto Ramos at his home. He was unable to identified | |
| | | either Alex Montes or Alejandro Ramirez from photo line-ups # 118776, | |
| | | 122791, and 118737. *AS* | |
| | | | |
| 1-3-06 | | Small- WORK-ups on MS GANG MEMBERS | |
| | | (REFER TO SECTION 26). | |
| | | | |
| 1-3-06 | 1520 | Small- Follow up I/V with VICT- LARA. SHOWED | |
| | | PHOTO ARRAYS # 122791, 118737, 118776, AND 118775. | |
| | | No I.D. LARA INDICATED THAT PHOTO #4 ON 118776 | |

Case 3:16-cv-00057-MOC-... Document 13-1 Filed 04/28/16 Page 25 of 92

CONTINUED ON NEXT PAGE

LAPD 03.11.6 (12/81)

**CHRONOLOGICAL RECORD**

INSTRUCTIONS: This form is used to document any past or future investigative
events deemed necessary to control or develop this case

(16)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 1-3-06 | 1730 | Small- Stood By For Wit - Barrios. No Show. Contacted Witness - made F/U time to meet on 1-4-06 @ 1530. |
| 1-4-06 | 1500 | Small- F/U Interview of Wit. E. Lopez. Showed Six-Pack Nos. 122791, 118737, 118775, 123032. Lopez I.D.'d #3 (Alex Montes) on #122791 as being an "MS" gang member he has seen in the park on numerous occasions. He does not recall seeing Montes in the Park on the night of the murder. Lopez also I.D. #5 (on 6-Pack 123032) as being a guy he see's at the park frequently. Lopez does not know what gang #5 claims but said he sometimes hun a w/ "Chocolate" from "JM." "Chocolate" is a M/Hisp with a 1st name of "Alejandro." He is a "JM" gang member who hangs out with Jeffry. NFI. ( Section 14/I) |
| 1-4-06 | 1600 | Small - Wit Barrios called I/O to re-schedule meeting to 0730 1-5-06. |
| 1-5-06 | 1645 | Small- Fax info for City Council Reward Req to Mr. Garcetti's ofc - Ms. Christina Ortega-Labitique. (w: ███████ - F: ███████). |
| 1-9-06 | 0855 | Small- Telephonic contact w/ Ms. Ortega-Labitique. Discuss Reward... He will advise who is presented to city council (section...) |

CONTINUED ON NEXT PAGE

Recyclable and made from recycled waste

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(17)    DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 1-9-06 | 1520 | SMALL/ESTUPINIAN - ATTEMPTED TO CONTACT WIT G. RAMIREZ AT HIS WORKPLACE FOR INTERVIEW. WIT WAS CALLED TO A MEETING AND WAS UNAVAILABLE. |
| 1-9-06 | 1800 | SMALL - RE-CONTACTED WIT-RAMIREZ. SET DATE FOR F/U INTERVIEW TO 1-11-06. |
| 1-11-06 | 1000 | SMALL - WIT RAMIREZ WAS A NO-SHOW. HE LEFT VOICE MESSAGE TO RE-SCHEDULE. |
| 1-13-06 | 1120 | SMALL - EXCHANGED INFO ON POSSIBLE SUSP/ WIT WITH SEU-GIT OFCR RUSH. OBTAINED INFO ON POSSIBLE "CHOCOLATE" - A JMK MEMBER - NAMED ALEJANDRO RODRIGUEZ. (SECTION 12). |
| 1-16-06 | 1415 | SMALL - INTERVIEWED WIT- GALO RAMIREZ. THE WIT ADVISED THAT MS HAS HAD A "GREEN LIGHT" ON FREDDY (DOMINGUEZ) FOR A WHILE. FREDDY IS ALSO IN TROUBLE WITH HIS OWN GANG TPC FOR NOT CLAIMING "SUREÑO" WHILE IN JAIL THIS PAST YEAR. WIT VIEWED PHOTO LINE-UPS # 122791, 118737, 118776, 118775, & 123032. NO I.D. ON ANY OF THEM. HE THEN VIEWED A SINGLE BOOKING PHOTO # 8883880 OF ALEJANDRO RODRIGUEZ. WIT I.D.'d THE PHOTO TO BE "THAT'S CHOCOLATE FROM JMK." |

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(18)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|---|---|---|
| LATE ENTRY | | SMALL- RCVD CALL FROM COUNCIL PRESIDENT |
| 1-13-06 | 0930 | GARCETTI'S OFFICE (MS. ORTEGA-LABITIQUE) WHO |
| | | ADVISED THAT THE COUNCIL IS CONSIDERING THE |
| | | APPROPRIATE AMOUNT OF THE REWARD. THE MOTION |
| | | WILL BE PRESENTED NEXT WEEK. GARCETTI'S OFC |
| | | WILL ADVISE I/O WHEN GRANTED. |
| | | |
| 1-16-06 | 1430 | SMALL - LAS VEGAS METRO P.D. - GANG DETECTIVE |
| | | CLUTE LEFT VOICE MSG — NO MATCHES ON |
| | | SOLORZANO IN EITHER CLARK COUNTY OR NEVADA |
| | | STATE PRISON SYSTEMS. |
| | | |
| 1-17-06 | 1130 | SMALL- SUBMITTED 120 DAY MURDER INVEST |
| | | PROGRESS REPORT TO DIII. BERNDT. |
| | | |
| 1-17-06 | 1830 | SMALL/ESTUPINIAN- INTERVIEW ALEJANDRO |
| | | RODRIGUEZ (AKA "CHOCOLATE") FROM JMK. |
| | | (REFER TO NOTES SECTION 14 & TAPE # 371938 |
| | | SIDE A). |
| | | |
| 1-18-06 | 1030 | SMALL- EXCHANGED INFO ON CASE WITH WILSHIRE |
| | | HOMICIDE DETECTIVES TELIS AND PARSHALL. |
| | | THEIR VICTIMS WERE SHOT W/ .22 AUTO. |
| | | SUSP VEHICLE IS A GOLD OR POSSIBLY TAN |
| | | NISSAN ALTIMA. |
| | | |
| 1-19-06 | 0645 | SMALL- RCVD EMAIL MESSAGE FROM FIREARMS UNIT |
| | | CRIM. W. MOORE CONFIRMING THAT NIBIN HIT ON |
| | | CASING MATCHES WILSHIRE HOMICIDE EVIDENCE. |

Case 3:16-cv-00057-MOC   Document 13-1   Filed 04/27/16   Page 28 of 92

CONTINUE ON REVERSE

**CHRONOLOGICAL RECORD**

scanned

⑲

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 1-19-06 | 0805 | Small - Spoke with Firearms Analyst Moore. He advised that our .22 casing was fired from a semi-auto pistol. I reques Fau to attempt to narrow focus on make or model of pistol. (Section 6). |
| 1-19-06 | 0840 | Small - Contacted Det Telis - Wilshire. I advised him of new info. I will advise any additional info as it is developed. |
| 1-19-06 | 0905 | Small - Requested Coroner's report and photos. (323) 343-0513. Brian will advise when ready. |
| 1-19-06 | 1030 | Small/Vargas - Checked area around Lemon Grove Park. Observed a Nissan Altima (silver) 5EGD548 - Park had little to no activity. Numerous JMK and MS gang members obs on Romaine between Oxford and Serrano. |
| 1-19-06 | 12∞ | Small - Reviewed MS gang injunction book. Obtained info on MS (HLCS) "Sinner" also obtained info on MS (HLCS) "Mo Mo." Completed work ups. (Section 12). |
| 1-20-06 | 0900 | Small - Contacted LASO - Classification Unit (R. Bell). Deputy Bell checked CJ files for "Sin" w/ negative results. Initial info regardin Sin obtained by Ofcr F. Flores #32539 from street sources |

Case 3:16-cv-00057-MOC Document 13-1 Filed 04/27/16 Page 29 of 92

CONTINUE ON REVERSE

# CHRONOLOGICAL RECORD

scanned

Recyclable and made from recycled waste

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(30)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 1-20-06 | 1120 | Small - Contacted LASO Deputy Morine, (CJ) Ops. Safe Jail (OSJ). Requested a query of that system for MS moniker "Sin." Obtained (2) hits. MS HLCS - Pedro Armenta and MS Rampart LCS - Fabian, Miguel Lopez AKA CII # A12302676. (Section 12). |
| 1-24-06 | 1800 | Small - Contacted LASO Prison Gang unit. Requested info on "Sin" from MS. Rcvd call from Deputy Kamp. Nothing current on "Sin" in their files. Kamp advised that the Prison Gang unit does not normally track street gang members, but will attempt to gather intell for us. (LASO Kamp 974-4098). |
| 1-27-06 | 1100 | Small - Exchanged info w/ Ofcr C. Rush Hollywood - GIT regarding a possible wit M. Mendez. (Refer to Section 14 |
| 1-30-06 | 0810 | Small - F/u call to Coroner's Ofc regarding report and photos. Brian not available. Left 2nd msg with Irma. |
| 1-30-06 | 1240 | Small - F/u checks made to I.D. "Sin". Obtained (2) possibles. Frank Bernabe AKA "Sin" CII A2158179. Javier Borja AKA "Sin" CII A21373776. Cal-Gang Checked. Negative Results. (Section 22). |

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(21)　DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 2-9-06 | 0745 | Small - Discussed info regarding "MS" gang moniker "Sin" with Rampart SEU - GIT Detective M. Zesati. Shared info. |
| 2-10-06 | 1100 | Small - Confirmed (via phone call) that Councilman Garcetti's motion for reward was passed. Per Christina Ortega-Labitique, the reward amount is $50,000 (323) 957-4500. - OFC (323) 957-6841 - FAX |
| 2-13-06 | 1420 | Small - Obtained final approved 60 day progress report. Placed report in Section 10. DIII Berndt made distribution to Bureau + RHD. |
| 2-24-06 | 0700 | Small - Obtained firearms analysis report that confirms a connect up between the Hollywood and Wilshire murder cases (05-0629018 and (ITEM #3) Items #1+2 05-0723188). The same firearm was used in both cases. (Section 6). |
| 2-24-06 | 0830 | Small - Spoke w/ Ofcr F. Flores #32539 who is currently assigned to a federal gang task force. Ofcr Flores identified "Sin" to be an 'MS' gang member Geovani Rodas CII # A25786003. Rodas is currently in custody at the Castaic Facility of the L.A. County Jail under Booking #8813204. Rodas was booked by Wilshire Division for Robbery. (DR 05-0701585). (Section 9 for arrest report.)　Section 12 for RAP (Rodas). |

Case 3:16-cv-00057-MOC　Document 13-1　Filed 04/27/16　Page 31 of 92

scanned

# CHRONOLOGICAL RECORD

**DR# 05-0629018**
**Victim Abarce,Andy**

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 02/04/06 | 1130 | Rush informed me that Miguel Granados (Just Marijuaneros Krew, JMK) was caught in a probation sweep with a chrome .357 caliber pistol. I contacted Probation Officer Sanchez and arranged to meet at Eastlake Juvenile Detention Center for assistance with an interview with Granados. REV |
| 02/23/06 | 1000 | Officer Rush, Probation Officer Sanchez and I (Detective Vargas) met with Suspect Granados at Eastlake Detention Center. He spoke to us and gave us information on the owner of the pistol. He stated that his name was Ricardo Hernandez. He drove a newer model Ford, F-150, black pick up truck. He believed that the license plate to the truck was 7H72208. Granados also stated that Hernandez lived on 33rd Street off of Alemeda Avenue, on the south side. He described the house as beige with a white, wrought iron slide gate. Hernandez' home also had a basketball hoop to the rear of the driveway. Granados described Hernandez as a male, Hispanic, 5'09", bald, muscular build. He has a mustache with a goatee and has a tattoo of an Aztec Female on his left bicep. Granados knew Hernandez from a previous construction job he had done with him. REV |
| 02/24/06 | 0900 | Officer Rush and I went to the area of 33rd Street and Alemeda Avenue. There was no intersection. We went to 33rd Street and Long Beach and took note of two beige homes, on the south side and 1, Ford, F-150, black down the street. Using departmental resources none of the locations or vehicles came back to a Ricardo Hernandez. Due to the common name of Hernandez, no record of any kind can be located with out a date of birth. REV |
| 02/27/06 | 1300 | I requested fingerprints on the weapon in custody. Technician Lidiadco #G9008 documented my request. I advised him to notify me when the request was completed in order to send it to the firearms unit. REV |
| 3-7-06 | 1500 | SPoKE w/ ONG AT CENTRAL PROPERTY; ADV HiM TO ENSURE WEAPON IS SENT TO N/E DIV / FIREARMS UNIT. I RECVD INFO THAT WEAPON WAS UNABLE TO PRODUCE ANY PRINTS. |
| 3-13-06 | 1200 | SmALL- WORK-UP iNFO oN "JMK" MEMBER MIGUEL GRANADOS. (SECTION 8). |
| 3-13-06 | 1600 | SmALL- EXCHANGED iNFO REGARDING SUSPECT'S AND EVIDENCE wiTH WILSHIRE HOMICIDE DETS HOLROYD TELLIS AND PARSHALL. |
| 3-13-06 | 1630 | SmALL- OBTAINED CoPY OF CoUNCILMAN GARCETTI's MOTION FOR $ 75,000 REWARD. (SECTION 24). |
| 3-15-06 | 1115 | SmALL/ VARGAS. FIELD I/V wiTH FREDDY GONZALES. SHOWED 6-PACK I.D. #126533 WIT I.D. PHOTO #5 AS Looking LikE THE SHOoTER w/ CHROME GuN. (IDENTIFYING GEOVANi RODAS) (SECTION 11) |

# CHRONOLOGICAL RECORD

DR# 05-0629018
Victim Abarco, Andy

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 03/20/06 | 0900 | Spoke with Technician More, at North East Firearm's Unit, and requested that bullet fragment be examined. TS     (ITEM 21) |
|  | 0920 | I faxed a copy of the property report with the documentation of the aforementioned bullet fragment. REV |
| 3-22-06 |  | SMALL- CONTACTED WIT RAMOS. SET TIME TO MEET AND SHOW PHOTOS ON FRIDAY 3-24-06, 0900. |
| 3-24-06 | 1030 | VARGAS - WIT RAMOS WAS A NO SHOW - NO PHONE CALL. |
| 3-28-06 | 1700 | SMALL - CONTACTED WIT RAMOS. HE STATED HE WAS CALLED IN TO WORK FRIDAY. RAMOS AGREED TO MEET I/D's AT HIS RESIDENCE THIS COMING FRIDAY 3-31-06 AT 1030. |
| 3-29-06 | 1400 | SMALL / VARGAS- ATTEMPTED TO LOCATE WIT LARA AT HIS RESIDENCE — 6827 WHITSETT #210. NO ANSWER. LEFT BUSINESS CARD. CONTACTED ON-SITE MGR WHO VIEWED PHOTO OF LARA. MGR STATES LARA COMES BY TO PICK UP HIS CHILD AND TO SEE HIS GIRLFRIEND AMALIA. PER MGR- LARA DOES NOT RESIDE AT LOC. |
| 3-30-06 | 1300 | SMALL / VARGAS- INTERVIEWED VICTIM/WIT JUAN LARA AT HOLLYWOOD STA. SHOWED PHOTO 6-PACK I.D. #126533. LARA STATED HE COULD NOT IDENTIFY ANYONE BUT POINTED OUT PHOTO #5 AS HAVING A SIMILAR COMPLEXION AS THE GUY WITH THE REVOLVER. |
| 3-31-06 | 1030 | SMALL / VARGAS- MET W/ VICT RAMOS AT HIS RESID. SHOWED PHOTO LINE-UP CARD I.D #126533. RAMOS UNABLE TO MAKE I.D. |
| 3-31-06 | 1130 | SMALL / VARGAS- OBTAINED VERIFICATION OF CITY COUNCIL REWARD IN AMOUNT OF $75,000 EFFECTIVE 3-17-06.     ( SECTION 24) FILE #06-0010-57. |

# CHRONOLOGICAL RECORD

DR# 05-0629018
Victim Abarce, Andy

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 3-31-06 | 1415 | VARGAS MET W/ VICT RAMOS AT HWD STATION SHOWED HIM PHOTO LINE UP # 123869 RAMOS UNABLE TO ID ANY SUSP. |
| 4-13-06 | 0900 | Small — EXCHANGED INFO ON CASE WITH WILSHIRE HOMICIDE DET. PARSHAL. |
| 4-13-06 | 0930 | Small — TELEPHONIC I/V OF MICHAEL PEREZ CAMPOS. HE WAS NOT PRESENT DURING THE INCIDENT. HE IS A FRIEND OF THE DECEDENT AND WAS SUPPOSED TO MEET THE VICT + OTHER TO PLAY BASKETBALL. WITT ARRIVED LATE. THE POLICE WERE ALREADY AT SCENE WHEN WIT SHOWED UP. NO NEW INVESTIGATIVE LEADS. (SECTION 14). |
| 4-13-06 | 1030 | Small / VARGAS — ATTEMPTED TO CONTACT POSSIBLE WIT TO SHOOTING (M. MENDEZ) AT HIS RESIDENCE IN THE RAMPART AREA. NO RESPONSE. LEFT A BUSINESS CARD. CHECKED ON WIT'S STATUS W/ NEIGHBORS. WIT DRIVES A FRUIT TRUCK IN THE AREA OF THE SHOOTING BUT HASN'T BEEN SEEN ON THAT ROUTE SINCE. (SECTION 14). |
| 4-13-06 | 1330 | Small — EXCHANGED NEW LEAD INFO ON ARRESTEES BARRERA, ALEX #8676630 AND RIVERA, ROBERTO #8709246. BOTH ARE VERIFIED "MS" GANG MEMBERS. BOTH ARE ASSOCIATED WITH EACH OTHER ON SEVERAL ROBBERIES (DR 05-0623368 ET AL) AND ARE KNOWN ASSOCIATES OF ALEX MONTES, AKA "GUANACO" AN "MS" GANG MEMBER. BARRERA WAS ARRESTED ON 7-29-05 (1-DAY AFTER A WILSHIRE DIVISION DOUBLE HOMICIDE 05-0723188) DATED 7-27-05. BARRERA HAD (5) LIVE ROUNDS IN HIS POCKET .22 cal AT TIME OF HIS ARREST. (REFER TO SECTION 8 FOR ARREST RPTS). (REFER TO SECTION 9 FOR FOLLOW UP RPTS) |

# CHRONOLOGICAL RECORD  scanned 25

Recyclable and made from recycled waste.

**INSTRUCTIONS:** This form is used to document any past or future investigative events deemed necessary to control or develop this case.

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 4-24-06 | 0730 | SMALL - EXCHANGED INFO ON CASE WITH WILSHIRE HOMICIDE DET PARSHALL. THE WILSHIRE DOUBLE 187 (DR #S 05-0723188) INVOLVED SEVERAL MS GANG MEMBERS. THE DRIVER WAS RENE AREVALO (AKA "MO"). REAR PASSENGERS WERE LUIS MARIO RAMOS (AKA "ANONO") AND EDDIE RUIZ (OMAR), AND LUIS RIVERA ("CRUTCH"). ALEJANDRO RAMIREZ (AKA "WIZARD") WAS THE SHOOTER. LUIS RIVERA + LUIS RAMOS ARE IN CUSTODY AT WILSHIRE DIVISION. EDDIE RUIZ IS IN CUSTODY AT LANCASTER JUVENILE HALL. |
|  |  | I COMPLETED A WORK-UP ON LUIS RIVERA (BKG # 9013895), AND ASSEMBLED (2) 6-PACKS I.D. # 130152 (RIVERA) AND # 130150 (AREVALO). |
| 4-24-06 | 1200 | SMALL / VARGAS - MET WITH VICTIM R. RAMOS AT HIS RESIDENCE. SHOWED PHOTOS. NO I.D. |
| 4-24-06 | 1320 | SMALL / VARGAS - MET WITH VICT J. LARA IN MAYWOOD, CA. SHOWED PHOTOS. LARA I.D.'S AREVALO AS BEING A GUY HE GREW UP WITH AND LIVED NEAR IN THE 1000 BLOCK N. MARIPOSA. AREVALO IS AN MS GANG MEMBER KNOWN AS "MO." LARE SAID AREVALO WAS NOT PRESENT AT THE SHOOTING. LARE THEN VIEWED 6-PACK # 130152 AND I.D. PHOTO #6 (RIVERA) AS BEING MOST SIMILAR IN LOOKS TO THE TALL THIN |

Case 3:16-cv-00057-MOC Document 13-10 Filed 04/27/16 Page 35 of 92

CONTINUE ON REVERSE

# CHRONOLOGICAL RECORD

scanned

Recyclable and made from recycled waste.

**INSTRUCTIONS:** This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(26)

DR 05-06-29018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 4-24-06 | 1700 | Small / Vargas - Interviewed Luis Rivera (#9013895) at Wilshire Station. Obtained info on the case and possible shooters. "Sin" drove a small black vehicle. The (2) shooters are "Trivilin" and "Casper." Rivera does not have names for these player. |
| 4-25-06 | 0700 | Small - Exchanged info regarding Trivilin + "Casper" w/ Hollywood GIT Detectives Guerra and Severns. |
| 5-9-06 | 1550 | Small - Advised by GIT Det's that a M/Hisp susp was I.D. in an extortion case was I.D. to be "Trivalene." The Susp's true name is Juan Miguel Cortez, an "MS" gang member (FLN) El Salvaduren Freedom Fighter. (Refer to Section 12) Cortez was arrested with another "MS" gang member known as "Terror" (True name Mauricio Rodriguez). (Section 12) |
| 5-10-06 | 1900 | Small - Completed additional work-ups on potential Susp's. Contacted vict Lara for I/v |
| 5-10-06 | 2045 | Small - Showed photos to vict - Lara at Hollywood Station. Line-up array Nos. 131346 and 131348. No I.D. |

CONTINUE ON REVERSE

# CHRONOLOGICAL RECORD scanned

**INSTRUCTIONS:** This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(27)

Recyclable and made from recycled waste.

DR 05 06 29018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 5-11-06 | 0930 | SMALL / VARGAS - MET w/ VICT-RAMOS. SHOWED PHOTO SIX-PACKS NOS. 131346 + 131348. I.D. MADE ON PHOTO #2 (CARD No. 131346) AS BEING A GUY HE KNOWS FROM LEMON GROVE PARK. PHOTO #2 (TRIVALENE) IS KNOWN BY VICT RAMOS TO BE A FRIEND OF M.S. NO I.D. MADE ON CARD No. 131348. |
| 5-18-06 | 1420 | SPOKE w/ ESTOPINIAN ON JESSICA'S REQUEST FOR KEYS BOOKED AS EVIDENCE. ESTOPINIAN STATED THE KEYS WERE NOT EVIDENCE. I AUTHORIZED THE RELEASE OF THE KEYS TO JESSICA BARCA. REV |
| 6-19-06 | 0850 | SMALL - MADE CONTACT CALLS TO WITS RAMOS AND LARA REGARDING NEW INFO (i.e. "CASPER"). LEFT MESSAGES WITH RAMOS' GIRLFRIEND AND ON LARA'S VOICE ANSWERING MACHINE. |
| 6-20-06 | 1300 | SMALL - MET WITH DDA A. LIN WHO IS HANDLING THE WILSHIRE DOUBLE 187 CASE 05 07 23188 (CASE PEO. VS. RAMOS, ET AL BA 301683). DISCUSSED CASES. PROVIDED FOLLOW-UP INFO ON ABARCA CASE. |
| 6-21-06 | 1030 | SMALL - OBTAINED COURT ORDER REGARDING RENE AREVALO'S JAIL VISITS FOR NON-PRIVILEGED COMMUNICATIONS. |
| 6-27-06 | 1640 | SMALL - ... |

Case 5:16-cv-00051-MCS Document 13-1 Filed 04/27/16 Page 37 of 92

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)

**CHRONOLOGICAL RECORD** scanned

Recyclable and made from recycled waste.

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(28)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 6-28-06 | 0805 | Small - F/U check on William Fry (aka "Casper") revealed he was arrested by West Hollywood Sheriff's on a controlled substance violation. Booking # 9101878. Made a photo array with that booking number with Fry in position # 4 — (refer to 6-pack 05-0629018/i). Arrest date 6-27-06 for 11377 H+S. |
| 6-28-06 | 1110 | Small - F/U interview with Carlos Alfredo Dominquez (Freddy Gonzalez). He clarified that Francua Montes (aka Guanaco) — who is #4 on 6-pack I.D. #118776 — was not a shooter at the park. He has been in the park on previous occasions and is an MS gang member whom Domingu has ~~seen~~ HAD problems with in the past. |
| | | I then showed Wit. Dominguez several additional six-packs Nos. 134190, 131346, 131348, 130150, 130152, 128866, 126533. Wit Dominguez was unable to make any identifications from these 6-packs. |
| 6-29-06 | 1930 | Small - Follow-up interview with Roberto Ramos. Showed photo line-up Nos. 134190, 131346, and 131348. No I.D. on shooting suspects. Wit did I.D. #2 on card 131346 as a guy he |

Case 3:16-cv-00057-MOC Document 13-1 Filed 04/27/16 Page 38 of 92 HILTON

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)

CHRONOLOGICAL RECORD scanned

Recyclable and made from recycled waste.

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

㉙

DR 05-0629078

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 6-30-06 | 1830 | Small/Ruiz - Initiated an interview of County Jail inmate Rene Arevalo, BKG #905 9605. Interview is regarding un-related homicide committed in Hollywood. Arevalo stated He will consider talking to me. I provided him with my name and Phone Number. |
| 7-6-06 | 0845 | Small - Hwd. Robbery Det. Ceccia provided me with a Found Property Report 06-0619135 (Item #1 - Firearm .357 cal). |
| 7-6-06 | 0900 | Small - Request made for Firearms Test-fire and comparison of Item #1 (06-0619135) and Items 4, 12, 21 on Abarca 187. - Contacted FAU - D. Lopez |
| 7-6-06 | 0915 | Small - Contacted Hwd Property Officer Estrada - requested Item #1 (06-0619135) be placed in Drug-fire till and sent to Firearms unit for test fire. Faxed Property reports to FAU. |
| 7-6-06 | 1030 | Small - Earlier spoke with Doreen - FAU. Req Test-fire + comparison between Item #1 06-0601978 to Abarca 187 Items #4, 12, 21. Also, advised Doreen of earlier request and that Robbery had requested CPU (prints) be done on Item #1 (06-0619135) prior to test-fire |

Case 3:16-cv-00057-MOC Document 11-1 Filed 04/27/16 Page 89 of 92

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)

**CHRONOLOGICAL RECORD** scanned

Recyclable and made from recycled waste.

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(30)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 7-6-06 | 1230 | Small - MET WITH DDA ALVA LIN REGARDING POSSIBLE APPROACHES TOWARDS RENE AREVALO. DISCUSSED POSSIBILITY OF A PROFER STATEMENT SUBSEQUENT TO AN INTERVIEW BETWEEN MYSELF, DDA LIN AREVALO AND HIS ATTORNEY. DDA LIN WILL DISCUSS WITH HER SUPERVISOR AND GET BACK TO ME ON CASE. ALSO DISCUSSED STRENGTHS AND WEAKNESSES OF WILSHIRE CASE WITH RESPECT TO LUIS RIVERA #901389 AND THE ABARCA 187. |
| 7-6-06 | 1630 | Small - F/U WITH VICT/WIT LARA. - SHOWED 6-PACK #134190, 133015 131346, 131348, 130150*, 130152, 128866, 126533, 122791, 118737, 118776, 118775, HE RECOGNIZED #5 ON #130150 AS "MO". HE SAID THAT "MO" AND HE GREW UP TOGETHER AND WERE FRIENDS. HE STATED THAT "MO" WAS NOT AT THE PARK ON THE DAY OF THE SHOOTING. No OTHER I.D. WAS MADE. |
| 7-6-06 | " | LARA THEN WENT ON TO SAY THAT, SHORTLY AFTER THE SHOOTING, HE MET UP WITH AN MS GANGSTER KNOWN ONLY AS "MOUSEY." HE TOLD LARA THAT THE HOMIES BOTCHED THE SHOOTING, IT WASN'T SUPPOSED TO GO THAT WAY AND WAS APOLOGETIC THAT LARA AND HIS FRIENDS GOT SHOT. THEY WERE AFTER ONLY ONE GUY. LARA SAID MOUSEY LIVES NEAR MELROSE + GIVEN BY THE DMV. |

Case 3:16-cv-00057-MOC    Document 93-1    Filed 04/27/16    Page 40 of 92

CONTINUE ON REVERSE

# CHRONOLOGICAL RECORD  scanned

Recyclable and made from recycled waste

**INSTRUCTIONS:** This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(31)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 7-7-06 | 0815 | SMALL - EXCHANGED INFO WITH SEN-GANG DETECTIVE C. RUSH. SHE PROVIDED INFO ON SEVERAL MS GANG MEMBERS WHO ARE KNOWN BY MONIKER "GOOFY." MY PRIOR INTERVIEW WITH WIT/VICT LARA REVEALED THAT THE NAME "TRIVILIN" MEANS "GOOFY." |
| LATE ENTRY 7-6-06 | 1545 | SMALL - FAXED REQUEST FOR NON-PRIVILEDGED MONITORING OF INMATE VISITS FOR LUIS RIVERA. BKG # 9013895. TO LASO TECH UNIT. |
| 7-7-06 | 0930 | SMALL - CONTACTED JAIL LIAISON (LASO). VERIFIED RIVERA IS AT TWIN TOWERS. ADVISED OF ORDER. |
| 7-7-06 | 0930 | SMALL - EXCHANGED INFO AND CASE UPDATE WITH DET. FRANK FLORES REGARDING MS INVOLVEMENT. DET FLORES WILL ATTEMPT TO GATHER ADDITIONAL GANG INFO AND SUSPECT INFO TO ASSIST IN THIS INVESTIGATION. |
| 7-11-06 | 0845 | SMALL/GAHRY - INTERVIEWED DENISE BARRAGAN AT HER RESIDENCE. SHE IS AREVALO'S GIRLFRIEND. THEY HAVE AN INFANT DAUGHTER. MS. BARRAGAN INDICATES THAT ABOUT 1 WEEK AGO, SHE RECEIVED A PHONE CALL FROM AN UNKNOWN MS GANG MEMBER WHO TOLD HER NOT TO SAY ANYTHING TO THE POLICE. I ADVISED WHO TO CONTACT ME IF SHE SHOULD RECEIVE ANY CALLS OF A THREATENING NATURE. |

Case 3:16-cv-00057-AMOC Document 12-1 Filed 04/27/16   Page 41 of 92

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)

**CHRONOLOGICAL RECORD** scanned

Recyclable and made from recycled waste.

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(32)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 7-11-06 | 1630 | SMALL - WENT TO CJ (TWIN TOWERS) FOR INMATE INTERVIEW OF LUIS RIVERA #9013895. STOOD BY FOR AN INTERVIEW ROOM. WAS LATER INFORMED THAT THE ROOM WAS NOT GOING TO BE AVAILABLE FOR SEVERAL MORE HOURS. I WENT EOW AND ADVISED LASO THAT I WOULD RETURN ON 7-12-06. |
| | | |
| 7-12-06 | 0915 | SMALL - CONDUCTED INTERVIEW OF LUIS RIVERA #9013895 AT TWIN TOWERS REGARDING HIS KNOWLEDGE OF THE SHOOTING. (NOTE: DURING A PRIOR INTERVIEW, RIVERA STATED THAT THE SUSPECTS WERE "MS" GANGSTERS KNOWN AS ("TRIVILIN" OR "TRIVALENE" OR "TRIVALIN") AND "CASPER." THE DRIVER WAS "SIN." — REFER TO INTERVIEW DATE 4-25-06 |
| | | |
| | | DURING THE LATEST F/U INTERVIEW (7-12-06) RIVERA REMAINED STEADFAST IN HIS STORY OF KNOWLEDGE HE HAS THAT "TRIVALIN" AND "GASPER" (NOT CASPER AS STATED EARLIER) DID THE SHOOTING. "SIN" WAS THE DRIVER, HOWEVER TRIVALIN AND "GASPER" WALKED UP AND DID THE SHOOTING. I THEN SHOWED RIVERA SEVERAL PHOTO LINE-UPS: #134998, 134190; 131339; 131346; 131348; 130150*; 128866; 126533*; 122791; 118737; 118775; 123032; 123896*; 128874*. RIVERA IDENTIFIED RENE ARAVELO AS SOMEONE W/HO |

WAS ARRESTED F/U (130/50)

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)

**CHRONOLOGICAL RECORD** scanned

Recyclable and made from recycled waste.

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(33)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 7-12-06 CONTINUED | | IDENTIFIED PHOTO #5 6-PACK #126533 AS BEING "SIN" (VERBAL I.D. ONLY). RIVERA I.D. PHOTO #2 6-PACK #118737 AS BEING THE SHOOTER ON THE WILSHIRE DOUBLE HOMICIDE, BUT DID NOT HAD I.D. HIM IN THE LEMON GROVE PARK 187. PHOTO #2 IS KNOWN TO HIM AS "WIZARD," RIVERA I.D. PHOTO #6 ON 6-PACK #123896 AS A JMK GANG MEMBER KNOWN AS "CHOCOLATE" RIVERA DID NOT IMPLICATE "CHOCOLATE" IN THE ABARCA 187. LASTLY, RIVERA I.D.'d "SIN" IN PHOTO #6, 6-PACK #128874. RIVERA REFUSED TO WRITE OR SIGN ANYTHING THESE I.D.'s WERE STRICTLY VERBAL AT THIS POINT. |
| 7-13-06 | 0730 | SMALL - MET WITH DET. F. FLORES (GANG TASK FORCE) REGARDING GEOVANI RODAS ("SIN") FLORES AND HIS PARTNER HAVE PLANNED A VISIT WITH RODAS WHO HAS BEEN IN THE CUSTODY OF STATE PRISON AT LANCASTER SINCE 6-15-06. THEY ARE PLANNING TO INTERVIEW RODAS ON AN UNRELATED CASE AND WILL INTERVIEW HIM REGARDING THE LEMON GROVE 187. THERE IS AN I.C.E. HOLD PENDING. |
| 7-13-06 | 1100 | SMALL - CONTACTED MITCH O'FARRELL (COUNCILMAN GARCET OFFICE) REGARDING RE-INSTATING THE REWARD |

Case 3:16-cv-00057-MOO Document 13-1 Filed 04/21/16 Page 43 of 92

CONTINUE ON REVERSE

# CHRONOLOGICAL RECORD

scanned

Recyclable and made from recycled waste.

(34)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 7-25-06 | 1730 | Small - Completed F/U investigation on possible suspect - Eduardo Hernandez (aka Casper; aka Pelon; aka Two-Face) a documented MS - Harvard Clique gang member CII A22311817 Cal Gang # 242860. Assembled photo array 6-pack #135865. (Refer to sections 12 & 13). |
| 7-28-06 | 1720 | Small - Received a fax from Sam Siegel of Councilman Eric Garcetti's office advising that a motion to re-instate the reward had been submitted to the full council. Siegel will advise when it is approved. |
| 9-11-06 | 1000 | Small - Contacted Mr. Garcetti's office regarding reward status. Mr. Seigel was out, however a voice message was left for him to update me on the reward |
| 9-12-06 | 1500 | Small - Voice message from Mr. Seigel indicating the renewal/reinstatement of the $75,000 reward became effective 8-2-06 thru 10-1-06. |
| 9-13-06 | 1350 | Small - Faxed press release to ofcr Garcia media relations announcing the $75,000.- reward for dissemination to media orgs. |

CONTINUE ON REVERSE

**CHRONOLOGICAL RECORD** scanned

Recyclable and made from recycled waste.

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(35)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 9-13-06 | 1830 | SMALL - INTERVIEWED RENE AREVALO #9059605 |
| | | AT L.A. COUNTY JAIL. OBTAINED A VOLUNTARY |
| | | STATEMENT. ADVISED AREVALO OF $75,000 REWARD. |
| | | SHOWED NUMEROUS PHOTO LINE-UP CARD. SEE BELOW |
| | | 6-PACK I.D. # |
| | | 135865       NO I.D. |
| | | 134998       I.D. #4 AS GASPAR OR CASPAR |
| | | 134886       I.D. #3 AS BEING 'MS' OR 'JM' |
| | | 133015       NO I.D. |
| | | 131339       NO I.D. |
| | | 131346       NO I.D. |
| | | 131348       #3 HANGS OUT W |
| | | 130150       #5 I.D.'s HIMSELF |
| | | 130152       #6 I.D.'s LUIS (RIVERA) |
| | | 128866       #5 MAY KNOW THIS GUY. |
| | | 126533       #5 I.D. AS 'MS' |
| | | 122791       #3 "GUANACO" SMOKES W/GASPAR |
| | | 118737       #2 "WIZARD" (SHOOTER IN AREVALO'S |
| | |                              CURRENT CASE). |
| | | 118776       #4 "GUANACO" |
| | | 118775       NO I.D. |
| | | 123032       NO I.D. |
| | | 123896       I.D. #6 AS 'JM' = "DARK" |
| | | 128874       I.D. #6 AS BEING 'MS' |
| | | PER AREVALO, "WIZARD" IS THE LIKELY SHOOTER |
| | | IN THE LEMON GROVE PARK MURDER. HE WAS TOLD |
| | | THIS BY ONE OF THE ARRESTEE'S INVOLVED WITH HIM |
| | | IN THE WILSHIRE DOUBLE HOMICIDE 05-0723188. |
| | | RE: STATEMENT |

Case 3:16-cv-00051-MC Document 48-1 Filed 04/27/18 Page 45 of 92

CONTINUE ON REVERSE

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(36)    DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 10-11-06 | 1845 | Small - Contacted Defense Lawyer Tom Burns (310) 729-0995, Regarding Potential For A Client He Represents To Be Interviewed Regarding His Knowledge of Lemon Grove Park Shooting of Abarca. |
| 10-17-06 | 0930 | Small - Spoke with Ed Folden, Reporter For The Beverly Press (323) 933-5518. Provided General Info On The Case And Reward. |
| 10-17-06 | 1500 | Small - Left Voice Message For Wilshire Homicide Det. Telis Regarding Obtaining A Copy of 3.14 05-0723188 (Herrera Double 187) Which is Connected To The Abarca Case Via The .22 cal Murder Weapon. |
| 11-6-06 | 1140 | Small - Rcvd Call From DDA Alva Lin. Exchanged Info Regarding Rene Aravelo. She is Preparing A Memo To Her Supervisor in Order To Arrange For An ~~Proffer~~ Interview Of Arevalo To Obtain A Proffered Statement From Him Regarding The Abarca 187 And Any Other Hollywood Homicides He Has Info On. Ms. Lin will Advise When Ready. |
| 2-5-07 | 0930 | Small / Vargas - Met with DDA's Joe Esposito And Alva Lin, Along with Det. F. Flores And Members of The FBI Task Force To Discuss The Possibilities Of A Filing on Alejandro Ramirez (aka "Wizard") Both The Hollywood + Wilshire Cases |

Case 3:16-cv-00057-MOC Document 13-1 Filed 04/27/16 Page 46 of 92

CONTINUE ON REVERSE

LAPD 03.11.6 (12/81)                    CHRONOLOGICAL RECORD  s c a n n e d

INSTRUCTIONS: This form is used to document any past or future investigative
events deemed necessary to control or develop this case.                    37

Recyclable and made from recycled waste.

| DATE | TIME | INVESTIGATION | DR 05-0629078 |
|------|------|---------------|---------------|
| 3-26-07 | 0830 | Small - MET WITH VICTIMS MOTHER MRS. ABARCA. SHE PROVIDED INFO ON AND A PHOTOS OF MS GANG MEMBER ALEJANDRO RAMIREZ AKA "WIZZARD." SHE HAS HIRED A PRIVATE INVESTIGATOR IN EL SALVADOR. THIS INVESTIGATOR PROVIDED HER WITH WIZZARD'S WANTED FLYER (WHICH IS ON THE INTERNET) FROM EL SALVADOR. MRS. ABARCA ADVISED THAT THIS INVESTIGATOR BELIEVES THAT "WIZZARD" IS BACK IN EL SALVADOR AND IS PURSUING THIS. MRS. ABARCA DID NOT LEAVE I/O the NAME OF THIS INVESTIGATOR. | |
| 4-25-07 | 1030 | Small - DEBRIEF INTERVIEW OF JMK GANG MEMBER ANTHONY LEE PAGAN AKA "PEANUT" 3/20/89  CAL ID D9310309  AKA "CRESK" AND AKA "PRETTY BOY." HE KNEW OF THE 187, SAID THAT "TPC" WAS SUPPOSED TO BE HIT BUT THEY GOT THE WRONG GUY. PAGAN SAID THE VICTIM WAS SUPPOSEDLY A (GOOD) GUY AND GOT "SHOT IN THE HEAD." PAGAN HAD NO INFO ON THE SHOOTER OR WHICH GANG WAS RESPONSIBLE. | |
| 4-14-08 | 0830 | Small / Telis / Flores - MET WITH DDA PETER CAGNEY HARDCORE GANG UNIT. EXCHANGED INFO AND STRATEGY ON CASES. DA CAGNEY FILED (2) CTS OF MURDER ON A RELATED WILSHIRE DOUBLE 187 05-0723188/89 AGAINST ALEJANDRO RAMIREZ AKA "WIZZARD" (275163) ARREST ISSUED | |

Case 3:16-cv-00057-MOC  Document 43-1  Filed 04/27/16  Page 47 of 92

CONTINUE ON REVERSE

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 4-15-08 | 1300 | SMALL- RE-INTERVIEWED VICTIM/WIT - F. GONZALEZ AT HOLLYWOOD DETECTIVES. SHOWED PHOTO DISPLAY FOLDER MARKED I.D.: 05-0629018 WITH SUSPECT ALEJANDRO RAMIREZ PLACED IN POSITION #5. VICT/WIT ADMONISHED — WHICH HE READ IN SPANISH VERSION- ACKNOWLEDGED AND VIEWED LINE-UP. GONZALEZ SELECTED PHOTO 5 (RAMIREZ) AS ONE OF A THE SHOOTERS. (REFER TO SECTION 11). |
| 4-16-08 | 0925 | SMALL- FAXED 6-PACK AND I.D. STATEMENT OF ALEJANDRO RAMIREZ (WIZARD) FROM FREDDY GONZALEZ TO DDA CAGNEY. SPOKE WITH MR. CAGNEY WHO ADVISED THAT HE WILL CONSIDER FILING A CASE AGAINST WIZARD RE: ABARCA 187 AND MARRY IT UP WITH THE WILSHIRE DOUBLE-MURDER. |
| 4-16-08 | 1400 | SMALL- NOTIFIED BY DET. F. FLORES - FEDERAL GANG TASK FORCE, THAT ALEJANDRO RAMIREZ WAS IN CUSTODY IN NORTH CAROLINA. (GREENSBORO P.D.) COMPLETED AN UPDATED COMPUTER RUN AND VERIFIED THAT RAMIREZ WAS ARRESTED IN GREENSBORO, NC ON 8-6-2007 FOR (1) CT POSSESSION W/INTENT TO SELL COCAINE, AND (1) CT 1ST DEGREE MURDER. |
| 4-16-08 | 1800 | SMALL/BYNUM -- RE-INTERVIEW OF MICHAEL CAMPOS AT HOLLYWOOD DETS. NO NEW INFO. NO I.D. ORIGINALLY INTERVIEW 4/2006. (SECTION 14) |

CONTINUE ON REVERSE

LAPD 03.11.6 (1/82)

CHRONOLOGICAL RECORD scanned

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

(39)

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 4-17-08 | 1200 | Small- Contacted FBI Agent Michael Attard, of the Charlotte, N.C. office. Exchanged info on case in Greensboro, N.C. "Wizard" (Alejandro Ramirez) was taken into custody in that jurisdiction in December 2007 under last name Umana. Fed's intend to indict within the next week or so. The susp is currently booked at the Guilford County Jail in Greensboro, N.C. Greensboro P.D. Detective Mike Terry is the I/O on the double homicide there. |
| 4-17-08 | 1515 | Small- Exchanged info w/ Detective Parshall LAPD regarding an investigative trip to North Carolina. I also advised Det. Flores who will also accompany us. |
| 4-22-08 | 0400 | Small- Met with Dets Flores and Parshall at LAX for flight to Greensboro, N.C. |
| 4-23-08 | 0730 | Small- I/O's met with Greensboro, N.C. Police homicide Det. Mike Terry. Exchanged info on case. Also exchanged info regarding MS-13 gang activity with Greensboro, N.C. Gang Dets D. Knott and R. Watkins (times shown in chrono are PST.) |
| 4-23-08 | 0820 | Small- I/O's interviewed Alejandro Ramirez at Guilford Co. N.C. County Jail. Obtained confessions. (Section 12) |

# CHRONOLOGICAL RECORD scanned

INSTRUCTIONS: This form is used to document any past or future investigative
events deemed necessary to control or develop this case.

(40)  DR 05-0629018

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 5-20-08 | 1400 | Small / MAYBERRY - CASE WAS PRESENTED TO DDA PETER CAGNEY WHO FILED THE FOLLOWING CHARGES / COUNTS AGAINST ALEJANDRO RAMIREZ (AKA: "WIZARD"). 1 - CT (187(A) PC); 3 - CTS (664/187A ALSO THE FOLLOWING ALLEGATIONS:<br>190.2 (a)(22) - GANG ALLEGATION - (MURDER TO ADVANCE GANG<br>190.2 (a)(3) - MULTIPLE MURDER ALLEGATION<br>12022.53 (d) - PERSONAL USE OF A FIREARM<br>186.22 - PARTICIPATION IN A STREET GANG |
| 5-23-08 | 1030 | Small - MET WITH DDA ALVA LIN REGARDING THE CASE AGAINST WIZARD (ALEJANDRO RAMIREZ). EXCHANGED INFO. OBTAINED A COPY OF THE AMENDED COMPLAINT CASE # BA338992. |
| 5-27-08 | 1130 | Small - CONTACTED AND FAXED COPY OF ARREST WARR LACBA3389920l AND EXTRADITION APPROVAL FROM DDA HEARNSBERGER TO THE GUILFORD Co. JAIL (HIGH POINT, NC - FACILITY). SPOKE WITH DEPUTY BRANSON (336) 845-7907 WHO WAS PROCESSING THE PAPERWORK. AMENDED WARRANT INFO AT R4I (page2 |
| 5-27-08 | 1700 | Small - VERIFIED WITH HIGH POINT, NC JAIL W/C LT. WINGFIELD (336) 845-7625 THAT INFO WAS RECEIVED AND WARRANT WAS PLACED AGAINST ALEJANDRO RAMIREZ (UMANA). |
| 5-30-08 | 0930 | Small - SUBMITTED CBA FOLLOW-UP TO DIII BERNDT. APPROVED CBA (DIII TELIS) on 6-9-08 (SECTION (0) |

Case 3:16-cv-00057-MOC   Document 13-1   Filed 04/27/16   Page 50 of 92

CONTINUE ON REVERSE

LAPD 03.11.6 (1/82)

# CHRONOLOGICAL RECORD

scanned

(41)

DR 05-0629018

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 1-12-09 | 0900 | SMALL - MEETING AT HOLLYWOOD SOUTH REGARDING FEDERAL PROSECUTION PENDING AGAINST "WIZARD" - ALEJANDRO RAMIREZ UMANA - ON LEMON GROVE PARK 187. MET WITH AUSA'S KEVIN ZOLOT, JILL ROSE, DOJ ATTORNEY SAM NAZZARO, FBI AGENT ATTARD, ICE AGENT ROMERO AND CHARLOTTE, NC DET. ALSO LAPD DETS PARSHALL, TELIS, FLORES AND I. EXCHANGE INFO ON CASE. |
| 1-12-09 | 1200 | SMALL - CONTACTED VICT/WIT FREDDY GONZALEZ SET UP INTERVIEW FOR 1-13-09 @ 1100 AT HOLLYWOOD. |
| 1-13-09 | 1100 | SMALL - GONZALEZ WAS A NO SHOW. F/U TO HIS RESID. NO RESPONSE. |
| 1-13-09 | 1200 | SMALL - CONDUCTED A WALK-THRU AT THE CRIME SCENE (LEMON GROVE PARK) WITH DOJ ATTY NAZZARO, FBI AGENT ATTARD AND ICE AGENT ROMERO. |
| 1-13-09 | 1430 | SMALL - ATTENDED MEETING WITH ALL ABOVE REP'S FROM DOJ (N.C.) AND DDA PETER GAGNEY AT THE DISTRICT ATTORNEY'S OFFICE. DISCUSSED AND PROVIDED DISCOVERY IN CASE ETC. |
| 1-14-09 | 1130 | SMALL - TRANSPORTED F. GONZALEZ TO HOLLYWOOD FOR INTERVIEW WITH DOJ ATTORNEY SAM NAZZARO, FBI AGENT ATTARD AND ICE AGENT ROMERO. |

# CHRONOLOGICAL RECORD

scanned

(42)

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

DR 05-0629018

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 1-14-09 | 1245 | Small - Met with Juan Lara with DoJ (Nazzaro) FBI (Attard) ICE (Romero) for follow up interview. |

CONTINUE ON REVERSE

# CHRONOLOGICAL RECORD

scanned

INSTRUCTIONS: This form is used to document any past or future investigative events deemed necessary to control or develop this case.

| DATE | TIME | INVESTIGATION | DR |
|------|------|---------------|-----|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

CONTINUE ON REVERSE

# Appendix D

scanned

Freddy Gonzalez
(In reference to suspect #4)

The night when they killed Andy I remembered the #4 photo was one of
the guys that went to the park to shoot at us I saw this guy when I got to
the park he saw me and he left in a hurry and he came back with one of
his friends and he shot a pistol killing Andy


Translated by
Detective Vargas #26342
Hollywood Homicide
01/16/06

PHOTO LINE-UP
# 118776



ID:118776    Name:

FREDDY GONZALEZ
12-29-05.

Case 3:16-cv-00057-MOC    Document 13-1    Filed 04/27/16    Page 56 of 92

scanned

## PHOTO IDENTIFICATION REPORT

| DETECTIVE | LOCATION | DATE |
|---|---|---|
| Small / Estupinian | Hollywood | 12-29-05 |

**ADMONITION ACKNOWLEDGEMENT:** I fully understand the admonition read to me regarding the viewing of these photos. The admonition was read to me before being shown these photos

SIGNATURE OF WITNESS __X FREDDY Gonzalez.__

ADDITIONAL COMMENTS REGARDING PHOTOGRAPHS —

IA noche que mataron A ANDy yo reconosco la foto #4 como uno de los muchachos que fueron al Parque a dis Pasanos yo bi a este muchacho cuado llegue al Pasque cuado me bio se le banto ise fue el regueso con uno de sus amingos idis Pasado una Pistola matand a anDy.

| SIGNATURE OF WITNESS | INITIALS | DATE | TIME |
|---|---|---|---|
| X FREDDY Gonzalez FG | | 12-29-05 | 11:24 AM. |

70-15.50.4 (9/93)

### PHOTOGRAPHIC SHOW-UP ADMONITION

"In a moment I am going to show you a group of photographs. This group of photographs may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hair styles, beards, and moustaches may be easily changed. Also, photographs may not always depict the true complexion of a person—it may be lighter or darker than shown in the photo. Pay no attention to any markings or numbers that may appear on the photos or any other differences in the type or style of the photographs When you have looked at all the photos, tell me whether or not you see the person who committed the crime. Do not tell other witnesses that you have or have not identified anyone '

### ADMONICION ACERCA DE FOTOGRAFIAS EXHIBIDAS

En un momento le voy mostrar un grupo de fotografías. Este grupo de fotografías puede o no puede contener la imagen de la persona que cometió el crimen que ahora se está investigando. Tenga en cuenta que estilos de la cabellera, barbas y bigotes pueden cambiarse facilmente. También, fotografías no muestran siempre el verdadero color de piel de una persona — podría ser mássclaro o más obscuro de lo que se ve en la fotografía. No presto atención si las fotografía muestran marcas o números o cualquier diferencia en tipo o estilo. Después de haber mirado todas las fotografías, digame si Ud. ve o no ve a la persona que cometió el crimen. No diga a otros testigos si Ud. ha identificado o no identificato a alguien.

Case 3:16-cv-00057-MOC    Document 13-1    Filed 04/27/16    Page 57 of 92

# Appendix E

Freddy Gonzalez
(In reference to suspect #2)

The photo #2 looks like or resembles the guy who came to the park the day that they killed Andy- I remember seeing this guy but I'm not sure if he is the one that came that day to the park with a pistol and shot at us.

Translated by
Detective Vargas #26342
Hollywood Homicide
01/16/06

PHOTO LINE-UP
# 118737



# PHOTO IDENTIFICATION REPORT

| DETECTIVE | LOCATION | DATE |
|---|---|---|
| Small / Estapinian | Hollywood | 12-29-05 |

ADMONITION ACKNOWLEDGEMENT: I fully understand the admonition read to me regarding the viewing of these photos. The admonition was read to me before being shown these photos

SIGNATURE OF WITNESS ___ Freddy Gonzalez

ADDITIONAL COMMENTS REGARDING PHOTOGRAPHS —

la Foto #2 se Pavese o da la sesenblencia al muchacho que Hego al Parque el dia que mataron a anoy. llo me recuerdo aber bisto a este muchacho Pe no estoi seguro que se el el que llego ese dia al Parque con una Pistola i nos dis Pavo.

| SIGNATURE OF WITNESS | INITIALS | DATE | TIME |
|---|---|---|---|
| Freddy Gonzalez | F.G. | 12-29-05 | 11:50 am |

70-15 50.4 (9/93)

## PHOTOGRAPHIC SHOW-UP ADMONITION

"In a moment I am going to show you a group of photographs. This group of photographs may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hair styles, beards, and moustaches may be easily changed. Also, photographs may not always depict the true complexion of a person—it may be lighter or darker than shown in the photo. Pay no attention to any markings or numbers that may appear on the photos or any other differences in the type or style of the photographs When you have looked at all the photos, tell me whether or not you see the person who committed the crime Do not tell other witnesses that you have or have not identified anyone."

## ADMONICION ACERCA DE FOTOGRAFIAS EXHIBIDAS

En un momento le voy mostrar un grupo de fotografías. Este grupo de fotografías puede o no puede contener la imagen de la persona que cometió el crimen que ahora se está investigando. Tenga en cuenta que estilos de la cabellera, barbas y bigotes pueden cambiarse facilmente. También, fotografías no muestran siempre el verdadero color de piel de una persona — podría ser más claro o más obscuro de lo que se ve en la fotografía. No preste atención si las fotografía muestran marcas o números o cualquier diferencia en tipo o estilo. Después de haber mirado todas las fotografías, digame si Ud. ve o no ve a la persona que cometió el crimen. No diga a otros testigos si Ud. ha identificado o no identificato a alguien.

# Appendix F

## AUDIO TAPES

✓ E. BARRIOS   376049 (A)

✗ R. RAMOS   376049 (B)

✓ FREDDY GONZALEZ   376050   9-29-05

✓ H. SUAREZ   376051   9-29-05

✓ J. LARA   376385   10-18-05

✓ E. LOPEZ   376382   10-14-05

ALEJANDRO RODRIGUEZ   371938
"CHOCOLATE"
357881   4-24-06

## VIDEO

492205   FOX 11   7-24-06

✓ 376898   12-29-05   (FREDDY)

## ORDERED COPIES

# Appendix G

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>v.<br><br>Plaintiff,<br><br>01 GEOVANI RODAS (02/01/1986)<br><br>Defendant(s). | CASE NO. BA291932<br><br>*FELONY COMPLAINT*<br>*FOR ARREST WARRANT* |

The undersigned is informed and believes that:

## COUNT 1

On or about October 13, 2005, in the County of Los Angeles, the crime of ASSAULT WITH A FIREARM, in violation of PENAL CODE SECTION 245(a)(2), a Felony, was committed by GEOVANI RODAS, who did willfully and unlawfully commit an assault on JULIO POSADA with a firearm.
It is further alleged that, pursuant to Penal Code section 1203.095, there is a presumptive minimal jail time required if you are convicted of this charge.
"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

It is further alleged that in the commission and attempted commission of the above offense, the said defendant(s), GEOVANI RODAS, personally used a firearm(s), to wit: HANDGUN, within the meaning of Penal Code sections 1203.06(a)(1) and 12022.5(a)(1) also causing the above offense to become a serious felony pursuant to Penal Code section 1192.7(c)(8) and a violent felony within the meaning of Penal Code section 667.5(c)(8).

It is further alleged that in the commission of the above offense the said defendant(s), GEOVANI RODAS, personally inflicted great bodily injury upon JULIO POSADA, not an accomplice to the above offense, within the meaning of Penal Code Section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code Section 1192.7(c)(8).

\* \* \* \* \*

Rev. 920-6/03 DA Case 25793291                  Page 1                  Case No. BA291932
*FELONY COMPLAINT FOR ARREST WARRANT*

Case 3:16-cv-00057-MOC    Document 13-1    Filed 04/27/16    Page 65 of 92

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1. Willful refusal to provide the samples and impressions is a crime.

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) GEOVANI RODAS for the above-listed crimes. Wherefore, a warrant of arrest is requested for GEOVANI RODAS.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER BA291932, CONSISTS OF 1 COUNT(S).

Executed at LOS ANGELES, County of Los Angeles, on October 19, 2005.

_____
DECLARANT AND COMPLAINANT

STEVE COOLEY, DISTRICT ATTORNEY

BY: _____
COURTNEY ARMENDARIZ, DEPUTY

AGENCY:  LAPD -        I/O:                    ID NO.:         PHONE :
         HOLLYWOOD
         AREA
DR NO.:  05-06-30353   OPERATOR:  BMC         PRELIM. TIME EST.:   30 MINUTE(S)

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| RODAS, GEOVANI | 025786003 | 2/1/1986 | | $80,000 | |

It appearing to the Court that probable cause exists for the issuance of a warrant of arrest for the above-named defendant(s), the warrant is so ordered.

GEOVANI RODAS

BAIL: $ *80,000*

DATE: *20 Oct. 2005*
*@ 10Y8 am*

*Michael E. Pastor*

Judge of the Above Entitled Court



*FELONY COMPLAINT FOR ARREST WARRANT*

# Appendix H

For me the kid in number 5 the expressions of the face look like the kid the arrived at the park with a gun and shot at us and hit my friend and I remember that the gun he had was chrome.

Freddy Gonzalez

Translated by Detective Vargas #26342

PHOTO LINE-UP
#126533



ID:126533    Name:05062901 8/b

FREDD GonzAlEZ
3-15-06.

file://C:\DOCUME~1\24086\LOCALS~1\Temp\GR7WDP60.htm

# PHOTO IDENTIFICATION REPORT

| DETECTIVE: | LOCATION: | DATE: |
|---|---|---|
| Small / VARGAS | FIELD | 3-15-06 |

**AMONITION ACKNOWLEDGEMENT:** I fully understand the admonition read to me regarding the viewing of these photos. The admonition was read to me before being shown these photos.

SIGNATURE OF WITNESS X FREDDY GonzAlez

ADDITIONAL COMMENTS REGARDING PHOTOGRAPHS –

Para mi el muchacho numero 5 las exPreciones de la cara Se Paresen al muchacho que llego al Pasque Con una Pistola y nos tiro los balasos y le Pego a mi amigo andi, me secuedo que la Pisto la que traia e'sa de Cromo.

| SIGNATURE OF WITNESS: | INITIALS: | DATE: | TIME: |
|---|---|---|---|
| FREDDY GonzAlez | FG | 3-15-06 | 11:20 |

# Appendix I

STEVE COOLEY
District Attorney of Los Angeles County
By: ALVA LIN; State Bar No. 192293
Deputy District Attorney
HARDCORE - CENTRAL (HDC)
210 W TEMPLE STREET 17-116
LOS ANGELES, CA 90012
(213) 974-3903

Attorney for Plaintiff

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| PEOPLE OF THE STATE OF CALIFORNIA, | Case No. BA301683 |
|---|---|
| Plaintiff, | **POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT OF EXPARTE APPLICATION FOR ELECTRONIC MONITORING AND RECORDING CONVERSATIONS OF INMATE RENE AREVALO, BOOKING NO. 9059605** |
| v. | |
| RENE AREVALO, | |
| Defendant. | |
| | **EXPARTE** |
| | **FILED UNDER SEAL** |

TO THE HONORABLE JUDGE OF THE SUPERIOR COURT: THE

PEOPLE OF THE STATE OF CALIFORNIA submit the following Points and Authorities in

support of a court order authorizing monitoring and recording of non-privileged conversations

between defendant and his respective visitors in county jail. This motion is filed under seal.

Rev. B16-8/99 - 1 -

scanned

# POINTS AND AUTHORITIES

## I.

### THE CALIFORNIA SUPREME COURT HAS RULED THAT IT IS PERMISSIBLE TO MONITOR AND RECORD UNPRIVILEGED COMMUNICATIONS BETWEEN INMATES AND THEIR VISITORS TO GATHER EVIDENCE OF A CRIME

In the recent case of *People v. Loyd* (2002) 27 Cal.4th 997, the California Supreme Court held that the request and use of tape recording of an inmate's unprivileged jail conversations with visitors is sanctioned under state law. The court held that *DeLancie v. Superior Court* (1982) 31 Cal.3d 865, no longer correctly states California law regarding inmate rights. Following the 1994 amendment to Penal Code section 2600, California law now permits law enforcement officer to monitor and record unprivileged communications between inmates and their visitors solely to gather evidence of crime. (See attached declaration). *Loyd* thereby overruled *Delancie*, which interpreted former Penal Code sections 2600 and 2601 as extending an inmate's protection of confidentiality of unprivileged communications unless monitoring was necessary for the security of the institution or the public.

## II.

### DETAINEES DO NOT HAVE A FOURTH AMENDMENT RIGHT OT PRIVACY FOR ORDINARY JAILHOUSE CONVERSATIONS

California Courts had uniformly held that pre-arraignment defendants did not have a Fourth Amendment right to privacy for ordinary jailhouse conversations, even if the other party was a spouse. ( *See People v.Hill* (1974) 12 Cal.3d 731 (defendant has no right to privacy for conversations with wife occurring in common visiting room over intercom system); *People v. Dominguez* (1981) 121 Cal.App.3d 481 (no right to privacy for defendant and m other in police interview room); *People v. Jardine* (1981) 116 Cal.App.3d 907 (No Fourth Amendment

Rev. B16-8/99                    - 2 -

scanned

violation where defendant and wife at jail, separated by glass partition and conversed by handset); and *People v. Martinez* (1978) 82 Cal.App.3d 1 (defendant's conversation with uncle in jail interview room not protected)).

## III.

## STATUTORY LIMTATIONS PERTAINING TO WIRETAPPYING DO NOT APPLY TO THE COUNTY JAIL VISITOR PHONE SYSTEM

Under Federal law, as adopted in California (*People v. Otto* (1992) 2 Cal.4th 1088, 1098), all surreptitious recordings must meet the requirements of Title II of the Onmibus Crime Control and Safe Streets Act of 1968 (18 U.S.C. secs. 2510-2520 9The "Act"). The Act prohibits the third-party "interception" of any "wire, oral, or electronics communications." Communication in a jailhouse visit between an inmate and a visitor is facilitated by an intercom system that is not connected to any facility furnished by a common carrier. As such, the communication does not constitute a "wire or electronics communication" within the meaning of the Act. (*People v. Santos* (1972) 26 Cal.App.3d 397, 402). A statement made in a jailhouse setting also does not constitute an "oral communication" within the meaning of the Act. (See People v. Von Villas (1992) 11 Cal.App.4th 175, 224 (detainee's admission to wife in jail visiting room did not amount to an "oral communication" under the Act since detainee had no right to privacy in that setting).

Rev. B16-8/99

- 3 -

scanned

## IV.

## CONCLUSION

For the foregoing reasons, the People respectfully request that this Court grant the order to electronically monitor and record defendant's conversations, Booking No. **9059605** within the legal guidelines set forth in the Order.

Dated:   June 20, 2006

STEVE COOLEY
DISTRICT ATTORNEY

By:_____
ALVA LIN
DEPUTY DISTRICT ATTORNEY

Rev. B16-8/99

- 4 -

ATTACHMENT

DECLARATION OF DETECTIVE THOMAS SMALL

Rev. B16-8/99

- 5 -

# DECLARATION

I am Detective Thomas Small, Serial No. 24086, of the Los Angeles Police Department. I am currently assigned to the Hollywood Division Homicide unit. On Wednesday, September 28, 2005, I was assigned to investigate the murder of Andy Abarca (Refer to DR No. 05-0629018). The investigation revealed that the Mara Salvatrucha (MS) gang was responsible for the killing.

Abarca had been playing basketball at Lemon Grove Park with several friends that evening until the park closed at 9:00 p.m. They remained in the park talking and drinking when two gang members, both armed with handguns, approached on foot. The unidentified gang members stopped in front of the benches where the victim and his friends were seated and opened fire without saying anything. The investigation revealed that the target of the shooting was Carlos Alfredo Dominguez, AKA Freddy González. Carlos Dominguez (known on the street as "Freddy") is an admitted TPC (The Perfect Criminals) gang member who has had an on-going problem with the MS gang. (Note: Both MS and TPC have been involved in conflict over control of Lemon Grove Park). Dominguez stated that it was MS who did the shooting and made tentative identifications on several possible suspects. Two other victims of the shooting, Juan Lara and Roberto Ramos, sustained minor gunshot wounds during the incident, and have concurred that it was MS who did the shooting. Neither of the surviving victims has made an identification however.

The follow-up investigation has identified numerous MS gang members as possible suspects in this case. One of the suspects, Rene Mauricio Arevalo, (AKA "MoMo") was allegedly responsible for providing one of the weapons used in the murder. During the crime scene investigation, a single .22 casing was recovered and was later linked to a gang-related double murder in Wilshire Division (Refer to DR No. 05-0723188). Subsequent to providing the Wilshire homicide detectives with the information that MS was involved in the Lemon Grove Park murder, the Wilshire Detectives were able to identify suspects and make an arrest. One of those arrested in the Wilshire case was Rene Mauricio Arevalo, AKA "MoMo." (Booking No. 9059605). Arevalo is a known and admitted MS gang member. He provided a statement regarding the Wilshire murders.

I intend to contact Arevalo at the Los Angeles County Jail to interview him regarding his knowledge and participation in the Abarca murder. I believe that this will prompt Arevalo to talk about the shooting with his fellow gang members and will greatly assist in potentially identifying those responsible for killing Andy Abarca.

Based on this information, I am seeking a court order to electronically monitor and record all non-privileged conversations made via the jail intercom or visitor phones between Rene Mauricio Arevalo, Booking No. 9059605, and any visitors.

It is also my belief and experience that the electronic surveillance could result in obtaining additional incriminating evidence against other participants in this murder, and potentially provide the identity of the outstanding suspects.

Respectfully Submitted on
June 20, 2006

Detective Thomas Small,
Serial No. 24086
Declarant

# Appendix J

# CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. 2 | TYPE OF REPORT | | | | BOOKING NO. | DR NO. |
|---|---|---|---|---|---|---|

| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

Below is a translation of Freddy Gonzalez's statement during photo six-pack conducted on 04-15-08 at approximately 1335 hours. I Detective Rodriguez Serial No. 30733 a Department certified Spanish speaker translated the statement.

My first impression was photo number five. The way that he has his hair is looks the same, but everything happened so fast that I'm not 100% sure. He came to the park, he seemed small and what I saw was the gun and after that I began to run.

This is the first and last time that I saw the young man.

Freddy Gonzalez

Case 3:16-cv-00057-MOC   Document 13-1   Filed 04/27/16   Page 81 of 92



Photo Display Folder
(2¼ x 2¼)
70 - 15.50.5 (4/92)

| DETECTIVE | | LOCATION | DATE |
|---|---|---|---|
| T. Small 24086 | | Hollywood | 4-15-08 |

ADMONITION ACKNOWLEDGEMENT: I fully understand the admonition read to me regarding the viewing of these photos. The admonition was read to me before being shown these photos.

SIGNATURE OF WITNESS ___X FREDDY GONZALEZ___

ADDITIONAL COMMENTS REGARDING PHOTOGRAPHS —

Mi Primera inPRECION FUE la foto #5 La manera que tine el Pelo Semira Semira igual Pero todo Paso Tan Rapido queno es "¼o El vino al PaoRe Semiraba Pequeño yo lo que vi Fue la Pistola y Des Pues de eso yo EnPese a CooReR.

Esta Fue la Pomme y unica ves que vi al joben.

| SIGNATURE OF WITNESS | INITIALS | DATE | TIME |
|---|---|---|---|
| X FREDDY GONZALE | F.G. | 4-15-08 | 1:35 p.m. |

70-15.50.4 (9/93)

## PHOTOGRAPHIC SHOW-UP ADMONITION

"In a moment I am going to show you a group of photographs. This group of photographs may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hair styles, beards, and moustaches may be easily changed. Also, photographs may not always depict the true complexion of a person—it may be lighter or darker than shown in the photo. Pay no attention to any markings or numbers that may appear on the photos or any other differences in the type or style of the photographs. When you have looked at all the photos, tell me whether or not you see the person who committed the crime. Do not tell other witnesses that you have or have not identified anyone."

## ADMONICION ACERCA DE FOTOGRAFIAS EXHIBIDAS

En un momento le voy mostrar un grupo de fotografías. Este grupo de fotografías puede o no puede contener la imagen de la persona que cometió el crimen que ahora se está investigando. Tenga en cuenta que estilos de la cabellera, barbas y bigotes pueden cambiarse facilmente. También, fotografías no muestran siempre el verdadero color de piel de una persona — podría ser másclaro o más obscuro de lo que se ve en la fotografía. No preste atención si las fotografía muestran marcas o números o cualquier diferencia en tipo o estilo. Después de haber mirado todas las fotografías, digame si Ud. ve o no ve a la persona que cometió el crimen. No diga a otros testigos si Ud. ha identificado o no identificato a alguien.



GOVERNMENT
EXHIBIT
506

# Appendix K

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    01/29/2009

From January 11, 2009 through January 16, 2009, SA Michael Attard and TFO William Hastings traveled to Los Angeles, California to meet with Detectives of the Los Angeles Police Department regarding homicides in which ALEJANDRO ENRIQUE RAMIREZ-UMANA was previously identified as a subject.

Also present during these meetings and interviews were Assistant United States Attorney (AUSA) Kevin Zolot, AUSA Jill Rose, and Trial Attorney Sam Nazzaro.

The investigation summaries are as follows:

1.

| | |
|---|---|
| Location: | Lemon Grove Park |
| | 4959 Lemon Grove Ave. |
| Date: | 09/28/2005 |
| Victim: | Andy Nelson Abarca |
| Cause of Death: | Gunshot wound |
| Detective Assigned: | Thomas Small |

2.

| | |
|---|---|
| Location: | 1100 block Fairfax Blvd. |
| Date: | 7/27/2005 |
| Victims: | Jose Herrera |
| | Gustavo Porras |
| Cause of Death: | Gunshot wound |
| Detectives Assigned | Gene Parshall |
| | Barry Telis |

Additional information pertaining to the details of interviews conducted during this investigation can be found in the interviewee's corresponding FD-302 document made part of this investigative case file. Photographs taken during this investigation can be found in the exhibits (1a) section of this case file.

---

Investigation on ___01/11/2009___ at Los Angeles, California

File # 245D-CE-92434                          Date dictated 01/29/2009

by   SA Michael Attard

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Case 3:16-cv-00057-MOC    Document 13-1    Filed 04/27/16    Page 85 of 92

# Appendix L

Lemon Grove Park Shooting — Interviews — Do Not have

Juan Lara — Victim shot in arm

- interview 12/29/05 by Ruiz & Cruz — not recorded

- recorded interview 10/18/05 — audio tape # 37685

- 10/26/05 shown line up — unable to make ID — Card # 118737

- 1/3/06 shown line up — ID'd Mondey "Casper", but said not @ park @ shooting

- 3/30/06 shown lineup — ID'd ~~Flores~~ Rodas as having revolver

Freddy Gonzalez aka Carlos Alfredo "Freddy" Dominguez

- 9/29/05 interview recorded — audio tape # 376050

- 12/29/05 shown photo ID — "made tentative ID on both suspects
(Flores put "Wizard" & "Casper" in lineup
shown photo line-up # 118737 — ID'd
"Wizard" as "most resembling" primary shooter

- 3/15/2006 ID'd "Rodas" as second shooter w/ chrome gun

<u>E. Lopez</u> employed by City Parks & Rec. - assigned
to Lemon Grove

— 10/12/05 - recorded - tape # 37638 2
        10'd Freddy Gonzales

— 1/4/06 re-interview - shown photo lineup
        id'd 2 different MS members

"<u>Witness G. Ramirez</u> "

    1/16/06     " Follow up " interview [no reference
      to initial interview ] done @ Hollywood
      Station

    1/17/06 - Interview of Alyondro Rodriguez
      aka "Chocolate " aka "Chock"
      recorded - tape # 371938
      ID'd Wizard

    <u>L. Rivera</u> ~~aka # Sin~~ "

      ID'd "Sin " as being involved in

# Appendix M

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    03/02/2009

During the week of February 1, 2009, SA MICHAEL ATTARD, AUSAs JILL ROSE, KEVIN ZOLOT, and DOJ Trial Attorney SAM NAZZARO traveled to El Salvador in preparation for upcoming capital crimes trial of MS-13 defendant ALEJANDRO ENRIQUE RAMIREZ-UMANA, aka WIZARD.

The following tasks were completed:

1.   Meeting with Director MAURICIO RODRIGUEZ and FRANCISCO AWAD of the Protection of Witnesses and Victims Program.

2.   Meeting with PNC homicide investigator ALEXANDER NIXON CUPER, case investigator of homicide in which UMANA was implicated.

3.   Interview of homicide witness MARIELOS BEATRIZ HERNANDEZ.

4.   Meeting with Santa Ana prosecutor PADILLA CAMBARA.

5.   Acquired photographs of gang graffiti and crime scene.

6.   Interview of ROSA CONTRERAS, wife of homicide victim.

7.   Interview of UMANA's mother, LETICIA DIAZ.

8.   Interview of MANUEL DE JESUS AYALA, aka CHACUE in Zacatecoluca Prison.

9.   Interview of JAIME ALIRIO MIRAMISCO, aka El CRAZY in Zacatecoluca Prison.

---

Investigation on    02/01/2009    at  San Salvador, El Salvador

File # 245D-CE-92434                                    Date dictated

by    SA Michael Attard

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# Appendix N

Case 3:16-cv-00057-MOC    Document 13-1    Filed 04/27/16    Page 91 of 92

Mother of △

Leticia Ramirez Diaz:
lives in Santa Ana — but during war
went to Guatemala — came back here

"a girl told her about son — newspaper".

She is here voluntarily.

△ born in Guatemala
Saul Oswaldo Gonzalez-Ramirez

Became involved w/ Mara — 20 yrs.
Became involved w/Mara over papers.

Saul saw Alejandro selling drugs