# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:16-CV-00057-RJC

ALEJANDRO UMAÑA          )
                                )

    V                        )            **ORDER**
                                )

UNITED STATES OF AMERICA    )

_____

      **THIS MATTER** comes before the Court on the motion of Alejandro Umaña, through counsel, that the Court permit counsel and/or their representatives to interview the jurors from Umaña's 2010 federal trial and other witnesses regarding possible juror misconduct.  (Doc. No. 11).  Also before the Court is Umaña's motion for leave to conduct discovery.  (Doc. No. 13).  Respondent shall file a response to these two Motions.

      **IT IS, THEREFORE, ORDERED** that Respondent shall have twenty-one (21) days from the entrance of this Order to file a response to Umaña's motion for permission to interview jurors (Doc. No. 11) and motion for leave to conduct discovery (Doc. No. 13).

Signed: May 9, 2016

Robert J. Conrad, Jr.
United States District Judge