IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

ALEJANDRO RAMIREZ UMAÑA )
)
Movant, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )
_____ )

**MOTION TO SEAL RESPONSE TO
UMAÑA'S MOTION FOR PERMISSION
TO INTERVIEW TRIAL JURORS AND RELATED WITNESSES**

The United States of America respectfully moves this Court to seal its

response to Alejandro Ramirez Umaña's Motion for Permission to Interview Trial

Jurors and Related Witnesses. Umaña's motion contains personal information

about jurors who served during Umaña's trial, and the United States's response

refers to that information. An order sealing the motion is necessary to protect

the privacy of those jurors. The United States, therefore, respectfully requests

that this Court seal its response to Umaña's motion until further order by this

Court. Counsel for Umaña does not oppose the requested sealing.

RESPECTFULLY SUBMITTED, this 31st day of May, 2016.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 31st day of May, 2016, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3