# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

ALEJANDRO UMAÑA,

            Defendant/Movant,

   v.

UNITED STATES,

           Respondent.

CASE NO.: 3:16-CV-00057-RJC

Hon. Robert J. Conrad
Capital § 2255 Proceedings

## MOTION TO SEAL REPLY TO RESPONSE TO MOTION FOR PERMISSION TO INTERVIEW TRIAL JURORS AND RELATED WITNESSES

NOW COMES Defendant Alejandro Umaña, through undersigned counsel, who respectfully moves this Court to file under seal its reply to response to Motion for Permission to Interview Trial Jurors and Other Jury Related Witnesses. The reply contains identifying information of jurors and should remain under seal. Counsel for the government does not object to sealing.

           Respectfully submitted,

Dated: June 10, 2016

*/s/ Kenneth J. Rose*
**KENNETH J. ROSE**
The Center for Death Penalty Litigation
123 West Main Street, Suite 700
Durham, North Carolina 27701-3228
Telephone: 919-956-9545
ken@CDPL.ORG

*/s/ Zandra L. Lopez*
**ZANDRA L. LOPEZ**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: 619-234-8467
Zandra_Lopez@fd.org

Attorneys for Alejandro Umaña

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2016, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Anthony.enright@usdoj.gov

2