# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMAÑA, | ) | CASE NO.: 3:16-CV-00057-RJC |
| | ) | |
| Defendant/Movant, | ) | |
| | ) | Hon. Robert J. Conrad |
| v. | ) | |
| | ) | **CAPITAL CASE** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

## MOTION TO SEAL CERTAIN CLAIMS AND EXHIBITS IN MR. UMAÑA'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE OF A PERSON IN FEDERAL CUSTODY

NOW COMES Defendant Alejandro Umaña, through undersigned counsel, pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, LCrR 51.1, Rule 5.2 of the Federal Rules of Civil Procedure, and LCvR 6.1, respectfully moves this Court for permission to file under seal certain claims and exhibits in his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence of a Person in Federal Custody.

Mr. Umaña respectfully requests that claims and exhibits that contain the following be filed under seal in the interests of consistency with prior proceedings in Mr. Umaña's case:

1) names of and information about jurors and alternate jurors who participated in Mr. Umaña's trial proceedings, including juror questionnaires;

2) references to prior sealed proceedings and documents, including pleadings, orders, and transcripts; and

3) references to other non-public information, including medical history of individuals.

1

Mr. Umaña believes this request to file these portions of his motion under seal is appropriate because the Court sealed references to identities of jurors and alternates in prior proceedings, because selected proceedings and documents referenced in the § 2255 motion remain under seal, and because selected documents concern sensitive, confidential information about individuals, such as medical history.

Mr. Umaña therefore respectfully requests that the following claims and exhibits, which include the *names of and information about jurors or alternate jurors*, be filed under seal:

1.      Claims:

- Trial counsel's failure to object to jurors being excused for cause based on answers to questionnaires, without further questioning in voir dire, violated Mr. Umaña's Fifth, Sixth and Eighth Amendment rights

- Mr. Umaña was deprived of his rights under the Fifth, Sixth, and Eighth amendments to the United States Constitution as a result of misconduct related to the jury.

- Trial counsel's objectively unreasonable and prejudicial actions during jury selection violated Mr. Umaña's Fifth, Sixth and Eighth Amendment rights.

2.      Exhibits:

- Appendixes 82-105 (Documents with juror identifying information)

Mr. Umaña respectfully requests that *portions* of the following claims, which include references to *prior sealed proceedings and documents*, be filed under seal:

1.      Claims:
- As a result of their failure to adequately investigate or present readily available mitigation evidence at the penalty phase of his trial, trial counsel deprived Mr. Umaña of the effective assistance of counsel to which he was entitled, in violation of his rights under the Fifth, Sixth and Eighth Amendments to the United States Constitution.

- Trial counsel were ineffective for failing to investigate and present readily available evidence challenging the government's account of Mr. Umaña's role in the unadjudicated California murders alleged in support of non-statutory aggravating factors 4(a) and (b), in violation of Mr. Umaña's rights under Fifth, Sixth and Eighth Amendments.

- Mr. Umaña was denied the effective assistance of counsel at the presentation to the department of justice in opposition to the authorization of a capital prosecution, in violation of the Fifth, Sixth and Eighth Amendment.

Mr. Umaña respectfully requests that *portions* of the following claims and exhibits, which include references to *sensitive, confidential information about individuals*, be filed under seal:

1.  Exhibits:
    - Appendix 45: Alejandro Umaña's Medical Records -Gwinnet Health System (UNDER SEAL)

    - Appendix 50: March 8, 2016 - Alejandro Umaña's BOP Medical Records (UNDER SEAL)

WHEREFORE, Mr. Umaña respectfully moves this Honorable Court to grant him leave the aforementioned exhibits, claims, and portions of claims and exhibits under seal. A proposed order is hereto attached as Exhibit A.

Dated: June 22, 2016                         Respectfully submitted,


*/s/ Kenneth J. Rose*
**KENNETH J. ROSE**
The Center for Death Penalty Litigation
123 West Main Street
Suite 700
Durham, North Carolina 27701-3228
Telephone: 919-956-9545
ken@CDPL.ORG

*/s/ Zandra L. Lopez*
**ZANDRA L. LOPEZ**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California   92101-5030
Telephone:   619-234-8467
Zandra_Lopez@fd.org

Attorneys for Alejandro Umaña

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2016, I electronically filed the foregoing Motion to Seal

Certain Claims and Exhibits in Support of Mr. Umaña's Motion Under 28 U.S.C. § 2255 to

Vacate, Set Aside, or Correct Sentence of a Person in Federal Custody with the Clerk of Court

using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Anthony.enright@usdoj.gov


*/s/ Zandra L. Lopez*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

ALEJANDRO UMAÑA, )
)   CASE NO.:   3:16-CV-00057-RJC
    Defendant/Movant, )
)   Hon. Robert J. Conrad
    v. )
)   **CAPITAL CASE**
UNITED STATES OF AMERICA, )
)
    Respondent. )
)
)
)

## PROPOSED ORDER

Counsel, on behalf of Defendant Alejandro Umaña, has moved for leave to submit under seal certain claims and exhibits in his 28 U.S.C. § 2255 motion that include the names of, or information about, jurors or alternate jurors in order to protect the identities of jurors and alternates who participated in Mr. Umaña's trial proceedings from public disclosure; claims and exhibits that refer to prior sealed proceedings or documents; and claims and documents concerning sensitive, confidential information about individuals, including medical history information.

Accordingly, counsel has specifically requested that the following claims and exhibits be filed under seal:

    1. Exhibits:

- Appendixes 82-105 (Documents with juror identifying information)

- Appendix 45: Alejandro Umaña's Medical Records -Gwinnet Health System (UNDER SEAL)

- Appendix 50: March 8, 2016 - Alejandro Umaña's BOP Medical Records (UNDER SEAL)

    2. Claims:

- Trial counsel's failure to object to jurors being excused for cause based on answers to questionnaires, without further questioning in voir dire, violated Mr. Umaña's Fifth, Sixth and Eighth Amendment rights

- Mr. Umaña was deprived of his rights under the Fifth, Sixth, and Eighth amendments to the United States Constitution as a result of misconduct related to the jury.

- Trial counsel's objectively unreasonable and prejudicial actions during jury selection violated Mr. Umaña's Fifth, Sixth and Eighth Amendment rights.

Accordingly, counsel has specifically requested that *portions* of the following claims, which reference prior sealed proceedings and documents, be filed under seal:

1. Claims:
   - As a result of their failure to adequately investigate or present readily available mitigation evidence at the penalty phase of his trial, trial counsel deprived Mr. Umaña of the effective assistance of counsel to which he was entitled, in violation of his rights under the Fifth, Sixth and Eighth Amendments to the United States Constitution.

   - Trial counsel were ineffective for failing to investigate and present readily available evidence challenging the government's account of Mr. Umaña's role in the unadjudicated California murders alleged in support of non-statutory aggravating factors 4(a) and (b), in violation of Mr. Umaña's rights under Fifth, Sixth and Eighth Amendments.

   - Mr. Umaña was denied the effective assistance of counsel at the presentation to the department of justice in opposition to the authorization of a capital prosecution, in violation of the Fifth, Sixth and Eighth Amendment.

After due consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that the aforemention exhibits, claims, and portions of exhibits and claims noted above be filed under SEAL.

Dated:

_____
Hon. Robert J. Conrad
United States District Judge