<p style="text-align:center">

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | | |
|---|---|---|
| _____ | : | No. 16-CV-00057-RJC |
| | : | |
| ALEJANDRO UMAÑA, | : | **CAPITAL § 2255 PROCEEDINGS** |
| Petitioner | : | |
| | : | HON. ROBERT J. CONRAD JR. |
| -v- | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |
| _____ | | |

**PETITIONER'S REQUEST TO SET AN INITIAL PERIOD FOR DISCOVERY**

Petitioner, by and through undersigned counsel, respectfully submits the following scheduling proposal. Specifically, counsel, on behalf of Alejandro Umaña, requests that this Court enter an order that provides for an initial time period within which Mr. Umaña may file discovery requests with the Court before the Government is required to file pleadings responsive to his 28 U.S.C. § 2255 Motion. Counsel believes that they will be able to file these requests within 90 days and therefore moves the Court to grant Mr. Umaña until October 8, 2016, to do so. The basis for Mr. Umaña's requests are explained in the accompanying memorandum.

<p style="text-align:center">1</p>

Respectfully submitted,

Dated:  July 8, 2016

*/s/ Kenneth J. Rose*
**KENNETH J. ROSE**
The Center for Death Penalty Litigation
123 West Main Street
Suite 700
Durham, North Carolina 27701-3228
Telephone: 919-956-9545
ken@CDPL.ORG

*/s/ Zandra L. Lopez*
**ZANDRA L. LOPEZ**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone: 619-234-8467
Zandra_Lopez@fd.org

Attorneys for Alejandro Umaña

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2016, the foregoing document was filed

electronically through ECF. The foregoing motion was duly served upon counsel for the

government herein by mailing a copy of the motion by first-class mail to the following address:

> Anthony J. Enright
> Assistant United States Attorney
> Suite 1650, Carillon Building
> 227 West Trade Street
> Charlotte, NC 28202

Respectfully submitted,

Dated:  July 8, 2016

*/s/ Kenneth J. Rose*
**KENNETH J. ROSE**
The Center for Death Penalty Litigation
123 West Main Street
Suite 700
Durham, North Carolina 27701-3228
Telephone: 919-956-9545
ken@CDPL.ORG

*/s/ Zandra L. Lopez*
**ZANDRA L. LOPEZ**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone: 619-234-8467
Zandra_Lopez@fd.org

Attorneys for Alejandro Umaña