# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

_____

|  |  |
|---|---|
| : |  |
| ALEJANDRO UMAÑA, : | No. 16-CV-00057-RJC |
| Petitioner : |  |
| : | **CAPITAL § 2255 PROCEEDINGS** |
| -v- : |  |
| : | HON. ROBERT J. CONRAD JR. |
| UNITED STATES OF AMERICA, : |  |
| Respondent : |  |

_____ :

## PROPOSED ORDER

Counsel, on behalf of Petitioner Alejandro Umaña, has requested ninety (90) days within which to file his initial discovery requests in the above-referenced case. After due consideration, this request is GRANTED.

It is, therefore, ORDERED, that Mr. Umaña have until October 8, 2016, to file his initial discovery requests.

**IT IS SO ORDERED.**

DATED: _____        _____
                                      ROBERT J. CONRAD JR.
                                      United States District Judge