# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMAÑA,<br>Petitioner | ) <br> ) <br> ) | No. 3:16-CV-00057-RJC<br>(3:08-CR-000134-2) |
| -v- | ) <br> ) | **CAPITAL § 2255 PROCEEDINGS** |
| UNITED STATES,<br>Respondent | ) <br> ) <br> ) <br> ) | HON. ROBERT J. CONRAD JR. |

### PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO FILE DISCOVERY MOTION UNDER SEAL

Movant, Alejandro Umaña, by and through undersigned counsel, respectfully submits this motion for leave to file under seal his forthcoming motion to conduct discovery, together with an unsealed, redacted version of the motion. The Government has no opposition to this request but reserves the right to object to any redactions at a later time. In support of this motion Mr. Umaña states the following:

1.  Mr. Umaña filed portions of his § 2255 Motion under seal because certain claims referenced: 1) names of and information about juror and alternate jurors who participated in Mr. Umaña's trial proceedings; 2) prior sealed proceedings and documents; and 3) sensitive information concerning juvenile cases.

2.  In his forthcoming motion for leave to conduct discovery, which is due on October 21, 2016, Mr. Umaña intends to seek discovery on matters that pertain to a number of the claims raised in his § 2255 Motion, including those claims that are under seal.

1

3.  In the interest of consistency with prior proceedings, Mr. Umaña respectfully requests leave to file a complete version of his forthcoming discovery motion under seal, along with an unsealed version of the motion in which those requests related to matters in his § 2255 Motion currently under seal are redacted.

Wherefore, Mr. Umaña respectfully moves this Court to grant him leave to file under seal a complete version of his forthcoming discovery motion, along with an unsealed, redacted version of the motion as described above.

Dated:  October 17, 2016

Respectfully submitted,

*/s/ Kenneth J. Rose*
**KENNETH J. ROSE**
The Center for Death Penalty Litigation
123 West Main Street, Suite 700
Durham, North Carolina 27701-3228
Telephone: 919-956-9545
ken@CDPL.ORG
Attorneys for Alejandro Umaña

*/s/ Zandra L. Lopez*
**ZANDRA L. LOPEZ**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone:  619-234-8467
Zandra_Lopez@fd.org
Attorneys for Alejandro Umaña

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2016, I electronically filed the foregoing Petitioner's

Unopposed Motion for Leave to File Discovery Motion Under Seal with the Clerk of Court using

the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Anthony.enright@usdoj.gov

*/s/ Kenneth J. Rose*
**KENNETH J. ROSE**
The Center for Death Penalty Litigation
123 West Main Street
Suite 700
Durham, North Carolina 27701-3228
Telephone: 919-956-9545
ken@CDPL.ORG

*/s/ Zandra L. Lopez*
**ZANDRA L. LOPEZ**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone:  619-234-8467
Zandra_Lopez@fd.org

Attorneys for Alejandro Umaña