# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMAÑA,<br>Petitioner | ) <br>) <br>) | No. 3:16-CV-00057-RJC<br>(3:08cr134-2) |
| -v- | ) <br>) <br>) | **CAPITAL § 2255 PROCEEDINGS**<br><br>HON. ROBERT J. CONRAD JR. |
| UNITED STATES,<br>Respondent | ) <br>) <br>) | |

## PROPOSED ORDER

Counsel, on behalf of Movant, Alejandro Umaña, has moved for leave to file his forthcoming discovery motion under seal, along with an unsealed version of the motion in which those portions of it that reference matters in his § 2255 motion that are currently under seal are redacted. After due consideration, this request is **GRANTED.**

SO ORDERED this ____ day of October, 2016.


DATED:_____         _____

                                    ROBERT J. CONRAD JR.
                                    United States District Judge