| | | |
|---|---|---|
| ALEJANDRO UMAÑA, | ) | No. 3:16-CV-00057-RJC |
| Petitioner/Movant | ) | (3:08cr134-2) |
| | ) | |
| | ) | **CAPITAL § 2255 PROCEEDINGS** |
| -v- | ) | |
| | ) | HON. ROBERT J. CONRAD JR. |
| UNITED STATES OF AMERICA, | ) | |
| Respondent | ) | |
| | ) | |

## MOTION FOR PERMISSION
## TO FILE AN OVERSIZED MEMORANDUM

Pursuant to Local Civil Rule 7.1(d) of the United States District Court for the Western District of North Carolina, Mr. Umaña, by and through undersigned counsel, moves this Court for leave to exceed the page-limit provided in the Local Rule 7.1(D). In support of that request, he respectfully submits the following:

1.      Mr. Umaña is seeking leave to conduct discovery to support his post-conviction 28 U.S.C. § 2255 motion, challenging his conviction and sentence of death.  As a capital § 2255 litigant, the federal district court is both the first and last place where he can develop facts necessary to support his claims.

2.      Mr. Umaña was indicted as one of 26 co-defendants in a Racketeering Conspiracy case in the Western District of North Carolina.  He was charged in ten or more counts.  The evidence adduced at his trial involved circumstances in Greensboro and Charlotte, North Carolina, Los Angeles, California, New York, New York, and Santa Ana, El Salvador.  Multiple

1

informants, law enforcement witnesses and experts were called to testify during his trial, which lasted more than one month from jury selection through deliberations and verdict.

3. In his Motion to Vacate under 28 U.S.C. § 2255, Mr. Umaña raised approximately 30 claims, over nearly 400 pages. Although there is some overlap of issues, each claim represents its own legal argument and potentially its own discoverable information. Within the § 2255 Motion, Mr. Umaña has alleged that the discovery provided at the time of trial was inadequate and represented a fraction of the discovery to which he was entitled. Additionally, Mr. Umaña has alleged trial counsel was ineffective for failing to request discovery and adequately investigate in preparation for the capital trial. As a result of the number and type of claims in the § 2255 Motion, the discovery motion has approximately 180 individual requests.

4. In preparing his Motion for Leave to Conduct Discovery, Mr. Umaña's counsel has attempted to contain the length of the discovery memorandum, but due to the complexity of the issues and the lengthy litigation history attendant to the case, and the importance of the case, counsel is unable to do so. Counsel has attempted to group claims and requests to minimize length. Nevertheless, the good cause standard required by Rule 6 of the Rules Governing § 2255 proceedings for the United States District Courts necessitates a discussion of the nature of the claim raised and the factual background justifying discovery. Counsel for Mr. Umaña has contacted Assistant United States Attorney Anthony J. Enright in order to ascertain his position on Mr. Umaña's motion to file a memorandum exceeding the 25 page limit. Counsel was informed that without reviewing the discovery memorandum itself, the Assistant United States Attorney lacks sufficient information to take a position.

For the forgoing reasons, this Mr. Umaña respectfully requests leave to file an oversized

2

memorandum in support of petitioner's motion for discovery not to exceed 90 pages.


Dated: October 21, 2016                    Respectfully submitted,


                                           */s/ Kenneth J. Rose*
                                           **KENNETH J. ROSE**
                                           The Center for Death Penalty Litigation
                                           123 West Main Street
                                           Suite 700
                                           Durham, North Carolina 27701-3228
                                           Telephone: 919-956-9545
                                           ken@CDPL.ORG

                                           */s/ Zandra L. Lopez*
                                           **ZANDRA L. LOPEZ**
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, California  92101-5030
                                           Telephone:  619-234-8467
                                           Zandra_Lopez@fd.org

                                           Attorneys for Alejandro Umaña

3

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of October, 2016, I caused to be served a copy of the foregoing motion on Assistant United States Attorney Anthony J. Enright, counsel for the U.S. government via electronic case filing.

s/KENNETH J. ROSE
Counsel for Alejandro Umaña

4