# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMAÑA, | ) | No. 3:16-CV-00057-RJC |
| Petitioner /Movant | ) | (3:08cr134-2) |
| | ) | |
| | ) | **CAPITAL § 2255 PROCEEDINGS** |
| -v- | ) | |
| | ) | HON. ROBERT J. CONRAD JR. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |

PROPOSED ORDER

Counsel, on behalf of Movant, Alejandro Umaña, has moved for leave to file an oversized memorandum in support of his motion for discovery not to exceed 90 pages. After due consideration, this request is **GRANTED.**

SO ORDERED this     day of October, 2016.

DATED:_____

_____
ROBERT J. CONRAD JR.
United States District Judge