**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| ALEJANDRO UMAÑA,<br>Movant | ) )<br>) ) | No. 3:16-CV-00057-RJC<br>(3:08cr134-2) |
| -v- | )<br>)<br>) | **CAPITAL § 2255 PROCEEDINGS** |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>)<br>) | HON. ROBERT J. CONRAD JR. |

### MOVANT ALEJANDRO UMAÑA'S INITIAL MOTION FOR LEAVE TO CONDUCT DISCOVERY AND INCORPORATED MEMORANDUM

Alejandro Umaña, by undersigned counsel, pursuant to the Fifth, Sixth, and Eighth Amendments to the United States Constitution and Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Courts, files this motion for leave to conduct discovery and supporting memorandum. This request for leave to conduct discovery, including requests for the production of records and evidence, as well as depositions, is necessary for the presentation and development of the constitutional claims raised in Mr. Umaña's 28 U.S.C. § 2255 motion. ECF Doc. No. 22, 24. The requested discovery as set forth in more detail below is essential to guarantee Mr. Umaña a full and fair opportunity to present his § 2255 Motion as well as to ensure that this Court reviews and resolves his constitutional and federal statutory claims for relief with the benefit of a fully developed factual record.

1

Dated: October 21, 2016          Respectfully submitted,


                                 */s/ Kenneth J. Rose*
                                 KENNETH J. ROSE
                                 The Center for Death Penalty Litigation
                                 123 West Main Street
                                 Suite 700
                                 Durham, North Carolina 27701-3228
                                 Telephone: 919-956-9545
                                 ken@CDPL.ORG

                                 */s/ Zandra L. Lope*
                                 ZANDRA L. LOPEZ
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, California  92101-5030
                                 Telephone:  619-234-8467
                                 Zandra_Lopez@fd.org

                                 Attorneys for Alejandro Umaña

2