# EXHIBIT 15

# LOS ANGELES POLICE DEPARTMENT



**CHARLIE BECK**
Chief of Police

**ERIC GARCETTI**
Mayor

P. O. Box 30158
Los Angeles, California 90030
Telephone: (213) 978-2100
TDD: (877) 255-5273
Ref #: 14.4

September 15, 2015

Ms. ████████████████████
Federal Defenders of San Diego, Inc.
225 Broadway Suite 900
San Diego, CA 92101-5030

Dear Ms. ███████████:

I have reviewed your request concerning *U.S. v. Alejandro E. Umaña* for a copy of any and all Field Identifications Cards (FICs), Alpha Cards, and/or any other system used in tracking contacts between Alejandro E. Umaña and the Los Angeles Police Department regardless of mechanism used to maintain this system; and for all medical files the Los Angeles Police Department has pertaining to Mr. Umaña. Your request was made pursuant to the California Public Records Act.

The Department is cognizant of its responsibilities under the Act. It recognizes the statutory scheme was enacted in order to maximize citizen access to the workings of government. The Act does not mandate disclosure of all documents within the government's possession. Rather, by specific exemption and reference to other statutes, the Act recognizes that there are boundaries where the public's right to access must be balanced against such weighty considerations as the right of privacy, a right of constitutional dimension under California Constitution, Article 1, Section 1. The law also exempts from disclosure records that are privileged or confidential or otherwise exempt under either express provisions of the Act or pursuant to applicable federal or state law, per Government Code Sections 6254(b); 6254(c); 6254(f); 6254(k); and 6255.

Your request seeks records that are either investigatory records or properly part of an investigative file. In accordance with Section 6254(f), records of investigations conducted by, or investigatory files compiled by, any local police agency for law enforcement purposes, are exempt from disclosure. Therefore, to the extent any responsive records exist, I am denying this portion of your request.

In regards to your request for medical files please be advised medical records of an arrestee are under the purview of the City of Los Angeles' Personnel Department. Please contact the Personnel Department at the address below for information on obtaining records:

**AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER**
*www.LAPDOnline.org*
*www.joinLAPD.com*

Case 3:16-cv-00057-MOC    Document 36-4    Filed 10/21/16    Page 2 of 223

Ms. Lizeth Ortiz-Sanchez
Page 2
14.4

                             Personnel Department
                             Medical Services Division
                             520 East Temple Street
                             Los Angeles, California 90012

                             Telephone number: (213) 473-6960

Any correspondence regarding this matter should include a copy of this letter and be directed to the Los Angeles Police Department - Discovery Section, 201 North Los Angeles Street, Space 301, Los Angeles, California 90012. If you have any questions regarding this correspondence, please contact Management Analyst Mary Taylor of the Discovery Section at (213) 978-2112.

Very truly yours,

CHARLIE BECK
Chief of Police

MARTIN BLAND, Senior Management Analyst
Officer-in-Charge, Discovery Section
Legal Affairs Division

# EXHIBIT 16



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

May 26, 2016

FEDERAL DEFENDERS OF SAN DIEGO, INC.
SUITE 900
225 BROADWAY
SAN DIEGO, CA 92101

FOIPA Request No.: 1336635-001
Subject: RAMIREZ UMANA, ALEJANDRO
ENRIQUE

Dear

Please be advised that we have determined "unusual circumstances" apply to the processing of your request. See 5 U.S.C. § 552 (a)(6)(B)(iii). "Unusual circumstances" include one or more of the following scenarios:

There is a need to search for and collect records from field offices and/or other offices that are separate from the FBI Record/Information Dissemination Section (RIDS).

There is a need to search for, collect, and examine a voluminous amount of separate and distinct records.

There is a need for consultation with another agency or two or more DOJ components.

These "unusual circumstances" will delay our ability to make a determination on your request. Additionally, the payment of pertinent fees may apply to your request. See 5 U.S.C. § 552 (a)(4)(A)(viii).

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within sixty (60) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

May 27, 2016

FEDERAL DEFENDERS OF SAN DIEGO, INC.
SUITE 900
225 BROADWAY
SAN DIEGO, CA 92101

> FOIPA Request No.: 1336635-001
> Subject: RAMIREZ UMANA, ALEJANDRO ENRIQUE

Dear

This is in reference to your Freedom of Information Act (FOIA) request.

The Federal Bureau of Investigation (FBI) has located approximately 5030 pages of records potentially responsive to the subject of your request. By DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00.

Please be advised that you are entitled to the first 100 pages free of charge. If the release is made on Compact Disc (CD), you will receive the cost equivalent ($5.00) as a credit.

- ☑ If all potentially responsive pages are released on CD, you will owe $145.00 in duplication fees (10 CDs at $15.00 each, less $5.00 credit for the first CD). Releases are made on CD unless otherwise requested. Each CD contains approximately 500 reviewed pages per release. The 500 page estimate is based on our business practice of processing complex cases in segments.

  Should you request that the release be made in paper, you will owe $246.50 based on a duplication fee of five cents per page. See 28 CFR §16.10 and 16.49.

- ☐ You submitted your request via the FBI's eFOIA system. Releases will be made to you electronically, and you will owe _____ in duplication fees (____ releases at $15.00 each, less $5.00 credit for the first release).

- ☑ The FBI located approximately 5 CDs consisting of audio and video files that are potentially responsive to the subject of your request. If all of the potentially-responsive media is released, you will owe $75.00 (5 CDs at $15.00 each).

- ☐ CDs will not be sent to a correctional institution. You will only qualify for CD releases if an alternate address is provided.

- ☐ You will owe approximately $___ in international shipping fees.

**The estimated total cost for processing your request is approximately $220.00 for CD releases or 246.50 for paper releases and 75.00 for media.**

Please remember this is only an estimate and additional material may exist, and some of the information may be withheld in full pursuant to FOIA/Privacy Act exemption(s). Also, some information may not be responsive to your subject. Thus, the actual charges could change. .

**Requester Response**

**No payment is required at this time.** If your request does not qualify for eFOIA releases, you must notify us in writing within thirty (30) days from the date of this letter of your format decision (paper or CD). You must also indicate your preference in the handling of your request in reference to the estimated duplication fees from the following four (4) options:

☐ I am willing to pay estimated duplication/ international shipping fees up to the amount specified in this letter.

☒ I am willing to pay fees of a different amount.

Please specify amount: $220 for CD copies

☐ Provide me 100 pages or the cost equivalent ($5.00) free of charge. If applicable, I am willing to pay International shipping fees.

☐ Cancel my request.

**If we do not receive your duplication format decision and/or estimated duplication fee selection within thirty (30) days of the date of this notification, your request will be closed. Include the FOIPA Request Number listed above in any communication regarding this matter.**

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request and your willingness to pay the estimated search and duplication costs indicated above. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Work Process Unit; Record Information/Dissemination Section; Records Management Division; Federal Bureau of Investigation; 170 Marcel Drive; Winchester, VA 22602**. You may also fax your response to: 540-868-4997, Attention: Work Process Unit.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within sixty (60) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

 
From:
To:
History:  This message has been forwarded.

Good morning                    ,

I'm contacting you about the FOIA request you made for records concerning Alejandro Umana. As you probably recall, the FBI located approximately 5030 pages that are potentially responsive to your request. I just wanted to let you know about the potential waiting time for a request of this size.  Once requests go over a certain size, usually in the 50-100 page range, they become increasingly complex, greatly slowing down the time required for processing. Generally the larger the file, the longer it takes to process. Given our current workload and staffing levels, it may still be a very long time before you would begin to receive material from this request.

We contact individuals with requests of this size to see if there might be a way to possibly narrow the scope of the request. Is this something you might be willing to consider? I can help you decide how to reduce the scope. We can narrow the request by date, or if you are looking for something specific, we can approach it that way.

Please let me know how you would like to proceed. I can be reached at 540-868-1695, Monday - Friday from 7:00 am until 3:30 pm, Eastern time, or you can reply to this email if you prefer.

Thanks much,


Records Management Division
Federal Bureau of Investigation
540-868-1695

# EXHIBIT 17



# LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE
## BUREAU OF SPECIALIZED PROSECUTIONS
## HARDCORE GANG DIVISION

STEVE COOLEY • District Attorney
JOHN K. SPILLANE • Chief Deputy District Attorney
CURTIS A. HAZELL • Assistant District Attorney

RICHARD DOYLE • Director

October 14, 2008

Mr. Kevin Zolot
Assistant United States Attorney
Western District of North Carolina
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3167
Cellular: (704) 287-0950

Subject:     *People v. Ramirez, Case No. BA338992*

Dear Mr. Zolot:

Per your request, enclosed please find a copy of our file relative to the above-referenced case. Our file is limited since our office filed this case for warrant. Additionally, there was little need for us to obtain all the discovery from the Los Angeles Police Department since the defendant's return to our jurisdiction is uncertain because of your capital prosecution. If you desire any additional information, you may contact the assigned detectives from the Los Angeles Police Department.

STEVE COOLEY
District Attorney

By:

PETER J. CAGNEY
Assistant Head Deputy
Hardcore Gang Division

Enclosure

# EXHIBIT 18

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    01/29/2009

From January 11, 2009 through January 16, 2009, SA Michael Attard and TFO William Hastings traveled to Los Angeles, California to meet with Detectives of the Los Angeles Police Department regarding homicides in which ALEJANDRO ENRIQUE RAMIREZ-UMANA was previously identified as a subject.

Also present during these meetings and interviews were Assistant United States Attorney (AUSA) Kevin Zolot, AUSA Jill Rose, and Trial Attorney Sam Nazzaro.

The investigation summaries are as follows:

1.

| | |
|---|---|
| Location: | Lemon Grove Park |
| | 4959 Lemon Grove Ave. |
| Date: | 09/28/2005 |
| Victim: | Andy Nelson Abarca |
| Cause of Death: | Gunshot wound |
| Detective Assigned: | Thomas Small |

2.

| | |
|---|---|
| Location: | 1100 block Fairfax Blvd. |
| Date: | 7/27/2005 |
| Victims: | Jose Herrera |
| | Gustavo Porras |
| Cause of Death: | Gunshot wound |
| Detectives Assigned | Gene Parshall |
| | Barry Telis |

Additional information pertaining to the details of interviews conducted during this investigation can be found in the interviewee's corresponding FD-302 document made part of this investigative case file. Photographs taken during this investigation can be found in the exhibits (1a) section of this case file.

Investigation on    01/11/2009    at    Los Angeles, California

File #   245D-CE-92434        Date dictated    01/29/2009

by    SA Michael Attard

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# EXHIBIT 19

FD-302 (Rev. 10-6-95)

-1-

FEDERAL BUREAU OF INVESTIGATION

Date of transcription _03/02/2009_

     During the week of February 1, 2009, SA MICHAEL ATTARD, AUSAs JILL ROSE, KEVIN ZOLOT, and DOJ Trial Attorney SAM NAZZARO traveled to El Salvador in preparation for upcoming capital crimes trial of MS-13 defendant ALEJANDRO ENRIQUE RAMIREZ-UMANA, aka WIZARD.

     The following tasks were completed:

1. Meeting with Director MAURICIO RODRIGUEZ and FRANCISCO AWAD of the Protection of Witnesses and Victims Program.

2. Meeting with PNC homicide investigator ALEXANDER NIXON CUPER, case investigator of homicide in which UMANA was implicated.

3. Interview of homicide witness ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

4. Meeting with Santa Ana prosecutor PADILLA CAMBARA.

5. Acquired photographs of gang graffiti and crime scene.

6. Interview of ▮▮▮▮▮▮▮▮▮▮ wife of homicide victim.

7. Interview of UMANA's mother, LETICIA DIAZ.

8. Interview of MANUEL DE JESUS AYALA, aka CHACUE in Zacatecoluca Prison.

9. Interview of JAIME ALIRIO MIRAMISCO, aka El CRAZY in Zacatecoluca Prison.

---

Investigation on _02/01/2009_ at _San Salvador, El Salvador_

File # _245D-CE-92434_       Date dictated _____

by _SA Michael Attard_

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# EXHIBIT 20

Case 3:16-cv-00057-MOC    Document 36-4    Filed 10/21/16    Page 15 of 223



## <u>CERTIFICATE OF ACCURACY</u>

Net Transcripts, Inc. certifies that the document produced from the audio file named _1 -

376050a - Freddy Gonzalez 9.29.2005 provided by Federal Defenders - San Diego on

the 6th day of October 2016 is a true and accurate transcription. The transcript was

produced by Net Transcripts' employees and contractors to the best of their abilities and

no intentional changes or redactions have been made.

Dated:  October 18, 2016

Shane Mirkovich, COO
For Net Transcripts, Inc.

3707 North 7th Street, Suite 320 ● Phoenix, AZ 85014 ● 800.942.4255 ● 480.556.9676 fax ● www.NetTranscripts.com

**INTERVIEW WITH FREDDY GONZALEZ**
**Q=Tom Small**
**Q1=Liz Estupinian**
**Q2=Ofc. Ken Burke**
**Q3=Ofc. Sanchez**
**A=Freddy Gonzalez**

Man:        Thank you Margo, appreciate that. Okay, thank you. You're welcome. Bye. All right.

((Crosstalk))

Man:        Is (unintelligible) here?

Man:        (Unintelligible) here.

((Crosstalk))

Man:        Man I went for (unintelligible) charge everything. Everybody go home.

Q:          Okay, um, he's going to run down and get - get some books. Huh?

Man:        Is that your guy's?

Q:          Yeah, but, that - that's probably Liz's. I'm going to borrow this for a minute. How's your leg man?

A:          Oh, my ankle. It's my ankle. It's not my leg. This one is...

Q:          That's the one?

A:          Yeah.

Q:          You took some (flight) time?

A:          Yeah.

Q:          Well, why did you do that?

A: I thought I was Jordan.

Q: Oh, man.

A: Yeah, man my...

Q: They tell me you went out about 40 feet.

A: Something like that, 40 feet, yeah.

Q: Yeah?

Q1: Gees man.

Q: That's a tough landing.

A: With no shoe.

Q: That ain't no three-point landing.

A: Yeah.

Q: Man.

Q1: You ready?

A: Yes.

Q: This is Liz. Ms. Estupinian.

A: Nice to meet you.

Q1: Hi.

Q: My name's Tom Small. We are, ah, we're working this case.

A: Mm-hm.

Q: And, ah, I appreciate you coming in.

A: Okay.

Q: And I think it's big. And I - you know, as we move on in life we, ah, kind of smell the coffee.

A:    Yeah.

Q:    We grow up and, ah, realize what's right and what's wrong. And you - you hit it on the head earlier. This was a good guy.

A:    Yeah.

Q:    He didn't need that.

A:    He didn't need that. His family doesn't need that. Believe me I know his family.

Q:    Right, mm-hm.

Q1:    You have 11:30?

Q:    I got 11 what, 11:30?

Q1:    11:30, not 40?

Q:    I got 11:40.

Q1:    Mmm...

Q:    I'm so tired I can't...

Q1:    Then you are tired.

Q:    Been up since 10 o'clock yesterday. And I'm getting old.

A:    Yeah.

Q:    She's not.

A:    Yeah.

Q:    She looks better with time.

Q1:    Freddy how do you spell, you know, what do you want?

Q:    Nothing. Let's just...

Q1:    You have the, ah, driver's license with you?

A:      Ah, yes.

Q:      Oh, you know what? Di...

A:      It's expire, ah...

Q:      Did they, ah...

A:      ...(unintelligible) have it with me.

Q:      We might have it on, ah...

A:      You should probably it...

((Crosstalk))

Q:      ...(unintelligible).

Q1:     Oh, is it on your dri- on your keys?

Q:      I think it's on your key chain right?

A:      Yeah, my key - I got my keychain there too.

Q:      Okay, well...

((Crosstalk))

Q1:     Okay, do you spell it, um...

A:      Double D-Y.

Q1:     Double D-Y.

A:      Yeah.

Q1:     Okay, and then your last name?

A:      Gonzalez, G-O-N-S-E-L-E-S.

Q1:     S-E-L-E-S?

A:      Gonsa- A - A, Gonzalez.

Q1:     Oh, S-A. Oh, no Z.

A: Gonzalez, you got it right here, Freddy Gonzalez.

Q1: So, not with a Z, with an S.

A: An, but, it's right there. It's fine right there Gonzalez.

Q1: Okay. Some people spell it with a Z. Some people...

A: Mm-hm.

Q1: ...spell it with an S. Okay, what's your date of birth?

A: Ah, ███████████.

Q1: Oh, almost time for your birthday. Oh, oh, ██████...

Q: ██████.

Q1: ██████.

A: ███.

Q1: Okay, I'm tired.

Q: Today's the 29th.

A: Mm-hm.

Q: It's the 29th right now.

Q1: Oh, yeah. I thought he said 31st.

Q: There are 31 days in...

Q1: I know.

Q: ...September.

Q1: That's why I corrected myself.

Q: Okay. All right, ah, well, before I- I was going to show you some pictures.

A: I want to see if I see them there in those pictures.

Q:      Okay. And I have some other books coming up.

A:      Okay.

Q:      But, until they get up here why don't you just fill us in on, ah, what happened last night?

A:      Okay. We were right there sitting down. The only problem, the only mistake we did is stay after hours.

Q:      Uh-huh.

A:      They turned the lights off. That's when they say that everybody has to leave the park. So, we was just right there, just kicking it - sitting down on the benches.

Q:      What times was that?

A:      Oh, probably like 9:00, 9:15, 9:30. They turn the lights off at 9 o'clock.

Q:      9 o'clock?

A:      Yeah, 9:15, 9:20.

Q:      You're playing hoops in other words and...

A:      No we're just sitting down now. We played already...

Q:      Oh.

A:      ...because the lights were off already.

Q:      Okay.

A:      So, we're just sitting down on the benches. We're just talking, talking about the, you know, Lakers and all that. We see two guys coming from say from the other side say from...

Q:      Hobart?

A:      From Santa Monica, say Santa Monica, not from Hobart, from Santa Monica. You s- you - you - you - you know where the park is?

Q:      Yeah.

A: So, they were coming this way and one of my friends tells me, "Hey those two guys are coming. I think those guys are from MS -- Mara Salvatrucha approaching." We're like, "Okay, don't worry about it. Don't worry...

Q: Who...

A: ...about it." But, I'm...

Q: Who said that?

A: One of my friends 'cause they know - we all know each right there you know, what I mean, the - our friends.

Q: Mm-hm.

A: And he - he - he - just told me to look - "Dude, look at those two guys. Those t- those two guys are coming over here." And we're like, "Oh, don't worry about it." You know, I mean, we (unintelligible) gonna tell him but, we - we don't bang no more. We don't - we don't - I mean, we don't really (unintelligible) with no gang - nothing like that. They didn't give us a chance to say nothing, man. They just - they were at half court, you know, where the basketball court are, they just pull out a gun. I don't know what it was.

Q: Which, ah, court, the one near...

A: The one...

Q: ...the benches by the baseball diamond?

A: Near by the baseball side, yeah.

Q: Okay.

A: Yeah. As soon as we saw the gun we just started running. That's all we did. We just started hearing...

Q: Can you describe...

A: ...the gun shots.

Q: ...the gun?

A: Oh, just the first thought of it was I thought it was a revolver...

Q: Okay.

A:      ...'cause it shine. It was chrome, yeah.

Q:      Long barrel, short...

A:      Um...

Q:      ...barrel?

A:      It looks like a round barrel, yeah.

Q:      How...

((Crosstalk))

Q:      ...long do you think?

A:      Ah, I have no idea.

Q:      Okay.

A:      As soon as I saw the gun I started running. I was just started running. The thing is we ran all together. That's why the guys got - got hit. What did the guy got hit in the head or ah...

Q:      Well...

A:      ...by his eye?

Q:      ...so- some - some things like that we really can't talk about...

A:      Oh, okay.

Q:      ...because what we're doing...

A:      I was there. I was there. I saw him laying down on the floor.

Q:      Yeah, you probably...

A:      'Cause I - I...

Q:      ...you probably saw but, we have to protect the case so, we can build a case...

A:      Okay.

Q: ...on - on these guys that did this...

A: Yeah.

Q: ...okay? So, um...

A: And two of - two of my friends got hit in the arm.

Q: Mm-hm.

A: Two of them got hit. It was like five of us that started running.

Q: How many gunshots?

A: I don't know, probably five, six maybe? Yeah.

Q: Were they loud or were they...

A: Oh, they were loud, yeah. I think it was a 9 millimeter maybe. Maybe. I don't know. I'm not sure.

Q: So, are you thinking maybe there was more than one gun?

A: No, just one gun. I saw one guy just - as soon as I saw one guy took out a gun I just started running. I didn't - I didn't - I didn't look back to see the - the two of them had guns, you know what I mean?

Q: Mm-hm.

A: I just kept running and got - and I got one of the houses and I hide - went in the garden. And I waited right there like for probably like three minutes. Then I head back to the park. That's when everybody started showing too. That's when we see our friend laying down on the floor right there.

Q: Okay, I - we were there.

A: Okay.

Q: So, I know where the basketball court is and there's some bleachers, just a couple rows of bleachers...

A: Yes, there...

Q: ...(couple) bleachers.

A:           Yeah.

Q:           There was, ah, a couple beer bottles there.

A:           Okay, yeah.

Q:           And maybe a - a juice bottle or something like...

A:           Yeah. There were...

((Crosstalk))

Q:           ...a like a Snapple...

A:           ...g- there were a couple of guys that were drinking and another (unintelligible). I was drinking a Gatorade. That's all I was drinking.

Q:           Yeah, okay.

A:           Yeah.

Q:           That was there.

A:           Okay.

Q:           And then there's a like a walkway that leads out to the front between the baseball diamond and...

A:           Yeah.

Q:           ...the building.

A:           That's where we ran. That's...

Q:           Did everybody go that way?

A:           Everybody went that way. That's - that's probably (Cook Creek). They hit one of those guys 'cause we all ran together...

Q:           Yeah.

A:           ...you know what I mean?

Q:           (Unintelligible) this.

A: And we got like all together got close in that little space right there.

Q: Right.

A: That's what maybe what everybody got. 'Cause me I got - I got hit.

Q: Is that this (unintelligible) you had on?

A: My - the button hat? No, no, no, I have in my house.

Q: Okay.

A: It went like right here. It hit my keys and probably - probably went the other way, yeah.

Q: Did it put a hole in your pants?

A: Yeah, two, two holes in my pants, yeah.

Q: You're lucky.

A: I was lucky right there yeah. Believe me I was 'cause they were - they were going for me. They were not going for this guy. They were going...

Q: You think you were the target?

A: Yeah, I was the target.

Q: Why - why do you think that?

A: Because they don't like me because since all that happened when I was locked up like that we went there. They doesn't like me because I'm going - I'm showing up to a park again, you know what I mean?

Q: Mm-hm.

A: Supposedly that's their park. We're not supposed to be right there. We're not supposed to be in that park.

Q: Okay, so, you...

A: We're not allowed to be in that park.

Q: I know a little bit about your history. Ca- why don't you fill Liz and I in on your affiliation and - and...

A:     But, you don't like us - I mean, don't like me because I used to kick it and right there at the park there was a guys, ah, another - it's not a gang. It's - it's just a crew.

Q:     Uh-huh.

A:     They used to go to a park that...

Q:     What are...

A:     They call them TPC.

Q:     ...they called? What does that stand for?

A:     TPC is, ah, stands for The Perfect Criminals.

Q:     Okay.

A:     That's what it stands for, okay? And I used to be right there like I used to be yesterday with this guys. We - we know each other right there because we see me - they used to see me with them. They thought I was from TPC too.

Q:     Mm-hm.

A:     So, they angry at me because I used to hang around with them, you know what I mean? All started like that because they used to go there. We all hang around right there and they didn't like that. MS didn't like that because the crew you - you - it was getting bigger and bigger. A lot of people used to go there and play basketball with us.

Q:     Mm-hm. Excuse me.

A:     Okay.

Q1:    Let me ask you something.

A:     Yeah.

Q1:    Can we go back and try to remember everybody that was there playing basketball? There's you.

A:     I don't know that - I know him by - okay.

Q1:    Even if they had nicknames tell me their nicknames?

A:       Lepo.

Q1:      Lepo?

A:       Yeah, he got - ah, he got shot. Flaco.

Q1:      Flaco.

A:       Elger. Um, Galo. Mm, who else? They were just getting there. Those two were just getting there.

Q1:      Which guys?

A:       Elger and Galo. They were getting there. They were parking...

Q1:      (And Galo).

((Crosstalk))

A:       They were parking their cars right there and which it barely didn't. They was on the bleachers. It was me, Flaco, ah, this guy Andy, the guy that passed away and me.

Q1:      He didn't have a nickname?

A:       Andy, no.

Q1:      Okay.

A:       He's Andy. That's his name.

Q1:      Andy, Lepo, Flaco and you are on the benches?

A:       Yeah.

Q1:      Is that right?

A:       We're right there, yeah.

Q1:      Okay. Um, okay, we'll just try to...

A:       And the other two guys they were barely getting there. They were parking their car so, we're just getting to the - to the park.

Q1: Okay.

A: Yeah.

Q: So, MS doesn't like you. They know you?

A: They know me pretty good now.

Q: Okay.

A: I mean, they know me from the park. They don't want me to go to the park. You know what I mean? So, they saw me 'cause the guy that was right there he was right there earlier. And he saw me. I got there with my bike and I started looking. And I'm like, "Okay, there's people to play basketball." I just lay my bike right there and they started shooting, you know? And I saw him getting up and left. And I'm like me in my mind I'm like oh, this guy's going to go call his friends and they're going - but, they took long, you know, what I mean, took like two hours. I'm like, "Oh, they're not showing up so, I'm going to stay right here and play basketball." You know what I mean? I'm not getting in trouble with nobody. I'm just playing basketball. So, they turned the lights off and we see - we see those guys coming. So...

Q: Is that the same guy?

A: One of the guys, one of the guys that was right there earlier.

Q: Mm-hm.

A: He - like the one that got up and left, yeah. He came back with another guy.

Q: Okay.

A: And the other guy was the one with the gun.

Q: You've seen these guy around. Do you know them?

A: No, I don't know them.

Q: Do you know their names or what they're called?

A: Ah, past the (unintelligible)? I mean, they don't talk to me 'cause they don't like me. I mean, I don't - I don't - I don't say hi. I don't say nothing. I just see them I ignore them. I ignore them you know what I mean?

Q: Mm-hm.

A:     I just ignore them. I just go one of the guys I talk to, you know what I mean?

Q:     Can you describe, ah, the first guy, the guy you saw earlier and then...

A:     I might. I might if you guys got a picture but, maybe I can describe him.

Q:     Well, why don't you give us a physical description of your...

A:     A skinny, skinny guy with hair.

Q:     Yeah.

A:     Ah, that's about it.

Q:     So, MS has hair now?

A:     Yeah.

Q:     Okay.

A:     Oh, most of them. "Cause they don't - they don't - they don't - they don't bag. They - they don't - I mean, they don't wear baggy clothes -- nothing like that.

Q:     They dress normal?

A:     Not normal like...

Q:     (Unintelligible).

A:     ...a, like jeans and t-shirt or shirt, you know what I mean? Yeah.

Q:     So, he's skinny? How old is he?

A:     I have no idea, maybe 20, 21. Maybe. I don't know.

Q:     Tats?

A:     I don't know. He got a long-sleeved shirt. Yeah.

Q:     Okay.

A:     .I seen him right there at the park a couple of times.

Q:     Can you describe the shirt color-wise?

A: White - white, long-sleeved shirt.

Q: No pattern on it?

A: No, nothing, just a clean white shirt.

Q: Okay. His hair is long. Is it wavy or...

A: It was like...

Q: ...is sl- slick...

((Crosstalk))

A: ...long hair like pulled throw back, you know, to the back.

Q: Hm.

A: Yeah.

Q: Fade on the side or what?

A: Mm, like I say I don't - I don't really pay attention to them, you know, what I mean? I just see them right there...

Q: Mm-hm.

A: ...just look at them. I, you know, turn around and look at them. 'Cause if you just stare at them, they start - they start arguing with you like, "Why you looking at me," and something like that. I just try to avoid all that.

Q: Yeah.

A: You know what I mean?

Q: Mm-hm.

A: Just go there and just have fun, play basketball. That's all I was doing right there.

Q: Mm-hm.

A: Okay.

Q: How tall is this guy?

A: Probably like 5'8", 5'9" maybe.

Q: But, skinny?

A: Skinny, yeah. The other one had the gun he was short, shorter. He had like a brown jacket and like jeans, Le- Levi's, blue Levi's, yeah.

Q: Mm-hm.

A: Mm-hm. He had like - the guy that took off with the gun...

Q: Oh.

A: ...he took the gun.

Q: How big was he?

A: He was kind of small, probably like 5'7"

Q: Mm-hm.

A: Kind of chub, chubby like this, yeah.

Q: So, 5'7", you think maybe...

A: 5'7".

Q: ...150?

A: Probably like 150, 55...

Q: ...180 - somewhere...

A: Yeah, mm-hm, 60, yeah, short. Well, shorter than the other guy.

Q: How old?

A: Ha- he's probably older. He's probably like probably like 25, 26 maybe.

Q: And what's the...

A: He looked a little older.

Q:    What kind of clothing?

A:    Like a brown sh- brown jacket. I saw a brown jacket.

((Crosstalk))

Q:    (Unintelligible) jacket?

A:    That's where I saw more, you know, 'cause he - he came like that with the gun, got it out of the - like right here maybe.

Q:    His...

A:    And as soon as I saw the gun, I was just...

Q:    Did he just reach in his waist?

A:    Yeah. Like right here in the back 'cause I saw him just go like, yeah, I saw the chrome gun and I started right - (unintelligible) I started running, yeah.

Q:    Okay, what color pants?

A:    Had like blue - blue Levi's maybe like fade like this maybe this color or maybe little blue...

Q:    Shorts or long?

A:    They were pants.

Q:    Pants.

A:    Yeah.

Q:    Okay, Baltimore pants?

A:    Yeah, Baltimore pants, yeah.

Q:    Ah, what kind of haircut?

A:    That guy I didn't - I didn't really see his haircut. Like long too, long. It's - it wasn't bald like, you know, shiny bald, no.

Q:    So, he could comb it?

A:    Yeah, mm-hm.

Q: Slicked back, wavy?

A: Slicked back too, yeah.

Q: Yeah?

A: Mm-hm. I didn't put that much atten- some as I so- I was looking at them like that. And then as soon as I saw the gun I just started - I thought they were going to go talk or say you from here, you from there? Nothing. They didn't say nothing. They just took out the gun, you know, they just started - they just started shooting. You know, what I mean?

Q: Did you say anything to them?

A: I told them, "Hey, we don't bang right here. We don't bang right here." That's what I told them.

Q: When you said that were you still at the bleachers?

A: I was on top of one of the bleachers getting ready to run. And as soon as I saw the guy and I just started running.

Q: Mm-hm. Okay. Ah, Andy was he running last or what was...

A: No, he - I think he was in front of me.

Q: Yeah?

A: Yeah. He was in front of me.

Q: Okay. And that was all that was said? That was the only exchange of words, "Hey man."

A: I mean, I just said, "We don't bang right here." He - they just took out the gun. They didn't say nothing. They didn't say nothing, nothing at all.

Q: And you heard how many shots?

A: Probably six maybe, probably. I don't know. I - I mean, I wasn't there counting the shot not that - I just...

Q: Did these guys follow you, chase after you or did they...

A: No, they - I think they as soon as they shot or they turned around they

Case 3:16-cv-00057-MOC    Document 36-4    Filed 10/21/16    Page 35 of 223

probably left the same way they came, yeah. I thought he was - they were behind me, you know, to tell you truth. I just kept running and running and running until I stop and I went inside - (one of) houses.

Q:	Mm-hm.

A:	And I stood there like for three minutes. I didn't see nobody coming so, I got out and I went back to the park, yeah.

Q:	Okay. But, there's nothing about those guys that rings a bell with you as far as a name, a street name or...

A:	No.

Q:	...anything?

A:	There was another guy when I first got to the park like I told you...

Q:	Mm-hm.

A:	...um, there was another guy that - his name is Jeffrey, he was put in. And he's - I think he's from there too. I can...

Q1:	He - he was with the skinny guy?

A:	Yeah. When I got there he was seen...

Q:	The first time?

A:	Yeah, the first time when I got there.

Q:	Did he get up and go with the other guy?

A:	No, he just came and he sat by the benches too. But, they - they - they knew each other, you know? He probably told something to (DA) and he got - he got lu- I mean, they - they - these guys went to a park and got him last week, Jeffrey, that guy Jeffrey. I bet you guys got a picture of him right now.

Q:	So, he...

A:	He's from - he's from there.

Q:	He was hooked up?

A:	He was with him. I don't know why they say but, I saw them talking and then

the guy with the long-sleeved shirt got up...

Q: Mm-hm.

A: ...and left. And these - ah, Jeffrey just came to the - like by the - by the bleachers right there and he was sitting down right there.

Q: And near you?

A: No, no, no, not near me. He was right there and I was right he- I was shooting. I was shooting the basketball.

Q: Oh, okay.

A: He was just right there sitting down. I don't know, probably checking if I...

Q: And I - I think...

A: ...if I - if I don't - if I don't leave or if I stay there or I have no idea you know what I mean? I have no idea what he was doing there but, he goes to a park almost every day, yeah.

Q: Okay.

A: Mm-hm.

Q: Now, if I show you these pictures and you don't see the guy...

A: Mm-hm.

Q: ...don't try to be helpful and say well, I - I think that's the...

A: Oh, no.

Q: ...guy. It - it either is or it isn't.

A: Yeah. Yeah, yeah.

Q: But, if it's not one of these guys would you be willing to sit down with our...

A: Sure.

Q: ...our police artist?

A: No problem.

Q:    Do you think...

A:    Oh, you mean like - oh, I don't think so.

Q:    We have a lady that's terrific.

A:    Mm-hm.

Q:    I mean, she - she could - without...

A:    Don't think I could remember his face and tell you...

Q:    No.

A:    ...how his face -- nothin' like that.

Q:    Well, she has a way of asking questions and she has little, ah, pictures and things she can show you to get an idea. So, I - the - a, believe me, I've seen her do work with people that said there's no way I can help out.

A:    Mm-hm.

Q:    And you know what? We get a snapshot.

A:    Oh, really?

Q:    Oh, yeah.

A:    Okay.

Q:    She's good.

A:    Going to give it...

Q:    So...

A:    ...a try. We'll give it a try.

Q:    ...we'll try this first.

A:    Okay.

Q:    Okay?

A:    Sure.

Q1:    While you get that ready...

Q:    Mm-hm.

Q1:    ...um, I want y- do you remember, um, who said those two guys are coming? Was it...

A:    I mean, we all saw him...

Q1:    ...Flaco? Elger?.

((Crosstalk))

A:    ...but, we all s- we all saw them coming. And we're like, "Oh, look they're coming." And we all say, "Look, there's two guys coming."

Q1:    So, all of you are aware that there's...

A:    We go where - there - they were coming this way.

Q1:    Okay.

A:    You know, 'cause you could tell when someone is coming to play basketball and do something back, you know what I mean? Like they were coming to do something, you know, either tell me what are you doing in this park? You're not - you're not supposed to be in this park. We thought - we thought they were going to go and tell me get out of the park, get out of here you know what I mean, like just don't - don't come to the park no more. But, they didn't say nothing. It's just got the gun and they started shooting.

Q1:    Okay, let's talk about right - right when that happened.

A:    Mm-hm.

Q1:    Okay? Now you guys are on a bench right? And I - I'll - I'll do the bench here like this right?

A:    Okay.

Q1:    And Tom and I we - he said we - you know, we were out there. So, there's like two cement little benches on either side of it...

A:    Okay.

Q1:     It's a bleacher thing, right?

A:      And right here's the basket - the baseball field.

Q1:     Right, here's the baseball field.

A:      And then like to go the other way, yeah.

Q1:     Exactly. Okay. So, be - before they start crossing over where are you sitting?

A:      I was right here. I think Lepo was here. I think Andy was down this - this one right here.

Q1:     Lepo here?

A:      On the - yeah.

Q1:     So, he's on the top with you?

A:      Yeah, right here. I was next to him. I think Andy was right here sitting in the back that one - that one is.

Q1:     This is Andy?

A:      Andy.

Q1:     And where is Flaco?

A:      And I think - I don't know, Flaco I don't know, but, I think he was standing up right here. I don't - I'm not 100% sure where Flaco was.

Q1:     Okay.

A:      But, I think he was standing up 'cause they were talking. He was talking to Fl- to - to Lepo.

Q1:     So...

A:      And then when we turned around we see them come, yeah.

Q1:     So, there's this long wa- walkway over...

A:      Yeah.

Q1:     ...here, right?

A:      Mm-hm.

Q1:     And then there's that fence that divides the two courts...

A:      Yeah.

Q1:     ...right?

A:      Yeah, yeah, yeah.

Q1:     When do you see him pull the gun?

A:      Right there by the fence.

Q1:     Right as he gets to that fence?

A:      Yeah, when he gets to the fence, yeah.

Q1:     Okay, and then that's when you guys all get up and start to (run)?

A:      Oh, yes.

Q1:     Okay, so, tell me who do you remember that was in front of you when you're running?

A:      I think Lepo and Andy were - was in front of me. I don't know where Flaco went. I didn't see him.

Q1:     Because you...

A:      But, I don't know wha- I didn't see what...

Q1:     ...you don't know which direction Flaco went?

A:      I don't know what direction Flaco went. I don't know.

Q1:     But - but, you said you did remember Andy was in front of you?

A:      Yeah, Andy was in front of me, yeah.

Q1:     And - and so...

A:      You know, it happened so quick. It happened, I don't know, it happened like in

3 like 4 seconds that we started like tw- just fleeing the park.

Q1:     And...

A:      And...

Q1:     ...what do you remember after that if Andy's in front of you?

A:      I - I didn't the - I didn't see him land on the floor. I didn't see that.

Q1:     And so, you didn't see him fall?

A:      I didn't see him, no.

Q1:     Okay.

A:      He probably kept running a little bit more or I don't know. You know what I mean?

Q:      Okay.

A:      But, I don't know, it happened so quick, happened...

Q:      Okay.

A:      ...so, quick.

Q:      And so, then there's this drive or this little like, here's the benches and you go out and go around...

A:      Yeah.

Q:      ...and - and so, you're out. You...

A:      You make - you make a...

((Crosstalk))

Q:      ...at the parking lot right here?

A:      ...turn right here? Yeah.

Q:      What do you do when you get to the parking lot?

A:      I run.

Q:      Where?

A:      I came - I took a whole Harvard...

Q:      Harvard?

A:      ...you know, Harvard. And I kept running Harvard.

Q:      And was Le...

A:      And Lepo was in front of me.

Q:      Lepo was with you?

A:      I saw Lepo in front of me.

Q:      Oh, okay.

A:      I told Lepo let's stop and get in one of these gardens. And he's like, "Nah, I'm going to keep running." I think he felt something he's like 'cause he got shot in the arm.

Q:      Okay.

A:      Yeah, he never stopped. He never stopped.

Q:      And so, you think that's when you waited for in the bushes for a while you...

A:      I waited right there.

Q:      (Unintelligible)?

((Crosstalk))

A:      I sat down in the bushes just I - I was thinking they were - they were following me you know what I mean, still following me. And I waited right there like for I don't know - I don't know how long that I waited right there. And then I came out and I seen nothin'. Everything was quiet. So, I started walking back to the park. Mm-hm.

Q1:      When you're running, okay, and you're running this direction and out towards Harvard...

A:      Yeah.

Q1:     ...do you feel anybody behind you like somebody's chasing you? I mean, or
        are you just running because you want to...

A:      I was just running scared. I was just running.

Q1:     Okay, so...

A:      I was just...

Q1:     ...you don't know if they were behind your or not?

A:      No, I don't know.

Q1:     Okay, um, and you never looked back to see where they were?

A:      No.

Q1:     Okay.

A:      I was thinking if I looked back I'd probably get shot, you know, what I mean?
        I just kept running fast as I can, yeah.

Q1:     Okay, so, then you go back...

A:      Yeah.

Q1:     ...and, um, did you talk to anybody when you get back there?

A:      I saw everybody that there was right there. I mean, the guys that - that were
        showing up right there, Galo and the other guys they were right there. And
        they told me, "Hey Andy got shot." And I'm like, "Where's Andy?" And we
        saw him right there laying down by the fountain, water fountain right there.
        He was laying down right there. He was still breathing right there. And I told
        him, "Hey, come on man y- y- you - you're not going to die man. Just keep
        breathing, keep breathing." He didn't say nothing. He was pale, white, white,
        white, white, you know what I mean? And the police got there, they closed the
        area and everything. They started getting information from me, one of the
        police, told them that they had long-sleeved shirts, skinny guy. The guy who
        had a brown jacket, that's it. They put it in the radio and they probably started
        listening around - around the park.

Q1:     And after they took your information where did you go?

A:      I left. I went to see if my car was still there 'cause they probably know my

truck and I took - I left on my bike.

Q1: Okay.

A: Mm-hm.

Q1: Did you f...

A: 'Cause I started seeing people showing up that I recognized that they're from - from MS, that they probably send them to see e- to see who got shot.

Q1: Mmm...

A: 'Cause I talked to him. I told him, "Hey, man, look - look, you guys shot a guy that doesn't - he's not involved in gangs - nothing like that." I told them, you know, a couple of them, yeah.

Q1: Do you know those people that you're talking to?

A: By - by face, yeah. I don't know their names - nothing like that. But, I see, you know, I know that they're from MS.

Q1: Okay.

A: Yeah.

Q1: So, then you get on your bike and you go home?

A: I left. I left for home, yeah.

Q1: All right, sorry.

Q: I'm going to cover up some information but...

A: Okay. Believe me, I won't…

Q: ...I'm just going to...

A: Mm, I recognize that guy. He was right there in probation with me the last time, my last appointment. He wasn't there.

Q: Okay.

A: No, but, thank you. Mm-mm, no. No. I can really tell you why might be the hair. The hair looks like that short guy with the brown - with the - with the

brown jacket.

Q:     Mm-hm.

A:     But, I don't - I cannot tell you 100% that it's him.

Q:     He's a possible though?

A:     Is it possible that it could be? I don't know, maybe 'cause they all look like because they got long hair. You know what I mean?

Q:     Okay.

A:     Yeah, I didn't see him that good to tell you the truth. Nah, I don't think it's him. I don't know. Nah, I mean, they - they were - they had hair and everything now and so...

Q:     Well...

A:     ...it's hard to describe them, you know what I mean?

Q:     ...a lot of times on - on photos, ah, you can't always tell because...

A:     Ah, I mean, I didn't see them exactly in their face.

Q:     ...sometimes like in this - in this picture the light is on his face.

A:     Mm-hm.

Q:     He might be darker complected...

A:     Mm-hm.

Q:     Or maybe grew his hair out, you know? We don't know when these pictures were taken.

A:     Mm-hm.

Q:     So, i- i- if you're just looking in this area here, you're checking the ears, you checking the eye line, you're checking jawlines, lips and shapes and stuff you might go that way instead of just saying, well...

A:     Mm-hm.

Q:     ...you know, his hair's too short.

A: But, you got to understand that it happened so quick I wasn't looking at their faces.

Q: I understand.

A: As soon as I saw the gun I just started running. I was just trying to see if I recognized the guy, the skinny guy that was right there earlier.

Q: Okay. Mm-hm. Hmm...

A: No.

Q1: (Unintelligible).

A: See the hair, he looks like them, the one, the shorter guy the hair.

Q: Mm-hm.

A: Mm-hm, that's it just the hair.

Q: He's a possible?

A: Mm, them, each is - I'm going by just the hair, you know, not the face, just the hair. They all - they all got long hair now. They got - the hair, he had a lot of hair.

Q: Okay, um...

A: You can even - I - like I see, I don't...

Q: If you cover up the hair what do you think? Did any of these guys wear a hat?

A: No, they got - they - they got no hat, nothing.

Q: Okay.

A: Yeah, no.

Q: And there's nothing for you that way? Okay.

A: Is was far too 'cause like she says i- they started - they - they - we saw them right there by the - where the - the fence, the m- that divides the two courts.

Q: Right.

A: So, e- they were kind of far from us too still.

Q: They come around the - the backend of the fence or do they come to the center of the fence?

A: No, to the back of the fence like this. And we were right here in the bleachers.

Q: Mm-hm.

A: So, from right here he started - they started shooting and we started running this way.

Q: Okay.

A: Yeah.

Q: Has this guy got a chance or no?

A: Like, I said, hair. That's the only but, I'm going with is the hair.

Q: Right.

A: I mean, they all look - they all look like, you know - no. No.

Q: Gees I - I didn't grab nothing.

A: No. No. No. No.

Q: And he looks like a skinny guy but...

A: He's skinny yeah. Not that dark, no.

Q: Okay.

A: No.

Q: You know some of these fellows?

A: Yeah. I seen him right at the park especially the guy that has like white right here and white right here...

Q: Mm-hm.

A: ...by his eye, no. Mm-mm. No. No. He's from MS?

Q:     Yep.

A:     I didn't think he was MS.

Q:     Do you know that guy?

A:     Yeah, I know him too, yeah.

Q:     Is this a positive?

A:     I seen them. I seen them right there at the park. I seen him around Santa Monica, all these guys, yeah. Nah. Yeah. No. No. He's one of the main ones from MS. He drives a Escalade, yeah. No.

Q:     No?

A:     No. No. No. No.

Q1:    Wow.

A:     No.

Q:     (Swell) looking fellow, blue eyes.

A:     Mm. No. No. No. Oh, look at, um, (Mouthy).

Q:     Yeah.

A:     (No).

Q:     That's it.

A:     That's it? No.

Q:     Out of this book.

A:     Okay.

((Crosstalk))

A:     I - but, I've met a lot of them right there by the park, yeah. They all came around here.

Q:     All right, let me go see, ah, if they've been able to get these other books up

here.

A:      Okay.

Q:      I'll be back. You want anything?

Q1:     No, I - I need to use the restroom though. I'll be right back...

Q:      All right.

Q1:     Freddy.

A:      Okay.

Q1:     Do you want a cup of coffee or anything?

A:      No, I'm okay. Thank you.

[Pause  0:32:31 - 0:37:20]

((Crosstalk))

Q1:     Freddy?

A:      Yeah.

Q1:     Um, you know, my partner and I we just work homicides.

A:      Okay.

Q1:     And, um, so, it can be all different kinds of things. These two officers are, um, experts in gang intelligence so...

A:      Okay.

Q1:     ...um, they're going to sit down with you and look at some photos and ask you some...

A:      All right.

Q1:     ...questions...

A:      Sure.

Q1:     ...also ask you a little bit about the contact if they need to...

((Crosstalk))

A:    No problem. Yeah.

Q1:    ...what MS is doing in there if don't mind.

A:    Okay.

Q1:    Okay?

A:    Sure.

Q1:    This is Officer Book and are you a - ah...

Q2:    Burke.

Q1:    ...Burke - Burke. I'm tired Ken.

Q2:    I know you are.

((Crosstalk))

Q1:    Sanchez. I was going to say Campos, why? I - I got...

Q2:    Ah, you know, it's all the same, come on.

Q1:    ...to get a couple Zs. Okay.

Q3:    Okay.

Q2:    Okay, Freddy. Ah, you know what? I'm just going to have you look through this book.

A:    Okay.

Q2:    From what you're telling me I'd be surprised if these guys are in here.

A:    Okay, okay.

Q2:    Um, they might be...

A:    They - they're youngsters. They're youngsters they...

Q2:    The guys that came back and...

A:    Yeah.

Q2:    Okay. 'Cause we were...

A:    They're young guys.

Q2:    ...getting some things that they were older.

A:    Oh, really?

Q2:    So, no.

A:    Probably the guy - the guy that shot yeah, he - he looked kind of older.

Q2:    He did?

A:    Well, it's probably 'cause of the hair 'cause they had a lot of hair that makes them look older, you know what I mean?

Q2:    So, they are youngsters. So, how old would you say then?

A:    Probably like 20...

Q2:    Okay.

A:    ...21.

Q2:    Then they may be in here. But, you know most of the gu- from hanging out at the park...

A:    Yeah.

Q2:    ...you guys - you know most of these guys anyway.

A:    Mm-hm.

Q2:    So, just flip through, see if - and go ahead. If you're done you can flip through.

A:    They all look alike man. I swear. [Pause]

Q2:    Just look in the faces. Don't look anywhere else. [Pause]. And they didn't say anything right?

A:     They didn't say nothing man. They just started...

Q2:    Now...

A:     ...shooting.

Q2:    ...but, you've dealt with them before?

A:     I saw one them...

Q2:    Okay.

A:     ...that guy...

Q2:    Do they speak Spanish or they speak English? Are they (Chooms)? Are they...

A:     They never say nothing.

Q2:    Really?

A:     They never say nothing.

Q2:    Okay.

A:     They just went there. They started shooting. No...

Q2:    No, no, no, I mean, at any time whenever you dealt with them before?

A:     I mean, I never talk to them.

Q2:    Okay.

A:     I just go and...

Q2:    So, you never heard them talking or any...

A:     No.

Q2:    ...thing? Okay.

A:     No.

Q2:    All right, just trying to get a...

A:     And these guys, ah, these guys are old, huh, all these guys are?

Q2:     Mm, some of these guys are newer. These guys are some new (unintelligible) here. This one he's a little...

A:      Yeah, he look - this - this is one of the main ones man for MS.

Q2:     Yeah.

A:      He drives a Escalade.

Q2:     Yeah.

A:      He just rides...

Q2:     Is that an Escalade or an X, ah, a Ford?

A:      Escalade, a brown one, a light brown.

Q2:     Really?

A:      Yeah. He's...

Q2:     Because before he's driving an Expedition.

A:      He just goes to the park and he taxes everybody right there man.

Q2:     Really?

A:      Yeah.

Q2:     That's good to know.

A:      He taxes everybody.

Q2:     What time is this?

A:      What?

Q2:     When's this happen when they come to the park and they...

A:      When the members are right there, all the guys that sell elotes and all that, he taxes all of those guys.

Q2:     Oh, really?

A:     Yeah.

Q3:     And they won't rat him out of course.

A:     He chased me twice right there through the park that guy.

Q3:     Which one - oh.

A:     That guy. This one here.

Q3:     The other guy? Yeah?

A:     This one right here. This one here, yeah.

Q2:     He drives an Escalade. That's (unintelligible).

((Crosstalk))

A:     I don't know if it's Escalade or Suburban or - or a...

Q2:     Yeah.

A:     ...Tahoe.

Q2:     Okay. I know it - no, it's a - it's an Expedition.

A:     Or Expedition?

Q2:     Yeah, I know that one.

A:     This guy chased me out of the park twice too with a...

Q2:     He's...

A:     ...with a gun too.

Q2:     Really?

A:     Yeah.

Q2:     Okay, I don't have two. I'll deal with him too when I find him. What about him? You ever seen him before?

A:     No.

Q2:     Okay.

A:      No, this guy here, I seen him right there by Hollywood Video.

Q2:     When?

A:      Oh, a long time ago.

Q2:     Oh, he's - yeah.

A:      Yeah.

Q2:     He's not in there anymore I don't think.

A:      Oh, he's not?

Q2:     No, I don't think so.

A:      I never thought he was from MS. Man, he used to go right there and play basketball like nothing.  See, he has a jersey -- a basketball jersey

Q2:     Uh-huh.

A:      Huh? I don't know, this one man. This one looks like the guy with the - with the gun. I don't know, but, I'm not 100% sure.

Q2:     Okay.

Q3:     Did he have facial hair?

A:      Yeah, they got - they all got hair now man 'cause they no...

Q3:     No, but, like a...

A:      Oh, you mean like a moustache, maybe, yeah. I'm trying to see if I see the guy that was right there right when I got to the park earlier.

Q2:     Mm-hm.

A:      He was right there. And now he's not here. He's not here in these pictures.

Q2:     Okay, that's cool. I - the reason I'm coming in to talk to you was...

A:      But, like right here - right here they got - they got no hair.

Q2:     Right. But, if you put hair on them...

A:      Yeah, like - like they probably...

Q2:     That's why just look at their (unintelligible) face.

A:      Like this one. You see this one? If you put hair on his face maybe he looks like the guy that shot with the - the guy with the gun 'cause it's his face looks kind of like his face.

Q2:     Really?

A:      But, now he has hair, you know, what I mean? He had - he had a lot of hair, a lot of hair. But, that guy that was right there earlier he wasn't there at least not in these pictures.

Q2:     And you said what does this guy look like? You pointed to this.

A:      The hair, you know what I mean, like probably I'm going by hair.

Q2:     No, I'm just looking by face.

A:      Oh.

Q2:     Look at his face.

A:      He didn't have that moustache like that. Maybe...

Q2:     Okay, but, they could change that?

A:      Mm-hm. And I seen this guy always at the park around there.

Q2:     Yeah?

A:      Yeah.

Q2:     Okay. Um, this is what I want to know and then, you know, more for - for our (unintelligible). Um, now these - you say these guys hang out so, it's got to be during the day...

A:      What do you mean, hang out where?

Q2:     You say elote guys are hanging out?

A:      Oh, yeah, yeah, yeah, yeah. Those guys just sat by the park right there selling

their...

Q2:     Mm-hm.

A:      ...their stuff, yeah.

Q2:     There's that one guy that stays there all the time though. Maybe he's not there when...

A:      Oh, you mean - you mean...

Q2:     ...when you go to play basketball.

A:      ...the guy with the truck?

Q2:     Yeah.

A:      You mean (John)?

Q2:     Yeah, yeah. Does he fuck with him too -- tax him?

A:      Oh, no, they - this guy's been there for so long that they don't mess with him.

Q2:     Hm...

A:      They don't mess with (John), yeah.

Q2:     What time these guys at the park?

A:      You know, I tell you true I haven't gone to a park tis- since the last time. It's probably like the third time I go to the park. I went twice before and didn't have no problem. But, probably 'cause I used to leave - go play for a little while and leave with the lights still on.

Q2:     Mm-hm.

A:      As soon as they turn the lights on - off that they s...

Q2:     They showed up.

A:      ...they show up. They show up to the park, you know what I mean?

Q2:     Oh, really?

A:      Yeah.

Q2: And what do the - what do they - do they stay in the park?

A: They stay by the bleachers right there or if not you - I don't know if you know Lemon Grove Park?

Q2: Yeah.

A: They have like a little table, ping-pong tables right there.

Q2: Yeah.

A: They right there. They kick it right there.

Q2: Oh, can I see it - s- would I be able to see them if they were at the ping-pong tables from my car from the street or not?

A: It's going to be hard for you 'cause it's like a little square like this.

Q2: Yeah, I know...

((Crosstalk))

A: Like this. And the tables are right here. So, if you're coming from right here you're not going to see them. If you're coming from right here you're not going to see them right there.

Q2: Okay.

A: You know what I mean?

Q2: And they hang back in that corner?

A: Yeah. If not they're inside the park way by the trees inside. You know, the trees...

Q2: Yeah, uh-huh.

A: ...way inside the park right there?

Q2: Okay.

A: Mm-hm.

Q2: Is that at night?

A:        Yeah, at night. But, most is at night, yeah. Yeah.

Q2:       Okay. Um, during the day do they hang out there do you know?

A:        I never there man. I work all day long. I don't go the park in the daytime. So, they'll show up at the park like around 5:30, 6:00.

Q2:       What time do they shut off the night - the lights, 9:00?

A:        9 o'clock.

Q2:       Okay.

A:        Yeah.

Q2:       All right. All right, um, so, looking at those - so, looking at those pictures none of them really?

A:        None of them they...

Q2:       Okay.

A:        ...really look like - like I was trying to see the guy that was right there earlier and...

Q2:       Try to find that guy?

A:        ...see trying to find that guy 'cause maybe you...

Q2:       Okay.

A:        ...guys can go from there and talk to him and, you know, like investigate that guy first.

Q2:       Well, we'll - we'll - so- we'll catch a break on something.

A:        Yeah.

Q2:       Um, if you saw him again would you be able to recognize him?

A:        Oh, yeah.

Q2:       Okay.

A:     Mm-hm.

Q2:    So, you're not - not doing this stuff anymore, right?

A:     Oh, no...

Q2:    What ever happened with your case when we served the search warrant?

A:     Ah...

Q2:    First of all, what happened with your leg? Did you break it?

A:     Okay - no, no. I just twist my ankle.

Q2:    Okay.

A:     I - severe twist. Yeah, they - they didn't show up man. They from MS. I - I...

Q2:    Oh, okay...

A:     ...s- they from MS...

Q2:    ...so, they just kicked it out?

A:     ...so, they just wanted me to go to jail, you know what I mean? I did 55 days. They, um, there's no show up no - no witness...

Q2:    Right.

A:     ...no - no victim. He said I robbed him. I didn't ever rob him.

Q2:    Right.

A:     So, he never showed up in court so, they gave us a deal three years' probation with a - with time served.

Q2:    Oh.

A:     Yeah.

Q2:    All right. All right, hang out here.

A:     Okay.

Q2:    I'm gonna get something (unintelligible).

((Crosstalk))

The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.

Signed_____

# EXHIBIT 21a

Case 3:16-cv-00057-MOC    Document 36-4    Filed 10/21/16    Page 63 of 223



## <u>CERTIFICATE OF ACCURACY</u>

Net Transcripts, Inc. certifies that the document produced from the audio file named  2 - 376898a - Freddy Gonzalez 12.29.2005.wav provided by Federal Defenders - San Diego on the 6th day of October 2016, is a true and accurate transcription. The transcript was produced by Net Transcripts' employees and contractors to the best of their abilities and no intentional changes or redactions have been made.

Dated:  October 20, 2016

Shane Mirkovich, COO
For Net Transcripts, Inc.

3707 North 7th Street, Suite 320 ● Phoenix, AZ 85014 ● 800.942.4255 ● 480.556.9676 fax ● www.NetTranscripts.com

**INTERVIEW WITH FREDDY GONZALEZ**
**Q=Tom Small**
**Q1=Det. Liz Estupinian**
**A=Freddy Gonzalez**

Q1:     Here?

Q:     Yeah, right here. Freddy?

A:     How you doin', sir?

Q:     Whatcha you doin' here, man?

A:     Uh, they went and searched my house and they found a little bit of weed.

Q:     Wacky tobacky.

Q1:     Is this your jacket?

A:     Yeah.

Q1:     Are you cold?

A:     Not - not really.

Q1:     Really?

Q:     Are you sure?

Q1:     It's cold in here.

A:     So you guys got new pictures?

Q:     Well, I mean we're going to talk and then...

A:     Okay.

Q:     ...I'll show you some pictures. Yeah. Let me uncuff you there.

A:    Yeah - yeah.

Q.    You gonna be, uh, armed and dangerous there...

A:    No way.

Q:    ...or you gonna be a gentleman?

A:    No way.

Q:    Whatcha been doin' with yourself?

A:    Working hard in a (club).

Q:    Yeah.

A:    Yes, sir.

Q:    You stayin' away from that park?

A:    Oh yes, sir.

Q:    That's smart.

A:    I go - I go to Lemon Grove Park now. I mean, uh, Pan Pacific Park.

Q:    Whadda you do over there?

A:    I go play basketball.

Q:    You like that hoop stuff, huh?

A:    Yeah we played since I was little - 5 years old.

Q:    You know, the only time I played basketball is when they needed somebody ta rough 'em up because I had no technique.

A:    Oh okay.

Q:    All right.

A:    Uh, yeah.

Q:    Wait for my partner to get in and...

A:      Okay.

Q:      ...shoot the breeze a little bit.

A:      You know, in the morning when they were bringing guys inside, like, with me, like, but they weren't in shirts like I was.

Q:      Mm-hm.

A:      I seen, uh, a skinny guy comin' in...

Q:      Yeah.

A:      ...and he looked really, really, really familiar, but the guy that was right there - (unintelligible) - the guy that shot...

Q:      Yeah?

A:      ...and he looked at me, and I looked at him. He, like, he probably recognized me, you know what I mean?

Q:      Yeah.

A:      Yeah.

Q:      You remember us, right?

A:      Yeah I do.

Q:      Detective Estupinian...

A:      Yeah.

Q:      ...and myself, Small.

A:      Mm-hm.

Q:      Okay. All right. Well, uh...

Q1:     I'm sorry, Tom. What time is it?

Q:      I got, uh, it's 10:46, and it's, uh...

Q1:     Twenty-ninth.

Q: ...the 29th of December. I can never tell because this thing - the stem comes out of my watch half the time and I don't know what day it is - (I get) so.

Q1: You're really Carlos Alfredo?

A: That's my real name, Carlos Alfredo Dominguez. Actually, Short (Eddy). For Alfredo they call me Freddy.

Q: Uh, what happened to your bulldog, man?

A: I didn't finish it.

Q: Yeah?

A: Yeah.

Q: That's a pretty cool tattoo.

A: Yeah I never finished it. Gotta have a small, little machine...

Q: Yeah.

A: ...and then I finish it - and ink.

Q: You don't have any other ones, do you?

A: Just Freddy right here on my chest.

Q: Okay.

A: Yeah.

Q: Hey if you're cold you can wear your jacket.

A: Naw I'm - I'm okay.

Q: You okay?

A: Yeah.

Q: All right.

A: I - I suffer from high blood pressure. Being right there for five hours, my blood pressure came up, know what I mean?

Q:      Okay.

A:      So one of those guys gave me water - it was - they gave me water.

Q:      All right.

Q1:     Um, when's your birthdate, Freddy? I'm sorry.

A:      Uh, ███████████.

Q1:     Okay.

Q:      Do you need anything right now?

A:      No I'm okay.

Q:      You need some water or any...

A:      No I'm - I'm fine.

Q:      You feelin' good?

A:      Yeah.

Q:      I don't want you to keel over on us.

A:      No.

Q:      Okay. Well, uh, Liz and I have been, uh, workin' on this case and, uh, we've come up with a - a bunch of different info...

A:      Okay.

Q:      Okay. And - and there have been several people that have stepped up to the plate a little bit...

A:      Okay.

Q:      ...gave us a little direction...

A:      All right.

Q:      ...we want to fine-tune that make sure we're correct...

A: Okay.

Q: ...all right?

A: Mm-hm.

Q: And, uh, I think that, uh, now that some time has passed, you've had time to think about it, and Andy was a good buddy of yours...

A: Oh he was cool about everyone.

Q1: Um, I'm sorry. I'll be right back. I'm going to get up really quick.

Q: Okay. So I'll wait for Liz to...

A: Okay.

Q: ...come back. Whose cuffs are these anyways?

A: Uh, I have no idea who put 'em on for me...

Q: Sure.

A: (Unintelligible)...

Q: Okay.

A: ...5:00 in the morning they're wa- wake me up, man.

Q: Yeah?

A: I mean I'm being - I'm being good...

((Crosstalk))

Q: Do you have to work?

A: ...everything...

Q: You have to work today?

A: No they tried to take my job. I canceled 'cause it's gonna rain in Santa Clarita...

Q: Oh.

A: ...so my job got cancelled for tomorrow.

Q: They say that weather is coming in so...

A: Yeah.

Q: ...standby for some heavy rolls.

A: I - I have to work at least three days this week, man, to pay my rent and pay the fine that I have for - for probation...

Q: Yeah.

A: ...3,300 something.

Q: Yeah?

A: Yeah.

Q: Well...

A: I have to pay $100 every month, man, every month.

Q: I can't remember are you - are you married?

A: No.

Q: Okay. Anybody you gotta support?

A: I support my parents. I live with my parents. Yeah. I mean, they retired already and everything, but...

Q: Yeah.

A: ...I still help them with the rent...

Q: Yeah.

A: ...you know, bills. Yeah...

Q: Well that's good.

A: ...or rent.

Q:    So you're a dutiful son.

A:    I mean, I tell you true, uh, I used to get in a lotta trouble for hanging around with the wrong crew, you know what I mean?

Q:    Yeah.

A:    Yeah and then - believe me I'm tired all that already. I'm old. I'm 36 years old.

Q:    Well I know and then it comes a point where it's kinda...

A:    I just don't wanna get, you know, deal with that no more. I'm done already with all that stuff.

Q.    And you've made it this far, you know.

A:    Exactly.

Q:    You know most guys don't make it.

A:    Four times, s- I got shot four times in my back. I don't know if you seen 'em.

Q:    I see one.

A:    That's two over there.

Q:    Yeah.

A:    And another one right here.

Q:    Did you get one through the forearm too?

A:    Yeah. No this is the - where - where they put the tube...

Q:    Oh yeah.

A:    ...because, uh, my lung was, um...

Q:    Collapsed.

A:    Yeah. I was five minutes away from dying. Yeah. Right there at the park they shot me.

Q:    Let me ask you. When you're in that position, do you remember - you

remember all that went on there? Did you...

A:   Well...

Q:   ...did you get any vision like - like you're close?

A:   Yeah. I mean, like, I was really close that time.

Q:   A lot of people talk about, you know, kinda - kinda whiting out...

A:   Oh, no. I was walking. I was walking to my house and I never felt the shot.

Q:   Really?

A:   I just touch and I was - I was full of blood.

Q:   Mm-hm.

A:   And so one of my friends passed and he just took me to Queen of Ang- Queen of Angels...

Q:   Yeah.

A:   ...right there on Vermont. If I would've been five minutes late, like, right there...

Q:   You'd be...

A:   ...I would have died in the car. Yeah.

Q:   Yeah. You'd've been dead.

A:   Yeah.

Q:   When did that happen to you?

A:   Right there at the park, too.

Q:   Oh yeah...

A:   But I wasn't there for anything. That was, like...

Q:   What year was that, three?

A:   Probably three - two years ago. TPC shot me right there thinking I was from

Case 3:16-cv-00057-MOC    Document 36-4    Filed 10/21/16    Page 73 of 223

MS.

Q:     Yeah.

A:     Yeah. I used to go there. I used to go there and play basketball - leave walking, you know? But...

Q:     You were a - you were a, uh, uh, TP...

A:     I used to - I mean...

Q:     TPC, right?

A:     I used to hang around in the park and they used to be right there.

Q:     Yeah.

A:     They were my friends, so they started saying that I was in TPC.

Q:     Were you ever....

A:     I never got into TPC. Never.

Q:     Were you ever set up in any of these gangs?

A:     No.

Q:     I mean officially?

A:     Oh, long time ago. I used to be from Drifter...

Q:     Yeah.

A:     ...but back - back in the day...

((Crosstalk))

Q:     The Drifters out of Rampart?

A:     Um, 23rd Normandie.

Q:     Okay.

A:     Yeah.

Q:     Didn't they have a clique up in Rampart, too?

A:     They - I think. I don't know to tell the truth. But...

Q:     I remember years ago seeing something on the wall there one of LA's off of 15th and Magnolia...

((Crosstalk))

A:     I don't really hang around with nobody no more like that.

Q:     Okay.

A:     I just stay home and go to work. That's it.

Q:     But these guys at the park...

A:     Yeah.

Q:     ...they had you singled out, right?

A:     They thought I was from MS, you know? The guys from TPC...

Q:     That's the time you got shot?

A:     That's the time I got shot.

Q:     This most recent time, though, with Andy...

A:     Oh, with Andy? That was...

Q:     ...and the other guys?

A:     ...these guys from MS.

Q:     Yeah.

A:     Yeah.

Q:     But...

A:     So they thought that I was from TPC, you know?

Q:     'Cause you had a beef with them, right?

A:    Not really. I - they - they think they own the park.

Q:    Mm-hm.

A:    If y- we go there and we, like - say, my - more than five guys hang around right there, they don't like that...

Q:    Right.

A:    ...you know what I mean?

Q:    Yeah.

A:    So they go and they start punking people. And, I mean, we're grown people. We don't - we pay taxes and everything. We've gotta right to go to a park and play basketball - don't do nothing to them or nothing.

Q:    Right.

A:    So one time I think one of my friends got in a fight with them in 0 - 0 - like, that started like that. Everything started like that.

Q:    Well I mean you guys...

A:    They didn't - they didn't want us...

Q:    You've had recent troubles with them, right? You had some kind of a beef with them.

A:    I got in a fight with one of them because they went into a park and beat me. Five guys beat me up.

Q:    Mm-hm.

Q1:    The same park?

A:    Yeah. So I saw one of them. I saw one of the guys and I fou- I - I got 'em back, you know what I mean?

Q:    Mm-hm.

Q1:    The same park? Lemon Grove?

A:    Yeah. That's when I - I - I - got locked up. They said that I robbed them. I never robbed them. I got in a fight, but I, you know - I got in a fight with...

Q:       But you got, uh...

A:       I got charged with that.

Q:       You went to court and all that stuff?

A:       2-11. They gave me 2-11, but he never showed up in court.

Q:       That's the one where you jumped out the window?

A:       Yes, sir. They never showed up in court. The - the guys who said that I robbed them - because they were lying. So they offered me a deal. They told me, uh, three years' probation...

Q:       Mm-hm.

A:       ...with time served. So I jumped on the deal, you know what I mean?

Q:       Mm-hm.

A:       And I had to say that I was guilty even though I wasn't guilty of that robbery of - I just got in a fight with them. Yeah.

Q:       So that's why they came back? Is that what you're thinking?

A:       Yeah. Probably. Yeah. Mm-hm.

Q:       Okay.

A:       And they didn't want me at the park no more - it was - this wasn't the first time they got there. But the first time it was, like, seven guys and I got on my bike and I left, you know what I mean? They were chasing me in a - in a Escalade and I just got away. I went all the way to Beverly Boulevard and then I started riding all those little blocks and I got to my house. And I never went back 'cause I - to me it was - why make it bigger, you know what I mean - than it was already.

Q:       Yeah.

A:       So they came back with guns and they - and the first time they told me they didn't want me at the park no more. I mean, I just go to play basketball - not doing nothing else, right? Just playing basketball. So I went back over there and that day we were there they turned the lights off. That's when they showed up. But this time they showed up with guns. So they probably thought

I didn't listen the first time, so now...

Q:      So the dude that gave you the heads up, was he the same one that came back?

A:      What do you mean by heads up? The...

Q:      Gave you the - that hit you up and said, "Hey. We don't want you here anymore."

A:      I - it was most of them that used to tell me, "We don't want you guys right here no more." You know what I mean? They don't want me right - they didn't want me there no more.

Q:      Mm-hm.

A:      Yeah. Because they used to say that 'cause I used to go there that all of the other kids used to go right there with me, you know, just to be with me, play basketball. But I - I play good basketball, you know what I mean?

Q:      Mm-hm.

A:      I used to school all those guys to tell you the truth.

Q:      Yeah.

A:      Sometimes they didn't like that, you know? But you were better than them and you - you, like, clown them or something like that. They don't like that. Mm-hm.

Q:      Okay. Well so you...

A:      And it was pretty messed up what they did to Andy to tell the truth because Andy - Andy was just a party guy and he used to go to clubs. Once in a while he shows up at the park and play basketball. That's it. That's about it with Andy.

Q:      How about those other guys that were with him?

A:      Uh, I don't know. Lara? That was his good friend. Lara.

Q:      Lara and, uh, Ramos?

A:      Oh, Lepo Ramos?

Q:      Yeah.

A:     That's the guys...

Q:     The guys you were playing with.

A:     The guys where you play basketball right there.

Q:     They have any issues with MS?

A:     Just that they don't like they going right there telling us to leave the park. For - for what reason? Just because we're playing basketball. Yeah. Probably just that.

Q:     So they were there when this happened?

A:     Yeah.

Q:     Not the shooting, but...

A:     They got shot.

Q:     Not that time. The time before when you got the warning, "Hey. We don't want you guys around here."

A:     Oh, they were there.

Q:     Were they there?

A:     But, like - like, me, you know, I'm bald.

Q:     Mm-hm.

A:     So they not look like gangsters. They're not bald. They have long hair.

Q:     Right.

A:     Like, yeah. Like, curly hair and every...

Q:     They don't fit - they don't fit that profile.

A:     Exactly. Yeah. So they used to (unintelligble) with me because I used to look like a gang member and something like that.

Q:     Okay.

A: I even used to wear my shorts - baggy shorts, white t-shirt. So they say that I was a gang member.

Q: Yeah.

A: Mm-hm.

Q: I guess if it looks like a duck and walks like a duck...

A: Ex- that's what the manager used to tell me. Yeah.

Q: Yeah.

A: Mm-hm.

Q: You learn anything from that?

A: Oh, yeah. Believe me. I don't - like I say I'm - I'm - I'm done with all that stuff. I'm out - out of there. Yeah. Just work, try to save money, help my parents.

Q: Okay.

A: Yeah.

Q: Well I know, you know, we've talked before.

A: Yeah.

Q: Andy was a good guy. He didn't have any...

A: Nah.

Q: ...any problems with anybody that we - we knew of.

A: No, he never...

Q: Right?

A: ...had problems with them. Just one time, but they went there, like, five guys...

Q: Mm-hm.

A: ...and he backed me up, you know? He was the only one that backed me up. 'Cause it was, like, five guys...

Q:      Mm-hm.

A:      ...that was just started trying to jump me and Andy - Andy 'cause he - he was big.

Q:      Right.

A:      He weighed probably like 230 pounds and kinda tall.

Q:      Beefy guy.

A:      Yeah. He was, like, you know, chunky guy.

Q:      Mm-hm.

A:      So he was the only one that helped me with those guys right there that day. I mean, he - he stood up with me 'cause they - he thought that all - all of them were going to jump me, you know what I mean?

Q:      Mm-hm.

A:      So, I - I don't what these - maybe they - they recognize him or something, I don't know to tell you the truth.

Q:      Well, we're gonna be lookin' for some of your help on this thing.

A:      All right.

Q:      Okay.

A:      I will help you guys as much as I can.

Q:      And, uh, um, I'm just lookin' for absolute truth...

A:      Yes, sir.

Q:      ...you know, either you know or you don't know.

A:      Yeah.

Q:      Okay?

A:      Mm-hm.

Q: Uh, I don't need wild guesses but if you got a - if you got a direction in mind, somebody looks for you...

A: Okay.

Q: ...good to you...

A: Yeah.

Q: ...all right?

A: And like I say to me - to...

Q: But it's gotta - it's gotta have a basis on what happened that night.

A: Okay.

Q: All right?

A: Mm-hm.

Q: I don't want any screwing around.

A: All right.

Q: Okay.

A: But, tell - tell you somethin' to me...

Q: Yeah.

A: ...that guy that went and shot, he looked like a youngster, you know what I mean, like, uh, they put him to do that work, like, to in exchange he...

Q: Makin' his - makin' his bones.

A: ...exactly. Initiation again, 'cause I never seen the guy that shot, I seen the guy that was with him, the skinny guy...

Q: Okay.

A: ...but the guy that shot, I never seen him before.

Q: Okay. How many guns did you see?

A:     Just one.

Q:     One gun?

A:     As soon I saw the first one, I just - I don't think they had two 'cause I was talking to, uh, this guy Ramos...

Q:     Mm-hm.

A:     ...I called him and he told me that he - I think he saw two guns. I only saw one. I saw a chrome one. Actually told the guys, "We don't bang no more," and they - they just started shooting, you know?

Q:     What did that chrome one look like?

A:     It looked like a, probably like a 38 maybe...

Q:     Yeah.

A:     ...uh, or a 9 maybe. I didn't put attention...

Q:     Was it - was it a revolver or semiautomatic or what?

A:     ...it shined, it was chrome, that's all - that's what I remember.

Q:     Did it have a cylinder or was it flat?

A:     It was kinda far from me to - to - to tell, you know, like, too far.

Q:     What was the distance do you think?

A:     Uh, probably like 50 yards maybe.

Q:     Just - just - just give me a, like, the size of a basketball court.

A:     Did - did you guys seen the park where - where the benches are?

Q:     Yeah - oh yeah.

A:     So there's - there's - there's a fence in the middle to divide the two courts...

Q:     Right.

A:     ...so from that corner - from right there, they just took out the gun and we're over here this - this benches right here.

Q:     Like in the far corner of the court you guys are playin' on...

A:     Yeah. They - they - they...

Q:     And the benches - the benches are right around half court toward the free flow throw line on the other end.

A:     And by that baseball - that baseball field.

Q:     Right.

A:     We're right there by the baseball field, those benches by the baseball field.

Q:     Okay.

A:     Yeah.

Q:     So from half court back to that far corner of the - of the court you were playin' on...

A:     Yes, that corner, they started - they came off me - they came off...

Q:     Is that the distance you're talkin' about?

A:     ...yeah.

Q:     Okay.

A:     Mm-hm.

Q:     And where did he pull out the piece?

A:     Right back there, in that corner. From that corner, we're right here those benches right here, he pulled out the gun like that and he just hold it like with two hands and we're, like, all just started screamin' at him, "We don't bang no more, we don't bang." It just...

Q:     Where did he pull it from?

A:     ...like right here, from his waist. Yeah.

Q:     Okay.

A:     Yeah.

Q:     What's he wearin'?

A:     I remember he had a jacket, a big black jacket - jacket and Levi's...

Q:     Mm-hm.

A:     ...like, Levi's, like they...

Q:     Yeah.

A:     ...yeah. I mean it happened so quick, you know what I mean, it happened really...

Q:     Yeah.

A:     ...quick. I don't know how that I run so fast, you know what I mean 'cause I outrun every - ever seen nobody run that. They all got shot, um, Flaco got shot right here, Lepo I think got shot in the, um...

Q1:    And you took one in your keys if I remember.

A:     ...I took one in my keys, yeah.

Q1:    Lucky keys.

A:     I don't know was they lucky keys, yeah. I have 'em right there at home, yeah, just to remind me, you know what I mean.

Q1:    Yeah you live a charmed life.

A:     Yup. Like I said, it's not the first time I got shot, you know. The first time was scary - really scary.

Q1:    Okay. Let me ask you this too before we get into the...

A:     Yes?

Q1:    ...into all that. In the past, when you got the warning - warning...

A:     From them?

Q1:    ...yeah.

A:     Yeah.

Q1:     Were there any vehicles involved?

A:      Yeah.

Q1:     What kind of vehicles?

A:      Escalade, a brown Escalade.

Q1:     Yeah?

A:      Yeah.

Q1:     All right. Brown?

A:      Brown one, light brown.

Q1:     Like beige?

A:      Mm.

Q1:     Like a light-toned.

A:      Like beige, yeah.

Q1:     (Unintelligible).

A:      And I seen the guy that's - that - that runs from the picture, I seen the guy that drives that.

Q1:     Okay.

A:      Yeah.

Q1:     Any other cars?

A:      They have a Honda Accord, a four-door Honda Accord.

Q1:     What color is that?

A:      Like dark green. Yeah.

Q1:     Dark green Honda Accord?

A:      Yeah.

Q1: Four-door?

A: Four-door, yeah.

Q1: Any other cars?

A: That's the only two I know they - they drive. Yeah.

Q1: Did you happen to see any of those cars around...

A: That day?

Q1: ...that night?

A: No. Like I said, they came walking.

Q1: Okay...

A: Yeah.

Q1: ...and they came out of the North part - out of the curve by the road...

A: Out of the curve by McDonald's is...

Q1: ...yeah.

A: ...where Taco Bell is, that curve that goes to the park?

Q1: Yeah.

A: They walk all that. Yeah.

Q1: Okay.

A: And one this guy, Santos told me, uh, "Be careful 'cause I see the two guys coming and they look, like, you know, they're probably carrying something," and I was like, I mean like, they know I don't bang no more 'cause I told m- m- majority of these guys I told 'em that I don't - I - I don't bang no more, you know what I mean. Even when I was in jail, I told a couple guys that are in jail too...

Q1: Mm-hm.

A: ...from MS, that I don't bang no more but I think they didn't want me in the

park, you know what I mean.

Q1:     They got your warning, they saw you again, so they decided to come back.

A:      They decided to come back but this time with guns.

Q1:     Okay.

A:      Yeah.

Q1:     You're sure that these guys are MS guys?

A:      Oh 100%.

Q1:     Okay.

A:      Yeah.

Q1:     All right, well...

A:      What other that the only ones that they think they own the park, you know what I mean?

Q1:     ...okay.

A:      When they see another people that are just going, it's not the first time they went right there, the other day they - I remember I was playing basketball - it wasn't for me, it was for mo- some other guys that were playing the other side of the court...

Q1:     Mm-hm.

A:      ...they went and shot 'em too.

Q1:     They did?

A:      They all hit the floor. It wasn't - it wasn't for all of us, we were right there playing basketball, it was for some other guys who were playing on the other side of the court.

Q1:     Okay.

A:      Yeah.

Q1:     Um, since this time, have you come to know of anybody else that mighta seen

this go down?

A:     No. Like I said, since that day, I n- I never went back to the park.

Q1:    Okay.

A:     I just called one of, um, Andy's friend...

Q1:    Mm-hm.

A:     ...and ask him where he was gonna get buried and everything. Yeah.

Q1:    How 'bout the park staff? Any park staff there? People that run the...

A:     It was closed already.

Q1:    They were all gone right?

A:     It - the lights were off and everything.

Q1:    Pardon me?

A:     They turn the lights off at 9 o'clock, it was like 9:00 - 9:15 - 9:30.

Q:     Mm-hm.

A:     Yeah. And usually I leave the park before they turn the lights off, that day I was just right there 'cause I seen a couple of my friends - old friends, Andy and all that...

Q:     Yeah.

A:     ...so I stayed a little longer but that was dumb.

Q:     Okay.

A:     You know it was.

Q:     We showed you the last time you were in, uh, a bunch of these old gang books but...

A:     Yeah.

Q:     ...there was nothin' there that looked good to you.

A: Mm-mm.

Q: All right. So since that time, we've been doin' a lot more work...

A: Okay.

Q: ...and we've come up with some additional pictures.

A: All right.

Q: All right. Like I say, all we're, uh, expectin' of you is to be - is a truthful...

A: Yes, sir.

Q: ...as you can be if you see somebody there that you recognize...

A: Okay.

Q: ...that was there that night...

A: Yes.

Q: We're gonna need to know that.

A: Okay.

Q: Okay?

A: Mm-hm.

Q: Uh, like I tell you about what other people told us...

A: Okay.

Q: Okay?

A: Mm-hm.

Q: And I'm not gonna tell other people what you've told us.

A: All right.

Q: Okay?

A: Sure.

Q:    So as long as we have that confidence level back and forth...

A:    Okay.

Q:    ...Liz, you, and I.

A:    Okay.

Q:    Is that cool?

A:    Yes, sir.

Q:    All right.

Q1:    Freddy you know you said you're positive they're MS. Are you differentiating - are you making a difference between MS and, uh, JM? Are you including them all in one group?

A:    Uh, I'm including them all in one.

Q1:    Okay. So you...

A:    Yeah, 'cause everything started with JM to tell you the truth.

Q1:    Okay.

A:    And they were little crew, so when - when they saw them - the guys were right there at the point where we're older, so they went and talked to the - the older guys from MS.

Q1:    Right.

A:    'Cause that's what it stands for. J - JM stands for junior mara.

Q1:    Junior mara. Yeah.

A:    Yeah.

Q1:    Yeah. Okay. Do you know a guy named Jeffrey?

A:    Yeah.

Q1:    And was Jeffrey there that night?

A:     Yeah.

Q1:    Okay.

A:     Mm-hm. And he was with a skinny guy that - that, um - the skinny guy - the - came back with the guy with the gun.

Q1:    Where were they sitting before he left?

A:     An- an- an- and before he left, they were right there in the bleachers. The one on the other side. Not the one on the baseball field. The - the other side bleachers.

Q1:    So was that over there by the steps up to the building?

A:     No, no, no, no, no. I'm saying in the park.

Q1:    In the park?

A:     In the park. You see there's two rows of ch- uh, benches. One by the baseball field. And the other side of the court, there are some benches too. There's a fountain to drink water and a I don't know if you've seen it. There's two basketball courts and each basketball court has benches.

Q1:    Right. Right. Okay.

A:     Okay. Not the one on the baseball field. The other benches. They were sitting down right there when I got there in the - on my bike. And I seen him talking and the skinny guy got up and left. And he just came back and did that.

Q1:    So they were talking - he and Jeffrey were talking.

A:     Yeah.

Q1:    And what does Jeffrey look like?

A:     Uh, he's a bald guy with - with - with, um, glasses.

Q1:    He wears glasses?

A:     Yeah.

Q1:    Why does he - why did he call Jeffrey? That's, like, a unusual name.

A:     That's his name.

Q1:     It is?

A:      Yeah.

Q1:     Okay.

A:      Mm-hm.

Q1:     Do you know where Jeffrey lives?

A:      Uh, he used to live right there on the corner - right on the corner. And then I think he got a little girl pregnant and he moved to the - you see where the curve is? There's a red building right there by the curve.

Q1:     Yeah. Mm-hm.

A:      I think he lives in that building.

Q1:     Now he lives there.

A:      Yeah. I think s- I'm not - I'm not a hundred percent sure. But I used to see him get out of that building with his wife or a girlfriend.

Q1:     How tall is he?

A:      Uh, he's shorter than me. He's probably like 5'4".

Q1:     And he - and he's JM?

A:      He's from JM, I think.

Q1:     And then he goes by Jeffrey? He doesn't have a nickname?

A:      Uh-huh. That's what I know him for is Jeffrey.

Q1:     Jeffrey?

A:      Mm-hm.

Q1:     Is he tall or is he...

A:      Like I said, he's way shorter than me - like 5'5", 5'4" probably. He goes and plays basketball. They got him one day right there when I was playing basketball. 'Cause he was drinking a - a 40 ounce and the police saw them.

And he gave them attitude to the cops Hollywood. And they - they brought him here to the station.

Q1: They did. Was that the gang unit or was that just the...

A: Uh, they didn't - they didn't have the lights on the top, but it's probably the - it's the gang unit.

Q1: Yeah, it's probably the gang unit.

A: Yeah, probably.

Q1: Okay.

A: They took him and brought him here. Then the next day I saw him at the park again. Yeah.

Q: What other names do you know of any of these guys by?

A: I don't really know their nicknames. I don't know - just Jeffrey - that guy. That's the only one I know his name because he's, I mean, he - he grew up right there at the park. I know him - he - since he was little. But he got into a bad crew with JM.

Q1: I'm gonna show you a picture of a guy and I just want you to tell me if you know who he is, uh, and if you know him from the neighborhood.

A: Mm. No.

Q1: No?

A: No.

Q1: Okay. You don't - you don't re- know who it is?

A: I don't - I don't know who that guy is.

Q1: So he's never been in the park or any...

A: I've never even seen him, you know, never.

Q1: Okay. All right. (Unintelligible).

((Crosstalk))

A:     The last time you guys show me a picture I think I seen Jeffrey's picture in one of those books.

Q:     Yeah?

A:     Yeah. I think I remember seeing his picture.

Q:     Yeah. Uh, actually there's a couple of 'em. Let me, uh, get that. I think there's, uh (unintelligible).

Q1:    (Unintelligible) couple more of 'em.

Q:     Yeah. (Unintelligible). Okay. I'm gonna show you some, uh, some pictures, okay?

A:     Okay.

Q:     First of all, we have to give you this admonishment just like we did before.

A:     Okay.

Q:     All right. Remember that admonishment where we told you that we're gonna be showing you pictures...

A:     Okay.

Q:     ...and, uh, the pictures may or may not contain somebody that was involved, okay?

A:     Mm-hm.

Q:     We'd like to have you tell us whether they were involved, but you gotta keep in mind that these pictures might be old pictures. They might be more current pictures.

A:     Okay.

Q:     Sometimes people change.

A:     Mm-hm.

Q:     You know sometimes they grow, uh, facial hair. Sometimes they got, uh, tattoos on one picture, but maybe not in another. Sometimes the pictures are marked in some fashion.

A:     Mm-hm.

Q:     Uh, sometimes complexions are different, you know.

A:     Okay.

Q:     Like if you see somebody at night, they're gonna look different than they are in the day.

A:     In the daytime.

Q:     Or if there's a picture of 'em where the light's shinin' on 'em...

A:     Mm.

Q:     ...it might make 'em look more pale than they actually are.

A:     Oh okay.

Q:     Okay?

A:     Mm-hm.

Q:     So keep that in mind...

A:     Okay.

Q:     ...when you're lookin' at these pictures. Just look at the - the shapes of the face and if you recognize somebody right off, let us know.

A:     Okay.

Q:     Okay. And then, uh, when you, um, if you - if you see somebody there, keep that between us.

A:     Okay.

Q:     All right. Don't talk to anybody else. Like I said, we don't talk to other people...

A:     Mm-hm. Okay.

Q:     ...about what you say or about what they say. We don't tell you what they say.

A:     Okay.

Q: Okay. And what that does is just keeps this whole thing clean.

A: Okay.

Q: The whole point is find out why this was done to Andy.

A: Okay.

Q: And who did it.

A: Sure.

Q: Okay.

A: One - one question.

Q: Go ahead.

A: Can someone outside get these pictures out of a line up - in a line up outside?

Q: Can what?

A: Can - can they get up all those pictures that you have right there?

Q: Who?

A: With the address people outside?

Q1: No.

Q: No.

Q1: No.

A: Oh, okay. Because they told me that the guys from MS have my picture. That's what I heard.

Q: Well, if they got your picture...

A: From a line up they told me.

Q1: From a line up?

A: A line up, yeah.

Q: I guarantee you they didn't get it from here, not from us. Who told you that?

A: Uh, one of the little friends that I have. They - they - they - he - he still goes to the park and he heard somethin' that they had my picture. Yeah.

Q: Let me ask you this. Is somethin' goin' on way back when, during your case?

A: No. Nothing like that, but he just told me that these guys had my picture. I don't know why.

Q1: Unless, I mean, for some reason like during your court case somebody got ahold of a picture. 'Cause you know how the attorneys have to show you paperwork.

A: Oh -h, okay. But they never showed up in court, those guys. They never showed up, no, not once.

Q: They did, but you know how sometimes that works...

A: Ah, okay.

Q: They - they - they can - they can get ahold of stuff.

A: I'd be planning to move from there 'cause.

Q: Yeah.

A: Yeah.

Q: I can guarantee you this.

A: Mm-hm.

Q: We don't do that.

A: Oh, okay.

Q: That will never happen. That will never happen from here.

A: Oh, okay.

Q: Okay?

A: In court, like - like you say - in court.

Q: And if you ever get wind...

A: Mm-hm.

Q: ...of somethin' like that happenin', you need to contact us.

A: Oh, okay.

Q: So we can take care of business and take care of you.

A: All right.

Q: Our goal here is not to get anybody else hurt.

A: Exactly. That's what I - you know...

Q: And - and...

A: I don't want my family...

Q1: Your family, yes.

Q: Exactly.

A: My family to get hurt. Nothing like that.

Q: We're not in the business of getting' people hurt.

A: Okay.

Q: All right? So if that - if - if you get wind of that...

A: Mm-hm.

Q: ...having to do with this investigation, you let us know post haste.

A: Sure.

Q: Okay?

A: No problem.

Q: All right. But you understand this thing I just told you...

A: Yeah.

Q: ...about pictures, okay?

A: Yeah.

Q: I'm gonna show you this, uh, this is an ID card, uh, six pictures on there. It's 118776, okay? You agree? Anybody in there...

A: 118776...

Q: ...anybody in that group of pictures that you know?

A: Mm, this guy.

Q: Number 4?

A: I think - I think he's the one that was right here in the morning...

Q: Number 4?

A: Yeah. This man.

Q: Okay, and how do you know him?

A: That's, that's it I'm thinking...

Q: Mm-hm.

A: I'm not 100% sure, but I he looks like the guy who was right there with the bleachers with Jeffrey.

Q: Yeah.

A: The skinny guy.

Q: Do you know what they call him?

A: I have no idea. He's a youngster, he's really young.

Q: Okay.

A: Yeah.

Q: You've seen him around that park before?

A: Ah, h- he looks like - yeah - he's been around the park.

Q: Okay, and you think that he was - what?

A: He looks like the guy that went with the guy with the - with the gun he shot. Yeah.

Q: So he was there and came - and left and came back. Is that what you're sayin'?

A: I think he's the one. I'm not 100% sure, but he looks a lot like him. A lot.

Q: Okay.

A: Even the guy that came in the morning - he looks like him.

Q: What guy that came in the morning?

A: That - that had the - that brought him in in the morning. I saw him when I was right there sitting down.

Q Oh you mean today?

A: Yeah.

Q: Oh, okay. Uh, we're talkin' about the night Andy got shot.

A: Yeah, he looks like him. He looks like him.

Q: Okay.

Q1: Did you tell detec- Detective (Flores) when you saw him that he looked like the guy from the park?

A: No. I didn't want to talk because the other guys from MS were right there.

Q1: Okay.

A: (It was) another two guys from MS right there. They were asking me, you know, a lot of things.

Q: Okay.

A: And they were right there on the benches.

Q1: They were talking to you...

A: They were asking me if I was from TPC, if I hang around down the park. They were asking me all kinda questions - right now...

Q: Okay, um, that's, was he a - a- shooter?

A: No. He was walking with the guy that came with the gun.

Q: Okay.

A: There was two of them.

Q: Right.

A: Yeah.

Q: And how was he dressed that night?

A: He had a white T-shirt like he has right there and Levi's - like - like - light Levi's. Light colored Levi's.

Q: Okay. What I'm gonna do is, uh, this is a Xerox of this.

A: (Unintelligible) of that.

Q: Okay, you agree? 118776?

A: Yes.

Q: Okay. I'm gonna ask you to circle that guy's picture for me.

A: Okay.

Q: On the Xerox.

A: Like just...

Q: Circle the whole picture, yeah. Put your name in there and today's date.

A: Mm.

Q: It's the - it's the 29th of December.

A:    12/29. '05?

Q:    Yeah.

A:    Okay.

Q:    On this side of the page I'll just write our stuff down here.

Q1:    But you - you signed it Freddy Gonzalez?

A:    Yeah.

Q1:    But your real name is Carlos Alfredo Dominguez?

A:    Yeah, but that's - that's the only ID I have...

Q1:    But you...

A:    ...with that name.

Q1:    ...go by Freddy in the states? And you go by Freddy Gonzalez in the states?

A:    All my papers - all my cases are with Freddy Gonzalez.

Q1:    Okay.

A:    It's A.K. Freddy Gonzalez.

Q1:    Okay.

A:    Carlos Alfredo Dominguez A.K. Freddy Gonzalez.

Q1:    Okay, but when you were born your parents gave you this name?

A:    Yes.

Q1:    Okay.

A:    Mm.

Q1:    Okay I just wanted to make sure.

Q:    Okay. What I need you to do is - this, uh, just - if you'd just sign your name here. What that is - is that - this is that admonition I gave you. I told you about lookin' at pictures and how sometimes they...

A: Okay.

Q: ...they change, you know, in their looks and stuff.

A: You guys are goin' to go question this guy or - or something like that? You guys...

Q1: We're gonna talk to - we're gonna continue...

A: Okay.

Q: ...with this investigation.

A: All right.

Q: We're not gonna just isolate...

A: All right. But he's not gonna know that I'm the one...

Q: No.

A: ...figurin' out...

Q: No, no.

A: Okay.

Q: No. Like I said, our goal's not to lay anybody out.

A: Okay, yeah.

Q: Okay? But I need you to sign this to acknowledge the fact that you understood that. Okay?

A: Okay. Like she's sayin' right now - is it - is it - better to put Carlos Alfredo Dominguez or Freddy okay?

Q1: No. You go by what you know...

Q: Go by how you go and - and...

Q1: We just had to clear it up.

A: Here?

Q:   If you wanna put it, uh, well there first.

A:   Okay.

Q:   And if you wanna put it in, like, a little parentheses, (Dominguez) at the end of that, you can do that. I don't care.

A:   Okay. Okay.

Q1:  Did you go to high school here?

A:   Ah, just two, three years and then dropped out.

Q1:  Where did you go?

A:   Uh - um, the one on (Rolling Pig), Hollywood High.

Q1:  Oh okay.

A:   Yeah.

Q:   You mean LA High School?

A:   Yes.

Q:   Okay. Now here, I want you to refer to this picture as number 4.

A:   What do you mean, like...

Q:   And just - in your own way you can say, "The guy, photo number 4, looks like," and then how you know him. Where you saw him.

A:   Can I write in Spanish?

Q1:  Yeah.

Q:   If - if...

A:   I think that - I mean... my English...

Q:   ...if that's easier for you...

A:   ...yeah, my English not that good.

Q: Yeah.

A: (Unintelligible).

Q: If that's easier for you, that's fine.

A: So, like, just - what? Write down...

Q: We're talkin' about the night Andy got shot. And you said that this guy, photo 4, looks like the guy that was on the bench early, left, came back with the shooter.

A: Okay.

Q: All right, that's what you told us, right?

A: Yes.

Q: Okay, in your own words, you can state that...

A: Okay.

Q: ...in this section here. Give yourself enough, you know...

A: Okay.

Q: ...space to write it, and refer to this guy as photo 4.

A: Okay.

Q: All right?

A: Okay. [Pause] Mm, like that? Just the night that I was right there at the park when they - when they shot Andy, I recognized pict- picture number 4. Like, one of the guys that went to the park, uh, how do you spell that? Uh, to shot - to shot - is that right?

Q1: Mm-hm.

Q: All right but can you explain the actions he took? In other words, he was there...

A: Oh okay.

Q: ...he left, he came back...

A:     Yeah.

Q:     ...you know, what - what he did.

A:     Okay.

Q:     Okay.

A:     Like, when they - he was right there and then he left and then he came back and, uh...

Q:     Yeah. Did you notice him when you were playin' basketball?

A:     No I got there on my bike.

Q:     Uh-huh.

A:     Usually I come from - from, um, Hobart, Melrose...

Q:     Mm-hm.

A:     ...uh, c- uh, like, I - I show up w- with, uh, people 's tables are.

Q:     Right.

A:     I showed up right then and I see them two right there sitting down on the benches.

Q:     Okay.

A:     Yeah.

Q1:    Jeffrey and...

A:     Jeffrey and this - this I don't know. I'm not 100% sure that's him, you know what I mean but...

Q:     Okay.

A:     ...he looks kinda like him, yeah.

Q:     Okay. And then - so when you arrive there, you saw him. He was with so-and-so.

A:     Oh okay. Yeah - yeah...

Q:     And then...

A:     ...here for Jeffrey's thing.

Q:     ...and then his actions...

A:     Oh okay.

Q:     ...after that.

A:     Okay.

Q:     Leading up to when Andy got shot.

A:     Okay - okay.

Q:     I gotta have it in a way that you understand it, you remember it.

A:     Okay.

Q:     It's not what I remember. I wasn't there.

A:     Mm-hm.

Q:     Okay? Has to be what you remember.

A:     Mm-hm.

Q:     And this goes behind your section.

A:     Okay. [Pause]

Q:     Okay, now tell me what that says.

A:     Uh, what you told me to say that - that he...

Q:     Not what I told you, this has to be...

((Crosstalk))

A:     I mean what happened that day...

Q:     ...okay.

A: I got to the park. I seen that guy in the - picture number 4...

Q: Mm-hm.

A: ...um, he, uh, s- he - he got up and left and later on he came back to the park with one of his friends and this disparo he shot the pistol - but no, one of his friends shot the pistol a- in matando Andy. Killed Andy. Killing Andy.

Q: Okay.

A: Yeah.

Q: All right. Now right here, just put your initials down, and again today's date.

A: Right here?

Q: Yeah. I don't know why they do that, but it just - part of that form. Today's date, 12-29...

A: 12-29...

Q: ...05.

A: ...05.

Q: And right now it's, uh, it's 11:24...

A: ...24...

Q: ...am.

A: Okay.

Q: Okay. So Spanish is easier for you...

A: Yeah.

Q: Okay.

A: Mm-hm. My writing in English is not that great.

Q: Okay - all right. Now I've got, uh, I'll wait for Liz to get back. Um, I've got another set of, uh, pictures I wanna show you.

A: Okay.

Q: So, you need anything?

A: Water, if you have water.

Q: (You)...

A: Water?

Q: Water?

A: Yeah, my mouth is dry.

Q: Okay. I'll get you some water.

A: Thank you.

Q: I gotta return this, I got the wrong book.

A: Oh, okay.

Q: So...

A: I still have to see the probation officer after this?

Q: Uh...

A: And what's gonna happen?

Q: Why - why - why are you here?

A: Uh, they went and, uh, and I think they searched my house on my...

Q: Oh...

A: ...probation.

Q: ...y- 'cause your probation?

A: ...my probation and, uh, they find weed in my bathroom and that's what the problem is.

Q: Okay.

A:           Yeah.

Q:           Well let me find out what your - what your status is and...

A:           Okay.

Q:           ...and 'cause if you gotta do that, then I don't wanna eat up a lot of your time but you know what, I'm gonna come right back, uh...

A:           Okay.

Q:           ...and I'll - I'll bring you the other picture and bring you...

A:           Okay. [Pause from 0:41:01-0:43:40]

Q:           ...some water.

A:           Thank you.

Q:           Okay.

A:           Thank you.

Q:           Be right back.

A:           Okay.

Q:           You okay?

A:           Yes.

Q1:          All right. [Pause from 0:43:44-0:47:03]


The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed_____

# EXHIBIT 21b



# CERTIFICATE OF TRANSCRIPTION

Net Transcripts, Inc. certifies that the document produced from the audio file named 3 - 376898b - Freddy Gonzalez 12.29.2005 submitted by Federal Defenders - San Diego on the 6 day of October 2016 is a true and accurate transcription. The transcript was produced by Net Transcripts' employees and contractors to the best of their abilities and no intentional changes or redactions have been made.

Dated: October 20, 2016

Shane Mirkovich, COO
For Net Transcripts, Inc.

3707 North 7th Street, Suite 320 • Phoenix, AZ 85014 • 800.942.4255 • 480.556.9676 fax • www.NetTranscripts.com

**INTERVIEW WITH FREDDY GONZALEZ**
**Q=Thomas Small**
**Q1=Liz Estupinian**
**A=Freddy Gonzalez**

[Pause 0:00:00 - 0:02:31]

Q1:     Did he get you water?

A:      Yeah.

Q1:     Oh okay.

A:      Thanks.

Q1:     Wasn't sure.  Just, ah, one more second.

A:      Okay.

Q1:     We'll be (unintelligible) - do you need to use the restroom or anything?

A:      No, I'm okay.

Q1:     You're okay?

A:      Thank you.

[Pause 0:02:41 - 0:05:53]

Q1:     Ah, what did I do with my pen?  Oh.

Q:      Okay.

A:      You guys don't know what's gonna happen to me?  Are they gonna violate me for - for this?

Q:      They all took off.

A:      Really?

Q:     So they're gonna be back.

A:     Mm-hm.

Q:     I don't know if they're grabbin' somethin' to eat or what, but, ah, I know that they - they wanted to talk to you about other issues I guess.

A:     Oh really?

Q:     Somethin' to do with your, ah - your status as a probationer…

A:     Okay.

Q:     …and maybe some of your other status. You got issues goin'?

A:     Mm, just, ah, that stuff where the robbery is, just that stuff.

Q:     Okay.

A:     Yeah.

Q1:    That's the only time you were arrested?

Q:     Right.

A:     Oh the last time - the last time was for a fight that I had. Yeah.

Q:     Okay.

A:     Yeah.

Q:     Well here's the deal. Ah, like I said earlier, we - we need you just to be totally up front.

A:     Mm-hm.

Q:     And if you're sure about somethin' and you were sure before you got in here, you need to be sure now.

A:     Okay.

Q:     All right? All right. It's - you got a little tentative on this - this thing. And I want to make sure that you're not - that you're sure or - or as…

A:     Not have…

Q:     …or as sure as…

A:     And this time not 100% sure, but he looks like the skinny guy.

Q:     But as sure as you can be?

A:     Yeah.

Q:     Okay.

A:     Mm-hm.

Q:     And, you know, I don't make promises to anybody that I can't keep…

A:     Okay.

Q:     …one way or the other or that I'm legally on good grounds to do.

A:     Okay.

Q:     All right?  So all I can say is whatever issues you got goin', ah…

A:     I'm - I'm - I'm good on all my (unintelligible)…

Q:     I'm not gonna hold…

A:     …and everything.

Q:     …I'm not gonna hold anything against you.

A:     Okay.

Q:     All right?

A:     Mm-hm.

Q:     And if they were to ask me is the guy a cooperative sort…

A:     Mm-hm.

Q:     …I'll tell him the truth.

A:     Man, that's what I told him.

Q:   The guy's a coop- he's - the guy's cooperative.

A:   You know, to help - yes, I mean I - I'll willingly help you guys to find those guys.

Q:   Right.

A:   That was not right what they - they did…

Q:   No, it wasn't.

A:   …did to that man.  It wasn't right.

Q:   No, it wasn't.  But I just want to make sure that, you know, you're not gonna snowball us…

A:   Yeah.

Q:   …in - in anyway…

A:   Okay.

Q:   …because all that does is elongate this thing and makes it harder for the Abarca family.

A:   Okay.

Q:   All right?

A:   Mm-hm.

Q:   So - and like I say, you're not necessarily the - the key to this movement.

A:   Mm-hm.

Q:   But…

A:   I mean other guys…

Q:   But you're the guy that was there.

A:   Yeah.  And other guys took too watching of those pictures and everything, like - like Flaco and…

Q:    We're - we're talkin' to everybody…

A:    Oh okay.

Q:    …and anybody.

A:    Are they helping you too?

Q:    I can't discuss what…

A:    Oh.

Q:    …we've talked about.

A:    Mm-hm.

Q:    All right?  You've gotta know that we tried…

A:    But they are helping you guys so…

Q:    We - you've gotta know we've contacted people that were involved.

A:    It's 'cause it - it could probably saw him better than me 'cause, you know?

Q:    Well I'm only really at this point…

A:    Mm-hm.

Q:    …at this point now worried about what you saw.  I'm not worried about what they saw.

A:    All right.

Q:    What they saw, they saw.  Okay?

A:    Mm-hm.

Q:    I'm goin' one person at a time because everybody's…

A:    Okay.

Q:    …got a piece of this puzzle.

A:    Mm-hm.

Q: And if - if you put together the pieces, take a little bit of what this person said, a little bit of what this person says, you zero in.

A: Okay.

Q: Okay?

A: Mm-hm.

Q: And that's what we want to do here. I can't tell you…

A: Mm-hm.

Q: …'Cause I want to protect this investigation.

A: Mm-hm.

Q: You know Liz is, ah, you know - her and I have ben workin' this thing.

A: Mm-hm.

Q: And we don't want to blow it.

A: Okay.

Q: All right?

A: Mm-hm.

Q: So by telling you or telling others what everybody says…

A: Mm-hm.

Q: …doesn't protect the investigation.

A: Mm-hm.

Q: And the whole key here is to - we gotta speak for Andy.

A: Yeah.

Q: Andy can't speak for himself.

A: Mm-hm.

Q:     All right?  And we're gonna use every aspect of this investigation to find out who did it.

A:     Okay.

Q:     And that means a little bit from you…

A:     Mm-hm.

Q:     …a little bit from them, a little bit from these other people…

A:     Okay.

Q:     …and the evidence we got at the scene.

A:     Okay.

Q:     All right?  It all comes together, dovetails…

A:     You guys found bullet shell and everything?

Q:     We - we - we did a whole crime scene investigation.

A:     Yeah.

Q:     Okay?  We were there a long time.

A:     Oh okay.

Q:     All right?  So as far as evidence goes, again, I can't discuss those things.

A:     Oh okay.

Q:     But you gotta know what we do.  I mean you've been around the block.

A:     Yeah.

Q:     We do our thing.

A:     Mm-hm.

Q:     And we - we look and see what's there physically.  And then we match it up with what people tell us.

A:     Okay.

Q: If it's bullshit, it's bullshit.

A: Mm-hm.

Q: All right? And we'll know.

A: Okay.

Q: That's why I want…

A: Okay.

Q: …I want - just want to caution you…

A: Sure.

Q: …be right up front with us.

A: Mm-hm.

Q: Don't get tangled up. Okay? 'Cause we're not lookin' at - at you to put a hurt on you. Okay?

A: Okay.

Q: Whatever other issues you've got…

A: Mm-hm.

Q: …I don't want to do that to you.

A: Mm-hm.

Q: Okay. I'm…

A: I actually don't want to get locked up, man, 'cause I mean I've been doing really good.

Q: Mm-hm.

A: I got a good job.

Q: Okay.

A:   It's just for that little bit of weed or I don't know what was - what's going on.

Q:   Well I tell you, you help us here…

A:   Yeah.

Q:   …it'll go a long way in speaking for your…

A:   Okay.

Q:   …for your quality.  Okay?

A:   Okay.  Sure.  No problem.

Q:   So…

A:   Mm-hm.

Q:   So this last guy for all intents and purposes, you're real sure that he was one of 'em…

A:   Ah…

Q:   …or…

A:   …not 100%.  I'm probably…

Q:   Okay.

A:   …80% that he looks like the skinny guy.

Q:   So but you're pretty sure I guess is…

A:   Yeah.  It looks like him.

Q:   Okay.  All right.

A:   Mm-hm.

Q:   We'll work with that.  Okay?

A:   Okay.

Q:   But I just didn't - I just didn't' want you pickin' some guy.

A:    Oh no, no.  But he looks like him.

Q:    Yeah, it's gotta have some basis.

A:    Okay.

Q:    Okay?

A:    All right.

Q:    Then we'll go on, we'll show you this other picture too.  That same, ah - dang, is this the right one?

Q1:    It's the only one.

Q:    The same admonition, ah, counts.  The thing, ah, we talked about earlier about pictures, the same thing applies to this next picture.  Okay?

A:    Okay.

Q1:    Did you put it back in the book?

Q:    No.

Q1:    Well I think it's probably in the break room then.

Q:    You know what?  It's not in there, is it?

Q1:    No.  You picked everything up.

Q:    You know what?  I put it in that other thing.  I'll be right back.

Q1:    Okay.  Have you talked to anybody else?  Have you talked to Flaco or, ah…

A:    Just, ah, I saw them one time, and I was just - he said that he's - he's (unintelligible) 'cause he got shot I - I think right here, and his hand is kinda dead.

Q1:    Mm.

A:    Yeah.  So he's suffering for that - from that too 'cause he works construction.

Q1:    Oh.

A:    So it's hard for him now to work with - with just one hand.  You know?

Q1:     Right.

A:      Yeah.  That's the only one I talked to.  The other ones I never seen because I'm - I'm not going to a park no more.

Q1:     Mm-hm.

A:      That's what I used to see everybody, you know what I mean, the park.  I just got away from that park though.

Q1:     Yeah, well it's mu- much safer for you and your family just to stay away.

A:      Yeah.

Q:      I set it down and didn't pick it back up.  Sorry about that.  Okay.  Okay.  This is another one.  This is, ah, 118737 right there.

A:      118737.

Q:      Okay.  Keep in mind that, you know, you've gotta look sometimes at shapes, and faces, and chins, and lips, and noses, and things like that.

A:      No.  No, I don't recognize none of those guys.  Never seen him at the park either.

Q:      Anybody that's close or similar?

A:      Close, maybe this one right here, the one in the middle.

Q:      Number two?

A:      Yeah.  Other than that, no, I don't recognize him.

Q:      Okay.

A:      Mm-hm.

Q:      Um, the guy that walked up and drew the gun, had you ever seen that guy in the park before?

A:      Never, never before.

Q:      Okay.

A:     Ever the first time I see that guy.  That's why it's so hard for me to…

Q:     Mm-hm.

A:     …recognize his face 'cause it happened so quick.  You know what I mean?

Q:     Okay.

A:     It's hard for me to recognize his look - his face in my - my brain.  And I can't.
       I just can't…

Q:     All right.

A:     …recognize his face.

Q:     Ah, this guy number two that you looked at…

A:     Yeah, it looked like…

Q:     …that you - that you said - you said, ah…

A:     But I remember he had hair - more hair.

Q:     Okay.

A:     Yeah.

Q1:    Remember your hairstyles can change.

Q:     Well…

A:     Yeah.

Q:     …remember this admonition I told you about.  So you can cover.  You can
       add.  But we're lookin' for similarities here.  We'll start with that.

A:     Yeah, he looks kind of but not 100% sure, like…

Q:     Okay.  Well I noticed that his…

A:     Like - like I remember he was kinda short…

Q:     Mm-hm.

A:     …chubby like this, jacket…

Q:    Okay.

A:    …long hair - big hair…

Q:    Well you're not gonna be able to tell from…

A:    …like - like that hair too.

Q:    …a photograph…

A:    Yeah.

Q:    …necessarily the size of the guy.

A:    Yeah.

Q:    But you're thinkin' that this, ah…

A:    Two - number two.

Q:    …number two…

A:    Mm-hm.

Q:    …is similar.

A:    Yeah.

Q:    Is that what you're thinkin'?

A:    Yeah, but, um, like I said, I just don't remember his face, but…

Q:    Okay.

A:    Yeah.

Q:    Did the guy say anything?

A:    No.  He just - they didn't say nothing.  They just went there and start shooting, they didn't say nothin' - nothin' else  But I - like I said, I recognize the skinny guy that was right there earlier.  I just recognized how was he dressed and everything, white t-shirt.  It was him.  It was him.

Q:    So the number four guy looks like the guy that was with the guy that looks…

Case 3:16-cv-00057-MOC   Document 36-4   Filed 10/21/16   Page 126 of 223

A: That skinny guy looks like the guy that went with the…

Q: With…

A: …with the guy with the gun.

Q: Okay.

A: that I saw that the (unintelligible) took out a gun, you know…

Q: All right.

A: …pull out a gun.

Q: And this number two guy at least is similar.

A: Kinda similar to the guy that took out the gun, yeah.

Q: Okay.

A: Yeah.

Q: But if he were to, ah - between the two of them, this number two guy is similar to the shooter.

A: Yeah, to the shooter, yeah.

Q: Okay.

A: But like I - like I'm telling you I never seen him before, so it's hard for me to recognize his face.

Q: I understand.

A: You know what I mean? But…

Q: I understand.

A: …it's kind of similar. His face was kind of similar right there.

Q: Okay. Well I - I don't want you…

A: The other guy I see him long - a couple times.

Q:    I want you to be as comfortable as you can be…

A:    Okay.

Q:    …with this, okay…

A:    Mm-hm.

Q:    …realizing that we do have more investigating we've gotta do.  Okay?

A:    Okay.

Q:    So if this guy is similar…

A:    Yeah.

Q:    …we can work with that.

A:    Okay.

Q:    All right.  But if you're sure…

A:    Mm-hm.

Q:    …I also need to know that.

A:    No, I'm not sure.  No.

Q:    Okay.

A:    Maybe if I seen him in person, you know, it's much different, you know.

Q:    Mm-hm.

A:    Probably.  Like, you know, if you guys bring him, and I come -- and - and I don't want him to see me; you know what I mean -- I could probably like, you know…

Q:    Okay.

A:    …probably recognize him just…

Q:    Well then we'll - we'll go with what you're comfortable with.

A:    Mm-hm.

Q:     All right?  This is a Xerox of that, 118737.  They match up.  Right?

A:     118737, yeah.

Q:     Okay.  We'll do the same thing here, like to ask you to go ahead and circle…

A:     Okay.

Q:     …the guy that you said looks similar, again with your name…

A:     You know what?

Q:     …and today's date, 12-29.  Okay.  And on this side…

A:     Okay.

Q:     …again we'll do the…

A:     Signature and…

Q:     Yeah.  The signature there and…

A:     And same here.

Q:     …signature there…

A:     Okay.

Q:     …two places.  Okay.  And in your own words, again referring to this…

A:     Likely as the shooter…

Q:     …photo number two…

A:     …or - or…

Q:     Well however you remember it.  You know?

A:     Okay.

Q:     You can say photo number two either is or resembles, looks like…

A:     Okay.

Q:      …you know, and then what you remember him doin'.

A:      Okay.

Q:      You remember him walkin' up?  Do you remember seein' him pull out the piece?  Whatever you remember I want…

A:      Okay.

Q:      …you to include that in what you write.

A:      Okay.

Q:      And if you need to write in Spanish, write in Spanish.

A:      Yeah.

Q:      Okay?

A:      Okay.  So that's number two, right?

Q:      Mm, if that's the guy we're talkin' about.

A:      Okay.

Q:      Okay.  What do you got there?

A:      Ah, ah, picture number two, ah, he looks, ah, like - like approximately like the guy that went to the park on the day that they - they killed Andy ((Spanish Spoken 0:21:52)).  Ah, I'm not sure that's - that it's him 100%, but it looks like him.  You know what I mean?  Like…

Q:      Mm-hm.

A:      The - the - the guy that - that showed up right there at the park that day - the day that they went to the park with a - with a pistol ((Spanish Spoken 0:22:15)) they shot us.

Q:      Okay.

A:      Yeah.

Q:      Can you describe the gun?

A: Mm, like I said, I don't know what kind of gun it was, you know, I just remember seeing something like shine like silver.

Q: Mm-hm.

A: Yeah. I don't know - I don't know what kind of gun it was.

Q: Caliber?

A: It was a big caliber, maybe 9 - 9-millimeter. Just to hearing the - the noise that it made -- you know what I mean? Yeah, I'm not 100% what caliber it was.

Q: Okay.

A: Yeah.

Q: Go ahead and, ah, put your initials there. Today's date 12-29 and now the time is 11:50 straight up.

A: 11:50.

Q: AM.

A: Okay.

Q: Okay. Anything else you want to add, Freddy?

A: That's it.

Q: You still staying at the same place?

A: Yes, (unintelligible).

Q: Okay.

A: Yeah. I still got your - your card. I thought you guys weren't gonna li- like look for me for - for - to see 'cause you told me you were gonna show me other pictures and I never hear - I never heard from you guys no more.

Q: I got caught up in somethin'.

A: Oh okay, okay.

Q: I had to take care of business.

A: Uh-huh.

Q: So, um…

Q1: Let me show you one more picture, Freddy.  Just - just tell me, you know, he's - this person like again is not a suspect in anything but to know - to know if you know him from the neighborhood or not, if you've ever seen him in the park.

A: Mm, no.

Q1: Not familiar?

A: Mm-mm.  No.

Q1: Okay.

A: Never seen him before.

Q: Okay.

Q1: And I want to show you one more.  They're not - you know, we're not looking at them for any criminal matter, so it's not - I'm not gonna ask you to pick somebody out that's involved in or possibly involved in a crime.  I just want you - have you ever seen this girl before?

A: No.

Q1: No?

A: Mm-mm.

Q1: All right.  That's it.

Q: That's it.  You good?

A: Yes, sir.

Q: I'm not gonna put the hooks back on you.

A: Oh, I appreciate it.

Q: Okay?

A: Yeah.

Q: Anything that, ah - that I need to relay to anybody?

A: What do you mean, like…

Q: Talk to those guys when they get back? You want me to say anything to anybody?

A: Mm, nothing, no.

Q: All right.

A: That's it.

Q: All right.

A: Hopefully we catch those guys.

Q: Hopefully so.

A: Hope - I should hope we catch 'em.

Q: Ah, go ahead and put your coat on. And, ah, do you need to use the head or anything?

A: No, sir.

Q: Okay. I'm gonna have you stand by in here 'cause I don't know if they want to talk to you…

A: Okay.

Q: …further or what - what's goin' on. So…

A: Okay, sir.

Q: …let me see your patch, man.

A: I used to work for a heavy security (unintelligible)…

Q: Oh, is that right?

A: Yeah. Yeah, I used to be a security guard.

Q: That's a flight jacket.

A:     Yeah.  Bomber - bomber jacket.

Q:     Yeah.  All right.

A:     Okay.

Q:     Freddy, thanks a lot.

A:     Thank you.

Q:     We'll be in touch, if we got anything else, man.

A:     Yes, sir.  You got my phone number and everything.  Right?

Q:     If you come up with anything - well let me make sure.  Let's see if we got it.  I - I'm sure we do, but has it changed?

A:     No.  It's ███████████.

Q:     So I think that's the same one.

A:     I can give you my cell phone too, if you - if you guys need it.

Q:     I'll tell you what.  Just…

Q1:    I got it.  Go ahead.

A:     It's ███ -- that's - that's the business phone.  That's the only - the - the o- I always have that phone with me.

Q1:    Okay.

A:     Ah, ████████.  That's my cell phone.

Q1:    ███? You work out there?

A:     I work in Simi Valley.

Q1:    Oh you do?

A:     Yeah.

Q1:    Okay.

A:   All over the place we go work -- Malibu, Simi Valley, Beverly Hills.

Q1:   You're doing construction?

A:   I do, um, test tests.  I check soil for, ah, soil engineers.

Q:   Perc tests.

A:   Perc tests, yeah, exactly.

Q:   Good.

A:   Yeah.

Q1:   What's the company's name?

A:   Ah, um, Jesse Ho Hand Digging.

Q1:   Jesse Ho?

A:   Hand Digging.

Q:   H-O?

A:   Yeah.  That's my boss, Jesse.  He's the one that gave me that phone.  That's a company phone.   Yeah.  Been there for three years already.

Q1:   Good deal.  Okay.

Q:   All right.

A:   Okay.

Q:   And do you have to use the head at all?  I mean you okay?

A:   No, I'm okay.

Q:   Okay.

A:   Yeah.

Q1:   You don't want anything to eat?

A:   No, I'm not hungry.  I just want to go home and see how my parents are doing 'cause they scared - they scared them in the morning today.  And it's…

Q1: Okay.

A: …you know, my mom is really sick.  She's really old and…

Q: How old is she?

A: I want to know how - she's, ah, 72.

Q1: Do you want to give her a call?

A: It's okay if I can call them to see…

Q1: Yeah, come on out here.

A: …to see how they're doing.  'Cause they haven't heard nothing about me since the morning that I left.

Q: Okay.

A: Hello?  ((Spanish Spoken 0:27:19))

Q: Hello.

A: ((Spanish Spoken 0:27:23))

Q: Hey, you didn't go, huh?

A: ((Spanish Spoken 0:27:30))

Q: No.  I think, ah - I think we're - we're both up there.  We just got, ah, wrapped up on a interview, so, ah, I think we're both done here.  Okay?

A: ((Spanish Spoken 0:27:43))

Q: We'll come by and, ah - we'll come by and see you.  Well you tell us, ah, what's convenient for you.  We'll come over to your neighborhood 'cause I got to go to the DA's office after that.

A: ((Spanish Spoken 0:27:55))

Q: So, ah, should we just come pick you up?  All right.  We'll swing by and pick you up, and then we'll go from there.  Okey-dokey.  Bye.

A: ((Spanish Spoken 0:28:14))

Q:    (Unintelligible)

Q1:    That's just (unintelligible)…

A:    ((Spanish Spoken 0:28:28))

Q:    Not that I heard it though. I thought I heard (unintelligible)…

A:    ((Spanish Spoken 0:28:36)) Okay. ((Spanish Spoken 0:28:45)) Okay, bye. Bye. Okay. It just was my probation, that's what I say, they - they called my mom and my dad.

Q:    Okay. Well just have a seat because…

A:    It was my probation officer.

Q:    …we'll, ah - we'll let 'em know that - that we're done talking to you…

A:    Okay.

Q:    And if they got some more to talk to you about, they'll talk to you. And if not…

A:    Okay.

Q:    All right?

A:    Thank you, sir.

Q:    Take care.

A:    Have a good day.

Q:    All right.

A:    Thank you.

Q:    You want more water or you okay?

A:    No, I'm okay.

Q:    All right.

A:    No, no. Thanks.

[0:29:22 End]

The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.

Signed_____

# EXHIBIT 22a



# CERTIFICATE OF ACCURACY

Net Transcripts, Inc. certifies that the document produced from the audio file named 4 - 376385a - Juan Lara - 10.18.2005 provided by Federal Defenders - San Diego on the 6th day of October 2016 is a true and accurate transcription. The transcript was produced by Net Transcripts' employees and contractors to the best of their abilities and no intentional changes or redactions have been made.

Dated: October 20, 2016

Shane Mirkovich, COO
For Net Transcripts, Inc.

3707 North 7th Street, Suite 320 ● Phoenix, AZ 85014 ● 800.942.4255 ● 480.556.9676 fax ● www.NetTranscripts.com

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 2

**INTERVIEW WITH JUAN LARA**
**Q=Ofc. Thomas Small**
**A=Juan Lara**

Q:     Sorry I'm a little late. I had to go to the airport this morning.

A:     That's okay sir.

Q:     So how's the arm?

A:     It's th- throbbing.

Q:     They'd have to do a surgery or something?

A:     No, I didn't go to the doctor.

Q:     You didn't go to the doctor?

A:     Only one time after when I got out of the hospital.

Q:     Uh-huh.

A:     And then they said that it was just shot and said it was, um, shattered.

Q:     So it broke the bone?

A:     Yeah.

Q:     Where were you hit?

A:     My forearm.

Q:     Right through the forearm?

A:     Yeah you wanna see it?

Q:     Uh, I - you don't have to uncover unless it's convenient for you. Um, I'm gonna give you a card.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 3

A: I'd like to do it so you would get like a detail in the report, you know.

Q: Mm-hm.

A: You know what I mean? Yeah I need to go to the doctor man, I don't...

Q: Yeah. Well you don't have to do that 'cause...

A: You sure?

Q: Yeah. I've...

A: Okay.

Q: I've seen that before.

A: All right.

Q: I'm gonna give you, uh, Estupinian and my name, okay?

A: Okay.

Q: Estupinian is the lead detective on this case. Her number comes first. 2914. And my number is 2912. My name is Small okay. I'm at a little disadvantage because we tried to get you in here earlier. Uh, while we had our forensic, uh, police artist as, uh, she's on a vacation now. She won't be back for a couple weeks. Okay.

A: Man, uh...

Q: Let me get some basic stuff out of the way first of all. You're - you're Juan...

A: Yeah.

Q: ...Lara right?

A: Yes, sir.

Q: Do you have a middle name Juan?

A: Manuel - Manuel.

Q: And what's your birth date?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 4

A: ▮▮▮▮ sir.

Q: Okay. And, um, what's your address?

A: Um...

Q: That's all right. You're - you're local right?

A: Yeah.

Q: Okay. Uh, give me a phone number that's good. Or a couple of 'em if you got a couple.

A: All right.

Q: Is your address on your ID?

A: Yeah but this is the scenario. I was in Long Beach right.

Q: Uh-huh.

A: And then, um, this is my second month being out here in - back in LA again.

Q: Mm-hm.

A: And I'm staying - I was roomating with a friend. But, uh, now since I don't have any - any forms of - of income, I think I'm gonna have to move out at the end of this month. But at this point, I don't know where I'm gonna go.

Q: Uh-huh.

A: So, um, that's the address where I used to live at.

Q: Okay.

A: At Long Beach, sir.

Q: All right.

A: Like I said, you know...

Q: Is this family down there?

A: My - I left my cousin living there but, uh, where you have my family is, uh, ▮▮▮▮ - I got the - the address here.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 5

Q: That's okay. If you got it written down, I'll take it.

A: Okay.

Q: This is where family lives?

A: Yeah.

Q: Okay. Who - who lives there?

A: My uncle.

Q: Okay. Okay. And, uh, what's his name?

A: Uh, Da- Daniel.

Q: And his last name same as yours?

A: No sir, it's, uh, I'm gonna spell it out for you.

Q: Okay.

A: C-U-E-L-L-A-R.

Q: Okay. And he's here?

A: Uh, yes sir.

Q: Okay. So that's - that's another way to get a hold of you?

A: Yeah that's hopefully and if I ask - if I talk to him, he'll let me stay there like I don't know for how long. Until I heal, until I'm able to go back to work.

Q: Mm-hm.

A: 'Cause I don't have no form of income.

Q: Okay. How about a phone number?

A: Uh, this is my girlfriend's number. This is - that's where I'm at.

Q: All right. Both numbers?

A: One's a cellie and the other ones the house.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 6

Q:    This the house?

A:    Yes, sir. And the bottom is the cell phone sir.

Q:    What's her name?

A:    Amalia. We have two kids together.

Q:    Amalia?

A:    Yes. A-M-A-L-I-A sir.

Q:    Last name?

A:    Salazar. S-A-L oh yeah, you got it.

Q:    Okay. And she lives where?

A:    Uh, in - in the Valley on...

Q:    You wanna jot that down?

A:    I don't know it off the bat.

Q:    You don't know it? Okay.

A:    I don't know it off the bat.

Q:    So I'll just take the numbers then.

A:    But I could tell you the main cross streets if that would help.

Q:    Yeah that's okay. She'd know how to reach you right?

A:    Yeah. But you - you know how girlfriends are right? I mean, sometimes they're - they're happy with you, the next day they're mad at you.

Q:    Sometimes that's your own fixin'. Okay. I got 10:30. What is it? What's today's date? I can't even read that. October 18. October 18, '05. 10:30. Okay. All right. Uh, basically the reason I asked you in is a couple things. Is we kind of get it - gotta get on the same sheet of music all right?

A:    Yeah.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 7

Q: I know you had some, uh, phone calls with, uh - uh, Officer Cruz.

A: Right.

Q: And you had a couple phone calls with Detective Estupinian. And I understand that the last phone call was not a very good call. Um, I don't know if - if you can explain that or not but, uh, we're trying to work this case and - and find out who did this to you, uh, Robert and Andy most of all. Okay. But we have to speak for Andy 'cause Andy's not here to speak for himself any longer. And we wanna find out who did this and why. Okay. You know the game plan. I know a little bit about your history. Uh, I know that you used to run with - with that, uh, tagger crew right. Your T-P-C?

A: Mm-hm.

Q: You're affiliated with them in some way.

A: I'm - I've never been affiliated with them. I just - when, um...

Q: You hang with some guys that are.

A: No I go play basketball.

Q: Okay.

A: And they happen to be there. And I - and you know I need to talk to them, you know what I mean...

Q: Mm-hm.

A: ...because they're there, you know.

Q: Right. Right.

A: So...

Q: Well information comes in different ways and - and, uh, I - I don't really care about all that.

A: Right.

Q: What - what I care about is what happened here. All right. But we n- we need to level this playing field a little bit. And you need to be, uh, cooperative spirit 'cause if you're not, then we can't really proceed.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 8

A:    Right.

Q:    You know? And the same thing with Robert. We haven't heard a thing from Robert. It's looking like Robert doesn't want nothing done. So I don't know if you have contact with him. But it'd be nice to have him come on in and - and, uh, talk.

A:    I - I don't have contact with anybody anymore.

Q:    No?

A:    I don't - I don't want no part of like - I was just playing basketball and you know...

Q:    Right and - and - and somebody tried to kill you.

A:    I don't know why.

Q:    So but, uh, so I - I know you go to that park fairly often right? To pick up - pickup games.

A:    Yeah.

Q:    Okay. Now that night, um, it was - who was all there?

A:    It was, uh, Robert, Andrew and Freddy.

Q:    Okay. And then was there anybody else there?

A:    Prior - prior to that?

Q:    Mm-hm.

A:    It was, um, Elger.

Q:    Okay. Elger was there?

A:    Yeah.

Q:    All right.

A:    And, um, Galo. G-A-L-O. And Andy of course, you know.

Q:    Right. So you guys were all playing hoops together?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 9

A:    Yeah.

Q:    All right. What time'd you get there?

A:    Me personally I got there around, um, about 8:20.

Q:    Mm-hm.

A:    8:20.

Q:    Okay. And you played for what, about an hour?

A:    Yeah I was - I was just shooting around. I wasn't like really like playing three on three. I was just shooting around like 'cause, um, Robert had loaned me his car.

Q:    Mm-hm.

A:    'Cause that was on a Wednesday. On a Wednesday morning, my truck wasn't working so I wasn't able to go to work.

Q:    Okay.

A:    And so...

Q:    Where'd you park?

A:    On Lemon Grove Street.

Q:    Okay.

A:    Um, going - going east.

Q:    Go- in front of the rec center?

A:    Yeah.

Q:    Okay. What kind of car?

A:    It was a little - it was Robert's car. It's Toyota or its Corolla or a Nissan. One of the four little...

Q:    What - what color?

A:    White.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 10

Q:    Okay. Was that the one, uh, that was towed?

A:    I don't - I don't think so.

Q:    Okay.

A:    But, um, that - that's - that was Robert's car. That's, uh, he loaned it to me like I said.

Q:    Mm-hm.

A:    And, uh, me and my girlfriend we had, um, broken up and we're trying to talk to each other and then she called me and she said that she needed for her car to get some service. And, um, at that time I was just waiting for my friend so he was gonna go fix my - my vehicle right. But anyways, I put that to stop and then I went over there with her. We took - we took her car to get serviced and on the way back, uh, she was gonna go pick up the kids. And, uh, I took her to, uh, El Pollo Loco off of Fountain.

Q:    Mm-hm.

A:    And I bought her some food. And after that, I went back after - after she went to pick up her ki- uh, our kids, I went back because I told her that I needed to go to work tomorrow. It was on a Thursday right, you know, I'm getting prepared for the next day. Then, um, I just went to - I stopped by to the park. To leave, uh, Robert the car and the keys. You know, and since I had my bicycle in Robert's house, where are we gonna to my house and get my car and - and get my bicycle to meet and take to Metric or - or ask him for a ride to go back home.

Q:    Mm-hm.

A:    Right, to go back on - on - on Jefferson where I stay at right now. But that didn't happen. You know? After we - we were playing around, we were shooting some hoops, we sat down and we started mingling, you know.

Q:    Okay. Where were - where were you sitting?

A:    On the bleachers.

Q:    Okay.

A:    On this side of the court, you know, there's like two courts.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 11

Q: Near the baseball field?

A: Yeah the - what - what - where the dugout is at.

Q: Okay.

A: And the water fountain is at.

Q: Okay.

A: So since, uh, we - we're playing, I had taken off my shirt. Right. And I had - I was like, "Oh man it's hot," right whatever. I - I had laid down and, um, Robert was getting ready to - he was just drying up like the - and we're like talking like you know like guys do, you know, talk smack to each other. Then, um, all of a sudden, um, Robert said, "Hey watch these two guys," and we seen these two guys coming up.

Q: Mm-hm.

A: You know, from the Hobart side.

Q: Okay. So they walked onto the courts from the - from, uh, north end of the park?

A: Yeah. From where the baseball field, I mean, for the - for the track is at. Where the track.

Q: Not by the street?

A: Yeah by the street, by the street. But we - we saw them on the sidewalk and we seen these two guys steady, walking.

Q: Mm-hm.

A: You know? And, um, we were like it - it looked pretty weird you know we like them, they're probably on - on crack, you know, or whatever on the- you know, and then all of sudden they - they turned around and they came around and by the half court, where the fence is at, by the half court, I luckily glanced at them, you know.

Q: Mm-hm.

A: And they just took off on us. They - oh and but when Robert had said...

Q: Oh what do you mean took off on you?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 12

A:     Just let us have it. Like...

Q:     How far - how close did they actually get to you guys?

A:     I don't know sir. For me it was just across the basketball court from the half - like in the middle, the thing is the middle of the half court.

Q:     Mm-hm.

A:     We're right here, right.

Q:     Mm-hm.

A:     And here's the line and they were like right here.

Q:     So they're just the - the width of the court away from you?

A:     Exactly. And that's when the short guy that looked like a freaking rat, I saw the - the revolver when he pulled it out.

Q:     Mm-hm.

A:     And as he pulled it out, I'm like - I looked into it. I was like this on the bench. And then I looked into it. And I said, "Hell no that's a gun." In my head, you know I'm like - so I took off this way. That side 'cause that was the only outside that we had. If we would have ran that side, there's some fence.

Q:     Right.

A:     You know?

Q:     Right. So the only outlet you had was to go north away from it. And then you got...

A:     No go - go south.

Q:     Or south right.

A:     If - if we would have gone north, we - we would have got stuck on the fence.

Q:     Okay.

A:     So what I remember, I was you know how the bleachers - the top bleacher, the medium bleacher and the lower bl...

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 13

Q:     Right.

A:     The bleacher right.

Q:     Mm-hm.

A:     And we had sat - oh and there - there was some bottles in the - some beer bottles in the - in the big, um, in the big - in the big can. Be like man let - let's take out some cans, some bottles that these guys want - want some problems, you know what I mean. That's - that's the farthest we ever thought of it.

Q:     Mm-hm.

A:     And - and I - and I said man none of that's gonna happen man, we just - we just here playing basketball, you know. Yet again I had never you know I never - it just - it dawn on me, you know what I mean. So all of a sudden, when I - I said now I'm gonna get up, something told me to just get up and - and they took off the guns. We just ran. You know, and when we ran, I was here, Andy was here, and Robert was here. I don't know what happened to Freddy 'cause I just - as I ran, I never looked back.

Q:     So you were on the left, Andy was in the middle, Robert was on the right.

A:     Yeah in - in the same order how the bleachers, how we were seat - seated.

Q:     Okay.

A:     So we ran that way.

Q:     So you up top.

A:     I - I...

Q:     Andy was in the middle.

A:     I'm on the bottom, I'm the first one from the shots.

Q:     Okay.

A:     You know here's Andy and Robert's - 'cause Robert's in the last - in the - in the last, um, bleacher, you - you know how the bleachers...

Q:     Right - right.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 14

A:     ...at one, two, three.

Q:     Mm-hm.

A:     I was laying down on the first one. Andy was on the side, I believe. I - I don't remember where Andy's - but he was on the middle.

Q:     Okay.

A:     I - and - and Robert was in the back like drawing up. And - and - and Freddy was like over here.

Q:     How many guns did you see?

A:     Two.

Q:     You saw two guns?

A:     Yeah.

Q:     You remember what they look like?

A:     One was a revolver. The other one - the other one - the cops said that I got shot in my leg. But my - my phone blocked it. I didn't even felt that.

Q:     Mm-hm.

A:     I didn't even feel it. I don't know if it was the adrenaline. I don't know what it was.

Q:     So you got one through the pants too?

A:     That's what he said.

Q:     Mmm. But you weren't hit?

A:     No.

Q:     The only place you were hit is in the arm?

A:     Oh yeah my - yeah. That, um, that contacted my flesh.

Q:     Okay.

A:     The other one contacted my phone. And my phone was in the middle of my -

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 15

A:    my flesh and...

Q:    Mm-hm.

A:    ...and my thigh and my quadriceps muscle.

Q:    Okay.

A:    Somewhere right here.

Q:    Is your phone messed up?

A:    No they took it. The, uh, officer took it.

Q:    Okay.

A:    They took it, like I don't - like they took shoes, socks, everything. I was bare at the hospital.

Q:    Okay.

A:    Um, then, um, I don't know man, I - we ran and, um, you know, how there's the backstop and then there's like the handicap area.

Q:    Right.

A:    As soon as I got hit, I got hit like two steps before, there's the fence. And there's like a big block of where those stairs made out of, um...

Q:    Cement?

A:    Cement.

Q:    Mm-hm.

A:    That's where they're at. Two steps or three steps before that, that's when I got hit. You know 'cause I was very quick to react. I don't know if Andy got hit. Prior to that during - during or after - I don't know. I wouldn't be able to say. I don't when Robert got shot. But anyways, as we - as we made it through there, Andy and Robert went through the back - through the back stop side. And I - I told myself if I give these guys more target, they're gonna keep on shooting. So as I got closer to the - to the (unintelligible) like area, I hopped over that. After that - after I hopped, I just seen Robert and Andy pass me by.

Q:    Mm-hm.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 16

A: And from afar from the corner of my eye, I saw Andy fall like slip. But when he slipped, he slipped heavy. He fell heavy. He didn't - like how - when I dove and I - over the wall and I...

Q: It wasn't like he was breaking his fall?

A: No nothing. He just - I'm - I'm - what I'm assuming is that he had gotten shot and he took a couple of more steps because of the adrenaline.

Q: Mm-hm.

A: I don't know - I don't - I don't know, I don't - I'm trying - I'm trying to like man these guys are gonna - you know I thought that they were just gonna keep on walking afterwards and just kill us. You know what I mean? So I played possum.

Q: Did you fall?

A: Yeah I had to dive over the wall. Jump over the wall.

Q: Was it you that skidded on the - the...

A: Yeah on - on the - on the big entrance.

Q: Yeah.

A: Yeah that's me. That's all my blood.

Q: Okay.

A: Up to you - you - you see how the wall it blocks right?

Q: Mm-hm.

A: It blocks it - it blocks, if - if you lay down it blocks you. You - you know what I'm talking about?

Q: Right.

A: So I crawled to this side so they would - if they would keep on coming. They'll just pass me by and they wouldn't see me because of the blocks. That's what I'm - I'm thinking. And - and then as I crawl like two, three times, like - like the soldiers be doing it, I'm like what am I doing, I'm walking towards them.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 17

Q:     Mmm.

A:     You know? So then I backed up. As I got up - as I got up, I got up and I was looking where they were - where were they you know. And I didn't see them. I didn't see Andy, I didn't see Robert. So I'm assuming that I'm the last man left. You know? And I'm like fuck, what the fuck I do. I gotta - I - I begin on the throbbing hot warm and as I - as I got up, I get up, look up this way. And I look towards the wall where the restroom is at. I turned around this way. And I start running towards Hobart.

Q:     Okay.

A:     Hobart Boulevard.

Q:     Right. And you went south or north or which way?

A:     I went towards Melrose sir.

Q:     Okay.

A:     But then after that, as my paranoia thinking that those guys were gonna get on the car and go around the block and continue to finish the job, I ran and I hid in this white house.

Q:     Mm-hm.

A:     As I hid in the back - in the back, there's a car that came in. I don't remember - I - gray color. I don't remember if it was a Civic or a Toyota. The - the - the new ones. And they blinked at me. And I said, "Fuck it, these mother fuckers ain't gonna kill me laying down around my knees." So I walked up and I said, "Fuck it, kill me then fuckers." They just looked at me and it wasn't them.

Q:     Mmm.

A:     So then 'cause I - I had - I had given up already. I'm like, "Damn I'm already corner in, you know, I'm - I'm wounded, I'm like fuck it, might as well go out you know, f- just like - I just said fuck it, you know, I grabbed my balls and said fuck it. But thank God it didn't happen. And I ran towards - then I - I ran towards, uh, by Melrose, 713 Harvard Boulevard. There was two people there. There was a lady and a guy. An elderly lady. She was like in her 50s. That other guy was in his 30s. And, um, the lady was like, "What happened to you?" She seen me like stumbling right. She's like, "What happened to you?" "I don't know ma'am, I just got shot. I don't know for some reason." So she panicked and she went inside. She's like, "Just be careful on the driveway

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 18

'cause we just painted the driveway." And there was some other Hispanic guy, he didn't wanna help me. He's like, "They're coming - they're coming." I said, "No man, they're not coming." And I told him, "Call 911, please."

Q:    Did he?

A:    Yeah.

Q:    Okay.

A:    But he - I had to beg him. I had to like curse at him to call.

Q:    And that was at what address?

A:    At ███████.

Q:    Harvard?

A:    Yes, sir.

Q:    Okay.

A:    ██████.

Q:    Yeah.

A:    Then right there, um, the guy said Spanish and then they transferred and I said, "No - no - no, I speak English." I told him that I spoke English. Then they transferred as to our third party, uh, a translator, I sh- a translator and I was talking to them in English. And then I don't know what happened, we got disconnected but I didn't disconnect. As they got disconnected, I'm like, you know, I'm bleeding and I told him, "Okay, hold on," you know as the shirt that I had taken off, I grabbed it right. And I was carrying it with me all along. And I - I've - I folded it up and I told him, "Here tie my arm up." You know? As he was tying my arm up, I was calling 911. And it was dialing. And then I seen my friend Mike coming with - with his car. And I says, "Hell yeah," you know it was like God send him to me. So I jumped in his car.

Q:    Mm-hm.

A:    And I said, mi- he didn't even know what's going on. I said, "Mike...

Q:    He just happened by?

A:    He just - he just happened to swing by and like, you know, l- lucky me, boom,

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 19

I ju...

Q: So he took you to the hospital?

A: Yes, sir.

Q: So Mike - and what's Mike's name?

A: I don't know, I just know him by Mikey.

Q: And that was at ▮▮▮▮▮▮▮▮?

A: Yeah that - that's where I had stopped him. Like, you know, he stopped at - at the stop sign at - on - by the Harvard and Melrose and I ran into his car. You know what I mean?

Q: Mm-hm.

A: I didn't ask him...

Q: Which way was he going?

A: Uh, towards Melrose but I didn't know if - I don't know what side he was gonna head to. I'm pretty sure he was going home, you know - you know what I mean?

Q: He was going south?

A: No he was going towards, um, from, uh, from Harvard he came.

Q: Mm-hm.

A: And Melrose is right here.

Q: So he's going north?

A: Yeah. No south, he's going south sir. I'm sorry, south.

Q: Southbound Harvard to Melrose.

A: Yes. And then I made him go eastbound on Melrose. So he could take me, um, via, uh, Vermont to, uh, that Presbyterian Hospital.

Q: Okay. So you went up - up or on Vermont there?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 20

A:     Yes, sir.

Q:     Queen of Angels.

A:     Yeah but he was very scared man, he didn't know what he was doing. He was, you know.

Q:     So he had no clue. He was just coming from Harvard?

A:     Yeah. Yeah he just - yeah he's like...

Q:     Okay.

A:     ...you know damn. You know you're coming across, you know.

Q:     Yeah. Uh, let's get back to the park. Uh, these guys that came up with these guns, uh, had you seen them in the park before?

A:     No.

Q:     Have you seen 'em in the park that night?

A:     No.

Q:     Neither one of them?

A:     Neither one of them.

Q:     So you got to the park at 8:30.

A:     Yeah around 8:20, 8:30.

Q:     8:20, 8:30. And you were just shooting around.

A:     Right.

Q:     You didn't play the game?

A:     No I didn't play the game.

Q:     And then you just hung out there till about what time? What time did this happen?

A:     S- after the lights went off, the lights go off like around 9:00. Like around I would say 9:15.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 21

Q:     And the lights were off at 9:00?

A:     Yeah. The park was closed already.

Q:     Okay. You see any park directors out there or anybody?

A:     No, not that I remember.

Q:     No? Do you know any of the park directors? Any people that work?

A:     Yeah but it's like - like you know when you go to a park when you go somewhere for a long time, you know, you - you get familiar with everybody?

Q:     Mm-hm.

A:     That's how, uh, I would...

Q:     So you didn't - there was none out there?

A:     No.

Q:     Okay. And the rec center was closed or was it open?

A:     No the lights were off. Every...

Q:     Lights were off?

A:     Yeah I mean it's - it's an outside park. There's still some lights and you can still shoot around.

Q:     Uh, was there lights inside the building at all?

A:     No sir. In the facility there wasn't any lights.

Q:     Okay. Okay.

A:     The only lights there were, there was the - the lights from the park, the - the ones that are like gold.

Q:     Mm-hm.

A:     That...

Q:     They're like the night lights?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 22

A:    Yeah.

Q:    Okay.

A:    But the big lights that li- light up the basketball court, those were off.

Q:    Okay.

A:    If that would help you in any way.

Q:    Okay. All right. So these guys show up and it's about 9:15?

A:    Yeah that's what I would - I would be estimating.

Q:    Were they male Hispanic?

A:    Yes, sir.

Q:    And they approached from the north off Hobart?

A:    Right.

Q:    They say anything?

A:    No.

Q:    Walked across the whole court to half court on the court that you guys were near?

A:    Yeah.

Q:    And they got to half court and you said they produced guns. Both of them? Did they stop or did they continue walking as they...

A:    No as ones - as - as I saw the - the back of the - this part of the gun.

Q:    Mm-hm.

A:    I was out. Uh, and I never looked back.

Q:    Okay. The one guy that you said looks like a rat, he was a short guy. Can you give me a description of him?

A:    He was wearing like that color of shirt. But short. Like short sleeve.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 23

Q:     Short sleeve?

A:     Yeah to the right side.

Q:     Okay. So he's male Hispanic. Was he, uh, a short guy you said?

A:     Yeah.

Q:     How tall do you think?

A:     Mmm- probably 5'6 or...

Q:     About how heavy?

A:     That I wouldn't say because his - his clothes was baggy, you know. I don't
       know how fat he was. You know?

Q:     Okay.

A:     The other cat was like 5'9 with a black hat with a - with a thin little mustache
       growing.

Q:     Okay. Hang on. Let me get to this...

A:     Sorry about that.

Q:     Baggy clothes, short sleeves, kind of a cream colored shirt?

A:     Yeah. Blue Levi's, the faded Levi's.

Q:     Was it t-shirt or a collared shirt?

A:     Collared shirt.

Q:     It was.

A:     Yes, sir.

Q:     These Levi's, were they short?

A:     No they were - they were very baggy.

Q:     Long?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 24

A:     Yeah long. They would even like cuff all the way down.

Q:     Cuffed?

A:     Like you know they were landing and they cuff up.

Q:     Oh yeah. And he pulled the gun out of where?

A:     Right in here.

Q:     He - what - did he have the revolver or did he have a different...

A:     He had a revolver.

Q:     You sure about that?

A:     Yeah. A re...

Q:     You know about revolvers?

A:     I've seen a revolver before.

Q:     Okay. From his right waistband or left? As you're looking at, he's coming like this or he's coming like this?

A:     He - he reached in like if the barrel was pretty long.

Q:     Okay.

A:     As he - as he pulled it up like this, the first...

Q:     Okay.

A:     ...the first pull he got stuck. And then - and then he went down.

Q:     Mm-hm.

A:     And then he went like this.

Q:     Okay. Right hand though huh?

A:     Yeah.

Q:     You describe that gun, what color?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 25

A: You know what? That's the only color I saw sir. Like the handle.

Q: This here?

A: Yeah from...

Q: Okay.

A: ...the doorknob sir.

Q: Okay. So it was silver or chrome?

A: Yeah. That's what I would say.

Q: Look like a big revolver?

A: Yeah.

Q: How long was the barrel?

A: I don't know sir, like...

Q: Long, like that long, this long?

A: I don't know, uh, honestly...

Q: That long?

A: ...honestly I - I didn't see. Once I saw that and I saw him, um, trying to pull the - the little cock that goes in the back, my - my brain just...

Q: That's when you...

A: ...my brain just said, "Wait a minute these - you know these guys don't have any knives," you know.

Q: Yeah. All right. Okay. This second guy...

A: He was wearing a white t-shirt.

Q: He's a male Hispanic?

A: Yes, sir.

Q: A white t-shirt?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 26

A: Yeah a white - yeah.

Q: Any writing on it?

A: No - no writing. Black, um, black, uh, black pants.

Q: Levi type or...

A: Yeah Levi type.

Q: ...shorts?

A: No Levi type. They were baggy as well. He had a black hat too.

Q: Ball cap, baseball type?

A: He had a baseball type hat.

Q: Any markings or logo or nothing...

A: Uh, I wouldn't - I wouldn't - I wasn't able to see it. You know 'cause some - some hats now they - they brought 'em in with that color of the - of the wool.

Q: Same color?

A: Same color. So I don't know if it was just the plain black hat.

Q: Okay.

A: Or it said any other - anything else. I wouldn't be able to...

Q: Nothing that you could see.

A: Nothing that I was - my eye was able to see.

Q: Did you see him pull a piece out?

A: Yeah.

Q: What - what type was it a small gun or...

A: I didn't - I didn't...

Q: ...a gun?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 27

A: In - in - in my - in my eyes, I believe that it was a small gun. Because he just had it on his black pants like this.

Q: In his pocket?

A: Yeah. He was walking like this at all times.

Q: Okay.

A: So when he put - when I saw him - when - when I first saw the guy with the revolver and then I looked at the other guy, to see if he was doing the same motions, he got stuck as he pulled the gun too.

Q: Out of his right front pocket?

A: Yeah. I saw him - when he went up like this, he got stuck. And then he went back down. As he got stuck, I was already running.

Q: And everybody ran at the same time pretty much?

A: Except Freddy. He said, "I don't gang bang no more." But it was already late. They already had shot. Or their intentions or whatever - whatever they had in their mind.

Q: You never saw Freddy run?

A: No like I said I was - I was - I was - I was gone sir.

Q: You didn't bother looking back?

A: No, I was trying to run - when I got hit for the first time, I was - I was praying to God man. Hopefully this guy doesn't hit my back or my head. You know?

Q: Mm-hm.

A: But as I got hit sir, I crouch and I continue to ran, you know what I mean, I didn't run like - like running in a 100 meters, you know. With form and everything, you know.

Q: You don't know where Robert ran?

A: No sir. After like - like I had told you on the - the last glance that I saw from, um, Andy when he was going down and after that, as he was falling down, I seen that he you know he didn't have control of a fall, right.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 28

Q: Mm-hm.

A: But I was - you know I - I was never assuming that he was just gonna stay there, you know, or they had really hit 'em in the - on the head and I didn't - I didn't know anything that he had gotten hit.

Q: Okay. All right. If you see these guys, photos of these guys, would you be able to recognize him?

A: The shooters, I'm - I'm pretty sure.

Q: Yeah.

A: Yeah, I'm pretty sure 'cause one guy looked like a rat man. You know?

Q: Okay. Was that the guy with the revolver?

A: Yeah. But he had like short hair, man like - like you know how gangsters used to wear like before they went bald.

Q: Mm-hm.

A: Like that type of short. But back.

Q: Combatable?

A: Yeah. But like...

Q: Did he have facial hair?

A: That I don't - I don't recall sir. But his...

Q: Slicked back?

A: Yeah slicked back. But his, uh, his jaw, everything was like pulled like a - like a rat, you know.

Q: Mm-hm.

A: But and - and, um, Galo and, um, Elger, they had gone to the liquor store to get something or drink, I believe. And when they were coming, they saw from afar. That's what had - Elger had told me, you know.

Q: Saw the shooting?

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 29

A: That - that yeah. I - I think. 'Cause he said damn - he said damn my nigga, the - how the guy was shooting, they were just fireballs. So I don't - I don't know - I don't know if they saw anything from be- from behind or from the side. I don't know, you know what I mean.

Q: You don't know which way these guys took off?

A: No. I'm assuming since they didn't come back this way, I'm assuming that they went back from where how they came from - from Hobart because after Hobart in the middle of the block.

Q: Mm-hm.

A: There's some light. And at the corner of the track, it's all pitch dark. Around the corner as you be coming to like ten yards into the corner, all that area is pitch black. All that area.

Q: Uh, this number 2 guy that got the smaller gun, how tall was he?

A: He was like 5'9. Something like that.

Q: About how heavy?

A: I don't know sir. He - he - he thin - thin build, you know...

Q: Why...

A: ...slim build.

Q: Mm-hm.

A: Like probably 150. 150 pounds. 150 to 160 I would say.

Q: Okay. What, uh, any facial hair or anything?

A: No I don't - that I don't recall. But his skin color like that other guy that - that I tell you that - that looked like a rat, he had sort of like my skin color, you know.

Q: Medium, uh, tone?

A: Yeah. And - and that other cat with the - with the black hat, he had, um, you know he had dark hair, black hair.

Case 3:16-cv-00057-MOC     Document 36-4     Filed 10/21/16     Page 168 of 223

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 30

Q:     Yeah. Mm-hm.

A:     But his skin color was like white.

Q:     Mm-hm.

A:     But not - not - I don't - I don't mean - I don't mean to sound any - any negative way.

Q:     Don't worry about it.

A:     Um, not your - your type of white is - is colorful.

Q:     Mm-hm.

A:     You know what I mean it's...

Q:     He was pale?

A:     Yeah. Like...

Q:     So the second guy was a pale - pale skin tone?

A:     Yeah. Like lighter than this.

Q:     Uh-huh.

A:     The inside right there. Lighter than that.

Q:     Pale skin tone. Hey I've heard everything. You don't - don't worry about offending me.

A:     No - no I - hey that's - that's not my - that's not my deal. You know?

Q:     Um, okay. But he was thinner?

A:     Yeah.

Q:     And this other guy he was short, you - you - you really couldn't tell what type of build he had...

A:     No.

Q:     ...'cause of his baggy clothes? You don't think he was...

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 31

A: I don't think he was fat though, you know.

Q: No?

A: None of them was fat.

Q: Did either one have any facial hair at all?

A: I don't, uh, the only - the - the guy with the black hat had like a thin little mustache like a little brushy mustache. Growing.

Q: Okay. So he had a thin...

A: Yeah. Mustache.

Q: Mustache. Okay.

A: Like a lot of little whiskers. That's...

Q: Nothing.

A: No, nothing.

Q: Not even as thick as yours, you're saying?

A: No just less - less than that.

Q: All right. Um, right now my partner is working up, uh, on some leads, uh, on the case. And if we develop some - some people, what I'd like to have you do though is, uh, um, you know we can do it now or set up a time. I'd p- I'd rather do it now have you look through gang books. These guys didn't say anything at all?

A: Not at all.

Q: The only thing you heard was from Freddy saying, "Hey man I don't gang bang."

A: He said, "I don't gang bang no more." Like - like a little bitch, probably like a little bitch man.

Q: Okay. Why do you think these guys singled you guys out?

A: Why? Maybe 'cause we were hanging out with Freddy. Freddy was right there and they wanted to get this guy.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 32

Q: Mm-hm.

A: That's - that's one conclusion.

Q: So they're throwing shots to get Freddy and not caring who they - who else they might have?

A: Exactly 'cause it - I mean, this is - this is what I'm thinking. Two guys right, supposedly - supposedly if they're after this guy Freddy 'cause this guy was a gang - gang - gang member or whatever he says three years.

Q: Mm-hm.

A: You know what I mean? There's - they s- they - they got two guys against one. Okay. But they see four guys. You - you know what I mean I - I'm not a tall guy, you know what I mean? Andy wasn't a tall guy. But w- we all seem a little bit you know - you know medium sized build, you know what I mean? So...

Q: You guys were bigger than those guys?

A: Yeah. I mean if they would have wanted a fist fight, they - I'm pretty sure it would have been handled, you know what I mean, but you know once I - once they see I - I'm assuming hey, once I see four guys and there is only two of us, the numbers then comes into play I'm assuming, you know what I mean? So I guess it just - or they just didn't think or they just didn't care. They just - they didn't care who they hurt.

Q: Yeah.

A: You know?

Q: Now and don't take offense at this but are you absolutely certain that you have never had any affiliation with that T-P-C?

A: No sir. No sir.

Q: Ever? How about, uh, how about Robert?

A: No sir.

Q: You sure?

A: We- positive sir. I mean, I'm gonna tell you. There are kids...

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 33

Q: Mm-hm.

A: ...kids okay, you're in the - you're in the neighborhood right? You're growing up in the neighborhood. You know? Go to the park, kids go to a park, you meet 'em. As they're growing up, they're growing up. You know what I mean, it's - it's what you do, what - what I do, what I do, what they do - what they do.

Q: Mm-hm.

A: You know? If they turn into gangsters or tag bangers, I'm not gonna stop talking to them because I'm still in the area.

Q: Mm-hm.

A: You know they're gonna turn around and be like who - who is this guy supposed - think that he is. You know and - and they're gonna kick my butt right. So that's like a little bit of my theory, you know, and it's - I talked to everybody. I talk to - I don't have no enemies.

Q: Do you go to that park fairly often?

A: Before I used to.

Q: Mm-hm.

A: You know?

Q: How often? I mean were you...

A: I - I so...

Q: ...like a regular there to play hoops?

A: Yeah. I was on - on - on summer - on summer days, Monday, Tuesday, Wednesday and Thursday.

Q: Oh. Every week?

A: Yeah. 'Cause it - I mean for summer days, I mean, everybody comes out.

Q: Sure.

A: And all the - all the pa...

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 34

Q:     That's what the park is for.

A:     Yeah all the basketball cats come out. And we play.

Q:     Mm-hm.

A:     You know, we release our stress, your mother - your mother, no, that wasn't no foul. Just stuff like that.

Q:     But never a run in with gangsters?

A:     Never run-in with gangsters. Uh...

Q:     Do you know who these guys run with? Or you got an idea?

A:     M-S. You know, that's the only thing but it's...

Q:     Who's in control of the park right now?

A:     I'm assuming it's M-S 'cause that's what they have tied down on the - on the - on the - on the other side of the court, where the water fountain is at, there's a bench right there. There's a M-S sign right there. You know, prior to that, M-S and T-P-C were supposedly going against each other, you know what I mean.

Q:     Mm-hm.

A:     But that - that was - I'm 30 years ol- I'm 29 years old. You know, to me that's kid's bullshit.

Q:     Mm-hm.

A:     You know what I mean? I know Robert for a long time, you know, me and him will go out to the club. Get drunk at the club.

Q:     Mm-hm.

A:     Or going to the club or after the club. But we never be like yeah, you know, this is - this is what we claim, this is that. This is this. You know?

Q:     Neither one of you were into that?

A:     No.

Q:     Any of that...

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 35

A:     Nor Andy - nor Andy. None of us.

Q:     Okay.

A:     We...

Q:     You guys had jobs?

A:     Yeah so I'm a truck driver sir. You know Andy was a - rest in peace, uh, some - something with, um, with the houses. He - he - he work somewhere in the houses. Some loan department I think. I - I don't recall...

Q:     Mm-hm.

A:     But something about lending money or loan officer. Robert he works a - I - I think a shipping ri- shipping and receiving. You know we - we get together, you know, at each other's house. We get drunk. Go to the club.

Q:     Mm-hm.

A:     Come back, get drunk and go to sleep. Next day go get some soup, get something to eat and that's our thing.

Q:     Mm-hm.

A:     Well it was, not no more, you know, I'm not - never going back to that park. You know?

Q:     Okay. Juan, I want you to stay in touch with us, and, uh, I know there was, uh, a lot of reluctance on your part early on. And, uh, maybe we got off on the wrong foot.

A:     I'm pretty sure 'cause they weren't understanding me. You know?

Q:     Well...

A:     And I understand that I probably I wasn't understanding you guys.

Q:     I - I think you got a little flip of my partner. Calling her baby and stuff like that. That's...

A:     Well...

Q:     ...that set a bad tone. S- what I'm saying is...

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 36

A: All right.

Q: ...let's put that behind us. Okay?

A: All right.

Q: We're starting from scratch 'cause what we really wanna do is find out who these guys are that did this. All right. And I want you to be in this for the long road for me. And we're not gonna lay you out. And we're not gonna present you, uh, we're not going to put out your address or phone numbers to anybody that we talk to. All right. You gotta keep in mind that you're a victim, uh, Robert's a victim just as much as Andy was a victim. Andy unfortunately lost his life. And that's a big deal.

A: And I'm - I'm...

Q: So...

A: He was a good friend of mine, you know.

Q: Yeah.

A: I'm - I'm trying - I'm willing to do and try whatever is possible.

Q: Okay.

A: That it's in my power.

Q: Well that means that when we call, we would like to have you be responsive to us. And we can always work out times.

A: Okay.

Q: To meet you, to, uh, have you come in, whatever is the most comfortable thing, uh, to do.

A: Okay.

Q: All right.

A: The - the reason why there was probably, um, issues sir because remember that on Wednesday I had lost my truck. I didn't have no means of transportation.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 37

Q: Okay.

A: It's - it's just me...

Q: I can live with that. But just - just be res- responsible to...

A: Okay.

Q: ...to tell us that okay?

A: Okay.

Q: We can work with you. That - we wanna work with you. We don't wanna screw you over. We don't wanna jerk you around. You - you're - you don't deserve that. You've been shot.

A: Right.

Q: Right? For no good reason. You're in a park playing basketball, is that a reason to shoot somebody?

A: That's bullshit to me.

Q: We're gonna - we're gonna - it is. It is. And at - and it's gotta stop. It's - it's - this whole city is just falling down with shit like this. Okay.

A: Man before the park wasn't like that. Man, before it was (Glanthoon).

Q: It's a nice park.

A: It was (Glanthoon). But they - they would let us play, they knew who the basketball players were.

Q: Yeah.

A: I - you know what I mean?

Q: Well...

A: And the - and all those little taggers that would go around there, they - they know who the basketball players are. They - I mean it's...

Q: I know.

A: It doesn't make sense to me.

INTERVIEW WITH JUAN LARA
Interviewer: Ofc. Thomas Small
Tape 376385a
10-18-05/10:30
Length: 47:01
Page 38

Q:                Let me go talk to, um, one of our gang officers. You got time?

A:                Yeah I got...

The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.

Signed _____

# EXHIBIT 22b



# CERTIFICATE OF ACCURACY

Net Transcripts, Inc. certifies that the document produced from the audio file named 5 - 376385b - Juan lara - 10.18.2005 provided by Federal Defenders - San Diego on the 6th day of October 2016 is a true and accurate transcription. The transcript was produced by Net Transcripts' employees and contractors to the best of their abilities and no intentional changes or redactions have been made.

Dated: October 18, 2016

Shane Mirkovich, COO
For Net Transcripts, Inc.

3707 North 7th Street, Suite 320 • Phoenix, AZ 85014 • 800.942.4255 • 480.556.9676 fax • www.NetTranscripts.com

**INTERVIEW WITH JUAN LARA**
**Q=Tom Small**
**A=Juan Lara**

Q:     Okay Juan, uh, while I'm waitin' for, uh, Officer, uh, Flores to come back - he's gonna bring a whole bunch of, uh, mug books up here to have you look through it, okay? What I wanna do is just - I have to give you an admonishment on lookin' at pictures. Okay? You'll be looking at a group of photographs - a number of photographs as a matter of fact - and you have to keep in mind that photographs, uh, may or may not contain a picture of the people we're lookin' for. Okay? If you're, uh, if you're certain that you see somebody in a photo or it's somebody that resembles somebody that you saw that night, just let me know. Okay? Uh, keep in mind though that the - these books you're gonna look at - some of these pictures are old. Some have long hair, some have short hair, some have pale looking complexions, some have dark looking complexions. Disregard that because sometimes that's a product of the light. You know, maybe the light is bright on a guy and it makes him look light. But there's somethin' about the feature of the guy that it rings a bell, that could be the guy. You know?

A:     There's a - like a...

Q:     Well, let me just finish this...

A:     Okay.

Q:     ...real quick. So photos don't always depict the true complexion of people is what I'm tryin' to say. Uh, don't pay any attention to any markings or numbers that may appear on any of these pictures and, uh, don't pay any attention to any differences in the type or style of the photograph. In other words, you might have a Polaroid picture and you might have a - a studio picture. You know? They're different types of photographs, but they're - they're still a guy. All right, so that's not indicative of anything.

A:     Right.

Q:     'Cause we throw a lot of different types of pictures in these books. Okay? Um, it's not gonna take you a long time to go through 'em, but there's about, I

Q: don't know, at least five - six volumes or so of these books. All right? And all you're gonna do is just flip through 'em, look at the pictures. And there'll be numbers on the bottom of these pictures and if there's somebody there that ya see that looks familiar...

A: Would you - would you guys be able to, uh, go out and, uh, try to like - some nicknames of those gangsters? Would that help too?

Q: If you know - if you heard something or you heard...

A: 'Cause I heard - I heard that, uh, um, at Andy's mineral - uh, funeral.

Q: Mm-hm.

A: Somebody showed up and he's like, "Yeah, I heard these names, but you never heard it from me." Um, it's called, uh, Ratón.

Q: Ratón?

A: Yeah that means - that equals to, uh, to mice - mice or a mouse…

Q: Mm-hm.

A: …in English. And the other one they called Chueco, croo- uh, crooked or wicked, something like that.

Q: Okay, so you heard those names?

A: Yeah.

Q: Who is - who was it that told you that?

A: Huh? Um, they had - someone had told Galo and Galo came and told me, and after that, uh, the guy just had left, uh, the - the scene of the - at, uh, Forest Lawn.

Q: Mm-hm. So some guy told Galo he heard two names.

A: Yeah.

Q: And one was Ratón?

A: Yeah.

Q: And it's R-A-T-T-O-N?

A:     With just one T, though.

Q:     One T?

A:     Yeah.

Q:     Okay.

A:     And the other one was Chueco.

Q:     How do you spell that?

A:     Uh…

Q:     Chueco or Chueco - Chueco?

A:     Yeah. With a C-H-U-E-C-O. Yeah, that's right. Chueco.

Q:     But that means crooked?

A:     Yeah.

Q:     Okay. Can we find out who the person was that come up with this?

A:     Um, Galo told me that, 'cause I was sitting down on the reception. I was sitting down. They were viewing Andy.

Q:     Yeah.

A:     When they were viewing Andy, I was just in the other room. I was sitting down and he just came across to me and they - those names just stuck to me.

Q:     Okay.

A:     You know? The - the reason why I tell you, because I'm - to me those, like common - like common sense, you know?

Q:     Mm-hm.

A:     'Cause like I was telling you, that guy - he looked like a rat, you know what I mean?

Q:     Mm-hm.

A: So, Imma - Imma - you know?

Q: Uh, let's go back to these suspects a second. The first guy, the guy that pulled out the big revolver.

A: Yeah.

Q: How old would you say he was?

A: Probably no more than 30s or - I mean between the - the age bracket of 20 to 28, that's what I would say, sir.

Q: Twenty - 28?

A: Yeah.

Q: Not - not over 28? Not in the...

A: I don't - I don't - I mean, uh, I wasn't able to get like near them and look at the wrinkles.

Q: So they looked...

A: They looked young.

Q: Young but...

A: Like young adults.

Q: ...not - okay.

A: You know? Like...

Q: Twenty to 28 for both of 'em?

A: Yes, sir.

Q: Okay. All right. Well I read you that admonition. I'm gonna show ya one set of photos that I have here now. Okay? Is there anybody in this ID number what is it - 118 - 118 - anybody that looks, um, familiar to you?

A: No.

Q: Nobody in there?

A: But that guy - that guy had short hair like this.

Q: Okay.

A: That combable hair.

Q: Okay so you're pointing at this guy that - we'll call him number 6. One, two, three, four, five six. Just referring to his hair?

A: Yeah.

Q: Okay, but it was combed?

A: Yeah, but he had, uh, these - these type of, uh, entrances on the forehead…

Q: Mm-hm.

A: …that were deep. That, you know how this - the outline of his hair?

Q: Yeah.

A: You know how this outline of the hair goes...

Q: In other word's it's receding.

A: Yeah.

Q: So a little bit of a receding hairline, but slicked back. Receding like mine or...

A: No, like - like mine.

Q: Like yours?

A: Yeah.

Q: Okay, so...

A: Like a young man's hair, you know? Like…

Q: Mm-hm. Yeah. I get it. Or a high hair line, huh?

A: Yeah.

Q: Okay. Let me see where Frank's at. You wanna a cup of coffee?

A:        Uh, I'll be fine, sir.

Q:        You sure? You wanna sit in here, okay? You wanna sit out in the front till he gets back up here?

A:        Uh...

Q:        Why don't we just stay here 'cause you - we're gonna move you back and forth then, so...

A:        Yeah.

Q:        Okay, I, uh, I'll go see what he's doin' and, uh, once he gets back up I'll bring those books and you can page through 'em.

A:        Yeah and, uh, maybe if you'd get that, um, that...

Q:        Oh, the card?

A:        Yeah.

Q:        Yeah. I'll get that for ya too.

A:        Do you have a police report too? Because, uh, the lady from the hospital - that - they were saying that they want a police report so they could, uh, pay for my, uh...

Q:        Uh, this - this, uh, this'll take care of it. This - this fella here.

A:        Oh, okay.

Q:        Okay.


The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed_____

# EXHIBIT 23



# <u>CERTIFICATE OF ACCURACY</u>

Net Transcripts, Inc. certifies that the document produced from the audio file named 6 -

376049b - Roberto Ramos - 9.29.2005 provided by Federal Defenders - San Diego on

the 6th day of October 2016 is a true and accurate transcription. The transcript was

produced by Net Transcripts' employees and contractors to the best of their abilities and

no intentional changes or redactions have been made.

Dated: October 19, 2016

Shane Mirkovich, COO
For Net Transcripts, Inc.

3707 North 7th Street, Suite 320 • Phoenix, AZ 85014 • 800.942.4255 • 480.556.9676 fax • www.NetTranscripts.com

**INTERVIEW WITH ROBERTO RAMOS**
**Q=Woman**
**A=Roberto Ramos**

Q:     Okay. Do you have any ID with you? Now tell me did you go to Kaiser?

A:     Yeah.

Q:     You went to Kaiser. Okay. And you're the one who got shot in the wrist, is that correct?

A:     Mm-hm. Did my friend die at the scene?

Q:     No he didn't. He died at the hospital. He was still alive at the scene.

A:     But he may have got up from there?

Q:     That's what we're trying to figure out so that's why I'm here to talk to you and - and for you to tell me the story. I have talked to, um, Elger and, um, the guys that were in the car...

A:     Yeah but they weren't there.

Q:     ...and - but they weren't close enough to see really what happened and that's why it's really important for you to give me that information - as much information as you can, okay? I know it's a very difficult time to think but if - the faster that we can get the information the faster we can do the right thing by Andy, okay? So y- you - is this your correct address?

A:     Yeah.

Q:     You still live there on Normandy?

A:     Mm-hm.

Q:     Okay. Did you go to, um, Fairfax with all the other guys?

A:     No.

Case 3:16-cv-00057-MOC     Document 36-4     Filed 10/21/16     Page 188 of 223

Q: Is that how you know each other?

A: No. We met (each other at) the park.

Q: From the park. Okay. And do you work, Robert?

A: Not at this moment.

Q: Okay. Do you - can I see your wristband for a minute to see what your patient number is on there? You - you don't have Kaiser as a medical plan do you?

A: I still do, yeah.

Q: Oh you do.

A: I do it expires on the 30th. I believe.

Q: Do you know is that your correct re- medical record number, do you know?

A: I believe that's it.

Q: Okay.

A: Just (unintelligible) looking.

Q: Okay. All right. Tell me what - tell me what happened tonight.

A: I don't know. We played basketball as usual (unintelligible) we sit on the bleachers and talk, you know? Bullshit pretty much, you know? And some teen guys - just some guys come in from afar, you know, just walk and, uh, and I believe it's Romaine that street that turns along the freeway. Just goes a little bit past the park and we got these two courts and there's a little fence that divides the two courts. They got about that far and they pulled out a w- one weapon at least I saw, then we started running and started shooting. I don't know (unintelligible) shooting. They're just firing but I did see the guy pull out the weapon, you know? Got the body and that was it.

Q: What did you do when you saw the weapon?

A: Took off.

Q: Where did you take off to?

A: Uh - uh, you know, I don't know how to explain it. But, you know, I know

next to the bleachers along at the fence off the baseball field.

Q: Okay.

A: From there onto the street, you know? I just kept runnin' 'cause I could hear them shooting still, like, you know, like chasin' us.

Q: And where did you go?

A: I - you know what? I'm - I went on the - on that little street. I don't even know what the little street is and then I walked through there (unintelligible). And someone blocked, you know, when I got to the corner, like, pulled into this house driveway and, uh, hit the front end in and I thought this guy's - if they're still followin' me they're gonna come - come right here. So I went back out and I kept running across Novis, went onto Kingsley, out to Maplewood, and then made a left. And I live on Maplewood and (unintelligible) so I just, you know, got in the driveway and (unintelligible), you know?

Q: Okay. So you ran all the way from - in a kinda circular way back to your house?

A: Mmm. Actually (unintelligible)...

Q: Actually it was this way.

A: Actually, not really. It was more, like, it was more, you know, you know how (unintelligible). Well sort of I guess.

Q: Okay. Let's talk about the park 'cause I - I was out there tonight and, um...

A: Yeah.

Q: ...maybe it'll be easier for you if we draw a picture. So I'm gonna say that the benches - well there's two cement benches here...

A: Yes.

Q: ...and here and then there's some bleachers in the middle, right?

A: Actually no. There's, uh, (unintelligible) bleachers - oh there's, yeah, you're right.

Q: There's like…

A:        There's two cement bleachers - cement bleachers...

Q:        …two (unintelligible) benches.

A:        We were sittin' right here.

Q:        You guys were here.

A:        Mm-hm.

Q:        Where were you sitting?

A:        I was sitting right on the corner.

Q:        You were on the corner?

A:        Mm-hm.

Q:        Here at the end?

A:        Mm-hm.

Q:        And who was here?

A:        Juan.

Q:        Juan?

A:        He was laying down.

Q:        So he was laying on the ground?

A:        No, on the bench - on the bleacher.

Q:        Oh on the bench. Okay. And who was here?

A:        Andy. I was on the top - the top bleacher...

Q:        And you were up here?

A:        ...and Andy was low. Andy was right on the bottom one.

Q:        And - and Andy was here?

A:        Mm-hm.

Q: Okay. And so you were here. Okay. Now there's the - let's see - I ran outta room. Okay. Over here - this is Lemon Grove.

A: Mm-hm.

Q: Right? And over here is Hobart, right?

A: Hobart becomes (unintelligible).

Q: Right. And it's t- circles around here like that?

A: Yeah.

Q: Okay. And then, um, I can't remember what this little side street is either. It starts with a K. I don't know.

A: Kingsley? But I don't think it's Kingsley.

Q: (Unintelligible) Kingsley, no.

A: I don't know the road. But it's not Camera either.

Q: Anyway you know what I'm talking about.

A: Yeah.

Q: There's a street that you - it dead ends into Lemon Grove, right?

A: Mm-hm. Okay.

Q: And then there's - there's, like, a parking lot here and then there's the park...

A: Actually a little parking lot runs along the (unintelligible).

Q: Right - right. But the driveway's here...

A: Yeah.

Q: ...and it runs along here.

A: Mm-hm.

Q: And then there's a park building - a big park building here, right?

A:    Uh, actually they - they - I mean it's sort of a circular thing that - about to there. And there was some...

Q:    And there's some steps that go up to it...

A:    Mm-hm.

Q:    ...right?

A:    Mm-hm.

Q:    We'll mark the steps this way, okay? And then it's split by two basketball courts, right?

A:    Mm-hm.

Q:    One on this side, one on this side.

A:    Actually from - from - from this point, um, where the stuff - it's, like, bleachers facing right - right into the - into the batting cage and that is just some steps...

Q:    Right.

A:    ...like - like, you know, a cement...

Q:    Right.

A:    ...a cement thing.

Q:    The parking lot's more over here.

A:    Yeah.

Q:    So let's say the building's here.

A:    (Unintelligible) where you have is - is - is perfect...

Q:    Okay.

A:    ...you know what I mean? 'Cause we - the - this - this - the - since you said this was a (unintelligible) the bleachers would be right about here - right about there.

Q:    Okay.

A:      And these were the batting cages and the (unintelligible).

Q:      Right.

A:      Right there. Right behind us. And (unintelligible) took off and...

Q:      You'd start running this way.

A:      ...running. Mm-hm.

Q:      Okay.

A:      Left to (unintelligible) try to (unintelligible) the cement bleachers and one of 'em, like, a batting cage and just kept goin' straight (unintelligible).

Q:      Did you all run the same path?

A:      No, uh, actually when we were runnin' - I - I don't know about - I think it was - I think that was the last (unintelligible). I think Freddy was already running and actually was in front, you know, and he fell right in front of me. And - and I just jumped right over him and...

Q:      Freddy fell?

A:      Uh - uh, Andy...

Q:      Andy.

A:      ...was the person who got shot.

Q:      Where did Andy fall?

A:      Uh, he fell, like, right - right in front of me so there at the cement bleachers.

Q:      Did he fall on the cement?

A:      Yeah he fell on the cement.

Q:      Okay. Did he move after that?

A:      I don't - I don't know.

Q:      You don't know.

A:    I didn't have time to wait.

Q:    Okay.

A:    I just run. But I don't know him and hopin' not to get shot.

Q:    Did you know that he had been shot?

A:    I didn't know.

Q:    Okay.

A:    I didn't know if he was shot at that point or just fell and slipped, you know?

Q:    When did you realize you were shot?

A:    The minute I - the minute I ran.

Q:    Oh okay.

A:    I believe I took the first shot.

Q:    Okay.

A:    Yeah.

Q:    Did - do you remember running straight across this walkway? Because there's t- there's another, like, small walkway here and there's - there's this walkway that goes directly out to the parking lot. And then there's a third, like, upper level - up here.

A:    Yeah. No I ran - the - the upper one - it's - it's sort of circular...

Q:    Right.

A:    ...and no - I ran straight through. As a matter of fact there's a new, uh, bench for bicycles I believe. I ran - I ran right over there.

Q:    Straight.

A:    Straight, you know? Into the driveway and then a quick left and then it's turn at that corner and just keep going.

Q:    Okay. Do you know where Juan was?

A:    Juan I believe cut to the right.

Q:    Hm.

A:    'Cause I know - I know Freddy was along - running along - along - along my side even though he jumped into the street I just kept going on the - on the - on the (unintelligible) sidewalk. And Freddy - he ran, you know, a long distance on that (unintelligible) ground.

Q:    So you don't remember going over any kind of cement blocks or cement block?

A:    No I did not go over none s- I did not...

Q:    Okay.

A:    ...go over any of that.

Q:    So as you're running who takes off first? Do you think it was Andy...

A:    Uh...

Q:    ...since he's here?

A:    ...uh, you know what? I think for some reason I think Juan was in front. Freddy was right next to Andy and I was right behind Andy (unintelligible).

Q:    Okay. So Juan, then Andy, then you, and then Freddy?

A:    Mm-hm.

Q:    Okay. And Andy falls.

A:    Yeah.

Q:    And you remember seeing Freddy next to you as you were running?

A:    Well not - not at that time. Once I made it out to the street and crossed, uh, crossed the - the sidewalk that's when I saw him running right next to me, you know?

Q:    Okay. So it - do you know what happened to Freddy?

A:    No I don't. I don't 'cause I know he stopped and he said something to me. I don't really remember. Like, halfway down the block he said something and I

didn't even look back. I thought I saw him stop, you know, and I just kept goin'. And there's a market on the corner and there is some kind of building and there's a house. I run into that driveway of that house, you know? 'Cause it's dark - there was no lights on or anything. I (unintelligible). He's not open. He's got a gate but it's further in so I went and hid in a little corner. There's some trashcans. And I don't know - I just started really thinkin'. I was there for maybe, like, ten minutes. Started thinkin' that they were still gonna keep comin' so I just came back out and, you know, kept runnin'.

Q:     Okay. Let's go back to when you saw the guys coming at you. What direction were they coming from?

A:     They were coming from here.

Q:     Okay.

A:     (Unintelligible) all along this side looking (unintelligible) the park.

Q:     Okay.

A:     And there's - there's a fence that runs - that divides the - the two...

Q:     Right.

A:     ...part and, uh...

Q:     Soccer field.

A:     ...yeah the running area.

Q:     Okay.

A:     Kinda (unintelligible) in front a there.

Q:     Okay.

A:     And then there's another little fence runnin' in the middle of the park.

Q:     Right.

A:     Then when they got - when they got to right here the guy - the guy pulled out piece - a gun.

Q:     So you see the gun when he's here at this little fence...

A:    Yeah.

Q:    ...area?

A:    Yeah they didn't - if somebody got - they move - you know what? If they got any closer we all probably woulda (unintelligible).

Q:    Okay.

A:    'Cause they got it - like I said they s- you know, I mean...

Q:    Did they s…

A:    They did not say anything. They did not, you know what I mean? Like, i- I mean if you think you're involved in something, you know what I mean, or somebody's comin' after you? Or gang-related, you know, as far as I know they need you to claim something or to say something. These guys didn't say anything, you know?

Q:    And they - you know they were coming directly for you?

A:    I, you know, I don't know. I just - all the guys look at, like, "Be careful," you know? I mean, you know, I hadn't - (unintelligible) me. I believe I reached for a bottle from the can. Freddy got one to and Juan had one too. I don't think - I don't think that Andy got anything. And, you know, I don't know. Just something (unintelligible) 'cause they didn't - they didn't look - they didn't look like somebody who was walkin' just, you know?

Q:    When did, uh, so but you saw the gun here, right?

A:    Yeah.

Q:    When did you tell him to be careful?

A:    Oh from the time that I saw 'em, like, comin' from the street, like, halfway.

Q:    Okay. So that - that's when your antenna went up is when you saw 'em on the street.

A:    Yeah.

Q:    And then here they pulled a gun?

A:    Mm-hm.

Q:    And do they cross this way...

A:    Yeah.

Q:    ...right directly to you?

A:    Mm-hm.

Q:    Okay. How close do they get before you guys start running?

A:    I don't even know. Like, the minute they - the minute they got to that middle fence.

Q:    You start running?

A:    They - well the guy lifted his shirt and I saw him pull out. He had, like, a silver weapon, you know? And, like, you know what? To be honest I don't - if he woulda had a - not a knife, you know, forget it. Because I saw him, like, do something, you know, like, you know what? You know, not cocked the - the gun, like...

Q:    Like he was loading it?

A:    ...(unintelligible) li- like a revolver.

Q:    Okay.

A:    'Cause he pulled the - the thing in the back doesn't it? (Unintelligible).

Q:    Yeah.

((Crosstalk))

A:    That's when I saw him, like, go like this and I don't - it's just - and like I said I'm - 'cause I heard the first shot and then as soon as I heard it I felt my arm hot, you know?

Q:    Okay.

A:    And then, like, after that I don't know how many more shots were (unintelligible) - were there.

Q:    Okay. Let's talk about the guy with the gun. What does he look like?

A:    I know he was a very light-skinned.

Q:        Light-skinned?

A:        Yeah.

Q:        Was he Hispanic?

A:        Yeah - all Hispanics.

Q:        When you say light-skinned would you say as light as me?

A:        Probably not as light as you.

Q:        What about his hair?

A:        I think it was not - not very long, not very short. A little wavy.

Q:        But he had hair?

A:        Yeah.

Q:        Uh, how tall do you think he was?

A:        5'5", 5'7".

Q:        How much do you think he weighed?

A:        He looked like maybe 160?

Q:        Okay. So a little - little goofy.

A:        Mm-hm.

Q:        How old do you think he was?

A:        He don't look like a kid. I would say late 30s.

Q:        Really? Late 30s?

A:        Mm-hm.

Q:        Okay.

A:        Mid-30s, late 30s.

Q: Okay. Clothing.

A: Black pants.

Q: Okay.

A: White tennis shoes and sort of cream, yellow shirt.

Q: Was it a T-shirt?

A: No. You know that with button.

Q: Buttoned-down?

A: You know, shirt sleeve.

Q: Anything else about him? Could you see any tattoos or anything?

A: No - no.

Q: Okay. This is the shooter, right?

A: Guess he had (unintelligible).

Q: Okay. What about the second guy?

A: The other guy, uh - uh, a little taller, thinner.

Q: Would you say he's light-skinned, dark-skinned?

A: Dark-skinned.

Q: Dark? How much hair?

A: He had a black hat.

Q: He had a hat? Baseball hat?

A: Yeah.

Q: Did it have a logo on it?

A: No. Just (unintelligible).

Q: Okay. What was he wearing?

A: Black pants, black chino, and black shoes.

Q: What color shirt?

A: Sort of, like, blue (unintelligible). I mean a checkered shirt blue.

Q: Was it buttoned down too?

A: Yeah. But (unintelligible) sleeve.

Q: How old do you think he was?

A: He looked younger, like, you know, early 20s.

Q: How often do you play at the park?

A: Monday through Thursday.

Q: So you - you're there a lot.

A: Yeah.

Q: Have you ever seen these guys there before?

A: No. And - because - because I guess I just looked, like, more at the guy with the white gun that I didn't concentrate on the other guy but it looked like somebody that I know but I haven't seen him in years, you know? I, uh, yeah (unintelligible).

Q: Do you know the - the person that you're thinking of - do you remember their name?

A: No.

Q: No?

A: I - I mean I know him when he was little. Yeah. So I - I saw him recently at the park and - but I don't know - but I don't know what he's into now - what he does now. But I (unintelligible).

Q: So you - you saw your - the person you used to know or the guy who was the shooter?

A: The - they - the thinner, taller guy...

Q:      Oh was he...

A:      ...was the - the thought the person that I - that I...

Q:      ...that you used to know?

A:      ...that I think I used to know.

Q:      Okay. Okay so you run home and then who takes you to the hospital?

A:      My girlfriend.

Q:      That's your girlfriend?

A:      Mm-hm.

Q:      What's her name?

A:      Uh, Janet.

Q:      What's her last name?

A:      Villeta?

Q:      What?

A:      Villeta, V as in Victor.

Q:      Mm-hm.

A:      I-L-L.

Q:      Mm-hm.

A:      E-T-A.

Q:      Okay. Do you know her birthday?

A:      Um, no.

Q:      Ooh. Bad boyfriend.

A:      Yeah.

Q: I'll ask her.

A: It's, like, uh...

Q: Do you guys live together?

A: Yeah.

Q: Okay. So she has the same address?

A: Yeah.

Q: What's, um, do you have a cell phone number?

A: Uh, you can write down the cell phone numbers.

Q: Okay.

A: It's ███.

Q: Uh-huh.

A: Uh, (unintelligible).

Q: That's okay. I can ask her.

A: ██████

Q: Okay. Let me ask you this, Robert. Do you go by Roberto or Robert?

A: It, um, it depends. Uh, you know what? The guys that I - that I know - that I was with, they call me Lepo.

Q: Okay. Lepo.

A: (Unintelligible). I mean, some of 'em do know my name but (unintelligible) call me.

Q: Oh I have - I have an uncle who was Roberto but he goes by Bobby so...

A: Yeah.

Q: ...well I want to call you what people call you

A: I mean, you know what, most - most of us know each other for years and we

just know each other by, like, nicknames.

Q: Okay.

A: Even though we might know each other's name but it's (unintelligible).

Q: Yeah. 'Cause some of the guys - like, Elger s- calls you Robert so...

A: Yeah.

Q: (Unintelligible).

A: But I - but he usually calls me Lepo…

Q: Oh.

A: ...but I guess, you know, (unintelligible).

Q: Okay. Um, does Freddy have a - a name that he goes by?

A: Uh, no. Freddy - that's (unintelligible).

Q: Freddy?

A: Yeah.

Q: Do you know Freddy very well?

A: Uh - uh, I mean only - I - I can say that I'm closer to the other guys than I am to him. Only now, you know what I mean? I know him. He's been going there for years too.

Q: (Unintelligible). He's - he's older than you, right? A lot older than you?

A: Uh, I think (unintelligible) - about two or three years - no three years, yeah.

Q: Oh okay. What's your birth date again?

A: Uh, ███████.

Q: Boy you look a lot younger than that. I thought you were like these other guys that have 1982 as a birth date.

A: Oh. Oh it's...

Q:     You've got good genes. Um, okay. Have you - have you known Freddy to have any problems with anybody in the neighborhood?

A:     The truth?

Q:     Mm-hm. I need the truth.

A:     Yeah - yeah. There's been problems with MS.

Q:     Okay. So let's talk about that. Do you think that that's what it possibly could have been tonight?

A:     Yeah - yeah.

Q:     You don't seem sure. If you s-

A:     You know - you know what? Because these people did not say anything. I can't say I...

Q:     Okay.

A:     ...(unintelligible). Like I said I've been goin' there for years. I've been goin' there for almost 20 years. I grew up in that place and - and I knew most of the kids that grow up, you know what I mean? Like, I seen 'em and everything and, you know, like I said I've never been involved in gangs but from what I hear there is a certain code -- ideas -- or whatever they follow. As far as I've heard obviously when you're on the streets that doesn't apply - this - so I don't know what the situation is. I never - I never had a broken bone or anything much less being shot or (unintelligible) or stabbed or anything, you know? So I am not (unintelligible). I just (unintelligible).

Q:     Did he ever talk to you about it?

A:     Uh, no.  We saw - this is goin' back six months or so - maybe a little more. You had - they came after him. There was some fights and stuff. You know, they're tryin' to rob him but...

Q:     Did - did the police get involved?

A:     Mmm, not that I know. Not that I know. Is (unintelligible). They went after him, you know, when we were there - whenever - when they went after him and - and then there was another incident where I think he - he was with big boys that actually showed up as you can tell. And they were then (unintelligible) anything we were there too. And (unintelligible) this is early when the lights are on (unintelligible) - something like that. And they came to

another number and I know they all three had weapons. And the way they'd sit up, you know, it's, like, you better not get in the way.

Q:     This is tonight?

A:     No this is a few months back.

Q:     Oh.

A:     And then basically there were - there - (unintelligible) I would say they run - they ran then because it was, like, a group of maybe, like, six, seven that were claiming something, you know? Uh, and as far as I know the incident with MS happened because there was this other kid there one time that was running and (unintelligible) told Freddy, "Look. This guy's tryin' to beat me up." So Freddy went in - and went in and beat that guy and that guy tellin' him, "I'm from such-and-such." And Freddy tellin' him, "Fuck you," and, you know what I mean? And so pretty much insulted his - their gang. And that's when everything started. And then they basically tell him that if he was to stay there, that they were gonna kill him and everybody else left too. We didn't go back into the park - park until recently 'cause we knew it was hot. There were a lotta kids there hanging out on the opposite bleachers to where we were and they were all gang-affiliated, you know what I mean? But they would never come to us because we knew - they knew that we were not involved in their gangs. They were on the ground (unintelligible) and no (unintelligible). They disappear. A few months later there's other people from the bleachers disappear too and (unintelligible) and then we started going play - then we started going back to play basketball. All of a sudden - we started going back about four months ago. Well, three - three months - three months ago. We started going back there, you know, when it was safe then, you know. And everybody started goin' back and they started playing like it was normal.

Q:     Okay. Do you know where Freddy lives?

A:     Exactly? No.

Q:     He lives in the neighborhood though?

A:     He lives, uh, I know it's (unintelligible). It's two blocks up there - two blocks to the west of - and I tell you goin' up Beverly?

Q:     Mm-hm.

A:     Two blocks up the Western.

Q:     Going west?

A:     Goin' west. You go on Beverly (unintelligible) two blocks past Western. You make a left. You go up, uh, I believe it's two blocks - two blocks and a half.

Q:     Would that be Wallaby (unintelligible)?

A:     I don't know. I know - I know at the end of that block is Second.

Q:     Okay.

A:     But I think the street is Serrano I think.

Q:     Serrano. Okay. All right, Roberto. Um, what I would like to do is call our forensics who, um, is a composite artist and, um, she's really good at pulling your memory out and making a picture, um, of this guy's face - the shooter's face. And, um, I'm wondering if you're up to do that. Um, she won't be able to get there tonight so, um, we'll have to do it sometime tomorrow but, uh, would you be willing to come back and work with her and get a - a - a picture together?

A:     (Unintelligible). I don't know if I can do it tomorrow, you know what I mean? Gotta find out what's wrong with - with them - with the family. Gotta find - I gotta find Juan, you know? So I don't know if I can do it tomorrow.

Q:     Well it's really important that we get it done as soon as possible before you lose any kind of real vivid memory so I really need you to get in here at least tomorrow afternoon after you get some sleep and get it done. The sooner the better. If you could come in in the morning it would be actually better, you know? Get a couple hours of sleep and then come in and meet with her. I have to check with her schedule. Normally what I do is I give her your information - give her your phone number and then she works out a time that you both can come in. Would you be willing to do that?

A:     Yeah that's fine.

Q:     Okay. Her name is Marilyn Droz. She's a really nice lady and she's really, really good at her job. You'll be surprised what a good job you do with her. Did I give you a business card already?

A:     No.

Q:     I'm gonna write Marilyn's name on the back here. And I will have her give you a call, okay? I'm gonna let you go home and get some rest. And I may need to talk to you again. They're really important to us finding who did this to Andy so, um, I might give you a call back and ask you some more

questions, okay? If this - is your girlfriend's the nu- the best number to get you?

A:    You can call my house.

Q:    Oh okay. Is that your house?

A:    No.

Q:    Okay.

A:    The number - that's her cell phone.

Q:    Okay. What's your house number?

A:    It's, uh, █

Q:    Uh-huh.

A:    ████.

Q:    Okay.

A:    (Unintelligible).

Q:    Okay.

Dispatch:    (Unintelligible).

The transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed_____

# EXHIBIT 24

# Detective's Case Progress Log

Detective Name: **CECCIA, VITO**

Case: **0505:06C06-018**          DR: **8564208**          Category: **1**

---

FOLLOWUP:     Date Due: **05/15/2005**     Date Completed: **05/18/2005**          Multiple **(X)**

**(X)**Cleared by Arrest   ( )Cleared Other   ( )Report Unfounded   ( )Investigation Continued

---

INTERVIEWS:

| Role Date | Name | Res Phone | Bus Phone | Comments |
|---|---|---|---|---|
| / / | | ( ) | ( ) | |

---

DMV Info:

MS HARVARD GANG MEMBERS

---

SUSPECTS/ARRESTEES:

| | | | AI Nbr | Bkg Nbr | CII Nbr | FBI Nbr |
|---|---|---|---|---|---|---|
| A | 8564208 | MONTES, ALEX | | 8564208 | | |
| A | 8564350 | RODRIGUEZ, MAURICIO | | 8564350 | | |
| A | 050600926 | MONTES, ALEX | | 8564208 | | |
| A | 050600926 | GONZALEZ, YOALMO ARTURO | | 8564236 | | |
| A | 050600926 | RODRIGUEZ, MAURICIO | | 8564350 | | |
| A | 8564236 | GONZALEZ, RENE | | 8564236 | | |
| | | GONZALEZ, YOALMO ARTURO | | | | |

---

TELECOMMUNICATIONS MESSAGE DATES:

| anted Sus | In Custody | Crm Rpt Inf | Property | Cancel | Supplement | Other |
|---|---|---|---|---|---|---|
| / / | / / | / / | / / | / / | / / | / / |

---

ADDITIONAL ACTIONS (CHECK)

( )Prints ( )Crime Lab ( )Photo ( )DMV ( )TT ( )Polygraph ( )Crime Analysis Date:   / /

( )Property Examined:   / /     ( )Property Dispo:   / /     ( )15.25 Sent:   / /

( )Police Bulletins, (etc):   / /

---

CASE NOTES -- ADDITIONAL INFO (Warrants, Other Agencies contacted, etc)

05/09/2005   Report: 050600926/I was previously assigned to div/tbl: 06/
             and is now assigned to case: 0505:06C06-018 BY 17667

05/09/2005   Report: 8564350  /A was previously assigned to div/tbl: 06/
             and is now assigned to case: 0505:06C06-018 BY 17667

05/09/2005   Report: 8564236  /A was previously assigned to div/tbl: 06/
             and is now assigned to case: 0505:06C06-018 BY 17667

05/09/2005   Report: 8564208  /A was previously assigned to div/tbl: 06/
             and is now assigned to case: 0505:06C06-018 BY 17667

05/09/2005   Report: 050615531/I was previously assigned to div/tbl: 06/
             and is now assigned to case: 0505:06C06-018 BY 17667

05/10/2005   Case Summary:
             On 05/07/05 the Victim-███ was working on his vehicle parked on the street
             when Suspect Rodriguez along with Subject 1-Montes and Subject 2-Gonzalez

LAPD 01.44.0 (DCTS R 9/97)

# Detective's Case Progress Log

Detective Name: **CECCIA, VITO**

Case: **0505:06C06-018**          DR: **8564208**          Category: **1**

---

approached him.  Suspect and Subjects asked ▮▮▮ what gang he was from and started harassing ▮▮▮. ▮▮▮ told Suspect and Subjects that he was not in a gang and walked away.  Suspect and Subjects left the location.  Lopez returned to work on his vehicle with Victim-▮▮▮ and Witness-▮▮▮.  ▮▮▮, ▮▮▮ and ▮▮▮ were approached by Suspect and Subjects, Suspect pulled out a gun (described as a large revolver) from his waistband and pointed it at ▮▮▮ and then at ▮▮▮ who ran northbound on Kingsley.  Suspect shot at ▮▮▮ who then ducked behind a bush.  ▮▮▮ observed the dirt flying around him as bullets struck the ground.  Suspect and Subjects ran southbound on Kingsley to Melrose.  ▮▮▮ followed after them at a distance and flagged down Officers who were responding to the radio call of "shots fired."  ▮▮▮ directed Officers to an MTA bus that the Suspect and Subjects had entered.  Officers detained Suspect and Subjects from the bus and conducted a field show up with ▮▮▮, ▮▮▮ and ▮▮▮ who positively identified the Suspect as the one who shot at them and Subjects as being with the Suspect at the time of the shooting.

05/10/2005  Victim ▮▮▮ stated that he was helping L▮▮▮ work on his car when the Suspect and Subjects approached, Suspect pulled out a gun and pointed it at him and then at ▮▮▮ ▮▮▮ ran and Suspect began to shoot at him.

Witness Gonzalez stated that he was standing in front of his house near the incident.  He observed Suspect and Subjects approach ▮▮▮ and ▮▮▮, pull a gun from his waistband and point it at ▮▮▮ and then at ▮▮▮.  The Suspect then started shooting at ▮▮▮ who ran and hid behind some bushes while Suspect continued to shoot at him.  Gonzalez stated he only heard one shot.  The suspect and subjects ran southbound on Kingsley.  Gonzales stated that he thought that the Suspect was his neighbor Mauricio.

Witness ▮▮▮ stated that she was standing across the street from the incident with Witness-4 Salvador and Witness 5-▮▮▮r, all three said they heard arguing and then shooting.  They looked up and observed ▮▮▮ and Suspect shooting at each other and then flee the location.

Witness ▮▮▮ (NFD) stated that she heard shooting and looked outside.  She observed Suspect and Subjects running southbound on Kingsley, she observed Suspect holding a gun, she did not see ▮▮▮ with  a gun.

05/10/2005  Investigation:

I reviewed the crime and arrest report.

scanned

# Detective's Case Progress Log

Detective Name: **CECCIA, VITO**

Case: **0505:06C06-018**          DR: **8564208**          Category: **1**

I attempted to contact Witness Gonzalez and Witness ████, but was unable to reach them by phone.

I interviewed Witness-1 ████ telephonically who stated that he was in his house when he heard what sounded like 2 gunshots.  ████ went outside and observed a Blue Honda Civic stopped partially in the driveway of a house across Kingsley street from ████.  The vehicle was stopped with 3 doors open and was running.  ████ observed two male hispanics running southbound on Kingsley.

I interviewed Salvador telephonically and he stated that he was pulling into his driveway and he observed blue Honda pull partially into the driveway across the street from Salvador.  ████ ██ ██████ ████  ██ █████████████████ ████ observed ████ and Suspect shooting at each other in the street and on the sidewalk.  ████ left the vehicle running, partially in the driveway with the doors open.  ████ chased Suspect southbound on foot then returned to his vehicle when the police
05/10/2005  arrived.  Salvador recognized Lopez and Suspect from the neighborhood.

I interviewed ████ with the help of Detective Toledo Serial No. 17332 who is a spanish speaker.  ████ stated that he was working on his car when he was approached by Suspect and Subjects.  Suspect asked him what gang he was with then walked into an unknown house.  ████ moved his vehicle and picked up two friends (Vict-2 and Wit-1.) When ████ returned, Suspect approached him and pointed a gun at Vict-2 then at ████.  Lopez ran Suspect shot at him.  Vict-2 and Wit-1 got back into ████' car.  The Suspect and Subjects fled on foot and ████ followed them and directed arriving Police Officers to their location.

On 05/09/05, case was submitted to D.A. for filing consideration on Suspect-Lopez

Case Status: Investigation Continued
05/10/2005  On 05/09/05, detained petition requested for Subject-Montes and Subject-Gonzalez

Case Status: Cleared By Arrest
05/10/2005  On 05/10/05 I spoke with DCA Armendarez who requested I again attempt to interview Witness#2 Gonzales for additional information.

I interviewed Gonzales telephonically who stated that he looked out his front window and observed Victim running on Kingsley toward Lemon Grove, he then observed what looked like his neighbor "Mauricio" chasing him.  The victim ducked behind a bush on the west sidewalk and picked up a rock.  Adjacent to the

Case 3:16-cv-00057-MOC    Document 36-4    Filed 10/21/16    Page 213 of 223

Detective Name: **CECCIA, VITO**

Case: **0505:06C06-018**          DR: **8564208**          Category: **1**

bush, on the sidewalk, was a sofa. The suspect then pointed a gun (described as a sawed off .22 cal rifle) at victim with one hand and fired one shot. The victim ran northbound on Kingsley and the suspect ran southbound. A few minutes later, Gonzalez observed the victim return with another male and get into a Honda which was parked in front of 829 Kingsley and drive away.

05/10/2005  I received the analyzed narcotics report from SID and faxed it to Eastlake DA, Yolanda ███████████.

05/18/2005  Officer 32819 submitted this case establishing the status as follows:

CBA:
    P.I.R. Report: 050600926  Case: 0505:06C06-018
    P.I.R. Report: 050615531  Case: 0505:06C06-018
IC:
    ARREST Report: 8564208  Case: 0505:06C06-018
    ARREST Report: 8564350  Case: 0505:06C06-018
    ARREST Report: 8564236  Case: 0505:06C06-018

CASE STATUS was set to CBA.

06/16/2005  On 06/10/05, DDA Tosello reviewed the investiation and rejected the case against Subject Gonzalez due to insufficient evidence.

/12/2005  Case Summary:



07/12/2005

# EXHIBIT 25

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| Alejandro Enrique Ramirez Umaña | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:16-cv-00057-RJC |
| | ) | |
| United States of America | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:

Custodian of Records,Guildford County Sheriff Office
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: | Date and Time: |
|---|---|
| | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Alejandro Umaña , who issues or requests this subpoena, are:

Zandra Lopez, 225 Broadway, Suite 900, San Diego, CA 92101, Zandra_Lopez@fd.org, 619-234-8467

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Any files, including communications, documents, or information pertaining to the following individuals:

- A true and correct complete set of all Mr. Umaña's jail records from the Guilford County Sheriff's Office, which includes High Point and Greensboro detention facilities (Exhibit 25).

1

Civil Action No. 3:16-cv-00057-RJC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Print     Save As...     Add Attachment     Reset

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).