IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 3:16CV57-RJC

ALEJANDRO RAMIREZ UMAÑA   )
                                 )
       Movant,               )
                                 )       **ORDER**
     vs.                 )
                                 )
UNITED STATES OF AMERICA,   )
                                 )
     Respondent.       )
_____  )

The United States seeks permission to respond to Alejandro Ramirez Umaña's motion under 28 U.S.C. § 2255 (Doc. No. 24), and asks this Court to consider that response and any reply before requiring the United States to respond to Mr. Umaña's October 2016 motion (Doc. No. 37) for leave to seek discovery.

For good cause shown, the request by the United States (Doc. No. ____) is GRANTED. This Court VACATES the deadlines set forth in its September 9, 2016, Order (Doc. No. 30) for a response to Mr. Umaña's discovery motion and reply. This Court ORDERS that the United States shall file an answer or response to Mr. Umaña's Section 2255 motion within 180 days from entry of this Order. Mr. Umaña shall have 120 days thereafter to file any reply.

Signed: _____, 2016


_____
Hon. Robert J. Conrad, Jr.
United States District Judge