IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 3:16CV57-RJC

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

**MOTION TO SUSPEND BRIEFING ORDER**

The United States respectfully requests that this Court suspend the briefing schedule in its September 9, 2016, Order (Doc. No. 30) setting deadlines for a response to Umaña's October 2016 discovery motion and reply. The United States has moved for permission to respond first to Alejandro Ramirez Umaña's motion under 28 U.S.C. § 2255. The motion by the United States asks this Court to consider that response and any reply before requiring the United States to respond to Mr. Umaña's October 2016 motion for leave to seek discovery. A decision on the United States's motion may supersede the current briefing schedule for Umaña's discovery motion. The United States, therefore, respectfully requests that this Court suspend that briefing schedule pending its decision on the United States's motion.

The United States has consulted with Umaña's counsel, who does not oppose this request to suspend the briefing order.

RESPECTFULLY SUBMITTED, this 10th day of November, 2016.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov