Appeal: 10-6   Doc: 90-10   Filed: 08/14/2013   Pg: 1 of 67

No.  10-6

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEJANDRO ENRIQUE RAMIREZ UMANA, | ) |
| | ) |
| Defendant-Appellant. | ) |

---

Appeal from the United States District Court
for the Western District of North Carolina

---

**Joint Appendix**
**Volume 10 of 11**

> VINCENT J. BRUNKOW
> ZANDRA L. LOPEZ
> JANET C. TUNG
> Federal Defenders of San Diego, Inc.
> 225 Broadway, Suite 900
> San Diego, California  92101-5030
> Telephone:  (619) 234-8467
> Attorneys for Defendant-Appellant
>
> -and-
>
> MALCOLM RAY HUNTER, JR.
> Attorney at Law
> P.O. Box 3018
> Chapel Hill, N.C. 27515-3018
> Telephone:  (919) 929-9655

Case 3:16-cv-00057-MOC   Document 50-10   Filed 03/23/17   Page 1 of 67

# TABLE OF CONTENTS

## VOLUME 1 (1-482)

District Court Docket Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

CJA 20 Appointment of Counsel
(July 10, 2008, DE 140) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153

Notice of Intention to Seek the Death Penalty
(September 23, 2008, DE 275) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 154

Motion to Change Venue, Motion to Dismiss for Improper Venue by
Alejandro Enrique Ramirez Umana
(April 24, 2009, DE 480) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 164

Motion to Strike Notice of Nonstatutory Aggravating Factor, Motion
to Exclude Evidence of Unadjudicated Criminal Acts by Alejandro Enrique
Ramirez Umana
(April 24, 2009, DE 483) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 177

Motion to Suppress Defendant's April 23, 2008 Statement by Alejandro Enrique
Ramirez Umana
(April 24, 2009, DE 490) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189

Memorandum in Support by Alejandro Enrique Ramirez Umana
(April 24, 2009, DE 491) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 193

Government's Consolidated Response to the Motions of the Defendant Filed
April 24, 2009
(May 8, 2009, DE 503) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 213

Memorandum and Recommendation and Order
(May 20, 2009, DE 527) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 288

i

Objection to Memorandum and Recommendation by
Alejandro Enrique Ramirez Umana
(June 4, 2009, DE 543) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 301

Defendant's First Motion to Continue Trial
(June 11, 2009, DE 549) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 307

Third Superceding Indictment
(July 27, 2009, DE 623) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 318

Ex Parte Attachment Supporting Defendant's Motion to Continue or
Alternatively to Strike Death Penalty
(August 19, 2009, DE 662) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 424

Excerpt (pp. 46-73, 78-82, 89-103), Transcript of Motion Hearing
(August 26, 2009, DE 684) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 434

## VOLUME II (483-985)

Defendant's Renewed Motion to Continue Trial or to Alternatively Strike the
Death Penalty
(September 22, 2009, DE 689) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 483

Motion for Pretrial Hearing on Mental Retardation in the Event Trial is
Continued
(September 22, 2009, DE 690) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 512

Excerpt (pp. 12-13), Transcript of Status Conference, Continuance of Trial
(September 28, 2009, DE 1254) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 516

Transcript of Mental Retardation Hearing
(November 30, 2010, DE 932) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 519

Excerpt (pp. 27-59), Transcript of Opening Statements of Co-Defendants
(January 12, 2010, DE 1466) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 952

## VOLUME 3 (986-1474)

Verdict Form for Co-Defendant Elvin Pastor Fernandez-Gradis
(January 26, 2010, DE 843) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 986

Order Denying Motion to Dismiss Re: Venue
(March 18, 2010, DE 933) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 988

Order Denying *Atkins* Relief
(March 19, 2010, DE 934) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 998

Excerpt (pp. 17-30, 40-46), Transcript of Jury Selection (Re: Juror 119)
(March 22, 2010, DE 1353) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1018

Excerpt (pp. 399-416), Transcript of Jury Selection (Re: Juror 119)
(March 23, 2010, DE 1354) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1040

Excerpt (pp. 1114-1158, 1194-1217), Transcript of Jury Selection
(Re: Juror 286)
(March 25, 2010, DE 1356) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1059

Excerpt (pp. 1502-1533) , Transcript of Jury Selection (Re: Peremptory
Challenges and Seating of Jury)
(March 29, 2010, DE 1358) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1099

Defendant's Supplemental Motion Re: Reliability of Unadjudicated Murders
(March 31, 2010, DE 960) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1132

United States's Response Regarding the Applicability of
*Crawford v. Washington* at Sentencing Hearing
(April 5, 2010, DE 967) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1138

Motion to Strike the Non-Statutory Aggravating Factor of Future
Dangerousness From the Notice of Intent to Seek the Death Penalty
(April 6, 2010, DE 968) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1169

iii

Defendant's Reply to Government's Response to Defendant's Motion for Court to Determine the Admissibility and Reliability of Evidence Before Allowing Evidence to be Presented to Jury in Sentencing Phase
(April 10, 2010, DE 985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1183

Transcript of Jury Trial - Opening Statements
(April 12, 2010, morning session, DE 1339) . . . . . . . . . . . . . . . . . . . . . . . . 1202

Jury Empaneled . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1205

Court's Opening Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1205

By the Government . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1212
By the Defendant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1218

### Government's Case in Chief

Transcript of Jury Trial
(April 12, 2010, afternoon session, DE 1340) . . . . . . . . . . . . . . . . . . . . . . . . 1222

Dan Horne                    Direct Examination . . . . . . . . . . 1226

Jeffrey T. Courtet           Direct Examination . . . . . . . . . . 1232

George Marshall Barnette     Direct Examination . . . . . . . . . . 1235

Andrew Wrenn                 Direct Examination . . . . . . . . . 1239

J.E. Brown                   Direct Examination . . . . . . . . . 1243

Frank Flores                 Direct Examination . . . . . . . . . 1247
                             Voir Dire Examination . . . . . . . 1255
                             Redirect Examination . . . . . . . . 1257
                             Cross Examination . . . . . . . . . . 1316

Charles Barkley              Direct Examination . . . . . . . . . . 1332
                             Cross Examination . . . . . . . . . . 1338

Jeff Bruner                     Direct Examination . . . . . . . . . . 1339

Eduardo Vasquez                 Direct Examination . . . . . . . . . . 1344

Lenny Moriera                   Direct Examination . . . . . . . . . . 1352
                                Cross Examination  . . . . . . . . . . 1369

John Sloane                     Direct Examination . . . . . . . . . . 1371
                                Cross Examination  . . . . . . . . . . 1391

Gene Richey                     Direct Examination . . . . . . . . . . 1391

Juan Ruben Vela Garcia          Direct Examination . . . . . . . . . . 1407

## VOLUME 4 (1475 - 1899)

United States Sur-Reply Regarding Reliability
(April 13, 2010, DE 988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1475

Transcript of Jury Trial
(April 13, 2010, morning session, DE 1341)  . . . . . . . . . . . . . . . . . . . . . . . . 1485

Juan Ruben Vela Garcia          Direct Examination . . . . . . . . . . 1492
                                Cross Examination  . . . . . . . . . . 1498
                                Redirect Examination  . . . . . . . . 1529

Officer James K. Griffen        Direct Examination . . . . . . . . . . 1530

Ann Hamlin                      Direct Examination . . . . . . . . . . 1537

T.J. Miller                     Direct Examination . . . . . . . . . . 1544
                                Cross Examination  . . . . . . . . . . 1566

Marie Terrell                   Direct Examination . . . . . . . . . . 1570
                                Cross Examination  . . . . . . . . . . 1576

v

Officer Benjamin Altizer     Direct Examination . . . . . . . . . . 1576
    Cross Examination . . . . . . . . . . 1584

Officer Ryan Dutko     Direct Examination . . . . . . . . . . 1586

Abel Santos     Direct Examination . . . . . . . . . . 1604

Transcript of Jury Trial
(April 13, 2010, afternoon session, DE 1256) . . . . . . . . . . . . . . . . . . . . . . . . . . 1641

Abel Santos     Cross Examination . . . . . . . . . . 1644

Marco Antonio Guzman Mejia     Direct Examination . . . . . . . . . . 1651
    Cross Examination . . . . . . . . . . 1663

Teresa Ketner     Direct Examination . . . . . . . . . . 1666
    Cross Examination . . . . . . . . . . 1703
    Redirect Examination . . . . . . . . 1705

Barry Whitlow     Direct Examination . . . . . . . . . . 1707

John D. Butts     Direct Examination . . . . . . . . . . 1715
    Cross Examination . . . . . . . . . . 1733

James Cayton     Direct Examination . . . . . . . . . . 1735

Amy Wilde     Direct Examination . . . . . . . . . . 1739

Transcript of Jury Trial
(April 14, 2010, morning session, DE 1342) . . . . . . . . . . . . . . . . . . . . . . . . . . 1762

Amy Wilde     Direct Examination . . . . . . . . . . 1765
    Cross Examination . . . . . . . . . . 1773

Doreen Huntington     Direct Examination . . . . . . . . . . 1780
    Cross Examination . . . . . . . . . . 1797

Susan Conrad                Direct Examination . . . . . . . . . . 1804
                           Cross Examination  . . . . . . . . . . 1840

Jeff Strohm                Direct Examination . . . . . . . . . . 1846
                           Cross Examination  . . . . . . . . . . 1851

Officer Renee Quiles       Direct Examination . . . . . . . . . 1851
                           Cross Examination  . . . . . . . . . . 1856

Rony Antonio Magana Lopez  Direct Examination . . . . . . . . . 1856

## VOLUME 5 (1900 - 2390)

Transcript of Jury Trial
(April 14, 2010, afternoon session, DE 1256)  . . . . . . . . . . . . . . . . . . . . . . . . . 1900

Rony Antonio Magana Lopez  Direct Examination . . . . . . . . . . 1903
                           Cross Examination  . . . . . . . . . . 1953
                           Redirect Examination . . . . . . . . 1987
                           Recross Examination . . . . . . . . . 1988

William Chuck Hastings     Direct Examination . . . . . . . . . . 1989

Transcript of Jury Trial
(April 15, 2010, morning session, DE 1343)  . . . . . . . . . . . . . . . . . . . . . . . . . . 2031

William Chuck Hastings     Direct Examination . . . . . . . . . . 2034
                           Cross Examination  . . . . . . . . . . 2044

Alexandra Hirsch           Direct Examination . . . . . . . . . . 2049
                           Cross Examination  . . . . . . . . . . 2054

Michele Scheuerman         Direct Examination . . . . . . . . . . 2055
                           Cross Examination  . . . . . . . . . . 2064

Gene Rivera                Direct Examination . . . . . . . . . . 2065
                           Cross Examination  . . . . . . . . . . 2086

Andrew Cheramie　　　　　Direct Examination . . . . . . . . . . 2090
　　　　　　　　　　　　　Cross Examination　 . . . . . . . . . . 2095

Jose Romero　　　　　　　Direct Examination . . . . . . . . . . 2095

Alexander Granados　　　　Direct Examination . . . . . . . . . . 2102

Transcript of Jury Trial
(April 15, 2010, afternoon session, DE 1257)　 . . . . . . . . . . . . . . . . . . . . . . . . . 2133

Alexander Granados　　　　Direct Examination . . . . . . . . . . 2136
　　　　　　　　　　　　　Cross Examination　 . . . . . . . . . . 2138
　　　　　　　　　　　　　Redirect Examination　 . . . . . . . . 2158

Maricruz Medina　　　　　Direct Examination . . . . . . . . . . 2159

Jasmine Dinwiddie　　　　 Direct Examination . . . . . . . . . . 2166

Chris Tyndall　　　　　　　Direct Examination . . . . . . . . . . 2173
　　　　　　　　　　　　　Cross Examination　 . . . . . . . . . . 2190

Mark Young　　　　　　　Direct Examination . . . . . . . . . . 2191

Sergeant Scott Clarkson　　 Direct Examination . . . . . . . . . . 2208
　　　　　　　　　　　　　Cross Examination　 . . . . . . . . . . 2213
　　　　　　　　　　　　　Redirect Examination　 . . . . . . . . 2213
　　　　　　　　　　　　　Recross Examination . . . . . . . . . 2215

Jeffrey Taylor　　　　　　　Direct Examination . . . . . . . . . . 2216
　　　　　　　　　　　　　Cross Examination　 . . . . . . . . . . 2247
　　　　　　　　　　　　　Redirect Examination　 . . . . . . . . 2254

Denise Daniels　　　　　　Direct Examination . . . . . . . . . . 2255
　　　　　　　　　　　　　Cross Examination　 . . . . . . . . . . 2257

viii

William Chuck Hastings          Direct Examination . . . . . . . . . . 2259
                                Cross Examination  . . . . . . . . . . 2261

Transcript of Jury Trial - Government Witnesses
(April 16, 2010, morning session, DE 1344)  . . . . . . . . . . . . . . . . . . . . . . . . . . . 2278

Sergeant Scott Clarkson         Direct Examination . . . . . . . . . . 2323
                                Cross Examination  . . . . . . . . . . 2330

Denise Daniels                  Direct Examination . . . . . . . . . 2332
                                Cross Examination  . . . . . . . . . . 2333

Jeffrey Taylor                  Direct Examination . . . . . . . . . . 2333
                                Cross Examination  . . . . . . . . . . 2356
                                Redirect Examination  . . . . . . . . 2359

William Chuck Hastings          Direct Examination . . . . . . . . . . 2361

## VOLUME 6 (2391 - 2856)

Transcript of Jury Trial
(April 16, 2010, afternoon session, DE 1258)  . . . . . . . . . . . . . . . . . . . . . . . . . 2391

Closing Arguments  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2392

By the government  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2392
By the defendant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2420
Rebuttal by the government  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2444

Jury Instructions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2450

United States Motion *In Limine* to Preclude Information and Argument
Regarding "Equally Culpable" Defendants and Proportionality
(April 19, 2010, DE 996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2505

Order on Defendant's Objection to the Admission of Exhibits
(April 19, 2010, DE 998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2510

ix

Order Denying Motion to Strike
(April 19, 2010, DE 1000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2517

Transcript of Trial
(April 19, 2010, morning session, DE 1345) . . . . . . . . . . . . . . . . . . . . . . . . . . 2540

    Jury Deliberations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2542
    Jury Question #1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2542
    Jury Question #2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2544
    Jury Question #3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2547
    Jury Question #4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2550

    Jury Verdict . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2550

Verdict Form
(April 19, 2010, DE 1043) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2556

Transcript of Sentencing Phase
(April 19, 2010, afternoon session, DE 1346) . . . . . . . . . . . . . . . . . . . . . . . . . . 2559

    Motion to Strike . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2561

    Court's Opening Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2568

    Opening Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2571

        By the government . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2571
        By the defendant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2573

    Government Witnesses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2574

        Ismar Sanchez                          Direct Examination . . . . . . . . . . 2574
                                               Cross Examination . . . . . . . . . . 2584
                                               Redirect Examination . . . . . . . . 2590

        David Henderson                    Direct Examination . . . . . . . . . . 2590

x

Carlton Phoenix                    Direct Examination . . . . . . . . . . 2596

Excerpt (pp. 71-87), Transcript of Eligibility Phase
(April 20, 2010, morning session, DE 1347)  . . . . . . . . . . . . . . . . . . . . . . . . . . . 2610

Special Verdict Form Death Penalty Eligibility Count Twenty-Two
(April 20, 2010, DE 1044) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2628

Special Verdict Form Death Penalty Eligibility Count Twenty-Three
(April 20, 2010, DE 1045) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2633

Special Verdict Form Death Penalty Eligibility Count Twenty-Four
(April 20, 2010, DE 1046)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2638

Special Verdict Form Death Penalty Eligibility Count Twenty-Five
(April 20, 2010, DE 1047) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2643

Excerpt (pp. 88-164) - Transcript of Sentencing Phase
(April 20, 2010, morning session, DE 1347)  . . . . . . . . . . . . . . . . . . . . . . . . . . 2648

Government Witnesses  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2651

Thomas Small                      Direct Examination . . . . . . . . . . 2651
                                  Cross Examination  . . . . . . . . . . 2677

Roberto Ramos                     Direct Examination . . . . . . . . . . 2680
                                  Cross Examination  . . . . . . . . . . 2694

Juan Lara                         Direct Examination . . . . . . . . . . 2699
                                  Cross Examination  . . . . . . . . . . 2706

Raffi Djabourian                  Direct Examination . . . . . . . . . . 2709
                                  Cross Examination  . . . . . . . . . . 2715

John Maloney                      Direct Examination . . . . . . . . . . 2716
                                  Cross Examination  . . . . . . . . . . 2724

Case 3:16-cv-00057-MOC    Document 50-10    Filed 03/23/17    Page 12 of 67

Transcript - Sentencing Phase
(April 20, 2010, afternoon session, DE 1259) . . . . . . . . . . . . . . . . . . . . . . . . . 2727

    Government Witnesses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2730

        Gene Parshall                Direct Examination . . . . . . . . . . 2730
                                   Cross Examination . . . . . . . . . 2756
                                   Redirect Examination . . . . . . . . 2781

        Barry Telis                   Direct Examination . . . . . . . . . . 2784
                                     Cross Examination . . . . . . . . . . 2798
                                   Redirect Examination . . . . . . . . 2803

        William Moore             Direct Examination . . . . . . . . . . 2806
                                   Cross Examination . . . . . . . . . . 2820
                                   Redirect Examination . . . . . . . . 2822

        Susan Selser                Direct Examination . . . . . . . . . . 2822

        J. Sage                      Direct Examination . . . . . . . . . . 2838
                                   Cross Examination . . . . . . . . . . 2842

        L. Goodman              Direct Examination . . . . . . . . . . 2843
                                   Cross Examination . . . . . . . . . . 2844

        A. Thornwell            Direct Examination . . . . . . . . . . 2846
                                   Cross Examination . . . . . . . . . . 2851

## VOLUME 7 (2857 - 3373)

Transcript - Sentencing Phase
(April 21, 2010, DE 1348) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2857

    Government Witnesses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2874

Carlos Alfredos
Dominguez Gonzalez        Direct Examination . . . . . . . . . . 2874
                         Cross Examination  . . . . . . . . . . 2881

Sharod Culpepper         Direct Examination . . . . . . . . . 2902
                         Cross Examination  . . . . . . . . . . 2908

Luis Amaro               Direct Examination . . . . . . . . . . 2911
                         Cross Examination  . . . . . . . . . . 2917

Russell Lashley          Direct Examination . . . . . . . . . . 2919
                         Cross Examination  . . . . . . . . . . 2928

Rony Antonio Magana Lopez  Direct Examination . . . . . . . . . . 2930
                         Cross Examination  . . . . . . . . . . 2931
                         Redirect Examination  . . . . . . . . 2935
                         Recross Examination . . . . . . . . 2936

Douglas Friend           Direct Examination . . . . . . . . . . 2938
                         Cross Examination  . . . . . . . . . . 2944

Jean Garcia              Direct Examination . . . . . . . . . . 2946
                         Cross Examination  . . . . . . . . . . 2952

Carmen Garcia            Direct Examination . . . . . . . . . . 2953
                         Cross Examination  . . . . . . . . . . 2958

Elizabeth Garcia         Direct Examination . . . . . . . . . . 2959
                         Cross Examination  . . . . . . . . . . 2965

United State's Motion *In Limine* Regarding Defense Case In-Chief and Argument
(April 25, 2010, DE 1018) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2969

Transcript - Sentencing Phase
(April 26, 2010, morning session, DE 1349)  . . . . . . . . . . . . . . . . . . . . . . . . 2975

    Defendant's Witnesses  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2986

Case 3:16-cv-00057-MOC    Document 50-10    Filed 03/23/17    Page 14 of 67

Mark Cunningham   Direct Examination . . . . . . . . . . 2986
  Cross Examination . . . . . . . . . . 3050

Richard McGough   Direct Examination . . . . . . . . . . 3080

Transcript - Sentencing Phase
(April 26, 2010, afternoon session, DE 1260) . . . . . . . . . . . . . . . . . . . . . . . 3096

  Defendant's Witnesses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3099

Richard McGough   Direct Examination . . . . . . . . . . 3099
  Cross Examination . . . . . . . . . . 3157

Selena Sermeno   Direct Examination . . . . . . . . . . 3167
  Cross Examination . . . . . . . . . . 3189
  Redirect Examination . . . . . . . . 3203

Maria Santacruz Geralt   Direct Examination . . . . . . . . . . 3204

Order Granting in Part and Denying in Part Motion to Determine the
Admissibility and Reliability of Evidence of Unadjudicated Acts as to
Alejandro Enrique Ramirez Umana
(April 26, 2010, DE 1021) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3222

Transcript - Sentencing Phase
(April 27, 2010, morning session, DE 1350) . . . . . . . . . . . . . . . . . . . . . . . 3234

  Defendant's Witnesses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3237

Maria Santacruz Geralt   Voir Dire Exam. by Defendant . . . 3237
  Voir Dire Exam. by Government . . 3250
  Direct Examination . . . . . . . . . . . . 3256
  Cross Examination . . . . . . . . . . . . 3263

Mark Bezy   Direct Examination . . . . . . . . . . . . 3276
  Cross Examination . . . . . . . . . . . . 3289

James R. Merikangas, Ph.D.

Direct Examination . . . . . . . . . . . . 3294

Cross Examination . . . . . . . . . . . . 3317

Government's Rebuttal Witness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3336

Helen Mayberg

Direct Examination . . . . . . . . . . . . 3336

Cross Examination . . . . . . . . . . . . 3358

## VOLUME 8 ( 3374 - 3704)

Transcript - Sentencing Phase
(April 27, 2010, afternoon session, DE 1261) . . . . . . . . . . . . . . . . . . . . . . . . 3374

Defendant's Witness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3500

Richard McGough        Voir Dire Exam. by Defendant . . . 3500

Defendant's Request for Instruction on Mitigating Factors
(April 27, 2010, DE 1024) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3506

Transcript - Sentencing Phase
(April 28, 2010, DE 1351) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3509

Order Granting Motion *In Limine* to Preclude Information and Argument
Regarding "Equally Culpable" Defendants and Proportionately as to Alejandro
Enrique Ramirez Umana
(April 28, 2010, DE 1025) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3535

Special Verdict Form Penalty Selection Count Twenty-Two
(April 28, 2010, DE 1048) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3543

Special Verdict Form Penalty Selection Count Twenty-Three
(April 28, 2010, DE 1049) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3552

Special Verdict Form Penalty Selection Count Twenty-Four
(April 28, 2010, DE 1050) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3561

Special Verdict Form Penalty Selection Count Twenty-Five
(April 28, 2010, DE 1051) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3570

Defendant's Motion for New Trial on Guilt and Sentencing Phases
(June 14, 2010, DE 1103) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3579

United States's Response to Defendant's Motion for a New Trial
(July 9, 2010, DE 1147) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3630

Order Denying Motion for New Trial as to Alejandro Enrique Ramirez Umana
(July 27, 2010, DE 1165) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3669

Judgment in a Criminal Case
(July 27, 2010, DE 1168) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3697

Notice of Appeal
(August 9, 2010, DE 1171) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3703

## VOLUME 9 (3705 - 4209)

## EXHIBITS

August 26, 2009 Suppression Hearing Ex.  . . . . . . . . . . . . . . . . . . . . . . . . . . 3705

*Atkins* Hearing Def. Ex. 1, Curriculum Vitae for John Gregory Olley . . . . . . . 3888

*Atkins* Hearing Def. Ex. 2, Psychological Evaluation of Alejandro Enrique
Ramirez Umana . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3902

*Atkins* Hearing Def. Ex. 3,  School Records . . . . . . . . . . . . . . . . . . . . . . . . 3912

*Atkins* Hearing Def. Ex. 4, Photographs of Mr. Umana's Primary School . . . . 3917

*Atkins* Hearing Def. Ex. 5, Photograph of School Courtyard . . . . . . . . . . . . . 3918

*Atkins* Hearing Def. Ex. 6, Photograph of School Director  . . . . . . . . . . . . . . 3919

xvi

*Atkins* Hearing Def. Ex. 7, Photograph of Rafael Umana . . . . . . . . . . . . . . . . . 3920

*Atkins* Hearing Def. Ex. 8, Photograph of Mr. Umana's Home  . . . . . . . . . . . . 3921

*Atkins* Hearing Def. Ex. 9, Photograph of Miguel Eduardo Castaneda,
Mr. Umana's Former Employer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3922

*Atkins* Hearing Def. Ex. 10, Photograph of Carlos Yovani Herrera and Karla
Herrera . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3923

*Atkins* Hearing Def. Ex. 11, Photograph of Monica Reyes and Rafael  . . . . . . 3924

*Atkins* Hearing Def. Ex. 12, Letter from Interpreter Freida de Garcia  . . . . . . . 3925

*Atkins* Hearing Def. Ex. 13, Curriculum Vitae for Ricardo Weinstein, Ph.D.  . 3926

*Atkins* Hearing Def. Ex. 14, Letter from Ricardo Weinstein, Ph.D. . . . . . . . . . 3931

*Atkins* Hearing Def. Ex. 15, Curriculum Vitae for
James R. Merikangas, M.D.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3960

*Atkins* Hearing Def. Ex. 16, Radiologist Report for Mr. Umana  . . . . . . . . . . . 3988

*Atkins* Hearing Def. Ex. 17, Neuropsychiatric Evaluation of Mr. Umana  . . . . 3990

*Atkins* Hearing Def. Demonstrative Exhibit, PowerPoint Demonstration
by John Gregory Olley  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3992

*Atkins* Hearing Gov't Ex. 1, Slides by Dr. Suarez  . . . . . . . . . . . . . . . . . . . . . . 4017

*Atkins* Hearing Gov't Ex. 2, Curriculum Vitae of Enrique M. Suarez  . . . . . . . 4023

*Atkins* Hearing Gov't Ex. 3, Psychological Evaluation for Mental
Retardation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4030

Govt Trial Exhibit 506, 4-15-08 Gonzalez Pre-Trial Identification . . . . . . . . . 4055

Gov't Trial Ex. 507, 12-28-05 Gonzalez Pre-Trial Identification  . . . . . . . . . . 4058

Gov't Trial Ex. 518, Transcript of Arevalo Interrogation . . . . . . . . . . . . . . . . 4061

**VOLUME 10 (4210 - 4500)**

Gov't Trial Ex. 520, Transcript of Rivera Interrogation . . . . . . . . . . . . . . . . . 4210

Gov't Trial Ex. 522, Transcript of Umana Interrogation  . . . . . . . . . . . . . . . . 4258

Defense Trial Ex. 3, Drawing Fairfax Shooting  . . . . . . . . . . . . . . . . . . . . . . . 4492

Defense Trial Ex. 28, Birth Certificate of Mr. Umana  . . . . . . . . . . . . . . . . . . 4493

Defense Trial Ex. 29, Birth Certificate of Rafael Enrique  . . . . . . . . . . . . . . . 4495

Defense Trial Ex. 30, Birth Certificate of Denis Umana  . . . . . . . . . . . . . . . . 4497

Defense Trial Ex. 31, Photograph of Monica Reyes and
son Rafael Enrique   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4498

Defense Trial Ex. 32, Birth Certificate of Mr. Umana  . . . . . . . . . . . . . . . . . . 4499

**VOLUME 11 (4501 - 4537)**

**SEALED VOLUME**

Sealed documents, reproduced separately and filed Under Seal

Presentence Investigation Report for Alejandro Enrique Ramirez Umana
(June 8, 2010, DE 1088)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4501

scanned

MALE DETECTIVE:  Chakal.

LUIS RAMOS:  Yeah, Chakal's and Chakal's cousin.

MALE DETECTIVE:  Chakal's cousin is kind of a chubby guy?

LUIS RAMOS:  Yeah, he's -- he's --

MALE DETECTIVE:  Chakal or his cousin.

LUIS RAMOS:  Chakal and his cousin, but his cousin was driving the -- the van.

MALE DETECTIVE:  What kind of van?  Oh, you said the green --

LUIS RAMOS:  It was a Ford, green -- green Ford Wind Star.  Ford Wind Star.  I'm telling you, I know a bunch of these guys.  I know about Moe.  That's who we were talking about.

MALE DETECTIVE:  Oh, yeah.

LUIS RAMOS:  So he was -- he was -- he called me over there, and he told me that he was afraid.

MALE DETECTIVE:  Scared; "I don't want to get deported."

LUIS RAMOS:  I haven't heard of him sense.  When I came back from El Salvador, I seen him.  He was in front of my house --  (Phonetic) house.  He was on house arrest, and I was, like, "Oh, what's up, man?  How you been?"  Talking to my friend.  I came out and he was leaving there.  (Phonetic)

21

Case 3:16-cv-00057-MOC    Document 50-10    Filed 03/23/17    Page 20 of 67

JA4210

scanned

MALE DETECTIVE:  What kind of car was he in then?

LUIS RAMOS:  He was in a Honda hatch back, a gold Honda hatch back.

MALE DETECTIVE:  Does still have that Ultima?

LUIS RAMOS:  I think -- no, no, he lost it.

MALE DETECTIVE:  How did he lose it?

LUIS RAMOS:  I think he had got detained; he got locked up.

MALE DETECTIVE:  Uh-huh.

LUIS RAMOS:  He lost it.

MALE DETECTIVE:  Well, it's registered to a female now.

LUIS RAMOS:  Oh, yeah?  Then probably his girl, Denise.  (Phonetic)  That's her name.

MALE DETECTIVE:  Denise is his girlfriend's name?

LUIS RAMOS:  Yeah.  Well, he did that because his girl was pregnant.  His girl was pregnant and she was about to have a baby, right?  So he -- he's not a jail person; that's all he says, man.  He said, "Oh, you know what?  Jail's only for -- for Bendahoes, for stupid people," that's what he said.  So he decided to (Inaudible) people out and you know, (Inaudible) all that stuff.  He could get away with his stuff, but he want's to get away with his stuff --

MALE DETECTIVE:  I'm going to be talking to him.

22

Case 3:16-cv-00057-MOC    Document 50-10   Filed 03/23/17    Page 21 of 67
JA4211

scanned

LUIS RAMOS: There's a murder on -- there was a murder a long time ago, (Inaudible) where MS got into it with -- with the neighborhood. (Phonetic)

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: (Inaudible) there was a White Fence in front of the (Inaudible) building. See, I'm not supposed to be saying all this.

MALE DETECTIVE: On Mariposa?

LUIS RAMOS: Yeah, Mariposa.

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: I live -- you know where you -- (Inaudible) right?

MALE DETECTIVE: Yeah.

LUIS RAMOS: That green building? There's a green building right there.

MALE DETECTIVE: Okay.

LUIS RAMOS: It looked like a (Inaudible) before. It was different. White Fence used to (Inaudible) all that area. (Phonetic)

MALE DETECTIVE: Okay.

LUIS RAMOS: He blasted the guy that was in front of the building with a 12-gage, he had a 12-gage shot. He smoked that guy.

MALE DETECTIVE: What year was that?

LUIS RAMOS: Oh, in the 90s. That was way in the

23

scanned

90s.  He was already up on (Inaudible) Moe.  He's been for a while, and that's what he did.  He -- damn, man, he's a punk.

MALE DETECTIVE:  In front of the green building?

LUIS RAMOS:  Yeah, in front of the green building.

MALE DETECTIVE:  It's green now?

LUIS RAMOS:  Yeah, it's green.  It's been green.

MALE DETECTIVE:  But back in the 90s, it probably looked a little bit different.

LUIS RAMOS:  It's been green.  It's been green.

MALE DETECTIVE:  Oh, really?

LUIS RAMOS:  I've been there all my life.  It's been green.

MALE DETECTIVE:  How do you know he did that?

LUIS RAMOS:  Huh?  Because I was there.  I was a little boy.

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  I was in front of the -- of the porch.  You know where -- where you guys went in by the trash cans.

MALE DETECTIVE:  Yeah.  Yeah.

LUIS RAMOS:  I was right there, because I used to always peek; look for my brother and see what he was doing.

MALE DETECTIVE:  Uh-huh?

24

scanned

LUIS RAMOS: And then, like, I don't know, one day I was just walking out and then (Sound effects) I seen people, running, scattering everywhere.

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: And I --

MALE DETECTIVE: Did you actually see him shot, or did you find out later it was him.

LUIS RAMOS: No, I seen -- well, he wasn't, you know, showing his face and everything. It was when he was a little hood (Inaudible)

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: And a little --

MALE DETECTIVE: But how do you know it was him?

LUIS RAMOS: Because his height kills him.

MALE DETECTIVE: How tall is he?

LUIS RAMOS: He's tall. He's, like, 6' something. He's huge.

MALE DETECTIVE: He had hoodie and glasses?

LUIS RAMOS: He had some (Inaudible)

MALE DETECTIVE: What are Locs? (Phonetic)

LUIS RAMOS: Locs. 178, glasses. (Phonetic)

MALE DETECTIVE: Oh, okay.

LUIS RAMOS: Some, like, you know, they glasses that they use and stuff.

MALE DETECTIVE: Uh-huh.

25

scanned

LUIS RAMOS: -- (Inaudible)

MALE DETECTIVE: Oh, okay. Okay.

LUIS RAMOS: He had a little -- and a beanie.

MALE DETECTIVE: And a beanie.

LUIS RAMOS: A black beanie. It was -- it was a beanie.

MALE DETECTIVE: And you saw him run off with a shotgun, or what did you see --

LUIS RAMOS: Yeah. He just hopped on the car and, "Let's go," and then everybody was scattering.

MALE DETECTIVE: What I'm saying is how do you know it was him?

LUIS RAMOS: Because his height kills him.

MALE DETECTIVE: Oh.

LUIS RAMOS: I know -- I've known him for a long time. He has some relatives -- relatives that live right there in the corner.

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: You know -- you know where you went in with the trash cans, right?

MALE DETECTIVE: Yeah. Yeah.

LUIS RAMOS: The first little house right there, they're -- they're his relatives. They live -- they've been living for a long time.

MALE DETECTIVE: Yeah.

26

JA4215

scanned

LUIS RAMOS: For a very long time. I lived there. I grew up there.

MALE DETECTIVE: Yeah.

LUIS RAMOS: He was practically born there, and I know how everything's going.

MALE DETECTIVE: How -- how have you -- because you don't claim MS?

LUIS RAMOS: No, I'm not from MS. My brothers are from MS.

MALE DETECTIVE: Right.

LUIS RAMOS: And I get all the information from them.

MALE DETECTIVE: But anyone hearing -- anyone knowing about you, or looking into you, like myself, would say, "Oh, he's MS, --

LUIS RAMOS: Uh-huh?

MALE DETECTIVE: -- because --

LUIS RAMOS: I know so much.

MALE DETECTIVE: -- you've been shot, because you're hanging out with this guy from M S-, so you're -- you're actually classified as MS associate because you're you associate with them.

LUIS RAMOS: And I -- I know so much.

MALE DETECTIVE: But you've never been jumped in, correct?

27

JA4216

scanned

LUIS RAMOS:  Never in my life, and I don't want to. They tried to, "Hey, when are you going to get into MS? When are you going to get in --"  "No."  I always tell them no.  I always reject.  They respect the fact that -- you know, they respect it.  They respect that I say no. They respect it.  You know, they don't -- they don't rough me.  (Phonetic)

MALE DETECTIVE:  Do they respect you because you're saying no, or do they respect you because of your brother?

LUIS RAMOS:  They respect me because I say no and because of my brother, and my mom.  They respect my mom a lot.  Because of my brother, you know?  And they -- they don't do that.  They have jumped me.

MALE DETECTIVE:  Uh-huh

LUIS RAMOS:  But not jumped me in because they have, like, just looked at me and stuff.  They just go down the -- down the street, then you know, catch me sleeping, like, (Inaudible) and stuff.

MALE DETECTIVE:  Sleeping?

LUIS RAMOS:  Yeah, I'm just -- I'm just, there you know, just board, just looking at the sky and stuff, then they just go, "Hey, where you from?"  "I don't bang." "What do you mean you don't bang?"  They just got off and --

28

Case 3:16-cv-00057-MOC    Document 59-10    Filed 03/23/17    Page 27 of 67

JA4217

scanned

MALE DETECTIVE:  MS guys?

LUIS RAMOS:  Yeah, they just got off --

MALE DETECTIVE:  That don't know you?

LUIS RAMOS:  From other clicks and stuff.

MALE DETECTIVE:  What would happen if you shaved your head all the way?

LUIS RAMOS:  I would get killed.  I would get killed.

MALE DETECTIVE:  Just for having shorter hair?  And living where you live.

LUIS RAMOS:  I'd get killed.  Look, I just cut it.

MALE DETECTIVE:  Yeah.

LUIS RAMOS:  I just cut it two, three days ago.  I decided to cut it -- like, my girlfriend wanted me to go bald.  I was, like, "Oh, no, no, no."

MALE DETECTIVE:  Why would she want you to go bald?

LUIS RAMOS:  Probably because she thinks that I look better.  I was, like, "No, I got my little hairys." (Phonetic)

MALE DETECTIVE:  Man.  This is tough because you know, -- you know, the fact that you're in that car, man, I mean, hanging around these guys and being there when this thing happened, and --

LUIS RAMOS:  Yeah.

MALE DETECTIVE:  -- I'm not so sure you got out of

29

Case 3:16-cv-00057-MOC    Document 50-10    Filed 03/23/17    Page 28 of 67

**JA4218**

scanned

the car or not, you know?

LUIS RAMOS: No, look, truthfully, I didn't get off the car. I didn't.

MALE DETECTIVE: Uh-huh

LUIS RAMOS: God could throw one of them rays --

MALE DETECTIVE: Lighting bolts?

LUIS RAMOS: -- and kill me right now. For real, I didn't get off that car.

MALE DETECTIVE: Uh-huh.

LUIS RAMOS: That's on my life. Let me die right now, I didn't get off the car.

MALE DETECTIVE: Okay.

LUIS RAMOS: I was there. I went along because --

MALE DETECTIVE: It doesn't change much if you did, but if you -- if -- if -- it doesn't change much if you did get out of the car, but if you did get out of the car and you're lying to me about it, then that could --.

LUIS RAMOS: Yeah, I know.

MALE DETECTIVE: So on your mama's grave, you didn't get out of the car?

LUIS RAMOS: That's on my mama's grave.

MALE DETECTIVE: Because I need to know the truth.

LUIS RAMOS: I did not get off the car.

MALE DETECTIVE: If someone says, "He got out of the car," --

30

JA4219

scanned

LUIS RAMOS:  I didn't get off the car.

MALE DETECTIVE:  -- it's not really changed too much, but it's --

LUIS RAMOS:  Yeah, I know.

MALE DETECTIVE:  -- it's gonna say that you're still not telling me the truth.

LUIS RAMOS:  Yeah, I didn't get off the car.  I didn't.  I couldn't.

MALE DETECTIVE:  I want to believe you, Luis.

LUIS RAMOS:  Sir, I couldn't.  I was on -- I had my crutches.  I had two crutches.  Two crutches.

MALE DETECTIVE:  Yeah, but you had a cast on.

LUIS RAMOS:  I had a cast on.  It was a removable cast.  Even though -- look, I understand you might not believe me, --

MALE DETECTIVE:  Well, that's why I'm in here talking to you because I'm trying to find out about, you know, --

LUIS RAMOS:  Right.  My leg -- I was hit right here, right?

MALE DETECTIVE:  Yes.

LUIS RAMOS:  I had a cast.  It was move -- it was removable.

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  I'm not going to lie to you, you know?

31

scanned

MALE DETECTIVE: Uh-huh.

LUIS RAMOS: It wasn't one of them casts -- I couldn't -- I was, like, maybe --

MALE DETECTIVE: Velcro stuff?

LUIS RAMOS: Yeah, one of those.

MALE DETECTIVE: Okay.

LUIS RAMOS: All right, if I removed it, I couldn't run, I couldn't walk because my leg was stuck. I couldn't move it. My -- this muscle was dead.

MALE DETECTIVE: Oh, you -- at that time, you couldn't move your leg?

LUIS RAMOS: No, I couldn't move it. My muscle was still dead. It was sore. All this was purple, and it's still purple.

MALE DETECTIVE: Uh-huh.

LUIS RAMOS: I couldn't move it. I couldn't even press on it because it hurt.

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: I couldn't do it, and I couldn't have gotten out of the car. If you got videos, you can straight out see the video where I never get off the car. I'm sitting on the left-side window.

MALE DETECTIVE: Okay.

LUIS RAMOS: I'm leaning -- I'm sitting in the left window, in the back.

32

scanned

MALE DETECTIVE:  Luis, --

LUIS RAMOS:  You could see the video.

MALE DETECTIVE:  -- what -- what were you wearing that day; do you remember?

LUIS RAMOS:  Well, I can't recall, but I assume I was wearing a white shirt, a white T-shirt.

MALE DETECTIVE:  Okay, and were you wearing shorts or pants; do you remember?

LUIS RAMOS:  I don't know.  I think I was wearing shorts.  Wizard was wearing a white shirt and some blue -- blue shorts, and he was wearing some glasses.  I still remember.

MALE DETECTIVE:  Wizard was wearing --

LUIS RAMOS:  -- some blue shorts --

MALE DETECTIVE:  Start up here.  Start up here.

LUIS RAMOS:  Okay.

MALE DETECTIVE:  Glasses?

LUIS RAMOS:  He was wearing some brown glasses.  He was wearing some -- he had a little pony tail, a little pony tail.

MALE DETECTIVE:  A little pony tail?

LUIS RAMOS:  Yeah.  He was -- he was bald from here.

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  He had, like, hair up here, and he had a pony tail.

33

**JA4222**

scanned

MALE DETECTIVE: Did he have hair longer than you on top?

LUIS RAMOS: Yeah, it was longer.

MALE DETECTIVE: This is Wizard?

LUIS RAMOS: Yeah. He had long hair up here. He -- he was bald from the side, --

MALE DETECTIVE: Uh-huh.

LUIS RAMOS: -- and he had a -- like, a little pony tail --

MALE DETECTIVE: Okay.

LUIS RAMOS: -- in his back, right here, and he was wearing a white shirt.

MALE DETECTIVE: Hold on, I'm writing. White T-shirt.

LUIS RAMOS: Some -- it's that color. When was that color? Sky blue. Sky blue but it's kind of -- oh, this color.

MALE DETECTIVE: Shorts?

LUIS RAMOS: Shorts, but they -- they had, like, little squares like my shirt. (Phonetic)

MALE DETECTIVE: Like, plaid?

LUIS RAMOS: Yeah.

MALE DETECTIVE: Like, crisscross?

LUIS RAMOS: This color.

MALE DETECTIVE: Plaid, blue shorts.

34

Case 3:16-cv-00057-MOC    Document 50-10    Filed 03/23/17    Page 33 of 67

**JA4223**

scanned

LUIS RAMOS:  This color.

MALE DETECTIVE:  Okay.

LUIS RAMOS:  And he had -- the lines were white. white.

MALE DETECTIVE:  Okay.  Plaid, blue shorts, white lines?

LUIS RAMOS:  Yeah.

MALE DETECTIVE:  Okay.  Okay, what was Unico wearing?

LUIS RAMOS:  Unico?  He was wearing some black -- black jeans.

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  And I white T-shirt.

MALE DETECTIVE:  What kind of hair does he have?

LUIS RAMOS:  He was bald.

MALE DETECTIVE:  Like, buzzed?

LUIS RAMOS:  Not shaved, shaved, shaved, but he was bald.

MALE DETECTIVE:  Okay, and what about Moe?

LUIS RAMOS:  Moe?  I can't recall what he was wearing, but he was wearing a white shirt too.

MALE DETECTIVE:  Okay, and then your friend, Omar?

LUIS RAMOS:  Eddie?

MALE DETECTIVE:  Uh-huh.

LUIS RAMOS:  Damn, I don't remember what he was

35

scanned

wearing, but --

MALE DETECTIVE:  He was in the middle?

LUIS RAMOS:  I think -- yeah, I think we were all wearing white shirts, I think.  Or, I just don't -- (Phonetic)

MALE DETECTIVE:  Okay.  Did -- did Unico grab one of your crutches or both of your crutches?

LUIS RAMOS:  One.

MALE DETECTIVE:  One crutch?

LUIS RAMOS:  I kept the other one right here.  I didn't even want to let it go.

MALE DETECTIVE:  Okay.  Show me -- I'm going to draw, like, Fairfax is coming down, and then you have -- you have a parkway here; it's grass, okay?  All this is grass, and then you have a sidewalk, and then you have the building here, right?  All this is building, --

LUIS RAMOS:  Uh-huh.

MALE DETECTIVE:  -- okay?  So here's Fairfax; double yellow lines going down the middle.

LUIS RAMOS:  Uh-huh.

MALE DETECTIVE:  This is grass, and this is the sidewalk, --

LUIS RAMOS:  Uh-huh.

MALE DETECTIVE:  -- okay?  All right, so this would be, like, the curb -- this is the curb here.  Where

36

scanned

exactly did you guys pull over and where were the two guys?

LUIS RAMOS:  The car?  Was -- the car is -- Moe was driving, I was right here, --

MALE DETECTIVE:  Okay, this is coming down.  This is going down.

LUIS RAMOS:  Down towards -- oh, going down?

MALE DETECTIVE:  So this is north towards Hollywood, this is south towards --

LUIS RAMOS:  All right.  The car was coming like this --

MALE DETECTIVE:  South.

LUIS RAMOS:  This was a lot of traffic, a lot of traffic.  There was a little empty line, right?  He got into here.  Then, like, there was an empty line, like, parked -- there was cars parked right here.

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  He went in.  Then the guys were back here -- those guys -- no, this is the guys.  They were right here, sitting down.

MALE DETECTIVE:  Well, this is the sidewalk so they're, like, on a wall or something?

LUIS RAMOS:  They're sitting down in front of their house, I think, I don't know.  And we were just coming, right?  We were just coming, then they started throwing

37

scanned

signs. They started going, "Yeah, (Inaudible)." Started going crazy. There was traffic stopped. Then, because there was a lot of traffic, they're throwing signs. "Yeah, yeah, yeah." After that, we just kept going, right? We kept going; they kept following. Kept going. Kept going. Right here, there's a street.

MALE DETECTIVE: Are you going real slow?

LUIS RAMOS: There's a little street.

MALE DETECTIVE: Yeah.

LUIS RAMOS: No, because there was traffic.

MALE DETECTIVE: Okay.

LUIS RAMOS: There's a little street right here.

MALE DETECTIVE: Okay.

LUIS RAMOS: And then they just kept going, kept going, kept going, around here. They -- they were, like, running towards us, right, around here.

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: Like, this guy just comes up, like, right here. He gets to the sidewalk, goes to the grass right here, then, like, we were in front of him. (Sound effects) They were telling that fool to get off the car. "What? What?" Then that's when Wizard, he just parked right here.

MALE DETECTIVE: Wizard or -- or Moe?

LUIS RAMOS: Wizard -- no, Moe parked the car.

38

scanned

MALE DETECTIVE: Right.

LUIS RAMOS: And then Wizard gets off.

MALE DETECTIVE: He gets out first?

LUIS RAMOS: Yeah, with -- with -- that. When Unico, he gets off, there's a tree right here. Right here.

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: There's a tree, and I was right here. I was just looking from the back window.

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: Telling that fool, "No, no, fuck --" I thought he was going to jump him.

MALE DETECTIVE: Uh-huh?

LUIS RAMOS: Unico goes up here, and the guy was here; the other guy was right here. Then, Unico goes up to (Inaudible) like, "What? What?" You know, and he goes, "What? What? What?" After that, that guy, Unico gets the crutch and goes like that. When he goes like that, Wizard, he was already right here with the gun, and he just pointed and shot this guy. Shot him in the head.

MALE DETECTIVE: How do you know he shot him in the head?

LUIS RAMOS: Because I saw. And then, after that, he fell, and the other guy turned around and he started running. Then he shot at him, but I don't know if he hit

39

**JA4228**

scanned

him.  Then, like, he just ran back to the car.  Unico threw my crutch right here by the tree and ran back in the car.  Then I was screaming, telling him, "Get my crutch."  Then -- then he went, got off the car, got the crutch and took it back.

MALE DETECTIVE:  Okay.

LUIS RAMOS:  And you know, I just don't want to -- I know it's all going to fall on me just because you guys haven't (Inaudible) a lot of stuff.

MALE DETECTIVE:  No, well, this is what -- this is what I'm going to do.  I'm going to talk to my boss about this.  I don't know --

LUIS RAMOS:  Sir, you know, I'll cooperate with --

MALE DETECTIVE:  No, I know, but I'm in a tough spot and it's hard for me to explain it to you, but we're going to fly out and talk to your buddy.

LUIS RAMOS:  Yeah.  I'm going to be detained meanwhile, huh?

MALE DETECTIVE:  Probably.  I got to talk to the boss about it.  See, the thing is, I got to check out what you're saying.  I -- I -- you know, because for me to sit here and go, "Oh, okay, okay, you can go then," --

LUIS RAMOS:  Yeah, I know --

MALE DETECTIVE:  -- I can't -- I can't do that.

LUIS RAMOS:  I can understand you.  If you could

40

Case 3:16-cv-00057-MOC   Document 50-10   Filed 03/23/17   Page 39 of 67
JA4229

scanned

tell Eddie --

MALE DETECTIVE: You might have to -- you might have to get -- you might have to get booked and go to PAB.

LUIS RAMOS: What is that?

MALE DETECTIVE: Downtown; Parker Center. That's where the Police Administration Building is.

LUIS RAMOS: Yeah. Do you think I could make a phone call and let -- let my sister know --

MALE DETECTIVE: Yeah.

LUIS RAMOS: -- what's going on?

MALE DETECTIVE: So you're cool with that?

LUIS RAMOS: No, I'm not cool with it.

MALE DETECTIVE: I mean, you -- you can stand going to PAB for a couple days and then we'll -- give me sometime to investigate this?

LUIS RAMOS: Sir, I'm not a jail person.

MALE DETECTIVE: I know you're not.

LUIS RAMOS: I go crazy.

MALE DETECTIVE: I know, but you know, the problem is --

LUIS RAMOS: I was going crazy already --

MALE DETECTIVE: -- you -- you made some bad decisions. I mean, the problem is when you're in a car with gang members --

LUIS RAMOS: Sir, I wasn't --

41

scanned

MALE DETECTIVE: -- and they kill -- I know, but I'm just tilling you -- and they kill somebody, all right, --

LUIS RAMOS: Yeah.

MALE DETECTIVE: -- I've got to distinguish whether you're a part of this or not. I got people saying a guy got out of the car with two crutches, you know? I mean, if it was one crutch, it would line up to your story a little bit more, but they're saying two crutches. So then, -- I'm just telling you what I know. So I'm thinking, well, Luis is saying one crutch. We got a witness saying two crutches. Why would this guy get out with two -- why would this other guy, Unico, get out with two crutches? The only person who would get out with two crutches would be who's using the crutches, right? But also, it doesn't make sense that -- that you would be getting out of the car when you're not a gang member. You don't want trouble like this, you've been shot before, you can barely move your leg. What are you going to do? That makes sense to me. That makes sense to me.

LUIS RAMOS: I'm not going to be able to do nothing.

MALE DETECTIVE: So I'm -- I'm almost -- I'm kind of buying your story here.

LUIS RAMOS: Not buying --

MALE DETECTIVE: In order -- order for me to do my job probably, I've still got to check out what you've

42

scanned

said, and really, Eddie can help out this matter a lot if he can tell me what happened, but you guys --

LUIS RAMOS: Do you think you can call him at Camp, and just tell him that Luis --

MALE DETECTIVE: Oh, I got the number to Camp. I know -- I know where he's at.

LUIS RAMOS: "Yeah, Louis already --" tell him, "Yeah, Louis told us everything that happened already." So you know, he's going to go --

MALE DETECTIVE: Well, what if he wants to play hardball? Then, you know, --

LUIS RAMOS: Eddie probably going to play like that.

MALE DETECTIVE: Yeah.

LUIS RAMOS: Eddie probably is going to play like that.

MALE DETECTIVE: Well, --

LUIS RAMOS: Everybody.

MALE DETECTIVE: That's up to me to get the truth out of him, and that's something that I'm -- I'm descent at doing. So -- and I'm going to have to go talk to Moe, and we're going to work that, and the information you gave me about him, I know that he has that type of car, and you're the one who told me that, and we know that's the kind of car that the witnesses saw, so that's --

LUIS RAMOS: So it's under Denise's name now?

43

Case 3:16-cv-00057-MOC   Document 50-10   Filed 03/23/17   Page 42 of 67

JA4232

scanned

MALE DETECTIVE: Oh, I can't discuss whose name it's under.

LUIS RAMOS: Yeah, that's --

MALE DETECTIVE: It's not under Denise's name though.

LUIS RAMOS: That's his wife. That's his wife. Oh, and -- or Sonia. It's either under Sonia or Denise.

MALE DETECTIVE: Okay. Unless he sold it or it got impounded and then sold.

LUIS RAMOS: Who knows, but --

MALE DETECTIVE: Do you know anyone that lives on Oak Dale? Ever heard of Oak Dale? No? Okay. All right, --

LUIS RAMOS: Yeah, it had dealer -- dealer license plates.

MALE DETECTIVE: When? At the time when this happened? Oh, okay.

LUIS RAMOS: Yeah, it just had -- he had just gotten it.

MALE DETECTIVE: Yeah.

LUIS RAMOS: That happened.

MALE DETECTIVE: Okay.

LUIS RAMOS: I mean, I know everything. Just let me --

MALE DETECTIVE: I know.

44

LYNDEN, INC AND ASSOCIATES, INC  1(800) 972-3376

**JA4233**

scanned

LUIS RAMOS: Ask me. I'll tell you, you know? I'll tell you.

MALE DETECTIVE: What you've told me is -- is some good information.

LUIS RAMOS: And --

MALE DETECTIVE: You know, -- you know, I hate -- I hate this type of circumstance because I know where you're coming from. I deal with this all the time, believe me, and I don't want to see any problems for you, --

LUIS RAMOS: But I mean, --

MALE DETECTIVE: -- but at the same time, we've got people killing each other left and right, right?

LUIS RAMOS: Yeah.

MALE DETECTIVE: And we've got information on these left and right, and I know your brothers are MS, --

LUIS RAMOS: And, --

MALE DETECTIVE: -- and you're not, and I know where you live, and, you know, if we can work something out down the line where we can get your family moved, we might have to do that. I mean, --

LUIS RAMOS: See, that's what I was trying to get. That's what I was trying to -- that's what I've been talking about for --

MALE DETECTIVE: Listen, there's -- there's FBI

45

JA4234

scanned

agents and there's people out there that if you have information about MS --

LUIS RAMOS:  I do have information about them.

MALE DETECTIVE:  -- and you can provide tons of information, they can work with you.

LUIS RAMOS:  Give me some -- give me a chance.  Give me a chance.  I mean, you didn't give me a chance here.  You know, I know how they got created.  I know how it got created, I know where they at, I know where the shotcallers are at, but you guys just don't -- if you give me an opportunity, you know?

MALE DETECTIVE:  Hey, --

LUIS RAMOS:  I (Inaudible) ask you --

MALE DETECTIVE:  I would love to give you an opportunity, and I know the right people that would be able to give the opportunity.  We got to deal with this double homicide first, okay.

LUIS RAMOS:  I'm telling you --

MALE DETECTIVE:  I -- I've got -- I'm out for the truth here, okay?  So I think I got most of the truth from you.  I got to verify if that's the truth or not, okay?  In the meantime, you're probably going to have to -- to be, you know, in custody until I can investigate this further.  Now, my partner's coming in right now, and we're going to fly up and talk to -- to Omar -- or,

46

scanned

Eddie.

LUIS RAMOS:  Right now?

MALE DETECTIVE:  Yeah, right now.

LUIS RAMOS:  Where am I going to be at?

MALE DETECTIVE:  You're probably going to be here or -- I've got to talk to my boss.  They might have you booked, okay, down at PAD, okay?

LUIS RAMOS:  Sir, I'm going to get --

MALE DETECTIVE:  I know you don't want to, and I don't -- I don't really want to, but due to the circumstances right now, we're probably going to have to do that, okay?  And I promise you this, Luis, I promise you that I will find the truth out on this, okay, and I'll go to bat for you.

LUIS RAMOS:  Try --

MALE DETECTIVE:  I'll go to bat for you.  But as long as your story checks out, I'll go to bad for you, okay?

LUIS RAMOS:  Sir, I didn't shoot.

MALE DETECTIVE:  Okay.  I can't make you any promises on anything.

LUIS RAMOS:  Yeah.

MALE DETECTIVE:  You understand so far I have not made you any promises, correct?  Okay.  You understand your rights as I read them to you, correct?

47

Case 3:16-cv-00057-MOC   Document 59-10   Filed 03/23/17   Page 46 of 67

JA4236

scanned

LUIS RAMOS:  Sir, I didn't even shoot.

MALE DETECTIVE:  I know you didn't.  I know you didn't.

LUIS RAMOS:  Then why am I being detained for this if I didn't shoot?

MALE DETECTIVE:  Because --

LUIS RAMOS:  I'm telling you who did it.

MALE DETECTIVE:  Because --

LUIS RAMOS:  I could even bring him -- I could even bring him to you back to L.A., --

MALE DETECTIVE:  Who?

LUIS RAMOS:  -- you know?  Wizard.  Right now he's in New York.

MALE DETECTIVE:  How would you be able to bring wizard back?

LUIS RAMOS:  Because I have his phone number.  I have his phone number in the house.

MALE DETECTIVE:  He's in New York now?  Do you know what part of New York?

LUIS RAMOS:  He's in Brooklyn.  Brooklyn, New York.

MALE DETECTIVE:  He's in Brooklyn, New York?

LUIS RAMOS:  Yeah, he's with his girl and his -- and his -- and his daughter.  He has a daughter.  His girl came from El Salvador over there.  Old boyfriends and girlfriends from El Salvador.  They had the kid --

48

JA4237

scanned

MALE DETECTIVE: Uh-huh? Do you have his cell phone number?

LUIS RAMOS: I have his house number.

MALE DETECTIVE: Do you have his cell phone number?

LUIS RAMOS: House number from over there. They'll answer.

MALE DETECTIVE: Okay. Luis, the only problem is -- is -- I want to go to bat for you -- I'll --

LUIS RAMOS: What is that? Bat?

MALE DETECTIVE: I want to -- I want to -- I want to see what I can do in helping you, you know? I mean, I can't make any promises on anything, but I need to investigate this some more. I want to try to help you out somehow here.

LUIS RAMOS: What do you need? I'll tell you right now, you know?

MALE DETECTIVE: It doesn't matter what -- what you can tell me right now, it's about this investigation. I need to look into this more, but when it comes down to it, you know, if I can give some advice, if I can give a good recommendation for you, if I can -- if I can try to help you out on this thing, if you didn't do this --

LUIS RAMOS: I didn't, sir.

MALE DETECTIVE: -- and if you're saying what is true, then I will pass that on to the District Attorney.

49

**JA4238**

scanned

They're the ones that make -- make the decision, okay, and --

LUIS RAMOS: They're going to give me a long time just for being there for --

MALE DETECTIVE: I don't know. I don't know --

LUIS RAMOS: -- accomplice.

MALE DETECTIVE: I don't know.

LUIS RAMOS: Well, I do because that's what happened to my brother.

MALE DETECTIVE: Well, you got to understand, I'm going to look into this and find the truth of this, okay? And I'm trying to think of a way of saying go to bat for you. It's -- I'm not making you any promises. I can't promise you, you know, any favors or anything like that, but if this is the circumstance of what happened, I'll make sure it known and -- and I don't want you to go to jail for something you didn't do, but until I can --

LUIS RAMOS: I saw --

MALE DETECTIVE: -- confirm all this, you might have to be -- you might have to sit -- be in there some time. You know, a lot of guys, a lot of detectives, they'll say, "You know what? You're in the car? Bam. Thank you very much. I'm out of here. Boom." You were in the car. Witnesses say people were throwing up gang signs from -- from within the car. Was Wizard or Unico

50

**JA4239**

scanned

throwing signs, yelling "MS" back?

LUIS RAMOS:  He threw it when he got off.

MALE DETECTIVE:  Who threw it?

LUIS RAMOS:  Unico

MALE DETECTIVE:  Unico threw MS?  Okay.

LUIS RAMOS:  He said, (Spanish)  Wizard said when he shot.

MALE DETECTIVE:  He said it when he shot?

LUIS RAMOS:  No, Wizard -- Wizard --

MALE DETECTIVES:  Okay.  When you guys were are driving along next to them, were the guys in your car -- what were they saying?

LUIS RAMOS:  They weren't saying anything.

MALE DETECTIVE:  Were they giving signs to the guys?

LUIS RAMOS:  No, they weren't giving no signs.  The other guys were throwing signs.  The other guys were throwing signs, then, like, they were just saying, "(Spanish)  Oh, good." (Inaudible)  They didn't say (Inaudible)  Wizard (Spanish)  He just goes, like, that.

MALE DETECTIVE:  Like, "What's up?  What's up?"

LUIS RAMOS:  Like, "What's up?"  Like, "Tell me," you know?

MALE DETECTIVE:  Oh, really?

LUIS RAMOS:  And after that, he just got off; shot him.  (Spanish), they said before they shot him.

51

LYNDEN J. AND ASSOCIATES, INC.  (800) 972-3376

JA4240

scanned

MALE DETECTIVE:  Who said that?

LUIS RAMOS:  Unico said it.  (Spanish)  Shot that fool; shot the other guy.  See, they --

MALE DETECTIVE:  Unico said that; Wizard shot?

LUIS RAMOS:  Unico said, (Spanish), and the other guy shot.

MALE DETECTIVE:  Okay.

LUIS RAMOS:  Wizard.

MALE DETECTIVE:  All right.  All right, Luis, you okay on water?  Sit -- sit tight, okay?

LUIS RAMOS:  Hey, sir, do you think you can get me -- talk to them so they can move my family?  Because I know how these guys are.  I know them.  I know like this.

MALE DETECTIVE:  I promise --

LUIS RAMOS:  I know --

MALE DETECTIVE:  I will look into what we can do, okay?

LUIS RAMOS:  Oh, well, you can do (lnaudible) my family's at risk right now.  I have a little baby.

MALE DETECTIVE:  Listen, I don't want anything to happen to your family.  I don't want anything to happen to you.  If -- if I can do anything to -- to keep any harm from coming to them, then I well make sure it's done, okay?  All right?

LUIS RAMOS:  Well, can you move them now?

52

Case 3:16-cv-00057-MOC   Document 56-10   Filed 03/23/17   Page 51 of 67

JA4241

scanned

MALE DETECTIVE:  I don't know.

LUIS RAMOS:  Because it's going to go off right now.

MALE DETECTIVE:  Well, --

LUIS RAMOS:  They gonna find out --

MALE DETECTIVE:  Well, we have to make sure that you told -- you -- it's not going to be turned over right away anyway, so people aren't going to know it, --

LUIS RAMOS:  They'll know.

MALE DETECTIVE:  I'm going to hold onto the information, okay?

LUIS RAMOS:  They'll know, you know why?  First of all, they saw you guys go pick me up --

MALE DETECTIVE:  Well, --

LUIS RAMOS:  -- over there to the house.

MALE DETECTIVE:  -- I would have met you anywhere you wanted to.

LUIS RAMOS:  No, I know, and they saw me getting into the car.  And then, --

MALE DETECTIVE:  Okay, if it comes down, you got arrested for the murder and -- and that's it.  You didn't say anything.  That's it.  You got arrested for the murder if it comes down to it.

LUIS RAMOS:  And they'll find out anyways, and --

MALE DETECTIVE:  How are they going to find out?

LUIS RAMOS:  Because over there, they got connects,

53

Case 3:16-cv-00057-MOC   Document 50-10   Filed 03/23/17   Page 52 of 67

JA4242

scanned

man.  They got the little trusties, (Phonetic) the trusties tell all the people.  They tell them. I know how that game goes.

MALE DETECTIVE:  What I'm saying is I don't need to put all the information that you told me.  I don't need to put it in the report so no one would even know.

LUIS RAMOS:  And it's going to come out in my -- in my record too.

MALE DETECTIVE:  It will -- it will -- eventually, people will know that you got arrested for this thing.  I don't know if you're going to be in custody past tomorrow or not, but people are going to know that you got arrested for the murder.  They won't know anything else, okay?  When I arrest the other people, that's the point where I have to give all the information about my interview with you.  That's when it comes out.  Then that goes -- and you probably know this.  When -- if I have three guys up here, say I have Wizard, Moe, Unico, and you, right?  Say I arrest everybody.  Whether you're in custody or not, say they file on everybody.  I got to give a copy of these notes to Unico's attorney, to Wizard's attorney, to Moe's attorney, and all the attorneys will see it, and then they'll go to Moe and they'll go to Wizard and say, "Hey, this is what Luis said about this thing."  So at that point, they will

54

**JA4243**

scanned

know.

LUIS RAMOS:  So -- all right.  Okay, --

MALE DETECTIVE:  And if I have -- if you're in custody still at that point, then I can get you --

LUIS RAMOS:  If I -- if I can get -- if I can get you guys Unico, do you think you could, like, --

MALE DETECTIVE:  I need to -- I'm trying -- I need to get -- I want to get Unico, yeah.  How do we get him?

LUIS RAMOS:  I can get him, but -- you know, I know --

MALE DETECTIVE:  You're talking about making phone calls and stuff like that?

LUIS RAMOS:  I can call him right now.

MALE DETECTIVE:  You want to?  Do you know his number?

LUIS RAMOS:  Yeah, I'll get him.

MALE DETECTIVE:  Well, what's his number?

LUIS RAMOS:  Can 1 call him?

MALE DETECTIVE:  No, I just want to know the number.

LUIS RAMOS:  He's at my house right now.

MALE DETECTIVE:  He's at your house right now?  Okay.  He's living with you?

LUIS RAMOS:  No, he's right there because --

MALE DETECTIVE:  So Unico's at your house with your same phone number?

55

Case 3:16-cv-00057-MOC   Document 50-10   Filed 03/23/17   Page 54 of 67
JA4244

scanned

LUIS RAMOS: He's at my house right now.

MALE DETECTIVE: Okay.

LUIS RAMOS: He just got there because he's going out with my sister.

MALE DETECTIVE: Lilliana? Okay. They don't call Unico, "Chippy"?

LUIS RAMOS: Huh-uh. They call him Unico.

MALE DETECTIVE: Unico. He's going out with Lilliana? Okay.

LUIS RAMOS: Yeah, I just -- I didn't do it, sir. I'm just saying I know I'm going to get killed.

MALE DETECTIVE: No, --

LUIS RAMOS: And I'm still going to get detained.

MALE DETECTIVE: I'll do everything I can do to take care of you and to keep you safe but I need -- I'm not sure what we're going to do until we check out some of this stuff, okay?

LUIS RAMOS: Unico's at my house right now.

MALE DETECTIVE: Okay.

LUIS RAMOS: He's at my house.

MALE DETECTIVE: Okay. Hold on a second.

PAUSE IN TAPE

MALE DETECTIVE: All right, moving along here, okay?

56

Case 3:16-cv-00057-MOC   Document 50-10   Filed 03/23/17   Page 55 of 67

**JA4245**

scanned

You're saying Unico's there right now?

LUIS RAMOS:  Yeah, but he -- he's not going to come out just like that.

MALE DETECTIVE:  I know.  I know.

LUIS RAMOS:  I could go get him.

MALE DETECTIVE:  Well, I'm going to -- I'm going to try to figure out the best way to talk to Unico.

LUIS RAMOS:  Because right now, if -- if we go --

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  -- like, he's not going to have any idea.  If a lot of cops come, like, you know, and see you guys, --

MALE DETECTIVE:  No, if me and my partner go there and ask to talk to your sister, she'll let us in, right, to talk?  Lilliana won't?  Your mom?

LUIS RAMOS:  She's not there.

MALE DETECTIVE:  Who's not there?  Your mom?

LUIS RAMOS:  She won't.  She won't.  She won't let you go in because she knows.

MALE DETECTIVE:  She knows what?

LUIS RAMOS:  She has -- she has a tattoo right here --

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  -- and if you guys -- if you guys go in, they're going to be, like, "No, they're going to see

57

JA4246

scanned

him."   So my mom's not here.   She'll just step out and talk to you guys outside.

MALE DETECTIVE:   Uh-huh?   Okay.

LUIS RAMOS:   She does --

MALE DETECTIVE:   Give me the description on Unico.

LUIS RAMOS:   Like a --

MALE DETECTIVE:   He's male, Hispanic.

LUIS RAMOS:   Yeah, a male, Hispanic.   He's about --

MALE DETECTIVE:   Hold on, let me see if I've got him down here somewhere, if I wrote it down already.

LUIS RAMOS:   -- this tall.

MALE DETECTIVE:   El Unico:   20 years old, male, Hispanic, 5'4, 5'5, belly, fat cheeks, slicked back black hair.

LUIS RAMOS:   He has, like, a little -- his eyes are, like, kind of --

MALE DETECTIVE:   Chino?

LUIS RAMOS:   Yeah, Chino kind of.   (Phonetic)   Not really.

MALE DETECTIVE:   Slightly?

LUIS RAMOS:   Yeah.   He has -- you'll see him, he has a (Inaudible)

MALE DETECTIVE:   Okay.   He has "Mara --"

LUIS RAMOS:   Like that.   It says --

MALE DETECTIVE:   It will read "Mara" across here?

58

JA4247

scanned

LUIS RAMOS:  Yeah.

MALE DETECTIVE:  M-A-R-A?

LUIS RAMOS:  Yeah.  It says Mara right here.

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  Across.  Yeah.  Yeah, right here, and then it's, like, he said (Inaudible)

MALE DETECTIVE:  Is he a bad ass?

LUIS RAMOS:  I don't know.  I really didn't mess around with him like that.

MALE DETECTIVE:  Well, you're going to the beach with him.

LUIS RAMOS:  Well, he invited me.  I thought we were going to the beach.

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  Not to do that stuff, you know?

MALE DETECTIVE:  Do you know his real name?

LUIS RAMOS:  Well, he gives two.

MALE DETECTIVE:  What?  What are the names he gives?

LUIS RAMOS:  He gives "Ruben," and he gives, "Luis Mario."

MALE DETECTIVE:  Mario?

LUIS RAMOS:  Luis Mario or Ruben.

MALE DETECTIVE:  Ruben Mario?

LUIS RAMOS:  No, no, no.  Ruben -- I don't know his last name.

59

Case 3:16-cv-00057-MOC    Document 59-10    Filed 03/23/17    Page 58 of 67

JA4248

scanned

MALE DETECTIVE:  Oh.

LUIS RAMOS:  And he gives Luis Mario, but I don't know the last name.

MALE DETECTIVE:  Ruben or Luis Mario.

LUIS RAMOS:  (Inaudible)

MALE DETECTIVE:  You don't know his last name?

LUIS RAMOS:  No.  Not at all.

MALE DETECTIVE:  God.

LUIS RAMOS:  El Unico.

MALE DETECTIVE:  I want to find a picture of him is what I want to do.

LUIS RAMOS:  Oh.

MALE DETECTIVE:  Has he been arrested recently?  Has he ever been arrested here in the United States?  Straight from El Salvador?  Is he on the Most Wanted at all?

LUIS RAMOS:  Huh?  No.  There's another guy, they call him "Danger."  He's -- he's there too.

MALE DETECTIVE:  At your house?

LUIS RAMOS:  No.

MALE DETECTIVE:  Oh.

LUIS RAMOS:  He's -- let's see, it's -- Catsor, Wizard, Danger, El Unico; they came together.  The ones that are in the most wanted is Castor, --

MALE DETECTIVE:  -- Wizard, --

60

Case 3:16-cv-00057-MOC    Document 50-10    Filed 03/23/17    Page 59 of 67

JA4249

scanned

LUIS RAMOS:  -- Wizard and Danger.

MALE DETECTIVE:  Danger's in there also?

LUIS RAMOS:  Yeah, but I haven't seen Danger in a long time, but he's here though.  He's here.

MALE DETECTIVE:  So Lilliana wouldn't let us in the house?

LUIS RAMOS:  Huh-uh, not unless you guys take me and I go handcuffed -- I go handcuffed.

MALE DETECTIVE:  Uh-huh.

LUIS RAMOS:  -- and you guys take me, then I just go in straight out.  (Inaudible)

MALE DETECTIVE:  Would she come to the station?

LUIS RAMOS:  Huh-uh, she won't.

MALE DETECTIVE:  She won't come to the station?

LUIS RAMOS:  She won't, and she has --

MALE DETECTIVE:  Is she the one that called the other -- called today?

LUIS RAMOS:  Yeah, she answered.

MALE DETECTIVE:  Okay.

LUIS RAMOS:  Did you call her?

MALE DETECTIVE:  Yeah.

LUIS RAMOS:  Oh.

MALE DETECTIVE:  I called and said, "Hey, we're here," you know?

LUIS RAMOS:  At 9:00, right?

61

Case 3:16-cv-00057-MOC    Document 50-10    Filed 03/23/17    Page 60 of 67

JA4250

scanned

MALE DETECTIVE:  You were in the shower --

LUIS RAMOS:  I was in the shower.

MALE DETECTIVE:  -- at 9:00, yeah.

LUIS RAMOS:  Yeah, and just go handcuffs.

MALE DETECTIVE:  He's never been arrested here in the United States you don't think?

LUIS RAMOS:  Never.  I don't think so.  I haven't heard of him being --

MALE DETECTIVE:  What kind of car does he drive?

LUIS RAMOS:  He doesn't drive.

MALE DETECTIVE:  What kind of car does Lilliana drive?

LUIS RAMOS:  She doesn't drive.

MALE DETECTIVE:  How are they -- who would they go out of the house?  How do they leave?

LUIS RAMOS:  Well, walking.

MALE DETECTIVE:  Oh, really?

LUIS RAMOS:  Yeah.

MALE DETECTIVE:  And she's got a baby?

LUIS RAMOS:  Yeah, she has a baby.  Her name is Amber.  She's about to be two on November, but -- I don't want to get her involved.

MALE DETECTIVE:  No, no, no, I just want to be careful.  Baby, Amber, she's two?  Okay.

LUIS RAMOS:  I mean, I --

62

Case 3:16-cv-00057-MOC   Document 56-10   Filed 03/23/17   Page 61 of 67

JA4251

scanned

MALE DETECTIVE:  I know.

LUIS RAMOS:  Just handcuff me.

MALE DETECTIVE:  You got to -- you got to let me do this my way though, you know, --

LUIS RAMOS:  Yeah.

MALE DETECTIVE:  -- because this is -- this is -- this is my show, so I need to make sure everyone's safe on this thing.

LUIS RAMOS:  Yeah.  No, I mean, look, he -- right now, he -- he doesn't have any weapons.

MALE DETECTIVE:  There's no weapons in the house?

LUIS RAMOS:  No, no, no guns, no nothing.  If you just handcuff me from the foot -- from the feet and from the hands, --

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  I'm not going to run.

MALE DETECTIVE:  No, I'm not worried about you running.

LUIS RAMOS:  Yeah.

MALE DETECTIVE:  I -- I don't want to -- I don't want to be taking you in there, you know?  I don't want to be taking you in the house when we've got officers in there, and --

LUIS RAMOS:  No, just -- no, just leave me in the car.  Put -- park the car in front of my -- in front of

63

scanned

my apartment --

MALE DETECTIVE:  Well, what would be easier if I had -- if I could figure out who this guy was, get a picture of him, like, when he was booked, and I could see if he is my suspect.

LUIS RAMOS:  He has no -- he has no pictures.

MALE DETECTIVE:  Oh.

LUIS RAMOS:  When he was there, --

MALE DETECTIVE:  Does he have a mustache or --

LUIS RAMOS:  No, he doesn't have one.

MALE DETECTIVE:  What other tattoos?  Any other tattoos?

LUIS RAMOS:  He just got this recently.

MALE DETECTIVE:  Oh, yeah?

LUIS RAMOS:  Yeah.

MALE DETECTIVE:  Is it big -- big -- big old letters?

LUIS RAMOS:  Big, from -- this big, and then (Inaudible)

MALE DETECTIVE:  Okay.

LUIS RAMOS:  (Inaudible) he just got it.  It doesn't appear on file.

MALE DETECTIVE:  When did this Hollywood and Garfield thing with Wizard happen?

LUIS RAMOS:  It was -- let's see, --

64

scanned

*2 other 1 Homicides*

MALE DETECTIVE:  Oh, that was while you were in the hospital?

LUIS RAMOS:  Yeah, when I was in -- I got shot on the 24th.

MALE DETECTIVE:  And when did the one on Western and Fountain, with Wizard and Chakal --

LUIS RAMOS:  That was, like, a month later after that.  You can look them up on Hollywood.  Just help me.  I will give you everything, (Phonetic) sir.  I just don't want to -- because it could -- or I'm just giving you free information --

MALE DETECTIVE:  I can't make you promises, like, this will help you out.  I can't say that, but you got to think --

LUIS RAMOS:  You helped Moe out.

MALE DETECTIVE:  -- think to yourself --

LUIS RAMOS:  It helped Moe trying to blame me for something I didn't do, and he got out.

MALE DETECTIVE:  Yeah.  Hold on.

LUIS RAMOS:  No, (Inaudible)

MALE DETECTIVE:  (Inaudible)  All right.  Sit down though, okay?  All right, we're working on some stuff.

MALE DETECTIVE:  Sir, I need to use the rest room, sir.

MALE SPEAKER:  What's that?

65

Case 3:16-cv-00057-MOC   Document 56-10   Filed 03/23/17   Page 64 of 67

**JA4254**

scanned

LUIS RAMOS:  I need to use the rest room, sir.

MALE SPEAKER:  You do?  Okay.  All right, have a seat for a second.

MALE DETECTIVE:  (Inaudible)

LUIS RAMOS:  That's what she told me.

MALE DETECTIVE:  He's there right now?

LUIS RAMOS:  Well, when I left, I mean, yeah, she was there.

MALE DETECTIVE:  She was there with -- with -- what's the guy's name?

LUIS RAMOS:  With --

MALE DETECTIVE:  What's his --

LUIS RAMOS:  Luis Mario.

MALE DETECTIVE:  Mario?

LUIS RAMOS:  Luis Mario.  (Spanish)  His name is Luis Mario.

MALE DETECTIVE:  That's the guy with Mara (Inaudible) Luis Mario?

LUIS RAMOS:  That's his name.  His first -- that's --

MALE DETECTIVE:  What's his last name?

LUIS RAMOS:  I don't know his last name.

MALE DETECTIVE:  Luis Mario?

LUIS RAMOS:  Luis Mario, or he goes by "Ruben" sometimes.

66

Case 3:16-cv-00057-MOC    Document 50-10    Filed 03/23/17    Page 65 of 67

**JA4255**

scanned

MALE DETECTIVE:  Luis Mario, okay.

LUIS RAMOS:  Or he goes by "Ruben."   Excuse me?

MALE DETECTIVE:  Uh-huh?

LUIS RAMOS:  How long are you guys going to be taking?

MALE DETECTIVE:  I don't know.  I don't know, we're trying to work something out.

LUIS RAMOS:  Do you -- yeah, can I make a phone call?

MALE DETECTIVE:  Who are you going to call?

LUIS RAMOS:  My sister.

MALE DETECTIVE:  Your sister --

LUIS RAMOS:  Oh, I mean, you could -- yeah, you could hear it on speaker.  I'll talk to her on speaker.

MALE DETECTIVE:  Okay.  All right, I'll let you call her, okay?

LUIS RAMOS:  Can I call my girl or my mom so I could let her know that --

MALE DETECTIVE:  Yeah, it's okay.  Just relax, okay?

LUIS RAMOS:  Yeah, because you got me kind of, you know, --

MALE DETECTIVE:  I know.  I know.  Just hang tight.

MALE DETECTIVE:  Do you need something to drink or something, man?  Do you need a Coke or something like that?

67

JA4256

scanned

LUIS RAMOS:  Oh, sure.

MALE DETECTIVE:  You want a Coke?

LUIS RAMOS:  Yeah.  Can I get something to eat?

MALE DETECTIVE:  What do you want?  Some snacks or something?

LUIS RAMOS:  Yeah, I'm just hungry.  I haven't ate since --

MALE DETECTIVE:  What do you want?  Chips?  Some --

LUIS RAMOS:  It doesn't matter; anything.

MALE DETECTIVE:  It don't matter?

LUIS RAMOS:  Yeah.

MALE DETECTIVE:  Okay.

LUIS RAMOS:  If you don't mind.  (Phonetic)

///

///

68