

NIVENA

From *WIZARD* Novena Street of "2" letters 213…To Cyclon[e] Normandies…

*What's up, homie?* I greet you in honor of the *Big* 'hood with my claw on my forehead, the other on my heart, hoping that when you receive this letter the Beast has you enjoying good health, happiness and cheer alongside the brothers or the rest around you…I stated to you, that, in reference to *Spider* from 'FWLS,' this homie sounds more or less like a character who went on vacation with *Joker* from my clique there in *New York*...I told you that a light got put on his clique, and you tell me that, when you found him, he was off-track, right?... And he came from [IL] and he left the other homies from his clique strewn about instead of asking the 'hood to be given a mission. He came here and continued doing the same. He refused to understand and he even changed the name of his clique. They were Familia Fripor there and there are still some [IL] there still with Familia. I met two of them. One of them was trying [IL] adapt to the system again. But, I once found that guy like he was laying in wait. I kind of asked him how the system that he was running was doing. There were all off-track, and if homies had not gone up to see what the problem was…The people there didn't know what was up. I didn't say anything to them. [IL] later and from there I found out that they were wanting to adapt to the system [IL] I had tried to do it the same as here, but they were a lot in conflict. [IL] I want you to understand is why this homie hasn't gone up to *New York* to see what's up with his clique, and he changed the name of his clique here. Look, about starting up that clique, yeah, no problem. Just tell that [IL] *Spider* to remember that it is a serious responsibility to be in charge of the cliques, and that if he or *Puppet* take responsibility for them, [IL] they want to continue being Familia Winston, they have to be responsible for going to *New York* too, to see what's up with Familia Fripor, because there are still some of them…Just tell him that, yeah, they can count on permission to start up that clique. But, "Mundiales?" I don't think that it's well [IL] that name has to be well-represented at a worldwide level…Look, that asshole [IL] the name Antonio Lopez in another jail. Let the homies outside know that's his name. He's around "is" from here or Carolina…Look, homie, I'm going to give *homie* Tigre permission to bang my clique, and he's going to be called "Fantasma" [Ghost] now. He tells me he doesn't want to be Coronados. I asked him why and he says that these [IL] have never taught them anything about the 'hood like what we explained to them, and could he belong to my clique. I told him no problem, he can bang my clique, and for him to think about if he hits the road fast because he has to go up to Sivar for the brothers of the clique to whoop him and meet him…And this character has to get a

GOVERNMENT EXHIBIT 166b

Case 3:16-cv-00057-MOC Document 50-11 Filed 03/23/17 Page 2 of 34

light put on him, too. You know who I'm talking about, "Mari." They say that he told the fed fags that he doesn't belong to the Mara, rather he's Mexican. And he told several countrymen and Sur 13s that he is "*Brown Pride*," that he doesn't belong to the Mara..."Look, before I forget, send me the monikers of the homies who gave the snitch a hand, besides the boy from "Abriles." Who is the one from Centrales? Tell me so I can send greetings to them on my behalf. On your behalf, I believe you already sent regards to them, right?... greetings to the *homies*. Look, call them "Tejanos Locos Salvatruchas." Be careful.

…We are the Big Mara for life, dude. Hey, look, do me a favor and get me a calling card code even if just has 5 minutes, to talk to the family down there in Sivar. See if you get one from one of the countrymen, and if you can't, no problem, one will surface. And, so, remember: you can always find wizards and sorcerers in every city. There are even more of them on Novena Street. There you will always find faithful soldiers, on the streets watching and controlling like this world's guardians… They say I am a lost case because I keep screwing or killing rival gang members who mess with me, and relaxing with beer and a joint of weed for a toast. They criticize, but they don't see that you yourselves are right there. Just remember that the war goes on, not peace, and the benefit is for this Mara member who comes from the city of Santa Ana, and I continue singing with the Maras in the guitar strings. The moment has come for me to try to recover and calm myself down, but the past doesn't let me carry on, and never mind changing or stopping the shootings. When death wants to come to me, you have to know how to use your head, and when the shotgun is set in action, bad decision…

Case 3:16-cv-00057-MOC Document 50-11 Filed 03/23/17 Page 4 of 34



Wilmer F. Rivera
#337456
P.O Box 34429
Charlotte, N.C 28234-4429

E42 1/29

CHARLOTTE NC 282
28 JAN 2010 PM 4 L

USA 44
MARYLAND

RETURN TO SENDER
___ Not in Mecklenburg County Jail System
___ No Money Orders ...
___ ... Photos, Lyrics
___ Inappropriate ..., ... stamps, envelopes
___ No polaroids, ...
___ 5 single photos ...
___ Books and Magazines must be sent from publisher/printer
___ Other:

Jaime Sandoval
PTD # 190829
P.O Box 34429
Charlotte, NC 28234

28234+4429

GOVERNMENT EXHIBIT 171
PENGAD 800-631-6989

[illegible] 1/27/2010

[illegible] – [illegible]

Torcido todavia va, pues aqui acordandome las comidotas que nos lavamos juntos la pase bien alli con usted esos dias, no pues aqui llegue y pues aquellos dos locos ya no estaban, me dijo un civil que los avian movido a los dos yo creo que por el [illegible] pero aqui estoy Firme va, no pues la verdad es que el motivo de esta [illegible] [illegible] Sylor – [illegible] a ese maje lo [illegible] echo verga y pues le dijimos como esta el pedo va, y simon el bicho se paniquio ese – [illegible] y nos dijo que nosotros estabamos mal que el no le va [illegible] ni a nadie, que este pedo se iva a arreglar y despues dijo que nosotros ibamos a tener pedo, pero yo le dije que ala [illegible] y que pedo pues, pues el bicho queria [illegible] y dijo que le iva a [illegible] al [illegible] para ver que pedo y la verdad que yo le dije que [illegible] que se [illegible] pero no quiso y dijo que el no tiene miedo a nada que aqui se va a quedar – digale este pedo al [illegible] que el bicho no se quiere ir de este [illegible] y [illegible] porque a mi [illegible] - pues yo por un puto cata estoy aqui. el bicho me dijo que estava de unay me rifo la MS pues el bicho anda taquiado en los brazos Mara Salvatrucha. dijo tambien que era del Salvador y que antes era [illegible] pero ahora es

[illegible] pues [illegible] que el [illegible] pues [illegible].

veno pues eso era todo lo que le queria informar dejarle saber que todo corre azul por aka y pues spero una respuesta [illegible] mandeme la carta [illegible]. se cuida y ya sabe [illegible] ms [illegible] y nos vachamos al raton.

[illegible]

[illegible].

[illegible].

<u>**Key**</u>:

| | |
|---|---|
| Standard font | Spanish |
| *Italics* | *English* |
| <u>Underlined</u> | <u>Word transposition</u> |
| **Bold** | **Hybrid of Spanish and English** |
| [ ] | Description of graphic or other notation |
| IL | Ilegible |
| *sic* | To be read as written in original document |

Case 3:16-cv-00057-MOC Document 50-11 Filed 03/23/17 Page 8 of 34

GOVERNMENT
EXHIBIT
171a

Wilmer B. Rivera
#337456
P.O Box 34429
CHARLOTTE NC 282
28 JAN 2016 PM 4 T
RETURN TO SENDER
P.O Box 34429

Wednesday, 1/27/10

[encipher segment begins]: *Hey* what's up, homie? How are you doing, Pelon [Baldy]? Well, I'm still here, [encipher segment ends] locked up, right? Well, I'm here remembering the big feasts we used to have together. I had a good time there with you those days. No, well, I got here and, well those two homies weren't here anymore. A civilian told me that they had moved the two of them. I believe it was because of [enciphered word]: Chipi. But, I am standing strong here, right?

No, well, the truth is that the reason for this [enciphered segment begins]: letter is that the first one already went down here. I ran into that asshole Chipi where I am and well, yeah, right? Extrano from the [enciphered segment ends] Sylor, [enciphered segment continues]: *Money* and me, Decente, we fucked up [enciphered segment ends] that fool. [enciphered phrase]: We left [enciphered phrase ends] him all fucked up. And then we told him what's up, right? And the kid got all nervous, dude, [enciphered phrase]: he was so scared he was shaking [enciphered phrase ends], and he told us that we were wrong and that he is not going to [enciphered phrase begins]: snitch on *Wizard* [enciphered phrase ends] or on anyone, that this problem was going to be fixed. And then he said that we were going to have trouble. But I told him that [enciphered phrase begins]: fuck it, that the Mara gave me this mission [enciphered phrase ends], so what the hell then?

Well, the kid wanted to [enciphered word]: cry, and he said he was going [enciphered phrase begins]: to write [enciphered phrase ends] to [enciphered word]: *Wizard* to see what was up. And the truth is that I told him [enciphered phrase begins]: to fuck it [enciphered phrase ends], to [enciphered phrase begins]: to leave this *pod* [enciphered phrase ends]. But, he refused and he said that he was not scared of anything and that he is going to stay.

Tell [enciphered word]: Wizard about this bullshit, that the kid doesn't want to leave this [enciphered segment begins]: *pod* and so what do we do? [enciphered segment ends] Because [enciphered segment begins]: just looking at him makes me furious [enciphered segment ends]. Well, as for me, I'm here because of a fucking snitch. The kid told me that he was straight and he threw up MS signs at me. Well, the kid has "Mara Salvatrucha" tattooed on his arms. He told me he was from El Salvador, too, and that he was [enciphered word]: Novena, but now he's [enciphered word]: Hollywood.

[end of page 2 of 3]

[enciphered phrase begins]: Well, let *Wizard* [enciphered phrase ends] know that the [enciphered segment begins] kid already experienced MS presence first-hand [enciphered segment ends] and well [enciphered segment begins]: now we need to get Moe [enciphered segment ends].

Well, that's all I wanted to let you know about. [IL] let you know that everything is running blue here and, well, I'm waiting for [enciphered word]: your response. [enciphered segment begins]: Send the letter to me to this homie's address in this same language [enciphered segment ends].

Take care and you know, [enciphered phrase begins]: brother, straight up Mara [enciphered phrase ends]. MS [enciphered phrase]: Desente [*sic*] CLSS.

We'll see you later.

[enciphered segment begins]: Tell *Wizard* that we fucked up Chipi

the way we had to.

You don't mess with the Mara. [enciphered segment ends]

Wednesday, 1/27/10

…I ran into that asshole Chipi where I am and well, yeah, right? Extrano from the [enciphered segment ends] Sylor, [enciphered segment continues]: *Money* and me, Decente, we fucked up [enciphered segment ends] that fool. [enciphered phrase]: We left [enciphered phrase ends] him all fucked up. And then we told him what's up, right? And the kid got all nervous, dude, [enciphered phrase]: he was so scared he was shaking [enciphered phrase ends], and he told us that we were wrong and that he is not going to [enciphered phrase begins]: snitch on *Wizard* [enciphered phrase ends] or on anyone, that this problem was going to be fixed. And then he said that we were going to have trouble. But I told him that [enciphered phrase begins]: fuck it, that the Mara gave me this mission [enciphered phrase ends], so what the hell then?

Well, the kid wanted to [enciphered word]: cry, and he said he was going [enciphered phrase begins]: to write [enciphered phrase ends] to [enciphered word]: *Wizard* to see what was up... Tell [enciphered word]: Wizard about this bullshit, that the kid doesn't want to leave this [enciphered segment begins]: *pod* and so what do we do? [enciphered segment ends] Because [enciphered segment begins]: just looking at him makes me furious [enciphered segment ends]… Well, let *Wizard* [enciphered phrase ends] know that the [enciphered segment begins] kid already experienced MS presence first-hand [enciphered segment ends] and well [enciphered segment begins]: now we need to get Moe [enciphered segment ends].

Well, that's all I wanted to let you know about. [IL] let you know that everything is running blue here and, well, I'm waiting for [enciphered word]: your response…

Take care and you know, [enciphered phrase begins]: brother, straight up Mara [enciphered phrase ends]. MS [enciphered phrase]: Desente [*sic*] CLSS…

[enciphered segment begins]: Tell *Wizard* that we fucked up Chipi

the way we had to.

You don't mess with the Mara. [enciphered segment ends]

GOVERNMENT EXHIBIT 172

PENGAD 800-631-6989

Alejandro Umaña
PID # 362221
PO BOX 34429
Charlotte N.C 28234

USA 44

to
Jaime Sandoval
PID# 190829
Po Box 34429
Charlotte, N.C 28234

Jail central
Meck Co

no escrivu[illegible]
ni lento chatre cuarnal al Rato
ay me Ruya x no marche los ojos
que para eso le compre borras
oyga le mande tres con
el muy tro de la continu
orale
Jajaja

#1 mi reve ax nemanda su chafe Paravers mandan algunas vanvas y medice como asez Per en tacumaya oxga osale pues saludos alos carnales asulado o alRededoz encompan.

1-17-10

Que ondas carnal espero al Resivo de esta umilde carta nuestro creador melotenga gosando de buen salud alado del carnalito sendete ide Paisas alRededo bueno carnal despues deste Pequeño y corto saludo Paso alo siguiente.... bueno le cuento que esta casi a dos Puertas de donde yo estoy uste esta amano derecha de donde yo estox cuando usted salga a vicita o a doctor o a corte cuando salga Vadoblar amano izquierda y la Primera Puerta amano izquierda a es donde estoy ax otra Puerta en frente Pero a es de Regulares osea estox caval en frente delos as. soves mi reve alaPar de usted ax tres locos de la yarda lesPuede ablar Por las ventanitas Pegadas a Pared sinolos mira digale al que este en esa selda que les able esta el sicrel tg x el PJ mi reve silos mira digale al sic. o al tg. que... LVEVJCH NVQVO tcJc URVOVJCH. JC9DVVHVtgSVOCYVS tWDAD iCEC SVHOVictcE VALUHSVLOVH AC NV SCH tVOEVSVH VEQVOYV ACOJDSVROCH YV YDCH VXSVE HAVED DtV DJVRDEVOViVEYCSVH VHDtVQVE VNVYVO J9YCH iECQVSVQVO JDOVQV SCtCSVOViV VSOVXDCHC AVOVNVSVACERVJVELV tCEVHCiV VSLDVEV M9VQVONVAVYC SVOViV YVHLVJVEVOV AVOCECtVH SCA9YC SVVO ACOM9VECJVVtCEVHLVYC HDSVOViV YDRVSVNVSC SVVtCESCHEgJVOCH LOVHHVDHtDEtCCiC SVAODJVOVAVOLV SV9 VEVS LOVH SVtVR9EYVSVQV VEVS HVDH iSCYVJVH VEVS tDEtC D VSCiC HVDH VEVS LOVH HDVLV VEVS HVDH iSCJDHJC VECH CLOCH YCHJDOVQV YVSCYVStWVt9V iCtOVCNViVY9VOJV VSDVSCLO NVSVLDOC VSAVOC VSV EVEV tOVCNVVOV XVtVELOVSVH VSCL

F2: mireve nosave srel Y vatiçaz la tarjeta oyasela gusto oledejo mi directa orale Pues. al Rato lo PiXO OK JaJaJaJaJaJa

DOVaCERuSVcVHtODQuSvSuHauSuXOuH uSCHSctcH VE
EauavS DNvSCSVuE DYvHagvHSCOcJav auouNVEcui
vauYc DYDRuSuHNvEcSvOviVE uEDERgESctcHDEcvH
cEtcYDRc iYDRuSvH NvEcOviVE uSOvQvH acONvSSuHuque
vOSc vHLcHQuLcH LOuLvYv uHvOSvH gEWuQvtvYuODc
ivScJvEYuiYDRuSvYvHvauYcuSYvtvELvNvuivHuJD
DcEtcEvHcHJuFvH JDOvtuOEvS acObuQcO SvQciuauYDo
tLcLuSQvHaDYDvEYcSvYvbuQcO vELDvEYv LuOEvS
uJvOviVactuHSvLOuH YvuHLuHEDSuHYvHavRvSctc
cONvHvSvHutvJuHbutDSauOuSvvO uvHLcHagLcHiHD
HvauOwJcHvHJvFcOEcOviuO uHDacONvSCHYvLvtLuEXDvE
HDS ZutWvvHLuQvHMgvJvQuicHvauOctcJcvELOuHQvtvH
DRODvRuiSuc LuEXDvE tguEYcJvagHcMgvauYc EcSctvauOv
vOEuS acObuQcOtuOEuSDLc JDOvYvS auDHSvMgvODuYvtDo
rvHvactcJuLuOcESCHFgOuHugEWcJDYvSuHuiavOcvOu
gvQcMgvEcSctcEctDuJcHEcHcLOcHiacOcLOuavOLvu
DvHLciHcScvEvHLvagLcacY agLvSctcMgDvOcLOuLuO
vQvOScavOuauHuOSvgEvagiuavOuNvSutuORvacOuS
cEcHvtcJc uHvOauOuDOuSYctLcOiYuOtvScavOcvSauYc
HuQvOMgvSCHQuJcHWuQvOauOuYuOtvScJDOvQciuQvOtc
JviuQuEauOuYvFuOSv gEcvEvS QuEcYvuSSDiSScSuYD
cYcEYvScYvFv JDOvHvScQciuYvFuOtcEgEWDSc uKgS uiHcSc
XgHtutguEYcSvYDRu ASi que al Rato lo PiXO orga
ver que ondas cuidese y Recuerdese que Yo Yo
ox sutata OK y siempre esta en mi ♡ Hijo
JaJa Saludes de mi Jefito y de la golosa Para You
ano Pude ablar mas cuando revino su carta orale

COPY

Exhibit 2, p. 016

JMU 239

**<u>Key</u>**:

| | |
|---|---|
| Standard font | Spanish |
| *Italics* | *English* |
| <u>Underlined</u> | <u>Word transposition</u> |
| **Bold** | **Hybrid of Spanish and English** |
| [ ] | Description of graphic or other notation |
| IL | Illegible |
| *sic* | to be read as appears in original |

GOVERNMENT
EXHIBIT
172a

Alejandro Umaña
PID # 36222
PO BOX 34429
Charlotte NC 28234

to
Jaime Sandoval
PID# 90829
Po Box 34429
Charlotte NC 28234
Jail central
Meck Co

[Back of the envelope]

Don’t write [IL]

not slow. Be careful, brother. Later.

Write to me, and don’t get the paper dirty

I bought you erasers for that purpose.

Listen, I sent three to you with the canteen master.

All right

Ha, ha, ha.

[end of page 2 of 4]

#1 [On left margin vertically]: 1-17-10

> Look, send me your date to see if I can have some money sent to me, and tell me how to do this, but in cipher, you hear? All right, say hi to all the brothers who are with you or around you keeping you company.

What's up brother? I hope that when you receive this humble letter our Creator will have you enjoying good health with brother Desente [*sic*] and some other countrymen with you. Well brother, after this little and short greeting, I will continue with the following… Well I want to let you know that you are almost two doors away from me. When you go out for a visit, or to the Doctor's, or to court, when you come out you turn left, and the first door to the left, that's where I am. There is another door in front of it, but that's for the regulars. I mean, I am right in front of the elevators. Look there are consultants out there next to you. You can talk to them through the little windows in the wall. If you don't see them, tell whoever is in that cell, tell them to talk to them. SICR, TG, and PJ are there. See if you can see them. Tell SIC or TG that [enciphered portion begins]: we have to see how we can get Moe and that asshole Chipi. I don't write to them in these letters because it is frankly God's miracle that they speak Spanish. And imagine if I wrote to them, they would be dumbfounded, and it is not worth shit. Look man, I wrote to Rabioso [Rabid] to see if he can put some thought into that. Now he has to figure out the deal. I wrote to him in this fashion, but I don't know if he was able to read it because he has not responded to me. If you write to him, tell him to read it with numbers three, six, five, eight. Read the first part in number three, read the second part in number six, and the rest in number five, and eight six on three, seven in six, and the same on the other two. Look, about Chacua [Grasshopper], I think he and the other guy who helped Nena are asleep already. I think the other one was from Centrales.

[end of page 3 of 4]

[on header]: #2 Look, do you know if [figure] will send the card? Or has he spent it already? Or did you give him my address? All right then. I'll catch you later. *Okay*. Ha, ha, ha, ha, ha, ha, ha, ha.

[enciphered portion continues]: Look, start writing the words to the guys in a paper, and they have to read it, and rip it afterwards so there won't be a problem. And tell them not to write anything unless it is encoded, and tell them not to write backwards because these guys already know how to read it. Try to make an ABC and send it to them, and tell them about the problem with Decente [Decent] who has made friends with those fools. Look brother please, I'm going to ask you to do this, maybe if I ask for it as a favor you will understand, brother. Write to me a few letters like these. Don't even separate them man because these motherfuckers can read them easily, and if we wait, it's better not to write like this, because they will find them really easy. **Look**, last time you wrote to me the "Y" stood out like three times, and the "O" did too, when you wrote, "What's up?" to me. Don't separate it, brother, please, little brother. Look, regarding the country, I wanted to tell you that the police recently killed one of the *homies* from the clique. But, he was a new one, and not a homie we knew. And, changing the subject, I'm alone in this fucking *POD*. Fuck, homie, I want to try to see you/him, to pass you/him a shank so you/him can hit him through the [letters missing ]. I don't know how to manage to go to the Doctor's and give it to him/you, but the problem is to know that we are going to see each other in order to give it to you/him. Look, I'm going to see if they take me there, and I will leave one in the window sill right there. I will tell you where I will leave it with a blue string by itself. Look for it when I tell you. [enciphered portion ends]

So, I'll see you later then to see what's going on, you hear? Take care, and remember that I, I am your daddy, *okay*? And you are always in my ♡ my son. Ha, ha, ha. Regards from my father and from Golosa [The Babe] for you. I couldn't talk anymore when I got your letter. All right.

[end of page 4 of 4]

[end of document]

…What's up brother?... Well I want to let you know that you are almost two doors away from me. When you go out for a visit, or to the Doctor's, or to court, when you come out you turn left, and the first door to the left, that's where I am. There is another door in front of it, but that's for the regulars. I mean, I am right in front of the elevators. Look there are consultants out there next to you. You can talk to them through the little windows in the wall. If you don't see them, tell whoever is in that cell, tell them to talk to them. SICR, TG, and PJ are there. See if you can see them. Tell SIC or TG that [enciphered portion begins]: we have to see how we can get Moe and that asshole Chipi. I don't write to them in these letters because it is frankly God's miracle that they speak Spanish…Look man, I wrote to Rabioso [Rabid] to see if he can put some thought into that. Now he has to figure out the deal. I wrote to him in this fashion, but I don't know if he was able to read it because he has not responded to me. If you write to him, tell him to read it with numbers three, six, five, eight. Read the first part in number three, read the second part in number six, and the rest in number five, and eight six on three, seven in six, and the same on the other two. Look, about Chacua [Grasshopper], I think he and the other guy who helped Nena are asleep already. I think the other one was from Centrales…[enciphered portion continues]: Look, start writing the words to the guys in a paper, and they have to read it, and rip it afterwards so there won't be a problem. And tell them not to write anything unless it is encoded, and tell them not to write backwards because these guys already know how to read it… I'm alone in this fucking *POD*. Fuck, homie, I want to try to see you/him, to pass you/him a shank so you/him can hit him through the [letters missing ]. I don't know how to manage to go to the Doctor's and give it to him/you, but the problem is to know that we are going to see each other in order to give it to you/him. Look, I'm going to see if they take me there, and I will leave one in the window sill right there. I will tell you where I will leave it with a blue string by itself. Look for it when I tell you. [enciphered portion ends]

GOVERNMENT EXHIBIT 172b

Hernandes lara
PId# 368333
PO BOX 34429
Charlotte N.c 28234

to

Jaime Sandoval
PID# 190829
PO BOX 34429
Charlotte NC 28234
Central Jail
Meck Co

[illegible] Mañana le pongo mas
Pues ay orale

Que ondas carnal espero al Resivo de esta carta se encuentre vien de salud vajo la vendicion de Dios espero todo vien Porai tanto para usted y Para el carnal asulado mireve Resivi su carta ahora y oy mismo sela contesto Para que le aga saver antemano al carnal que nose aguite que yo Pongo mi cara por el y por los demas yo yale yse saver al cy. de lo que pueda Pasar y el esta en contacto ala Jora y tambien le Pedi un Fon para poder colinear nosotros y que Podamos tener a alguien arafue Para que tambien de algunas bueltas arafue Pero tambien tengo otenemos que Verte gunal colo de atoke arafue Para aser yetar a los colos Por que mire sense esta tener a alguien de atoke

JDOVQVTUOEUSYVSCNVUXSVCSCNVYDRUVHVT9SVOCJVSUAVSUVSHUQVM9VVSNV
USVUbVTLUYCVHVSACONVSCHSCTCHYVSCHSSULVEDUEVSTCECHDJDVEHC
YVVHLVAVYCiHDECSCHJULUOCEJUHVELVHVOUACONVICECXDUYUYCVHD
ICONVECJVACYDUYVFVOSSVQUOACOSCHF9OUHAVOCCiHDA9VYCUXSUOSCNV
CY9YUQUCISCQDTCEJDHCFCHDVHT9TWVTSUOCDVEVHAVECSH9TCEDVTDCEDVE
ERSVHSUYUSJCVVHVJUFUNDVOCHUQVOYCEYVVHLUiTCENDVEVHLUAOU
DVONVTVUHVA9LUSCTCiCQDVOUM9VODYCACYVOYUOSVHVSJDVOCNVCC
-VERCiCLOUHYUHA9iVHM9ULVERCUNDLVERCLOVHAVOCVSF9VQVHJVXQiU
ICEVOVEUF9ECACOSCJVECHLOVHYDUHYVECURVOVOSVHTCJDYUAVOUNVV
VQVEUTWVM9DVOSUAOVHDCEAVOUYVFUSUHSUHA9SSDLUHJDOVQVHDQVUSNEC
YU9HLVYVHVEVHLCHYDUHTWVNVVEYVQUFCYVSSUQUJUECHTOVCNVUSSDCH
DCiUYVFUOAVRUYCHCHDECHUSCHYVFCYVQUFCYVSUA9VOLUTCE9EDSC
COUYCAUSDYCAVRUYCUQUFCVESUAVOVYAVOCNVHVSCHYVFCHVSCHYVFC
iRUJDOVQVYDTVNV9EJUFVSVOUFCVSTCTCUSYUHVELVCVSYUTVELVUSQULC
DOVNVSVYDFCNVVOUYVbUJDSDUQVOYUDNVVHLUJUETWUYCYUST9
CiCJDOVECTVHDA9VYVHVOYUSCHSCTCHYVZDHLCEACONVVSSCH
CEbUJDSDUZDHLCEAVOCHDVHUTDCECTVUUHDHDVJAOVHVSVQUACEVODHD

Exhibit 2, p. 024

HDvLvcic HDvLvHvDHHvDHcic HDvLvHvDH
cLocrvsJuEDvtc cousv trucha

vHZDHLCE HvsvQvJvEYvoZDsvuschwcJDvH AcotDAOvR9ELvEusRc
IDOVvELvHNvtvJvcSQDYv vHLv bcE vHYvJDFvbDLc HvLvELu
icgEctDEtcLovHtut9oHu vHLvcLocvHYvsuivED HvLvELut9uLoc
ict9uLocLovHtvocE9vQv JDOv HDsvuxsuLouLvYv9HvocLocY9
DuxsvsvusbcEYvsuivED vHvvHLvJvEcHNvJuYc AvoctDEctcJc9H
LvYNDvQuYvLcYuHJvEvouHvH9uR9usc Fuwu tDsvivRuvHu
tuoLuuELvHYvsYcJDERcDsvuxsuYDRusvNvscHuxcRuYcHJDcH
LusQvHscxDHDLvEvHLvHvJvEuNvQDvEvAcoNvQDuFuEvsYcJDERc
AuouHDQvo iYDRusu NvsvYDRuvsutuosuNvJvtcEHDRuusR9E
cEYvscHscfcH Yvub9vovcYvuYvELoc JDOvQv icuwcoDLusvH
QcivHvoYcHZDsvH AvouschtuoEusvHYv HDQvoAvouNvHvAuEN
uLDvEvEbvocstwDADiJcvtcEbDoJuYc JDOvEcsvYDRuYvvHcu
DFvbDLcHcscYDRusvNvHLciQDvE DNvHDsuNvosuEcA9vYvNvsv
DYuusR9EcutgusM9DvowcJD NvJDov ZutwvvHLvbcEEctvHDLc
uQDuvHLvx9vEc Ao9vQvscvH HDvLvcic HDvLvHvDH t9uovELvEic
cHtDsvtcELvHLvEAovR9ELvAcovstwuDAvo YvZvHLvONvH
sJvEDuNDLcNvvouYvsuHui AcoscLuELcsswHuQuNvusouLc sc
ADPcCNivHH9AvAuWDFc selava esas guanavas y nolas
ande Prestando Jujujuju por que tiene guedas y
esos cachetotes para su tata Jujujujuja Jaja
la neta me puse aser esta carta por que quiero
que le yege para el jueves o viernes la ice or martes
y la pongo tomoro con tu morrito in the brafest tengo
un gran sleep que you don't know en senele esto al
carnalito para que no este aguitado y agalear
lo para contac vici con la Radio central
y internacional nose awite carnal que las 2
letrotas controlan y Firmes yo pongo mi
cara por uste y por todos carnal orale

Case 3:16-cv-00057-MOC Document 50-11 Filed 03/23/17 Page 25 of 34

**Key**:

| | |
|---|---|
| Standard font | Spanish |
| *Italics* | *English* |
| Underlined | Word transposition |
| **Bold** | **Hybrid of Spanish and English** |
| [ ] | Description of graphic or other notation |
| IL | Illegible |
| *sic* | to be read as appears in original |

Hernandes ara
P O# 368333
Po Box 344-9
Charlotte NC 28 34

USA44
MISSOURI
to
Jaime Sandoval
PID#190829
POBox 34429
Charlotte, NC 28234
Centra J L
Meck Co

1

JMU 235

[First line on header IL]

I will write some more tomorrow.

So, all right there.

What's up brother? I hope you are blessed by God and in good health when you receive this letter. I hope everything is well around there for you and whichever brother is with you. Look, I just received your letter, and I am replying right now, so you let the brother know beforehand not to get upset, that I'll vouch for him and for the rest of them, and besides, I already let Ky. know what can happen, and he is in contact down there, and I also asked for a **phone number** so we can talk, and so we can also have someone on the outside to run some errands on the outside. But I, or we, also have to have some homie as a contact on the outside to deliver messages to the homies, because, look, we need to have someone as a contact.

[enciphered portion begins]: Look brother, about what that idiot tells you, fuck him. He knows that he is the one affected because the homies already had knowledge of this problem, and they didn't kill them before, only because I had not given approval, because I couldn't let the cops take me. But today I can speak about what I had doubts before. I saw it with my own eyes, and I heard his confession clearly in Spanish and Moe's in English. I want to know where that fool is, and who he's with, to see what can be done. Fuck, homie, I would have liked to cause in him the fear I have and some more. I have two shanks here. I have three here, but on Thursday I will start fasting for at least three days without eating, so they take me to have my blood pressure **checked**, so I can leave them/you some little shanks. Look, if some of you goes there one of these days, **check** under the sink. I think I'm going to leave some of these sticking there, or otherwise I can leave them under the door with a light golden thread in the bottom of the wall. I will leave them either way. Listen, they say a fool split open Desente's [*sic*] head, or Decente did it to the guy. Listen, he said that he was really family, and his neck is stained. Look, I don't know if he is part of the homies in Winston, because they are the Familia Winston. But whether he is or not from

[end of page 2 of 3]

[Header]: [enciphered portion begins]: Seven, eight, seven, six, six, eight, seven, six

Another one for Maniaco [Crazy]. Okay. [enciphered portion ends] Be careful.

Winston, the *homies* are going to get a letter, in case they ask something. And before I forget, this is my daddy's **phone number**: seventy, eight, one, five, three, fourteen. This other one is Yeni's: seventy, four, eight, four, three, zero, nine. Look, if you call him, try to use another i.d. number, and try to call him at Yeni's **phone number.** That one is not as hot, but do whatever you want, rinse it regardless. Hee, hee. If you get this letter before Sunday and you talk to him, tell him that my attorneys may visit him this coming week because they are going to be traveling on Sunday to Sivar. And tell him to tell Carla to find me a **phone number** of one of the guys outside or inside. Look, I'm going to write two letters for the brothers in Sivar right now, so they know that Chipi and Moe have a confirmed light on them. Look, don't tell my daddy about that, just tell him that I am okay, and if Karla can't, ask any one of the homies. Look, this phone number, I don't know if it's still good, try it out. It is seven, eight, seven, six, forty-eight, two. If someone answers, ask for Chaiper from Wester. That is Maniaquito who was from the clique. So, you know. I'll check you later. *Okay*. It's your dad, son. [enciphered portion ends]

Wash those Salvadorian women, and don't be lending them to anyone. Ha, ha, ha, ha, ha. Because you have to save those big cheeks for your daddy. Ha, ha, ha, ha, ha. Truthfully, I started to write this letter in a hurry because I want you to have it by Thursday or Friday. I wrote it today, Tuesday, and I'm sending it tomorrow with your little boy *in the breakfast*. I have a big *sleep* that *you don't know*. Show this to the little brother so he won't be upset, and do something to contact Vici through Central or International Radio. Don't be upset, brother, the two big letters control, and stay straight. I will face this for you and for everybody, brother. All right.

[end of page 3 of 3]

[end of document]

…Look, I just received your letter, and I am replying right now, so you let the brother know beforehand not to get upset, that I'll vouch for him and for the rest of them, and besides, I already let Ky. know what can happen, and he is in contact down there, and I also asked for a **phone number** so we can talk, and so we can also have someone on the outside to run some errands on the outside. But I, or we, also have to have <u>some</u> <u>homie</u> as a contact on the outside to deliver messages to the <u>homies</u>, because, look, we need to have someone as a contact.

[enciphered portion begins]: Look brother, about what that idiot tells you, fuck him. He knows that he is the one affected because the homies already had knowledge of this problem, and they didn't kill them before, only because I had not given approval, because I couldn't let the cops take me. But today I can speak about what I had doubts before. I saw it with my own eyes, and I heard his confession clearly in Spanish and Moe's in English. I want to know where that fool is, and who he's with, to see what can be done. Fuck, homie, I would have liked to cause in him the fear I have and some more. I have two shanks here. I have three here, but on Thursday I will start fasting for at least three days without eating, so they take me to have my blood pressure **checked**, so I can leave them/you some little shanks. Look, if some of you goes there one of these days, **check** under the sink. I think I'm going to leave some of these sticking there, or otherwise I can leave them under the door with a light golden thread in the bottom of the wall. I will leave them either way. Listen, they say a fool split open Desente's [*sic*] head, or Decente did it to the guy. Listen, he said that he was really family, and his neck is stained. Look, I don't know if he is part of the homies in Winston, because they are the Familia Winston. But whether he is or not from [enciphered portion begins]: Seven, eight, seven, six, six, eight, seven, six

Another one for Maniaco [Crazy]. Okay. [enciphered portion ends] Be careful…

And tell him to tell Carla to find me a **phone number** of one of the guys outside or inside. Look, I'm going to write two letters for the brothers in Sivar right now, so they know that Chipi and Moe have a confirmed light on them…



# PHOTO IDENTIFICATION REPORT

| DETECTIVE | LOCATION | DATE |
|---|---|---|
| SMALL / ESTUPINIAN | Hollywood | 12-29-05 |

**ADMONITION ACKNOWLEDGEMENT:** I fully understand the admonition read to me regarding the viewing of these photos. The admonition was read to me before being shown these photos.

SIGNATURE OF WITNESS: FREDDY GONZALEZ

ADDITIONAL COMMENTS REGARDING PHOTOGRAPHS —

la Foto #2 Se Parese o da la resenblencia al muchacho que llego al Parque el dia que mataron a andy. llo me recuerdo aber bisto a este muchacho Pe no estoi Seguro que se el el que llego ese dia al Parque con una Pistola i nos disparo.

| SIGNATURE OF WITNESS | INITIALS | DATE | TIME |
|---|---|---|---|
| FREDDY GONZALEZ | F.G. | 12-29-05 | 11:50 am. |

70-15.50.4 (9/93)

## PHOTOGRAPHIC SHOW-UP ADMONITION

"In a moment I am going to show you a group of photographs. This group of photographs may or may not contain a picture of the person who committed the crime now being investigated. Keep in mind that hair styles, beards, and moustaches may be easily changed. Also, photographs may not always depict the true complexion of a person—it may be lighter or darker than shown in the photo. Pay no attention to any markings or numbers that may appear on the photos or any other differences in the type or style of the photographs. When you have looked at all the photos, tell me whether or not you see the person who committed the crime. Do not tell other witnesses that you have or have not identified anyone."

## ADMONICION ACERCA DE FOTOGRAFIAS EXHIBIDAS

En un momento le voy mostrar un grupo de fotografías. Este grupo de fotografías puede o no puede contener la imagen de la persona que cometió el crimen que ahora se está investigando. Tenga en cuenta que estilos de la cabellera, barbas y bigotes pueden cambiarse facilmente. También, fotografías no muestran siempre el verdadero color de piel de una persona — podría ser mássclaro o más obscuro de lo que se ve en la fotografía. No preste atención si las fotografía muestran marcas o números o cualquier diferencia en tipo o estilo. Después de haber mirado todas las fotografías, digame si Ud. ve o no ve a la persona que cometió el crimen. No diga a otros testigos si Ud. ha identificado o no identificato a alguien.

GOVERNMENT EXHIBIT 507

PENGAD 800-631-6989

1
2
3
FREDDY GONZALEZ
4
5
12-29-05
6
THE UNIVERSITY OF ARIZONA.

ID:118737 Name:

Exhibit 2, p. 032

Freddy Gonzalez
(In reference to suspect #2)

The photo #2 looks like or resembles the guy who came to the park the day that they killed Andy- I remember seeing this guy but I'm not sure if he is the one that came that day to the park with a pistol and shot at us.

Translated by
Detective Vargas #26342
Hollywood Homicide
01/16/06

PHOTO LINE-UP
# 118737



USA44
USA44
GOVERNMENT
EXHIBIT
s53a

Exhibit 2, p. 034