Anthony J. Enright
Assistant United States Attorney
Western District of North Carolina
227 West Trade St.
Suite 1650
Charlotte, NC 28202

August 24, 2016

Re:  *Umaña v. United States*, Case No. 16-cv-00057

Dear Mr. Enright:

It was nice speaking with you the other day, and thank you for your willingness to address some of our discovery concerns informally and without the Court's involvement. As you know, on June 22, 2016 we filed a motion asking the court to vacate Mr. Umaña's sentence and conviction pursuant to 28 U.S.C. § 2255. Prior to filing, we asked your office to informally produce certain items in discovery that contain information that is relevant to Mr. Umaña's claims in his § 2255 motion. We also filed a motion with the Court to order the production of those items. We understand your position to be such that Mr. Umaña was not entitled to discovery prior to filing his § 2255 motion. Based on our conversation on Monday, we look forward to your reconsideration of our prior requests and due consideration of our requests moving forward.

We understand that you are relatively new to the case and that you will want to review our discovery requests in conjunction with the claims contained in the §2255 motion. Because we anticipate asking for a variety of items pertaining to a variety of different claims, I am writing with a few requests that we hope are neither terribly controversial, nor particularly difficult to acquire. The items listed below were either already produced during trial or they were previously requested at the beginning of this year and I understand that some of your agents may have already begun to look for them. We will have additional request in the future, but for the short term would be content to receive the following:

Case 3:16-cv-00057-MOC   Document 50-12   Filed 03/23/17   Page 1 of 3

1. **The government's discovery log, index, receipts or other documents by any name that memorialize any and all discovery that was produced to the defense during trial and/or the date and time when such discovery was produced.**

In order to adequately represent our client in post-conviction proceedings we need an understanding of what documents were produced to Mr. Umaña's trial counsel and when. These items are indispensable to evaluating the performance of Mr. Umaña's attorneys at the trial level both in terms of their preparation and presentation during the guilt and penalty phases as well as whether they should have made a request for a continuance. Please provide us with the records that your office kept in order to memorialize the production of discovery to the defense. Whether it is a log, index, catalogue, series of communications, receipts of delivery or any other document stored in either hard copy or electronically, we kindly ask that you please produce it to us.

2. **The recording of Mr. Umaña's statement to law enforcement officers on April 23, 2008**

We have not been provided a copy of the recording of our client's statement to law enforcement officers on April 23, 2008. We have in discovery a photocopy of the front of the CD that was provided to Mr. Umaña's trial attorneys and it is our understanding that trial counsel did receive a copy of the recording from your office prior to trial. Nonetheless, we have not been provided with a copy. We have made multiple inquiries with Mr. Umaña's trial counsel and they have repeatedly assured us they have turned over everything that was in their possession. We therefore ask that you provide us with a copy of the recording of our client's statement, a transcript of which was introduced to the jury at trial during the sentencing phase.

3. **Documentation and items pertaining to the Los Angeles murders.**

As requested in both our prior letter dated February 11, 2016, and in our motion pending before the Court, we are anticipating that you will provide us with missing investigatory documents relating to the Lemon Grove Park and Fairfax Avenue shooting. We have made a number of requests and it is our hope that all that we have requested will be provided, but for now we would be satisfied to receive the recorded interviews from the percipient eye-witnesses who testified at trial regarding the shooting in Lemon Grove Park. We respectfully ask that you produce all recorded interviews with testifying eye-witnesses Freddy Gonzalez, Roberto Ramos, and Juan Lara. For your convenience, we are providing the date and tape numbers for several of those interviews which we were able to ascertain through discovery that was provided around the time of trial. Those include the following:

2

- A video-taped interview with Freddy Gonzalez from December 29, 2005 (LAPD tape number 376898);
- An audio-taped interview with Freddy Gonzalez from September 29, 2005 (LAPD tape number 376050);
- An audio-taped interview with Roberto Ramos from September 29, 2005 (LAPD tape number 376049);
- An audio-taped interview with Juan Lara from October 18, 2005 (LAPD tape number 376385).

In addition, please produce the audio-taped interview with Rene Arevalo from September 13, 2006. We do not have a tape number for this interview. If you or your agents come across additional recordings with dates or tape numbers that do not correspond to those listed above, please send them along as well.

We thank you in advance for your consideration of these matters. Please do not hesitate to contact us with any questions, concerns, or clarifications relating to this letter. I or my colleague, Zandra Lopez, can be reached at (619) 234-8467. Ken Rose is available at (919) 956-9545. Thank you again for your time and cooperation.

Sincerely,

/s *Matthew W. Fleming*                    Dated: August 24, 2016
Matthew Fleming
Federal Defenders of San Diego, Inc.
On behalf of Mr. Umaña's post-conviction team