

# U.S. Department of Justice

United States Attorney
*Western District of North Carolina*

---

**Headquarters:**

Suite 1700, Carillon Building

227 West Trade Street

Charlotte, North Carolina 28202

(704) 344-6222

FAX (704) 344-6629

**Branch:**

Room 233, U.S. Courthouse

100 Otis Street

Asheville, North Carolina 28801

(828) 271-4661

FAX (828) 271-4670

Reply to: Charlotte Office

September 26, 2016

BY FEDERAL EXPRESS

Matthew W. Fleming
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

    Re:  *Alejandro Umaña v. United States*
       Docket No. 16-CV-57

Dear Mr. Fleming:

   Enclosed is a disc containing specific recordings requested in your August 24, 2016, letter:

- Interview, Alejandro Umaña, Apr. 23, 2008.
- Interview, Freddy Gonzalez, Dec. 29, 2005.
- Interview, Freddy Gonzalez, Sept. 29, 2005.
- Interview, Roberto Ramos, Sept. 29, 2005.
- Interview, Juan Manuel Lara, Oct. 18, 2005.

   These materials are subject to the terms of the September 20, 2016 discovery agreement. Although we are not obligated to produce any discovery in connection with Mr. Umaña's action under 28 U.S.C. § 2255, we have elected to provide copies of the enclosed material to your office as a courtesy only. Our production of this material does not constitute an admission that it was not previously produced to Mr. Umaña or an admission of any of Mr. Umaña's allegations. The United States reserves all rights to decline to produce any additional material.

   Please let me know if you experience any technical difficulties accessing the files on the enclosed disc.

JILL WESTMORELAND ROSE

9/26/2016
Date

UNITED STATES ATTORNEY

Anthony J. Enright
Assistant U.S. Attorney

Page 2

Case 3:16-cv-00057-MOC    Document 50-13    Filed 03/23/17    Page 2 of 3

Disc Password:
G+Dy Sept 19 2016!

September 2016

Umana V. United States
No. 16-CV-57
Discovery
Audio Files