IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

**MOTION TO SEAL RESPONSE TO
UMAÑA'S MOTION FOR LEAVE TO CONDUCT DISCOVERY**

The United States of America respectfully moves this Court to seal its response to Alejandro Ramirez Umaña's Motion for Leave to Conduct Discovery and Volume 11 of Exhibit 1 to that response. Umaña's motion contains personal information about jurors who served during Umaña's trial, and the United States' response refers to that information. Volume 11 of Exhibit 1 is a document filed in the United States Court of Appeals for the Fourth Circuit and placed under seal by that Court. Order (Doc. No. 107), *United States v. Umana*, 10-6 (4th Cir. Sept. 9, 2013). An order sealing the response is necessary to protect the privacy of jurors. And an order sealing the exhibit is necessary to protect the confidentiality of the information contained within it. The United States has filed a public version of its response from which juror information has been redacted.

The United States, therefore, respectfully requests that this Court seal its unredacted response to Umaña's motion and volume 11 of Exhibit 1 to that response until further order by this Court. Counsel for Umaña does not object to the requested sealing.

RESPECTFULLY SUBMITTED, this 23rd day of March, 2017.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 23rd day of March, 2017, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3