IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

ALEJANDRO RAMIREZ UMAÑA )
        Movant, )
           )
  vs. )
           )
UNITED STATES OF AMERICA, )
        Respondent. )
_____ )

**EXHIBITS TO THE UNITED STATES' RESPONSE TO
<u>UMAÑA'S MOTION FOR LEAVE TO CONDUCT DISCOVERY</u>**

| NO. | ITEM |
|-----|------|
| 1 | Joint Appendix, *United States v. Umaña*, No. 10-06 (4th Cir. Aug. 14, 2013) |
| 2 | Selected Government exhibits admitted during trial, *United States v. Umaña*, No. 3:08-CR-134 (2010) |
| 3 | Letter from M. Fleming to A. Enright (Aug. 26, 2016) |
| 4 | Letter from A. Enright to M. Fleming (Sept. 26, 2016) |
| 5 | Discovery Policy (Oct. 2010) |

RESPECTFULLY SUBMITTED, this 23rd day of March, 2017.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

<u>/s/Anthony J. Enright</u>
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of March, 2017, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

2