# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

                Movant,

      v.

UNITED STATES,

               Respondent.

3:16-CV-00057-RJC

CAPITAL § 2255 PROCEEDING

HON. ROBERT J. CONRAD, JR.

### NOTICE OF APPEARANCE OF COUNSEL

Undersigned counsel hereby submits a notice of appearance of counsel in the above-captioned matter on behalf of Movant Alejandro Umaña.

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: March 28, 2017

1

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

> */S/ KELLY D. MILLER*
> KELLY D. MILLER, ESQUIRE
> Asst. Federal Public Defender
> Federal Public Defender
> Middle District of Pennsylvania
> 100 Chestnut Street, Suite 300
> Harrisburg, PA 17101
> Tel: 717-782-3843
> Fax: 717-782-3966
> kelly_miller@fd.org

Dated: March 28, 2017

2