**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| ALEJANDRO UMAÑA,<br>　　　　　　　　Movant,<br><br>　　　　v.<br><br>UNITED STATES,<br>　　　　　　　　Respondent. | 3:16-CV-00057-RJC<br><br>CAPITAL § 2255 PROCEEDING<br><br>HON. ROBERT J. CONRAD, JR. |

**ORDER**

**THIS MATTER** comes before the Court on the motion of Movant Alejandro Umaña, through counsel, for a 90-day extension of time in which to file his Reply to the Response of the United States to Umaña's Motion for Leave to Conduct Discovery. (Doc. No. 57).

**IT IS ORDERED** that Umaña's Motion for Extension of Time in Which to Reply to the Government's Response to Umaña's Motion for Leave to Conduct Discovery is granted. Umaña's Reply to the Government's Response shall be filed on or before July 24, 2017.

1