IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

**UNITED STATES' RESPONSE TO
UMAÑA'S MOTION FOR AN EXTENSION OF TIME**

This Court should not permit Alejandro Ramirez Umaña to delay litigation of his own discovery motion to conduct a new investigation into claims omitted from his 410-page 2255 motion. The time for investigating new claims ended nearly a year ago, when the limitations period on Umaña's 2255 motion expired. *See* 28 U.S.C. § 2255(f)(1). Umaña's attorneys were well aware that they had served as his appellate counsel when they agreed to represent him in his 2255 action. And they were undoubtedly aware of the well-established procedural-default rule when they chose to assert theories in Umaña's 2255 motion that they declined to raise on direct appeal. *See Murray v. Carrier,* 477 U.S. 478, 491 (1986). Any strategic decision to file Umaña's discovery motion without investigating its merits is no ground for delaying resolution of that motion now. The United States, therefore, respectfully requests that this Court deny Umaña's

motion for an extension of time to file his reply.

RESPECTFULLY SUBMITTED, this 14th day of April, 2017.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that on this 14th day of April, 2017, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3