# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

|  |  |
|---|---|
| ALEJANDRO UMAÑA,<br>　　　　　　　Movant, | 3:16-CV-00057-RJC |
| v. | CAPITAL § 2255 PROCEEDING |
| UNITED STATES,<br>　　　　　　　Respondent. | HON. ROBERT J. CONRAD, JR. |

**PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO FILE DISCOVERY REPLY UNDER SEAL**

Petitioner, Alejandro Umaña, through counsel, hereby submits this motion for leave to file under seal his forthcoming Reply to the Government's Response to the Motion for Leave to Conduct Discovery, and, in support thereof, states the following:

1. Mr. Umaña filed portions of his § 2255 Motion under seal because certain claims referenced: 1) names of and information about juror and alternate jurors who participated in Mr. Umaña's trial proceedings; 2) prior sealed proceedings and documents; and 3) sensitive information concerning juvenile cases.

2. In his Discovery Motion, Mr. Umaña sought discovery on matters that pertained to those claims that are under seal. This Court granted Mr. Umaña leave to file two versions of his Discovery Motion, a complete version that was filed under seal and an unsealed version in which those requests related to matters currently under seal were redacted. Likewise, because the Government's Response contains discussion of those claims that are under seal, this Court also granted the Government leave to file two version of its Response: one unsealed and redacted and the other complete and filed under seal.

1

3.      Because Mr. Umaña's forthcoming Reply to the government's discovery Response contains discussion of those claims that are under seal, Mr. Umaña seeks leave to file two versions of that document:  a complete version to be filed under seal and an unsealed version in which those requests related to matters currently under seal are redacted.

4.      Counsel for Mr. Umaña have contacted counsel for the government who indicate that the government has no objection to this request.

WHEREFORE, Mr. Umaña respectfully moves this Court to grant him leave to file under seal a complete version of his forthcoming discovery reply, along with an unsealed, redacted version of the motion as described above.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

*/s/ Zandra L. Lopez*
ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Tel: 619-234-8467
Zandra_Lopez@fd.org

Dated: April 24, 2017

2

<h1 align="center">CERTIFICATE OF SERVICE</h1>

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

/S/ KELLY D. MILLER
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: April 24, 2017

3