# Exhibit 01



**Biographical Information on Robert J. Conrad, Jr.,**
**Nominee for U.S. Court of Appeals for the Fourth Circuit**

**July 19, 2007**

Robert J. Conrad, Jr. has spent most of his career at the United States District Court for the Western District of North Carolina serving as chief judge (2006-present), judge (2005-2006), the United States Attorney (2001-2004), and an Assistant United States Attorney (1989-2001).[1] In the time between the U.S. Attorney's office and his appointment to the bench, Conrad was a partner at Mayer, Brown, Rowe & Maw (2004-2005).[2] Born in Chicago, Illinois in 1958,[3] Conrad was an Academic All-American in basketball at Clemson University majoring in history;[4] he received his law degree from the University of Virginia (UVA) in 1983.[5] In 2007, Conrad taught at the 26th Annual National Trial Advocacy College at UVA.[6] Judge Conrad is admitted to the North Carolina and Virginia bars.[7] Conrad, a Catholic, serves on the Board of Visitors of Ave Maria Law School.[8]

Judge Conrad has had a number of noteworthy professional accomplishments. While he

---

[1] The Federal Judicial Center, *Conrad, Robert James, Jr.*, *at* http://www.fjc.gov/servlet/tGetInfo?jid=3085.
[2] Press Release, Mayer, Brown, Rowe & Maw, U.S. Attorney Robert Conrad Joins Mayer, Brown, Rowe & Maw LLP Charlotte Office, (June 14, 2004) (on file with Mayer, Brown, Rowe & Maw).
[3] United States Department of Justice, *Robert J. Conrad*, *at* http://www.usdoj.gov/olp/conradrresume.htm.
[4] Clemson World Online, *Federal Judge*, (Summer 2005—Vol. 58, No. 3), *available at* http://www.clemson.edu/ clemsonworld/archive/2005/summer05/feature3.htm.
[5] United States Department of Justice, *supra* note 3.
[6] The Trial Advocacy College, *Faculty Biographies*, *at* http://www.trialadcollege.org/bio_conrad.htm.
[7] The Federal Judicial Center, *supra* note 1.
[8] Ave Maria Law School, *CSO Services*, *at* http://www.avemarialaw.edu/prospective/admissions/cso_services.cfm

led the U.S. Attorney's Office, "prosecution of corporate fraud and other white collar matters dramatically increased in both numbers and complexity of cases."[9] Also, in the first trial of its kind, the office prosecuted "a Hezbollah terrorist cell. . . obtain[ing] convictions for providing support to a terrorist organization, RICO, money laundering and conspiracy."[10] After the reinstatement of capital punishment, Conrad was one of the first prosecutors in North Carolina to obtain the death penalty.

As the Department of Justice's Campaign Financing Task Force Chief, Conrad examined President Clinton and Vice-President Gore under oath. Regarding his performance in that capacity, Janet Reno said he was "one person who deserves a great deal of credit for the success of the investigation. I am impressed with his judgment. . . and his knowledge of the law. He is an excellent prosecutor." Conrad served on General Ashcroft's Advisory Committee, "considered by top level [Justice] department officials as one of the most influential U.S. Attorneys in the country."[11] Both North Carolina Senators have applauded his nomination to the Fourth Circuit.[12]

Conrad has published both a law review article and a Letter to the Editor.[13] Conrad wrote an article discussing the need to live life with intentionality recognizing that "God is sought, or forgotten, in the midst of living ordinary lives, and especially in the ordinary activities of daily work."[14] His letter to the editor was criticized by Senator Leahy in 2005 because he called Sister Helen Prejean's book *Dead Man Walking* "liberal drivel."[15]

---

[9] Press Release, *supra* note 2.

[10] *Id.*

[11] *Id.*

[12] Press Release, Office of Senator Richard Burr, *Burr Applauds Nomination of Robert Conrad to Fourth Circuit Court of Appeals* (July 17, 2007) (on file at Senator Burr's office); Press Release, Office of Senator Elizabeth Dole, *Dole Applauds Nomination of Conrad to Fourth Circuit* (July 17, 2007) (on file at Senator Dole's office).

[13] S. Comm. On the Judiciary, 109th Cong., Statement of S. Leahy, Executive Business Meeting, Apr. 15, 2005.

[14] Robert J. Conrad, Jr., *Can the Ordinary Practice of Law be a Religious Calling?*, 32 Pepp. L. Rev. 551, 551 (2005).

[15] Robert J. Conrad, *Letter to the Editor: Habitually Wrong*, Catholic Dossier, Sept-Oct 1998, *available at* http://www.catholic.net/rcc/Periodicals/Dossier/JAN-FEB1999/Letters.html.

# Exhibit 02



# CHARLOTTE MECKLENBURG POLICE

## DEPARTMENT

# Mugshot Profile

| | |
|---|---|
| **Last Name:** | HERNANDEZ-AYALA |
| **First Name:** | NELSON |
| **Middle Name:** | ALBERTO |
| **Nickname:** | |
| **Arrest #:** | ▆▆▆ |
| **Date of Birth:** | ▆▆▆ |



## Physical Description

| | |
|---|---|
| **Race:** | Hispanic |
| **Sex:** | M MALE |
| **Height:** | 5'5" |
| **Weight:** | 140 |
| **Hair Color:** | Black |
| **Eye Color:** | Brown |

## General Description

| | |
|---|---|
| **Hair Length:** | Ear |
| **Hair Style:** | Straight |
| **Facial Hair:** | Mustache |
| **Tone:** | _CLEAR |
| **Glasses:** | N NO |

## Scars/Tattoos/Deformities

scanned





Case 3:16-cv-00057-MOC     Document 67-2     Filed 02/22/18     Page 7 of 81

06/13/03 02:34 ******    ************************* scanned
* CTSV POST-MAGISTRATE INTERVIEW *
*****************************************

1160343

**HERNANDEZ-AYALA, NELSON ALBERTO**          M   H          23   030613004501
                                        5   5  140     BLK   BRO
CHARLOTTE          NC 28212    000 000 0000

000 000 0000

EL SALVADO

█ █ ████          CHARLOTTE          X

PVA          06 13 03 0045          X          X

FREGOISE, PAUL          ████     ████

█ ████ █          CHAR          NC     28212

000 000 0000   000 000 0000

000 000 0000   000 000 0000

292000 M DAMAGE TO REAL PROPERTY

X2199   DEF ARRESTED FOR DAMAGE TO PROPERTY

HORNE, D.N.          P2196          CMPD B3

BRANAN, S.M.          P2298

PAYNE, A.L.          P1821          ADAM: 06 13 03  0234

WRIGHT, D.A.          P2270

LATTIMORE, D.W.          P3102

06/13/03 02:34 *************************************



scanned

## CHARLOTTE-MECKLENBURG ARREST PROCESSING CENTER
### ARREST WORK SHEET

Revised 6-99

COMPLAINT # 20030613-004501     ARREST # 1160343     PID # _____

NAME: Hernandez-Ayala     Nelson     Alberto     _____
LAST          FIRST          MIDDLE          SUF

ALIAS: _____     _____     _____     _____
LAST          FIRST          MIDDLE          SUF

SSN: ___-__-____     DR LICENSE # ST ███████     RACE H   SEX M   AGE 23

█████ ████   HEIGHT: 5 5   WGT: 140   HAIR: Blk   EYES: Brown   POB: Salvador

HOME BLOCK ███   DIR: —   STREET: ██████   TYPE ██   APT: ██

CITY: Charlotte     STATE: NC     ZIP: 28212     PHONE —.—.—

EMPLOYER: N/A     DEFENDANT'S OCCUPATION N/A

BLOCK: —   DIR —   STREET: _____ —   TYPE ___ —   APT: —

CITY: —     STATE: —   ZIP: —     PHONE —.—.—

SCHOOL NAME: _____

### ARREST DATA

DATE 6-13-03     TIME: 0045     IMPAIRED: YES /(NO)     ARREST TYPE: (Visual) / Warrant / Both

LOCATION APPROX : Y / N   BLK: 5720   DIR: E   STREET: Independence   TYPE: Blvd   APT: —

CITY: Charlotte     TYPE OF PREMISES: PVA

VEHICLE TOWED BY: _____

### ARRESTING OFFICERS

OFFICER ID #: 2196     (C) / CW / W / N:   OD: (YES) / NO
OFFICER ID #: 2298     C / CW / W / (N)   OD: (YES) / NO
ASSIST ID #: 1821     W / (N)   OD: (YES) / NO
ASSIST ID #: ~~~~ 2270   W / (N)   OD: (YES) / NO
ASSIST ID #: 3102     W / (N)   OD: (YES) / NO

| Legend |
| --- |
| C:  COMPLAINANT (No Court) |
| CW: COMPLAINANT/WITNESS (Court) |
| W:  WITNESS (Court) |
| N:  NONE (No Court) |
| OD: ON DUTY |

BOOKED BY ID #: 2196     SEARCHED BY: ID # 2196   TRANSPORTED BY: ID # 2196

### CHARGE CODES

| CHARGE CODE | CHARGE | REPOSITORY # |
| --- | --- | --- |
| 292000 | Damage to Property | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Continued on Reverse Side

scanned

# CIVILIAN VICTIMS OR WITNESSES ONLY

VICTIM / WITNESS #1 OR BUSINESS LEGAL NAME: (circle one)

LAST: _La Fregosie_ FIRST: _Paul_ MIDDLE:_____ SUFFIX:____

HOME BLOCK:_____ DIR____ STREET:_____ TYPE:_____ APT:____

CITY_____ STATE____ ZIP:_____ HOME PHONE ██████ ████████

EMPLOYER /BUSINESS LEGAL NAME: _Block Buster Video_

BLOCK:█ DIR:█ STREET:██████ TYPE:█ APT:____

CITY: _Char_ STATE _NC_ ZIP: _28212_ WORK PHONE:███-████ ███

---

VICTIM / WITNESS #2 OR BUSINESS LEGAL NAME: (circle one)

LAST:_____ FIRST:_____ MIDDLE:_____ SUFFIX:____

HOME BLOCK:_____ DIR____ STREET:_____ TYPE:_____ APT:____

CITY_____ STATE____ ZIP:_____ HOME PHONE_____-____-____

EMPLOYER /BUSINESS LEGAL NAME:_____

BLOCK:_____ DIR____ STREET:_____ TYPE:_____ APT:____

CITY:_____ STATE____ ZIP:_____ WORK PHONE_____-____-____

---

VICTIM / WITNESS #3 OR BUSINESS LEGAL NAME: (circle one)

LAST:_____ FIRST:_____ MIDDLE:_____ SUFFIX:____

HOME BLOCK:_____ DIR____ STREET:_____ TYPE:_____ APT:____

CITY_____ STATE____ ZIP:_____ HOME PHONE_____-____-____

EMPLOYER /BUSINESS LEGAL NAME:_____

BLOCK:_____ DIR:____ STREET:_____ TYPE:_____ APT:____

CITY:_____ STATE____ ZIP:_____ WORK PHONE_____-____-____

---

REASON FOR THE ARREST

_the defendant was arrested for damage to property_

---

DEFENDANT'S VEHICLE: _1997_   _NISSAN_   _MAXIMA_   _BLK_   _RNV1585_   _NC_
                      YEAR      MAKE       MODEL     COLOR    TAG         STATE

# Exhibit 03



# CHARLOTTE MECKLENBURG POLICE

## DEPARTMENT

# Mugshot Profile

| | |
|---|---|
| **Last Name:** | AYALA |
| **First Name:** | MANUEL |
| **Middle Name:** | DEJESUS |
| **Nickname:** | |
| **Arrest #:** | 1160339 |
| **Date of Birth:** | ███████ |



## Physical Description

| | |
|---|---|
| **Race:** | Hispanic |
| **Sex:** | M MALE |
| **Height:** | 5'6" |
| **Weight:** | 150 |
| **Hair Color:** | Black |
| **Eye Color:** | Brown |

## General Description

| | |
|---|---|
| **Hair Length:** | Ear |
| **Hair Style:** | Straight |
| **Facial Hair:** | Mustache |
| **Skin Tone:** | _CLEAR |
| **Glasses:** | N NO |

## Scars/Tattoos/Deformities



scanned



# Exhibit 04

scanned



# CHARLOTTE-MECKLENBURG ARREST PROCESSING CENTER
## ARREST WORK SHEET

Revised 6-59

COMPLAINT # 20030613-004501    ARREST # 1160339    PID # _____

NAME: Aleman          Manuel          DeJesus          _____
LAST              FIRST              MIDDLE          SUF

ALIAS: _____
LAST              FIRST              MIDDLE          SUF

SSN: ___-__-___    DR LICENSE # ST ███████    RACE H  SEX M  AGE 22

DOB ████    HEIGHT: 5 6  WGT: 150  HAIR BLK  EYES BRN  POB: El Salvador

HOME BLOCK ████  DIR ___  STREET: ████    TYPE ███  APT: ██

CITY: Charlotte    STATE: NC    ZIP: 28212    PHONE ___-___-____

EMPLOYER: _____    DEFENDANT'S OCCUPATION _____

BLOCK ____  DIR ____  STREET: _____  TYPE ____  APT: ____

CITY: _____  STATE: _____  ZIP: _____  PHONE ___-___-____

SCHOOL NAME: _____

## ARREST DATA

DATE 06-13-03    TIME: 0045    IMPAIRED YES / NO    ARREST TYPE (Visual) / Warrant / Both

LOCATION APPROX: Y (N) BLK ███    DIR ███    STREET ███    TYPE PKL  APT: ____

CITY: Charlotte    TYPE OF PREMISES: PARKING LOT

VEHICLE TOWED BY: _____

## ARRESTING OFFICERS

| | | Legend |
|---|---|---|
| OFFICER ID#: 1821   C (CW) / W / (N)  OD: (YES) / NO | | C:  COMPLAINANT (No Court) |
| OFFICER ID#: ~~2176~~  C (CW) / W / (N)  OD: (YES) / NO | | CW: COMPLAINANT/WITNESS (Court) |
| ASSIST ID#: 2270   W / (N)  OD: (YES) / NO | | W:  WITNESS (Court) |
| ASSIST ID#: 3102   W / (N)  OD: (YES) / NO | | N:  NONE (No Court) |
| ASSIST ID#: 2248   W / (N)  OD: YES / NO  2270 | | OD: ON DUTY |

BOOKED BY ID# 1821/2270    SEARCHED BY: ID# 1821    TRANSPORTED BY: ID# 1821 2270

## CHARGE CODES

| CHARGE CODE | CHARGE | REPOSITORY # |
|---|---|---|
| 292000 | DAMAGE TO PROPERTY | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Continued on Reverse Side

scanned

# CIVILIAN VICTIMS OR WITNESSES ONLY

**VICTIM / WITNESS #1 OR BUSINESS LEGAL NAME:** (circle one)

LAST: *Fregosie*        FIRST: *Paul*        MIDDLE: _____        SUFFIX: _____

HOME BLOCK: _____    DIR _____    STREET: _____    TYPE: _____    APT: _____

CITY _____    STATE _____    ZIP: _____    HOME PHONE ████████████

EMPLOYER /BUSINESS LEGAL NAME: *Blockbuster Video* _____

BLOCK: ████    DIR: ██    STREET: ████████    TYPE: ████    APT: _____

CITY: *Charlotte*    STATE *NC*    ZIP: *28212*    WORK PHONE: ████████

---

**VICTIM / WITNESS #2 OR BUSINESS LEGAL NAME:** (circle one)

LAST: _____    FIRST: _____    MIDDLE: _____    SUFFIX: _____

HOME BLOCK: _____    DIR _____    STREET: _____    TYPE: _____    APT: _____

CITY _____    STATE _____    ZIP: _____    HOME PHONE _____

EMPLOYER /BUSINESS LEGAL NAME. _____

BLOCK: _____    DIR _____    STREET: _____    TYPE: _____    APT: _____

CITY: _____    STATE _____    ZIP: _____    WORK PHONE: _____

---

**VICTIM / WITNESS #3 OR BUSINESS LEGAL NAME:** (circle one)

LAST: _____    FIRST: _____    MIDDLE: _____    SUFFIX: _____

HOME BLOCK: _____    DIR _____    STREET: _____    TYPE: _____    APT: _____

CITY _____    STATE _____    ZIP: _____    HOME PHONE _____

EMPLOYER /BUSINESS LEGAL NAME: _____

BLOCK: _____    DIR: _____    STREET: _____    TYPE: _____    APT: _____

CITY: _____    STATE _____    ZIP: _____    WORK PHONE: _____

---

## REASON FOR THE ARREST

*d. was arrested for Damage to Property* _____

_____

_____

DEFENDANT'S VEHICLE: _____    _____    _____    _____    _____    _____

YEAR        MAKE        MODEL        COLOR        TAG        STATE

# Exhibit 05

06/13/03 02:41 ****** **************************** *scanned
\* CTSV POST-MAGISTRATE INTERVIEW *
**********************************

CHARLOTTE          NC  ▮▮▮      000 000 0000    ▯▯▯▯▯▯▯▯▯    ▯▯▯

000 000 0000

ELSALVADOR

                                              CHARLOTTE                    X

PVA              06 13 03 0045              X              X

FREGOSIE, PAUL

▮▮▮▮▮▮ BV                    CHARLOTTE          NC      28212

000 000 0000    000 000 0000

000 000 0000    000 000 0000

292000 M DAMAGE TO REAL PROPERTY

X2928 DEF WAS ARRESTED FOR DAMAGE TO PROP
VEH INFO 97 NISSAN MAXIMA BLACK RNV1585 NC

HORNE, D.N.              P2196    (COURT)    CMPD B3

PAYNE, A.L.              P1821

WRIGHT, D.A.             P2270              ADAM: 06 13 03  0240

LATTIMORE, D.W.          P3102

BRANAN, S.M.             P2298

06/13/03 02:41 ********************************

# Exhibit 06

scanned

A#: ████    NAME: ALEMAN AYALA    :      ,MANUEL        DOB: ████

```
     LAST: ALEMAN AYALA
    FIRST: MANUEL                                      NATZ DATE:
   MIDDLE: DE JESUS                                        COURT:
  ALIASES: ALEMAN                    ,MANUEL            LOCATION:

  SEX:        POE:       COB: ELSAL     DOE: 00000000
  FCO: NRC   COA: EWI    COC:           FTC: 03312003    FATHER:
  PFCO: SSC  SFCO:       DFO: 09242001  BIN:             MOTHER:


          SSN: ████              CONSOLIDATED A-NOS      --OTHER INFORMATION--
  I-94 ADM #:                                            EADS-X
  PASSPORT #:
        FBI #:
  DRIVER LIC:
  FINGER CD#:
```

     CLEAR EXIT     PF4 RETURN     PF5 HELP     PF6 CIS MAIN MENU
  PF7 NEXT SEARCH    PF8 VIEW HISTORY  PF9 VIEW EAD   PF10 NAILS    PF11 EOIR
PF10 REQUIRES A SPECIAL SECURITY CLASS - 9106 SOUNDS LIKE/DOB SEARCH USED

A#: ███████     NAME: ALEMAN AYALA            ,MANUEL          DOB: ██████████

FARES #: SRC0303850161        SSN #: ███████████      COB: ELSAL     COA: EWI
WORK STATION ID: 0      OPERATOR ID: SRCBATCH      OFFICER ID: SRCPSE0

                          ACTION   DENY        START     EXPIRATION PROVISION OF LAW
SEQ#-------TYPE-------  --DATE--  CODE OFF   --DATE--  ---DATE---  --8CFR 274A.12--
 01 EXTENSION           01182003        SSC  01182003  09092003     (A) (12) ( )
 02 INITIAL ISSUANCE    11102001        SSC  11102001  09092002     (C) (19) ( )




     ***   END OF EADS DISPLAY   ***
CLEAR EXIT   PF1 PAGE AHEAD   PF2 PAGE BACK   PF4 RETURN   PF5 HELP   PF6 MAIN MENU

CONTROL NUMBER = 01089
JNCIC 0306180435 09:46:40 06/18/03 xx xx JUINS .
2L01JUINSVTML01089
NCINS01J0
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/AYALA,MANUEL DEJESUS SEX/M RAC/W DOB/███████ PUR/C
NAME                          FBI NO.         INQUIRY DATE
AYALA,MANUEL DEJESUS          30460CC6        2003/06/18
SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR  BIRTH PLACE        PHOTO
M   W    ████████     506    150    BRO  BLK   UNKNOWN            N
FINGERPRINT CLASS     PATTERN CLASS
                      WU WU RS WU RS WU LS LS WU LS
                         WU    WU    AU
                                     RS
IDENTIFICATION DATA UPDATED 2003/06/13
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 NORTH CAROLINA - STATE ID/NC1027348A
THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.
END

scanned

scanned

```
CONTROL NUMBER = 01104
JNLET 0306180452 09:54:52 06/18/03 xx xx JUINS .
CR.NCIII0000
06:45 06/18/2003 02735
06:45 06/18/2003 00916 NCINS01J0.*VTML 01104
HDR/2L01QR48331990
ATN/ARTON
THE FOLLOWING RECORD PERTAINS TO
MKE/QR  NAM/AYALA,MANUEL DEJESUS  FBI/30460CC6  SID/NC1027348A  PUR/C
NAM/AYALA,MANUEL DEJESUS          SID/NC1027348A  FBI/30460CC6
SEX/M    RACE/W    DATE OF BIRTH/██████████    PLACE OF BIRTH/XX
HEIGHT/5 FEET 06 INCHES   WEIGHT/150   EYE/BR0   HAIR/BLK
MISC NUMBERS:         DL-NC29365645
CYCLE 01 ARREST DATE: 06-13-2003         SID/NC1027348A  FBI/30460CC6
   ARREST AGENCY:    NC0600000-MECKLENBURG CO SO - CHARLOTTE
   ARREST NAME:      AYALA,MANUEL DEJESUS
   FINGERPRINT CHECK DIGIT NO: PW6382B  SBI CASE NUMBER:
   LOCAL ID:  0290419
   ARREST CHARGE 01- DAMAGE TO REAL PROPERTY
                 MISDEMEANOR      NUMBER OF COUNTS: 001
      OFFENSE DATE:  06-13-2003
   GENERAL STATUTE:  014-127.000(0)(
BASED ON FBI NUMBER ONLY
THIS CRIMINAL HISTORY IS FOR A SINGLE STATE NORTH CAROLINA RECORD.
CERTIFIED AS A TRUE COPY OF CRIMINAL HISTORY RECORD INFORMATION ON THE ABOVE
INDIVIDUAL AS SUBSTANTIATED BY FINGERPRINTS AS IT APPEARS IN SBI/DCI FILES.
STATE/FEDERAL REGULATIONS REQUIRE A ONE YEAR RECORD OF DISSEMINATION.
***CAUTION*** CHANGES TO THIS RECORD MAY OCCUR AT ANY TIME.
RECORD MUST NOT BE USED AFTER 09-15-2003.
END OF RECORD
```

# Exhibit 07

scanned

A#: █████ NAME: HERNANDEZ ———————————,NELSON——————————————DOB: █████████

```
                        *     A-NUMBER:  ████████

                 *     PERSON/ACTION: INV/REA

           *     FCO REQUESTING TRANSFER: CLT

      *     FCO KEYING TRANSFER REQUEST: CLT

                 NRC PRIORITY REQUEST: Y    (ENTER 'Y' TO EXPEDITE TRANSFER)

                                                (* = REQUIRED FIELDS)

    YOU MAY REQUEST TRANSFER OF ANOTHER A-FILE BY KEYING A DIFFERENT A-NUMBER.

     CLEAR EXIT   PF3 REFRESH   PF4 FTS MENU   PF5 HELP   PF6 CIS MAIN MENU

 FILE TRANSFER REQUEST SUCCESSFULLY COMPLETED.   CONTINUE AS DESIRED.
```

# Exhibit 08

# CHARLOTTE–MECKLENBURG POLICE DEPARTMENT

### Officer/Internal Incident Report
### Confidential Law Enforcement Data scanned

| Document: **Initial** | Document# **1** | Document Date: **02/26/2004** | Document Status: **Approved** | Complaint #: **20040213-1302-01** |
|---|---|---|---|---|

## INCIDENT DATA

| Location of Incident: ████████████ ████████████ ██ | | Beat: **2613** | Census Tract: **3101** | Date/Time Reported: **02/13/2004 1302** |
|---|---|---|---|---|

| Location Description: **Location of occurence** | Location Type: **Indoors** | Place Type: **Apartment/Duplex Private Res –– Residential** |
|---|---|---|

| Date/Time Occurred From: At/From: **02/13/2004 1302**    To: **02/13/2004 1330** | Did the crime occur in the home of? **Other Person's Residence** |
|---|---|
| Was the incident witnessed by anyone under 18? | **No** |
| Is a Child Development–Community Policing referral needed? | **No** |
| Is this domestic violence related? | **No** |
| Is this juvenile related? | **No** |
| Is this narcotics related? | **Yes** |
| Did this offense appear to be gang related? (suspect/victim/witness in this offense is a gang member of affiliate) | **Juvenile Gang Related** |
| Was the offense committed by a gang member or affiliate to benefit the gang (gang motivated)? | |
| Is this a suspected bias / hate crime? | **No** |
| Bias/Hate Type: | |
| Is the victim the State of North Carolina? | **No** |

| Was CSS Called ? **No** | CSS Technician: |
|---|---|

Evidence Collected?

Description:

| Clearance Status: **Normal Clearance – Cleared by Arrest** | Clearance date: **02/13/2004** | Case Status: **Further Investigation** |
|---|---|---|

Reporting Agency:
**Charlotte–Mecklenburg Police Department**

| Document Type | Document# | Reporting Officer: | Approving Officer: |
|---|---|---|---|
| INITIAL | 1 | D L JESTER ████ | C C PARNELL ████ |
| SUPPLEMENT | 2 | D L JESTER ████ | N D KING ████ |

| Follow–up Section Assigned: **22–SOUTH DIVISION** | Person Assigned: **D L JESTER** ████ |
|---|---|

## UCR – Classification

Incident Classification (UCR):
**35A – Drug/Narcotic Violations**

## VICTIM PERSON – NONE REPORTED

## VICTIM BUSINESS/OTHER

| Business# **1 of 1** | Legal Name: **STATE OF NORTH CAROLINA** | Doing Business As: **STATE OF NORTH CAROLINA** |
|---|---|---|
| Victim Type: **Government Buildings/Property** | | Fed Tax Identification Number: |

Address:
**Business:** ████████████████

Phone / Other Number:
**Business:** ████████

Contact Information

| Document: **Initial** | Document# **1** | Document Date: **02/26/2004** | Document Status: **Approved** | Complaint #: **20040213-1302-01** |
|---|---|---|---|---|

| Contact Name: **JESTER, D L** | | Language Spoken: | Interpreter helpful? |
|---|---|---|---|
| Contact Address: | | | |
| Contact Phone / Other Number: | | | |
| Identification cards: | | | |

| Did the business have a surveillance camera? | |
|---|---|
| Was the video /photographic evidence collected and turned in at property control? | |
| Which one of the following was completed? | |
| Did the business have an alarm? | |
| Was it armed at the time of the offense? | |
| Was there property loss? | |
| Does the business have an ABC permit? | |

## REPORTING PERSON

| Name: **JESTER, D L** | | |
|---|---|---|
| Person Type: **WITNESS** | Lang Spoken: | Interpreter Helpful? |
| Identification Cards: | | |
| Address: | | |
| Phone/Other Number: | | |
| Email Address: | | |

## WITNESS

Witness# **1 of 1**

Name: **JESTER, D L**

| DOB: | Age: | Sex: | Race: | Ethnicity: | Lang Spoken: | Interpreter Helpful? |
|---|---|---|---|---|---|---|

| Relationship with Victim / Suspect: | Place of Birth: |
|---|---|
| Witness provided assistance information: | Suspected Gang/Group Member or Affiliate? |

Identification Cards:

| Place of employment: | School: | Complaintant? |
|---|---|---|

Address:

Phone/Other Number:

**Contact Information – None Reported**

## SUSPECT

Suspect# **1 of 1**

Name: **Primary: FIGUEROA, CARLOS ROBERTO**

| Suspect Status: **Identified (named) not in Custody and/or Charged** | Arrest# **1186978** | Arrest Date / Time: **02/13/2004 1320** | Arrest Doc Type: **Adult Arrest** |
|---|---|---|---|

| DOB: ▉ | Age: **20** | Sex: **M** | Race: **White** | Ethnicity: **Hispanic/Latino** | Lang Spoken: **Spanish** | Interpreter Helpful? **Yes** |
|---|---|---|---|---|---|---|

| SSN: | Marital status: | Residential Status: | Place of Birth: | Country Of Citizenship: **MEXICO** |
|---|---|---|---|---|

**Officer/Internal Incident Report**
**Confidential Law Enforcement Data** scanned

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|---|---|---|---|---|
| **Initial** | **1** | **02/26/2004** | **Approved** | **20040213-1302-01** |

| Height: | Weight: | Build: | Skin Tone: | Eye Color: | Hair Color: | Hair Length: | Hair Style: | Facial Hair: |
|---|---|---|---|---|---|---|---|---|
| **5'5"** | **130** | **Small (thin)** | **Light** | **Brown** | **Black** | | | |

Identification Cards:

| Place of Employment: **NONE** | Occupation: | School: **NONE** |
|---|---|---|

Address:

**Home:** ▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮

Phone/Other Number:

**Contact Information – None reported**

| How was the suspect located? | **Result of Investigation** |
|---|---|
| Was the suspect wearing glasses? | |
| Detailed Clothing Appearance: | |
| Noticeable odor about suspect's person? | **No** |
| Did the suspect appeared to have used drugs? | |
| Did the suspect appeared to have used alcohol? | |
| Was there a noticeable speech impediment or accent? | **No** |
| Outstanding physical features? | |
| Did the suspect use a computer during the offense? | **No** |
| Suspect status at time of incident: | |
| Why was suspect named? | |
| Has the Victim charged/convicted suspect before? | **No** |
| Suspected Gang/Group Member or Affiliate? | **Yes** |
| General Appearance: | |

| Scars, Marks and Tatoos: |
|---|
| Abnormal Teeth: |
| Disguises: |
| General Lifestyles: |
| Suspect Lives with: |
| Transportation modes: |
| Property Types: |

| Photo Lineups: Person Shown To | | Date / Time Photo Lineup Shown: | Suspect recognized? | |
|---|---|---|---|---|
| Miranda Given? | Date/Time Given: | By Officer: | External Agency: | Witnessed By: |

| Did suspect invoke right to silence? | Did suspect invoke right to counsel? |
|---|---|

Did the suspect make any statements?

Did suspect make any voluntary utterances?

Who witnessed the suspect make statements/voluntary utterances?

**SUSPECT VEHICLE – NONE REPORTED**

**VICTIM/SUSPECT RELATIONSHIP – NONE REPORTED**

**DOMESTIC VIOLENCE – NONE REPORTED**

**PROPERTY**

# CHARLOTTE-MECKLENBURG POLICE DEPARTMENT

### Officer/Internal Incident Report
### Confidential Law Enforcement Data  s c a n n e d

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|---|---|---|---|---|
| **Initial** | **1** | **02/26/2004** | **Approved** | **20040213-1302-01** |

## PROPERTY

| Property# | Type: | | Property: |
|---|---|---|---|
| **1 of 4** | **Drugs/Narcotics** | | **Consumable Goods** |

Specific Item / Description:
**Cocaine**

| Make: | Model: | Year: | Color / Finish: | Vin# / Serial#: |
|---|---|---|---|---|
| | | | | |

| License Number: | License State: | License Year: |
|---|---|---|
| | | |

Other Identifying Features:

| Quantity/Unit of Measure: | Type of Drug: |
|---|---|
| **0  Gram** | **Cocaine (except "crack")** |

| Victim Name: | Victim Business Name:<br>**STATE OF NORTH CAROLINA** |
|---|---|

| Property Disposition: | Initial Recovery Date: |
|---|---|
| Other Jurisdiction: | Ncic Code: |
| How was the recovered property located? | Was stolen/recovered report made by CMPD ? |
| Reporting Agency: | State: | Complaint#: |

| Is owner of property known? | Has the owner been notified? | If owner cannot be located, does finder want property? |
|---|---|---|

| Burned: | Damaged: | Forged: | Found: |
|---|---|---|---|
| Lost: | Recovered: | Seized:<br>**$10.00** | Stolen: |

## PROPERTY

| Property# | Type: | | Property: |
|---|---|---|---|
| **2 of 4** | **Other** | | **Other Property** |

Specific Item / Description:
**Knife**

| Make: | Model: | Year: | Color / Finish: | Vin# / Serial#: |
|---|---|---|---|---|
| | | | | |

| License Number: | License State: | License Year: |
|---|---|---|
| | | |

Other Identifying Features:

| Quantity/Unit of Measure: | Type of Drug: |
|---|---|
| | |

| Victim Name: | Victim Business Name:<br>**STATE OF NORTH CAROLINA** |
|---|---|

| Property Disposition: | Initial Recovery Date: |
|---|---|
| Other Jurisdiction: | Ncic Code: |
| How was the recovered property located? | Was stolen/recovered report made by CMPD ? |

### Officer/Internal Incident Report
### Confidential Law Enforcement Data  scanned

| Document:<br>**Initial** | Document#<br>**1** | Document Date:<br>**02/26/2004** | Document Status:<br>**Approved** | Complaint #:<br>**20040213–1302–01** |
|---|---|---|---|---|

| Reporting Agency: | | State: | Complaint#: |
|---|---|---|---|

| Is owner of property known? | Has the owner been notified? | If owner cannot be located, does finder want property? |
|---|---|---|

| Burned: | Damaged: | Forged: | Found: |
|---|---|---|---|

| Lost: | Recovered: | Seized:<br>**$10.00** | Stolen: |
|---|---|---|---|

## PROPERTY

| Property#<br>**3 of 4** | Type:<br>**Other** | | Property:<br>**Other Property** |
|---|---|---|---|

Specific Item / Description:
**Stun Gun**

| Make:<br>**Nova** | Model:<br>**XR5000** | Year: | Color / Finish: | Vin# / Serial#:<br>**0043873** |
|---|---|---|---|---|

| License Number: | License State: | License Year: |
|---|---|---|

Other Identifying Features:

| Quantity/Unit of Measure: | Type of Drug: |
|---|---|

| Victim Name: | Victim Business Name:<br>**STATE OF NORTH CAROLINA** |
|---|---|

| Property Disposition: | Initial Recovery Date: |
|---|---|

| Other Jurisdiction: | Ncic Code: |
|---|---|

| How was the recovered property located? | Was stolen/recovered report made by CMPD ? |
|---|---|

| Reporting Agency: | State: | Complaint#: |
|---|---|---|

| Is owner of property known? | Has the owner been notified? | If owner cannot be located, does finder want property? |
|---|---|---|

| Burned: | Damaged: | Forged: | Found: |
|---|---|---|---|

| Lost: | Recovered: | Seized:<br>**$50.00** | Stolen: |
|---|---|---|---|

## PROPERTY

| Property#<br>**4 of 4** | Type:<br>**Drugs/Narcotics Equipment/Paraphernalia** | Property:<br>**Drug/Drug Related** |
|---|---|---|

Specific Item / Description:
**Rolling Papers**

| Make: | Model: | Year: | Color / Finish: | Vin# / Serial#: |
|---|---|---|---|---|

| License Number: | License State: | License Year: |
|---|---|---|

Other Identifying Features:

| Quantity/Unit of Measure: | Type of Drug: |
|---|---|

### Officer/Internal Incident Report
### Confidential Law Enforcement Data  scanned

| Document: **Initial** | Document# **1** | Document Date: **02/26/2004** | Document Status: **Approved** | Complaint #: **20040213-1302-01** |
|---|---|---|---|---|

| Victim Name: | Victim Business Name: **STATE OF NORTH CAROLINA** |
|---|---|
| Property Disposition: | Initial Recovery Date: **02/13/2004** |
| Other Jurisdiction: | Ncic Code: |
| How was the recovered property located? | Was stolen/recovered report made by CMPD ? |

| Reporting Agency: | State: | Complaint#: |
|---|---|---|

| Is owner of property known? | Has the owner been notified? | If owner cannot be located, does finder want property? |
|---|---|---|

| Burned: | Damaged: | Forged: | Found: |
|---|---|---|---|
| Lost: | Recovered: **$1.00** | Seized: **$1.00** | Stolen: |

## OFFENSE CLASSIFICATIONS

Incident classification (UCR):
**35A – Drug/Narcotic Violations**

| All Offenses Involved: NIBRS Attemped / Completed | NC Offense Category: | NIBRS Classification: | Code: |
|---|---|---|---|
| **Completed** | **Narcotics / Drug/Narcotic Violation** | **Drug/Narcotic Violations** | **35A** |
| **Completed** | **Narcotics / Drug Equipment Violation** | **Drug Equipment Violations** | **35B** |

### Drug Equipment Violation

| Victims associated with this offense: | **STATE OF NORTH CAROLINA** |
|---|---|
| Suspects associated with this offense: | **1. FIGUEROA, CARLOS ROBERTO** |
| 1. Name the Neighborhood, Apartment Complex, and/or Business District: | **GRAND OAKS** |
| 2. Was the drug a prescription? | |
| 3. What is the patients name the drug is prescribed to (from the prescription bottle)? | |
| 4. What is the prescription number listed on the prescription (from the prescription bottle)? | |
| 5. What is the name and address of the pharmacy that filled the prescription (from the prescription bottle)? | |
| **Criminal Activities** | |
| Criminal Activities: | **Possessing/concealing** |
| **Involved Drugs** | |
| None reported | |

### Drug/Narcotic Violation

| Victims associated with this offense: | **STATE OF NORTH CAROLINA** |
|---|---|
| Suspects associated with this offense: | **1. FIGUEROA, CARLOS ROBERTO** |
| 1. Name the Neighborhood, Apartment Complex, and/or Business District: | **GRAND OAKS** |
| 2. Was the drug a prescription? | **No** |
| 3. What is the patients name the drug is prescribed to (from the prescription bottle)? | |

| Document:<br>**Initial** | Document#<br>**1** | Document Date:<br>**02/26/2004** | Document Status:<br>**Approved** | Complaint #:<br>**20040213–1302–01** |
|---|---|---|---|---|

| | |
|---|---|
| 4. What is the prescription number listed on the prescription (from the prescription bottle)? | |
| 5. What is the name and address of the pharmacy that filled the prescription (from the prescription bottle)? | |
| **Criminal Activities** | |
| Criminal Activities: | **Possessing/concealing** |
| **Involved Drugs** | |
| 1. Type of Drug: | **Narcotics** |
| 2. Specific Drug: | **Cocaine (except "crack")** |
| 3. Quantity of Drug: | **.4** |
| 4. Measurement of drug quantity: | **Gram** |
| 5. Were the drugs seized? | **Yes** |

**CDCP Referral**

**PERSON GANG INFORMATION**

| Name:<br>**FIGUEROA, CARLOS** | Person Role<br>**SUSPECT** | This person is a:<br>**Gang/Group Member** |
|---|---|---|
| Name of Gang/Group:<br>**MS 13** | Name of Gang/Group Clique/Set: | Gang/Group Colors: |
| Prior Military Service? | Photographs taken? | |
| Factors indicating gang/group membership: | | |
| Explain gang/group membership factors: | | |
| Additional factors indicating gang/group membership or affiliation: | | |
| Description of all signs and symbols: | | |
| Description of any gang/group specific conversation or comments made by subject: | | |

# CHARLOTTE–MECKLENBURG POLICE DEPARTMENT

**Officer/Internal Incident Report**
**Confidential Law Enforcement Data** scanned

| Document:<br>**Initial** | Document#<br>**1** | Document Date:<br>**02/26/2004** | Document Status:<br>**Approved** | Complaint #:<br>**20040213–1302–01** |
|---|---|---|---|---|

| NARRATIVE | |
|---|---|
| Type:<br>**Public Release** | Additional paper supplements/statements? |
| Reporting Officer:<br>**D L JESTER** ▮ | Entered Date/Time:<br>**02/26/2004  1818** |
| **On 13 Feb 2004 this Officer arrested the suspect for Possesseion of Cocaine.  The incident occurred at** ▮▮▮ | |

# CHARLOTTE–MECKLENBURG POLICE DEPARTMENT

**Officer/Internal Incident Report**
**Confidential Law Enforcement Data** scanned.

| Document:<br>**Initial** | Document#<br>**1** | Document Date:<br>**02/26/2004** | Document Status:<br>**Approved** | Complaint #:<br>**20040213–1302–01** |
|---|---|---|---|---|

## NARRATIVE

| Type:<br>**Confidential** | Additional paper supplements/statements? |
|---|---|
| Reporting Officer:<br>**D  L JESTER** ▮ | Entered Date/Time:<br>**02/26/2004  1836** |

**On 13 Feb 2004, this Officer conducted a knock and talk at** ▮▮▮▮▮▮ **in reference to known gang activity and heavy foot traffic.  Kristen Machuca lives at this location.  The resident's husband was deported in Operation Fed Up back in October of 2003.  He is a member of the MS 13 Gang.  Kristen continues to hang out with and admitts to dating several of the MS 13 members.  I saw several subjects standing in the open door way of the apartment that are known to also be MS 13 members.  We arrested Martin Cruz Hernandez at this location after checking local warrants.  He had two outstanding warrants and he is also a known MS13.  We knew that he had outstanding warrants.**

**After securing Mr Cruz I began speaking to Carlos Figeroa who was in side the apartment.  I asked for consent to search him and he said, "Fine" and put his hands up.  I found a small clear baggie in his right watch pocket with white powder substance inside.  I also found a large throwing knife and a stun gun in his front left pocket.  I found a pack of rolling papers in his front left pocket.  He is also believed to be an MS 13 member.**

# Exhibit 09





# DEPARTMENT OF THE TREASURY
# BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# OFFICE OF FIELD OPERATIONS

# Recommendation for Prosecution

**Case Number:** _763015-04-0051 (Supplemental)_

**Judicial District:**

Honorable Gretchen C.F. Shappert
United States Attorney
Western Disctrict of North Carolina
227 West Trade Street, Suite 1700
Carillon Building
Charlotte, North Carolina 28202

**Case Agent:** _Special Agent Andrew J. Cheramie, II_

Special Agent David A. Lierz

(█████████

Telephone

**Approved by:** _____  3/18/05

Signature                                Date

Zebedee T. Graham
Type Name

Special Agent in Charge
Title

FOR OFFICIAL USE ONLY

ATF F 3200.14 (9-99) PREVIOUS EDITION IS USEABLE



**U.S. Department of Justice**

scanned

000001

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Charlotte Field Division*

Charlotte, NC 28226

www.atf.gov

## Case Number: 763015-04-0051 (Supplemental)

This recommendation for prosecution relates to alleged violations of the Federal narcotics and firearms laws by Iran Salvador GUERRERO, a known member of the Mara Salvatrucha 13 (MS-13) street gang who, on April 8, 2004 possessed and sold approximately one pound of marijuana to an undercover Charlotte-Mecklenburg Police (CMPD) officer; and who, on April 16, 2004 possessed and sold approximately fourteen (14) grams of powder cocaine to the same CMPD undercover officer; and who, on June 15, 2004 possessed and sold approximately fifteen and three-tenths (15.3) grams of powder cocaine and a firearm, to-wit: a Smith & Wesson, Model 68, .38 Special revolver bearing serial number 30K5626, to the same CMPD undercover officer; and who, on July 13, 2004 possessed and sold approximately twenty-four and one-half (24.5) grams of powder cocaine and a firearm, to-wit: a Smith & Wesson, Model 52-2, .38 Special pistol bearing serial number A429429, to the same CMPD undercover officer and an undercover ATF special agent; all of which occurred in the City of Charlotte, North Carolina, Western Judicial District of North Carolina.

### DEFENDANT AND ARREST STATUS

GUERRERO, Iran Salvador - Not Arrested - To Be Indicted

### SYNOPSIS

On 04/08/2004 at approximately 1300 hours, GUERRERO met with undercover CMPD Officer Jesus Rendon and a Confidential Reliable Informant (CRI) in the parking lot of a shopping center in the 800 block of E. Arrowood in Charlotte, North Carolina. On that date GUERRERO sold to the undercover officer approximately one pound of marijuana for $1,000.00.

On 04/16/2004 at approximately 1425 hours, undercover CMPD Officer Rendon and the same CRI met with GUERRERO for the second time that day in the parking of a nightclub at ██ ██████████ in Charlotte. During this meeting GUERRERO sold to Officer Rendon approximately 14 grams of powder cocaine for $500.00.

On 06/15/2004 at approximately 1742 hours, the same CRI and CMPD Officer Rendon met with GUERRERO in the parking lot of Hollywood Video, ███████████████████ in Charlotte. During this meeting, GUERRERO sold to the officer approximately 15.3 grams of powder cocaine for $500.00 and a Smith & Wesson, Model 68, .38 Special revolver bearing serial number 30K5626 for $550.00.

On 07/13/2004 at approximately 1235 hours, CMPD Officer Rendon and ATF Special Agent Ernesto Diaz met with GUERRERO in the parking lot of Hollywood Video, ██████████████████ in Charlotte. During this meeting, GUERRERO sold to the officer and agent approximately 24.5 grams of powder cocaine for $900.00, and a Smith & Wesson, Model 52-2, .38 Special pistol bearing serial number A429429 for $500.00.

## STATUTES VIOLATED

Iran Salvador GUERRERO:

> Title 18, U.S.C., Section 841(a)(1) - Possession With Intent to Distribute a Controlled Substance (4 counts)
>
> Title 18, U.S.C., Section 924(c)(1)(A) - Possession of a Firearm During and In Relation to a Drug Trafficking Crime (2 Counts)

## DOCUMENTS SUBMITTED IN SUPPORT OF PROSECUTION

### Criminal History Reports

EXHIBIT 1: Criminal History printout of Iran Salvador GUERRERO.

## Investigative Reports

EXHIBIT 2: ATF Report of Investigation (ROI) #010, dated 04/09/2004: Report of investigation regarding the undercover purchase of marijuana from Iran Salvador GUERRERO on 04/08/2004.

    ATTACHMENTS:
    CMPD Vice and Narcotics Bureau Case Report,
        Complaint Number 04-0408-8133-02, dated
        04/08/2004, statement of Officer Jesus Rendon
        regarding the undercover purchase of marijuana
        from Iran Salvador GUERRERO
    CMPD Property Report, Complaint Number
        20040408-1333-02

    PHYSICAL EVIDENCE (will be produced as needed for court):

    -Approximately one pound of suspected marijuana.

    -Audio recording of undercover transaction. (Transcription of audio recording will be forwarded when available.)

EXHIBIT 3: CMPD Vice and Narcotics Bureau Case Report, Complaint Number 04-0416-1443-03, dated 04/16/2004, statement of Officer Jesus Rendon regarding the undercover purchase of powder cocaine from Iran Salvador GUERRERO

    ATTACHMENT:
    CMPD Property Report, Complaint Number
        20040416-1443-01

    PHYSICAL EVIDENCE (will be produced as needed for court):

    -Approximately fourteen (14) grams of suspected powder cocaine.

    -Audio recording and audio/video recording of undercover transaction. (Transcription of audio recording will be forwarded when available.)

scanned

EXHIBIT 4: North Carolina State Bureau of Investigation (SBI) Report, Case Number 2004-01090 (673), dated 04/16/2004: SBI Special Funds Use Report and Surveillance Log of undercover purchase of powder cocaine from Iran Salvador GUERRERO on 04/16/2004.

EXHIBIT 5: ATF ROI #018, dated 06/17/2004: Report of investigation regarding the undercover purchase of powder cocaine and a firearm from Iran Salvador GUERRERO on 06/15/2004.

> ATTACHMENT:
> CMPD Property Report, Complaint Number
>     20040615-1749-02
>
> PHYSICAL EVIDENCE (will be produced as needed for court):
>
> -Smith & Wesson, Model 68, .38 Special revolver bearing serial number 30K5626
>
> -Approximately fifteen and three-tenths (15.3) grams of suspected powder cocaine.

EXHIBIT 6: ATF ROI #021, dated 07/14/2005: Report of investigation regarding the undercover purchase of powder cocaine and a firearm from Iran Salvador GUERRERO on 07/13/2004.

> ATTACHMENT:
> CMPD Property Report, Complaint Number
>     20040713-1242-00
>
> PHYSICAL EVIDENCE (will be produced as needed for court):
>
> -Smith & Wesson, Model 52-2, .38 Special pistol bearing serial number A429429
>
> -Approximately twenty-four and one-half (24.5) grams of suspected powder cocaine.
>
> -Audio recording of undercover transaction. (Transcription of audio recording will be forwarded when available.)

scanned          000005

EXHIBIT 7: ATF ROI #036, dated 03/17/2005: Interim Interstate Nexus determination of the two firearms purchased from Iran Salvador GUERRERO.

EXHIBIT 8: CMPD Laboratory Reports, analyses of narcotics evidence from each of the four undercover transactions, will be provided when available.

**Case Agents**

David A. Lierz

Andrew J. Cheramie

scanned

# EXHIBIT 1

scanned    000007

```
    10:47        TECS II EXTERNAL MESSAGE DISPLAY         04152004  T2MD0611
                                                                    T2PD0634
  QUEUE TYPE:   PERSONAL           QUEUE NAME:   QUJQ
                                   MSG STATUS:   NACK
  ******************** TEXT OF MESSAGE **************** PAGE 01 ***************
  FROM NCIC   ON 04/15/04 AT 10:47:15
  NLO1CQUQUJQ06500065
  NCATFCE25
  NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
  (III) FOR PUR/C.NAM/GUERRERO,IRAN SALVADOR.SEX/M.RAC/W.DOB▉▉▉▉▉▉.
  END
```

```
  MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                                PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
  END OF THIS MESSAGE
  (PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
  ─────────────────────────────────────────────────────────────────────────
  4-©          1    Sess-1    10.123.196.81           L8310319       1/1
```

Case 3:16-cv-00057-MOC Document 67-2

scanned 000008

**EXHIBIT 2**

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Charlotte Field Division | Charlotte Field Division<br>FY-04<br>Report 010 |

**TITLE OF INVESTIGATION:**
Operation Los Treces

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 763015-04-0051 | 10 |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)* | SUBMITTED BY *(Title and Office)* | SUBMITTED BY *(Date)* |
|---|---|---|
| Andrew J. Cheramie | Special Agent, Charlotte I Field Office | 04/09/2004 |
| **REVIEWED BY** *(Name)*<br>John C. DePollo | **REVIEWED BY** *(Title and Office)*<br>Group Supervisor, Charlotte I Field Office | **REVIEWED BY** *(Date)*<br>4/9/04 |
| **APPROVED BY** *(Name)*<br>William E. Spruce | **APPROVED BY** *(Title and Office)*<br>Acting Special Agent in Charge, Charlotte Field Division | **APPROVED BY** *(Date)*<br>4/9/04 |

## DESCRIPTION OF ACTIVITY:

Undercover purchase of marijuana.

## SYNOPSIS:

On 04/08/04, undercover Charlotte-Mecklenburg Police (CMPD) Officer J.M. Rendon and CI #763015-149 purchased approximately one pound of marijuana from an MS-13 gang member known only as "Zacatecas".

## NARRATIVE:

On 04/08/04 at approximately 11:55 hours, CI-149 placed a tape-recorded telephone call to a subject known only to him/her as "Zacatecas". During this conversation, which was witnessed by Special Agent (S/A) David Lierz and CMPD Officer J.M. Rendon, "Zacatecas" agreed to meet CI-149 and sell to him/her one pound of marijuana for $1,000.00. The meeting was set for 13:00 hours. S/A Lierz acquired the necessary investigative funds and photocopied the money to be used in this transaction.

At approximately 12:50 hours, CI-149 and Officer Rendon, who was acting in an undercover capacity, arrived at the pre-arranged meet location, the parking lot of a shopping center in the ███████████████████████ in Charlotte.

At approximately 13:01 hours, a green Kia Rio driven by an unknown Hispanic female arrived and pulled up to CI-149's vehicle. The subject known to CI-149 as "Zacatecas" was in the passenger seat and a small child was in the rear seat. S/A Andrew Cheramie, from a position of surveillance obtained the license information (North Carolina, SSL-6683). "Zacatecas" exited his vehicle and met with the CI and Officer Rendon. They proceeded to the trunk of

ATF EF 3120.2 (5-98)

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
## REPORT OF INVESTIGATION

**S C A N N E D**

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge | Charlotte Field Division |
| Charlotte Field Division | FY-04 |
| | Report 010 |

**TITLE OF INVESTIGATION:**
Operation Los Treces

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 763015-04-0051 | 10 |

the Kia, which "Zacatecas" opened. The Officer Rendon and the CI saw four packages in the trunk, which "Zacatecas" said each held a pound of marijuana.

Officer Rendon produced the ATF investigative funds and counted it out before giving it to "Zacatecas". The suspect then gave the officer and the CI one of the packages of marijuana. Zacatecas then got back into his vehicle and drove away with the female and the child.

The registration on the Kia Rio showed it to be owned by Ivis Aida Suarez, ███████████████████ Charlotte. S/A Cheramie obtained Suarez's driver's license photograph and showed it to Officer Rendon. Rendon stated that the female subject driving the vehicle was not the same subject depicted in the photograph.

At approximately 13:03 hours, Officer Rendon and CI-149 drove to a pre-arranged debriefing location and turned the evidence over to CMPD Detective Scott Shipman. Detective Shipman took the evidence to the CMPD Law Enforcement Center Property Control and logged it into evidence under Complaint Number 2004-0408-1333-02, Control Number 7403. The approximate weight of the suspected marijuana was 1.02 lbs.

Officer Rendon was wearing a concealed monitoring device on his person that transmitted the audio portion of the transaction. S/A Andrew Cheramie recorded the audio transmission on a device operated from his vehicle. S/A Cheramie placed the digital mini disc recording into ATF custody.

Officer Rendon stated that this same suspect, known to CI-149 as "Zacatecas", has previously sold narcotics to he and another undercover vice officer. During that transaction the suspect used the name "Mario". Officer Rendon described the suspect as approximately 5'6" tall, medium build, short dark hair, and clean-shaven.

**ATTACHMENTS:**

Photocopy of investigative funds.
CMPD Vice and Narcotics Bureau Case Report, dated 04/09/2004, Complaint Number 2004-0408- 1333-02,
Statement of Officer J.M. Rendon
CMPD Property Report Number 2004-0408-1333-02.

ATF F 3400. 16   X 2

ATF EF 3120.2 (5-98)

I II II II I

## CHARLOTTE-MECKLENBURG POLICE DEPARTMENT Scanned
### VICE AND NARCOTICS BUREAU
## CASE REPORT



000011

| Reporting Officer<br>J. M. Rendon | | | | | Code Number<br>2882 | Complaint Number<br>00-4040-8133-02 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Offense(s)<br>Pwisd Marijuana | | | | | | Property Control Number(s)<br>7403 | | | |
| Location | | | | Date<br>4/8/2004 | | Time<br>1333 | | Voucher Number | |

### FUNDS EXPENDED

| | City | | State | | Federal | |
|---|---|---|---|---|---|---|
| Amount of Funds Expended for Purchases | City | $0.00 | State | $0.00 | Federal | $1000.00 |
| Amount of Funds Expended for Expenses | City | $0.00 | State | $0.00 | Federal | $0.00 |
| Amount of Funds Expended for Informant | City | $0.00 | State | $0.00 | Federal | $0.00 |

### VICTIM INFORMATION

| | Race | Sex | DOB / Age |
|---|---|---|---|
| Victim #1 | | | |
| Victim #2 | | | |

### SUSPECT INFORMATION

| | Arrest Number | Race | Sex | DOB / Age |
|---|---|---|---|---|
| Suspect #1  Zacatecas | | H | M | 25 |
| Suspect #2 | | | | |
| Suspect #3 | | | | |
| Suspect #4 | | | | |
| Suspect #5 | | | | |

| Vehicle #1 Year | Make | Model | Color | License/State | Other |
|---|---|---|---|---|---|
| 2001 | KIA | RIO | GREEN | SSL6683, NC | |
| Vehicle #2 Year | Make | Model | Color | License/State | Other |
| | | | | , NC | |

**Narrative:**

S.B.I. Case Number (if applicable)

On 04/08/2004 at approximately 1030 hours, a reliable confidential informant called Zacatecas a suspected Mara Salvatrucha Gang member and arranged to buy a pound of Marijuana from him for $1,000.00. They arranged to conduct the narcotic transaction at ███████████████ (Mc Donald's parking lot) at 1300 hours.

On 04/08/2004 at approximately 1204 hours I witnessed a reliable confidential informant call Zacatecas at ██████████ (Zacatecas is a Hispanic male he is about 5"6', 140 pounds and short dark hair). Throughout their Spanish conversation I heard Zacatecas say, I have the stuff (marijuana)

Supervisor's Signature          Page 1 of 2          Reporting Officer's Signature
                                                    00-4040-8133-02

Revised 1/99

Case 3:16-cv-00057-MOC    Document 67-2    Filed 02/22/18    Page 49 of 81



coming. I will see you at the Mc Donald's on South Boulevard and Arrowood Road. This conversation was recorded in the interview room at the ATF building (Charlotte Division).

On 04/08/2004 at approximately 1250 hours I witnessed the CI call Zacatecas a second time in this conversation I heard the CI tell Zacatecas that we were in a gray Nissan at ███████████████ (Mc Donald's) in the parking lot. Zacatecas responded that he was in the area and he would meet us in a couple minutes. Minutes later I observed a green, 2001 Kia drive beside us. The Kia was displaying NC SSL6683. The vehicle was occupied three times, a Hispanic female was driving. Zacatecas was in the front passenger seat. The third passenger was a child sitting in the rear passenger seat. I observed Zacatecas exit the vehicle. He was wearing a blue LA hat and a blue LA jersey. Zacatecas removed a blue bag containing marijuana (the substance in the bag was green and had a strong odor of marijuana) from his vehicle and gave it to me. I then secured the Marijuana. After securing the Marijuana I gave Zacatecas $1000.00 (8 one hundred dollar bills and 4 fifty dollar bills). After purchasing the marijuana from Zacatecas I got in the government vehicle and drove to the pre arranged debriefing location ███████████████ ) at this location I gave CMPD Violent Crime Task Force Detective S. Shipman the marijuana. Detective S Shipman transported the marijuana (1.02 pounds) to Charlotte Mecklenburg Property Control where it was secured and stored as evidence. The property control number is 7403.

Furthermore, immediately upon meeting Zacatecas I recognized him from and earlier narcotic incident which occurred several months earlier. Several months ago I witnessed CMPD Vice and Narcotics Detective O. Ortiz arranged to buy an ounce of cocaine from Zacatecas. In that incident Zacatecas introduced himself as Mario. This is the second narcotic related incident I have witnessed Zacatecas involved in.

The CI informed me that he met Zacatecas at ███████████████ . The listed address is where the MS 13 gang holds their meetings.

| Supervisor's Signature | Page 2 of 2<br>Printed: 04/09/04 | Officer In Charge Signature<br>00-4040-8133-02 |
|---|---|---|

# CHARLOTTE MECKLENBURG POLICE
## PROPERTY REPORT
(FORM A-31A 9/00)

**1. Property Status:** ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain)

**2. Control Number** 7403

**3. Complaint Number** 20040408-133302

**4. Date/Time Impounded** 08 Apr 04 /1303

**5. Person Impounded From** Zacatecas

**6. Location Impounded From** ■■■■

**7. Owner's Name**

**8. Owner's Address**

**9. Owner's Phone #**

**10. Property Bureau** Shelf No. | Bin No. | Vault

**11. Property Finder's Name** Off. J. Rendon #2882

**12. Property's Finder's Address**

**13. Property Finder's Phone #**

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | Marijuana | (1) pkg | 1.02 pounds | | | Green | $1000.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**23. Assignment** VCTF

**24. Offense Involved** PWISD Marijuana

**25. Investigator/Officer Assigned to Case**

**26. Laboratory Examination** ☐ Yes ☒ No

**27. Does property listed above relate to any case other than one identified by block 3** ☐ Yes ☐ No

**28. Complaint # of Related Case**

**29. Arrest Number**

**30. Impounding Officer's Printed Name** S.E. Shipman

**31. Code No.** 867

**32. Impounding Officer's Signature** SS

**33.** I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report. Signature_____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| (signature) | Storage | 4-8-04/1358 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**37. Court Disposition:**
☐ Confiscate and/or Destroy _____ Item Numbers
☐ Return to Owner _____ Item Numbers

_____ ADA Signature/Date

_____ Judge's Signature/Date

**38. Released to Clerk of Court:** _____ Item Numbers

_____ Clerk of Courts Signature/Date

**39. Auctioned:** _____ Employee's Signature/Date

**40. Returned to Owner/Finder:** _____ Item Numbers

_____ Prop. Employee's Signature/Date

_____ Owner/Finder's Signature/Date

**41. Destroyed:** _____ Item Numbers

_____ Employee's Signature/Date

_____ Witness's Signature/Date

scanned      000014

**EXHIBIT 3**



| Reporting Officer J. M. Rendon | | | | Code Number 2882 | Complaint Number 04-0416-1443-03 | | | |
|---|---|---|---|---|---|---|---|---|
| Offense(s) Pwisd Cocaine | | | | | Property Control Number(s) 8080 | | | |
| Location | | | | Date 4/16/2004 | Time 1333 | | Voucher Number | |

### FUNDS EXPENDED

| | City | State | Federal |
|---|---|---|---|
| Amount of Funds Expended for Purchases | $0.00 | $500.00 | $0.00 |
| Amount of Funds Expended for Expenses | $0.00 | $0.00 | $0.00 |
| Amount of Funds Expended for Informant | $0.00 | $0.00 | $0.00 |

### VICTIM INFORMATION

| | Race | Sex | DOB / Age |
|---|---|---|---|
| Victim #1      STATE OF NORTH CAROLINA | | | |
| Victim #2 | | | |

### SUSPECT INFORMATION

| | Arrest Number | Race | Sex | DOB / Age |
|---|---|---|---|---|
| Suspect #1    Iran Salvador Guerrero Gomez AKA "Zacatecas" | | H | M | 05/14/1982 |
| Suspect #2 | | | | |
| Suspect #3 | | | | |
| Suspect #4 | | | | |
| Suspect #5 | | | | |

| Vehicle #1 Year 2001 | Make KIA | Model RIO | Color GREEN | License/State SSL6683, NC | Other |
|---|---|---|---|---|---|
| Vehicle #2 Year | Make | Model | Color | License/State , NC | Other |

**Narrative:**      S.B.I. Case Number (if applicable)

On 04/16/2004 at approximately 1230 hours, a confidential reliable informant (CRI) called Zacatecas AKA Iran Salvador Guerrero Gomez a suspected Mara Salvatrucha Gang member and arranged to buy an ounce on cocaine from him for $1,000.00. They arranged to conduct the narcotic transaction the ▮▮▮▮▮ (In front of 5920-C the Calypso Night Club) at 1400 hours.

On 04/16/2004 at approximately 1350 hours, I witnessed the CRI call Zacatecas a second time at ▮▮▮▮▮ in this conversation I heard the CRI tell Zacatecas that we were in a gray Nissan in

Supervisor's Signature      Page 1 of 3      Reporting Officer's Signature 04-0416-1443-03

Revised 1/99

Case 3:16-cv-00057-MOC   Document 67-2   Filed 02/22/18   Page 53 of 81

front of the Calypso Night Club in the parking lot. Zacatecas responded that he was in the area and he would meet us in a couple minutes.

Minutes later I observed a green, 2001 Kia drive beside us. The Kia was displaying NC SSL6683. Zacatecas was driving the Kia. I observed Zacatecas exit the vehicle. He was wearing a white shirt and dark colored pants. He entered the Nissan and sat in the driver's seat, then removed a blue baggie containing marijuana (the substance in the bag was green and had a strong odor of marijuana) from his pocket and gave it to me. I told him that I was not interested in buying marijuana. I told him that the CRI asked him for an ounce of Powder cocaine. He said that he was half asleep and misunderstood the arrangement. He said that he would go back to his place and get the ounce of cocaine and meet me again in 30 minutes.

On 04/16/2004 at approximately 1410 hours, Zacatecas called the CRI and advised him that he only had half an ounce of cocaine. I told the CRI that I would buy the half ounce and buy the other half at a later time.

On 04/16/2004 at approximately 1415 hours Zacatecas returned in the same green Kia. This time he had a Hispanic female in the front passenger seat (the same female I observed driving the Kia on 04/08/2008 to a previous Narcotic transaction). Again Zacatecas exited his vehicle and entered the Nissan this time he sat in the rear left passenger seat beside me. He gave me a clear baggie containing a white powder substance believed to be cocaine. I then told him that I would give him $450.00 for the half ounce. He agreed and I gave him $500.00 (five one hundred dollar bills). He said that he did not have $50.00 and that he would give it to me on our next meeting. He told me that I should call him and arrange a transaction. I told him that I would. Zacatecas then got in his vehicle and drove off the property southbound on ███████████.

At the conclusion of the narcotic transaction with Zacatecas I got in the government vehicle and drove to the pre arranged debriefing location (███████████████) at this location I gave CMPD Violent Crime Task Force Detective P.B. Conner the white powder substance. Detective P.B. Conner

Case 3:16-cv-00057-MOC    Document 67-2    Filed 02/22/18    Page 54 of 81


transported the white substance to Charlotte Mecklenburg Property Control where it was secured and stored as evidence. The property control number is 8080.

Prior to this transaction I met with Special Agent S. S. Gregory III from the North Carolina State Bureau of Investigation. He provided me with $1,000.00 to conduct this Narcotic transaction (only $500.00 was used). I returned the remaining $500.00 to him after the transaction.

This case remains open.

| Supervisor's Signature | Page 3 of 3 | Officer In Charge Signature |
|---|---|---|
| | Printed: 04/22/04 | 04-0416-1443-03 |

# CHARLOTTE MECKLENBURG POLICE
## PROPERTY REPORT    (FORM A-31A 9/00)

| 1. Property Status | ☑ Evidence ☐ Found | ☐ Asset Forfeiture | ☐ OTHER (Explain) | 2. Control Number | 3. Complaint Number |
|---|---|---|---|---|---|
| | | | | 8080 | 2004-0416-1443-01 |

**4. Date/Time Impounded:** 16-04/1443

**5. Person Impounded From:** Mario, LNU

**6. Location Impounded From:** ████ ██ █ ██ ███

**7. Owner's Name:** ʻario, LNU

**8. Owner's Address:** PBC, AFBCID, Little

**9. Owner's Phone #:**

**10. Property Bureau** — Shelf No. | Bin No. | Vault

**11. Property Finder's Name:**

**12. Property's Finder's Address:**

**13. Property Finder's Phone #:**

| 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|
| Cocaine | 14g | | Powder | | White | $500.00 | Packaged in clear plastic baggie |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**23. Department:** V/CTF

**24. Offense Involved:** PWISD - Cocaine

**25. Investigator/Officer Assigned to Case:** P.B. Conner

**26. Laboratory Examination:** ☐ Yes ☑ No

**27. Does property listed above relate to any case other than one identified by block 3** ☐ Yes ☑ No

**28. Complaint # of Related Case:**

**29. Arrest Number:**

**30. Impounding Officer's Printed Name:** P.B. Conner

**31. Code No.:** 2123

**32. Impounding Officer's Signature:**

I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report.

**33. Signature:**

| Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| T.F. Crawford | Storage | 4/16/4 1528 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**37. Disposition:**
Confiscate and/or Destroy _____ Item Numbers
Return to Owner _____ Item Numbers
ADA Signature/Date _____
Judge's Signature/Date _____

**38. Released to Clerk of Court:** _____ Item Numbers
Clerk of Courts Signature/Date _____
**39. Auctioned:** _____
Employee's Signature/Date _____

**40. Returned to Owner/Finder:** _____ Item Numbers
Prop. Employee's Signature/Date _____
Owner/Finder's Signature/Date _____

**41. Destroyed:** _____ Item Numbers
Employee's Signature/Date _____
Witness's Signature/Date _____

OFFICER

scanned 000019

# EXHIBIT 4

CONFIDENTIAL: This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina.

SBI CASE:        2004-01090 (673)
ACTIVITY:        April 16, 2004
VICTIM:          State of North Carolina
COPIES:          (1) Case Records Management Section
                 (2) SA S. S. Gregory III
                 (3) SAC D. B. Caldwell
                 (4) SA J. DePollo, BATF
                 (5) Sergeant K. C. Scheimreif,
                     Charlotte-Mecklenburg Police Department
                 (6) District Attorney P. S. Gilchrist III

STATE BUREAU OF INVESTIGATION SPECIAL FUNDS USED DURING
UNDERCOVER PURCHASE ON FRIDAY, APRIL 16, 2004:

On Friday, April 16, 2004, Charlotte-Mecklenburg Police
Department Officer Jesus Manuel Rendon used $500 of SBI Special
Funds to purchase approximately one-half ounce of powder Cocaine
from suspect Ivan Salvador Guerrero-Gomez.  Prior to the
operation, SA S. S. Gregory recorded the serial numbers on ten
$100 bills that were part of the SBI Special Funds used during
this operation.  The special funds were not photocopied due to
time constraints.  SA Gregory originally provided Officer Rendon
with $1000 of SBI Special Funds, but only $500 of SBI Special
Funds were used during the operation.  The following is a list of
the serial numbers for the U.S. currency used during this
investigation:

AB16810525K
AB85672833B
CB25619584P
AG15772761C
CE05120366A
AB92484122G
CE08167053A
AE64753946A
BK07497742A
CG05721430A

SSG:slp

scanned    000021

CONFIDENTIAL: This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina.

SBI CASE:        2004-01090 (673)
ACTIVITY:        April 16, 2004
VICTIM:          State of North Carolina
COPIES:          (1) Case Records Management Section
                 (2) SA S. S. Gregory III
                 (3) SAC D. B. Caldwell
                 (4) SA J. DePollo, BATF
                 (5) Sergeant K. C. Scheimreif,
                     Charlotte-Mecklenburg Police Department
                 (6) District Attorney P. S. Gilchrist III

CRIME SCENE:  REAR PARKING LOT OF UNIVERSITY LANES BOWLING ALLEY
IN CHARLOTTE, NORTH CAROLINA:

The crime scene for this investigation was the rear parking lot
of the University Lanes Bowling Alley in Charlotte, North
Carolina. The University Lanes Bowling Alley is located on the
northeast corner of the intersection of North Tryon Street and
Orr Street in Charlotte, North Carolina. This investigation
pertains to an undercover purchase of approximately one-half
ounce of powder Cocaine made by Charlotte-Mecklenburg Police
Department Officer Jesus Manuel Rendon from suspect Ivan Salvador
Guerrero-Gomez on Friday, April 16, 2004. Due to the nature of
this investigation, no crime scene search was conducted, no crime
scene sketch was prepared, and no crime scene photographs were
taken.

SSG:slp

CONFIDENTIAL: This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina.

SBI CASE:        2004-01090 (673)
ACTIVITY:        April 16, 2004
VICTIM:          State of North Carolina
COPIES:          (1) Case Records Management Section
                 (2) SA S. S. Gregory III
                 (3) SAC D. B. Caldwell
                 (4) SA J. DePollo, BATF
                 (5) Sergeant K. C. Scheimreif,
                     Charlotte-Mecklenburg Police Department
                 (6) District Attorney P. S. Gilchrist III

## SURVEILLANCE OF CHARLOTTE-MECKLENBURG POLICE DEPARTMENT OFFICER JESUS MANUEL RENDON ON FRIDAY, APRIL 16, 2004:

On Friday, April 16, 2004, surveillance was conducted in Mecklenburg County. The purpose of the surveillance was to observe Charlotte-Mecklenburg Police Department (CMPD) Officer Jesus Manuel Rendon work in an undercover capacity in Mecklenburg County. During this operation, Officer Rendon was accompanied by a BATF (Bureau of Alcohol, Tobacco and Firearms) confidential source of information (CSI). Officer Rendon was driving a blue four-door Buick Regal with North Carolina License #KVB-4528. The BATF CSI was driving a tan four-door Altima with North Carolina License Tag SSH-9938. Officer Rendon was dressed in black pants and a tan/navy striped short-sleeved shirt.

At the beginning of the operation, Officer Rendon was provided with $1000 of SBI Special Funds under the control of SA S. S. Gregory. Officer Rendon was also wearing a KEL unit transmitter that was monitored and recorded by the surveillance teams. Prior to the operation, Officer Rendon searched the CSI and the CSI's vehicle with negative results.

Surveillance was conducted by the following law enforcement officers:

### Surveillance Team #1:

SA S. S. Gregory, SBI
SA J. D. White, SBI
Sergeant K. C. Scheimreif, CMPD

**Surveillance Team #2:**

SA A. Cheramie, BATF
SA D. Lierz, BATF

**Surveillance Team #3:**

Detective B. Conner, CMPD

**Surveillance Team #4:**

Detective M. Robson, CMPD
Officer C. Kimble, CMPD

The following observations were made by SA Gregory while surveillance was conducted:

1:30 p.m. - The surveillance teams, Officer Rendon, and the CSI met in the parking lot of a staging area on North Tryon Street in Charlotte, North Carolina. SA Gregory transferred $1000 of SBI Special Funds to Officer Rendon. Officer Rendon searched the CSI and the CSI's vehicle with negative results.

1:38 p.m. - Officer Rendon tested the KEL unit transmitter.

1:46 p.m. - Officer Rendon, the CSI, and the surveillance teams left the parking lot at the staging area en route to the parking lot of the University Lanes Bowling Alley on North Tryon Street in Charlotte, North Carolina.

1:51 p.m. - Officer Rendon's and the CSI's vehicles arrive in the parking lot of the University Lanes Bowling Alley. Both vehicles drive to the rear of the parking lot and park behind the University Lanes Bowling Alley.

1:57 p.m. - Detective Conner advises by radio that a green four-door Kia has parked beside Officer Rendon's car.

1:58 p.m. - SA Lierz advises by radio that a Hispanic male, the CSI, and Officer Rendon are inside the CSI's vehicle. SA Lierz advises that the CSI's vehicle is backed into a loading dock area behind the

2

bowling alley. SA Lierz also advises that the suspect is driving a green Kia that he and SA Cheramie are familiar with.

2:00 p.m. - Detective Conner advises by radio that the green Kia has left the parking lot of the bowling alley and is on Orr Street.

2:02 p.m. - Officer Kimble advises by radio that the green Kia is stationary at a residence in a mobile home park located to the south of the University Lanes Bowling Alley.

2:04 p.m. - Officer Rendon telephoned Sergeant Scheimreif and advises that he was fronted $500 of SBI Special Funds to the suspect and the suspect had left the University Lanes Bowling Alley to pick up one-half ounce of Cocaine. Officer Rendon also advises that the suspect was in possession of Marijuana during their initial meeting.

2:15 p.m. - SA Cheramie advises by radio that Officer Rendon has arranged to purchase one-half ounce of Cocaine from the suspect with $500 and that Officer Rendon and the CSI are waiting for the suspect to return to the parking lot of the University Lanes Bowling Alley.

2:25 p.m. - Detective Conner advises that another vehicle has arrived in the rear parking lot of the University Lanes Bowling Alley. Detective Conner advisew that the Hispanic male suspect has gotten out of the car and into Officer Rendon's car. Detective Conner then advises that the CSI and the Hispanic male suspect both got out of Officer Rendon's car and returned to their own vehicles.

2:33 p.m. - SA Cheramie advises by radio that the transaction is complete.

2:33 p.m. - Officer Rendon, the CSI, and the surveillance teams meet in the parking lot of the staging area on North Tryon Street in Charlotte, North Carolina. Officer Rendon transfers the remaining balance of SBI Special Funds, $500, to SA Gregory. Officer Rendon then transfers Evidence Item #1, one clear plastic bag containing a white powder substance, to Officer Conner for packaging and storage at the

3

scanned  000025

Charlotte-Mecklenburg Police Department Law
Enforcement Center.

Surveillance was concluded at approximately 2:32 p.m.

SSG:slp

4

scammed    000026

**EXHIBIT 5**

# REPORT OF INVESTIGATION

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Charlotte Field Division | Charlotte Field Division<br>FY-04<br>Report 018 |

**TITLE OF INVESTIGATION:**
Operation Los Treces

| CASE NUMBER:<br>763015-04-0051 | REPORT NUMBER:<br>18 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)* | SUBMITTED BY *(Title and Office)* | SUBMITTED BY *(Date)* |
|---|---|---|
| Andrew J. Cheramie | Special Agent, Charlotte I Field Office | 06/17/2004 |
| REVIEWED BY *(Name)*<br>John C. DePollo | REVIEWED BY *(Title and Office)*<br>Group Supervisor, Charlotte I Field Office | REVIEWED BY *(Date)*<br>6/21/04 |
| APPROVED BY *(Name)*<br>Zebedee T. Graham | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Charlotte Field Division | APPROVED BY *(Date)*<br>6/21/04 |

## DESCRIPTION OF ACTIVITY:

Undercover purchase of narcotics and a firearm from "Mario", a/k/a Iran Salvador **GUERRERO-GOMEZ**.

## SYNOPSIS:

On June 15, 2004 CI-149 and Charlotte-Mecklenburg Police Officer (CMPD) J.M. Rendon purchased approximately 15.3 grams of powder cocaine and a Smith & Wesson, Model 68, .38-caliber revolver from Iran Salvador-**GUERRERO-GOMEZ**.

## NARRATIVE:

On June 15, 2004 CI-149 arranged to purchase ½ ounce of powder cocaine and a firearm from **GUERRERO-GOMEZ**. **GUERRERO-GOMEZ**, who is known to CI-149 as "Mario", is a member of the MS-13 street gang. During this operation, "Mario" has made prior narcotics sales to CI-149.

On June 15, 2004 at approximately 17:30 hours, CI-149 received a telephone call from "Mario" instructing him to come to the Hollywood Video on Central Avenue. Officer Rendon, who was driving a Government Owned Vehicle (GOV) picked up CI-149 from his residence and proceeded to the meet location.

At approximately 17:33 hours, Officer Rendon parked his vehicle across from the Hollywood Video located at 5249 Central Avenue, Charlotte, NC. ATF Special Agents (S/A) Andrew Cheramie, David Lierz, and Ernesto Diaz were parked across from Officer Rendon's vehicle and observed the transaction. Members of the CMPD Vice and Narcotics Bureau and Gang Intelligence Unit also provided cover.

Case 3:16-cv-00057-MOC    Document 67-2    Filed 02/22/18    Page 65 of 81

ATF EF 3120.2 (5-98)

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
## REPORT OF INVESTIGATION

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Charlotte Field Division | Charlotte Field Division<br>FY-04<br>Report 018 |

| TITLE OF INVESTIGATION: | |
|---|---|
| Operation Los Treces | |

| CASE NUMBER:<br>763015-04-0051 | REPORT NUMBER:<br>18 |
|---|---|

At approximately 17:42 hours, "Mario" arrived driving a Green Kia Rio bearing a thirty (30) day NC registration. This is the same vehicle "Mario" has been observed driving during prior undercover transactions with CI-149. This was however, the first time a temporary registration was displayed on the vehicle.

At approximately 17:43 hours, CI-149 and Officer Rendon exited the GOV and got into the green Kia with "Mario". At approximately 17:45 hours Officer Rendon exited "Mario's" vehicle carrying a white plastic trash bag. Officer Rendon placed the bag in the back seat of the GOV and sat in the driver's seat. At approximately 17:46 hours, CI-149 returned to the GOV. Officer Rendon then left the area and returned to a pre-arranged de-brief location.

Officer Rendon retrieved the plastic trash bag from the GOV and handed it to S/A Cheramie. S/A Cheramie removed from the bag a blue Smith & Wesson box containing one (1) Smith & Wesson, Model 68, .38-caliber revolver, bearing Serial number 30K5626.

Officer Rendon handed Detective T.A. Jolly a small plastic baggie containing suspected powder cocaine. Officer Rendon advised that he paid "Mario" $550 for the firearm with investigative funds provided by ATF and $500 for the cocaine with investigative funds provided by CMPD.

Detective Jolly took custody of the narcotics under complaint number 2004-0615-1749-02 and transported the package to the CMPD Property Control Bureau. S/A Cheramie took possession of the revolver for it to be entered into ATF custody. A check of firearm's serial number through NCIC found no record of it having been reported stolen.

## ATTACHMENTS:

ATF F 3400.16

ATF EF 3120.2 (5-98)

# CHARLOTTE MECKLEBURG POLICE PROPERTY REPORT

(FORM A-31A 9/00)

| Field | Value |
|---|---|
| 1. Property Status | ☒ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) |
| 2. Control Number | 13302 |
| 3. Complaint Number | 20040619 174902 |

| 4. Date/Time Impounded | 6-17-04 / 1749 |
|---|---|
| 5. Person Impounded From | MARIO |
| 6. Location Impounded From | ████ ████ |

| 7. Owner's Name | 8. Owner's Address | 9. Owner's Phone # | 10. Property Bureau |
|---|---|---|---|

| 10. Property Bureau Shelf No. | Bin No. | Vault |
|---|---|---|

| 11. Property Finder's Name | 12. Property's Finder's Address | 13. Property Finder's Phone # |
|---|---|---|
| TA Jolly | | |

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | Cocaine | 15.3gm. | | | | | $500.00 | Purchased from Mario in Parking Lot of Harris Teeter |

*(vertical text in margin: P Scanned U)*

| 23. Assignment | 24. Offense Involved | 25. Investigator/Officer Assigned to Case | 26. Laboratory Examination | 27. Does property listed above relate to any case |
|---|---|---|---|---|
| VCTF / GIU | PWISD Cocaine | TA Jolly | ☒ Yes ☐ No | other than one identified by block 3 ☐ Yes ☒ No |

| 28. Complaint # of Related Case | 29. Arrest Number | 30. Impounding Officer's Printed Name | 31. Code No. | 32. Impounding Officer's Signature |
|---|---|---|---|---|
| | | TA Jolly | 712 | *[signature]* |

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report. Signature_____

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| M Crawford | Storage | 6/19/4 1818 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 37. Court Disposition: | 38. Released to Clerk of Court: | 40. Returned to Owner/Finder: | 41. Destroyed: |
|---|---|---|---|
| ☐ Confiscate and/or Destroy — Item Numbers | | | |
| ☐ Return to Owner — Item Numbers | Item Numbers | Item Numbers | Item Numbers |
| ADA Signature/Date | Clerk of Courts Signature/Date | Prop. Employee's Signature/Date | Employee's Signature/Date |
| Judge's Signature/Date | 39. Auctioned: Employee's Signature/Date | Owner/Finder's Signature/Date | Witness's Signature/Date |

Case 3:16-cv-00057-MOC    Document 67-2    Filed 02/22/18    Page 67 of 81

scanned 000030

# EXHIBIT 6

| ADDRESSED TO:<br>Special Agent in Charge<br>Charlotte Field Division | MONITORED INVESTIGATION INFORMATION:<br>Charlotte Field Division<br>FY-04<br>Report 021 |
|---|---|

**TITLE OF INVESTIGATION:**
Operation Los Treces

| CASE NUMBER:<br>763015-04-0051 | REPORT NUMBER:<br>21 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)* | SUBMITTED BY *(Title and Office)* | SUBMITTED BY *(Date)* |
|---|---|---|
| Ernesto Diaz | Special Agent, Reno Field Office | 07/14/2004 |
| **REVIEWED BY** *(Name)*<br>John C. DePollo | **REVIEWED BY** *(Title and Office)*<br>Group Supervisor, Charlotte I Field Office | **REVIEWED BY** *(Date)*<br>7/15/04 |
| **APPROVED BY** *(Name)*<br>Zebedee T. Graham | **APPROVED BY** *(Title and Office)*<br>Special Agent in Charge, Charlotte Field Division | **APPROVED BY** *(Date)*<br>7/15/04 |

## DESCRIPTION OF ACTIVITY:

Undercover purchase of suspected powder cocaine and a firearm by Confidential Reliable Informant #763015-149 (CI-149) and an ATF undercover agent.

## SYNOPSIS:

On 07/13/04, CI-149 and ATF Special Agent Ernesto Diaz, acting in an undercover capacity, purchased approximately 24.5 grams of suspected powder cocaine and a Smith & Wesson .38 caliber pistol from Iran Salvador GUERRERO-GOMEZ (H/M, DOB: 05/14/82).

## NARRATIVE:

1. Between 07/12/04 and 07/13/04, CI-149 spoke by telephone on several occasions with a Hispanic male known to the CI only as "Mario" (who has been identified as Iran Salvador GUERRERO-GOMEZ). The conversations were in regards to GUERRERO-GOMEZ selling the CI and S/A Diaz an ounce of powder cocaine and a firearm. S/A Diaz assumed the name of "Flaco." During the conversations, GUERRERO-GOMEZ stated that he would sell the firearm for five hundred dollars ($500.00) and the ounce of cocaine for nine hundred dollars ($900.00).

2. On 07/13/04, at approximately 1226 hours, CI-149 and S/A Diaz arrived at a predetermined location and telephoned GUERRERO-GOMEZ informing him of their arrival. At approximately 1235 hours, GUERRERO-GOMEZ arrived in a Green Kia Rio, no visible license plate, and met CI-149 and S/A Diaz.

Case 3:16-cv-00057-MOC Document 67-2 Filed 02/22/18 Page 69 of 81

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
**REPORT OF INVESTIGATION**

Page 2 of 2

Scanned

000032

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Charlotte Field Division | Charlotte Field Division<br>FY-04<br>Report 021 |

**TITLE OF INVESTIGATION:**
Operation Los Treces

| CASE NUMBER:<br>763015-04-0051 | REPORT NUMBER:<br>21 |
|---|---|

CI-149 entered GUERRERO-GOMEZ'S vehicle and sat on the passenger's seat, S/A Diaz entered the same vehicle and sat behind CI-149.

3. Once in the vehicle, GUERRERO-GOMEZ produced a shoebox containing a firearm and two firearm magazines (one loaded with ammunition). S/A Diaz reiterated the price for the firearm at five hundred dollars ($500.00); which GUERRERO-GOMEZ stated five hundred. CI-149 asked GUERRERO-GOMEZ about the other item, referring to the cocaine. GUERRERO-GOMEZ handed S/A Diaz an ounce of suspected cocaine in the form of a white powder substance wrapped in a clear plastic bag. S/A Diaz reiterated the price for the cocaine at nine, referring to nine hundred dollars ($900.00); which GUERRERO-GOMEZ stated an affirmative response.

4. S/A Diaz handed GUERRERO-GOMEZ five hundred dollars ($500.00) of ATF agent cashier funds for the firearm, and nine hundred dollars ($900.00) of Charlotte-Mecklenburg Police Department Vice and Narcotics Bureau funds for the suspected cocaine.

5. S/A Diaz exited the vehicle and waited in his vehicle, CI-149 immediately called S/A Diaz back to GUERRERO-GOMEZ'S vehicle and asked him when he wanted another firearm. S/A Diaz stated anytime because he was returning to Tijuana (Mexico) in two weeks and could get rid of the guns there. S/A Diaz and CI-149 returned to their vehicle and GUERRERO-GOMEZ departed the area in his vehicle. The entire conversation was in the Spanish language.

6. S/A Diaz turned over the shoebox containing the firearm, identified as a Smith & Wesson, model 52-2, .38 Special caliber semiautomatic pistol, serial number A429429 and two magazines to ATF Special Agent Andrew Cheramie. In addition, S/A Diaz turned over an audiocassette tape of the recorded conversation to S/A Cheramie. S/A Diaz turned over the suspected cocaine to CMPD Detective Tim Jolly, who weighed the suspected cocaine at approximately 24.5 grams (refer to CMPD Complaint Number 20040713124200, Control Number 16007).

7. On this same date, S/A Diaz positively identified GUERRERO-GOMEZ from a photocopy of his picture from his North Carolina Driver's License, as the individual he purchased the suspected cocaine and firearm from.

**ATTACHMENTS:** three (3) ATF Forms 3400.16

CHARLOTTE MECKLENBURG POLICE
PROPERTY REPORT (FORM A-31A 9/00)

| | |
|---|---|
| 1. Property Status | ☑ Evidence ☐ Found ☐ Asset Forfeiture ☐ OTHER (Explain) |
| 2. Control Number | 116057 |
| 3. Complaint Number | 20040713 12.4200 |

4. Date/Time Impounded: 7-13-04 / 1242
5. Person Impounded From: MARIO
6. Location Impounded From: ▮▮▮ ▮

7. Owner's Name:
8. Owner's Address:
9. Owner's Phone #:
10. Property Bureau — Shelf No. / Bin No. / Vault

11. Property Finder's Name: T A Jolly
12. Property's Finder's Address: ▮▮▮ ▮▮▮
13. Property Finder's Phone #: ▮▮▮

| 14. Item # | 15. Item | 16. Quantity | 17. Manufacturer | 18. Model | 19. Serial # | 20. Color or Finish | 21. Value | 22. Other Identifying Features |
|---|---|---|---|---|---|---|---|---|
| 1 | Cocaine | 24.5 grams | | | | | #900⁰⁰ | Purchased 1oz and pistol from Mario |

23. Assignment: VCTF
24. Offense Involved: PWISD Cocaine
25. Investigator/Officer Assigned to Case: T A Jolly
26. Laboratory Examination: ☑ Yes ☐ No
27. Does property listed above relate to any case other than one identified by block 3 ☐ Yes ☑ No

28. Complaint # of Related Case:
29. Arrest Number:
30. Impounding Officer's Printed Name: T A Jolly
31. Code No. 712
32. Impounding Officer's Signature:

33. I hereby certify that the above list represents all property taken from my possession and that I have received a copy of this report. Signature

| 34. Received By | 35. Reason | 36. Date/Time | 34. Received By | 35. Reason | 36. Date/Time |
|---|---|---|---|---|---|
| Crumley | Storage | 7-13-04 1140 | | | |
| | | | | | |

37. Court Disposition:
Confiscate and/or Destroy
Return to Owner
38. Released to Clerk of Court:
40. Returned to Owner/Finder:
41. Destroyed:

002    INTEL.    CRIM./CMPD    1940 353 704 FAX 13:18    Scanned    0000033

scanned 000034

# EXHIBIT 7


| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Charlotte Field Division | Charlotte Field Division<br>FY-05<br>Report 036 |

**TITLE OF INVESTIGATION:**
Operation Los Treces

| CASE NUMBER:<br>763015-04-0051 | REPORT NUMBER:<br>36 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | | COLLATERAL REPLY |
|---|---|---|---|---|
| | REPORT OF INTELLIGENCE | | | |

| SUBMITTED BY *(Name)*<br>David A. Lierz | SUBMITTED BY *(Title and Office)*<br>Special Agent, Charlotte I Field Office | SUBMITTED BY *(Date)*<br>03/17/2005 |
|---|---|---|
| REVIEWED BY *(Name)*<br>John C. DePollo | REVIEWED BY *(Title and Office)*<br>Group Supervisor, Charlotte I Field Office | REVIEWED BY *(Date)*<br>3/18/05 |
| APPROVED BY *(Name)*<br>Zebedee T. Graham | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Charlotte Field Division | APPROVED BY *(Date)*<br>3/18/05 |

## DESCRIPTION OF ACTIVITY:
Interim interstate nexus determination.

## SYNOPSIS:
Interim interstate nexus determination of the firearm purchased from Iran Salvador GUERRERO by Charlotte-Mecklenburg Police (CMPD) Officer Jesus Rendon on 06/15/04 and the firearm purchased from GUERRERO by Officer Rendon and ATF Special Agent Ernesto Diaz on 07/13/04.

## NARRATIVE:
1. The Smith & Wesson, Model 68, .38-caliber revolver bearing serial number 30K5626 that Officer Rendon purchased along with powder cocaine from GUERRERO on 06/15/04, and the Smith & Wesson, Model 52-2, .38-caliber pistol bearing serial number A429429 that Officer Rendon and S/A Diaz purchased from GUERRERO along with powder cocaine on 07/13/04 were both manufactured in Massachusetts.

2. Since neither of these firearms was manufactured in the State of North Carolina, they both had to have traveled in interstate commerce.

scammed        000036

**EXHIBIT 8**

CMPD Laboratory Reports, analyses of
narcotics evidence from each of the four
undercover transactions, will be provided
when available.

scanned

# Exhibit 10

| Document:<br>Narrative Supplement | Document#<br>17 | Document Date:<br>04/08/2005 | Document Status:<br>Approved | Complaint#<br>20050109–0203–00 |
|---|---|---|---|---|

**NARRATIVE:**

Type:
**INTERNAL**

| Reporting Officer:<br>**WARD JR, WILLIAM E** ███ | Entered Date/Time:<br>**04/08/2005 1500** |
|---|---|

to have to talk to Mr. Ramos.

We attempted to talk to Geronimo Ramos Marquez at 5:14 a.m. He didn't speak any English. I ran both subjects through our local system with negative results.

Officer T. L. Archer arrived at the station with victim Oscar Rivera from CMC. Officer Archer gave me the paperwork from CMC on Mr. Rivera. He informed us that Mr. Rivera speaks good English and he handed me a one page statement from Mr. Rivera. I spoke to Detective Koch and he said he was headed to the station with one of the victim's from Presbyterian Hospital and that the other victim was going to be admitted. He would fill us in once he arrived at the station.

Detective Koch arrived with victim Oslar Anuar Portillo Lara. He had a two page statement from Portillo Lara. Detective Koch went through what he had learned from the victim's he was able to talk with. I told Detective Koch that we had the vehicle owner and his brother down at the station. We had attempted to talk to them but their English and our Spanish was limited. I explained that they arrived at the scene after the shooting occurred according to the officers that brought them to the station.

I started to set up the case file while Detective Koch spoke to Marquez and Ramos. Detective Jolly wanted to take pictures of the subjects at the station. Jolly later informed me that Portillo Lara was the only one with tattoos the other subjects didn't have tattoos. Detective Jolly gave me a picture of Oscar Rivera and Levi Menjiuar and I filled them. Jolly also had a mug shot of Hugo Rivera that was identified by victim Portillo Lara. I called the return number that was listed on the crime stoppers call in. I placed the call to number ███ and left a voice mail message for Mike the caller.

I assisted Detective Brad Koch with the interview of victim Oscar Rivera. We entered the room at 7:22 a.m. Detective Koch interviewed Oscar Rivera in Spanish because his English was limited. I stepped out at 7:40 a.m. At 7:50 a.m. I took a picture of Oscar Rivera and completed a hospital release form and gave it to Detective Koch so he could go over it with Mr. Rivera.

At 8 a.m. I entered the room where Anuar Portillo Lara was and had him sign a hospital release form so we could get his hospital records. We collected buccal swabs from Mr. Portillo Lara. Mr. Portillo Lara wanted to smoke so an officer took him downstairs. Detective Koch collected buccal swabs from Oscar Rivera. I collected them from Detective Koch at 8:31 a.m. I dried them, packaged them and turned them into property under control number 737.

I started to work on the case synopsis and was informed that ATF Cheramine was going to talk to his CI and see if anyone had heard anything concerning this case. Detective Koch and I drove to the Disco Rodeo and drove around the business. The Disco Rodeo is the old Palomino Club next to Home Depot. We drove over to Home Depot at 9501 Albemarle Road. We went inside and spoke to the manager Patrick Phelps. We asked him if they had any

Case 3:16-cv-00057-MOC   Document 67-2   Filed 02/22/18   Page 77 of 81

# Exhibit 11

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|---|---|---|---|---|
| Supplement | 5 | 06/12/2003 | Approved | 20030602-1400-01 |

and checked 29's on him and two other individuals in his apartment -- which turned out to be 211 Branchview, an apartment adjacent to 203. The subjects all had longer hair (the suspects all had shaved heads), and came back negative 29's. Officer ruled them out as suspects. These individuals were:



When I jumped out with these individuals, I requested a second unit and Officer T.R. Stottlemyer arrived to back.

A few minutes later, Sgt. Miller and Sgt. Robinson arrived on scene. Sgt. Miller arrived with a seven-mugshot lineup, all of MS-13 members wanted in connection with murder cases. He also had a single-photo printout of suspect #1, identified as "Perverso" by Homicide Detective Osorio.

We decided to show these photographs to the listed victim -- knowing it would not qualify as a valid lineup, but hoping it might give us knowledge of who was possibly holed up at ███████████, so we could coordinate our entry.

The victim was not at home, nor were either of the two witnesses.

I then took the photographs to the apartment management office; the aforementioned employees stated that they had seen two individuals off the sheet frequenting the PVA in front of ██████████. They identified:

Fidel Martinez

██████████████

Julio Ramirez

████████████████████

Officers on scene then decided to conduct a knock and talk and hope to voluntarily F.I. anybody in the apartment. While we prepared to do this, an ATF agent monitoring our traffic on the radio requested my phone number and telephoned me. I briefed him on what we had and he advised that he was en route. When he arrived, after our contact in the apartment, he gave me his card identifying him as Andrew J. Cheramie, of the Carmel Rd. office of the ATF.

Officer Stottlemyer, Sgt. Miller, Sgt. Robinson and I then approached the door and knocked. ████████████ met us at the door, we requested permission to speak with her and search her apartment. She granted both. We cleared the apartment and found no one else to be there except her newborn baby. Sgt. Miller later advised me that he had seen two trap doors leading into the attic with evidence that one of them might have been recently used. We asked her if subjects were hiding in the attic, she denied that they were. Sergeants on scene decided against calling K-9 and searching so as not to "spook" ████ any further.

████ agreed to sit and speak with us. She advised that her boyfriend was a victim at Copperhead Island, but that he is currently incarcerated on other murder charges. She told me she did not know what murder charge he was arrested on.

I asked her if she knew "Perverso"; she stated that she had contact with him once since her boyfriend was arrested. She stated she drove him to an apartment building on Eastway where two subjects "Moke" (unknown on spelling) and "Solo" live. She hedged on her answers and did not appear fully cooperative.

In an attempt to pressure her some, I then told her that witnesses had seen three Hispanic males run into her apartment earlier today. She denied it, saying only her cousin had visited earlier. She did not provide his name.

I then asked her if she knew "Francisco Maldonado," the person that "Perverso" stated he was going to kill. She said that she did not.

I showed her the lineup of mugshots and asked her why witnesses had stated that suspects Martinez and Ramirez

Case 3:16-cv-00057-MOC     Document 67-2     Filed 02/22/18     Page 79 of 81

# Exhibit 12

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|-----------|-----------|----------------|------------------|--------------|
| Supplement | 5 | 11/15/2004 | Approved | 20040428-2257-00 |

## NARRATIVE

| Type: | Additional paper supplements/statements? |
|-------|-------------------------------------------|
| Confidential | |

| Reporting Officer: | Entered Date/Time: |
|--------------------|--------------------|
| W C HASTINGS ███ | 04/30/2004  1108 |

On 4/28/04 at approximately 2250 hours while working off duty at The Park Apartments located at 2500 blk of Eastway Drive I observed a white Mercury Cougar with a black bra on the front pull into the parking lot. I watched the vehicle pass me observing dark tinted windows and a blue license tag cover concealing the tag.

I initiated a stop at ███████████ nside The Park Apartments. Walking up to the vehicle I observed a child located in the backseat not buckled in and two occupants in the front seat. When I confronted the driver I observed what appeared to be a Hispanic man advising he could speak little English. The entire time the drives right hand stayed toward the front of the seat. The driver advised he didn't have his license on his person but gave the name of Felipe R. Gaytan. Through NC DMV I observed a Felipe Ramos Gaytan that showed a control number through NC DMV. At that time Mr. Gaytan was pulled out of the vehicle and arrested for a warrant showing with the name of Felipe Ramos Gaitan DOB ██████ for Assault on a female. The victim in that case was ██████████ and Mr. Gaitan advised that was his wife.

Through search incident to arrest four individually wrapped bags of what appeared to be powder cocaine in the center consol of the vehicle weighing out to 5.3 grams, 9mm Ruger semi automatic handgun black in color under the driver's seat. Inside the gun was a magazine with three rounds and the extra magazine attached to the holster had five rounds inside it. No round was found in the chamber. A marijuana joint was found under the passenger seat of the vehicle where a ████████████ DOB ██████ was sitting.

Ms. ██████ was given a warning at that time pending her proving her identity by use of the Mecklenburg County Sheriffs office PID system. Ms. ██████ was fingerprinted and photographed and taken to get her daughter at a friends residence located at ██████████████ and taken to 414-G Hilo Dr at her request.

When Mr. Gaitan was asked about the marijuana cigarette he advised he had a gun in the car. The reason Mr. Gaitan was asked about the marijuana cigarette and nothing else was at the request of Detective Tim Jolly #712 who is assisting Andrew Cheramie with ATF on an investigation that Mr. Gaitan was involved with. Detective Jolly advised to charge the Gaitan subject with just the warrant or NOL and turn the evidence of drugs and guns into property control for charges at a later date.

While searching the vehicle a check was found made out to Felipe Ramos Gaytan by Simon Roofing and Sheet Metal Corporation who he apparently worked for at this time.

Officer Matt Johnson transported Ms. ██████ to intake for PID, then her residence and turned in the property at the Law Enforcement Center. Officer R. Martin transported Mr. Gaitan to intake and served the warrant outstanding.

Charges that are still pending DA approval are:

P/W/I/S/D Cocaine

Carrying a Concealed Weapon

Case 3:16-cv-00057-MOC    Document 67-2    Filed 02/22/18    Page 81 of 81