# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

               Movant,

       v.

UNITED STATES,

               Respondent.

3:16-CV-00057-RJC

CAPITAL § 2255 PROCEEDING

HON. ROBERT J. CONRAD, JR.

**APPENDICES IN SUPPORT OF
SUPPLEMENTAL/AMENDED MOTION TO VACATE AND SET ASIDE
CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. § 2255**

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

*/s/ Zandra L. Lopez*
ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Tel: 619-234-8467
Zandra_Lopez@fd.org

| INDEX OF APPENDICES | |
|---|---|
| <u>APPENDIX</u> | <u>TITLE/DESCRIPTION</u> |
| Appendix 105 | Declaration of Edwin Esau Umaña |
| Appendix 106 | Declaration of Carlos Alcides Peraza |
| Appendix 107 | Declaration of Gerardo Arriola Umaña |
| Appendix 108 | OMITTED |
| Appendix 109 | Declaration of Roxana Marisol Ramirez |
| Appendix 110 | Declaration of Noe Rivera |
| Appendix 111 | Declaration of Dora Alicia Umaña Gonzalez |
| Appendix 112 | Declaration of Luis Ramos |
| Appendix 113 | Photos of Alejandro as a Child |
| Appendix 114 | June 12, 2003 - CMPD Incident Report Supplement |
| Appendix 115 | February 26, 2004 - CMPD Initial Incident Report |
| Appendix 116 | November 15, 2004 - CMPD Incident Report Supplement |
| Appendix 117 | April 8, 2005 - CMPD Narrative Supplement |
| Appendix 118 | July 23, 2007 - CMPD Initial Incident Report |
| Appendix 119 | December 14, 2007 - CMPD Narrative Supplement |
| Appendix 120 | December 14, 2007 - CMPD Initial Incident Report |
| Appendix 121 | OMITTED |
| Appendix 122 | August 6, 2007 - Greensboro Police Department Reporting Officer Narrative |
| Appendix 123 | OMITTED |
| Appendix 124 | December 12, 2007 - Alejandro Umaña Waiver of Rights |
| Appendix 125 | Arrest Worksheet |
| Appendix 126 | Post-Magistrate Interview |

| | |
|---|---|
| Appendix 127 | June 9, 2017 - Government's Response in Support of Los Angeles City Attorney's Motion to Quash Subpoenas Duces Tecum<br>2:13-cr-00817-CAS  Doc 201 |
| Appendix 128 | June 13, 2017 - Order Granting Motion to Quash Subpoena Duces Tecum<br>CR 13-817-CAS  Document 204 |
| Appendix 129 | August 16, 2017 - Government's Ex Parte Application to Dismiss<br>CR 13-817-CAS Document 214 |
| Appendix 130 | Notice of Motion and Motion to Compel Discovery<br>2:13-cr-00817-CAS Document 217 |
| Appendix 131 | May 3, 2010 - Government's Notice and Motion to Admit Evidence of Other Crimes and Bad Acts<br>1:08-cr-00167 CR 43 |
| Appendix 132 | November 17, 2010 - Transcript Jury Trial Day 17<br>1:08-cr-00167 CR 134 |
| Appendix 133 | December 21, 2010 - Defendant Lopez' Motion to Dismiss Based Upon Due Process Violation<br>1:09-cr-00055 Document 431 |
| Appendix 134 | February 17, 2011 - Government Motion to Dismiss<br>1:09-cr-00055 Document 467 |
| Appendix 135 | February 18, 2011 - Order Granting Motion to Dismiss filed by United States<br>1:09-cr-00055 Document 469 |
| Appendix 136 | April 6, 2016 - Trial Transcript Volume III of VIII<br>3:15-cr-121 |
| Appendix 137 | October 13, 2009 - Declaration of Father Greg Boyle<br>2:09-cr-00466 |
| Appendix 138 | July 30, 2010 - Defendant's Notice of Motion and Motion to Suppress Evidence Derived from Unnecessary Wiretap Obtained on False Pretenses; Memorandum of Points and Authorities; Declaration of Counsel<br>2:09-cr-00466 Document 642 |
| Appendix 139 | December 17, 2012 - Request for Dismissal Without Prejudice<br>2:09-cr-00466 Document 1253 |
| Appendix 140 | December 19, 2012 – Defendant Alex Sanchez's Response to Government's Request for Dismissal with Prejudice<br>2:09-cr-00466 Document 1308 |
| Appendix 141 | January 17, 2013 - Order Dismissing without Prejudice<br>2:09-cr-00466  Document 1308 |
| Appendix 142 | Mission Area M.S. Murders |
| Appendix 143 | ATF Recommendation for Prosecution |
| Appendix 144 | Nelson Hernandez-Ayala Mugshot Profile |
| Appendix 145 | June 18, 2003 - INS Transfer Request |

| | |
|---|---|
| Appendix 146 | June 18, 2003 - INS Detailed Search Display |
| Appendix 147 | Manuel Ayala Mugshot Profile |
| Appendix 148 | Photos of Manuel Ayala |
| Appendix 149 | NT Grand Jury Testimony of Angel Granados |
| Appendix 150 | NT Grand Jury Testimony of Mike Attard |
| Appendix 151 | December 12, 2007 - Surveillance Session 2 Transcript (Disc 19) |
| Appendix 152 | Visitation Log |
| Appendix 153 | Handwritten Notes |
| Appendix 154 | Spanish Love Songs |
| Appendix 155 | Drawing |
| Appendix 156 | April 15, 2008 - Letter to Kevin Zolot |
| Appendix 157 | March 17, 2009 - Call No 3791984 to Rafael Umaña from Alejandro Umaña |
| Appendix 158 | April 24, 2009 - Letter from Alejandro Umaña to Jaime Sandoval |
| Appendix 159 | April 29, 2009 - Letter |
| Appendix 160 | December 21, 2009 - Letter from Alejandro Umaña to Jaime Sandoval |
| Appendix 161 | April 1, 2010 - Email from Mark Foster |
| Appendix 162 | Wall Street Journal November 29, 2017 *How an MS-13 Killer Escaped as an Informant Hindered an Investigation* |
| Appendix 163 | The Denver Post February 18, 2011 *Federal Case Against Six Alleged MS-13 Gang Members Dismissed* |
| Appendix 164 | LA Times November 19, 2017 *Did actions by an LAPD officer specializing in MS-13 help a gang killer flee?* |
| Appendix 165 | November 9, 1977 New York Times *Free Use of Pesticides in Guatemala Takes a Deadly Toll* |
| Appendix 166 | ███████████ (UNDER SEAL) |
| Appendix 167 | ███████████ (UNDER SEAL) |
| Appendix 168 | ███████████ (UNDER SEAL) |

| | |
|---|---|
| Appendix 169 | ██████████████ (UNDER SEAL) |
| Appendix 170 | ████████████████████████ ██████ (UNDER SEAL) |
| Appendix 171 | ████████████████████████ ██████ (UNDER SEAL) |
| Appendix 172 | ████████████████████████ ██████ (UNDER SEAL) |
| Appendix 173 | ████████████████████████ (UNDER SEAL) |
| Appendix 174 | ████████████████████████ ██████ (UNDER SEAL) |
| Appendix 175 | ████████████████ (UNDER SEAL) |
| Appendix 176 | ████████████████████████ ██████ (UNDER SEAL) |
| Appendix 177 | OMITTED |
| Appendix 178 | ████████████████████ (UNDER SEAL) |
| Appendix 179 | ████████████ (UNDER SEAL) |
| Appendix 180 | ██████████████████████ (UNDER SEAL) |
| Appendix 181 | ██████████████ (UNDER SEAL) |
| Appendix 182 | ██████████████ (UNDER SEAL) |
| Appendix 183 | OMITTED |
| Appendix 184 | ██████████████ (UNDER SEAL) |
| Appendix 185 | ██████████████ (UNDER SEAL) |
| Appendix 186 | ████████████████████████ ██████ (UNDER SEAL) |
| Appendix 187 | ████████████████ (UNDER SEAL) |
| Appendix 188 | ████████████████████ (UNDER SEAL) |
| Appendix 189 | ██████████████████████ (UNDER SEAL) |
| Appendix 190 | ████████████████████████ ██████ (UNDER SEAL) |
| Appendix 191 | ██████████████████████ (UNDER SEAL) |

| | |
|---|---|
| Appendix 192 | ████████████████████████████ (UNDER SEAL) |
| Appendix 193 | ███████████████████████ (UNDER SEAL) |
| Appendix 194 | ██████████ (UNDER SEAL) |
| Appendix 195 | ██████████ (UNDER SEAL) |
| Appendix 196 | ███████████████████████ (UNDER SEAL) |
| Appendix 197 | ████████████████████ (UNDER SEAL) |
| Appendix 198 | ███████████████████ (UNDER SEAL) |
| Appendix 199 | ███████████████████ (UNDER SEAL) |
| Appendix 200 | ████████████████████ (UNDER SEAL) |
| Appendix 201 | ████████████████████ (UNDER SEAL) |
| Appendix 202 | ██████████ (UNDER SEAL) |
| Appendix 203 | █████████████████ (UNDER SEAL) |
| Appendix 204 | ██████████████ (UNDER SEAL) |
| Appendix 205 | OMITTED |
| Appendix 206 | December 12, 2007 - Alejandro Umaña Interview with Officer Mike Terry |
| Appendix 207 | VIP Results Protocol |
| Appendix 208 | December 17, 2007 - Phone Call Transcript between Alejandro Umaña and Wendy Alvarez |
| Appendix 209 | August 31, 2016 – Albert Vela-Garcia Judgment 3:15-cr-00121 Document 962 |
| Appendix 210 | July 19, 2007 - Biographical Information on Robert J. Conrad, Jr. |