# APPENDIX 107

# Certified English Version

# DECLARATION OF GERARDO ARRIOLA UMAÑA

I, Gerardo Arriola Umaña, state the following:

1. I am Alejandro Enrique Umaña's second cousin. I call Alejandro Alex. My mother, Clara Umaña, is the sister of Ana Umaña, Alex's paternal grandmother.

2. I lived in Santa Ana, El Salvador, until I was 21 years old. In 1991 I came to live in Sweden where I currently reside. My two children, Kristian and Scarlett, were born and raised in Sweden. I currently work in cleaning services at the immigration offices in the city of Gävle.

3. I was born on ▮▮▮▮▮▮▮▮ in Santa Ana, El Salvador. My mother and my father, Antonio Erazo, had four children, in order of birth, we are: Evelyn Carolina, myself, Pavel, and Natalie. I was very little when my parents separated, so little that I have no memory of when my father was with us.

4. My mother was always a very hard-working woman. She looked for a way to support us by selling things such as Christmas cards at the market of Santa Ana. To this day my mother sells shoes at the market. Despite my mother's arduous work, we were very poor. We lived in a room of a *mesón*[1] where there was only one latrine that all the families of the *mesón* shared.

5. When I was about 10 or 11 years old, our financial situation improved a little because my mother got together with my stepfather, and he started to help us. My surname Arriola comes from my stepfather. From the *mesón* we went to live in an apartment. Life in the apartment was considerably better than living in a room of a *mesón*, because we no longer had to share the bathroom with other families.

[handwritten initials:] *GAU*

---

[1] [TN: The word *mesón* has been left untranslated, since its meaning in the present context—a slum dwelling consisting of separate units with some common facilities—differs from the traditional definition, which is an inn or boarding house.]

6. I do not know why, but my mother was always very distant from her sisters and tried to keep us away from our maternal family. My grandmother Paca and several of my aunts and cousins lived in the same *mesón*, but we never lived with them.

7. My cousin Edwin and I attended some elementary school grades together. Edwin is the son of my aunt Dora, my mother's[2] sister. Edwin and my aunt Dora now live here in Sweden as I do. During the civil war in El Salvador, several members of my mother's family, including my aunt Dora and her children, my grandmother Paca, and my aunt Carmen and her family, went to live in Guatemala. We stayed in Santa Ana.

8. The civil war was an extremely difficult time that marked all of us Salvadorans. I feel it marked me a lot. My father was a communist, he was murdered by the death squads during the war. When I was a child, corpses could be seen everywhere. The violence and fear caused me a lot of anxiety. When I was a bit older, that was compounded by the fear I might be recruited. Every so often the soldiers would come by conducting searches and recruiting people. One time they entered the apartment building where we lived and took our neighbor's son away. I was spared because my short stature and small body made me look younger than my actual age, but I knew many of those who were not spared. The soldiers would take boys away and they were never heard from again, they would disappear. Others were found dead.

9. In Sweden I was granted political asylum because of the civil war in my country, but I still live with the effects of the anxiety and fear I suffered due to the horror and violence I saw and the terror I experienced in my childhood and adolescence. In Sweden I have received medical, psychological, and psychiatric treatment for several years, but even at 47, I continue to suffer from the traumatic experiences of that period. For several years, I have taken tranquilizers that help me control the anxiety that sometimes interferes with my functioning in daily life. I recently had a breakdown and was hospitalized for a few days for psychiatric reasons. Fortunately, in this country the state medical insurance covered my expenses.

[handwritten initials:] *GAU*

---

[2] [possessive preposition missing in Spanish source]

10. After a few years of living in Guatemala, my grandmother Paca, Quique, my aunt Dora, and my cousins returned to Santa Ana. There I saw them again. By that time, Alex had been born and lived with my grandmother in a *mesón* called Danubio Azul [Blue Danube]. My aunts Dora, Reina, and Lilian also lived there with their children.

11. My mother did not allow me to go visit the family at that *mesón*. She thought it was not a suitable place for me. I would go to the *mesón* without telling my mother, because I wanted to visit my family, particularly my cousin Edwin. Edwin and I were very close and had a number of things in common, besides attending a few years of elementary school together we met up again in high school.

12. The Danubio Azul was a *mesón* that housed marginalized people, the poorest of the poor, and it was in an area with a lot of crime. The walls of the *mesón* were made of adobe and it had a dirt floor. Many families shared the only latrine, which gave off a foul, disgusting odor. People fought to use the latrine and the wash basins. They lived in extreme poverty. The *mesón* where I lived with my family when I was a boy was 75 percent better than that *mesón*. That is where I met Alex.

13. Back then, Alex was a small child. He would walk the streets barefoot and shirtless. He liked to play soccer. Everyone called him Peluca [Wig] because his hair was thick and long.

14. My grandmother raised Alex's father, my cousin Quique, and later, Alex. I never understood why. Quique had a mother, my aunt Ana, but she did not take care of him. And Alex's mother, Leti, did not look after him. I have known Leti since I was little. Sometimes I would see her on the street and we would say hello.

15. My grandmother was a small, dark-skinned woman. She was the sweetest thing. She spent her time sweeping the dust from her little room in the *mesón*. She was very poor. My aunt Carmen would send her a little money. My mother sometimes helped her but did not want to give her money, she would give them food when she could.

[handwritten initials:] *GAU*

16. Apart from the poverty, I think all of us in the family were affected by the war. My aunt Dora, for example, has suffered a lot psychologically because of the war. When I was a teenager, seeing her left a deep impression on me. She regularly had to be rushed to the hospital because she would get very nervous, agitated, and distressed. The anxiety made her scream. Edwin took care of her a lot.

17. Edwin's sister, Claudia, also suffers from mental problems. Claudia's brain is different, she does not understand concepts, she does not know how to answer questions, and she depends on others for her daily functioning. She is like a child. Also, Claudia was always withdrawn, shy, and suffered being afraid a lot.

18. I left El Salvador when Alex was still a small child. In Sweden I received word that he was a gang member and it made me very sad. I think that if Alex had had, as I did, the opportunity to immigrate to this country, his fate would have been very different. In my day, there were no gangs in El Salvador.

19. I ran into Alex when I went to visit El Salvador in 2002. I was sitting on a bus and a young man said hello to me. The young man had a bandana covering his forehead and part of his eyelids, and I did not recognize him. He raised the bandana so I could get a good look at him and said to me, it's Alex. Then I noticed he had tattoos on his eyelids. Another day I went to a stand to eat *sopa de pata* [Salvadoran cow's feet soup], and I saw Alex, the police had him in custody. The police had Alex and other young men doing community service, cleaning the streets. Alex asked me to buy him sodas and he shared them with the young men who were with him. Another time, my sister and I were walking back from a nightclub very late at night. We ran into Alex on the street and he told us we could not be in that area because it was very dangerous, and he walked us home. Although I only saw Alex on brief occasions, I saw that despite being a gang member he was still a respectful and generous young man. It made me very sad to see him in that environment.

[handwritten initials:] *GAU*

20. No one on the team representing Alex contacted me before or during his trial. If I had been contacted during Alex's trial, I would have provided the information included here, and I would have testified if asked to do so.

I swear that to the best of my knowledge and belief the foregoing is true and accurate. I sign this declaration on December 17, 2016, in Gävle, Sweden.

[illegible signature]
_____
GERARDO ARRIOLA UMAÑA

[The above translation of a five-page declaration submitted in United States v. Alejandro Enrique Umaña, is a true and correct translation from Spanish into English, performed to the best of my knowledge and ability on January 25, 2017. Gahan Willis, U.S. Federal Courts Certified Interpreter]

# Original Spanish Version

# DECLARACIÓN DE GERARDO ARRIOLA UMAÑA

Yo, Gerardo Arriola Umaña, declaro lo siguiente:

1. Soy primo segundo de Alejandro Enrique Umaña. A Alejandro lo llamo Alex. Mi madre, Clara Umaña, es hermana de Ana Umaña, la abuela paterna de Alex.

2. Viví en Santa Ana, El Salvador, hasta los 21 años. En 1991 me vine a vivir a Suecia donde resido actualmente. Mis dos hijos, Kristian y Scarlett nacieron y se criaron en Suecia. Actualmente trabajo en limpieza en las oficinas de inmigración en la ciudad de Gävle.

3. Nací el 6 de septiembre 1969 en Santa Ana, El Salvador. Mi madre y mi padre, Antonio Erazo, tuvieron cuatro hijos, en orden de nacimiento, somos: Evelyn Carolina, yo, Pavel y Natalie. Yo era muy pequeño cuando mis padres se separaron, tan pequeño que no tengo memoria de cuando mi padre estaba con nosotros.

4. Mi madre siempre fue una mujer muy trabajadora. Ella buscaba la manera de mantenernos vendiendo cosas tales como tarjetas de navidad en el mercado de Santa Ana. Hasta el día de hoy mi madre vende zapatos en el mercado. A pesar del trabajo arduo de mi madre, éramos muy pobres. Vivíamos en un cuarto de un mesón donde sólo había una letrina que compartíamos todas las familias del mesón.

5. Cuando yo tenía unos 10 u 11 años, nuestra situación económica mejoró un poco porque mi mamá se juntó con mi padrastro y él empezó a ayudarnos. Mi apellido Arriola viene de mi padrastro. Del mesón nos fuimos a vivir a un apartamento. La vida en el apartamento era bastante mejor que vivir en un cuarto de un mesón porque ya no teníamos que compartir el baño con otras familias.

6. No sé por qué pero mi mamá siempre fue muy apartada de sus hermanas y trató de que nosotros nos mantuviéramos alejados de nuestra familia materna. Mi abuela Paca y varias de mis tías y primos vivían en el mismo mesón pero nosotros nunca vivimos con ellos.

7. Mi primo Edwin y yo fuimos juntos a algunos grados de la escuela primaria. Edwin es hijo de mi tía Dora, hermana mi mamá. Edwin y mi tía Dora ahora viven aquí, en Suecia, como yo. Durante la guerra civil de El Salvador, varios miembros de la familia de mi madre, incluyendo a mi tía Dora y sus hijos, mi abuela Paca, mi tía Carmen y su familia se fueron a vivir a Guatemala. Nosotros nos quedamos en Santa Ana.

8. La guerra civil fue una época extremamente difícil que nos marcó a todos los salvadoreños. Siento que a mí me marcó mucho. Mi padre era comunista, lo asesinaron los escuadrones de la muerte durante la guerra. Cuando yo era niño, se veían cadáveres por todos lados. La violencia y el miedo me causaban mucha ansiedad. De más grandecito, a eso se le sumó el miedo de que me fueran a reclutar. De tanto en tanto pasaban los soldados requisando y reclutando gente. Una vez se metieron a los departamentos donde vivíamos y se llevaron al hijo de nuestra vecina. Yo me salvé porque mi baja estatura y cuerpo pequeño me hacían parecer menor que mi verdadera edad, pero conocía a muchos de los que no se salvaron. Los soldados se llevaban a los muchachos y después ya no se sabía de ellos, desaparecían. Otros aparecían muertos.

9. En Suecia me otorgaron asilo político por la guerra civil en mi país pero todavía vivo con las secuelas de la ansiedad y el miedo que sufrí por el horror y la violencia que vi y el terror que viví en mi niñez y adolescencia. En Suecia he recibido tratamiento médico, psicológico y psiquiátrico por varios años pero aún así, a mis 47 años, sigo sufriendo por las experiencias traumáticas de esa época. Hace varios años que tomo ansiolíticos que me ayudan a controlar la ansiedad que a veces interfiere con mi funcionamiento en la vida diaria. Recientemente tuve una crisis y estuve unos días hospitalizado por razones psiquiátricas. Por suerte en este país el seguro médico estatal me cubrió los gastos.

10. Después de algunos años de vivir en Guatemala, mi abuela Paca, Quique, mi tía Dora y mis primos, regresaron a Santa Ana. Ahí los volví a ver. Para ese entonces, Alex ya había nacido y vivía con mi abuela en un mesón que se llamaba Danubio Azul. Ahí también vivían mis tías Dora, Reina y Lilian, con sus hijos.

11. Mi mamá no me permitía que fuera visitar a la familia en ese mesón. Ella pensaba que ese no era un lugar adecuado para mí. Yo iba al mesón sin decirle a mi mamá, porque quería visitar a mi familia, en particular a mi primo Edwin. Edwin y yo éramos muy unidos y teníamos varias cosas en común, aparte de ir unos años juntos en la primaria después nos volvimos a encontrar en el bachillerato.

12. El Danubio Azul era un mesón donde vivía gente marginalizada, los más pobres de los pobres, y estaba en una zona de mucha delincuencia. Las paredes del mesón eran de adobe y el piso era de tierra. Muchas familias compartían la única letrina de dónde salía un olor fétido, repugnante. La gente se peleaba para usar la letrina y los lavaderos. Vivían en una pobreza tremenda. El mesón donde yo vivía con mi familia cuando era niño era un 75 por ciento mejor que ese mesón. Ahí conocí a Alex.

13. En ese entonces Alex era un niño pequeño. Él andaba en la calle, sin zapatos y sin camisa. Le gustaba jugar al fútbol. Todos le decían Peluca porque tenía el pelo grueso y largo.

14. Mi abuela crió al padre de Alex, mi primo Quique, y después, a Alex. Yo nunca entendí por qué fue así. Quique tenía madre, mi tía Ana, pero ella no lo cuidó. Y la madre de Alex, Leti, no se encargó de él. Yo conozco a Leti desde pequeño. A veces la veía en la calle y nos saludábamos.

15. Mi abuela era una mujer morenita y pequeña. Era una ternurita. Se pasaba el tiempo barriendo el polvo de su cuartito del mesón. Ella era muy pobre. Mi tía Carmen le mandaba un poco de dinero. Mi mamá a veces le ayudaba pero no quería darle dinero, ella cuando podía les daba comida.

16. Aparte de la pobreza, creo que a todos en la familia nos afectó la guerra. Mi tía Dora, por ejemplo, ha sufrido mucho psicológicamente a causa de la guerra. De adolescente, me impactó mucho verla. Regularmente tenían que llevarla de emergencia al hospital porque

se ponía muy nerviosa, agitada y angustiada. Gritaba de los nervios. Edwin cuidaba mucho de ella.

17. La hermana de Edwin, Claudia, también sufre de problemas mentales. El cerebro de Claudia es diferente, no entiende conceptos, no sabe contestar preguntas y depende de los demás para su funcionamiento diario. Es como una niña. Además, Claudia siempre fue retraída, tímida, y sufrió mucho de miedo.

18. Yo me fui de El Salvador cuando Alex todavía era un niño pequeño. En Suecia me llegó la noticia que él era pandillero y me dio mucha tristeza. Pienso que si Alex hubiera tenido como yo, la oportunidad de emigrar a este país, su suerte hubiera sido muy diferente. En mi época en El Salvador no había pandillas.

19. Me encontré a Alex cuando fui a visitar El Salvador en el 2002. Yo estaba sentado en un auto-bus y un joven me dijo hola. El joven tenía un pañuelo que le tapaba la frente y parte de los párpados y no lo reconocí. Él se subió el pañuelo para que pudiera verlo bien y me dijo, soy Alex. Ahí noté que tenía tatuajes en los párpados. Otro día fui a un puesto a comer sopa de pata y vi a Alex, la policía lo tenía detenido. La policía tenía a Alex y a otros muchachos haciendo servicio social, limpiando las calles. Alex me pidió que le comprara gaseosas y las compartió con los muchachos que estaban con él. En otra ocasión, mi hermana y yo volvíamos caminando de un antro muy tarde por la noche. Nos encontramos a Alex en la calle y nos dijo que no podíamos estar por ahí porque era muy peligroso y nos acompañó a casa. Aunque sólo lo vi a Alex por ratitos cortos, vi que a pesar de que era pandillero él seguía siendo un joven respetoso y generoso. Me dio mucha lástima verlo en ese ambiente.

20. Nadie del equipo que representaba a Alex se comunicó conmigo ni antes ni durante su juicio. Si se hubieran puesto en contacto conmigo durante el juicio de Alex, yo hubiera aportado la información que se incluye aquí, y hubiera declarado si me lo hubieran pedido.

Juro que a mi leal saber y entender lo expuesto anteriormente es cierto y correcto. Firmo esta declaración el día 17 de diciembre de 2016, en Gävle, Suecia.

GERARDO ARRIOLA UMAÑA

# APPENDIX 109

# Certified English Version

# DECLARATION OF ROXANA MARISOL RAMIREZ

I, Roxana Marisol Ramírez, declare the following under penalty of perjury:

1. I was Alejandro Enrique Umaña's neighbor when he was a child. I call him Alex or Peluca [Wig]. I lived with my mother and my stepfather in a room at the same *mesón*[1] in which Alex lived. In addition, for a time I was Alex's cousin Edwin Umaña's partner. For several years Edwin and I set up house together and had a son, Emerson. I have been living in Stockholm, Sweden, since 2012.

2. I was born on ▮▮▮▮▮▮▮▮ in Santa Ana, El Salvador. I went to live at the *mesón* which we call the bypass *mesón* when I was about fourteen years old. At that time, Alex was about 10 years old and lived with his father, whom I call Quique, and with his grandmother. Alex's grandmother was bedridden, ill; her health kept deteriorating and, a short time later, she died. They had a wake for her right there, in her room at the *mesón.*

3. A girl of my age named Yanira lived in another room at the same *mesón.* That girl came from an extremely poor and very large family; they were 12 siblings. Yanira's mom prostituted her from the time she was a young girl. That is how Quique met her and got together with her. I remember that girl would sit down, as if waiting, on the steps of the little store that Quique had in his room. Little by little she started staying there and she went on to live with Quique.

4. All of us neighbors at the *mesón* felt really sorry for Alex. That boy would go around like a little street dog. During the six years I lived at the *mesón*, I never saw Alex fully clothed. He was always barefoot, in swimming trunks, without a shirt, hairy and hungry. On the other hand, Quique and his girlfriend had food, good clothing and footwear.

5. Quique would give food and clothing to Yanira but refused Alex any food. Only they ate; the boy always went hungry. Quique and Yanira would go on outings, lock the door of the room and leave Alex on the street, without food. Alex would ask me or other neighbors if we had something to eat. Even though we were also poor and did not have food to spare, we would

*RMR*
_____

[1] [t.n. The word *mesón* has been left untranslated, since its meaning in the present context — a multifamily dwelling consisting of separate units with some common facilities — differs from the traditional definition, which is an inn or boarding house.]

hand Alex a coin or a bit of food because we knew they did not feed him. But Alex had to be careful because if Quique learned he was going around begging for food, it would be a lot worse for him. Quique gave Alex terrible beatings; he treated Alex as though he were an animal. We would hear Alex's screams when he hit him and we felt sorry for him. Alex was just a boy and he did not deserve for his father to be kicking him and hitting him with the machete as Quique did because of that little lady. Alex got punished and punished some more, all the time.

6.  Yanira was mean and selfish toward Alex. She wanted everything for herself and she would get Alex into trouble with Quique. Alex had no one because even his grandmother, Ana, Quique's mother, was controlled by that man, and even she, if she helped or gave Alex something, would say to him, "take this but don't let your dad find out."

7.  Quique's Aunt Carmen purchased merchandise for him and stocked his little store. Quique and Yanira were the ones who minded the store. Alex had no permission to either tend to or touch the merchandise, and much less so the money of the store.

8.  Because the people at the *mesón* were very poor and sometimes did not have the means to pay the rent or the items at the store, Quique sometimes sold to them on credit in exchange for things, for example, a tape recorder, and then he would keep the things. Aside from having the little store, it was rumored that Quique sold drugs.

9.  The owner of the *mesón* put Quique in charge of it and he felt he had power. He was the Big Boss of the place. Quique was overbearing, arrogant and fired shots to threaten people. Because the rooms were very cheap, we were extremely poor and we had nowhere to go, those of us who lived in *mesones* such as that one had to put up with it. We neighbors were afraid of Quique. Even his mother and his aunts would say that Quique was crazy and problematic.

10. Quique had no compassion for anyone, not even his own family. For example, Quique's aunt, Dora, would sometimes fall behind on rent payments because only her son Edwin worked, so Quique would cut off their water to antagonize them. Quique mistreated Dora a great deal; he even called her wicked. There were many clashes between them because Dora also had a strong personality and would talk back to him.

*RMR*

11. Living at the *mesón* was hell. That was not a place for children. It was nothing but fights and gunshots. Quique had a problem with alcohol; he drank a lot and started fights. Quique always carried a weapon; he always had a gun and sometimes shot into the air. He would threaten to shoot people. Once, he put a gun to my head so I would let him enter our room because of a fight he had with my uncle.

12. At the *mesón*, we all knew what Quique was like; we could not say anything because, God help us! Even when Quique told a joke we had to laugh or face the consequences. With us, Quique felt powerful because we were poor and had no backup. Once Quique shot at one of the workers building the bypass. The worker was backed by the company and he reported him to the police. Quique fled and when the police went looking for him, they did not find him.

13. The final offensive during the civil war was fought in the coffee fields across from the *mesón*. Afterward, corpses were found, but it was not known if they were those of guerrilla fighters or soldiers. The area of the *mesón* was a desolate place, ugly and very dangerous, especially at night. From the coffee fields one could hear the screams of women and it was said that it was because they were being raped or mugged. There were many muggings and shootings nearby. The El Ángel neighborhood was next to the *mesón*. That neighborhood was full of prostitutes, troublemakers and potheads that passed by our *mesón*. Alex's mother lived in that neighborhood. People tossed out garbage right across the street from the *mesón* and children like Alex went around barefoot looking for objects in the garbage.

14. When the bypass was built across from the *mesón*, traffic on the road became heavy and it turned into a cemetery. People were very frequently run over and died. People crossed and would get run over and dragged, and their guts were left strewn or the people remained there, hurt, asking for help until the ambulance arrived. It was very shocking.

15. In spite of how much he suffered and that he was sometimes scared or sad, Alex was an optimistic and fun-loving child. He liked to dance. He was an eager beaver and liked helping people out in exchange for a few coins. As he grew up, Alex continued to be a good guy, who was cheerful, clowned around and liked to talk nonsense. And when he was older, even though he was in the gang by then, he was still the same old Alex. He talked to me with the

*RMR*

same openness. Never, not even when Alex was in the gang, did I ever see him drunk or on drugs. I think Alex had a big hang-up because of his teeth. Even as an adult they were full of cavities, crooked, others overlapped and some were missing.

16. It was no surprise to me or to other neighbors at the *mesón* that Alex got involved in the gang. With the dad he had, with the loneliness Alex felt, we sensed that his path had already been set. The streets do not lead to anything good. What else could have been expected? In our country there are no opportunities; there is no work; there is no money. Young men who join gangs are like that. They come from broken homes, plagued by poverty, and they seek someone to lean on, respect, money and support, without realizing the consequences.

17. I found out about Alex's case and the conviction through his grandmother Ana, and it made me very sad. I was always fond of Alex. I resided in Santa Ana, El Salvador, all my life until I came to live in Sweden about four years ago. No one from the team that represented Alex got in touch with me, neither before nor during his trial. If they had contacted me during Alex's trial, I would have offered the information included here, and I would have testified if they had asked me to.

I swear to the best of my knowledge and belief that the foregoing is true and correct. I sign this declaration on December 19, 2016, in Stockholm, Sweden.

[illegible signature]

_____
ROXANA MARISOL RAMIREZ

_____

[The above translation of a four-page declaration by Roxana Marisol Ramirez, submitted in the matter of the United States of America vs. Alejandro Umaña, is a true and correct translation from Spanish into English, performed to the best of my knowledge and ability. This translation has been reviewed by Mark E. Owens, Administrative Office of the United States Courts Certified Interpreter. Certified on January 26, 2017 by Ana C. Martinez, Administrative Office of the United States Courts Certified Interpreter.]

# Original Spanish Version

# DECLARACIÓN DE ROXANA MARISOL RAMIREZ

Yo, Roxana Marisol Ramírez, declaro lo siguiente bajo pena de perjurio:

1. Era vecina de Alejandro Enrique Umaña cuando él era niño. Yo le llamo Alex o Peluca. Yo vivía con mi madre y mi padrastro en un cuarto del mismo mesón en el que vivía Alex. Además, por un tiempo fui la compañera del primo de Alex, Edwin Umaña. Por varios años Edwin y yo formamos un hogar y tuvimos un hijo, Emerson. Desde el 2012 vivo en Estocolmo, Suecia.

2. Nací el 28 de enero de 1976 en Santa Ana, El Salvador. Fui a vivir al mesón que llamamos mesón del bypass cuando tenía unos catorce años. En ese entonces Alex tenía unos 10 años y vivía con el padre, a quien yo llamo Quique, y con su abuelita. La abuelita de Alex estaba en cama, enferma, se fue deteriorando y al poco tiempo, murió. La velaron ahí mismo en su cuarto del mesón.

3. En otro cuarto del mismo mesón vivía una muchacha de mi edad llamada Yanira. Esa muchacha venía de una familia extremadamente pobre y muy numerosa; eran 12 hermanos. A Yanira su mamá la prostituía desde niña. Así fue como Quique la conoció y se juntó con ella. Recuerdo que esa muchacha se sentaba, como a esperar, en los escalones de la tiendita que Quique tenía en su cuarto. De a poco ella se fue quedando y se fue a vivir con Quique.

4. Todos los vecinos del mesón le teníamos mucha lástima a Alex. Ese niño andaba como un perrito callejero. En los seis años que viví en el mesón, nunca vi a Alex completamente vestido. Siempre andaba descalzo, en calzoneta, sin camiseta, peludo y con hambre. En cambio Quique y su mujer tenían comida, buena ropa y calzado.

5. Quique le daba comida y ropa a Yanira pero le negaba la comida a Alex. Sólo comían ellos, el niño estaba siempre con hambre. Quique y Yanira se iban de paseo, cerraban la puerta del cuarto con candado, y dejaban a Alex en la calle, sin comida. Alex me preguntaba a mí o a otros vecinos si teníamos algo de comer. Aunque nosotros también

*RMR*

éramos pobres y no nos sobraba la comida, le dábamos una monedita o un poco de comida a Alex porque sabíamos que no le daban de comer. Pero Alex tenía que tener cuidado porque si Quique se llegaba a enterar que andaba mendigando comida, le iba mucho peor. Quique le daba tremendas palizas a Alex, lo trataba como si Alex fuera un animal. Oíamos los gritos de Alex cuando le pegaba y nos compadecíamos. Alex era sólo un niño y no se merecía que el padre lo agarrara a patadas y le diera con el corvo como Quique hacía por culpa de esa mujercita. Alex recibía castigos y castigos todo el tiempo.

6. Yanira era mala y egoísta con Alex. Quería todo para ella y a Alex lo ponía mal con Quique. Alex no contaba con nadie porque hasta su abuela Ana, la madre de Quique, estaba sometida a ese hombre y hasta ella, si le ayudaba o le daba algo a Alex, le decía, toma pero que no se dé cuenta tu papá.

7. A Quique su tía Carmen le compró mercadería y le surtió la tiendita. Eran Quique y Yanira los que despachaban la tienda. Alex no tenía permitido ni despachar ni tocar la mercadería y mucho menos el dinero de la tienda.

8. Como la gente del mesón era muy pobre y a veces no tenía con qué pagar el alquiler o la mercadería en la tienda, Quique a veces les fiaba a cambio de cosas, por ejemplo una grabadora, y después él se quedaba con las cosas. Además de tener la tiendita, se rumoreaba que Quique vendía droga.

9. El dueño del mesón puso a Quique de encargado y él se sintió con poder, era El Don del lugar. Quique era prepotente, arrogante y amenazaba con balazos a la gente. Nos tocaba aguantar porque los que vivíamos en mesones como ese era porque los cuartos eran muy baratos, éramos sumamente pobres y no teníamos para dónde ir. Los vecinos le teníamos miedo a Quique. Hasta su madre y sus tías decían que Quique era loco y problemático.

10. Quique no tenía compasión con nadie, ni con su propia familia. Por ejemplo, la tía de Quique, Dora, a veces se atrasaba con los pagos del alquiler porque sólo su hijo Edwin trabajaba, entonces Quique les cortaba el agua para desesperarlos. Quique maltrataba mucho a Dora, hasta maldita le decía. Había muchos conflictos entre ellos porque Dora también tenía carácter fuerte y le contestaba.

_RMR_

11. Vivir en el mesón era un infierno. Ese no era un lugar para niños. Eran puros pleitos y balazos. Quique tenía un problema con el alcohol, tomaba mucho y armaba pleito. Quique andaba siempre armado, siempre tenía una pistola y a veces disparaba al aire. Amenazaba a la gente con dispararle. A mí una vez me puso la pistola en la cabeza para que lo dejara entrar a nuestro cuarto por una pelea que tuvo con mi tío.

12. En el mesón todos sabíamos cómo era Quique, no podíamos decir nada porque ¡Dios guarde! Hasta cuando Quique decía un chiste teníamos que reírnos o atenernos a las consecuencias. Con nosotros Quique se sentía poderoso porque éramos pobres y no teníamos ningún respaldo. Una vez Quique le disparó a uno de los obreros que estaban construyendo el bypass. El obrero estaba respaldado por la empresa y lo denunció a la policía. Quique huyó y cuando la policía lo fue a buscar, no lo encontró.

13. En los cafetales frente al mesón se peleó la ofensiva final durante la guerra civil. Después se encontraron cadáveres pero no se sabía si eran de guerrilleros o de soldados. El área del mesón era un lugar desolado, feo y muy peligroso, sobre todo de noche. De los cafetales se escuchaban gritos de mujeres y se decía que era porque las estaban violando o asaltando. Había muchos asaltos y disparos ahí cerca. Al lado del mesón estaba el barrio El Ángel. Ese barrio estaba lleno de prostitutas, mañosos y marihuanos que pasaban por nuestro mesón. En ese barrio vivía la madre de Alex. La gente tiraba la basura apenas cruzando la calle del mesón y los niños como Alex andaban descalzos buscando objetos en la basura.

14. Cuando construyeron el bypass frente al mesón, la avenida se hizo muy transitada y se convirtió en un cementerio. A diario moría gente atropellada. La gente se cruzaba y las llevaban por delante, a la rastra, y ahí quedaba el triperío o quedaba la gente golpeada, pidiendo ayuda hasta que llegaba la ambulancia. Era muy impactante.

15. A pesar de todo lo que sufría y que a veces estaba asustado o triste, Alex era un niño optimista y bromista. Le gustaba bailar. Era metido y le gustaba ayudar a las personas por unas moneditas. Cuando fue creciendo Alex continuó siendo buena onda, alegre, bromista, le gustaba hablar tonteras. Ya de más grande, aunque ya estaba en la pandilla,

*RMR*

Alex siguió siendo el mismo. Hablaba conmigo con la misma confianza. Nunca, ni aun cuando Alex estaba en la pandilla lo vi tomado ni drogado. Creo que Alex tenía un gran complejo por sus dientes. Hasta grande los tuvo todos careados, torcidos, otros encimados y le faltaban algunos.

16. Para mí y para otros vecinos del mesón, no fue sorpresa que Alex se metiera en la pandilla. Con el papá que tenía, con la soledad que Alex tenía, se nos hizo que él ya tenía el camino marcado. Las calles no conducen a nada bueno, ¿qué más se podía esperar? En nuestro país no hay oportunidades, no hay trabajo, no hay plata. Los muchachos que se unen a las pandillas son así, vienen de hogares desintegrados, plagados de pobreza y buscan respaldo, respeto, plata, y apoyo sin darse cuenta de las consecuencias.

17. Me enteré del caso de Alex y de la condena a través de su abuela Ana y me dio mucha tristeza. A Alex siempre lo aprecié. Residí en Santa Ana, El Salvador, toda mi vida hasta que me vine vivir a Suecia hace unos cuatro años. Nadie del equipo que representaba a Alex se comunicó conmigo ni antes ni durante su juicio. Si se hubieran puesto en contacto conmigo durante el juicio de Alex, yo hubiera aportado la información que se incluye aquí, y hubiera declarado si me lo hubieran pedido.

Juro que a mi leal saber y entender, lo expuesto anteriormente es cierto y correcto. Firmo esta declaración el día 19 de diciembre de 2016, en Estocolmo, Suecia.

_____
ROXANA MARISOL RAMÍREZ