# APPENDIX 110

# Certified English Version

## DECLARATION OF NOE HERNAN RIVERA

I, Noe Hernan Rivera, declare the following under penalty of perjury:

1. I have lived my whole life in the area of Metalio, El Salvador. I am 41 years old. I was born on [handwritten initials:] *N H* ███████. I work as a tractor operator. I know Alejandro Umaña. I know Alejandro as Alex or by his nickname Chihuila.

2. I met Alex around the year 2000 when he came to work in Metalio to build the base of an antenna with a man named Carlos, and that man's son. The antenna was being built right behind my mom's house. My mom is named Bernardina Rivera. Alex was about 17 years old when he came to work here.

3. Mr. Carlos was hired by a company to build the base of the telephone antenna. He brought his son and Alex from Santa Ana for them to help him with the work. Here he hired other workers, I was one of them. When he saw me work, he liked my work and he put me in charge of the other workers. Mr. Carlos was the one who supervised his own son and Alex. He treated Alex like a son, he scolded Alex if he was not doing his job well. Alex was very respectful and never talked back to him. The boys from Metalio and I worked digging and preparing the ground for construction. I did not supervise Alex's work. The work lasted about six months. I know that after Metalio they went to do another job here nearby, in Guayapa, El Salvador.

4. During the time they were here, Alex slept in a hammock outside my mom's house. My mom cooked for the workers. Sometimes, when Mr. Carlos and his son went back to Santa Ana for the weekend, Alex stayed with my mom. Alex called her Mama Nina. He was very respectful. He treated her as though she were his mom, very tenderly. My mom is a very kind woman, the people in this community love her a lot. She loves to dance and she is very joyful. She was even crowned Senior Citizen Queen. During that time two of her granddaughters lived with my mom, and Alex was totally respectful with them.

5. Alex was a wonderful person. That kid was really fun to be around. After working and on weekends, we went to the beach that is about a 20-minute walk from my mom's house. We swam

---

[1] [Translator's note: the digit **0**, represented here in bold, has been traced by hand over the digit 4, adjacent to the declarant's initials]

[handwritten initials:] *N H R*

and played soccer. Alex, like me, loved soccer. Alex was a good player. He was a very cheerful kid. We spent lots of fun times together, joking and playing. Even after the job ended, Alex came to visit us for a while but then he stopped coming and I did not see him again.

6. While Alex was here he was not a gang member. I saw him many times without a shirt, just with a swimsuit when we were on the beach, and I know that he did not have tattoos. Also, you can tell right away who is in gangs and the people here would have questioned him. None of that happened.

7. My whole family was shocked to find out about Alex's situation. In the short time he was here he earned our love and affection.

8. I know that a defense team came to speak with my mom a few years ago. If they had been in touch with me before or during Alex's trial, I could have provided the information included here and would have done so, testifying if they had asked me to.

9. Recently people working on Alejandro Umaña's post-conviction appeal case came. These people asked me about Alex. I told them everything to the best of my recollection. I myself did not write this declaration, but I have read it carefully and it contains what I told the people on the appellate team when they spoke with me.

[handwritten initials:] *N H R*

I swear that the foregoing is true and accurate ~~that~~[2] to the best of my knowledge and belief. I sign this declaration on April 25, 2016, in Metalio, El Salvador.

[illegible signature]
_____
Noe Hernan Rivera

[Handwritten text has been rendered in *italic script*.]

[The above two-page translation of a declaration by Noe Hernan Rivera, submitted in the matter of the United States of America vs. Alejandro Umaña, is a true and correct translation from Spanish into English, performed to the best of my knowledge and ability. This translation has been reviewed by Gahan M. Willis, Administrative Office of the United States Courts Certified Interpreter. Certified on May 2, 2016 by Matthew Connell, Administrative Office of the United States Courts Certified Interpreter.]

---

[2] [t.n.: here the word in the original has been crossed through, and the declarant's initials appear above it.]

# Original Spanish Version

# DECLARACIÓN DE NOÉ HERNÁN RIVERA

Yo, Noé Hernán Rivera, declaro lo siguiente bajo pena de perjurio:

1. Llevo toda mi vida viviendo en el área de Metalío, El Salvador. Tengo 41 años. Nací el *NHR*20 de mayo de 1974. Trabajo como tractorista. Conozco a Alejandro Umaña. A Alejandro lo conozco como Alex o por su apodo Chihuila.

2. A Alex lo conocí alrededor del año 2000 cuando vino a trabajar a Metalío a construir la base de una antena con un señor llamado Carlos, y el hijo de ese señor. La construcción de la antena fue justo atrás de la casa de mi mamá. Mi mamá se llama Bernardina Rivera. Alex tenía unos 17 años cuando vino a trabajar aquí.

3. Al señor Carlos lo contrató una compañía para construir la base de la antena telefónica. Él se trajo al hijo y a Alex desde Santa Ana para que le ayudaran con el trabajo. Aquí el señor contrató otros trabajadores, yo fui uno de ellos. Cuando el señor me vio trabajar le gustó mi trabajo y me puso a cargo de los otros trabajadores. El señor Carlos era el que supervisaba a su hijo y a Alex. Él trataba a Alex como a un hijo, regañaba a Alex si no estaba haciendo bien el trabajo. Alex era muy respetuoso y nunca le contestó mal. Los muchachos de Metalío y yo nos ocupábamos de escarbar y preparar el terreno para la construcción. Yo no supervisé el trabajo de Alex. El trabajo duró unos seis meses. Sé que después de Metalío se fueron a hacer otro trabajo por aquí cerca, en Guayapa, El Salvador.

4. Durante el tiempo que estuvieron aquí, Alex dormía en una hamaca afuera de la casa de mi mamá. Mi mamá cocinaba para los trabajadores. A veces cuando el señor Carlos y su hijo se regresaban a Santa Ana por el fin de semana, Alex se quedaba con mi mamá, a ella Alex le decía Mamá Nina. Era muy respetuoso. Él la trataba como si fuera su mamá, con mucho cariño. Mi mamá es una mujer muy buena, la gente de esta comunidad la quiere mucho. Le encanta bailar y es muy alegre. Hasta la coronaron reina de la tercera edad. En ese tiempo con mi mamá vivían dos de sus nietas y Alex fue totalmente respetuoso con ellas.

5. Alex era una persona magnífica. Ese muchacho era bien buena onda. Después de trabajar y los fines de semana, nos íbamos a la playa que queda unos 20 minutos a pie desde la casa de mi mamá. Nos bañábamos y jugábamos futbol. A Alex, como a mí, lo apasionaba el futbol. Alex era buen jugador. Él era un muchacho muy alegre. Pasamos muchos momentos divertidos juntos, bromeando y jugando. Aún después de que se terminó el trabajo, por un tiempo Alex vino a visitarnos pero después dejó de venir y yo ya no lo vi más.

6. Mientras estuvo aquí Alex no era de pandillas. Lo vi muchas veces sin camisa, sólo con pantaloneta cuando estábamos en la playa, y sé que no tenía tatuajes. Además, los que están en pandillas luego, luego, se nota y los de aquí lo hubieran cuestionado. Nada de eso ocurrió.

7. A toda mi familia nos afectó saber la situación de Alex. En el poco tiempo que estuvo aquí se ganó nuestro cariño y amor.

8. Sé que un equipo de defensa vino hablar con mi mamá hace unos años. Si se hubieran puesto en contacto conmigo antes o durante el juicio de Alex, podría haber brindado la información aquí incluida y lo habría hecho, dando testimonio si me lo hubieran pedido.

9. Recientemente vinieron personas que trabajan en la causa de apelación posterior a la condena de Alejandro Umaña. Estas personas me preguntaron acerca de Alex. Yo les relaté todo tal y como lo recuerdo. No escribí yo mismo esta declaración, pero la he leído con detenimiento y contiene lo que les dije a las personas del equipo de apelación cuando hablaron conmigo.

*NHR*

Juro que a mi leal saber y entender que lo expuesto anteriormente es cierto y correcto. Firmo esta declaración el día 25 de abril de 2016, en Metalío, El Salvador.

Noé Hernán Rivera

# APPENDIX 111

# Certified English Version

# DECLARATION OF DORA ALICIA UMAÑA GONZALEZ

I, Dora Alicia Umaña Gonzalez state the following under penalty of perjury:

1. I am Alejandro Enrique Umaña's aunt, and I call him Alex. I am from Santa Ana, El Salvador. Fifteen months ago my daughter Claudia and I came to Gävle, Sweden to live with my son Edwin.

2. I was born on ███████ in Santa Ana. My father, Adolfo Enrique Umaña was a native of Santa Ana. He drank a lot and died as a result of his alcoholism when I was about 18 years old. My mother, Francisca González was born in Asunción Mita, Guatemala. I never met my family on my mother's side. My mother would say her grandmother raised her and when her grandmother died my mother went to El Salvador, which is where she married my father.

3. When I was a girl my father worked for the electrical company called *Compañía de Luz Eléctrica de Santa Ana* [Santa Ana Electric Company] (CLESA). The job at CLESA was a good one but when I was about ten years old, my father lost that job due to his drinking. From then on he worked independently. My mother was a home maker and took care of the children. We were a large family. We siblings are: Adolfo, Ana, myself, Carmen, Clara, Reina and Lilian. We were very poor and lacked many things.

4. The civil war in El Salvador was atrocious. It was from that point on that I began suffering from anxiety and that is why I left to live in Escuintla, Guatemala with my children and several family members, including my mother and Alex's father, Quique. We lived there for several years. Leti, Alex's mother, also arrived in Escuintla shortly afterwards. Leti and Quique lived together for a few years.

5. In Escuintla we suffered greatly and had many unmet needs, we went hungry. I would do what I could for my children Claudia and Edwin to survive. I earned very little embroidering dresses my sister later sold at the market.

6.  My son Edwin was my pride and joy. Edwin was a very good student. A competition was held in Escuintla and my son was the best in the entire district. I fully supported him; he is my life.

7.  Alex was born in Escuintla. When Alex was very young and still not walking Leti and Quique separated. I believe that at the time Leti returned to El Salvador and Alex stayed in Escuintla with my mother. Leti took the other child she had with Quique and raised him.

8.  When Alex was a baby and still not walking, he became very frail, his legs swelled and his hair turned white as if he had gone grey. The doctor said the child was anemic. It seems it was due to lack of nutrition. Alex was like that for several months, not very active, kind of lethargic. We were scared and concerned because we thought Alex was going to die.

9.  Alex's teeth came in normally, but not long afterwards, when he was only about three years old, all his front teeth rotted and fell out. They took a very long time to come back in. Once Alex was older, he did not have all his teeth. As a child Alex had thick, bushy hair, it looked like a wig.

10. Ever since Guatemala I became very ill. I felt extremely lonely and ended up sick with anxiety. I would have nervous breakdowns, and still do. There were days when I felt that I was spinning, bed and all, and I would scream. This would really scare my daughter, Claudia. I could barely walk or eat. I am still the same way. If I get up my legs turn to jelly and I get dizzy. In addition I would get terrible headaches, and I still get them. I spent several years sick in bed. I have suffered from anxiety and depression and for years have been on medication for both.

11. I still go through spells and feel very ill. I currently have high blood pressure and thyroid problems. At this time I do not know if I will be able to bear it until I return to my country.

DAU

2

My daughter Claudia and I are in the process of immigrating to Sweden, but it is unknown whether we will be accepted or not. In that case we will have to return to El Salvador soon.

12. My daughter Claudia has epileptic seizures. She went to school but barely learned anything. She does not understand concepts and depends on me for everything.

13. Through the Santa Ana newspaper I learned about Alex's case and that he received the death penalty. When I found out, I was at the park and began crying inconsolably in public.

14.  Until now, no person representing Alex had contacted me. Since I returned from Guatemala and up until 15 months ago when I came to Sweden, I always lived in Santa Ana. Had I been contacted during Alex's trial, I would have provided the information included here, and if asked I would have testified.

15. I did not write this declaration myself, but it has been carefully read to me and contains what I told the people from the appeals team when they spoke with me.

I swear that to the best of my knowledge and belief, the foregoing is true and accurate. I sign this declaration on December 19, 2016 in Gävle, Sweden.

[signature:] *Dora Alicia Umaña*

Dora Alicia Umaña González

_____

[The above translation of a three-page document received in the matter of the United States v. Alejandro Umaña is a correct translation from Spanish into English performed to the best of my knowledge and belief, and is certified on January 13, 2017. Martha Gutiérrez Shepard, Interpreter, certified by the Administrative Office of the United States Courts. Reviewed on January 13, 2017 by Mark E. Owens, Interpreter, certified by the Administrative Office of the United States Courts.]

# Original Spanish Version

# DECLARACIÓN DE DORA ALICIA UMAÑA GONZALEZ

Yo, Dora Alicia Umaña González, declaro lo siguiente bajo pena de perjurio:

1.  Soy la tía de Alejandro Enrique Umaña, a quien llamo Alex. Yo soy de Santa Ana, El Salvador. Hace 15 meses, mi hija Claudia y yo nos vinimos a Gävle, Suecia a vivir con mi hijo Edwin.

2.  Nací el 14 de abril de 1943 en Santa Ana. Mi padre, Adolfo Enrique Umaña, era originario de Santa Ana. Él tomaba mucho y murió como consecuencia de su alcoholismo cuando yo tenía unos 18 años de edad. Mi madre, Francisca González nació en Asunción Mita, Guatemala. Yo nunca conocí a mi familia materna. Mi madre contaba que a ella la crió su abuelita y cuando su abuelita murió, mi madre se fue para El Salvador, allí se casó con mi padre.

3.  Cuando yo era niña mi padre trabajaba para la compañía de electricidad llamada Compañía de Luz Eléctrica de Santa Ana (CLESA). El de CLESA era un buen trabajo pero cuando yo tenía unos diez años, mi padre lo perdió a raíz de su vicio con el alcohol. De ahí en más él trabajó por su cuenta. Mi madre era ama de casa y cuidaba a los niños. Éramos una familia grande. Los hermanos somos: Adolfo, Ana, yo, Carmen, Clara, Reina y Lilian. Éramos muy pobres y sufrimos muchas carencias.

4.  La guerra civil en El Salvador fue atroz. Fue a partir de ahí que yo empecé a sufrir de los nervios y por eso es que me fui con mis hijos, y varios miembros de mi familia incluyendo a mi madre y el padre de Alex, Quique, a vivir a Escuintla, Guatemala. Allí vivimos varios años. Al poco tiempo también llegó a Escuintla Leti, la madre de Alex. Leti y Quique vivieron juntos unos años.

5.  En Escuintla sufrimos mucho y pasamos muchas necesidades, pasamos hambre. Yo hacía lo posible para que mis hijos, Claudia y Edwin, sobrevivan. Ganaba muy poquito bordando vestidos que mi hermana después vendía en el mercado.

$\mathcal{D}$ A U

6. Mi hijo Edwin era mi orgullo. Edwin era muy buen alumno. En Escuintla hubo una competencia y mi hijo salió el mejor de todo el distrito. Yo lo apoyaba mucho, él es mi vida.

7. Alex nació en Escuintla. Cuando Alex estaba bien tiernito y todavía no caminaba, Leti y Quique se separaron. Creo que por ese entonces Leti se volvió a El Salvador y Alex quedó con mi madre en Escuintla. Leti se llevó con ella al otro niño que tuvo con Quique y ella lo crió.

8. Cuando Alex era un bebé y todavía no caminaba, le dio una gran debilidad, se le hincharon las canillas y el pelo se le puso blanco, como canoso. El médico dijo que el niño estaba anémico. Parece que era por falta de alimentación. Alex estuvo varios meses así, poco activo, medio aletargado. Nosotros estábamos asustados y preocupados porque pensábamos que Alex se iba a morir.

9. A Alex le salieron los dientes normalmente pero poco después, cuando tenía sólo unos tres años, se le cayeron todos los dientes de adelante, se le pudrieron. Tardaron muchísimo en volverle a salir. Alex era grande y no tenía todos los dientes. De niño Alex tenía el pelo grueso y abultado, parecía una peluca.

10. Desde Guatemala yo me puse grave. Sentía una gran soledad y terminé de enfermarme de los nervios. Me daban, y me siguen dando, crisis nerviosas. Había días que sentía que me daba vuelta con cama y todo y gritaba. Eso asustaba mucho a mi niña, Claudia. Yo casi no podía caminar y no me pasaba el alimento. Ahora estoy igual. Se me aguadan las piernas y me mareo si me levanto. Además, padecía y padezco, de tremendos dolores de cabeza. Me pasé varios años enferma, en cama. Yo he sufrido de ansiedad y depresión y tomado medicamento para ambas por años.

11. A mí todavía me dan crisis y me siento muy enferma. Actualmente tengo tensión alta y problemas de tiroides. En este momento no sé si voy a resistir hasta que vuelva a mi país.

2

*D A U*

Estamos en proceso de inmigrar a Suecia mi hija Claudia y yo, pero no se sabe si nos van a aceptar. En ese caso nos tendremos que regresar pronto a El Salvador.

12. A mi hija Claudia le dan ataques epilépticos. Ella fue a la escuela pero casi no aprendió nada. Ella no entiende conceptos y depende de mí para todo.

13. Me enteré del caso de Alex y que le habían dado la pena de muerte por el diario de Santa Ana. Cuando me enteré, estaba en el parque y me eché a llorar desconsoladamente en público.

14. Ninguna persona que representara a Alex se comunicó conmigo hasta ahora. Desde que volví de Guatemala y hasta hace 15 meses que me vine a Suecia, siempre viví en Santa Ana. Si se hubieran puesto en contacto conmigo durante el juicio de Alex, yo hubiera aportado la información que se incluye aquí, y hubiera declarado si me lo hubieran pedido.

15. No escribí yo misma esta declaración, pero me la han leído con detenimiento y contiene lo que le dije a las personas del equipo de apelación cuando hablaron conmigo.

Juro que a mi leal saber y entender, lo expuesto anteriormente es cierto y correcto. Firmo esta declaración el día 19 de diciembre de 2016, en Gävle, Suecia.


*Dora Alicia Umaña*
Dora Alicia Umaña González

3

# APPENDIX 112

# Certified English Version

**DECLARATION OF LUIS MARIO RAMOS MENDEZ**

I, Luis Mario Ramos Mendez, declare the following:

1. I am a friend of Alejandro Umaña. We met in Santa Ana, El Salvador, when I was 12 years old. I am also from Santa Ana.

2. I met Alejandro and we became friends when we were taking classes at the Jose Marti night school in Santa Ana. At that time I was 12 years old and I was in seventh grade. Alejandro was four years older than me but he was only in third grade. While he attended night school, Alejandro also worked as an assistant delivery boy for Coca Cola during the day. I had attended regular school before but was asked to leave because I had misbehaved. My father wanted me to get an education and he insisted that I not drop out of school. My father enrolled me in the night program and I attended for about six months. It took me time, but in the end I finished eighth grade at another school. I believe that Alejandro never completed third grade.

3. Alejandro struggled with his schoolwork. He had difficulties processing and he did not understand. He wanted to learn but it was hard for him. I tried to help Alejandro with his homework but he would get confused and did not understand what I tried to teach him. He used to tell me that he did not understand. Alejandro would get frustrated and ask why he had to learn those subjects.

4. Our age difference did not seem to matter to Alejandro. He was not ashamed of being 16 years old and hanging out with a 12-year-old boy. In any event, Alejandro acted more like a boy my age than his own and we got along very well. He made me feel comfortable because he did not act as though he knew more than I did.

5. When Alejandro and I initially became friends, we did not belong to any gang. Still, we were always very aware of all the danger in our city. I was afraid to walk down the street or to go

[initials:] *L.R.*

to the park due to the violence in our streets. From a young age I learned to watch my back and pay attention to my surroundings. It was important to know where you were at any given time and I learned to trust my instincts. There were very few safe places, there was danger everywhere. Even at video arcades the gang members would steal money from kids.

6. It was clear to those of us who grew up in Santa Ana that we did not have many options in life. Joining a gang was dangerous, but so was not joining. We ran the risk of being killed if we walked through a gang neighborhood. Even if you were a gang member, your life was in danger if you walked through a neighborhood controlled by another clique. Joining a gang at least gave you some protection.

7. After night school, Alejandro and I slowly grew apart. We became good friends again when I was 14 years old and he was 18. By then, Alejandro belonged to the *mara*.[1]

8. Alejandro did not have adults in his life to take care of him. Nobody guided him or instilled values in him. I knew Alejandro's father as Quique. He lived in Barrio Gloria with his young wife and with Alejandro. Enrique did not seem to be bothered by Alejandro being in the gang. ██████████████████████████████████████████ ██████ [initials:] L.R.

9. My childhood was very different from Alejandro's. My parents were devout Christians who treated my siblings and me as children who needed guidance and support. They tried to guide me down the right path. My father would yank my ear when I did things I ought not to. He did not want me to become a gang member. Alejandro did not have that kind of upbringing; he did not have a family that took care of him. Alejandro's mother abandoned him when he was little and he only had his father, who was not interested in taking care of him.

10. Even after he joined the gang, Alejandro kept acting like a little boy. He loved to watch cartoons and he would talk about them all the time. His favorites were Tom and Jerry and the Knights of the Zodiac. He also was passionate about music and drawing. We spent lots of time together drawing and listening to music.

---

[1] [translator's note: The Spanish word *mara* is the Salvadoran term for gang, as well as for the gang members themselves]

[initials:] *L.R.*

11. In El Salvador, gang members are easy to identify by the way they dress and speak. Gang members speak backwards. For instance, instead of saying *"revés"*,[2] they say *"ves-re"*.[3] It is something that is very common and it is the way they understand one another.

12. The local police harassed me and beat me constantly because of my association with the *mara*. I was not a member, strictly speaking, at the time, but I would hang out with the gang members. The police would stop me for no reason, they would search me and handcuff me. If they arrested me in a public area, they would take me to a more private place where they would beat me. It was torture. I still have the scar from when a policeman grabbed me and hit me in the head with the barrel of his rifle. Frequently, the police would push members of the *mara* onto the ground and force them to say words the gang had forbidden, such as the number 18, in front of other gang members. They did that because they knew this had serious consequences with other gang members. The police knew that besides the beating they gave, these guys were also going to get another beating from their homies.

13. The police tortured Alejandro much more severely than they did me. Alejandro was an official member of the *mara*, with tattoos. The police would beat Alejandro terribly and they would leave him with visible bruises and welts. He was constantly in pain because the police beatings happened so frequently. One of the torture methods the police used was to beat the soles of your feet. There were times that Alejandro could barely walk because his feet were so badly beaten.

14. In El Salvador, I was in the juvenile jail several times. Even though I was not a *mara* member yet, they would keep me in custody for two weeks for criminal conspiracy, in other words, for being with other members of the *mara*. They would put like 50 of us young people in a cage, called *bartolinas*.[4] They did not give us food for the first 24 hours. Afterwards they would only give us beans and one tortilla, nothing more. There was no sink, if we wanted water there was only a hose. We slept on the floor on a piece of cardboard or a newspaper. There was no privacy, we would go to the bathroom in a hole in the corner. The heat was

[2] [t.n.: In English, "backwards"]
[3] [t.n.: In English, equivalent to "wards-back"]
[4] [t.n.: a regional term translated as "dark cell" or "dungeon"]

[initials:] *L.R.*

unbearable. We were all on top of one another in a small space. I know that Alejandro was in jails like these many more times than I was.

15. I know many young men who died from police torture in El Salvador. Gang members cannot go to a hospital after a beating. Some gang members were beaten so severely that they died afterwards from internal bleeding. In 2003, the Santa Ana police ambushed seven members of the *mara* and killed all of them. They put weapons in the dead bodies' hands and said that it had been self-defense. This gave the police greater public support to go after gang members.

16. In 2004, the *Mano Dura*[5] policy started in El Salvador. *Mano Dura* was the government's response to gang violence. The purpose of this policy was to stem gang violence but it exacerbated violence in general. The country became even more dangerous for everyone, but especially for gang members. The police would look for gang members, not to arrest them, but to kill them. Those of us who, like me, were only associates, even though we were not active members, we were arrested and beaten anyway.

17. The police used to harass me and my family constantly. It got so serious that one day my younger brother came running home and told me the police were threatening to put a bullet in me. My father was present when the police stopped me for no reason and tried to take me to jail. My father defended me. He told the police that if I had done anything wrong, he would be the first to turn me in. My father threatened to file a complaint if the police arrested me for hanging out with people they did not like. The police officers decided to teach my father a lesson. They arrested him and took him to jail. They wanted us to remember how powerless we were against them. It was humiliating, but we knew there was nothing we could do. My father is a Christian man who follows the law. Going to jail was a degrading, difficult experience for him. He did not deserve to be treated so badly. I still feel guilty, because the only thing he did was try to defend me.

18. In 2004, Alejandro realized that staying in El Salvador was no longer safe. The situation between the gangs and the police became tense. Alejandro found himself under threat. He

---

[5] [t.n.: literally, "Firm Hand"]

[initials:] *L.R.*

had to leave if he wanted to survive the police. He asked me to accompany him to the United States, he did not want to go alone. I decided to go with him because I thought that in the United States I could get a job and send money to my family.

19. The journey from El Salvador to the United States was full of horrors. I will never forget the things that Alejandro and I suffered and what we witnessed on our journey. We left for the United States in September of 2004 and we did not arrive there until a month later. Alejandro had 40 dollars and I had 90. That was all the money we had. On the third day, we crossed a river towards Mexico. The Mexican soldiers stopped us and they took 90 dollars and our shoes from us. We only had 40 dollars left for the whole trip. We spent the money we had left on a taxi to make it to the village and buy shoes and a little bit of food. We did not know what we were going to do and we talked about going back to Santa Ana. We were young and naive and we decided to continue the journey. We went to the train station in the village and we followed hundreds of people towards the train. It was called *El Tren de la Muerte*.[6]

20. Throughout our journey, Alejandro and I were dying from hunger and thirst. We were forced to ask for food like beggars. Sometimes people would feel sorry for us and they would give us a tortilla. Other times they would not give us anything because they barely had enough to feed themselves. When I left Santa Ana, I weighed about 150 pounds. When we finally got to Los Angeles, I weighed 130. I lost at least 20 pounds on that trip and my skin went dark from spending so much time exposed to the sun. The hunger was unbearable but the despair was even worse. We felt discouraged and many times we feared that we would not make it. In Santa Ana, we were poor and we did not have much food, but at least I had my family.

21. We slept very little during the journey. There was no schedule to know when the trains would arrive at the stations. We had no idea where the train was going, or when it was going to stop, so we had to be constantly alert. We tried to follow the crowd and ask other people to know when to get on or off the train. There were times when Alejandro and I got on trains that took us in the wrong direction.

---

6 [t.n.: literally, "The Train of Death"]

[initials:] *L.R.*

22. Alejandro and I had to run fast to reach the train and climb up to the roof. Luckily, we were young; many people were not so fortunate. Sometimes the train would travel at 90 miles per hour and it would lurch from side to side. Some people fell off the train because they fell asleep and did not hold on to the bars. It was so hot on the metal roof during the day that we would heat tortillas on it, but at night it was so cold that we froze. The metal roof would freeze, my body would stiffen and my fingers would cramp up because I was so cold. Alejandro and I hurt from the cold. Even so, those of us on the roof were lucky. The elderly, pregnant women and children who could not climb up to the roof had to stay inside the cars. There was no ventilation inside and the heat was intense. I heard people shouting from inside the cars and I realized they were suffocating. We heard traffickers tell women they had to have sex [with them] or they would leave them behind. Alejandro and I were furious. I thought of my five sisters and I wished I could stop those men but I knew there was nothing we could do.

23. Alejandro and I saw a man die from being run over by the train. He was trying to climb onto the train to get to where his seven- or eight-year-old son was. The father and son were running after the train and the father managed to get his son to grab onto the handrail and stay on the train but the father fell off. When Alejandro saw that the man was struggling, he ran to help him. The man got up and tried again but he did not make it. He fell onto the tracks under the train. The train kept moving forward and ran over this poor man. Hearing the shrieks from the son shouting for his father was unbearable. But his father was gone and we did not know what to do other than try to console the boy. Sometime later, the train stopped and the immigration officials arrived to take the despairing, orphaned boy with them. Alejandro and I could not believe what we were seeing. For us it was difficult to process, so we tried not to talk about the subject. In fact, we tried not to talk about any of the horrible things that we saw on our journey.

24. Neither Alejandro nor I could have made the journey on our own. We needed each other to keep our hopes alive. To raise our spirits, we would talk about our dreams for the future. I dreamed of being a famous singer. I have a decent voice and I love to sing ballads and Christian hymns of praise. Alejandro also liked to sing but he did not have much talent. He called himself a rapper. Alejandro would make up songs that did not make sense. At first, I

[initials:] *L.R.*

told Alejandro his songs were not very good, but I soon learned to let him believe whatever he wished because I knew that he would not change his mind.

25. Once we arrived in the United States, we intended to go to New York, where Alejandro's girlfriend's family lived. Even though his girlfriend was still in El Salvador, she was pregnant with Alejandro's child. Alejandro thought that her family would help us out, but they were not willing to do so. We changed plans and went to Los Angeles.

26. When we arrived in Los Angeles, we had no one to stay with. I did not have family in the United States, so we depended on the kindness of strangers and friends of our friends. We could not stay in a single place for long, so we constantly moved from one place to the next. Sometimes people would let us stay in a car or in abandoned buildings. Alejandro had an aunt and some cousins that lived in the Los Angeles area, but they did not take him in or help him out. Even though these people were so kind as to offer us a place to sleep for a short time, we did not feel welcome or comfortable. We were practically homeless; we depended on the kindness of those strangers who knew what it felt like to come to the United States for the first time.

27. The police in the United States were different from those in El Salvador. When I first arrived in Los Angeles, I was standing on Melrose Street with some friends. I saw that a patrol car made a U-turn and I immediately took off running out of fear they would beat me and arrest me. The police officers ran after me. They pushed me to the ground and I got ready for the beating, but they did not beat me. They asked me why I had fled and they thought that maybe I had tossed a weapon. I did not have a weapon and I explained to them that I had fled out of fear they would beat me. The officers accompanied me to where my friends were, who laughed at me. The police officers asked them to explain to me that they are only going to arrest me if they think I did something and that they would not beat me.

28. Alejandro and I recycled cans and bottles to make money. We would walk from five in the morning until midnight looking for cans and bottles in the trash. We earned very little but it was the only way we knew of to make money. The most that we earned was 50 dollars in one day, between the two of us.

[initials:] *L.R.*

29. On one of our trips to the recycling center, we saw Fairfax High School. We went into the school and asked if we could attend classes. Alejandro and I took some assessment tests but we did not attend the school. Alejandro wanted to learn English but he struggled and he did not learn. In Los Angeles, it was essential that you speak some English to survive. When people spoke to us in English, Alejandro would point at me. Just like Alejandro, I did not know any English before I came to the United States. Even so, I listened and I was able to pick it up quickly.

30. Alejandro used to tell me that he wanted to be smart like me. People would make fun of Alejandro; they called him stupid and dumb. He would be embarrassed, it affected him and he would get angry.

31. Alejandro and I were able to get a job at a car wash across from the recycling center. We only worked there briefly but we loved it. It was our happiest moment; we thought that we had finally made it. We used to say that lots of people dream about what we were able to have for that brief time. Unfortunately, the car wash job did not last for long.

32. The area where we lived was *mara* territory. They treated us well and gave us food. I honestly think that if Alejandro and I had ended up somewhere else, and if we had not been with so many *maras*, our lives would have been different. But we were in a foreign country and we had no one but the *mara* to help us. During this time, when I was 18 years old, I became a member of the gang.

33. Alejandro was not a leader of the *mara*. In the United States, people did not even know him because he was here for such a short time. He was not the one who called the shots.

34. When we got to Los Angeles, Alejandro was 22 years old. Even though he was an adult, he continued to act like a child. He still watched cartoons and his favorite movies were Shrek and Finding Nemo. He watched Finding Nemo over and over again. He never got tired of seeing it and he would laugh as though it were the first time he was seeing it. Alejandro liked to hang out with the younger guys in the neighborhood who rode skateboards. They were

[initials:] *L.R.*

about 15 years old. Alejandro did not seem to mind the age difference. He would tell immature jokes at inappropriate moments.

35. Even though Alejandro had a girlfriend, he did not seem to be very interested in women, which was strange for a young guy. In Los Angeles, there were lots of *mara* girls at his disposal. Most of us thought about them a lot, but Alejandro did not seem to be interested in other women.

36. Alejandro's girlfriend, and her sister, finally came from El Salvador to the United States. The girlfriend might have been younger than I was and, just like Alejandro, was very immature. Even though they got along well with one another, they did not seem to have much of a relationship as a couple. When she was in Los Angeles, Alejandro did not spend time alone with her. He insisted on my staying with him to show me his drawings or to talk about cartoons.

37. Something was wrong with Alejandro's brain; he had disabilities. It was like his brain had stopped developing at an early age. Alejandro was very simple-minded and he did not analyze things. People who knew Alejandro realized that something was wrong with him. They would ask what was wrong with him and say it seemed like he had a screw loose.

38. People thought that Alejandro was weird. His reality was different from ours. Alejandro would point at the wall or a table and he would ask us if we saw what he saw. No one else would see what he saw but Alejandro insisted that what he saw was real. He wanted us to see what he saw. Alejandro would grab a pencil and paper and draw what he saw. I could not see the things that he saw. It was important to him to show me what he saw. Sometimes I saw that Alejandro would stare at the wall and that he would talk to himself. It seemed as though a spell had been put on him. Afterwards, he told me he was talking to an angel or to the devil.

39. I knew when Alejandro was in his world because sometimes he would gesture and talk to himself. Other times he would pace back and forth over and over. He would also space out sometimes, like he was lost in thought.

[initials:] *L.R.*

40. Alejandro heard voices, he saw apparitions and he had dreams that according to him were real. I learned to accept this from Alejandro and I did not try to contradict him. He told me that he heard the voices of angels, demons, or Satan, depending on whatever the voice said to him. Once, when we were walking to the recycling center, Alejandro stopped and asked whether I had heard something. He had heard a voice telling him that we had to go to the left instead of going straight. Even though turning left meant that we were going to take longer to get to our destination, I agreed because I had learned that it was useless to try to convince Alejandro otherwise. Another day, Alejandro and I saw lots of crows in the street and on the telephone lines. Alejandro asked me whether I knew what it meant to see the crows. I joked that it meant there were lots of birds. Alejandro did not understand the joke and he was convinced that the birds were a sign that we needed to take another route.

41. Alejandro had dreams that he did not understand and he was obsessed with finding some important meaning to them. Whenever some event happened in the world, Alejandro would believe that he had foreseen it. He believed that his visions and his dreams were things that really happened. He believed that this was normal and it did not matter how many people might tell him it was only his imagination; there was no way to convince him. He believed in his reality.

42. Alejandro did not drink alcohol or use drugs besides marijuana. The voices and visions would intensify when he smoked marijuana.

43. Alejandro was very generous with what little he had. Whenever he had money, and it was never much, he would immediately give it away. For instance, once he made 100 dollars for participating in a television program called "Jose Luis Sin Censuras",[7] and he was very happy. Even though we needed the money ourselves, to not go hungry, Alejandro immediately sent 40 dollars to his father in El Salvador, and he gave 30 dollars to the guy who let us sleep in his house sometimes. This left him with 30 dollars, which did not pay for much.

---

[7] [in English, "Jose Luis Uncensored"]

[initials:] *L.R.*

44. Alejandro loved to play soccer and to dance. He had ability for both. That made him very happy and he was proud of his ability.

45. When Alejandro was arrested in North Carolina, I was in prison in California. Suddenly, I was transferred to the Mecklenburg County jail in North Carolina. I was there for a long time without knowing why.

46. While I was in the Mecklenburg County jail, several *maras* asked me why I was there. They also asked Rene Arevalo, my California co-defendant, why he was there. We learned that Alejandro was being housed at the same jail. I did not know what to tell them because I had no idea why we were there.

47. Finally, a prosecutor came to see me with an interpreter and another man. The interpreter was a detective I recognized from Los Angeles. The prosecutors visited me about four times while I was at McKlenburg [sic]. The prosecutor wanted me to testify against Alejandro, but time and again I told them no. I asked the prosecutor for protection, but she told me I would not receive protection if I did not cooperate.

48. It seemed that the prosecutor's office intentionally put Rene Arevalo and me in the Mecklenburg County jail to intimidate us into cooperating. I did not understand why they put us in the same jail with all of the *maras* from Alejandro's case. The prosecutors even met with Rene in a visiting room next to where Alejandro was having a visit. Alejandro and Arevalo bumped into one another. It was as though the prosecutor's office was setting things up to obtain the result they were looking for. I told the prosecutors and the investigators that we were in danger simply because we were in North Carolina since we did not have a case against us in that state.

49. We had no protection whatsoever and we were surrounded by *maras* who were obligated to follow the rules of the *mara*. When a couple *maras* beat me up, the prosecutor asked me if I was willing to cooperate now. She said that she could put me in federal prison, reduce my time and offer me protection. She told me if I did not cooperate, I ran the risk of being in greater danger from Alejandro. I explained to the prosecutor that this had nothing to do with

[initials:] *L.R.*

Alejandro, but rather it simply had to do with the rules of the *mara*. The rules are the rules. If Alejandro were to try to protect me, he would be in danger. After the incident, they finally transferred me to a different local jail and I never spoke to the prosecutors again.

50. I hoped that Alejandro's defense team would speak with me, but no one from his team came to see me at any time, either before or during his trial.

51. Currently I am incarcerated at the state prison. I have been in custody since 2006. Since then, I have made a great effort to improve and change my life. I learned to speak fluent English, I got my GED and I completed auto body work and welding courses. Once I get out of prison I hope to return to my family and have a better future. I have left the gang. I hope to be able to remove my gang tattoos one day. I have the word *"Mara"* tattooed on one of my forearms and the word *"Salvatrucha"*[8] on the other. The prison I am in does not offer tattoo removal.

52. I am classified in prison as an ex-gang member. It was a long process and I was transferred to several prisons in California. I had to show the guards that I was serious about not being affiliated with the gang. In prison, you are forced to follow the rules of the gang. If someone tells you to hide a blade, you have to hide the blade. If they tell you to beat somebody up, you have to beat that person up. You follow the rules to survive. Most gang members want to leave the gang, but the process is very long and difficult. Because I left the gang, I have some additional freedoms and I can talk to inmates from every ethnic group. I value this opportunity to lead a different life.

53. No one that represented Alejandro during his trial contacted me. If they had contacted me during Alejandro's trial, I would have provided the information included here.

54. People working on Alejandro's post-conviction appellate case came to see me. I told them everything just as I remember it. I did not write this declaration but I have read it carefully and it contains what I told the people from the appellate team when they spoke with me.

---

[8] [t.n.: a slang term for something or someone from El Salvador]

[initials:] *L.R.*

I swear under penalty of perjury that the foregoing is true and correct in accordance with the laws of the

United States and the State of Arizona. Signed on _MARCH 03_, 2016.

[illegible signature]

LUIS MARIO RAMOS MENDEZ

[Handwritten initials and dates have been rendered in _italic script_.]

[The above thirteen-page translation of a declaration by Luis Mario Ramos Mendez, submitted in the matter of the United States of America vs. Alejandro Umaña, is a true and correct translation from Spanish into English, performed to the best of my knowledge and ability. This translation has been reviewed by Mark E. Owens, Administrative Office of the United States Courts Certified Interpreter. Certified on April 5, 2016 by Matthew Connell, Administrative Office of the United States Courts Certified Interpreter.]

[initials:] _L.R._

# Original Spanish Version

# DECLARACIÓN DE LUIS MARIO RAMOS MÉNDEZ

Yo, Luis Mario Ramos Méndez, declaro lo siguiente:

1. Soy amigo de Alejandro Umaña. Nos conocimos en Santa Ana, El Salvador, cuando yo tenía 12 años. Yo también soy de Santa Ana.

2. Conocí a Alejandro y nos hicimos amigos cuando tomábamos clases en la escuela nocturna José Martí en Santa Ana. En ese entonces yo tenía 12 años y estaba en el séptimo grado. Alejandro era cuatro años mayor que yo pero apenas estaba en el tercer grado. Mientras asistía a la escuela nocturna, Alejandro también trabajaba de día como ayudante de repartidor para la Coca Cola. Yo antes asistía a la escuela normal pero me pidieron que me fuera porque me había portado mal. Mi padre quería que tuviera una educación e insistió en que no dejara la escuela. Mi padre me inscribió en el programa nocturno y asistí unos seis meses. Me tomó tiempo pero al fin terminé el octavo grado en otra escuela. Creo que Alejandro nunca completó el tercer grado.

3. Alejandro batallaba con sus estudios. Tenía problemas para procesar y no captaba. Él quería aprender pero le costaba. Traté de ayudarle a Alejandro con su tarea pero se confundía y no entendía lo que trataba de enseñarle. Me decía que no entendía. Alejandro se frustraba y decía que para qué tenía que aprender esas materias.

4. Nuestra diferencia de edad no parecía importarle a Alejandro. No se avergonzaba de tener 16 años y juntarse con un muchacho de 12. De todas maneras, Alejandro actuaba más como un niño de mi edad que de la suya y nos llevábamos muy bien. A mí me hacía sentir cómodo porque él no actuaba como si supiera más que yo.

5. Cuando Alejandro y yo nos hicimos amigos inicialmente, no pertenecíamos a ninguna pandilla. Sin embargo, siempre estábamos muy conscientes de todo el peligro en nuestra ciudad. Me daba miedo caminar por la calle o ir al parque por la violencia en nuestras calles. Desde temprana edad aprendí a cuidarme la espalda y fijarme en mí alrededor. Era importante saber dónde te encontrabas en todo momento y aprendí a confiar en mis

instintos. Había muy pocos lugares seguros, había peligro por todos lados. Incluso en los locales de videojuegos los pandilleros les robaban dinero a los niños.

6. Nos quedaba claro a los que crecíamos en Santa Ana que no contábamos con muchas opciones en la vida. Afiliarse a una pandilla era peligroso pero no afiliarse también lo era. Corríamos el riesgo de que nos mataran si caminábamos por un vecindario de pandilla. Aunque fueras pandillero, tu vida corría peligro si caminabas por un vecindario controlado por otra clica. Unirte a una pandilla al menos te daba algo de protección.

7. Después de la escuela nocturna, Alejandro y yo nos fuimos distanciando poco a poco. Volvimos a ser muy buenos amigos cuando yo tenía 14 años y él 18. Para entonces Alejandro pertenecía a la mara.

8. Alejandro no tenía adultos en su vida que lo cuidaran. Nadie lo orientó ni le inculcó valores. Yo conocía al padre de Alejandro como Enrique. Él vivía en Barrio Gloria con su joven esposa y con Alejandro. A Enrique no parecía molestarle que Alejandro estuviera en la pandilla. ~~Enrique mismo llevaba tiempo metido en las de las pandillas de menores~~ L.R ~~clicas.~~

9. Mi infancia fue muy diferente a la de Alejandro. Mis padres eran cristianos devotos que nos trataban a mis hermanos y a mí como niños que necesitaban orientación y apoyo. Trataron de guiarme por el buen camino. Mi padre me tiraba de la oreja cuando hacía algo que no debía. No quería que me convirtiera en pandillero. Alejandro no tuvo ese tipo de crianza; no tenía familia que lo cuidara. La madre de Alejandro lo abandonó de pequeño y sólo tenía a su padre, al que no le interesaba cuidarlo.

10. Incluso después de unirse a la pandilla, Alejandro seguía actuando como niño pequeño. Le encantaba ver caricaturas y hablaba de ellos todo el tiempo. Sus favoritos eran Tom y Jerry y los Caballeros del Zodíaco. También le apasionaban la música y el dibujo. Pasábamos mucho tiempo junto dibujando y escuchando música.

L.R

11. En El Salvador, los pandilleros son fáciles de identificar por la manera que se visten y hablan. Los pandilleros hablan al revés. Por ejemplo, en vez de decir "revés" dicen "ves – re." Es algo muy común y es la manera que usan para entenderse entre sí.

12. La policía local me acosaba y me golpeaba constantemente por mi asociación con la mara. No era miembro propiamente dicho en aquel entonces, pero me juntaba con los de la pandilla. La policía me paraba sin motivo, me registraban y me esposaba. Si me arrestaban en un área pública, me llevaban a un lugar más privado donde me golpeaban. Era tortura. Todavía tengo la cicatriz de cuando un policía me agarró y me golpeó en la cabeza con el cañón de su fusil. Frecuentemente, la policía tiraban al piso a personas de la mara y los obligaban a decir palabras prohibidas por la pandilla tales como el número 18 delante de otros pandilleros. Hacían eso porque sabían que eso tenía consecuencias serias con otros pandilleros. La policía sabía que aparte de la golpiza que ellos les daban, estos muchachos también iban a recibir otra golpiza de parte de sus homies.

13. La policía torturaba a Alejandro mucho más severamente que a mí. Alejandro era miembro oficial de la mara con tatuajes. La policía golpeaba terriblemente a Alejandro y lo dejaban con visibles moretes y verdugones. Estaba constantemente adolorido porque las golpizas de la policía sucedían con tanta frecuencia. Uno de los métodos de tortura de la policía era golpearte las plantas de los pies. Hubo veces en que Alejandro apenas podía caminar por tener los pies tan golpeados.

14. En El Salvador estuve varias veces en la cárcel juvenil. Aunque no era todavía de la mara, me detenían por dos semanas por asociación ilícita, o sea por estar con otros miembros de la mara. Nos ponían como 50 jóvenes en una jaula, llamadas bartolinas. No nos daban comida por las primeras 24 horas. Después nos daban sólo unos frijoles y una tortilla, nada más. No había una pila, si queríamos agua sólo había una manguera. Dormíamos en el piso con un cartón o un periódico. No había privacidad, hacíamos del baño en un hoyo en la esquina. Hacía un calor insoportable. Estábamos todos encimados en un espacio pequeño. Sé que Alejandro estuvo muchas veces más que yo en cárceles como estas.

L. R

15. Conozco a muchos muchachos quienes murieron torturados por la policía en El Salvador. Los pandilleros no pueden acudir a un hospital después de una golpiza. A algunos pandilleros los golpearon tan severamente que después murieron por hemorragia interna. En el 2003, la policía de Santa Ana emboscó a siete miembros de la mara y los mató a todos. Les pusieron armas en las manos de los cadáveres y dijeron que había sido legítima defensa. Esto le dio a la policía mayor apoyo de la población para perseguir a los pandilleros.

16. En el 2004, empezó en El Salvador la política de la Mano Dura. La Mano Dura era la respuesta del gobierno a la violencia de las pandillas. Esta política tenía el propósito de frenar la violencia de las pandillas pero agravó la violencia en general. El país se volvió aún más peligroso para todos pero especialmente para los pandilleros. La policía buscaba a los pandilleros no para arrestarlos sino para matarlos. A los que como yo éramos solo asociados, aunque no fueran miembros activos, nos arrestaban y nos golpeaban de todas maneras.

17. La policía nos acosaba a mí y a mi familia constantemente. Llegó a tal grado que un día mi hermano menor vino corriendo a la casa y me dijo que la policía amenazaba con pegarme un balazo. Mi padre estuvo presente cuando la policía me paró sin motivo y pretendía llevarme a la cárcel. Mi padre me defendió. Le dijo a la policía que si yo hubiera hecho algo malo él sería el primero en entregarme. Mi padre amenazó con presentar una denuncia si la policía me arrestaba por juntarme con personas que no les gustaban. Los policías decidieron darle una lección a mi padre. Lo arrestaron y lo llevaron a la cárcel. Querían que recordáramos lo impotentes que éramos frente a ellos. Era humillante, pero sabíamos que no había nada que pudiéramos hacer. Mi padre es un hombre cristiano que cumple con la ley. Ir a la cárcel fue una experiencia degradante y difícil para él. No merecía que lo trataran tan mal. Todavía me siento culpable, porque lo único que hizo fue tratar de defenderme.

L.R.

18. En el 2004, Alejandro se dio cuenta que ya no era seguro quedarse en El Salvador. La situación entre las pandillas y la policía se volvió tensa. Alejandro se vio amenazado. Tenía que irse si quería sobrevivir a la policía. Me pidió que lo acompañara a los Estados Unidos, no quería ir solo. Yo decidí ir con él porque pensaba que en los Estados Unidos podía conseguir trabajo y enviarle dinero a mi familia.

19. El viaje de El Salvador a los Estados Unidos estuvo lleno de horrores. Jamás olvidaré las cosas que Alejandro y yo sufrimos y de las que fuimos testigos en nuestro trayecto. Partimos para los Estados Unidos en septiembre del 2004 y no llegamos a ese país hasta un mes después. Alejandro tenía 40 dólares y yo 90. Era todo el dinero que teníamos. Al tercer día cruzamos un río hacia México. Los soldados mexicanos nos pararon y nos quitaron 90 dólares y nuestros zapatos. Nos quedaban solamente 40 dólares para todo el viaje. Gastamos lo que quedó del dinero en un taxi para llegar al poblado y comprar zapatos y un poquito de comida. No sabíamos qué íbamos a hacer y hablamos de regresar a Santa Ana. Éramos jóvenes e ingenuos y decidimos continuar el viaje. Fuimos a la estación de trenes en el pueblo y seguimos a cientos de personas hacia el tren. Se llamaba El Tren de la Muerte.

20. A lo largo de nuestro viaje, Alejandro y yo nos moríamos de hambre y de sed. Nos vimos obligados a pedir comida como mendigos. A veces la gente se compadecía de nosotros y nos daba una tortilla. Otras veces no nos daban nada porque apenas si tenían para alimentarse a sí mismos. Cuando salí de Santa Ana, pesaba unas 150 libras. Cuando por fin llegamos a Los Ángeles, pesaba 130. Bajé al menos 20 libras en ese viaje y se me oscureció la piel de pasar tanto tiempo expuesto al sol. El hambre era insoportable pero peor todavía era la desesperación. Nos sentíamos desanimados y muchas veces temíamos que no íbamos a llegar. En Santa Ana, éramos pobres y no teníamos mucha comida pero al menos tenía a mi familia.

21. Dormimos muy poco durante el viaje. No había horario para saber cuándo llegaban los trenes a las estaciones. No teníamos idea adónde iba el tren ni cuándo iba a parar, así que tuvimos que mantenernos constantemente atentos. Tratamos de seguir la multitud y

L.R

preguntarles a otros para saber cuándo subirnos o bajarnos del tren. Hubo veces en que Alejandro y yo nos subimos a trenes que nos llevaron por el camino equivocado.

22. Alejandro y yo tuvimos que correr rápido para alcanzar el tren y treparnos al techo. Por suerte éramos jóvenes, pues muchos no eran tan afortunados. A veces el tren viajaba a unas 90 millas por hora y tambaleaba de un lado a otro. Algunas personas se cayeron del tren porque se quedaron dormidos y no se agarraban de las barras. Hacía tanto calor en el techo de metal durante el día que calentábamos tortillas en él, pero de noche hacía tanto frío que nos congelábamos. El techo de metal se helaba, se me ponía tieso el cuerpo y se me acalambraban los dedos porque tenía tanto frío. Alejandro y yo sentíamos dolor por el frío. Aun así, los que estábamos en el techo teníamos suerte. Los ancianos, las mujeres embarazadas y los niños que no podían treparse al techo tuvieron que quedarse adentro de los vagones. Adentro no había ventilación y hacía un calor intenso. Oí gritar a la gente desde el interior de los vagones y me di cuenta de que se estaban sofocando. Oímos a traficantes decirles a las mujeres que tenían que tener sexo o las dejaban atrás. Alejandro y yo estábamos furiosos. Pensé en mis cinco hermanas y deseaba poder detener a estos hombres pero sabía que no había nada que pudiéramos hacer.

23. Alejandro y yo vimos a un hombre morir atropellado por el tren. Estaba tratando de subirse al tren para llegar a donde estaba su hijo de siete u ocho años. El padre y el hijo corrían al tren y el padre logró que su hijo se agarrara de la baranda y se quedara en el tren pero el padre se cayó. Cuando Alejandro vio que el hombre se esforzaba, corrió a ayudarle. El hombre se levantó e intentó de nuevo pero no lo logró. Se cayó en las vías debajo del tren. El tren siguió avanzando y arrolló a este pobre señor. Era insoportable escuchar los alaridos del hijo que gritaba por su padre. Pero su padre se había ido y no sabíamos qué hacer más que tratar de consolar al niño. Algún tiempo después, el tren se detuvo y llegaron los oficiales de migración para llevarse al niño desconsolado y huérfano de padre. Alejandro y yo no podíamos creer lo que estábamos viendo. Para nosotros era difícil procesarlo, así que tratábamos de no hablar del tema. De hecho, tratábamos de no hablar de ninguna de las cosas horribles que vimos en nuestro viaje.

L.R.

24. Ni Alejandro ni yo pudimos haber hecho el viaje solos. Nos necesitábamos mutuamente para mantener vivas nuestras esperanzas. Para levantarnos el ánimo, hablábamos de nuestros sueños para el futuro. Yo soñaba con ser un cantante famoso. Tengo una voz aceptable y me encanta cantar baladas y alabanzas cristianas. A Alejandro también le gustaba cantar pero no tenía mucho talento. Se decía rapero. Alejandro se inventaba canciones que no tenían sentido. Al principio le decía a Alejandro que sus canciones no eran muy buenas, pero pronto aprendí a dejar que él creyera lo que quisiera porque sabía que él no iba cambiar de parecer.

25. Una vez que llegáramos a los Estados Unidos, pensábamos ir a Nueva York, donde vivía la familia de la novia de Alejandro. Aunque la novia estaba en El Salvador todavía, estaba embarazada del niño de Alejandro. Alejandro creía que la familia de ella nos ayudaría, pero no estuvieron dispuestos a hacerlo. Cambiamos el plan y nos fuimos a Los Ángeles.

26. Cuando llegamos a Los Ángeles, no teníamos con quién quedarnos. Yo no tenía familia en los Estados Unidos, así que dependíamos de la bondad de desconocidos y de los amigos de nuestros amigos. No podíamos quedarnos en un sólo lugar mucho tiempo, así que cambiábamos constantemente de lugar en lugar. A veces nos dejaban quedarnos en un carro o en edificios abandonados. Alejandro tenía una tía y unos primos que vivían en el área de Los Ángeles, pero no lo recibieron ni lo ayudaron. Aunque estas personas fueron tan amables de ofrecernos un lugar para dormir por períodos breves, no nos sentíamos ni bienvenidos ni cómodos. Estábamos prácticamente sin techo; dependíamos de la bondad de aquellos desconocidos que sabían lo que se sentía al llegar por primera vez a los Estados Unidos.

27. La policía de los Estados Unidos era diferente a la de El Salvador. Cuando yo acababa de llegar a Los Ángeles, estaba parado en la calle Melrose con unos amigos. Vi que una patrulla dio vuelta en U y me eché a correr inmediatamente por temor a que me golpearan y me arrestaran. Los policías corrieron detrás de mí. Me empujaron al suelo y me preparé para que me golpearan, pero no lo hicieron. Me preguntaron por qué había huido y

pensaron que a lo mejor había arrojado un arma. No tenía arma y les expliqué que había huido por temor a que me golpearan. Los oficiales me acompañaron a donde estaban mis amigos, quienes se rieron de mí. Los policías les pidieron que me explicaran que sólo me van a arrestar si creen que hice algo y que no me golpearían.

28. Alejandro y yo reciclábamos latas y botellas para ganar dinero. Caminábamos desde las cinco de la mañana hasta la medianoche buscando latas y botellas entre la basura. Ganábamos muy poco pero era la única forma que conocíamos de ganar dinero. Lo máximo que ganábamos era 50 dólares en un día entre los dos.

29. En uno de nuestros viajes al centro de reciclaje, vimos Fairfax High School. Entramos a la escuela y preguntamos si podíamos asistir a clases. Alejandro y yo tomamos unas pruebas de nivel pero no asistimos a la escuela. Alejandro quería aprender inglés pero batallaba y no aprendía. En Los Ángeles, era imprescindible hablar algo de inglés para sobrevivir. Cuando la gente nos hablaba en inglés, Alejandro me señalaba a mí. Al igual que Alejandro, yo no sabía nada de inglés antes de venir a los Estados Unidos. Aun así, escuchaba y pude adquirirlo rápidamente.

30. Alejandro me decía que quisiera ser inteligente como yo. La gente se burlaba de Alejandro; le decían burro y tonto. Él se avergonzaba, le afectaba y se enojaba.

31. Alejandro y yo logramos conseguir trabajo en un lavadero de carros al frente del centro de reciclaje. Sólo trabajamos allí brevemente pero nos encantaba. Fue nuestro momento más feliz; pensábamos que por fin habíamos triunfado. Comentábamos que mucha gente sueña con lo que nosotros pudimos tener por ese breve momento. Desafortunadamente, el trabajo del lavado de carros no duró mucho.

32. El área donde vivíamos era territorio de la mara. Ellos nos trataban bien y nos daban comida. Sinceramente pienso que si Alejandro y yo hubiéramos caído en otro lugar y si no hubiéramos estado con tantos maras, nuestras vidas habrían sido diferentes. Pero

L. R

estábamos en un país extranjero y no teníamos quién nos ayudara más que la mara. Durante este tiempo, cuando tenía 18 años, yo me hice miembro de la pandilla.

33. Alejandro no era líder de la mara. En los Estados Unidos la gente ni siquiera lo conocía porque estuvo aquí por tan poco tiempo. No era el que daba las órdenes.

34. Cuando llegamos a Los Ángeles, Alejandro tenía 22 años. Aunque era adulto, seguía actuando como niño. Seguía viendo caricaturas y sus películas favoritas eran Shrek y Buscando a Nemo. Veía Buscando a Nemo una y otra vez. No se cansaba de verla y se reía como si fuera la primera vez que la veía. A Alejandro le gustaba pasar el tiempo con muchachos más jóvenes del barrio que andaban en patineta. Ellos tenían unos 15 años. Alejandro no parecía darle importancia a la diferencia de edad. Contaba chistes infantiles en momentos inapropiados.

35. Aunque Alejandro tenía novia, no parecían interesarle mucho las mujeres, lo cual era raro para un muchacho. En Los Ángeles había muchas muchachas de la mara a su disposición. La mayoría de nosotros pensábamos mucho en ellas, pero Alejandro no parecía estar interesado en otras mujeres.

36. La novia de Alejandro, y la hermana de ella al final vinieron de El Salvador a Los Ángeles. La novia tal vez era más joven que yo y al igual que Alejandro, parecía muy aniñada. Aunque se llevaban bien, no parecían tener mucha relación de pareja. Cuando ella estuvo en Los Ángeles, Alejandro no pasaba tiempo a solas con ella. Insistía en que yo me quedara con él para mostrarme sus dibujos o hablar de los caricaturas.

37. Algo estaba mal con el cerebro de Alejandro; tenía discapacidades. Era como que el desarrollo de su cerebro se hubiera estancado a temprana edad. Alejandro era muy simple y no analizaba las cosas. La gente que conocía a Alejandro se daba cuenta de que algo andaba mal con él. Preguntaban qué le pasaba y decían que parecía faltarle un tornillo.

38. La gente pensaba que Alejandro era raro. Él tenía una realidad diferente a la nuestra. Alejandro señalaba la pared o una mesa y nos preguntaba si veíamos lo que él veía. Nadie más veía lo que él veía pero Alejandro insistía en que lo que veía era real. Quería que viéramos lo que él veía. Alejandro agarraba papel y lápiz y dibujaba lo que veía. Yo no veía las cosas que él veía. Era importante para él mostrarme lo que veía. A veces yo veía que Alejandro miraba fijamente a la pared y que hablaba solo. Parecía hechizado. Después me dijo que hablaba con un ángel o con el demonio.

39. Yo sabía cuando Alejandro estaba en su mundo porque a veces hacía gestos y hablaba solo. Otras veces se paseaba de aquí para allá una y otra vez. También a veces se quedaba ido, como pensativo.

40. Alejandro oía voces, veía apariciones y tenía sueños que según él eran reales. Aprendí a aceptar esto en Alejandro y no lo contrariaba. Me dijo que oía voces de ángeles, de demonios o de Satanás dependiendo de lo que dijera la voz. Una vez cuando caminábamos al centro de reciclaje, Alejandro se detuvo y me preguntó si había oído algo. Él había oído una voz diciéndole que teníamos que ir a la izquierda en vez de seguir derecho. A pesar de que doblar a la izquierda significaba que íbamos a tardar más en llegar a nuestro destino, accedí porque había aprendido que era inútil tratar de convencer a Alejandro de lo contrario. Otro día Alejandro y yo vimos muchos cuervos en la calle y en las líneas telefónicas. Alejandro me preguntó si sabía lo que significaba ver los cuervos. Bromeé que significaba que había muchos pájaros. Alejandro no entendió el chiste y estaba convencido de que las aves eran una señal de que teníamos que agarrar otro camino.

41. Alejandro tenía sueños que no entendía y se obsesionaba por encontrarles algún significado importante. Cuando sucedía algún evento en el mundo, Alejandro creía haberlo previsto. Creía que sus visiones y sus sueños eran cosas que realmente sucedían. Creía que esto era normal y no importaba cuántas personas le dijeran que sólo era su imaginación; no había forma de convencerlo. Creía en su realidad.

42. Alejandro no tomaba alcohol ni consumía drogas aparte de la marihuana. Las voces y las visiones se le intensificaban cuando fumaba marihuana.

43. Alejandro era muy generoso con lo poco que tenía. Siempre que tenía dinero, y nunca era mucho, enseguida lo regalaba. Por ejemplo, una vez ganó 100 dólares por participar en un programa de televisión llamado José Luis Sin Censuras, y estaba muy contento. Si bien necesitábamos el dinero nosotros mismos para no pasar hambre, Alejandro inmediatamente le envió 40 dólares a su padre en El Salvador, y le dio 30 dólares al muchacho que a veces nos dejaba dormir en su casa. Esto lo dejó con sólo 30 dólares que no alcanzaba para mucho.

44. A Alejandro le encantaba jugar al fútbol y bailar. Tenía habilidad para las dos cosas. Eso le daba mucha alegría y lo ponía orgulloso de su habilidad.

45. Cuando Alejandro fue arrestado en Carolina del Norte, yo estaba en la prisión en California. De repente, me trasladaron a la cárcel del condado de Mecklenburg en Carolina del Norte. Estuve ahí un largo tiempo sin saber por qué.

46. Mientras estuve en la cárcel del condado de Mecklenburg, varios maras me preguntaron por qué estaba allí. También le preguntaron a René Arévalo, mi co-acusado de California, por qué estaba allí. Nos enteramos que Alejandro estaba recluido en la misma cárcel. Yo no supe qué decirles porque no tenía idea por qué estábamos allí.

47. Finalmente una fiscal vino a verme con un intérprete y otro hombre. El intérprete era un detective que yo reconocía de Los Ángeles. Los fiscales me visitaron más o menos cuatro veces mientras estuve en McKlenburg. La fiscal quería que yo declarara contra Alejandro, pero les dije reiteradamente que no. Le pedí protección a la fiscal, pero ella dijo que no recibiría protección si no cooperaba.

48. Parecía que la fiscalía nos puso intencionalmente a René Arévalo y a mí en la cárcel del condado de Mecklenburg para intimidarnos para que cooperáramos. Yo no entendía por

qué nos pusieron en la misma cárcel con todos los maras en el caso de Alejandro. Incluso los fiscales se reunieron con René en un cuarto de visitas a la par de donde estaba Alejandro recibiendo visita. Alejandro y Arévalo se toparon el uno con el otro. Era como si la fiscalía estuviera armando las cosas para obtener el resultado que buscaban. Yo les dije a los fiscales y a los investigadores que estábamos en peligro sencillamente por estar en Carolina del Norte ya que no teníamos una causa en contra nuestro en ese estado.

49. No teníamos protección alguna y estábamos rodeados de maras que estaban obligados a seguir las reglas de la mara. Cuando un par de maras me dieron una golpiza, la fiscal me preguntó si ahora estaba dispuesto a cooperar. Dijo que podía ponerme en prisión federal, reducir mi tiempo y ofrecerme protección. Me dijo que si no cooperaba, corría el riesgo de estar en mayor peligro de Alejandro. Yo le expliqué a la fiscal que esto no tenía nada que ver con Alejandro, sino que sencillamente tenía que ver con las reglas de la mara. Las reglas son las reglas. Si Alejandro trataba de protegerme, él estaría en peligro. Después del incidente, finalmente me trasladaron a una cárcel local diferente y nunca volví a hablar con los fiscales.

50. Esperé que el equipo de la defensa de Alejandro hablara conmigo, pero nadie de su equipo vino a verme en ningún momento, ni antes ni durante su juicio.

51. Actualmente estoy encarcelado en la prisión estatal. He estado preso desde el 2006. Desde entonces, me he esforzado mucho por mejorar y cambiar mi vida. Aprendí a hablar inglés con fluidez, obtuve mi GED y completé cursos de carrocería y soldadura. Una vez que salga de la prisión espero regresar con mi familia y tener un futuro mejor. Me he salido de la pandilla. Espero poder quitarme los tatuajes de pandilla algún día. Tengo la palabra "Mara" tatuada en uno de los antebrazos y la palabra "Salvatrucha" en el otro. La prisión en la que me encuentro no ofrece eliminación de tatuajes.

52. Estoy clasificado en prisión como ex-pandillero. Fue un largo proceso y me trasladaron a varias prisiones de California. Tuve que demostrarles a los guardias que tomaba en serio esto de no estar afiliado a la pandilla. En la prisión, uno está obligado a seguir las reglas

de la pandilla. Si alguien te dice que escondas una cuchilla, tienes que esconder una cuchilla. Si te dicen que le des una golpiza a alguien, tienes que darle una golpiza a esa persona. Uno sigue las reglas para sobrevivir. La mayoría de los pandilleros quiere salir de la pandilla, pero el proceso es muy largo y difícil. Por haber dejado la pandilla, tengo algunas libertades adicionales y puedo hablar con reclusos de todos los grupos étnicos. Yo valoro esta oportunidad de llevar una vida distinta.

53. Nadie que haya representado a Alejandro durante su juicio se puso en contacto conmigo. Si se hubieran puesto en contacto conmigo durante el juicio de Alejandro, yo hubiera aportado la información que se incluye aquí.

54. Vinieron a verme personas que trabajan en la causa de apelación posterior a la sentencia condenatoria de Alejandro. Yo les relaté todo tal y como lo recuerdo. Yo no escribí esta declaración pero la he leído con detenimiento y contiene lo que le dije a las personas del equipo de apelación cuando hablaron conmigo.

Juro bajo pena de perjurio que lo expuesto anteriormente es cierto y correcto según las leyes de los Estados Unidos y el Estado de Arizona. Firmado el O3- DE MARZO de 2016.

_____
LUIS MARIO RAMOS MÉNDEZ

# APPENDIX 113









# APPENDIX 114

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|---|---|---|---|---|
| Supplement | 5 | 06/12/2003 | Approved | 20030602-1400-01 |

### NARRATIVE

| Type: | Additional paper supplements/statements? |
|---|---|
| Public Release | No |

| Reporting Officer: | Entered Date/Time: |
|---|---|
| M F ANDERSON     009476 | 06/02/2003  1753 |

**R/P states that listed suspects approached him and threatened him, each while brandishing a firearm. Suspects fled when listed witness stepped outside and saw them.**

Case 3:16-cv-00057-MOC     Document 69-4     Filed 02/22/18     Page 52 of 69

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|---|---|---|---|---|
| **Supplement** | **5** | **06/12/2003** | **Approved** | **20030602-1400-01** |

### NARRATIVE

| Type: | Additional paper supplements/statements? |
|---|---|
| **Confidential** | **No** |

| Reporting Officer: | Entered Date/Time: |
|---|---|
| **M F ANDERSON     009476** | **06/02/2003 1803** |

R/O was dispatched to an armed person call at ██9 ██████d ████, ██. #B. The apartment is in the ███████te ██████████s, ███t █f █████hs ███d ████d ████ ██h █f ████████d ██. The victim's particular building is on ████████d ████, ████████o █████hs ███d ████.

The listed victim lives in Unit B with his girlfriend ████████ listed witness), their newborn baby, his mother (listed witness, ████████████) and numerous other individuals. The family advises they were frightened by today's events, and are expediting their plans to move to ██2 ██████'s █████t in ████████. The family advised they are moving out tonight and can be contacted at that new address from this point forward. The home phone number listed for the individuals is a mobile number that they will retain at the new address.

The victim stated he was sitting out on his steps when the three suspects approached him, each with a handgun. A moment later, the victim's mother -- ████████████ -- stepped outside, carrying laundry to the laundry room.

Suspect #1, brandishing the above-described revolver, said to them in Spanish, "My name is Perverso, I'm looking for ████████ Maldonado. I'm going to kill him."

Officers later ascertained that "Perverso" is known to be Lenin Eduardo Martinez, listed suspect #1.

The suspects fled the scene toward the direction of a known MS-13 gang hangout ████ ██████████w ████████ a few buildings over. The witness ████████ said she knows they often hang out at that apartment building, occupied by an Hispanic female named ████. Witness ██ advised that ███'s baby's daddy is an MS-13 in jail for murder. She advised the boyfriend subject's name is "Duende" and that his name is "Noel Angel _____" with the final name unknown.

I checked the area around the victim's apartment, and found extensive MS-13 graffiti in the laundry room adjacent to their unit.

R/O then went to the apartment management office and spoke with two employees. Officer described the subject ████ and the general location of her apartment, and the employees identified the leasee as ████████. Her information, gathered from the lease agreement, is listed below.

██████████████████████████

The management also identified a vehicle belonging to ████████

Older-model ██████████
Bearing fictitious ██████████
VIN: ██████████████4

R/O inquired if management recognized the name ████████ Maldonado. They advised their were two Maldonado tenants staying at ███████e ███████████s, but did not recognize the first name of ████████ Beside my notes of the name Maldonado, I have written ██ & ██1 ████████ew ██ – I assume these are the apartments occupied by Maldonado subjects, but cannot recall for certain.

At this time, R/O contacted Sgt. Miller via telephone and explained what I had: An assault by pointing a gun, with some loose information that three suspects may have fled into ██3 ████████w █████, an apartment known to be occupied by MS-13 affiliates. The apartment employees said they thought they saw numerous individuals peeking out of the blinds at that address.

Sgt. Miller said he would contact Homicide Detective Osorio and get back to me. While I was waiting for that return call, I saw an Hispanic male subject approach a vehicle (white full-sized van) rom the vicinity of that apartment ███ ████████████. The male subject had a white tanktop on and a white hat. I approached him, made voluntary contact,

Case 3:16-cv-00057-MOC     Document 69-4     Filed 02/22/18     Page 53 of 69

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|---|---|---|---|---|
| Supplement | 5 | 06/12/2003 | Approved | 20030602-1400-01 |

and checked 29's on him and two other individuals in his apartment -- which turned out to be ██1 ██████w, an apartment adjacent to 203. The subjects all had longer hair (the suspects all had shaved heads), and came back negative 29's. Officer ruled them out as suspects. These individuals were:

██████████████

█████0

███████

When I jumped out with these individuals, I requested a second unit and Officer T.R. Stottlemyer arrived to back.

A few minutes later, Sgt. Miller and Sgt. Robinson arrived on scene. Sgt. Miller arrived with a seven-mugshot lineup, all of MS-13 members wanted in connection with murder cases. He also had a single-photo printout of suspect #1, identified as "Perverso" by Homicide Detective Osorio.

We decided to show these photographs to the listed victim -- knowing it would not qualify as a valid lineup, but hoping it might give us knowledge of who was possibly holed up at ██3 ██████w, so we could coordinate our entry.

The victim was not at home, nor were either of the two witnesses.

I then took the photographs to the apartment management office; the aforementioned employees stated that they had seen two individuals off the sheet frequenting the PVA in front of ██████w. They identified:

Fidel Martinez
████████

Julio Ramirez
████████ ██████

Officers on scene then decided to conduct a knock and talk and hope to voluntarily F.I. anybody in the apartment. While we prepared to do this, an ATF agent monitoring our traffic on the radio requested my phone number and telephoned me. I briefed him on what we had and he advised that he was en route. When he arrived, after our contact in the apartment, he gave me his card identifying him as Andrew J. Cheramie, of the Carmel Rd. office of the ATF.

Officer Stottlemyer, Sgt. Miller, Sgt. Robinson and I then approached the door and knocked. ████████ met us at the door, we requested permission to speak with her and search her apartment. She granted both. We cleared the apartment and found no one else to be there except her newborn baby. Sgt. Miller later advised me that he had seen two trap doors leading into the attic with evidence that one of them might have been recently used. We asked her if subjects were hiding in the attic, she denied that they were. Sergeants on scene decided against calling K-9 and searching so as not to "spook" ████ any further.

████ agreed to sit and speak with us. She advised that her boyfriend was a victim at Copperhead Island, but that he is currently incarcerated on other murder charges. She told me she did not know what murder charge he was arrested on.

I asked her if she knew "Perverso"; she stated that she had contact with him once since her boyfriend was arrested. She stated she drove him to an apartment building on Eastway where two subjects "Moke" (unknown on spelling) and "Solo" live. She hedged on her answers and did not appear fully cooperative.

In an attempt to pressure her some, I then told her that witnesses had seen three Hispanic males run into her apartment earlier today. She denied it, saying only her cousin had visited earlier. She did not provide his name.

I then asked her if she knew ████████ Maldonado," the person that "Perverso" stated he was going to kill. She said that she did not.

I showed her the lineup of mugshots and asked her why witnesses had stated that suspects Martinez and Ramirez

Case 3:16-cv-00057-MOC    Document 69-4    Filed 02/22/18    Page 54 of 69

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|---|---|---|---|---|
| Supplement | 5 | 06/12/2003 | Approved | 20030602-1400-01 |

had been hanging around her apartment. She stated that they would not be, that they had been the ones that attacked her boyfriend and the others at Copperhead Island. When I told her (I was just guessing) that these two guys had been seen around here, she grew extremely worried and muttered something about a girl.

I pressed her for information but she would not give me any further except that her boyfriend had called her from jail and said something about a girl. She would not advise any further. But then she gave me the name ███ ' and advised she lives in █████████ (Unknown Letter) off Kingsford. It is unknown whether this is the "girl" she spoke of a minute earlier. The 105 units (there are four to six, identified by letters) are in the same building as the ███ unit where my victim was threatened with the gun. She said ████ phone number was 7██████7.

████ also told me that she went to West Charlotte H.S. with █████████ and said that he was very smart and cunning. She also pointed at █████████ photograph and said she knew he had a cousin who lives in Arborgate.

At this point, Sgt. Robinson motioned for me to leave -- we stepped outside and spoke with ATF Agent Cheramie, who had arrived on scene.

He said he know of trouble at ██5██████d, he believed at Unit C, with a subject "Victor something" (street name "El Gordo"). I checked with the apartment management and they said 105-C is leased to:

████████

SSN: ████████
NC OLN: ██████
Previous Address: ████████████████
Employer: ██████████████

Again, we are not certain this is the unit that my suspects were looking for -- only that it is possibly connected to MS-13 activity.

I photocopied the "Wanted" mug shots and gave to the apartment employees that I had spoken with earlier: █████ ██████████████████, █████████0. I had dealt with Ms. ████████ earlier -- she is very jumpy, and on a previous call had jeopardized officer safety by inadvertently tipping off a tenant that we were en route to check on. She was "frazzled" and stated that she was just trying to help. I spoke with her, on that day and again today, about the importance of keeping quiet and not jeopardizing our safety or investigation -- but still, we should assume that our investigation is being talked about.

R/O then returned to the office to complete this report. Complaint numbers will be forwarded to Detective Osorio in homicide for review.

Case 3:16-cv-00057-MOC    Document 69-4    Filed 02/22/18    Page 55 of 69

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|---|---|---|---|---|
| Supplement | 5 | 06/12/2003 | Approved | 20030602-1400-01 |

**NARRATIVE**

| Type: | Additional paper supplements/statements? |
|---|---|
| Confidential | No |

| Reporting Officer: | Entered Date/Time: |
|---|---|
| M F ANDERSON    009476 | 06/12/2003  2054 |

Magistrate Little issued warrant on suspect #1, Lenin Eduardo Martinez, for assault by pointing a gun at 2005 hours on today's date. Repository number #03023639.

Case 3:16-cv-00057-MOC     Document 69-4     Filed 02/22/18     Page 56 of 69

# APPENDIX 115

**Officer/Internal Incident Report**
**Confidential Law Enforcement Data** scanned.

| Document: | Document# | Document Date: | Document Status: | Complaint #: |
|---|---|---|---|---|
| **Initial** | **1** | **02/26/2004** | **Approved** | **20040213-1302-01** |

## NARRATIVE

| Type: | Additional paper supplements/statements? |
|---|---|
| **Confidential** | |

| Reporting Officer: | Entered Date/Time: |
|---|---|
| **D L JESTER    001693** | **02/26/2004  1836** |

On 13 Feb 2004, this Officer conducted a knock and talk at ▮▮▮▮▮▮▮ in reference to known gang activity and heavy foot traffic. ▮▮▮▮▮▮▮ lives at this location. The resident's husband was deported in Operation Fed Up back in October of 2003. He is a member of the MS 13 Gang. ▮▮▮▮ continues to hang out with and admitts to dating several of the MS 13 members. I saw several subjects standing in the open door way of the apartment that are known to also be MS 13 members. We arrested ▮▮▮▮▮▮▮ at this location after checking local warrants. He had two outstanding warrants and he is also a known MS13. We knew that he had outstanding warrants.

After securing Mr ▮▮▮ I began speaking to ▮▮▮▮▮▮ who was in side the apartment. I asked for consent to search him and he said, "Fine" and put his hands up. I found a small clear baggie in his right watch pocket with white powder substance inside. I also found a large throwing knife and a stun gun in his front left pocket. I found a pack of rolling papers in his front left pocket. He is also believed to be an MS 13 member.

# APPENDIX 116

### Officer/Internal Incident Report
### Confidential Law Enforcement Data

| Document: Supplement | Document# 5 | Document Date: 11/15/2004 | Document Status: Approved | Complaint #: 20040428-2257-00 |
|---|---|---|---|---|

## NARRATIVE

| Type: Confidential | Additional paper supplements/statements? |
|---|---|

| Reporting Officer: W C HASTINGS 002232 | Entered Date/Time: 04/30/2004 1108 |
|---|---|

On 4/28/04 at approximately 2250 hours while working off duty at ▮▮ ▮▮k▮▮▮▮▮▮▮s located at ▮▮▮ ▮▮k ▮▮ ▮▮▮▮y ▮▮▮ I observed a white Mercury Cougar with a black bra on the front pull into the parking lot. I watched the vehicle pass me observing dark tinted windows and a blue license tag cover concealing the tag.

I initiated a stop at ▮▮9 ▮▮▮▮in ▮y inside ▮▮e ▮▮k▮▮▮▮▮▮s. Walking up to the vehicle I observed a child located in the backseat not buckled in and two occupants in the front seat. When I confronted the driver I observed what appeared to be a Hispanic man advising he could speak little English. The entire time the drives right hand stayed toward the front of the seat. The driver advised he didn't have his license on his person but gave the name of Felipe R. Gaytan. Through NC DMV I observed a Felipe Ramos Gaytan that showed a control number through NC DMV. At that time Mr. Gaytan was pulled out of the vehicle and arrested for a warrant showing with the name of Felipe Ramos Gaitan DOB ▮▮▮▮for Assault on a female. The victim in that case was ▮▮▮▮▮▮▮▮ and Mr. Gaitan advised that was his wife.

Through search incident to arrest four individually wrapped bags of what appeared to be powder cocaine in the center consol of the vehicle weighing out to 5.3 grams, 9mm Ruger semi automatic handgun black in color under the driver's seat. Inside the gun was a magazine with three rounds and the extra magazine attached to the holster had five rounds inside it. No round was found in the chamber. A marijuana joint was found under the passenger seat of the vehicle where a ▮▮▮▮▮▮▮▮ DOB▮▮▮▮was sitting.

Ms. ▮▮▮▮▮ given a warning at that time pending her proving her identity by use of the Mecklenburg County Sheriffs office PID system. Ms. Lopez was fingerprinted and photographed and taken to get her daughter at a friends residence located ▮▮▮▮▮▮▮▮▮▮ taken to ▮▮▮▮▮r at her request.

When Mr. Gaitan was asked about the marijuana cigarette he advised he had a gun in the car. The reason Mr. Gaitan was asked about the marijuana cigarette and nothing else was at the request of Detective Tim Jolly #712 who is assisting Andrew Cheramie with ATF on an investigation that Mr. Gaitan was involved with. Detective Jolly advised to charge the Gaitan subject with just the warrant or NOL and turn the evidence of drugs and guns into property control for charges at a later date.

While searching the vehicle a check was found made out to Felipe Ramos Gaytan by Simon Roofing and Sheet Metal Corporation who he apparently worked for at this time.

Officer Matt Johnson transported Ms. ▮▮▮▮ to intake for PID, then her residence and turned in the property at the Law Enforcement Center. Officer R. Martin transported Mr. Gaitan to intake and served the warrant outstanding.

Charges that are still pending DA approval are:

P/W/I/S/D Cocaine

Carrying a Concealed Weapon

Case 3:16-cv-00057-MOC    Document 69-4    Filed 02/22/18    Page 60 of 69

# APPENDIX 117

| Document:<br>**Narrative Supplement** | Document#<br>**17** | Document Date:<br>**04/08/2005** | Document Status:<br>**Approved** | Complaint#<br>**20050109–0203–00** |
|---|---|---|---|---|

**NARRATIVE:**

Type:
**INTERNAL**

| Reporting Officer:<br>**WARD JR, WILLIAM E (000591)** | Entered Date/Time:<br>**04/08/2005 1500** |
|---|---|

to have to talk to Mr. ███.

We attempted to talk to ██████████████ at 5:14 a.m. He didn't speak any English. I ran both subjects through our local system with negative results.

Officer T. L. Archer arrived at the station with victim ████████ from CMC. Officer Archer gave me the paperwork from CMC on Mr. ████ He informed us that Mr. ████ speaks good English and he handed me a one page statement from Mr. ████. I spoke to Detective Koch and he said he was headed to the station with one of the victim's from Presbyterian Hospital and that the other victim was going to be admitted. He would fill us in once he arrived at the station.

Detective Koch arrived with victim ██████████████. He had a two page statement from ██████. Detective Koch went through what he had learned from the victim's he was able to talk with. I told Detective Koch that we had the vehicle owner and his brother down at the station. We had attempted to talk to them but their English and our Spanish was limited. I explained that they arrived at the scene after the shooting occurred according to the officers that brought them to the station.

I started to set up the case file while Detective Koch spoke to ██████ and ██████. Detective Jolly wanted to take pictures of the subjects at the station. Jolly later informed me that ██████ was the only one with tattoos the other subjects didn't have tattoos. Detective Jolly gave me a picture of ██████ and ██████ and I filled them. Jolly also had a mug shot of ██████ that was identified by victim ██████. I called the return number that was listed on the crime stoppers call in. I placed the call to number ██████ and left a voice mail message for Mike the caller.

I assisted Detective Brad Koch with the interview of victim ██████. We entered the room at 7:22 a.m. Detective Koch interviewed ██████ in Spanish because his English was limited. I stepped out at 7:40 a.m. At 7:50 a.m. I took a picture of ██████ and completed a hospital release form and gave it to Detective Koch so he could go over it with Mr. ████.

At 8 a.m. I entered the room where ██████ was and had him sign a hospital release form so we could get his hospital records. We collected buccal swabs from Mr. ██████. Mr. ██████ wanted to smoke so an officer took him downstairs. Detective Koch collected buccal swabs from ██████. I collected them from Detective Koch at 8:31 a.m. I dried them, packaged them and turned them into property under control number 737.

I started to work on the case synopsis and was informed that ATF Cheramine was going to talk to his CI and see if anyone had heard anything concerning this case. Detective Koch and I drove to the Disco Rodeo and drove around the business. The Disco Rodeo is the old Palomino Club next to Home Depot. We drove over to Home Depot at ██████. We went inside and spoke to the manager ██████ We asked him if they had any

Case 3:16-cv-00057-MOC    Document 69-4    Filed 02/22/18    Page 62 of 69

# APPENDIX 118

| Document:<br>Initial | Document#<br>1 | Document Date:<br>07/23/2007 | Document Status:<br>Approved | Complaint #:<br>20070719-2011-00 |
|---|---|---|---|---|

**NARRATIVE**

| Type:<br>**Confidential** | Additional paper supplements/statements?<br>**Yes** |
|---|---|
| Reporting Officer:<br>**W C HASTINGS    002232** | Entered Date/Time:<br>**07/23/2007  1842** |

**On 7/19/2007 an undercover buy was set up between "sixteen" a leader of the local set of MS13 and a undercover officer.  The undercover officer was ▮▮▮▮▮▮ from the Gastonia Police Department and assigned to the FBI Gang Task Force.**

**Further information related to this case is in FBI Case File# 281C-CE-92434.**

**All information related to this buy should be considered confidential and not in view of CMPD Sworn until investigation is over related to this particular group.**

# APPENDIX 119

Case 3:16-cv-00057-MOC    Document 69-4    Filed 02/22/18    Page 65 of 69

| Document:<br>**Narrative Supplement** | Document#<br>6 | Document Date:<br>**12/14/2007** | Document Status:<br>**Approved** | Complaint#<br>**20071130-2110-00** |
|---|---|---|---|---|

**NARRATIVE:**

| | | |
|---|---|---|
| Type:<br>**INTERNAL** | | |
| Reporting Officer:<br>**HASTINGS, WILLIAM C (002232)**<br>Office: ██████ | Section:<br>**75–CRIMINAL INTELLIGENCE** | Entered Date/Time:<br>**12/14/2007 0844** |

**This case is pending US Attorney prosecution in reference to an ongoing MS13 investigation.**

Case 3:16-cv-00057-MOC    Document 69-4    Filed 02/22/18    Page 66 of 69

# APPENDIX 120

| Document:<br>Initial | Document#<br>1 | Document Date:<br>12/14/2007 | Document Status:<br>Approved | Complaint #:<br>20071212-1418-00 |
|---|---|---|---|---|

## NARRATIVE

| Type:<br>**Confidential** | Additional paper supplements/statements? |
|---|---|

| Reporting Officer:<br>W C HASTINGS 002232 | Entered Date/Time:<br>12/14/2007 1009 |
|---|---|

On 12/12/2007 at approximately 1415 hours SWAT initiated a search warrant at ▉▉6 ▉▉n ▉▉▉h ▉▉▉t off information that was obtained by the CMPD Gang Unit of a known MS13 gang member residing the listed address wanted for two counts of 1st Degree Murder and Cocaine Possession. After SWAT made entry five individuals were found to be inside the residence including the suspect wanted for Murder.

At that point the residence was released to Detectives Lopez and I to interview the remanding four individuals inside the residence after Officer Propst arrived to take the murder suspect to the Law Enforcement Center to wait for Greensboro Police Department for an interview. Crime Scene was called to photograph and seize a 45 caliber handgun, ammunition and a brown jacket. The four individuals were found to be illegal and Sgt. Donn Belz on scene advised to call Immigration and Customs Enforcement to see if they would be able to assist and interview the four individuals. After several phone calls I made contact with Joan the supervisor and she advised that two agents would be on the way immediately.

Crime Scene Michelle Scheuerman arrived and was briefed on what was needed to be photograph and collected. Scheurman advised that she would need supervisor approval to collect the evidence due to it being an out of county homicide case. At that point I was standing beside the van waiting on her supervisor to call back to answer any questions regarding the case. When I observed an older model Honda Accord displaying ▉▉▉▉▉▉7 occupied two times traveling down Glen Robin Court approaching the residence at a very slow speed. At that point I advised Detective Carlos Lopez of the vehicle approaching and Officer Handy that was sitting in his patrol vehicle behind the Crime Scene van. CSS Scheuerman observed the vehicle approaching and exited the van getting near the residence. As the vehicle passed I observed a Hispanic female in the passenger seat and a Hispanic Male known to me as '▉▉▉▉' (▉▉▉▉▉▉▉▉▉▉▉) a known MS13 gang member driving that is known to commit violent acts and was with the murder suspect the night prior (12/11/07) to the warrant being served. The vehicle also had a broken vent window in the back driver's side door. The vehicle went to the end of the road and turned around still driving very slow and the driver ▉▉▉▉▉▉ slouched down in the seat.

When the vehicle made it near the residence again I stepped in front of the vehicle wearing blue jeans, polo shirt with my badge visible on my waist and Police credentials hanging from my neck motioning the vehicle to stop and Officer Handy in full uniformed approached the passenger side the vehicle. The driver stopped the vehicle and I approached the driver's side of the vehicle and asked the driver to turn the engine off. The driver (▉▉▉▉▉▉) complied. I then opened the door and grabbed his left wrist and left shoulder asking him to exit the vehicle. ▉▉▉▉▉▉ hesitated saying "ok" and I asked again for him to exit the vehicle and from his motion it appeared that he was pulling back not wanting to comply. After three times of advising him to exit the vehicle I pulled him out of the vehicle holding his left wrist and shoulder placing him on the ground. Officer Handy assisted when ▉▉▉▉▉▉ was on the ground grabbing his right hand. ▉▉▉▉▉▉ was handcuffed for safety and investigative detention purposes due to gang membership and the violent nature and possibility of any act toward Law Enforcement be committed due to recent threats toward Law Enforcement from MS13. I had received information the night prior that ▉▉▉▉▉▉ was with the murder suspect and the plans that he had were unknown and making the area unsafe for the Police and the community. When I had ▉▉▉▉▉▉ stand up I asked him if anything was in the vehicle and he advised "nothing just in the trunk". I had ▉▉▉▉▉▉ standing at the back of the vehicle patting him down for weapons when the trunk opened by Detective Lopez after searching the lunge area of the vehicle. ▉▉▉▉▉▉ was asked what was in the trunk and that is when he turned his body and pointed with his hand to the opposite side of the trunk. Detective Lopez pulled out a bong used to smoke different types of things. ▉▉▉▉▉▉ then looked at me and advised "I use it to smoke weed". At that point he advised that he hand was hurt and I observed a small abrasion on his right palm. ▉▉▉▉▉▉ was placed in the backseat of Officer Handy's patrol vehicle for safety purposes. The vehicle was then moved to the side of the street and ▉▉▉▉▉▉ asked what was going to happen with the vehicle and I informed him that we could have it towed or it could be left here on the side of the street he would just have to come back and pick it up later. ▉▉▉▉▉▉ advised he wanted to leave the vehicle on the side of the road.

I then returned back to the residence due to Sgt. Belz being left inside the residence with four subjects (two male and two female) that were either members of MS or affiliates. All were interviewed with Immigration and either Detective Lopez or I present. Two more cell phones were seized by myself and confirmed with Crime Scene that everything was completed that needed to be done. The intentions of entering the residence again was to get the warrant service completed and wrapped up to exit the area not knowing who else might show up or if someone called more gang members to the area. The female passenger in the vehicle gave the name of ▉▉▉▉▉▉ DOB ▉▉▉▉▉(18) with a residence in Hempstead, New York. Rivera was let go and she advised that she would catch the

Case 3:16-cv-00057-MOC   Document 69-4   Filed 02/22/18   Page 68 of 69

| Document:<br>Initial | Document#<br>1 | Document Date:<br>12/14/2007 | Document Status:<br>Approved | Complaint #:<br>20071212-1418-00 |
|---|---|---|---|---|

bus. Later in interviews at the Law Enforcement Center it was advised that she could be a runaway from Durham County.

███████████ was placed in the back of Officer Handy's vehicle to be transported to the Law Enforcement Center for Immigration and Customs Enforcement and ████████ was transported by Detective Lopez and I was following him for safety and liability reasons. The residence was left with the owner ████████████ DOB ████(███████4). My intentions were to advise Sgt. Donn Belz of the minor abrasion on █████'s hand at the residence. After leaving the scene and asking Officer Handy to take ██████ to intake I didn't remember until I was advised at the Law Enforcement Center that intake was calling for him to be evaluated at the hospital. Immediately I asked who the supervisor on duty in the Eastway Division was knowing Sgt. Belz had already left for the evening. Officer Handy advised Sgt. Cardaci and gave me a cell phone number to contact him. I then called Sgt. Cardaci advising him of the incident and Officer Handy was going back to intake to transport him to the hospital.

I then followed up on interviews and assisted Greensboro Police Department in gathering the information they needed to finish up the case. The evidence was turned into property control by Crime Scene and I turned in the two cell phones I seized and the marijuana bong that was confiscated from ███████s vehicle.

Case 3:16-cv-00057-MOC   Document 69-4   Filed 02/22/18   Page 69 of 69