# APPENDIX 160

| **Coversheet and Instructions for Jail Correspondence** | ID#_____ |
|---|---|
| EACH INIVIDUAL LETTER MUST HAVE<br>THIS COVERSHEET COMPLETED<br>AND ATTACHED TO FRONT WITH<br>PAPERCLIP. | Entered on master by_____<br>Date: ___/____/____<br>[Please <u>do not write</u> in this section] |

Case number: <u>245D-CE-92434</u>

Date of postmark____/_____/____

Sender [supply address and/or PID]

Date of letter   **12 / 21 / 09**

_____Umana_____

[If unknown date, approximate
    date recd by Safe Streets:
    ____/_____/____]

_____

_____

_____

Triaged by:_____

Recipient [supply address and/or PID]

date:        ___/____/____

_____Sandoval_____

_____

Summary completed by:

_____

date:        ___/____/____

Indicate all that apply to this letter:

☐ <u>Pertinent content.</u> Criminal activity, admission of guilt, details of crime committed, gang-related symbols, gang-related language, coded language, threats to law enforcement or other inmates, threat to cooperators, telephone numbers, addresses, etc.
    <u>PLEASE PAPERCLIP A HANDWRITTEN OR TYPEWRITTEN SUMMARY TO THE BACK OF LETTER.</u>
Note: if you wish to make notes on the translation, please make a copy, stamp as copy, and paperclip with final summary. <u>Make no marks on original letter. Do not staple this coversheet or working notes to original letter.</u>

☐ Non-pertinent (no criminal activity, admission of guilt, gang-related symbols or gang-related language, threats to law enforcement or other inmates, telephone numbers, addresses, etc). No other action necessary. Make brief notation on reverse of this page as to content: social, romantic, family matters, etc. and possible relationship to Recipient.
☐ Contains obvious coded language. [See examples of code in resource folder]
☐ Further translation by Linguist is needed.
☐ Decoding needed by Quantico.   [per Case Agent/TFO and/or AUSA]  Date sent:_____/____/____
☐ Full translation needed.   [per Case Agent/TFO or AUSA]  Date completed/sent:_____/____/____

Alejandro umaña E.
P.d# ▮▮ ▮ ▮▮▮

  Po Box 34429
charlotte. N.C. 28234



to↙

▮▮▮me Sandoval
▮▮Box 34429
charlotte, N.C. 28234
Meck.co jail North

Case 3:16-cv-00057-MOC   Document 69-7   Filed 02/22/18   Page 4 of 41

Lines
Diciembre
21 del 2009)
①

(nota) → Mandeme algunos minuto Pleas
levan 6 oJas

bueno carnal soy llo otravesx ante nuestro creado
espero que este vien de salud baJo de la vendicion
que el señor lebrinda asu mensaJero Jesus espero todo
este vien poraya  bueno oy es twontiguan y ayer twon
le escrivi unas palabras ala liJera solo saludandolo y asiendol
suvez que al suave con la "guelg eso sepuede aser para que talve,
estemos Juntos o si xegan atocar estos putos negros a algun loce
de Jravedad mientras al suave carnal y sirion Firmes Por eso
al Rato le asecto esa "cora" JaJaJa' mireve carnulito yo estoy coniendo
aborita que estoy en el oxo Pero si mendandan Para maxima nole
voy agarar nada niagua y levoy aponer untex ala cosa dono
sale el agua Por que novale verga viera an venido como unos
30 moyos Por pelias y todos ya salieron y para Pares Regulares y
uno puta nome quieren sacar de estos Patos sectores Pero noay
pedo mirere Referente al "D9" y el "nst" esos locos ya salieron Para Regula:
Pod' y llo nunca estado con ellos serca solo separados ellos estuvon en
otros sectores y de ves encuando que los gritavamos Pero con el "D9"
ese loco estuva en el oxo Pero no medeJen estar con ellos siempre
los separan de mi si en alguna ocasion los Ponen Juntos espor un
dia o horas y al Rato los apartan de mi por que parese que esta
vatos "Federales" les an Pedido eso y Poreso los apartan y usted dic
que si viene aqui vapeliar para venirse al oxo para estar conmigo
esta loco carnal al suave de esos pensamientos aqui ay 3 oxo
y los separan talves setopara con los de mas pero con migo soi
los vieramos detejos y en algunas veses que ablaramos algo perc
si es que estamos en el mismo sector por que aqui en el Pod d
Maxima ay 3 unidades –oxo–prooteccion–Max' esos 3 Pedos y en

en el den medio me temian cuando estava el mst alli y estava el SMK y des pues llego el t9° cuando el smk salio de max y des pues que el mst salio rego el "D9" y al mst lo varrron para la max 36 y el D9 en el 56 y cuando me movieron ami para el otro me trajeron al 36 y ax es donde vin el mst y metio el puro como en unas 20° saP-s chocolates tortas con premio y como 2 Honebond y los dias salio dela max y oy ta en 39 Regulas nonve medeja in Pescado de esos que les llaman fillin maniaco que asta a cortesia fue con migo tipo asi lo ise y asta ase poco in puto mayate me tiro tierra que desia que yo tenia una arma y me vinieron a revisar asta el culo y asta me cambiaron la colchoneta y me xevaron como 3 lapiz i me sacaron para el jawax y me preguntaron que si yo en la pedos con alguien y me rei y les dije que si y me dicen que con quien y les digo con ustedes que no me lejan salir les digo y les da Risa y me dicen ya en serio no tienes pedos aqui con nadie y les digo yo tengo pedos on todas las pandillas que no son dela M913 ustedes saven pero mientras estos vatos no me ofendan ni ofendan mi pandilla no ax pedo tu me conoses della lias le digo y as visto que ni para desirles ola les ablo lo que solo la cavesa les muevo por que no ablo ingles si estos vatos nose meten con migo no me importa de lo que llos ablen odigan mientras no les entienda ellos pueden a ver planes que asta me van a matar pero como nose de lo que ellos ablan no me importa pero si miro a uno de ellos que esta se refiere ami con a señas que quiere

tengo como tres dias asiendole esto
② asi que no joda orale

que los Ronpapos la madre entontes vien venido
sea asi canvia la cosa les digo Pero si no semete
con migo no ax pedo yo notengo Pedos con nadie so
con los Federales que no me quieren de Portar les di
x medicen alguien dijo que tu tienes una arma x le
digo mirave dile a ese puto DARK que ni es salido e
estos 2 dias que el a estado para que diga que yo
tengo pedos asi que dejen de joderme y llevenme para
mi cuarto si yo tuviera una arma ya luviera usado
con estos putos que me an estado urrixando x chingando
les digo notienes Pooblemas con nadie entonses no lesdi
x si los tengo yo los aReglo a comodelugar noles voxades
nada a ustedes pero quiero desirles algo quien fue el que
dice que tengo arma "arono" dicen Jajaja culeroso
les digo al Rato o al siguiente dia vinieron aroves
avarios majes por que en frente del sargento les grit
ey madafakars de Pipo que esPik! que mi Job nit
tel en mi fexs no tokin chet en mi Back Pusis
nadie contesto y al Rato los movieron uno esta
aqui berca en Maxima x le x se señas que me la iva
aPagar cuando yegara yo a maxima alli lovoy agar
averga no mas dentrando x me en peso aRiFar culeros
sos ledesia Pero al Rato lo agare de toda maneras vo
parai; sinduda "bueno asta qui con eso ahora escuche
que levox acontar de cuando me in que por Primea
ves Para orar a "Dios" ojala me al cansen las ojas
sino al Rato sigo Porque tengo solo 3 mas esto es de Himgar

Case 3:16-cv-00057-MOC    Document 69-7    Filed 02/22/18    Page 6 of 41

no relo ria contado por que ncira adesir que estoy loco pero esta
neta mireve escuche x nedice que Pedo de esto me da Respuesta
un que Dios mela diora asi que anclise este Pedo que todo a
pasado de lo que le voy acontar mireve cuando yo estava
en greensboro un moreno meRegalo un lapisera xse una Rola Pura
u oficial "megia" talves seRecuerde de ella era una gringa que ablava
español bueno luise ien esa noche ise un alusin en un Plato de
os queson dese enubles x lo Puse en la ventana on lapared norre
acuerdo vien Pero aranesi en eso al siguientedia enlanoche me
enseria un negro lafoto mia en el diario x sela quite x medorni
x cuando desperte auiestado sonando que estava diciendo mañana
nevoy x me acorde de eso x enpese adesir mañana mevoy mañana me
voy x mire que al siguientedia nemovieron Para Haipon x como me
rian agurado con 7676 dolarer nogastenada en aresboro x cuando
ege a Haipon x me xeraron al oxo x alli estava un sureño xel
redice que nevian visto en las news x medice que si que xia votaña
orale Pres x ledigo que que Pedo que siera de vario x nedice quesimos
que era sureño x andava un 13 en el coco Pero nedice nosotros notra
mos Pedo con ustedes loco orale ninx Pedo ledije x al Rato lo
regan amover Para otro cuarto de ariva por que estava arapan
temi x lo nevieron que no querian que nadie ablara con migo puta
ero sienpre ay duras que tiran el Pedo x cuando el andava traia algo
de vaion x lo pasava deruxo dela Puerta todo despasolado por que
no querian que me pasara nada x meRegularon un Regalo Para la
nuvidad un par de "socks" x mePrestaron un Radio Para el 24 x el
juxa tixo el Para lnPuse despavilndo con el Radio x ledigo aivato
que xotra ya como 7676 x que como Reg no eso que nesecitamon

Case 3:16-cv-00057-MOC    Document 69-7    Filed 02/22/18    Page 7 of 41

mireve yano tengo papel pero antier dieron javones c
navidad y levoy adesir a un paisa que ledige a ungsi
que ledoy los javones por un cuaderno nuevo son 2 Javon
③ pero al Rato seagaran tengo 3 unvato sefue y selos pedi ora
bakeer y medice queavia que renar un papel y ledigo que nosav
leer eso y que simc tirava el paro y simon mepidio el Radio xlapi
quera lo prinsipal pero cuando mexego lacantira solo tenia
dolar y les digo que porque sitraia 7676 y medicen que mei
quitaron por el traslado xmedicen 25 seteaguro x medic
un paisa escucha tal esta slen en "AM" x medicuenta qu
era de "Dios" y no mira que escucho un Regectonaso xu
lepuse mente pero de Repente salio una Rola que siemp
me asia llorar cuando estava morrito que es una que
dice "Cristo vino xsupueblo serevo" esta es una pero ayot
que no meacuerdo comodice aorita pero al Rato que meacuerd
sela Recuerdo xsisela save arla escrive" y despues escuch
una de un niño pero el vato que la canta es como Ricardo
jona dice que xva el niño caminando porla calle x iva enpujan
asu Hermanito en susilla de Ruedas x el niño sele cayo al piso x ma
jente que pasava lo veia y nole axudavan x venia un vato en una
jaguar del año y que deRepente sintio un fuerte golpe en lapue
quedario la caroseria x la pintura del auto x que xso un jir
de ciento orenta grados x sele aserco al niño x ledijo que'enRa
tu eres losiento pero te costara muy caro x el niño ledij
losiento "señor" nose que aser esque estava enpujando
avleromanito en su sixoy de Ruedas x sene cayo al
piso x como nadie sedetuvo para axudarme tuve que a
ventarte un ladrixaso para ver simeprestavas atencio
x de axi dice el vato Dios los susura al oido x alcoraz
pero aveses asefalta un ladrixaso para ver sile pre
tavos aten sion putar x viera cuando escuche l

os del niño seme salieron las lagrimas y me puse

Pensar un vergo en todos y alaves diciendo Puta

stos vatos si en Realidad lo conosieran a uno Por lo

lue es y Por dentro Fuera otro Pedo y diferente For

ma de Pensar Por gue el corazón gue tenemos carnal

olo "Dios" nosotros y nuestas Familias y la Jente guea

on vivido con uno lo conosen Por gue estos vatos

gui solo se fijan Por las aPariensias y las imagenes

or gue asta "Jesus" dijo note Fijes en ni cara ni en

ni aPariensia ni de ni imagen busca el esPiritu

gue esta verdad ni re carnal estava amotinado en

ese Ruto gue nome animava niaorar Para la bestia

Porgue Para esos dias desia yo gue aella le oraba Pero

n dia dije al sruve levoy ahorar a Dios Pero nome

animava y cuando me anime y mein gue idije señor te

ido Perdon y te Pido gue Protejas amis Hijos y a mis

amiliares y amigos nire gue vien el intante gue algo

esendio del cielo como una luz y cuando seme aserco

olo me aguro delos onbros y sevol vio asuvir y medio

isa Pero segui orando con los ojos seRados no crea quevi

so con los ojos abiertos estava ineudo con los codos enla

ama eso era como un caballo blanco con alas como un uni

ornio y desPues de eso todo en Peso enPesa asoñar gue

le iva a otro mundo vicomo un Remolino de Pura lava de

legro y orange y noce siera ani gue me aguraron oera

tro vato Pero gue lo agararon delas Patas Para Ariva y

ue lo abrian asta despedasarlo y que lebrasaban vergo

④

de gusanos caca. o Pus no Recuerdo vien Pero eso
vi como de la parte delos guevos y el culo lesalia eso de
Pues deeso estava entre dormido y despierto y senti la
Presensia de mi prima una que se murio asi de Repente le
agaro una en ferrmedu y no aguanto mas ustia al ver la asi
y Pidio que la desconectaran y en ese momento semesalian
las lagrimas Pero nopodia yorar como yo queria solo ledesia
que me disculpara porno aver Podido estar en lavela y en
el entiero y que medisculpara porno averle yevado al
niño de la wendy Por que ella y ustia mePidieron que
cuando les iva a enseñar un Hijo mio y lesdigo que Pronto
Por que en ese dia andava con la wendy visitandolas y les
dije que selos iva allevar Para que lovieran y en ese Rato
nopodia niablar Por que senti que ella semevia tirada a
abrasarme y estava llorando y movilos brasos y losPuse
como abrasandola y ledije que lePrometia que ustia y va
a conoser al niño y que Descansara en Paz y que meles
diera saludos ami aguelita y al sobrino el niño dela liset
que via muerto tanvien Para esos dias casi igual y la
Vese y le dije otraves descansa en Paz y de alli si
Pude yorar en mi mismo y dije "Dios" Perdonalos y paso eso
y de alli soñe algo similar alo que uste asoñado Pero
yo novi ninguna "tumba solo que si vi algo como ese monas
terio que usted vio y pordentro era como latorsida de
aPanteos y aPanteos es casi asi como esa figura aque
usted vio nose si dentro avisita algundia o no pero sidentir
xovi como en la entrada endon de dentro ya avisita

Case 3:16-cv-00057-MOC   Document 69-7   Filed 02/22/18   Page 10 of 41

si dentro un dia vasavas que Pedo pero el Pedo es que via un vergo de Finados que lostenian con las manos en la "nuca" y como que aRejistrarlos ivan Vialos Finados - torcas - bxcoos - al bruno al barnison al Poxson y astavi al loco del denger avian un chingo enFilas que los ivan acontar y como los vi con las manos en la "nuca" y un tipo guardia con un garote en lamano como asi dije yo que estos locos van aguantar verga y yono y cuando me iva aFormar el torcas bxcoos y el toga medicen que venis aser vos aqui vosno todavia no andate al suave les dije y me dice el Finadito torcas baxase ala verga onve Hijueputa orale Pues ledije atodo esto ay un chingo de Jente sirculando anir espaldas que pasavan de un lado a otro pero endonde los miro todos eran chinos y me intento salir pero dije nel como asi que estos locos se quedan aqui y me intento Regresar Para donde ellos y me buelven aser señas que mefuera y en eso seme cae el selular y un chino mira que me asen señas y dicen "yeeee" "lalalala" y mesalgo de alli y como n vergo xcuando iva corriendo alos lados era como en un puente y los 2 lados avian Rios y montañas vien maniacas como un canPode golfs era mo asi y enlo que coRia menpasaron aseguir 2 o3 chinos y cuando los mi otreves eran miles de chinos detras demi y tenia que pasar como lalinia la Frontera y antes de pasarla avian 2 chinos soldados y al otrolado avian tros 2 o 5 nome accuerdo y cuando yege alos dos meparan y medicen quepasx s digo nose pero yaxx xxxx dijy xxxx los que xxxx xxx y los 2 soldados

este es el nombre de ese puto D.A.R.K.

⑤ J. williams el otro viene la otra semana o el viernes y selo apunto orale

les enpiesan atirar y mataban un vergo y a uno de ellos le quito un fusil y llo enPieso atirarles pero seme terminan lostiros y medicen vete que de aqui ya no Pasan y miro que evetean a uno de ellos y nedice vete yo los detengo y me paso la linea y los otros soldados me querian agarar y meles corro y mene en una casa que estaua amano derecha enPesando la ciudad y de Repente senti frio en esa casa porque me quede dormido y cuando desPerte nestaua cayendo agua por que las tejas estauan quebradas endonde yo estaua xauia aga en donde estaua acostado y melevanto y salgo al otro lado dela casa y era un Jardin bien maniaco congrama y unpalo de marañones Rojos y e Ricos y un vergo defrutas Pero el Palo mas serca era el de marañon que estaua cargado de marañones y despues viala suegra con el niño enlos brasos y ledigo y la wendy y medice sefue como usted ledito que no iva aRegresar sefue y medejo al niño y llo ledigo yanolodite que no iva aRegresar Pero de alli desPerte en ese sueño y despues sone con una culebra grande Pero grande que setrago a un vato y cuando lavi medio unPoco de miedo Pero dije alaves alaverga y lasegui y setiro de cavesa para latierra y semetio y laseguimos por que semovia latierra cuando semovia y escar y le axo la cola y cuando digo a escarvar para Matarla lamato Pero cuando termino de escarvar la axo que era solo guesos deella y del vato que setrago Pero lamate en ese sueño y des pues soñe con el toga otrevez en unas colonias como luverintos y que avian uno vatos de una pandia creo Panoxus y que no teniamos nicaetes y los vatos no querian Pedo Pero ala vez Planiavan algo y deRePente un loco abepedaso a uno de ellos y llo Pico a otro y salimos todos dispersados y deRePente que me andavan buscando por que yo estaua perdido y llo coria de un lado para otro y no me acordava el Pasaje endonde viviamos de Repente que coro medetengo en un carro que me ilumina lacara y medicen los Soldados

Case 3:16-cv-00057-MOC    Document 69-7    Filed 02/22/18    Page 12 of 41

ex nalexego latecar con el brenom del copatuci levom oxoveiti trale lleva la LL y la Ñ oiga asi que chatru orale y alRuto lo piso orale Pues Hijo mio

te andavamos vuscando que Pedo convos nose que Pedo nome acorda va del pasaje lesdigo y lesdigo xevenme vevox acanviar Ropa por que andava todo xeno de sangre y cuando me cambio esos levas mevuscavan y salgo corriendo otravez y cuando metoPo con un chingo dejente miro al toga y medice mirave y miro aun niño igual a el de la cara como el togita Pero tenia todo el cuerpo desecho y el morito era de la liset que lovia avortado Pero que era deeseveate del toga y me allan los vuales cavalas y lesdigo al suave Pora orita que vox avelar a un sobrino y simon disen ellos orale Lo sentimos y de alli solo me acuerdo que estuvamos en unos apastamentos de dos Plantas y que xasaviamos las casas deesas vueles y que creo que le Pegaron un bonvaso auno de elios en la cara o a uno de nosotros tipo afuera de una disco y de alli desperte y dije Puta que pedo contodos estos sueños despues meaguro desesPerasion y iseun tuculote JaJaJa y meagurro Por Pegarle 26 Pechudas todos los dias y silvava como una aurora 26 o13 veses Puta desia y por que mesta agurrando esto dije y de RePente suPe que via torsido usted con los locos que Pedo dije y desPues deeso enPese asortiar con tornados que me seguian y que elPrimero me siguio Pero nome agurro el segundo mesiguio asta la Puasta de una casa y Por una niña que estava en la entrada sea tada no me agurr y cuando Paso ese sali y todoavia canviedo de lugar las casas y avia un Par quesito como el triangulito quelo movio y deJolinPio y dije Puta que Pedo y desPues sone con otro y un chingo mas en diferentes siudades y el que mesiguio deese sinome Pude escaPar mele corriPara avajo de una galera y seme tio solo ala carme y Nto como la cosa nilaglerra cabal meagurro

tiene tiempo para esperar ova ir atra vajar mire
⑥ que mevino aver mi lawyer con ofertas detravajos parave
que tinkineo juici o life yncago cargo que opina aymedic
delas patas y ledigo ey que Pedo que quieres conmigo y me
levanto para Riva y nose simedijo por que me ures ote cos
y ledije al suave que vas aser que quieres y alRededoro
mi sirculavan caros y detodo tipo de cosas que el levanto
y nomedijonada solo desaparesi deesa city Pero cadaves
que soñava con ellos estavan Pasando afuera y viera com
golPiavan la ventana de esa torcida no exacta mente en la
curcel estava Pero asotava el agua y Pegava en las ventana
duro loco como que tocavan y de alli Prendia el Radio y
Pasavan la noticia que avia untornado serca con tantumia
de velosidad y desia que Pedo con esto no se si se Recuerda que
para el año pasado Pasaron varios tornados aqui en carolina
despues que ledigo que soñe con el ultimo que movio las citys R
que los movieron para aca despues de eso aqui esoñaño entre
Pierto y dormido pero antes de esos sueños mire que cuando venia
al siguientedia mencontre al "0g" y solo estuve como "10" minutos con el me ca
viaron cuando regue ahotro Pod estava un vato que era de sivar y lensen
ole cante la cancion que ice y medijo que la escriviera para Regalarsela P
que una iglesia lacantara y ledigo que solo mefaltava una oracion al
final y de alli laterminamos despues de eso otro vato mexiquer medie
asi como vos Dios teva ayudar bastante Pedile que el teva a escucha
y ledigo que estava asiendo canciones y que mevia proPuesto ase
nueve o 13 y que tenia una que mefaltava una orasion y ledije
y mesaco como alos dies minutos una Pajina que me ablava de Partes d
la biblia como aconsejando me ymedecia alex dile asi aDios y el
te escuchara y me Puso varios capitolos dela biblia y como alos 2

dias medice queno memetiera apedos y en eso "2 dias viene un cio

que es algo mas inportante que me paso asi que
no coma ancias ial Rato le Rayo reancena otra ves
re no quiere alos ispanos y todos los negros estavan gritando y
yegan adonde nosotros a desconectar el "TV" y los mueve los dedos
tronandolos y nolos dice nada solo quelos sulgamos para la yarda
Puta todos los Paisas se salen y lesdigo que pedo por que los suca
dice que porque estamos ablando niverga dije y ledigo a otro sur
no es que pedo vos ablas ingles tirarme es quina que por algo queno emos
cho nolos va castigar y ledigo alos Paisas verganse no no no todos
y me dentro con el sureño y el dure los yama y ledigo venivos con
senas y yega y mezega moviendo los dedos otraves y traguiandolos
mele puse con la frente enla cara de el asta le to que unos lentes
re tenia y ledije que que tenia y que no memoviera los dedos y me
dice finish y you ledigo y you pero asta este entonses solo mele
ruse los brasos con la intension de voltiarle el ocico pero el
rato estava tenblando y ledigo culero y cuando sefue pala con
liuri venian un chingo de surjentos y dicen que que pasava ysolo
le senalo ami y menchucharon y todavia seme pone en frente y le
rire un cavesaso pero medio le Pege y ledigo culero pusi y medicen los
sarjentos Here no you contry solo ledigo aryno y nadieme
reguuto que pasava solo "40" deys en oyo vienbenido a Meck
nburg couny Jail y de alli seme olvido otraves todo lo de
Dios por unos dias despues mepuse otraves para leer por
ratos la biblia y cuando encontrava partes de que me enojan
ranola leiya y medavanganas de Romperla y cuando sali del oyo
mefui Pal 63 y alli solo yege areventarme lamadre con un
negro 2 veses y despues detodo esto al Rato le comunico
lodemas poo que el Papel seme acavo y tengo que esperar
Case 3:16-cv-00057-MOC    Document 69-7    Filed 02/22/18    Page 15 of 41
el de gratis asta mañana asi que al Rato lecuento todemas

ay medice que pedo con eso que le cuesto y con lo que levon arrandos
talves mañana o el Jueves pero lo que uiere es mas agradable detodo
por que reRefiere a Dios estoy mas que segudo que es Dios
ay solo escrivo mañana y ledigo algo siase ayuno ayulo
el dia conpleto sinagarar nada solo torre agua yaldia
ciguiente agara comida oiga yo asiloago
cuando lo ago pero mañana leablodeeso
que Dios loguarde carnal y que
Pase Felis navidad y año
nuevo sucarnalito
WIZARD TOLONPE

# APPENDIX 161

| | |
|---|---|
| **From:** | Mark P. Foster < ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ > |
| **To:** | "Gast, Don (USANCW)" < ▮▮▮▮▮▮▮▮▮▮▮▮ > |
| **CC:** | John Bryson < ▮▮▮▮▮▮▮▮▮▮ > |
| **Subject:** | RE: Umana firewall |
| **Sent:** | 4/1/2010 10:34:03 PM +00:00 |
| **Attachments:** | 1. doc20100401173202.pdf<br>2. doc20100401173309.pdf |

Don:

Attached, in two parts, is the raw testing data from Dr. Weinstein's second round of testing for your use as firewall attorney.

Have a good holiday weekend.

Mark

-----Original Message-----
**From:** Gast, Don (USANCW) [ ▮▮▮▮▮▮▮▮▮▮▮▮ ]
**Sent:** Wednesday, March 24, 2010 9:26 AM
**To:** John Bryson
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Umana firewall

OK, thanks. And perhaps I should have been clearer re: competency. What I meant was that if Dr. Weinstein had additional information to back up his partial assertion in his letter that the gov't may have to assert competency as an issue. I agree with you that in the absence of further information from him that his statement in the letter was insufficient to warrant a motion. Certainly Suarez agrees that he is competent.

Thanks for getting back to me. Good luck in jury selection.

**From:** John Bryson [mailto:▮▮▮▮▮▮▮▮▮▮ ]
**Sent:** Wednesday, March 24, 2010 6:50 AM
**To:** Gast, Don (USANCW)
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Umana firewall

**From:** Gast, Don (USANCW) [ ▮▮▮▮▮▮▮▮▮▮▮▮ ]
**Sent:** Tuesday, March 23, 2010 2:02 PM

**To:** John Bryson
**Cc:** ████████████████████
**Subject:** RE: Umana firewall

Sorry to keep pestering you.  I know you are hip-deep in jury selection, but there are things that need to be addressed immediately.

Do you plan to assert competency as an issue?  I am concerned because Weinstein's letter dated 12-3-09 says (albeit inconclusively) that Umana "may lack the legal competency" to proceed.  Although many mental health defenses are waivable, competency is not (see *U.S. v. Vandyke*, 64 Fed.Appx. 877 (4th Cir. 2003)(unpublished)).  Furthermore, if there is a basis for it I have an obligation to raise it if you do not.  Perhaps you should send that letter to Jill Rose (I cannot because of the firewall) so that it may be addressed asap.

I also need to know if this is now everything.  If you are representing to me that it is, I probably won't file a discovery motion.  If you cannot give me that assurance, however, I'll go ahead and file something this week.

Don:

 Have you already raised competency to proceed to trial?  If not, are you now going to?

In spite of the reference made in Dr. Weinstein's correspondence regarding Alejandro Umana's competence, neither Mark nor I believe there is any factual basis from which to question his competency. In fact we would note that Dr. Weinstein presents no factual basis for his concern. It is not our intention to raise this with the court as we believe there is no factual basis for its assertion. I have looked at the case you cited and do not read it to require you to raise an issue of competency under the facts present here. I would add that if you really believe there is a question as to Alejandro's competency you should first review Dr. Suarez's report.  While he does not specifically address the competency issue, his conclusions beginning on page 24 leave little doubt that there is no factual basis for such a concern.  We disclosed Dr. Weinstein's letter

believing that its disclosure is required under Rule 12.2, however we do not believe there is any reason to question our client's competency and do not intend to raise it with the court.

I need the raw data associated with these tests.  How were they normed (assuming one norms these tests somehow)?

We do not, at this moment, possess this information but will attempt to get it and forward it to you.

Is this now everything you plan to offer into evidence?

Yes, our disclosures under Rule 12.2 are complete.

Is it still the case that all of this only comes in as mitigators during sentencing phase, or do you plan to introduce some of this in your case-in-chief?

We have no plans on introducing any of the evidence in the guilt/evidence portion of the trial.

John Bryson

# APPENDIX 162

DOW JONES, A NEWS CORP COMPANY

Nikkei 23359.44  1.13% ▲      Hang Seng 32904.61  0.05% ▲      U.S. 10 Yr -7/32 Yield  2.729% ▼      Crude Oil 64.86  0.20% ▲      Yen 109.36  0.16% ▲

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

https://www.wsj.com/articles/how-an-ms-13-killer-escaped-as-an-informant-slowed-an-investigation-1511951400

U.S.

# How an MS-13 Killer Escaped as an Informant Hindered an Investigation

Nevada police allege gang task force created major obstacles in double-murder case



Luis Alejandro Menendez-Cordero, an MS-13 gang member known as Apo, short for Apocalypto.
PHOTO: LOS ANGELES POLICE DEPARTMENT

*By Zusha Elinson*
Updated Nov. 29, 2017 2:47 p.m. ET

Seven years ago, a skinny 19-year-old stepped outside a house party in Sparks, Nev., to smoke a cigarette and went back inside firing a semi-automatic pistol, according to witnesses. He killed two young men playing cards and then fled the state.

Lt. Greta Woyciehowsky of the tiny Sparks police department had some good leads: For one thing, she knew the identity of the suspected killer. He was Luis Alejandro Menendez-Cordero, an MS-13 gang member known as Apo—short for Apocalypto. She knew Mr. Menendez-Cordero had inked new face tattoos since the killings, horns and the letters "M" and "S," and was in California. Detectives also found a photo of his girlfriend on a phone.

What Lt. Woyciehowsky didn't know at the time was that the woman in the picture was an informant for a Federal Bureau of Investigation gang task force targeting MS-13 in Los Angeles. Lt. Woyciehowsky says the informant and her government handlers would become major obstacles in a yearslong quest to catch a killer for one of the nation's most violent gangs, according to a memo reviewed by The Wall Street Journal.

Last month, Mr. Menendez-Cordero was finally put on trial and convicted of the two murders.

Case 3:16-cv-00057-MOC     Document 69-7     Filed 02/22/18     Page 22 of 41

---

WHAT TO KNOW ABOUT MS-13

---

-Formed during the 1980s in Los Angeles by immigrants from El Salvador who left the country during a civil war.

-Now has 30,000 members worldwide, including 10,000 across the U.S., according to the National Gang Intelligence Center

-Charged in the April killing of four young men with machetes and clubs in Long Island

-Federal racketeering cases brought in the past decade have weakened the gang on the West Coast

-Questions over how well law enforcement officials control informants have dogged previous MS-13 probes

The case shows the conflicts that can arise from giving informants a key role in the government's efforts to infiltrate gangs including MS-13—a group that Attorney General Jeff Sessions has called "one of the gravest threats to American safety." Such conflicts can damage prosecutions and investigations.

MS-13, or Mara Salvatrucha, was formed in Los Angeles by immigrants from El Salvador to defend themselves against other gangs and later expanded throughout the country.

The federal task force's informant, code-named Stella, first came to Los Angeles from El Salvador when she was a child, she said in court testimony for a federal case in which she served as an informant. She joined MS-13 at the age of 13 because her sister was part of the gang and because her mother kicked her out of the house, she said.

She was deported after getting nabbed for burglary in Riverside, Calif., in 2009, but returned six months later to be with her son, according to the transcript of her testimony. She avoided getting deported again in the summer of 2010 after being arrested by immigration authorities by agreeing to inform on MS-13.

One of her handlers was Los Angeles police detective Frank Flores, an FBI task-force member who grew up around gang members in East Los Angeles and made a career working gang cases, often testifying as an expert on MS-13.

Stella helped the FBI task force in Los Angeles target MS-13 members by persuading them to sell her methamphetamine in undercover stings, court documents show. For that, she was granted temporary legal status and paid at least $169,000, including relocation expenses, over the past seven years, according to court documents. Prosecutors say in court documents that her work aided in bringing federal drug charges against at least nine MS-13 members.

Some have been sentenced to prison. But prosecutors recently dismissed charges against two men after their attorneys won a ruling to turn over documents about Mr. Menendez-Cordero's escape that the defense lawyers argued hurt the credibility of Stella and Detective Flores.

Stella said she met Mr. Menendez-Cordero two or three weeks before the Nevada murders and the two exchanged numbers and later photos, according to a memo that Lt. Woyciehowsky filed with the FBI in early 2011 and was reviewed by the Journal.

In this memo, Lt. Woyciehowsky wrote of the difficulties she encountered in her search for the murderer. She said as she closed in on the suspect in late 2010, Stella hid him at her apartment and allegedly helped arrange for him to escape to Mexico.

Sparks police also were stymied by Detective Flores, Stella's handler, who "overlooked the opportunity to immediately apprehend our murder suspect," the memo alleges.

The FBI didn't allow "an informant to harbor a fugitive wanted by another law enforcement agency," said Laura Eimiller, a bureau spokeswoman. "The informant in question reported the location of the fugitive to the task force, and this information was forwarded to appropriate law enforcement personnel for further follow-up."

Ms. Eimiller said Detective Flores no longer works on the task force. Detective Flores is still employed by the Los Angeles Police Department, which disputes the account by Sparks police.

The Los Angeles Police Department declined to make Detective Flores available for comment, but issued a statement: "After conducting a thorough investigation and review of the case, the Department determined that the allegations were unfounded and that LAPD personnel did not violate any of the LAPD's strict policies or investigative procedures."

An attorney for Stella declined to comment. Lt. Woyciehowsky also declined to comment.

It was Detective Flores who first called Lt. Woyciehowsky on Dec. 8, 2010, two weeks after the double murder in Sparks, to say he had learned that Mr. Menendez-Cordero was in Los Angeles, according to the memo. Encouraged by the news, a Sparks detective quickly sent Detective Flores a photo of the suspect's girlfriend.

Detective Flores became "guarded" when he saw the photo, according to Lt. Woyciehowsky's memo. He told Sparks police that the woman in the picture was an informant who "lures MS-13 men" to get valuable information on the gang, she wrote.

Lt. Woyciehowsky and a team of detectives flew down to Los Angeles on Dec. 20, 2010, but Detective Flores refused to set up a meeting with Stella, the memo said.

When Lt. Woyciehowsky finally sat down with the informant on Jan. 5, 2011, Stella admitted that Mr. Menendez-Cordero had stayed at her apartment in Los Angeles after he fled Nevada, according to the memo.

She knew Mr. Menendez-Cordero was suspected of killing two people when he lived with her, and had a romantic relationship with him, Stella said in court testimony. The FBI, she testified, didn't give her permission to harbor a violent fugitive.

Some time before the meeting with Stella, Mr. Menendez-Cordero had escaped to Mexico dressed as a woman in a wig and makeup, according to the memo.

Mr. Menendez-Cordero then fled to El Salvador, where he was born, according to El Salvadoran court documents. In 2014, the U.S. government notified authorities in the Central American country that he had been charged of two counts of murder.

Case 3:16-cv-00057-MOC     Document 69-7     Filed 02/22/18     Page 24 of 41

In August 2015, an El Salvadoran court agreed to send Mr. Menendez-Cordero back to Nevada on one condition: that he not face the death penalty, the court documents say.

"Once he made it over the border to Mexico or El Salvador, it certainly made extraditing him back to the U.S. much more difficult," said Kelly Kossow, Washoe County's chief deputy district attorney who tried the case.

Last month, Mr. Menendez-Cordero, now 26, was convicted in Washoe county district court for the murders of Moises Vasquez and Kevin Melendez and sentenced to two life terms. A public defender for Mr. Menendez-Cordero didn't respond to repeated requests for comment.

Stella is still helping law enforcement by testifying in some local murder trials in Los Angeles, according to court documents.

A mug shot from 2015 shows Mr. Menendez-Cordero's face tattoos he got after the killings. But that photo doesn't show a tattoo inked since he was in Nevada seven years ago. The tattoo, shown in a photo reviewed by the Journal, refers to Stella's gang nickname and declares in cursive across his chest that she is the love of his life.

Write to Zusha Elinson at zusha.elinson@wsj.com

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

Case 3:16-cv-00057-MOC     Document 69-7     Filed 02/22/18     Page 25 of 41

# APPENDIX 163

NEWS

# Federal case against six alleged MS-13 gang members dismissed

By **JOHN INGOLD** | jingold@denverpost.com | The Denver Post
February 18, 2011 at 2:40 pm

A federal court case against six alleged members of a multinational street gang was dismissed Friday amid allegations of misconduct in the investigation.

U.S. District Judge Philip Brimmer dismissed the case against the six — accused of being members of the violent Mara Salvatrucha gang and involved in drug trafficking in Colorado — at the request of federal prosecutors. In their motion for dismissal, prosecutors did not provide an explanation for the move.

Jeff Dorschner, a spokesman for the U.S. attorney's office in Denver, declined to elaborate.

Federal and local law enforcement officials in 2009 heralded the case as a major victory against the gang, known as MS-13, when announcing indictments against 20 alleged gang members and associates.

The indictments coalesced into two federal cases. The first case, involving 12 members of a drug-running ring allegedly helmed by Jose Garcia-Sanchez of Aurora, is still ongoing, and court records show that half the defendants in that case have reached plea agreements.

Case 3:16-cv-00057-MOC     Document 69-7     Filed 02/22/18     Page 27 of 41

In the second case, charges against two defendants were dismissed before Friday because they were already being tried in state courts. Attorneys for the remaining six argued in court filings that detectives had been dishonest in their investigation.

In a December motion to toss out the case, the attorney for one of the alleged gang members wrote that investigators falsely labeled Garcia-Sanchez as an MS-13 member in order to obtain wiretaps against defendants in the second case. He alleged prosecutors presented "false and misleading" information to the grand jury to obtain the indictments.

And he pointed to an article last summer by The Nation magazine, which reported on claims by a defense attorney in California that federal prosecutors have used top MS-13 leaders as informants for years but have never disclosed that detail when obtaining wiretaps, a potentially illegal omission.

The Nation article makes no mention of the Colorado cases.

"The record in this case shows a pattern and practice of deception," attorney Mark Johnson wrote in the December motion.

Dorschner said Johnson's motion was merely an allegation that the judge never ruled on. "There has never been a finding or hint of misconduct," he wrote in an e-mail.

*John Ingold: 303-954-1068 or jingold@denverpost.com*



**John Ingold**
John Ingold has been a Denver Post reporter since 2000 and has covered crime, courts, local government, the state legislature, marijuana legalization and, now, health and medicine.

Follow John Ingold @johningold

SPONSORED CONTENT

## Here's Why Almonds Are The Best Snack

Sponsored By Connatix

Even when they are eaten in small quantities, almonds offer great benefits for you like enriching your hair and improving your digestion and defenses.



# APPENDIX 164

# Did actions by an LAPD officer specializing in MS-13 help a gang killer flee?



Nevada authorities allege a Los Angeles detective interfered with their hunt for an MS-13 gang member wanted for murder in 2010. An LAPD investigation cleared Det. Frank Flores, but the claims recently resurfaced in two federal drug cases. This photo shows a recent MS-13 arrest. (Irfan Khan / Los Angeles Times)

 By **Joel Rubin**

NOVEMBER 19, 2017, 7:50 AM

**T**he accusation against the Los Angeles gang cop was as strange as it was troubling.

A police sergeant hundreds of miles away in Nevada claimed that LAPD Det. Frank Flores and one of his gang informants had interfered with the hunt for a murder suspect. Flores' meddling, the officer alleged, had helped the killer flee the country.

It was 2011 and Flores was part of an FBI-led task force investigating Mara Salvatrucha, the notoriously violent gang commonly known as MS-13. Flores had established himself as an MS-13

Case 3:16-cv-00057-MOC     Document 69-7     Filed 02/22/18     Page 31 of 41

expert who testified frequently about the gang's secretive inner workings. A product of East L.A., he wrote in a court filing that he "learned early on the language, culture, rivalries and turf territories associated with gangs."

The sergeant from Sparks, just east of Reno, detailed her complaint in a 10-page memo to the FBI that The Times reviewed. "Detective Flores openly discussed the identity of a tipster with his informant and overlooked the opportunity to immediately apprehend our murder suspect," she wrote.

Her accusations landed to little effect. Flores remained on the task force and continued to work with secret informants whose recordings of drug deals led to several federal prosecutions of alleged MS-13 members. After the FBI passed on the complaint to the LAPD, Flores was formally cleared of any wrongdoing by an internal investigation, an LAPD spokesman said.

The episode seemed to be in the past.

But in recent months, the allegations resurfaced in two of the MS-13 drug cases Flores was working on at the time he crossed paths with Sparks officers. A judge hearing the cases ruled that the defendants were entitled to have the LAPD's records from its investigation into the allegations and also gave the go-ahead for the Nevada detectives involved in the complaint to testify about what occurred.

The decision was a potential boon for the accused MS-13 members, whose lawyers planned to use the material to cast doubt in jurors' eyes on Flores' credibility and, by extension, the credibility of his informants and the cases in general.

The rulings appeared to spook the U.S. attorney's office in Los Angeles, which, after years of work on the cases, dismissed the charges in one case and agreed to a plea deal in the other. The resolution meant the LAPD's file on Flores was not disclosed and the Nevada detectives did not testify.

Mark Windsor, a defense attorney who represented the defendants in both cases, said he believes the government opted to dispose of the cases "entirely because of Detective Flores, the way he handled his [informants], and the behavior of his" informants.

Thom Mrozek, a spokesman for the U.S. attorney, said in a written response to questions that the decisions were made "after evaluating all of the evidence known to us at the time…. We make decisions designed to ensure that justice is served and we meet all of our obligations as federal prosecutors."

Case 3:16-cv-00057-MOC    Document 69-7    Filed 02/22/18    Page 32 of 41

Mrozek added that "the decisions recently made in the cases were not designed to protect any law enforcement officer."

LAPD officials did not allow Flores to comment on the allegations, and a spokesman for the Sparks Police Department referred questions to the LAPD.

The allegations against Flores have resurfaced amid heightened scrutiny over law enforcement's efforts to combat MS-13, which was formed by Salvadoran immigrants in Los Angeles in the 1980s and has since spread into dozens of states. President Trump and Atty. Gen. Jeff Sessions have made targeting the gang a priority, frequently citing its members as justification for their hard-line stance against illegal immigration and their attacks on cities such as Los Angeles that refuse to fully cooperate with deportation efforts.

In May, the U.S. attorney's office in Los Angeles announced a sweeping racketeering case against dozens of alleged MS-13 members, including its senior ranks in the region.

The claims against Flores stemmed from a double murder in Sparks on Nov. 20, 2010. Two men from a local gang were shot in an apartment in front of several witnesses. The assailant was identified as an MS-13 associate, Luis Alejandro Menendez-Cordero, who went by the street name Apo. Witnesses said the killings seemed unprovoked and that Menendez-Cordero had tried to fire on a third man, but his gun jammed.

Greta Woyciehowsky, a detective sergeant in the city's police department, and others were assigned the case. They tracked Menendez-Cordero to Sacramento, but learned he had fled to Los Angeles a few days earlier. The detectives sent fliers with the suspect's photo and information to police throughout the region.

Flores called Woyciehowsky the next day. One of his MS-13 informants, he said, had been with Menendez-Cordero at a party, according to the memo Woyciehowsky later wrote. She added that Flores was cagey on the phone and reluctant to reveal his informant's name or telephone number.

Shortly afterward, a woman called Sparks police to report that Menendez-Cordero had been staying in an apartment in South L.A, the memo said. Woyciehowsky noted that the woman was scared of the man and worried for the safety of a little boy who lived in the apartment with his mother.

When a Sparks detective called Flores to relay the information, Flores told him the mother in the apartment was, in fact, his informant. Woyciehowsky accused Flores in the memo of then calling his informant to discuss Menendez-Cordero and revealing to her the name of the frightened woman who had alerted Sparks investigators to his whereabouts.

Case 3:16-cv-00057-MOC     Document 69-7     Filed 02/22/18     Page 33 of 41

Flores told Sparks detectives that his informant denied Menendez-Cordero was staying in the apartment, according to the memo. When one of Woyciehowsky's partners offered to arrange for officers to stake out the apartment, Woyciehowsky wrote that Flores refused, saying the officers would be quickly discovered.

Woyciehowsky described in the memo the growing frustration with what Sparks investigators saw as Flores' refusal over the weeks that followed to assist them in their attempts to locate and interview Flores' informant and the woman who had called with information about Menendez-Cordero. Eventually, the Sparks officers took matters into their own hands: Posing as workers from the gas company, a few of the officers went to the informant's apartment and got someone there to provide her cellphone number.

Woyciehowsky said in the memo the Sparks team felt they had no choice but to go in search of Flores' informant. The move, she said, angered Flores, who accused the Sparks officers of putting his informant's safety at risk.

Menendez-Cordero, it turned out, had fled the country not long after being discovered in Los Angeles.

In an interview weeks later, the woman who had called to report Menendez-Cordero told Woyciehowsky that shortly after making the call, she was confronted by an unknown man for alerting police, according to the memo. The man, she recalled to Woyciehowsky, threatened to kill two of her friends unless she drove Menendez-Cordero to Mexico. The woman said Flores' informant disguised Menendez-Cordero for the trip using a wig and makeup.

After the woman dropped Menendez-Cordero at a hotel in Mexico, he moved on to El Salvador. In 2015, more than four years after he fled, police in El Salvador arrested him. After Nevada prosecutors agreed to a demand by Salvadoran officials that they not seek the death penalty, he was extradited.

Last month Menendez-Cordero was convicted of the murders and sentenced to two life terms in prison.

Woyciehowsky's accusation would not be the last time Flores faced criticism. The following year, the government dismissed charges of racketeering and conspiracy to commit murder against a well-known anti-gang activist, Alex Sanchez. The charges had been based largely on Flores' interpretation and translation of recorded phone calls, which came under heavy criticism from Sanchez's lawyer.

After Menendez-Cordero fled Los Angeles, Flores and others on the task force continued to build drug cases and in 2013 the U.S. attorney's office indicted several people in a string of cases.

Drug deals orchestrated and recorded by Flores' informant were the basis for many of the charges, court records show. In exchange for her work, the woman was paid about $150,000 and at least temporarily spared being deported, among other benefits, according to the records.

Many of the defendants were convicted and sentenced to prison. Two of the cases, however, dragged on.

In one, the defendant was found guilty and sentenced to 10 years in prison. After an appeals court overturned the conviction because the man was improperly prohibited from arguing the informant entrapped him, the case went to U.S. District Judge Christina Snyder.

Over the course of a week in June, Snyder ordered the LAPD files on the Sparks episode be turned over and approved the testimony of Woyciehowsky and another Sparks detective. Three weeks later, the government made a deal with the defendant that lowered the minimum prison sentence from 10 to five years. The defendant is awaiting sentencing.

In a second case, the defendant faced charges based on recorded drug deals carried out by Flores' informant and another informant used by the task force. In August, weeks after Snyder made her order regarding the LAPD records — and nearly four years after the man was charged — the government dismissed the charges that were based on Flores' informant without explanation. The remaining charges were eventually dismissed as well.

**joel.rubin@latimes.com**

**Follow @joelrubin on Twitter**

**ALSO**

**10,744 more Kennedy assassination records released**

**GOP, Democratic senators back bill to bolster FBI gun checks**

**Trump tweets that Long Island is 'under siege from MS-13' as he heads there to speak to police recruits**

Copyright © 2018, Los Angeles Times

**This article is related to:** Crime, MS-13, FBI, Donald Trump

Case 3:16-cv-00057-MOC     Document 69-7     Filed 02/22/18     Page 36 of 41

# APPENDIX 165

𝕿𝖍𝖊 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐 𝕿𝖎𝖒𝖊𝖘 | https://nyti.ms/1MPdgTh

ARCHIVES | 1977

# Free Use of Pesticides in Guatemala Takes a Deadly Toll

By **ALAN RIDING**    NOV. 9, 1977

TIQUISATE, Guatemala—As the planes of the crop-dusters darted over the cotton fields, the biting smell of insecticide enveloped this dusty agricultural town. "It's very simple," explained Eduardo Ruiz, a young cotton planter. "More insecticide means more cotton, fewer insects mean higher profits."

At the nearby village of La Noria, Marta Mejia Velazquez rushed her five children into her home, a wooden hut, when she heard the planes approaching. "The farmers never warn us when they're going to fumigate," she said.

A yellow plane dipped low over the village and began spraying highly toxic pesticide when it reached the stream that separates the huts from the cotton fields. Within minutes, dead fish surfaced; within hours, four of Mrs. Mejia's ducklings had died.

In the Pacific coast lowlands of Guatemala, 100 miles southwest of Guatemala City, cotton is king. The cotton yields are the highest in the Western Hemisphere and vast profits are made every year. But the level of pesticide spraying is the highest in the world and little concern is shown for the people who live near the cotton fields.

**Many Treated for Poisoning**

"At this time of the year, we treat 30 or 40 people a day for pesticide poisoning," said a nurse at the Social Security clinic here. "The farmers often tell the peasants to give another reason for their sickness, but you can smell the pesticide in their clothes."

The symptoms of pesticide poisoning are dizziness, vomiting and general weakness. Death can come within hours depending on the severity of the poisoning and the type of pesticide used; long-term but milder intoxication can result in liver and other organic malfunctions.

According to the Government, there were no fatalities among the 1,039 cases of pesticide poisoning recorded last year in Guatemala. But doctors, priests and Peasant leaders in the cotton areas believe that numerous unreported deaths take place each year and that many more people are poisoned than the Government maintains.

The cotton pickers are not the only victims. In the absence of Government controls over the concentrations of insecticide and the frequency of spraying, researchers report dangerous levels of pesticide residue in mothers milk, cows' milk, beef, fish, chickens, ducks and pigs in the area. Rivers also carry the poison to the sea, where it pollutes seafood.

But the political strength of the cotton planters and the importance of cotton exports to Guatemala's economy have blocked attempts to curb the use of pesticides here. Last year a delegation from La Noria found no ministry willing to take responsibility for monitoring the use of insecticides, while representations by the United Nations Food and Agriculture Organization were also ignored.

"With an integrated pest-control program, we think that six or seven sprayings would he enough in a 90-day growing cycle," a foreign agronomist said "but here we have plantations sprayed 30, 40 and even 50 times in three months. The farmers try to exterminate everything that moves."

The cotton boom of the last two decades has irreversibly altered the environment of the area. The clearing of land for new plantations destroyed the natural habitat of the predators of the boll weevils, bollworms and other insects that do the most harm to cotton plants.

With cotton pests multiplying, the planters resorted to ever-larger doses of insecticides. But the insects developed a resistance to them and new more-toxic sprays had to be used.

One side-effect of the overuse of DDT was a resurgence of malaria as the disease-carrying mosquitoes also became resistant to the poison. Now, farmers are increasingly using phosphate-based pesticides, which, though less persistant, are even more lethal to humans than DDT.

Case 3:16-cv-00057-MOC    Document 69-7    Filed 02/22/18    Page 39 of 41

Some 370,000 people live permanently in the cotton-growing lowlands, but in the picking season from November to March as many as 600,000 Indians come down from the highlands to supplement their incomes working for stretches of 30 to 90 days in the fields. They earn $1.25 for a 12-hour shift.

The Indians are ignorant of the dangers of pesticide poisoning. They eat sweettasting cotton buds that have already been sprayed, they enter the fields too soon after fumigation and they take water for washing and drinking from polluted irrigation canals.

### Regulations Are Ignored

Guatemalan law holds that pickers should not enter fields within 72 hours of spraying and that cotton should not be grown within 100 yards of roads, houses, rivers, cattle-grazing areas or grain crops But both regulations are ignored

Because the migrant workers stay in the lowlands only a month or two, the few local studies of the human effects of exposure to pesticides have involved only the villagers living near this and other coastal cotton towns.

The results, nevertheles, have been shocking. According to the Central American Research Institute for Industry, the average DDT content of human blood in Guatemala's cotton areas is 520.6 parts per billion compared with 76.16 parts per billion in urban areas and 46.4 in Dade County, Fla.

A study by the Central American Nutrition Institute indicated that the amounts of DDT in 'mothers' milk in Guatemala are the highest in the Western world. One sample from La Gomera, near Tiquisate, contained 9.26 parts per million of DDT. This, the study noted, "is 185 times higher than the limit."

Even the crop-duster pilots, who ignore regulations that they wear masks, are affected by the poison. "I take pills daily for my liver." said Mr. Ruiz, the young planter, who at this time of year earns an extra $400 a day crop-dusting "Once year I go into hospital to have my blood cleaned out."

### U.S. Rejects Beef Shipments

chicken, pork and fish destined for do.

There are few controls on local beef, mestic consumption and high levels of DDT have frequently been reported. But 12 shipments of boneless beef exports last year and three shipments this year were rejected by the United States Departmen of Agriculture because of their high DDT content.

Case 3:16-cv-00057-MOC　　　Document 69-7　　　Filed 02/22/18　　　Page 40 of 41

According to reliable sources, meat that is tested here and rejected for shipment to the United States is sold locally, while beef refused entry to the United States in often reshipped to Barbados and other Caribbean islands.

Last year, the Guatemalan Government ardereci that DDT imports be reduced by 20 percent a year. so that none can be imported after 1979. But the use of phosphate pesticides is likely to rise as a result and these, acearding to experts, are five times more lethal to humans than DDT.

Because the victims of the spraying have little voice in Guatemalan politics, the use of pesticides is rarely discussed in the capital and so far the issue has not been raised in the campaign for the presidential elections next March.

But its political potential has at least been recognized by Guatemala's leftist guerrillas. In a midnight attack last year, the Guatemalan Army of the Poor destroyed 22 crop-duster planes at La Flora near here.

Within days, the wealthy cotton planters had replaced them and spraying was resumed.

The TimesMachine archive viewer is a subscriber-only feature. This article is also available separately as a high-resolution PDF for $3.95.

We are continually improving the quality of our text archives. Please send feedback, error reports, and suggestions to archive_feedback@nytimes.com.

A version of this archives appears in print on November 9, 1977, on Page 2 of the New York edition with the headline: Free Use of Pesticides in Guatemala Takes a Deadly Toll.

© 2017 The New York Times Company

Case 3:16-cv-00057-MOC    Document 69-7    Filed 02/22/18    Page 41 of 41