# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

_____
                            :

ALEJANDRO UMAÑA,           :

        Defendant / Movant,   :      No. 3:16-CV-00057-RJC

                            :      (3:08cr134-2)

        v.                    :      (Judge Robert Conrad)

                            :

UNITED STATES OF AMERICA     :      **CAPITAL § 2255 PROCEEDINGS**

           Respondents.     :

_____  :

### MOTION TO SEAL CERTAIN CLAIMS AND EXHIBITS IN MR. UMAÑA'S SUPPLEMENTAL/AMENDED MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE OF A PERSON IN FEDERAL CUSTODY

NOW COMES Movant Alejandro Umaña, through undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, and respectfully moves this Court for permission to file under seal certain claims and exhibits in his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence of a Person in Federal Custody.

Mr. Umaña requests to file the following claims under seal in the interests of consistency with prior proceedings in Mr. Umaña's case because they contain names of and information about jurors and alternate jurors who participated in Mr. Umaña's trial proceedings, including juror questionnaires and references to prior sealed proceedings and documents, including pleadings, orders, and transcripts:  Claims 37, 51, 58.  Mr. Umaña believes this request to file these portions of his Supplemental/Amended Motion under seal is appropriate because the Court sealed references to identities of jurors and alternates in prior proceedings and selected proceedings and documents referenced in the § 2255 motion remain under seal.

Mr. Umaña additionally requests, that as a precaution, the following claims and exhibits, which include sensitive identifying information regarding confidential informants, police

practices, and other potentially sensitive sources of criminal intelligence gathering be sealed: Claims 32, 33; Appx. 166-204.

Undersigned counsel have conferred with counsel for the Government who indicated that the Government takes no position on this Motion at this time.

WHEREFORE, Mr. Umaña respectfully moves this Honorable Court to grant him leave the aforementioned exhibits and claims under seal.

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

*/s/ Zandra L. Lopez*
ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Tel: 619-234-8467
Zandra_Lopez@fd.org

Dated: February 22, 2018

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion to Seal Certain Claims and Exhibits in Support of Mr. Umaña's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence of a Person in Federal Custody with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Anthony.enright@usdoj.gov

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 22, 2018

3