IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

ALEJANDRO RAMIREZ UMAÑA )
)
Movant, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )
_____ )

## MOTION FOR EXTENSION OF TIME TO RESPOND TO
## UMAÑA'S MOTION TO RECUSE THE TRIAL JUDGE

The United States respectfully requests a 14-day extension of time to file

its response to Alejandro Ramirez Umaña's motion to recuse the trial judge.

(Doc. No. 67.)  Umaña's attorney informed the United States the day that he filed

the motion only that it was a "motion to recuse."  Because the United States did

not know whom Umaña would seek to have recused or what grounds he intended

to assert, the United States was unable to inform Umaña's counsel what position

it would take on the merits of the motion before it was filed.  The United States

has since reviewed Umaña's motion and opposes his effort to recuse Judge

Conrad from this matter.  In the light of the demands of other matters, including

another motion by Umana for leave to file a 221-page supplement to his 2255

motion (Doc. No. 69, 3:16-CV-57), the United States asks for an additional two

weeks to prepare its response to the motion to recuse.  Counsel for Umana does

not object to the requested extension of time.

RESPECTFULLY SUBMITTED, this 6th day of March, 2018.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 6th day of March, 2018, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3