IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

ALEJANDRO RAMIREZ UMAÑA )
)
Movant, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )
_____ )

## MOTION FOR EXTENSION OF TIME TO RESPOND TO
## UMAÑA'S MOTION TO SUPPLEMENT HIS 2255 MOTION

The United States respectfully requests a 60-day extension of time to file its response to Alejandro Ramirez Umaña's motion to supplement his 2255 motion. (Doc. No. 68.) Umaña's motion asks this Court to add 221 pages to his 2255 motion, 28 new purported grounds for relief, and more than 1000 pages of exhibits. He asserts that each new ground is timely because each claim relates back to one or more claims in his 410-page original 2255 motion. And he asks this Court to apply equitable tolling to permit any grounds that fall outside the statute of limitations. An appropriate response to Umaña's motion to supplement will benefit from an additional 60 days. Counsel for Umaña does not object to the requested extension of time.

RESPECTFULLY SUBMITTED, this 6th day of March, 2018.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 6th day of March, 2018, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3