# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

        Movant,

    v.

UNITED STATES,

        Respondent.

3:16-CV-00057-RJC

CAPITAL § 2255 PROCEEDING

HON. ROBERT J. CONRAD, JR.

**UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION OF TIME IN WHICH TO REPLY TO THE GOVERNMENT'S RESPONSE TO UMAÑA'S MOTION FOR RECUSAL**

Movant, Alejandro Umaña, through undersigned counsel, hereby moves this Court for a seven-day extension of time in which to reply to the Government's Response to Umaña's Motion for Recusal (Doc. 74) and in support thereof states the following:

1. On February 22, 2018, Mr. Umaña filed a Motion for Recusal. Doc. 67.

2. On March 6, 2018, the Government filed an Unopposed Motion for Extension of Time to file its Response, Doc. 73, which this Court granted on March 7, 2018.

3. The Government filed its Response to Mr. Umaña's Motion for Recusal on March 20, 2018. Doc. 74.

4. Mr. Umaña's Reply to the Government's Response is currently due by March 27, 2018. Undersigned counsel Miller will be out of the office for non-refundable case-related travel from March 22-23, 2018 and non-refundable office-wide Continuing Legal Education on March 27, 2018. Undersigned counsel Lopez has previously scheduled meetings for March 26 and 27, 2018 with people traveling from out-of-town to her office. Therefore, Mr. Umaña respectfully requests a seven-day extension of time, to April 3, 2018, to file his Reply.

1

5.      On March 21, 2018, undersigned counsel contacted counsel for the Government, who indicated that the Government does not oppose Mr. Umaña's extension request.

6.      This request is made in good faith, is not predicated on an intent to delay, and is being made because of the specific needs of this capital case and counsel's ethical duty to provide professionally appropriate representation to Mr. Umaña.

WHEREFORE, Mr. Umaña respectfully requests that this Court grant his Unopposed Motion for a Seven-Day Extension of Time in Which to Reply to the Government's Response to Umaña's Motion for Recusal.

Respectfully submitted,

<table>
<tr><td><i>/s/ Kelly D. Miller</i></td><td><i>/s/ Zandra L. Lopez</i></td></tr>
<tr><td>KELLY D. MILLER</td><td>ZANDRA L. LOPEZ</td></tr>
<tr><td>Asst. Federal Public Defender</td><td>Federal Defenders of San Diego, Inc.</td></tr>
<tr><td>Federal Public Defender</td><td>225 Broadway, Suite 900</td></tr>
<tr><td>Middle District of Pennsylvania</td><td>San Diego, California 92101-5030</td></tr>
<tr><td>100 Chestnut Street, Suite 300</td><td>Tel: 619-234-8467</td></tr>
<tr><td>Harrisburg, PA 17101</td><td>Zandra_Lopez@fd.org</td></tr>
<tr><td>Tel: 717-782-3843</td><td></td></tr>
<tr><td>Fax: 717-782-3966</td><td></td></tr>
<tr><td>kelly_miller@fd.org</td><td></td></tr>
</table>

Dated: March 21, 2018

2

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Unopposed

Motion for Extension of Time with the Clerk of Court using the CM/ECF system and a copy of

the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: March 21, 2018

3