IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

ALEJANDRO RAMIREZ UMAÑA    )
    )
        Movant,    )
    )
    vs.    )
    )
UNITED STATES OF AMERICA,    )
    )
        Respondent.    )
_____    )

## MOTION TO SEAL RESPONSE TO
## UMAÑA'S MOTION FOR LEAVE TO SUPPLEMENT 2255

The United States of America respectfully moves this Court to seal its response to Alejandro Ramirez Umaña's Motion for Leave to Supplement his 2255 Motion. Umaña's motion contains personal information about jurors who served during Umaña's trial, and the United States' response refers to that and related information. An order sealing the response is necessary to protect the privacy of jurors. The United States has filed a public version of its response from which juror information has been redacted.

The United States, therefore, respectfully requests that this Court seal its unredacted response until further order by this Court. The United States reached out to counsel for Umaña by email on May 4, 2018, to determine his position on this motion but has not yet received a response.

RESPECTFULLY SUBMITTED, this 7th day of May, 2018.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that on this 7th day of May, 2018, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3