| | | |
|---|---|---|
| ALEJANDRO UMAÑA,<br>Defendant/Movant | : | No. 3:16 CV-00057-RJC |
| | : | **CAPITAL § 2255 PROCEEDINGS** |
| -v- | : | HON. ROBERT J. CONRAD JR. |
| UNITED STATES OF AMERICA | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MAY 29, 2018 IN WHICH TO REPLY TO THE GOVERNMENT'S RESPONSE TO UMAÑA'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL/AMENDMENT TO MOTION TO VACATE AND SET ASIDE CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. § 2255**

Movant, Alejandro Umaña, through undersigned counsel, respectfully moves the Court for a two-week extension of time to May 29, 2018 in which to reply to the Government's Response to Umaña's Motion for Leave to File Supplemental/Amendment to 2255 Motion and in support thereof states the following:

1.   On February 22, 2018, Mr. Umaña filed a Motion for Leave to File Supplemental/Amendment to Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. § 2255.  Doc. 68.

2.   On March 6, 2018, the Government filed an Unopposed Motion for Extension of Time of 60 days to file its Response, Doc. 73, which this Court granted on March 7, 2018.

3.   The Government filed its Response to Mr. Umaña's Motion for Leave on May 7, 2018. Doc. 77.  The government has raised a number of legal, factual and procedural objections to Mr. Umaña's motion for leave to amend that require a comprehensive, concise response in order to protect Mr. Umaña's constitutional rights.  For that reason, counsel respectfully request

1

an additional two weeks, until May 29, 2018, in order to complete his reply.

4. Counsel for the Government has informed undersigned counsel that he has no objection to the time requested in this motion.

WHEREFORE, Mr. Umaña respectfully requests that this Court grant his Motion for Extension of Time in Which to Reply to the Government's Response to Umaña's Motion For Leave.

Respectfully submitted,

Dated: May 8, 2018

*s/ Kelly D. Miller*
KELLY D.MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

*/s/ Zandra L. Lopez*
ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: 619-234-8467
Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2018, I electronically filed the foregoing Motion for Extension

of time with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Anthony.Enright@usdoj.gov

Respectfully submitted,

*/s/ Zandra L. Lopez*
ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: 619-234-8467
Zandra_Lopez@fd.org

Dated: May 8, 2018

3