# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| ALEJANDRO UMAÑA,<br>      Movant,<br><br>    v.<br><br>UNITED STATES,<br>      Respondent. | 3:16-CV-00057-RJC<br><br>CAPITAL § 2255 PROCEEDING<br><br>HON. ROBERT J. CONRAD, JR. |

### NOTICE PURSUANT TO LOCAL RULE 7.1(E)

Please take notice that, pursuant to Local Rule 7.1(E), Movant, Alejandro Umaña, does not intend to file a reply to the Government's Response to Umaña's Motion to Stay Proceedings Due to Incompetency (Doc. 83).

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
Kelly_Miller@fd.org

*/s/ Zandra L. Lopez*
ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Tel: 619-234-8467
Zandra_Lopez@fd.org

Dated: June 14, 2018

1

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Notice using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

> */S/ KELLY D. MILLER*
> KELLY D. MILLER
> Asst. Federal Public Defender
> Federal Public Defender
> Middle District of Pennsylvania
> 100 Chestnut Street, Suite 300
> Harrisburg, PA 17101
> Tel: 717-782-3843
> Fax: 717-782-3966
> Kelly_Miller@fd.org

Dated: June 14, 2018

2