**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| ALEJANDRO UMAÑA,<br>　　　　　　　　Movant, | 3:16-CV-00057-RJC |
| v. | CAPITAL § 2255 PROCEEDING |
| UNITED STATES,<br>　　　　　　　　Respondent. | HON. ROBERT J. CONRAD, JR. |

**MOTION FOR LEAVE TO FILE SUPPLEMENT/AMENDMENT TO MOTION TO VACATE UNDER 28 U.S.C. §2255 IN LIGHT OF *REHAIF V. UNITED STATES*, 139 S. CT. 2191 (2019)**

Movant, Alejandro Umaña, through counsel, hereby moves for leave to supplement and amend his Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. § 2255, to add an additional new claim in light of the new retroactive constitutional rule articulated in *Rehaif v. United States*, 588 U.S. ___, 139 S.Ct. 2191 (June 21, 2019), and for the reasons stated in the attached Memorandum In Support and proposed Supplement/Amendment.

Undersigned counsel has conferred with counsel for the Government who indicated the Government objects to this motion.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 19, 2020

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 19, 2020

2