# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

               Movant,

      v.

UNITED STATES,

               Respondent.

3:16-CV-00057-RJC

CAPITAL § 2255 PROCEEDING

HON. ROBERT J. CONRAD, JR.

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENT/AMENDMENT TO MOTION TO VACATE UNDER 28 U.S.C. §2255 IN LIGHT OF *REHAIF v. UNITED STATES*, 139 S. CT. 2191 (2019)**

Movant, Alejandro Umaña, through counsel, hereby files his memorandum in support of motion for leave to supplement and amend his Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. § 2255, in light of *Rehaif v. United States*, 588 U.S. ___, 139 S.Ct. 2191 (June 21, 2019) to add an additional new claim.

1. Mr. Umaña is an indigent, death-sentenced federal prisoner. He was charged and convicted of, inter alia, being an unlawful alien in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2).

2. On June 22, 2016, counsel for Mr. Umaña timely filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Conviction and Sentence. Civ. Doc. 24.

3. On February 22, 2018, counsel for Mr. Umaña filed a Motion for Leave to File Supplement/Amendment to Motion to Vacate, and the proposed Supplement/Amended Motion to Vacate. Civ. Docs. 68, 69, 71. The Government filed a response to the motion to supplement and amend, and counsel for Mr. Umaña replied. Civ. Docs. 77, 81.

4. On June 21, 2019, the Supreme Court decided *Rehaif v. United States*, 588 U.S. ___, 139 S.Ct. 2191 (2019), an opinion which has direct implication for Mr. Umaña's proceedings.

5. 28 U.S.C. § 2242 provides that a 2255 motion "may be amended or supplemented as provided in the rules of procedure applicable to civil actions." *See also* Rule 11 of the Rules Governing 2255 Proceedings (rules of civil procedure apply to extent not inconsistent with habeas rules); Advisory Committee Note to Rule 5 of the Rules Governing 2255 Proceedings ("civil rule 15(a) may be used to allow the petitioner to amend his petition"); *Withrow v. Williams*, 507 U.S. 680, 696 n.7 (1993) ("Rule 15 applies in habeas actions"). Under Rule 15(a)(2), "[t]he court should freely give leave [to amend] when justice so requires." Similarly, Rule 15(d) provides for supplemental pleadings when the pleading sets "out any transaction, occurrence or event that happened after the date of the pleading to be supplemented."

6. Mr. Umaña seeks leave to file an additional new claim based on the Supreme Court's decision in *Rehaif*.

7. Mr. Umaña's *Rehaif* claim is timely under 28 U.S.C. § 2255(f)(3) because it is filed within one year of the *Rehaif* decision.

8. For the reasons stated in Mr. Umaña's proposed supplement/amendment, his proposed new claim based on *Rehaif* is meritorious and thus leave to supplement or amendment would not be futile.

9. Accordingly, Mr. Umaña requests leave to supplement or amend in light of *Rehaif* and submits his proposed supplemental/amended claim for consideration.

2

WHEREFORE, Mr. Umaña respectfully moves this Court to grant him leave to supplement/amend his 2255 Motion in light of *Rehaif*.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 19, 2020

3

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been

served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 19, 2020

4