# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

                Movant,

        v.

UNITED STATES,

                Respondent.

3:16-CV-00057-RJC

CAPITAL § 2255 PROCEEDING

HON. ROBERT J. CONRAD, JR.

**MOTION FOR LEAVE TO FILE SUPPLEMENT/AMENDMENT TO CLAIM 22 OF MOTION TO VACATE UNDER 28 U.S.C. §2255 IN LIGHT OF *UNITED STATES V. DAVIS*, 139 S. CT. 2319 (2019)**

Movant, Alejandro Umaña, through counsel, hereby moves for leave to supplement and amend Claim 22 of his Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. § 2255, to add additional authority in light of *United States v. Davis*, 588 U.S. ___, 139 S. Ct. 2319 (June 24, 2019), for the reasons stated in the attached Memorandum In Support and proposed Supplement/Amendment to Claim 22.

Undersigned counsel has consulted with counsel for the Government, who indicates that the Government objects to this motion.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender, Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org
Dated: June 23, 2020

<strong>CERTIFICATE OF SERVICE</strong>

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright<br>
Assistant United States Attorney<br>
Suite 1650, Carillon Building<br>
227 West Trade Street<br>
Charlotte, NC 28202<br>
anthony.enright@usdoj.gov

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 23, 2020

2