IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

ALEJANDRO RAMIREZ UMAÑA ）
）
Movant, ）
）
vs. ）
）
UNITED STATES OF AMERICA, ）
）
Respondent. ）
_____ ）

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
UMAÑA'S MOTION TO SUPPLEMENT HIS 2255 MOTION**

The United States respectfully requests a 60-day extension of time to file its response to Alejandro Ramirez Umaña's June 23, 2020, motion for leave to supplement, which seeks to add 50 pages to his 2255 motion. (Doc. No. 90.) Since Umaña filed that June 23 motion, undersigned counsel with primary responsibility for preparing the United States' response has filed briefs or dispositive motions in *United States v. Lee*, No. 20-4068 (4th Cir.); *United States v. Budi*, No. 20-4058 (4th Cir.); and *United States v. Lewis*, No. 20-4130 (4th Cir.). In coming weeks, counsel faces deadlines in *United States v. Linder*, No. 20-4069 (4th Cir.); *United States v. Tate*, No. 17-4599 (4th Cir.); *United States v. Brown*, No. 20-4157 (4th Cir.); *United States v. Boyd*, No. 20-4054 (4th Cir.); *United States v. McKinney*, No. 20-6396; *United States v. Cloud*, No. 20-4091 (4th Cir.); *United States v. Coleman*, No. 3:16CV440-RJC (W.D.N.C.); and *United States v.*

*Marshall*, No. 3:20CV279-FDW (W.D.N.C.). Four days before Umaña filed his June 23 motion, moreover, he filed another successive motion to supplement his 2255 motion. (Doc. No. 88, June 23, 2020.) The United States will seek additional time to respond to that June 19 filing by separate motion. The United States Attorney's Office for the Western District of North Carolina, furthermore, has endeavored to complete work remotely, to the extent practical, in response to the COVID-19 pandemic. The logistics of that endeavor have increased the amount of time required to prepare briefs and responses.

In the light of other deadlines and events, an appropriate response to Umaña's motion to supplement will benefit from an additional 60 days. Counsel for Umaña does not object to the requested extension of time.

RESPECTFULLY SUBMITTED, this 2nd day of July, 2020.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of July, 2020, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3