# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| ALEJANDRO UMAÑA,<br>                      Movant,<br><br>          v.<br><br>UNITED STATES,<br>                    Respondent. | 3:16-CV-00057-RJC<br><br>CAPITAL § 2255 PROCEEDING<br><br>HON. ROBERT J. CONRAD, JR. |

**MOTION TO JOIN IN FDSDI'S MOTION TO WITHDRAW AND SUPPLEMENT TO FDSDI'S MOTION REGARDING SUBSTITUTION OF COUNSEL**

Alejandro Umaña, through undersigned counsel, respectfully joins in the FDSDI's motion requesting the Federal Defenders of San Diego, Inc., be granted leave to withdraw (Doc. 94) and moves the Court to reconsider and/or hold in abeyance its order finding that Mr. Umaña is not entitled to substitute counsel, pursuant to 18 U.S.C. §§ 3599 (a) and (c).

For the reasons stated in FDSDI's motion and undersigned's attached brief and exhibits, Mr. Umaña respectfully requests the Court grant FDSDI's motion to withdraw and reconsider and/or hold in abeyance its finding that substitution of counsel is not warranted in this case until such time as appropriately qualified substitute counsel can be identified

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: July 14, 2020

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

Zandra L. Lopez
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Zandra_Lopez@fd.org

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: July 14, 2020

2