

**Affidavit of Sandy Demeree**

North Carolina
County of Durham

I, Sandy Demeree, appearing before the undersigned and being duly sworn or affirmed, state the following:

1.        My name is Sandy Demeree. I am employed with the Center for Death Penalty Litigation (CDPL) as the financial controller for the office. My job responsibilities include billing, accounting, tax, and human resource matters.

2.        CDPL is a 501(c)(3) tax-exempt, non-profit law firm, whose work is focused on representation of criminal defendants facing the death penalty in North Carolina. Attorneys at CDPL are employees, not independent contractors. When CDPL attorneys submit fee applications to courts for their representation of indigent defendants, those fee awards are paid directly to CDPL. The attorneys are paid a fixed salary by CDPL that does not change based on the fees they generate.

3.        Attorneys at CDPL have previously represented federal capital defendant Alejandro Umana in direct appeal and post-conviction proceedings. I have been asked by Mr. Umana's current attorneys to provide the dates of employment for the CDPL attorneys who previously worked on Mr. Umana's case.

4.        Attorney Malcolm Ray Hunter, Jr., was appointed to represent Mr. Umana on direct appeal to the Fourth Circuit. Mr. Hunter was employed by CDPL and served as its executive director from February 2009 to June 2013.

5.        Attorney David Weiss assisted Mr. Hunter on the direct appeal, and entered an appearance in the Fourth Circuit on behalf of Mr. Umana. Mr. Weiss was employed by CDPL, and served as a staff attorney from September 2007 to April 2013, at which point Mr. Weiss left CDPL for private practice. Mr. Weiss returned to CDPL in April 2014, and remains employed at CDPL at this time.

6.        Attorney Kenneth J. Rose was appointed to represent Mr. Umana in post-conviction proceedings in federal district court, and served as co-counsel with the Federal Defenders of San Diego. Mr. Rose was employed by CDPL and served as its executive director from October 1996 to July 2006. Mr. Rose then served as a senior staff attorney at CDPL for the next 10 years. Mr. Rose also served as acting executive director from December 2008 through January 2009. Mr. Rose stepped down from his employment at CDPL at the end of December 2016.

7.        Attorney Mark Pickett assisted Mr. Rose in post-conviction proceedings on behalf of Mr. Umana. Mr. Pickett has been employed as a staff attorney at CDPL since June 2013, and remains a CDPL employee at this time.

1

I swear or affirm that the information in the foregoing paragraphs is true to the best of my knowledge.

_Sandy Demeree_
Sandy Demeree

Sworn to, or affirmed, and subscribed before me this 13th day of July 2020.

_Official signature of notary_

Gretchen M Engel , Notary Public
_Notary's printed name_

My commission expires: May 28, 2022

GRETCHEN M ENGEL
NOTARY PUBLIC
DURHAM COUNTY, NC
My Commission Expires 5-28-22