IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

ALEJANDRO RAMIREZ UMAÑA )
)
Movant, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )
_____ )

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
UMAÑA'S JUNE 23 MOTION TO SUPPLEMENT HIS 2255 MOTION**

The United States respectfully requests a 30-day extension of time to file

its response to Alejandro Ramirez Umaña's June 23, 2020, motion to supplement,

which seeks to add 50 pages to his 2255 motion. (Doc. No. 90.) This Court has

granted the United States one extension of time to file its response, which is

currently due September 4.

Since this Court granted the United States' previous request for an

extension, undersigned counsel with primary responsibility for preparing that

response has faced an unusually large workload in other cases involving

challenges or requests for release from convictions or sentences. Counsel has

filed in the Fourth Circuit briefs, dispositive motions, or responses requested by

the Court in *United States v. Brown*, No. 20-4157; *United States v. Boyd*, No. 20-

4050; *United States v. Jackson*, No. 20-9; *United States v. McCoy*, No. 20-2468;

*United States v. McKinney*, No. 20-6396; *United States v. Cloud*, No. 20:4091; and *United States v. Miller*, No. 20-4075, and expects to file briefs in *United States v. Garcia*, No. 20-4104, and *United States v. McCoy*, No, 20-4268, before the end of this week. In this Court, counsel has filed briefs or dispositive motions in *United States v. Coleman*, No. 3:16CV440; *United States v. Johnson*, No. 3:17CR254; *United States v. Marshall*, No. 3:20CV279; *United States v. White*, No. 3:18CR64; *United States v. Robinson*, No. 3:07CR62; and *United States v. Graham*, No. 3:20CV57. In coming weeks, counsel faces deadlines in *United States v. Johnson*, No. 20-4215 (4th Cir.); *United States v. Lawhon*, No 20-4053 (4th Cir.); and *United States v. Rose*, No. 5:20CV64 (W.D.N.C.). And counsel expects to appear for oral argument before the Fourth Circuit next week in *United States v. Moriello*, No. 19-4464; and *United States v. Ka*, No. 18-4913. Four days before Umaña filed his June 23 motion, moreover, he filed another successive motion to supplement his 2255 motion. (Doc. No. 88, June 19, 2020.) The United States will seek additional time to respond to that June 19 filing by separate motion. Counsel also represents the United States in numerous other matters before this Court and the Fourth Circuit. And the United States Attorney's Office has endeavored to complete work remotely, to the extent practical, in response to the COVID-19 pandemic. The logistics of that endeavor have increased the amount of time required to prepare briefs.

In the light of other deadlines and events, an appropriate response to Umaña's motion to supplement will benefit from an additional 30 days. Counsel

for Umaña does not object to the requested extension.

RESPECTFULLY SUBMITTED, this 2nd day of September, 2020.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

3

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of September, 2020, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

4