# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,
               Movant,

        v.

UNITED STATES,
               Respondent.

3:16-CV-00057-RJC

CAPITAL § 2255 PROCEEDING

HON. ROBERT J. CONRAD, JR.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO GOVERNMENT'S RESPONSE TO UMAÑA'S JUNE 19 MOTION TO SUPPLEMENT/AMEND HIS 2255 MOTION IN LIGHT OF *REHAIF V. UNITED STATES*, 139 S. CT. 2191 (2019)**

Movant, Alejandro Umaña, respectfully requests a thirty-day extension of time to reply to the Government's Response to his June 19 Motion to Supplement/Amend His 2255 Motion In Light of *Rehaif v. United States*, 139 S. Ct. 2191 (2019). In support, he offers the following:

1. On June 19, 2020, Mr. Umaña filed the at-issue motion to supplement/amend his § 2255 Motion in light of *Rehaif*. (Docs. 88, 89.)

2. On June 23, 2020, Mr. Umaña filed a motion to supplement/amend Claim 22 of his § 2255 Motion in light of *United States v. Davis*, 139 S. Ct. 2319 (2019). (Docs. 90, 91.)

3. On October 5, 2020, the Government filed its responses in opposition to both motions. (Docs. 100, 101.)

4. Both of Mr. Umaña's replies are due to be filed on October 13, 2020.

5. Due to the complexity of this area of law, the quickly evolving nature of *Rehaif* jurisprudence, and the novelty of the government's arguments, Mr. Umaña respectfully suggests a 30-day extension of time is necessary to appropriately reply to the government's responses.

Such additional time will aid in more clearly presenting Mr. Umaña's reply and will aid in more clearly developing the issues for this Court's consideration.

6. Undersigned has consulted with counsel for the Government, who does not object to undersigned's request for a thirty-day extension of time.

7. This request is made in good faith, is not predicated on intent to delay, and is being made because of the specific needs of this capital case and counsel's ethical duty to provide professionally appropriate capital representation to Mr. Umaña.

WHEREFORE, Mr. Umaña respectfully requests this Court grant his Unopposed Motion for Extension of Time and permit undersigned to file both Replies by November 12, 2020. Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender, Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: October 7, 2020

2

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with

the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been

served this day upon the following via CM/ECF:

Anthony J. Enright<br>
Assistant United States Attorney<br>
Suite 1650, Carillon Building<br>
227 West Trade Street<br>
Charlotte, NC 28202<br>
anthony.enright@usdoj.gov

> */S/ KELLY D. MILLER*
> KELLY D. MILLER
> Asst. Federal Public Defender
> Federal Public Defender
> Middle District of Pennsylvania
> 100 Chestnut Street, Third Floor
> Harrisburg, PA 17101
> Tel: 717-782-3843
> Fax: 717-782-3966
> kelly_miller@fd.org

Dated: October 7, 2020

3