# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

        Movant,

      v.

UNITED STATES,

        Respondent.

3:16-CV-00057-RJC

CAPITAL § 2255 PROCEEDING

HON. ROBERT J. CONRAD, JR.

**MOVANT'S MOTION TO SUPPLEMENT AND AMEND
CLAIM 22 (*JOHNSON/DAVIS* CLAIM) OF HIS MOTION TO VACATE UNDER 28 U.S.C. §2255**

Movant, Alejandro Umaña, through counsel, hereby moves for leave to supplement and amend his Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. § 2255, to supply additional authority regarding Claim 22 (*Johnson/Davis* claim), including *Borden v. United States*, 141 S. Ct. 1817 (June 10, 2021), for the reasons stated in the attached Memorandum In Support and proposed Supplement/Amendment.

Undersigned counsel has communicated with counsel for the Government, who indicates that the Government opposes this motion.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender Office
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 9, 2022

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

/S/ KELLY D. MILLER
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender Office
Middle District of Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 9, 2022

2