# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,
                Movant,                         3:16-CV-00057-RJC

        v.                                CAPITAL § 2255 PROCEEDING

UNITED STATES,                           HON. ROBERT J. CONRAD, JR.
                Respondent.

## MOVANT'S UNOPPOSED MOTION TO SEAL MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR LEAVE TO CONDUCT DISCOVERY

Movant, Alejandro Umaña, through undersigned counsel, and pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, respectfully moves this Court for permission to file under seal his Motion for Reconsideration of the Court's March 31, 2022 Order denying Mr. Umaña's Motion for Leave to Conduct Discovery and Brief in Support. In support thereof, Mr. Umaña states the following:

1. Mr. Umaña is an indigent, death-sentenced federal prisoner.

2. On June 22, 2016, Mr. Umaña filed his timely § 2255 Motion. (Doc. 22). This Court granted Mr. Umaña leave to file certain claims in that Motion under seal. (Doc. 24). Mr. Umaña filed his Initial Motion for Leave to Conduct Discovery and Incorporated Memorandum on October 21, 2016. (Doc. 36). Again, this Court granted Mr. Umaña leave to file his discovery requests pertaining to certain claims under seal. (Doc. 37)

3. On March 23, 2017, the Government responded to Mr. Umaña's Initial Discovery Motion (Doc. 50). This Court granted the Government leave to file portions of that response under

1

seal. (Doc. 52). And, on April 24, 2017, Mr. Umaña replied (Doc. 62), with portions of that reply filed under seal. (Doc. 62).

4. On February 22, 2018, Mr. Umaña filed a Motion for Leave to File Supplement/Amendment to Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. §2255. (Doc. 68). This Court granted Mr. Umaña leave to file certain claims under seal. (Doc. 71).

5. On March 31, 2022, this Court entered its Order denying the Initial Discovery Motion in full. (Doc. 108). This Court's Order denying Mr. Umaña's Motion for Leave to Conduct Discovery was filed under seal. (Doc. 108).

6. As this Court's Order denying leave to conduct discovery was filed under seal, Mr. Umaña requests leave to file his motion to reconsider that Order under seal.

7. Undersigned counsel contacted counsel for Respondent, who indicated that the Government does not oppose Mr. Umaña's Motion to Seal.

WHEREFORE, for the reasons stated above Mr. Umaña respectfully requests that this Court grant him leave to file the aforementioned Motion for Reconsideration under seal.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org


Dated: June 28, 2022

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion to Seal Motion for Reconsideration of Order Denying Motion for Leave to Conduct Discovery and Incorporated Brief in Support with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 28, 2022