# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:16CV57

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## MOTION TO SEAL RESPONSE TO MOTION
## FOR RECONSIDERATION OF SEALED ORDER

The United States of America respectfully moves this Court to seal its response to Alejandro Ramirez Umaña's June 28, 2022, motion for reconsideration. Umaña seeks reconsideration of an order this Court issued on March 31 under seal. And the United States' response refers to the contents of that order. An order sealing the response is necessary to protect the confidentiality of this court's sealed order.

The United States, therefore, respectfully requests that this Court seal its response until further order by this Court. Counsel for Umaña has informed the United States that Umaña does not oppose this request.

RESPECTFULLY SUBMITTED, this 12th day of July, 2022.

DENA J. KING
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that on this 12th day of July, 2022, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing.

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3