# Exhibit 02

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

ALEJANDRO UMAÑA,
                    Movant,                                   3:16-CV-00057-RJC

            v.                                                CAPITAL § 2255 PROCEEDING

UNITED STATES,                                               HON. ROBERT J. CONRAD, JR.
                    Respondent.

**[PROPOSED] ORDER ON MOVANT ALEJANDRO UMAÑA'S**
**MOTION FOR LEAVE TO CONDUCT DISCOVERY**

THIS CAUSE coming to be heard on Alejandro Umaña's Motion for Leave to Conduct

Discovery (the "Motion"), the Court having reviewed the briefing filed by Mr. Umaña and the

Government in relation to the Motion, and the Court otherwise being fully advised in the premises,

**IT IS HEREBY ORDERED** that this Motion is:

\_\_\_   **GRANTED IN FULL**

\_\_\_   **GRANTED IN PART AND DENIED IN PART**

as stated more fully herein, with respect to the discovery requests directed toward the Clerk's

Office for the Western District of North Carolina ("Clerk for the WDNC"). The Court finds good

cause exists for Mr. Umaña to obtain the discovery granted in this Order.

As to each of the requests enumerated below in this Part I that bears an "X" to its left, the

Clerk for the WDNC is **ORDERED** as follows:

1.       The Clerk for the WDNC shall produce to Mr. Umaña's counsel all Records[1] in its

         possession, custody, or control that are responsive to such request, and certify when

         such production effort is complete, or alternatively certify their absence.

---

[1] For purposes of this Order and the discovery requests, "Record" or "Records" shall be given the

2. The records requested pertain to the investigation and prosecution of Alejandro Umaña for the homicides of Manuel Garcia Salinas and Ruben Garcia Salinas, including the related investigation into the other crimes evidence presented at the guilt phase in support of the RICO charges and the penalty phase in support of the Government's case in aggravation, unless otherwise specified.

The enumerated requests directed to the Clerk for the WDNC are as follows:

1  All documents provided by the Government to the Court remaining in the custody and control of the Court.

2  A copy of all documents the Government submitted to the Court *ex parte* during the course of the *Atkins* proceedings and any and all documentation, logs, and/or other materials demonstrating the authenticity and/or reconstruction and completeness of the *ex parte* submission.

3  A copy of all documents the Government submitted to the Court *ex parte* during the course of the pretrial proceedings regarding the admission of other crimes evidence and any and all documentation, logs, and/or other materials demonstrating the authenticity and/or reconstruction and completeness of the *ex parte* submission.

---

broadest possible meaning and shall include but not be limited to any writing of any kind, type or description, including but not limited to, writing or recording of information of any kind, correspondence, letters, memoranda, facsimiles, electronic mail (email), notes, desk calendars, diaries, statistics, telegrams, minutes, contracts, reports, studies, checks, invoices, statements, receipts, returns, warranties, guaranties, summaries, pamphlets, books, brochures, prospectuses, interoffice and intra-office communications, notations of any sort of conversation, telephone call messages, meetings or other communications, computer data, or other material of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, film electronic facsimiles, computer storage devices, or any other medium, investigation notes, investigation records, investigation summaries, correlation summaries, surveillance (physical, electronic, photographic), case reports, interrogation reports, surveillance logs, FISUR log cover sheets, photographs, video and audio records and all transcribed statements, computer files, i-drive records, transfers of physical evidence, releases of physical evidence, diagrams, crime reports, follow-up investigation reports, toxicology reports, forensic reports, laboratory reports, evidence impound reports, warrants of arrest, search warrants, consent to search documents, returns of search warrants, extradition documents, polygraph examinations, travel documents, travel forms. "Record" and "Records" also mean a copy where the original is not in the Clerk for the WDNC's possession, custody, or control and every copy of a Record if such copy is not an identical duplicate of the original.

4    Copies of any logs, notes, documents, and/or communications between the Government and the Court and within the Government regarding the submission of these documents *ex parte*.

SO ORDERED.

Entered: _____    _____

Hon. Robert J. Conrad, Jr.
U.S. District Court Judge