# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMAÑA, | : | |
| Defendant / Movant, | : | No. 3:16-CV-00057-RJC |
| | : | |
| v. | : | (Judge Robert Conrad) |
| | : | |
| UNITED STATES OF AMERICA, | : | **CAPITAL § 2255 PROCEEDINGS** |
| Respondents. | : | |
| | : | |

**MOTION TO SEAL CERTAIN REQUESTS IN MR. UMAÑA'S SECOND MOTION FOR LEAVE TO CONDUCT DISCOVERY AND MEMORANDUM IN SUPPORT OF SECOND MOTION FOR LEAVE TO CONDUCT DISCOVERY**

NOW COMES Movant Alejandro Umaña, through undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, and respectfully moves this Court for permission to file under seal certain requests in his Second Motion for Leave to Conduct Discovery and in his Memorandum in Support of Second Motion for Leave to Conduct Discovery. In support thereof, Mr. Umaña states the following:

1. Mr. Umaña requests, as a precaution, that certain of his discovery requests in support of Claims 32, 33 and 35 be sealed as they include sensitive identifying information regarding confidential informants, police practices, and other potentially sensitive sources of criminal intelligence gathering. This Court previously granted Mr. Umaña leave to file Claims 32 and 33 of his Supplemental 2255 Motion under seal for these same reasons. (Dkt. Text Ord. 03/07/2018.)

2. Undersigned counsel has conferred with counsel for the Government who indicated that the Government does not oppose this request to seal.

WHEREFORE, Mr. Umaña respectfully moves this Honorable Court to grant him leave to file the aforementioned portion of his Second Motion for Leave to Conduct Discovery and his Memorandum in Support of Second Motion for Leave to Conduct Discovery under seal.

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org


Dated: July 20, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: July 20, 2022

3