# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

           Movant,

        v.

UNITED STATES,

           Respondent.

_____/

3:16-CV-00057-RJC

CAPITAL § 2255 PROCEEDING

HON. ROBERT J. CONRAD, JR.

## ERRATA

Movant, Alejandro Umaña, through undersigned counsel, hereby submits this *Errata* to the *Memorandum in Support of Second Motion for Leave to Conduct Discovery* (Docs. 124 & 125) and in support thereof, states the following.

Movant's counsel hereby make the following correction to ¶56, page 26, of the Memorandum in Support (Docs. 124 & 125) to add necessary record citation:

56.      In the Initial Discovery Motion, Mr. Umaña sought discovery relating to the Los Angeles Police Department's interviews with Fairfax Avenue shooting suspects Luis Rivera and Rene Arevalo to support **Claims 5, 6, and 7** of the Initial 2255 Motion. *See* **Doc. 36** at 32-36. *See also* **Claim 35.B2 (Doc. 71)** (noting self-serving nature of Arevalo's statements to excuse his role in the homicides and avoid deportation). This Court denied Mr. Umaña's request (*see* **Doc. 108** at 15-18), and Mr. Umaña has sought reconsideration of that ruling. *See* **Doc. 113.** In addition to the arguments presented in the Initial Discovery Motion, Mr. Umaña avers that, prior to discussing the Fairfax Avenue shooting, Arevalo and the detectives discussed the fact that Arevalo had previously avoided deportation, that Arevalo had a young daughter in the United States, and that Arevalo was concerned about deportation. *See* Gov't Penalty Phase Exh. 518 at 15, 17-18,

1

admitted at PPT at 231 (Recorded Interview of Arevalo, by LAPD Detectives Parshall and Telis,

May 25, 2006).[1]

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: July 26, 2022

---

[1] Undersigned counsel will lodge the recorded video with the Court at a hearing.

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Errata to Memorandum in Support of Second Motion for Leave to Conduct Discovery with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

*/S/ KELLY D. MILLER*
KELLY D. MILLER

Dated: July 26, 2022