IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## MOTION TO SEAL RESPONSE TO MOTION
## FOR RECONSIDERATION OF SEALED ORDER

The United States of America respectfully moves this Court to seal its response to Alejandro Ramirez Umaña's October 31, 2022, sealed motion for reconsideration. Umaña seeks reconsideration of an order this Court issued on October 11 under seal. And the United States' response refers to the contents of that sealed order and Umaña's sealed response. An order sealing the response is necessary to protect the confidentiality of those sealed documents.

The United States, therefore, respectfully requests that this Court seal its response until further order by this Court.

RESPECTFULLY SUBMITTED, this 14th day of November, 2022.

DENA J. KING
UNITED STATES ATTORNEY

/s/Anthony J. Enright

Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 14th day of November, 2022, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing.

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3