# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,
      Movant,        3:16-CV-00057-RJC

    v.           CAPITAL § 2255 PROCEEDING

UNITED STATES,        HON. ROBERT J. CONRAD, JR.
      Respondent.

### MOVANT'S UNOPPOSED MOTION TO SEAL MOTION FOR RECONSIDERATION AND RELIEF FROM THE COURT'S OCTOBER 11, 2022 ORDER

Movant, Alejandro Umaña, through undersigned counsel, and pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, respectfully moves this Court for permission to file under seal his Reply to the Government's Response to His Motion for Reconsideration and Relief from the Court's October 11, 2022 Order denying him leave to file his February 22, 2018 Supplemental/Amended §2255 Motion. In support thereof, Mr. Umaña states the following:

1.  Mr. Umaña is an indigent, death-sentenced federal prisoner.

2.  On February 22, 2018, Mr. Umaña filed a Motion for Leave to File Supplement/Amendment to Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. §2255. (Doc. 68.) This Court granted Mr. Umaña leave to file certain claims under seal. (Doc. 71.)

3.  On October 11, 2022, this Court denied Mr. Umaña's February 22, 2018 Motion for Leave to File Supplement/Amendment to his §2255 Motion. (Doc. 131.) This Court's Order – which addressed claims previously filed under seal – was filed under seal. *Id.*

1

4.  As this Court's Order denying his February 22, 2018 Motion for Leave to File Supplement/Amendment to his §2255 Motion was filed under seal, Mr. Umaña requests leave to file his Motion for Reconsideration of that sealed Order under seal.

5.  For these same reasons, the Government has requested leave to file its Response under seal.  (Doc. 136.)

6.  Mr. Umaña requests leave to seal his Reply, to protect the sealing of the Court's Order and the prior pleadings.

7.  Undersigned counsel contacted counsel for Respondent, who indicated that the Government does not oppose Mr. Umaña's Motion to Seal.

WHEREFORE, for the reasons stated above Mr. Umaña respectfully requests that this Court grant him leave to file the aforementioned Reply to the Government's Response to His Motion for Reconsideration under seal.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: November 21, 2022

2

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion to

Seal with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has

been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

/S/ KELLY D. MILLER
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: November 21, 2022

3