IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO UMAÑA'S MOTION UNDER 28 U.S.C. § 2255

The United States respectfully requests a 60-day extension of time to file its response to Alejandro Ramirez Umaña's motion under 28 U.S.C. § 2255. The United States' response is currently due December 12, 2022. The United States requests an additional 60 days — until February 10, 2023 — to respond for three reasons.

First, Umaña's 2255 motion is unusually long and follows a record of an extensive criminal trial. Umaña's original 2255 motion exceeds 400 pages and seeks to present dozens of theories under 30 different headings. This Court has permitted several amendments to Umaña's original motion, which add more than 70 pages. (Docs. No. 89, 91, 111.) And Umaña's underlying criminal proceeding involved an eleven-day, three-phase trial.

Second, the workload of counsel with primary responsibility for preparing

the United States' response has been unusually great. Since this Court ordered the United States to respond, counsel has filed briefs, dispositive motions, or court-ordered responses in *United States v. Maldonado*, No. 21-4243 (4th Cir.); *United States v. Clayton*, No. 22-4138 (4th Cir.); *United States v. Ross*, No. 22-4054 (4th Cir.); *United States v. Evans*, No. 22-4307 (4th Cir.); *In re: Moore*, No. 22-2081 (4th Cir.); and *United States v. Hardin*, No. 22-4432 (4th Cir.), appeared for oral argument in *United States v. Rakestraw*, No. 21-4436 (4th Cir.); *United States v. Shivers*, No. 21-4091 (4th Cir.); and *United States v. Rios*, No. 21-4059 (4th Cir.), and for a hearing in *United States v. White*, No. 5:20CV141 (W.D.N.C.). In coming weeks, counsel faces deadlines in *United States v. Shine*, No. 22-4143 (4th Cir.); *United States v. Ratliff*, No. 21-4454 (4th Cir.); and *United States v. Rivers*, No. 22-4224 (4th Cir.), and is scheduled to appear for oral argument in *United States v. Littlejohn*, No. 19-6089 (4th Cir.), and tentatively scheduled to appear for argument in *United States v. Evans*, No. 22-4307 (4th Cir.).

Third, counsel for Umaña has informed the United States that he does not object to the requested extension of time.

In the light of the complexity of Umaña's motion and other deadlines and events, appropriate response will benefit from an additional 60 days. The United States, therefore, respectfully requests an extension of time until February 10, 2023, to file its response.

2

RESPECTFULLY SUBMITTED, this 29th day of November, 2022.

DENA J. KING
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of November, 2022, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

4