IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO
## UMAÑA'S MOTION UNDER 28 U.S.C. § 2255

The United States respectfully requests a 21-day extension of time to file its response to Alejandro Ramirez Umaña's motion under 28 U.S.C. § 2255. This Court has previously granted the United States one extension of time, and its response is currently due February 10, 2023. The United States requests an additional 21 days — until March 3, 2023 — to respond, for three reasons.

First, Umaña's 2255 motion is unusually long and follows a record of an extensive criminal trial. Umaña's original 2255 motion exceeds 400 pages and seeks to present dozens of theories under 30 different headings. This Court has permitted several amendments to Umaña's original motion, which add more than 70 pages. (Docs. No. 89, 91, 111.) And Umaña's underlying criminal proceeding involved an eleven-day, three-phase trial.

Second, the workload of counsel with primary responsibility for preparing

the United States' response has been considerable. In recent weeks, counsel has filed briefs, dispositive motions, or court-ordered responses in *United States v. Alexander*, No. 22-4688 (4th Cir.); *United States v. Shine*, No. 22-4143 (4th Cir.); *United States v. Ratliff*, No. 21-4454 (4th Cir.); and *United States v. Rivers*, No. 22-4224 (4th Cir.), and appeared for argument before the Fourth Circuit in *United States v. Evans*, No. 22-4307 (4th Cir.). In coming weeks, counsel faces deadlines in *United States v. Oliver*, No. 22-4188 (4th Cir.); *United States v. Olson*, No. 20-4564 (4th Cir.); and *United States v. Gross*, No. 22-4442 (4th Cir.), and is tentatively scheduled to appear before the Fourth Circuit for oral argument in *United States v. Odum*, No. 21-4076 (4th Cir.); *United States v. Gomez*, No. 21-4281 (4th Cir.); and *United States v. Brown*, No. 21-4253 (4th Cir.). Counsel has also spent considerable time preparing the response to Umaña's 2255 motion, but more work remains.

In the light of the complexity of Umaña's motion and other deadlines and events, appropriate response will benefit from an additional 21 days. The United States, therefore, respectfully requests an extension of time until March 3, 2023, to file its response.

The United States has reached out to counsel for Umaña to determine his position on this request but has not yet received a response.

2

RESPECTFULLY SUBMITTED, this 31st day of January, 2023.

DENA J. KING
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

I certify that on this 31st day of January, 2023, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

4