**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

ALEJANDRO UMAÑA,

      Movant,                                 3:16-CV-00057-RJC

      v.                                     CAPITAL § 2255 PROCEEDING

UNITED STATES,                            HON. ROBERT J. CONRAD, JR.

      Respondent.

**NOTICE OF NON-OPPOSITION TO GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME**

Movant, Alejandro Umaña, through undersigned counsel, hereby submits this Notice that he does not oppose the government's request for a twenty-one day extension of time in which to respond to Mr. Umaña's 2255 Motion (Doc. 140).

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: January 31, 2023

1

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: January 31, 2023

2