IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

## MOTION TO SEAL MOTION TO DISMISS
## ALEJANDRO UMAÑA'S 2255 MOTION

The United States of America respectfully moves this Court to seal its

motion to dismiss Alejandro Ramirez Umaña's motion under 28 U.S.C. § 2255.

Umaña's motion contains personal information about jurors who served during

Umaña's trial, and the United States' motion refers to that information. An

order sealing the United States' motion is necessary to protect the privacy of

jurors. The United States has filed a public version of its response from which

juror information has been redacted.

The United States, therefore, respectfully requests that this Court seal its

unredacted motion until further order by this Court. Counsel for Umaña does not

object to the requested sealing.

RESPECTFULLY SUBMITTED, this 2nd day of March, 2023.

DENA J. KING
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 2nd day of March, 2023, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3