# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

ALEJANDRO UMAÑA,

     Defendant / Movant,  No. 3:16-CV-00057-RJC

    v.      (Judge Robert Conrad)

UNITED STATES OF AMERICA,  **CAPITAL § 2255 PROCEEDINGS**

     Respondents.

**UNOPPOSED MOTION TO SEAL CERTAIN CLAIMS AND APPENDICES IN MR. UMANA'S AMENDED MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE OF A PERSON IN FEDERAL CUSTODY**

NOW COMES Movant Alejandro Umaña, through undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, and respectfully moves this Court for permission to file under seal certain claims and appendices in his Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence of a Person in Federal Custody ("Amended 2255 Motion"). In support thereof, Mr. Umaña states the following:

1. Mr. Umana's Amended 2255 Motion and supporting exhibits contain information that must be filed under seal pursuant to prior orders of this Court. That includes information pertaining to jurors who were anonymous in this case, s*ee* Crim. Docs. 819 & 983, and references to previously sealed documents (including sealed proceedings, pleadings, exhibits, and orders). It also includes references to other non-public, sensitive and confidential information including medical records of individuals.

2. Mr. Umana requests to seal the following claims and exhibits in their entirety because they contain juror information:

- Claim XIV (trial counsel's failure to object to jurors being excused based on questionnaires); Claim XV (jury misconduct); Claim XVI (trial counsel's ineffectiveness at voir dire); and

- Appendices 82-105a & 247-257.

3. Mr. Umana requests to seal portions of the following claims, as they refer to previously sealed documents: Claim I (trial counsel's ineffectiveness in developing lay witness mitigation); Claim V (trial counsel's ineffectiveness in challenging the Los Angeles homicide aggravators); and Claim XXIII (trial counsel's ineffectiveness at presentation to DOJ).

4. Mr. Umana requests to seal the following appendices in their entirety as they contain sensitive, confidential medical information:

- Appendix 45: Alejandro Umana Medical Records, Gwinnett Health System

- Appendix 50: Alejandro Umana BOP Medical Records

5. Mr. Umana requests to seal the following appendices in their entirety as they contain personal information regarding minors:

- Appendix 30: School Records for Henri Geovany Ayala Umaña

- Appendix 31: (School Records for Alejandro Enrique Umaña

6. Mr. Umana requests to seal the following appendices in their entirety as they contain the location of an individual's home:

- Appendix 41: satellite picture

- Appendix 42: satellite picture

7. Mr. Umana requests to seal the following appendices in their entirety as they contain personal identifying information from birth records:

- Appendix 43: Certified Guatemalan Civil Registry of Persons for Alejandro Umaña

2

- Appendix 44: Certified Guatemalan Civil Registry of Persons for Alejandro Umaña, English translation

8.  Mr. Umana requests to seal the following appendices in their entirety as they contain previously sealed case records:

- Appendix 264: Points and Authorities and Declaration in Support – 06/20/2006 Case No. BA301683

- Appendix 269: Greensboro officer narrative

- Appendices 188-190: confidential informant/ongoing investigation records

9.  Undersigned counsel has conferred with counsel for the Government who indicated that the Government does not oppose this request to seal.

WHEREFORE, Mr. Umaña respectfully moves this Court to grant him leave to file the aforementioned claims and appendices in his Amended 2255 Motion under seal.


*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: March 23, 2023

3

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: March 23, 2023

4