# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMAÑA, | : | |
| Defendant / Movant, | : | No. 3:16-CV-00057-RJC |
| | : | |
| v. | : | (Judge Robert Conrad) |
| | : | |
| UNITED STATES OF AMERICA, | : | **CAPITAL § 2255 PROCEEDINGS** |
| Respondents. | : | |
| | : | |

**UNOPPOSED MOTION TO SEAL ADDITIONAL CLAIMS AND APPENDICES IN MR. UMANA'S AMENDED MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE OF A PERSON IN FEDERAL CUSTODY**

NOW COMES Movant Alejandro Umaña, through undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, and respectfully moves this Court for permission to file under seal certain claims and appendices in his Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence of a Person in Federal Custody ("Amended 2255 Motion"). In support thereof, Mr. Umaña states the following:

1. On March 23, 2023, Mr. Umana filed his Amended 2255 Motion and, on March 24, 2023, his associated appendices. Mr. Umana's Amended 2255 Motion and supporting appendices contain information that must be filed under seal pursuant to prior orders of this Court. That includes information pertaining to jurors who were anonymous in this case, s*ee* Crim. Docs. 819 & 983, and references to previously sealed documents (including sealed proceedings, pleadings, exhibits, and orders). It also includes references to other non-public, sensitive and confidential information including medical records of individuals.

2. Mr. Umana requested to seal certain claims and appendices in the Amended 2255 Motion. *See* Doc. 149.

The Sealing Requests from Doc. 149:

3.  In Doc. 149, Mr. Umana requested to seal the following claims and exhibits in their entirety because they contain juror information:

- Claim XIV (trial counsel's failure to object to jurors being excused based on questionnaires); Claim XV (jury misconduct); Claim XVI (trial counsel's ineffectiveness at voir dire); and

- Appendices 82-105a & 247-257 (filed at Doc. 147).

4.  Mr. Umana requested to seal portions of the following claims, as they refer to previously sealed documents:  Claim I (trial counsel's ineffectiveness in developing lay witness mitigation); Claim V (trial counsel's ineffectiveness in challenging the Los Angeles homicide aggravators); and Claim XXIII (trial counsel's ineffectiveness at presentation to DOJ) (unredacted Amended 2255 Motion, filed at Doc. 146).

5.  Mr. Umana requested to seal the following appendices in their entirety as they contain sensitive, confidential medical information:

- Appendix 45: Alejandro Umana Medical Records, Gwinnett Health System (filed at Doc. 147); and

- Appendix 50: Alejandro Umana BOP Medical Records (filed at Doc. 147).

6.  Mr. Umana requested to seal the following appendices in their entirety as they contain personal information regarding minors:

- Appendix 30: School Records for Henri Geovany Ayala Umaña (filed at Doc. 147)

- Appendix 31: School Records for Alejandro Enrique Umaña (filed at Doc. 147)

7.  Mr. Umana requested to seal the following appendices in their entirety as they contain the location of an individual's home:

- Appendix 41: satellite picture (filed at Doc. 147); and

- Appendix 42: satellite picture (filed at Doc. 147).

2

8. Mr. Umana requested to seal the following appendices in their entirety as they contain personal identifying information from birth records:

- Appendix 43: Certified Guatemalan Civil Registry of Persons for Alejandro Umaña (filed at Docs. 147 & 150); and

- Appendix 44: Certified Guatemalan Civil Registry of Persons for Alejandro Umaña, English translation (filed at Doc. 147).

9. Mr. Umana requested to seal the following appendices in their entirety as they contain previously sealed case records:

- Appendix 264: Points and Authorities and Declaration in Support – 06/20/2006 Case No. BA301683 (filed at Doc. 147);

- Appendix 269: Greensboro officer narrative (filed at Doc. 147);[1] and

- Appendices 188-190: confidential informant/ongoing investigation records (Appendices 188-190 were filed at Doc. 147; Appendix 189 was also filed at Doc. 150).

  Mr. Umana's Additional Sealing Requests

10. In preparing the Amended 2255 Motion and appendices for filing, undersigned counsel inadvertently failed to request sealing of an additional portion of the Amended 2255 Motion and failed to designate additional appendices for filing under seal, as follows:

11. In Claim XVIII, regarding *Batson*, Mr. Umana requests to seal certain factual allegations that contain potentially identifiable information regarding anonymous jurors (unredacted Amended 2255 Motion, filed at Doc. 146).

---

[1] In his initial sealing request, counsel misstated the reason for the requested sealing. Mr. Umana requests sealing of Appendix 269 – not because it is a police report – but because the relevant fact in this document, cited in the Amended 2255 Motion, is an address. Were Mr. Umana to redact Appendix 269 pursuant to Fed.R.Civ.Pro 5.2 and LCvR 6.1 for public filing, it would remove the relevant fact. Thus he requests leave to file the document unredacted, under seal.

3

12. Mr. Umana requests to seal the following additional appendices in their entirety as they contain personal information regarding minors that cannot be adequately redacted to preserve privacy and personally identifying information from birth records:

- Appendix 12: Declaration of Monica Tatiana Reyes, which attaches the birth certificate for her son that cannot be redacted sufficiently to preserve privacy interests (filed at Doc. 150)

13. Mr. Umana requests to seal the following additional appendix in its entirety as it contains Spanish-language receipts that may include personal financial account information:

- Appendix 38: Invoice of Richard McGough (filed at Doc. 150).

14. Mr. Umana requests to seal the following additional appendix in its entirety as it contains an expert report that relies in part on Confidential Human Source reporting:

- Appendix 244: Report of Tom Ward, Ph.D. (filed at Doc. 150).

15. Undersigned counsel has conferred with counsel for the Government who indicated that the Government does not oppose this request to seal.

WHEREFORE, Mr. Umaña respectfully moves this Court to grant him leave to file the aforementioned claims and appendices in his Amended 2255 Motion under seal.

*/s/ Kelly D. Miller*                                    Dated: March 24, 2023
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

4

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: March 24, 2023