# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| ALEJANDRO UMAÑA,<br>　　　　　　　　Movant, | 3:16-CV-00057-RJC |
| v. | CAPITAL § 2255 PROCEEDING |
| UNITED STATES,<br>　　　　　　　　Respondent. | HON. ROBERT J. CONRAD, JR. |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S MOTION TO DISMISS ALEJANDRO UMAÑA'S 2255 MOTION**

Movant, Alejandro Umaña, respectfully requests a 60-day extension of time to respond to the Government's Motion to Dismiss Alejandro Umaña's 2255 Motion currently due on May 15, 2023. In support, he offers the following:

1. Mr. Umaña is an indigent, death-sentenced federal prisoner.

2. On October 11, 2022, this Court entered an Order directing the Government to respond to Mr. Umaña's 2255 Motion (Docs. 22, 24), Supplemental Claim 59 (Doc. 89), and Supplemental/Amended Claim 22 (Docs. 91, 111) within 60 days of the Court's order. (Doc. 131.)

3. After receiving two extensions totaling an additional 81 days (Dkt. Text Orders 12/2/22 & 2/2/23), on March 2, 2023, the Government filed a Motion to Dismiss Umaña's 2255 Motion. (Docs. 142, 143.)

4. Under Local Rule 7.1(e), Mr. Umaña's response to the Government's Motion was initially due within 14 days of the Government's filing on March 16, 2023.

5. However, based on the size and complexity of the pending Motion to Dismiss, Mr. Umaña requested and received an additional sixty (60) days to respond to the Motion to Dismiss.

Doc. 145; Dkt. Text Ord. 03/07/23. Mr. Umaña's response is currently due on or before May 15, 2023.

6.  Thereafter, on March 23, 2023, Mr. Umaña filed an Amended 2255 Motion in accord with Federal Rule of Civil Procedure 15. Docs. 146, 148. In normal practice, the filing of an Amended 2255 under Rule 15(a) would moot a Motion to Dismiss the prior 2255. *See, e.g.*, *Moore v. United States*, No. 3:12-cv-152, 2013 WL 655121, at *1 (W.D.N.C. Feb. 22, 2013), supplemented, No. 3:12-cv-152, 2013 WL 937760 (W.D.N.C. Mar. 11, 2013) (mooting an answer and motion to dismiss filed against a movant's original 2255 motion thirty days after the responsive pleadings were filed upon the filing of an amended 2255). However, on March 29, 2023, the government filed a Motion to Stay consideration of Mr. Umaña's Amended 2255 Motion until after this Court decides the government's Motion to Dismiss. Doc. 152. On April 12, 2023, Mr. Umaña filed his Brief in Opposition to the government's stay motion. Doc. 153. It is Mr. Umaña's position that the amendment as a matter of right should be considered before any consideration of the Motion to Dismiss. Nonetheless, if the Court wishes to proceed with the Motion to Dismiss first, counsel needs additional time as outlined herein and based on good cause.

7.  Specifically, undersigned counsel seeks a 60-day extension of time to respond to the government's Motion to Dismiss, up to and including July 14, 2023, for two reasons. First, undersigned counsel will be out of the office on medical leave beginning on May 8, 2023, for necessary surgery. Undersigned counsel has been informed by her doctor that she will not be able to work for at least two weeks following surgery.

8.  Mr. Umaña's case is complex, with a massive record. His Initial 2255 Motion, filed by prior counsel, contains 30 claims for relief. (Doc. 22, 24.) The Government's Motion to Dismiss, which is 139 pages long, addresses those 30 claims, plus an additional claim under *Rehaif*

2

*v. United States*.  (Doc.  131.)  In its Motion to Dismiss, the Government raises procedural and substantive arguments that Counsel must carefully address.

9.      Undersigned counsel will not be able to complete Mr. Umaña's response to the government's Motion to Dismiss prior to her scheduled medical leave.

10.     Second, undersigned counsel seeks an extension of time to respond to the government's Motion to Dismiss because, currently pending before this Court, are Umaña's Amended 2255 Motion and the government's Motion to Stay. Docs. 146, 148, 152, 153. This Court's resolution of those pending matters may moot the government's Motion to Dismiss.

11.     Undersigned has consulted with counsel for the Government, who does not object to the undersigned's request for an extension of time to accommodate her medical leave, but who does object to any extension of time based on the March 23, 2023, Amended 2255 Motion.

12.     This request is made in good faith, is not predicated on intent to delay, and is being made because of counsel's scheduled medical leave, the specific needs of this capital case, and counsel's ethical duty to provide professionally appropriate capital representation to Mr. Umaña.

WHEREFORE, Mr. Umaña respectfully requests this Court grant his Motion for Extension of Time and permit undersigned to respond to the Government's Motion to Dismiss by July 14, 2023.

Dated: April 17, 2023                               Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender, Middle District of
Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

3

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: April 17, 2023