IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

**RESPONSE TO UMAÑA'S
APRIL 18 MOTION FOR AN EXTENSION OF TIME**

The United States respectfully responds to Alejandro Umaña's April 18

motion for an extension of time to respond to the United States' motion to dismiss

his 2255 motion. The United States has no objection to Umaña's request for an

extension of time to accommodate his attorney's need for surgery. But the United

States files this response to explain why the second reason Umaña offers for his

extension request provides no basis for delaying his response to the United

States' motion to dismiss.

After the United States filed a motion to stay related to Umaña's March 23

filing, Umaña filed, on April 12, a "response in opposition to the government's

motion to stay." *Response to Mot. to Stay* (Doc. No. 153, 3:16-CV-57). In that

response, Umaña argued that "the government's" March 2 "motion to dismiss

1

should be denied as moot." *Id.* at 23. Although Umaña is entitled to a reasonable opportunity to respond to the United States' motion to dismiss, he is entitled to only *one* response. This Court should not consider Umaña's April 12 request that it deny the United States' motion to dismiss, because Umaña's response to the *motion to stay* is not an appropriate vehicle for a response to the *motion to dismiss*. If this Court does consider Umaña's April 12 argument that Umaña's "motion to dismiss should be denied," *id.*, the Court should not consider any further responses to the motion to dismiss.

Umaña's desire to oppose the United States' motion to dismiss on mootness grounds is not a basis for delaying Umaña's proffered response to that motion. If this Court were to consider the mootness argument in Umaña's April 12 stay response, no need for an extension would exist because Umaña should not be entitled to file another response. And if this Court does not consider the argument in his April 12 stay response, Umaña can present it where it belongs, in the *one* response he can properly file to the United States' motion to dismiss. Either way, Umaña's belief that he has an argument against the United States' motion to dismiss is no basis for extending Umaña's deadline for responding to that motion. The United States does not oppose an extension to accommodate Umaña's attorney's need for surgery.

RESPECTFULLY SUBMITTED, this 19th day of April, 2023.

DENA J. KING
UNITED STATES ATTORNEY

2

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 19th day of April, 2023, I caused to be served a copy of the foregoing response to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

1