# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

                Movant,

       v.

UNITED STATES,

                Respondent.

3:16-CV-00057-RJC

CAPITAL § 2255 PROCEEDING

HON. ROBERT J. CONRAD, JR.

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S MOTION TO DISMISS ALEJANDRO UMAÑA'S 2255 MOTION**

Movant, Alejandro Umaña, respectfully requests a 14-day extension of time to respond to the Government's Motion to Dismiss Alejandro Umaña's 2255 Motion. In support, he offers the following:

1. Mr. Umaña is an indigent, death-sentenced federal prisoner.

2. On October 11, 2022, this Court entered an Order directing the Government to respond to Mr. Umaña's 2255 Motion (Docs. 22, 24), Supplemental Claim 59 (Doc. 89), and Supplemental/Amended Claim 22 (Docs. 91, 111) within 60 days of the Court's order. (Doc. 131.)

3. After receiving two extensions of time (Dkt. Text Orders 12/2/22 & 2/2/23), on March 2, 2023, the Government filed a Motion to Dismiss Umaña's 2255 Motion. (Docs. 142, 143.)

4. Under Local Rule 7.1(e), Mr. Umaña's response to the Government's Motion was initially due within 14 days of the Government's filing on March 16, 2023.

5. Mr. Umaña has received two extensions of time to respond to the Motion to Dismiss, most recently to accommodate undersigned counsel's medical leave for surgery. Doc.

145; Dkt. Text Ord. 03/07/23; Doc. 154, Dkt. Text Ord. 04/27/23. Mr. Umaña's response is currently due on or before July 14, 2023.

6.      While undersigned counsel has made significant progress on drafting Mr. Umaña's response to the Motion to Dismiss, an additional two weeks is necessary to prepare a professionally appropriate response.

7.      Mr. Umaña's case is complex, with a massive record.  His Initial 2255 Motion, filed by prior counsel, contains 30 claims for relief.  (Doc. 22, 24.)  The Government's Motion to Dismiss, which is 139 pages long, addresses those 30 claims, plus an additional claim under *Rehaif v. United States*.  (Doc. 131.)  In its Motion to Dismiss, the Government raises procedural and substantive arguments that counsel must carefully address.

8.      Undersigned has consulted with counsel for the Government, who does not object to this request.

9.      This request is made in good faith, is not predicated on intent to delay, and is being made because of the specific needs of this capital case and counsel's ethical duty to provide professionally appropriate capital representation to Mr. Umaña.

WHEREFORE, Mr. Umaña respectfully requests this Court grant his Motion for Extension of Time and permit undersigned to respond to the Government's Motion to Dismiss by July 28, 2023.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender, Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org                                         Dated: June 29, 2023

2

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 29, 2023

3