_____

ALEJANDRO UMAÑA,                       :
          Defendant / Movant,  :      No. 3:16-CV-00057-RJC
                                  :
          v.                          :      (Judge Robert Conrad)
                                  :
UNITED STATES OF AMERICA,         :      **CAPITAL § 2255 PROCEEDINGS**
          Respondents.           :
_____ :

### UNOPPOSED MOTION TO SEAL OPPOSITION TO MOTION TO DISMISS

NOW COMES Movant Alejandro Umaña, through undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, and respectfully moves this Court for permission to file his Opposition to the Government's Motion to Dismiss under seal. In support thereof, Mr. Umaña states the following:

1.     This Court previously granted Movant leave to file portions of his 2255 Motion under seal to protect certain confidential information, including juror information. Dkt. Txt. Ord. 12/20/2016.

2.     As a result, as the litigation has progressed, the parties have filed two versions of most substantive documents: one redacted and public, the other unredacted and under seal.

3.     The government filed two versions of its Motion to Dismiss (Docs. 142 & 143 (under seal)).

4.     Movant will be filing a public, redacted version of his Opposition to the Government's Motion to Dismiss. Movant requests leave to file an unredacted version of his Opposition to the Governments Motion to Dismiss under seal to preserve the confidentiality of the information originally sealed in the 2016 2255 Motion.

5.     Undersigned counsel has conferred with counsel for the Government who indicated that the Government does not oppose this request to seal.

WHEREFORE, Mr. Umaña respectfully moves this Court to grant him leave to file his

Opposition to the Motion to Dismiss under seal.

*/s/ Kelly D. Miller*                                      Dated: July 28, 2023
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: July 28, 2023

3