# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| ALEJANDRO UMAÑA, | : | |
| Defendant / Movant, | : | No. 3:16-CV-00057-RJC |
| | : | (3:08cr134-2) |
| v. | : | (Judge Robert Conrad) |
| | : | |
| UNITED STATES OF AMERICA, | : | **CAPITAL § 2255 PROCEEDINGS** |
| Respondents. | : | |
| | : | |

**MOVANT'S MOTION TO EXPAND THE RECORD TO CONTAIN A SINGLE COLLECTION OF MATERIALS REFERENCED IN OR ATTACHED TO MOVANT'S 2255 MOTION**

Movant Alejandro Umaña, through undersigned counsel, respectfully submits this Motion to Expand the Record Pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings and in support thereof states the following:

1. The record in this case is voluminous. Mr. Umaña's 2255 Motion is now supported by appendices that have been filed in multiple places at multiple times. *See* Civ. Docs. 22, 24, 69, 71, 106, 116, 147, 150.

2. In its Sur-Response to Movant's 2016 Section 2255 Motion (styled "Reply in Support of Motion to Dismiss Alejandro Umaña's 2255 Motion," (Civ. Doc. 162)), the government laments that this Court should not have to "sift through" Mr. Umaña's supporting exhibits in conducting the mandatory review required by Rules 4 and 8 of the Rules Governing Section 2255 Proceedings. Civ. Doc. 162 at 7, n.5.

3. For ease of both this Court and the parties, Mr. Umaña files this pleading to detail the exhibits attached to and record-statements referenced in the 2016 and 2023 Motions to provide a single reference point of the materials that provide the factual support for Movant's allegations.

4. To the extent there is any question as to whether any record, item, material or other thing listed in the attached memorandum is *not* incorporated under Federal Rule of Civil Procedure Rule 10(c) and/or the expansive review mandated under Rules 4 and 8 of the Rules Governing Section 2255 Proceedings, Movant requests this Court exercise its authority pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings to expand the record and incorporate all records detailed herein into its Rule 4 or Rule 8 review.

5. Undersigned counsel has contacted counsel for the government who indicates that the government opposes this motion.

WHEREFORE, Movant respectfully submits this collation of all materials attached to or referenced in his 2023 2255 Motion. To the extent the Court currently considers any of said materials outside the scope of its review, Movant respectfully requests the Court expand the record to include such materials pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings.

Respectfully submitted,
*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: August 29, 2023

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Anthony.enright@usdoj.gov

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: August 29, 2023