# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| ALEJANDRO UMAÑA, | : |  |
| Defendant / Movant, | : | No. 3:16-CV-00057-RJC |
|  | : | (3:08cr134-2) |
| v. | : | (Judge Robert Conrad) |
|  | : |  |
| UNITED STATES OF AMERICA, | : | **CAPITAL § 2255 PROCEEDINGS** |
| Respondents. | : |  |
|  | : |  |

**MOVANT'S MOTION TO SEAL MOTION TO EXPAND THE RECORD AND ATTACHED APPENDICES**

NOW COMES Movant Alejandro Umaña, through undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, and respectfully moves this Court for permission to file under seal portions of his Motion to Expand the Record and Attached Appendices. In support thereof, Mr. Umaña states the following:

1. The record in this case is voluminous. Mr. Umaña's 2255 Motion is now supported by appendices that have been filed in multiple places at multiple times. *See* Civ. Docs. 22, 24, 69, 71, 106, 116, 147, 150. For ease of this Court and the parties' reference, Mr. Umaña is, attached to his Motion to Expand the Record, filing a complete set of all the appendices filed in support of claims that are currently live before this Court. Mr. Umaña is filing one public set of appendices that omit sealed materials and are redacted. Mr. Umaña is also filing one set of sealed appendices, containing the sealed materials and omitting all redactions.

2. Mr. Umaña's various prior filings and their supporting appendices contain information that must be filed under seal pursuant to prior orders of this Court. That includes information pertaining to jurors who were anonymous in this case, *see* Crim. Docs. 819 & 983, and references to previously sealed documents (including sealed proceedings, pleadings, exhibits,

and orders). It also includes references to other non-public, sensitive and confidential information including medical records of individuals.

3. Therefore, Mr. Umaña requests to seal the following records pertaining to the jury: Appendices 82-105a & 247-57.

4. Mr. Umaña requests to seal the following records containing sensitive, confidential medical information: Appendices 45 & 50.

5. Mr. Umaña requests to seal the following records containing personal information regarding minors: Appendices 30, 31, & 106.

6. Mr. Umaña requests to seal the following records that contain the location of an individual's home: Appendices 41 & 42.

7. Mr. Umaña requests to seal the following appendices containing personal identifying information from birth records: Appendices 12, 43, & 44.

8. Mr. Umaña requests to seal the following appendix as it contains a previously sealed case record: Appendix 264.

9. Mr. Umaña requests to seal the following appendix as it contains Spanish-language receipts that may include personal financial account information: Appendix 38.

10. Mr. Umaña requests to seal the following appendix as it contains an expert report that relies in part on Confidential Human Source reporting: Appendix 244.

11. Finally, Mr. Umaña requests leave to seal the portions of his Motion to Expand the Record that reference the above-described appendices for the same reasons stated above.

Undersigned counsel has contacted counsel for the government who indicates that the government does not oppose the sealing request.

2

WHEREFORE, Mr. Umaña respectfully moves this Court to grant him leave to file the

aforementioned portions of his Motion to Expand the record and related appendices under seal.


Respectfully submitted,
*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org


Dated: August 29, 2023

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
Anthony.enright@usdoj.gov

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: August 29, 2023

4