# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

ALEJANDRO UMAÑA,

              Defendant / Movant,  :    No. 3:16-CV-00057-RJC

        v.               :    (Hon. Robert J. Conrad, Jr.)

UNITED STATES OF AMERICA,  :    **CAPITAL § 2255 PROCEEDINGS**

              Respondents.  :

### MOTION TO PLACE 28 U.S.C. § 2255 LITIGATION IN ABEYANCE

Movant, Alejandro Umaña, through counsel, hereby submits this Motion to Place 28 U.S.C. § 2255 Litigation in Abeyance for the reasons stated in the attached Memorandum.

Undersigned counsel has conferred with counsel for the government, who indicated that the government opposes this Motion.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 17, 2024

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

*/s/ Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: June 17, 2024

2