# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| | : | |
| ALEJANDRO UMAÑA, | : | |
| Defendant / Movant, | : | No. 3:16-CV-00057-RJC |
| | : | (3:08cr134-2) |
| v. | : | (Hon. Robert J. Conrad, Jr.) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondents. | : | |
| | : | |

## MOTION TO SUSPEND THE BRIEFING SCHEDULE AND SET A DISCOVERY PERIOD

Alejandro Umaña, through undersigned counsel, respectfully requests that this Court suspend the current briefing schedule and set a discovery period allowing Mr. Umaña to file discovery requests in support of the March 2023 Amended § 2255 Motion before the government is required to respond to the Amended § 2255 Motion. Mr. Umaña acknowledges that this Court has denied previous discovery requests. However, because this Court's January 6, 2025, Order (Civ. Doc. 179) finding that the March 2023 Amended § 2255 Motion is the operative motion moots prior motions regarding the Initial § 2255 Motion filed in June 2016, Mr. Umaña suggests that a new discovery period is both appropriate (because his claims have been amended) and necessary (to preserve all issues for potential appellate review).

If this Court agrees that discovery is the next appropriate step, counsel requests this Court grant Mr. Umaña sixty days from its Order setting a discovery period to file his discovery motion.

Counsel has conferred with counsel for the government who indicated that the government will oppose this motion.

Respectfully submitted,

/s/ *Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 11, 2025

<u>**CERTIFICATE OF SERVICE**</u>

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system, and a copy of the foregoing document has been

served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

Respectfully submitted,

/s/ *Kelly D. Miller*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 11, 2025

3