IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
<u>UMAÑA'S AMENDED MOTION UNDER 28 U.S.C. § 2255</u>**

The United States respectfully requests a 90-day extension of time to file its response to Alejandro Ramirez Umaña's amended motion under 28 U.S.C. § 2255. The United States' response is currently due March 7, 2025. The United States requests an additional 90 days — until June 5, 2025 — to respond for three reasons.

First, Umaña's 2255 motion is extraordinarily long and follows a record of an extensive criminal trial. Umaña's amended motion exceeds 590 pages and seeks to present dozens of theories under more than 30 different headings. And Umaña's underlying criminal proceeding involved an eleven-day, three-phase trial.

Second, the workload of counsel with primary responsibility for preparing

the United States' response has been considerable. Since this Court ordered the United States to respond, counsel has filed briefs in *United States v. Moore*, No. 24-4195 (4th Cir.); *United States v. Speagle*, No. 24-4361 (4th Cir.); *United States v. Pitts*, No. 23-4556 (4th Cir.); *United States v. Blount*, No. 3:19CR218 (W.D.N.C.); and appeared before the Fourth Circuit for oral argument in *United States v. Avila*, No. 23-4731 (4th Cir.). In coming weeks, counsel faces deadlines in *United States v. Barnette*, No. 24-1 (4th Cir.); and *United States v. Curry*, No. 3:20CR183 (W.D.N.C.), is scheduled to appear for oral argument in *United States v. Deritis*, No. 23-4150 (4th Cir.), and is tentatively scheduled to appear for oral argument in *United States v. Palmer*, No. 23-4538 (4th Cir). *Barnette* is an appeal of the dismissal of a 2255 motion like Umaña's, which seeks to vacate convictions and death sentences. The opening brief is unusually long, and the appeal requires considerable time.

Third, counsel for Umaña has informed the United States that he does not object to the requested extension of time.

In the light of the length and complexity of Umaña's amended motion and other deadlines and events, appropriate response will benefit from an additional 90 days. The United States, therefore, respectfully requests an extension of time until June 5, 2025, to file its response.

2

RESPECTFULLY SUBMITTED, this 26th day of February, 2025.

LAWRENCE J. CAMERON
ACTING UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

3

## CERTIFICATE OF SERVICE

I certify that on this 26th day of February, 2025, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

4