IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57-RJC

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
<u>UMAÑA'S AMENDED MOTION UNDER 28 U.S.C. § 2255</u>**

The United States respectfully requests a 60-day extension of time to file

its response to Alejandro Ramirez Umaña's amended motion under 28 U.S.C.

§ 2255. This Court has granted the United States one extension of time to file its

response, which is currently due June 5. The United States requests an

additional 60 days — until August 4, 2025 — to respond, for three reasons.

First, Umaña's 2255 motion is extraordinarily long and follows a record of

an extensive criminal trial. Umaña's amended motion exceeds 590 pages and

seeks to present dozens of theories under more than 30 different headings. And

Umaña's underlying criminal proceeding involved an eleven-day, three-phase

trial. Although the United States has made progress on its response, more time

is required in the light of the unusual length of the motion and record.

Second, the workload of counsel with primary responsibility for preparing

the United States' response has been considerable. Since this Court ordered the United States to respond, counsel has filed briefs, dispositive motions, or court-ordered responses in *United States v. Watts*, No. 24-4594 (4th Cir.); *United States v. Sessum* (4th Cir.); *United States v. Curry*, No. 3:20CR183 (W.D.N.C.); and *United States v. Armstrong*, No. 3:22-CR-232 (W.D.N.C). Most notably, counsel prepared a response in *United States v. Barnette*, No. 24-1 (4th Cir.), an appeal of this Court's resolution of a 2255 motion challenging sentences of death, which involved an extended length opening brief. The appellant in *Barnette* ultimately moved to withdraw his appeal a few days before the deadline for that response, but counsel spent considerable time preparing it. Counsel also served as an instructor in a National Advocacy Center course on brief writing; appeared before the Fourth Circuit for oral argument in *United States v. Deritis*, No. 23-4150 (4th Cir.); and represents the United States in numerous other matters before this Court and in the Western District of North Carolina.

Third, counsel for Umaña has informed the United States that he does not object to the requested extension of time.

In the light of the length and complexity of Umaña's amended motion and other deadlines and events, an appropriate response will benefit greatly from an additional 60 days. The United States, therefore, respectfully requests an extension of time until August 4, 2025, to file its response.

RESPECTFULLY SUBMITTED, this 2nd day of June, 2025.

2

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 2nd day of June, 2025, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

4