IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:16CV57

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
UMAÑA'S AMENDED MOTION UNDER 28 U.S.C. § 2255**

The United States respectfully requests a 30-day extension of time to file its response to Alejandro Ramirez Umaña's amended motion under 28 U.S.C. § 2255. This Court has granted the United States two extensions of time to file its response, which is currently due August 4. The United States requests an additional 30 days — until September 3, 2025 — to respond, for three reasons.

First, Umaña's 2255 motion is extraordinarily long and follows a record of an extensive criminal trial and several years of postconviction litigation. Umaña's amended motion exceeds 590 pages and seeks to present dozens of theories under more than 30 different headings. And Umaña's underlying criminal proceeding involved an eleven-day, three-phase trial. Although the United States has made progress on its response, more time is required in the light of the unusual length of the motion and record.

Second, the workload of counsel with primary responsibility for preparing the United States' response has been considerable. In recent weeks, counsel has filed briefs, dispositive motions, or court-ordered responses in *United States v. Baldwin*, No. 24-4499 (4th Cir.); *United States v. Pagan*, No. 23-4215 (4th Cir.); *United States v. Frank*, No. 3:21-CR-115 (W.D.N.C.); *United States v. Burgos*, No. 1:20-CR-101 (W.D.N.C.); and *United States v. Duckett*, No. 1:18CR125 (W.D.N.C.). Counsel also represents the United States in numerous other matters before this Court and in the Western District of North Carolina.

Third, counsel for Umaña has informed the United States that he does not object to the requested extension of time.

In the light of the length and complexity of Umaña's amended motion and other deadlines and events, an appropriate response will benefit greatly from an additional 30 days. The United States, therefore, respectfully requests an extension of time until September 3, 2025, to file its response.

2

RESPECTFULLY SUBMITTED, this 30th day of July, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

3

## CERTIFICATE OF SERVICE

I certify that on this 30th day of July, 2025, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

4