# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:16-cv-57-MOC

| | | |
|---|---|---|
| ALEJANDRO RAMIREZ UMAÑA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Respondent's Motion for Extension of Time [Doc. 185].

On January 6, 2025, the Court entered an Order deeming as operative the Amended Petition filed by Petitioner as a matter of course on March 23, 2023. [Doc. 179]. Further, the Court ordered the Government to respond thereto within 60 days. [Id.]. On February 26, 2025, the Government sought an unopposed 90-day extension of time to respond to the Amended Petition [Doc. 182], which the Court granted by text order March 4, 2025. On June 2, 2025, the Government sought an unopposed 60-day extension of time to respond to the Amended Petition [Doc. 184], which the Court granted by text order June 4, 2025.

Presently before the Court is Respondent's unopposed motion seeking an additional 30-day extension. [Doc. 185]. In support of its motion, Respondent states, "Umaña's 2255 motion is extraordinarily long and follows a record of an extensive criminal trial and several years of postconviction litigation. Umaña's amended motion exceeds 590 pages and seeks to present dozens of theories under more than 30 different headings. And Umaña's underlying criminal proceeding involved an eleven-day, three-phase trial." The length and complexity of the Amended

Petitioner, according to Respondent, together with counsel's workload warrant a further 30-day extension. [Id.]. The Court granted Respondent a fourteen-day extension, by text order entered August 1, 2025, pending further review of Respondent's motion. The full 30-day extension will now be granted for good cause shown.

**IT IS, THEREFORE, ORDERED** that Respondent's Motion for Extension of Time [Doc. 185] is **GRANTED**. Respondent shall have up to and including September 3, 2025, to respond to Alejandro Ramirez Umaña's amended motion [Doc. 146 (sealed); 148] under 28 U.S.C. § 2255.

**IT IS SO ORDERED.**

Signed: August 6, 2025

Max O. Cogburn Jr
United States District Judge

2