# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL NO. 3:16CV57

| | |
|---|---|
| ALEJANDRO RAMIREZ UMAÑA | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

## MOTION TO SEAL MOTION TO DISMISS
## ALEJANDRO UMAÑA'S AMENDED 2255 MOTION

The United States of America respectfully moves this Court to seal its

motion to dismiss Alejandro Ramirez Umaña's March 2023 amended motion

under 28 U.S.C. § 2255. Umaña's motion contains personal information about

jurors who served during Umaña's trial, and the United States' motion refers to

that information. An order sealing the United States' motion is necessary to

protect the privacy of jurors. The United States has filed a public version of its

response from which juror information has been redacted.

The United States, therefore, respectfully requests that this Court seal its

unredacted motion until further order by this Court. Counsel for Umaña does not

object to the requested sealing.

RESPECTFULLY SUBMITTED, this 19th day of August, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## CERTIFICATE OF SERVICE

I certify that on this 19th day of August, 2025, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3