# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

          Movant,

     v.

UNITED STATES,

          Respondent.

3:16-CV-00057-MOC

§ 2255 PROCEEDING

HON. MAX O. COGBURN, JR.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S MOTION TO DISMISS ALEJANDRO UMAÑA'S MARCH 2023 AMENDED 2255 MOTION**

Movant, Alejandro Umaña, respectfully requests a sixty-day extension of time to respond to the Government's Motion to Dismiss Alejandro Umaña's March 2023 Amended 2255 Motion. In support, he offers the following:

1.    On January 6, 2025, the Court entered an Order directing the Government to respond to Mr. Umaña's March 2023 Amended 2255 Motion within 60 days of the Court's Order. (Doc. 179.)

2.    After receiving three extensions of time (Dkt. Text Orders 03/04/25, 06/04/25, 08/06/25), on August 19, 2025, the Government filed a Motion to Dismiss Umaña's March 2023 Amended 2255 Motion.  (Docs. 187, 189.)

3.    Under Local Rule 7.1(e), Mr. Umaña's response to the Government's Motion to Dismiss is due within 14 days of the Government's filing on September 2, 2025.

4.      Mr. Umaña's case is complex, with a massive record.  The Government's Motion to Dismiss (Docs. 187, 189), which is 126 pages long, raises procedural and substantive arguments that Counsel must carefully address.  Counsel cannot prepare a professionally adequate response addressing those matters in 14 days.

5.      Undersigned has consulted with counsel for the Government, who does not object to the undersigned's request for a sixty-day extension of time.

6.      This request is made in good faith, is not predicated on intent to delay, and is being made because of the specific needs of this case and counsel's ethical duty to provide professionally appropriate representation to Mr. Umaña.

WHEREFORE, Mr. Umaña respectfully requests this Court grant his Unopposed Motion for Extension of Time and permit undersigned to respond to the Government's Motion to Dismiss by November 3, 2025.

Respectfully submitted,

*/s/ Kelly D. Miller*
KELLY D. MILLER
Assistant Federal Public Defender
Federal Public Defender, Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: August 22, 2025

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Assistant Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: August 22, 2025

3