# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

ALEJANDRO UMAÑA,

                    Movant,

            v.

UNITED STATES,

                    Respondent.

3:16-CV-00057-MOC

§ 2255 PROCEEDING

HON. MAX O. COGBURN, JR.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S MOTION TO DISMISS ALEJANDRO UMAÑA'S MARCH 2023 AMENDED 2255 MOTION**

Movant, Alejandro Umaña, respectfully requests a sixty-day extension of time to respond to the Government's Motion to Dismiss Alejandro Umaña's March 2023 Amended 2255 Motion. In support, he offers the following:

1.      On January 6, 2025, the Court entered an Order directing the Government to respond to Mr. Umaña's March 2023 Amended 2255 Motion within 60 days of the Court's Order. (Doc. 179.)

2.      After receiving three extensions of time (Dkt. Text Orders 03/04/25, 06/04/25, 08/06/25), on August 19, 2025, the Government filed a Motion to Dismiss Umaña's March 2023 Amended 2255 Motion.  (Docs. 187, 189.)

3.      Under Local Rule 7.1(e), Mr. Umaña's response to the Government's Motion to Dismiss was due within 14 days of the Government's filing on September 2, 2025. This Court granted Mr. Umaña a sixty-day extension of time, until November 3, 2025, to respond to the Motion to Dismiss. (Dkt. Text Ord. 9/5/25.)

4.      Mr. Umaña requests an additional sixty-day extension of time, until January 2, 2026, to respond to the Motion to Dismiss.

5.      Mr. Umaña's case is complex, with a massive record.  The Government's Motion to Dismiss (Docs. 187, 189), which is 126 pages long, raises procedural and substantive arguments that Counsel must carefully address.  Counsel has begun preparing Mr. Umaña's response but needs additional time to complete it.

6.      In addition to working on Mr. Umaña's response to the Motion to Dismiss, undersigned counsel has been working on resolving outstanding discovery disputes in *Rivera v. Wetzel*, 2:19-cv-01155 (E.D. Pa.); has been monitoring the work of successor state court post-conviction relief counsel to ensure that complex claims under *Batson* and *Brady* are adequately exhausted at an upcoming evidentiary hearing in *Kennedy v. Beard*, 2:09-cv-02884 (E.D. Pa.) (exhaustion proceedings at *Commonwealth v. Kennedy*, CP-51-CR-0310461-2003 (Phila. CCP)); has been assigned to two capital homicide habeas cases to which her office has been recently appointed, *Anderson v. Harry*, 3:25-cv-01584 (M.D. Pa.) (appointed on August 28, 2025), and *Trevino v. Guerrero*, 5:01-cv-00306 (W.D. Tex.) (appointed on August 15, 2025); and has substantial internal training responsibilities.

7.      Undersigned has consulted with counsel for the Government, who does not object to the undersigned's request for a sixty-day extension of time.

8.      This request is made in good faith, is not predicated on intent to delay, and is being made because of the specific needs of this case and counsel's ethical duty to provide professionally appropriate representation to Mr. Umaña.

WHEREFORE, Mr. Umaña respectfully requests this Court grant his Unopposed Motion for Extension of Time and permit undersigned to respond to the Government's Motion to Dismiss by January 2, 2026.

Respectfully submitted,

/s/ Kelly D. Miller
KELLY D. MILLER
Assistant Federal Public Defender
Federal Public Defender, Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: October 17, 2025

3

**CERTIFICATE OF SERVICE**

I, Kelly D. Miller, hereby certify that I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system and a copy of the foregoing document has been served this day upon the following via CM/ECF:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202
anthony.enright@usdoj.gov

            */S/ KELLY D. MILLER*
            KELLY D. MILLER
            Assistant Federal Public Defender
            Federal Public Defender
            Middle District of Pennsylvania
            100 Chestnut Street, Third Floor
            Harrisburg, PA 17101
            Tel: 717-782-3843
            Fax: 717-782-3966
            kelly_miller@fd.org

Dated: October 17, 2025

4
