# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:16-cr-57-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALEJANDRO ENRIQUE RAMIREZ UMANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion for Extension of Time to Respond to the Government's Motion to Dismiss [Doc. 191].

The Defendant seeks a second 60-day extension of time in which to respond to the Government's Motion to Dismiss the Defendant's March 2023 Amended Motion to Vacate. Counsel for the Defendant notes that: the Government received several extensions of time before filing its Motion to Dismiss; the Government raises procedural and substantive arguments in its 126-page Motion to Dismiss; the case is complex and the record is "massive;" counsel needs additional time in which to complete the response to the Motion to Dismiss; and counsel has a heavy caseload. The Government does not object to the extension of time. The Court will grant the extension of time for good cause shown.

**IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion for Extension of Time to Respond to the Government's Motion to Dismiss [Doc. 191] is **GRANTED** until **January 2, 2026**.

**The Court does not anticipate granting any further extensions of this deadline except on a showing of extraordinary circumstances**.

**IT IS SO ORDERED.**

Signed: October 27, 2025

Max O. Cogburn Jr.
United States District Judge