# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMAÑA, | : | |
| Movant, | : | No. 3:16-CV-00057-MOC |
| | : | |
| v. | : | (Judge Max O. Cogburn, Jr.) |
| | : | |
| UNITED STATES OF AMERICA, | : | § 2255 PROCEEDINGS |
| Respondents. | : | |
| | : | |

**UNOPPOSED MOTION TO SEAL OPPOSITION TO MOTION TO DISMISS**

NOW COMES Movant Alejandro Umaña, through undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, and respectfully moves this Court for permission to file his Opposition to the Government's Motion to Dismiss under seal. In support thereof, Mr. Umaña states the following:

1. This Court has previously granted the parties permission to seal various pleadings in this matter to protect certain confidential information, including juror information. *See*, *e.g.*, Civ. Doc. 179.

2. Most recently, the government filed two versions of its Motion to Dismiss, one publicly filed and redacted, the other under seal. (Civ. Docs. 187 (sealed) & 189).

3. Movant will be filing a public, redacted version of his Opposition to the Government's Motion to Dismiss. Movant requests leave to file an unredacted version of his Opposition to the Government's Motion to Dismiss under seal to preserve the confidentiality of the information previously sealed in the 2255 Motion and the government's Motion to Dismiss.

4. Undersigned counsel has conferred with counsel for the government who indicated that the government does not oppose this request to seal.

WHEREFORE, Mr. Umaña respectfully moves this Court to grant him leave to file his

Opposition to the Motion to Dismiss under seal.

*/s/ Kelly D. Miller*                                        Dated: January 2, 2026
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: January 2, 2026

3