# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMAÑA, | : | |
| Movant, | : | No. 3:16-CV-00057-MOC |
| | : | |
| v. | : | (Judge Max O. Cogburn, Jr.) |
| | : | |
| UNITED STATES OF AMERICA, | : | § 2255 PROCEEDINGS |
| Respondent. | : | |
| | : | |

**UNOPPOSED MOTION TO SEAL MOTION FOR LEAVE TO CONDUCT DISCOVERY**

NOW COMES Movant Alejandro Umaña, through undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, and respectfully moves this Court for permission to file his Motion for Leave to Conduct Discovery under seal. In support thereof, Movant states the following:

1. This Court has previously granted the parties permission to seal various pleadings in this matter to protect certain confidential information, including juror information. *See*, *e.g.*, Civ. Doc. 179 at 1.

2. Movant filed two versions of his Amended Motion to Vacate and Set Aside Conviction and Sentence pursuant to 28 U.S.C. § 2255, one publicly filed and redacted, the other under seal because certain claims reference: 1) names of, and information about, prospective jurors, jurors, and alternate jurors who participated in Movant's trial proceedings; 2) prior sealed proceedings and documents; and 3) sensitive information concerning juvenile cases. Most recently, Movant did the same and filed both a public, redacted version and a sealed, unredacted version of his opposition to the government's Motion to Dismiss. *See* Civ. Docs. 193, 195.

3. Movant will be filing a public, redacted version of his Motion for Leave to Conduct Discovery. Movant requests leave to file an unredacted version of his Motion for Leave to Conduct

Discovery under seal to preserve the confidentiality of the information previously sealed in the § 2255 Motion.

4. Undersigned counsel has conferred with counsel for the government who indicated that the government does not oppose this request to seal.

WHEREFORE, Movant respectfully moves this Court to grant him leave to file his Motion for Leave to Conduct Discovery under seal.

*/s/ Kelly D. Miller*                                                Dated: February 13, 2026
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

## ARTIFICIAL INTELLIGENCE CERTIFICATION

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg.

Every statement and citation of an authority contained in this document has been checked by an attorney or a paralegal working at an attorney's direction as to the accuracy of the proposition for which it is offered, and the citation of authority provided.

*/S/ KELLY D. MILLER*
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 13, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 13, 2026

4