# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| ALEJANDRO UMAÑA, | : | |
| Movant, | : | No. 3:16-CV-00057-MOC |
| | : | |
| v. | : | (Judge Max O. Cogburn, Jr.) |
| | : | |
| UNITED STATES OF AMERICA, | : | § 2255 PROCEEDINGS |
| Respondent. | : | |
| | : | |

**MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO CONDUCT DISCOVERY AND INCORPORATED MEMORANDUM IN SUPPORT**

NOW COMES Movant Alejandro Umaña, through undersigned counsel, pursuant to Local Civil Rule 7.1(d), and respectfully moves this Court for permission to file an overlength memorandum in support of his Motion for Leave to Conduct Discovery, and in support thereof states the following:

1.      Local Civil Rule 7.1(d) limits the length of any brief filed in support of a motion to 25 pages.

2.      Movant's Memorandum in Support of His Motion for Leave to Conduct Discovery is 38 pages long.

3.      The issues in this case are factually complex, and there are more than a dozen claims for relief that remain live following President Biden's commutation of Movant's death sentences. Most recently, the government filed a Motion to Dismiss Movant's 2255 Motion which was 126 pages long and incorporated and/or referred other prior government pleadings. Civ. Doc. 187. Movant's opposition to that motion to dismiss was 193 pages. Civ. Doc. 193.

4.      In preparing Movant's Motion for Leave to Conduct Discovery, undersigned counsel has limited the discovery requests to those claims that Movant contends remain live.

However, due to the complexity of the issues, counsel is unable to pare the requests down further and additional pages are necessary to fully brief the issues before this court regarding discovery.

5.     Undersigned counsel has conferred with counsel for the government who indicated that the government opposes this request.

WHEREFORE, Movant respectfully moves this Court to grant him leave to file a Memorandum in Support of his Motion for Leave to Conduct Discovery that exceeds 25 pages.


*/s/ Kelly D. Miller*                                                        Dated: February 13, 2026
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

## ARTIFICIAL INTELLIGENCE CERTIFICATION

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg.

Every statement and citation of an authority contained in this document has been checked by an attorney or a paralegal working at an attorney's direction as to the accuracy of the proposition for which it is offered, and the citation of authority provided.

/S/ KELLY D. MILLER
KELLY D. MILLER
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 13, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Anthony J. Enright
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, NC 28202

Respectfully submitted,

*/S/ KELLY D. MILLER*
KELLY D. MILLER, ESQUIRE
Asst. Federal Public Defender
PA Bar #307889
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel: 717-782-3843
Fax: 717-782-3966
kelly_miller@fd.org

Dated: February 13, 2026

4