IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NO. 3:16CV57

ALEJANDRO RAMIREZ UMAÑA )
)
Movant, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )
_____ )

**MOTION TO SEAL RESPONSE TO
ALEJANDRO UMAÑA'S FEBRUARY 2026 DISCOVERY MOTION**

The United States of America respectfully moves this Court to seal its response to Alejandro Ramirez Umaña's February 2026 Motion for Leave to Conduct Discovery. Umaña's motion contains information filed under seal. And the United States' response refers to that information. An order sealing the United States' response is necessary to maintain the confidentiality of information already under seal. The United States has filed a public version of its response from which the sealed information has been redacted.

The United States respectfully requests that this Court seal its unredacted motion until further order by this Court. Counsel for Umaña does not object to the requested sealing.

RESPECTFULLY SUBMITTED, this 24th day of February, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 24th day of February, 2026, I caused to be served a copy of the foregoing motion to be served on counsel for Umaña via electronic case filing

s/ANTHONY J. ENRIGHT
Assistant United States Attorney

3